JAP:SPN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MOHAMMAD AJMAL CHOUDHRY,

                Defendant.

- - - - - - - - - - - - - - - - -X

13 M 171

C O M P L A I N T

(T. 18 U.S.C. §§ 875(c), 1546 and 2)

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTOPHER HECK, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

      On or about December 1, 2012, within the Eastern District of New York, the defendant MOHAMMAD AJMAL CHOUDHRY did willfully and knowingly make under oath and under penalty of perjury, knowingly subscribe as true, any false statement with respect to a material fact in an application, affidavit or other document required by the immigration laws or regulations prescribed thereunder, to wit: a form I-130, Petition for Alien Relative, bearing the name Amina Ajmal.

      (Title 18, United States Code, Sections 1546(a) and 2)

      On or about February 20 and 21, 2013, the defendant MOHAMMAD AJMAL CHOUDHRY did transmit in interstate commerce

communications containing a threat to injure the person of another.

(Title 18, United States Code, Section 875(c))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with Homeland Security Investigations, Department of Homeland Security. I am familiar with the facts and circumstances set forth below from my participation in the investigation and from reports of other law enforcement officers involved in the investigation.

2. In or about February 2013, Amina Ajmal ("Ajmal"), a United States citizen, contacted the New York Document and Benefit Fraud Task Force (DBFTF) through counsel and reported that she had been held against her will by relatives in Gujrat, Pakistan, at the direction of her father, defendant MOHAMMAD AJMAL CHOUDHRY, for more than three years and forced, by threat of death, into an arranged marriage with Pakistani national Abrar Ahmed Babar ("Babar"). Ajmal reported that the marriage was arranged and coerced for the purpose of obtaining U.S. legal permanent residency ("LPR") status for Babar. The marriage between Ajmal and Babar was finalized sometime in November 2012.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Ajmal stated that an immigrant visa petition might have been filed for Babar without her consent.

3. Based on the information provided by Ajmal, I and other agents queried law enforcement and other databases and located an I-130 petition, receipt number MSC1390305256, listing Ajmal as petitioner and Babar as the relative beneficiary. The petition was mailed from Brooklyn, New York, zip code 11230, and was received by U.S. Citizenship and Immigration Services on December 6, 2012. The petition listed a Brooklyn, New York address, zip code 11230, for Ajmal. Defendant CHOUDHRY lives at the listed address. Ajmal did not return to the United States (after escaping confinement) until early January 2013, as confirmed by a review of Ajmal's travel records, after the I-130 petition was mailed. Ajmal stated that she did not sign an I-130 petition or any other immigration or visa documents for Babar.

4. Ajmal escaped from confinement in Pakistan with the assistance of a cousin and the U.S. Embassy. Since her return to the United States, Ajmal has not revealed her whereabouts to her father but has been in touch with him by telephone. On or about February 20 and 21, 2013, Ajmal consensually recorded conversations with defendant CHOUDHRY during which he threatened to arrange for the murder of Ajmal's cousin and her cousin's family in Pakistan if Ajmal did not return home to Brooklyn. During the call on February 21, 2013,

defendant CHOUDHRY further stated that he filed the I-130 petition for Babar.  The conversations were conducted in Punjabi. An agent who is fluent in Punjabi listened to the recordings and confirmed to me that the conversations included the statements described above.[2]

5.  According to police and media reports, on February 25, 2013, Ajmal's cousin's father and sister were shot and killed in Pakistan, and another relative was severely injured.

6.  Agents arrested MOHAMMAD AJMAL CHOUDHRY outside his home in Brooklyn, New York, on February 25, 2013.  Following his arrest, CHOUDHRY was read and waived his Miranda rights and stated, in sum and substance, that he filed the subject I-130 petition for Babar.[3]

---

[2] We are in the process of arranging for English transcripts of the conversations.

[3] The defendant stated that he was only willing to discuss the visa application without representation.

WHEREFORE, your deponent respectfully requests that the defendant MOHAMMAD AJMAL CHOUDHRY be dealt with according to law.

CHRISTOPHER HECK
Special Agent
Homeland Security Investigations

Sworn to before me this
26th day of February, 2012

S/ Azrack

HON. JOAN
UNITED ST.                                    E
EASTERN D_____ OF NEW YORK