# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

Mohammad Ajmal Choudhry
Defendant.

NOTICE OF APPEARANCE

Docket Number: 13M 171

Judge: Azrack

Date: 2/26/13

PLEASE NOTICE, that I have been RETAINED by Mohammad Ajmal Choudhry the above named defendant. I was admitted to practice in this district on 5/84.

Signature: _Joshua L. Dratel_
Print Name: Joshua L. Dratel
Bar Code: JLD 4037
Office Address: 2 Wall St 3rd Fl.
NY, NY 10005
Telephone #: 212 732 0707

\*\*\* NOTICE TO ATTORNEY\*\*\*

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.