

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2013R00312

*225 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2013

Mr. Mohammad Ajmal Choudhry

        Re: U.S. vs. Mohammad Ajmal Choudhry
        <u>Criminal Docket No. CR-13-0150</u>

Dear Mr. Choudhry:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Thursday, the 21st March, 2013 at 11:00 A.M., A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                             Very truly yours,

                             LORETTA E. LYNCH
                             UNITED STATES ATTORNEY

                   By: Grand Jury Coordinator
                        R. Greene

CC: Hon. William F. Kuntz, II (Mag. Mann will accept the plea.)

    Margaret E. Gandy
    Assistant U.S. Attorney

    Joshua L. Dratel, Esq.

    Pretrial Services Officer