## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne L. Mann          **DATE :** 3/21/13

**DOCKET NUMBER:** 13CR150(WFK)          **LOG #:** 11:29 - 11:33

**DEFENDANT'S NAME :** Mohammad Choudhry
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Joshua Dratel
  ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:** Margaret Gandy / Amanda Hector   **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** Upi Sharma          (Language) Punjabi

___ Hearing held.   ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 3/25/13   Stop 4/9/13

___ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 4/9/13 @ noon before Judge Kuntz

**OTHERS :** ___