```
RMT
F.#2013R00312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                      13 CR 150 (WFK)

     -against-

MOHAMMAD AJMAL CHOUDHRY,

          Defendant.

- - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Assistant United States Attorney Richard M. Tucker from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

    Richard M. Tucker
    Assistant United States Attorney
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Tel: (718) 254-6204
    Fax: (718) 254-6320
    Email: Richard.Tucker@usdoj.gov

      In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF

notifications are sent to Assistant United States Attorney Richard M. Tucker at the email address set forth above.

Dated:  Brooklyn, New York
        May 7, 2013

                                             Respectfully submitted,

                                             LORETTA E. LYNCH
                                             United States Attorney

                       By:
                                       /s/_____
                                           Richard M. Tucker
                                           Assistant U.S. Attorney

cc:  Clerk of the Court (WFK)