# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AND DESCRIBED AS THE NOKIA
C2-01 CELLPHONE, IMEI #351659/05/515495/7

**SEARCH WARRANT**

**CASE NUMBER:** 13-CR-0150 (WFK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2013 ★
BROOKLYN OFFICE

TO: __ANY AUTHORIZED LAW ENFORCEMENT OFFICER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT CHRISTOPHER HECK__ who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See Attachment A

in the __EASTERN__ District of __NEW YORK__ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 8, 2013__
                                                    Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __the Honorable William F. Kuntz__ as required by law.
            United States Judge or Magistrate Judge

__3-25-2013   13:42 Hrs__   at   Brooklyn, New York
Date and Time Issued

                                                        /s/ William F. Kuntz
Honorable William F. Kuntz
Name and Title of Judicial Officer                      Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MARCH 25, 2013 | MARCH 25, 2013 @ ≤ 1650 HRS | N/A |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) CELL PHONE CONTENTS

*C. R. Heck* [signature crossing out inventory area]

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____C. R. Heck_____

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S. Judge or Magistrate Judge                         Date

Rev 3/04