# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States of America v.

Mohammad Ajmal Choudhry

Docket No.: 13 Cr. 150 (WFK)

The Honorable William F. Kuntz, II

(District Court Judge)

Notice is hereby given that Mohammad Ajmal Choudhry appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] denial of defendant's bail application (specify) entered in this action on April 26, 2013 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   | trial [ ]   | N/A [✓]

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel |
| Counsel's Address: | 2 Wall Street, 3rd Floor |
| | New York, New York 10005 |
| Counsel's Phone: | (212) 732-0707 |
| Assistant U.S. Attorney: | Margaret Gandy and Richard M. Tucker, United States Attorney's Office for the Eastern District |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | (718) 254 - 6213; (718) 254 - 6204 |

Signature

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653058774
Cashier ID: riquelme
Transaction Date: 05/10/2013
Payer Name: THE LAW OFFICES OF JOSHUA L DR
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE LAW OFFICES OF JOSHUA L DR
 Case/Party: D-NYE-1-13-CR-000150-000
 Amount:         $455.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $455.00
----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```