## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v.
Mohammad Ajmal Choudhry

**DOCKET NUMBER:** 13 Cr. 150 (WFK)

**COUNSEL'S NAME:** Joshua L. Dratel

**COUNSEL'S ADDRESS:** 2 Wall Street, 3rd Floor
New York, New York 10005

**COUNSEL'S PHONE:** (212) 732 - 0707

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 10 2013 ★
BROOKLYN OFFICE

### QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Bail Hearing before Hon. William F. Kuntz, II on April 22, 2013
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Joshua L. Dratel, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds [ ] CJA Form 24

_____
Counsel's Signature

May 10, 2013
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: 5/10/13
Estimated completion date: 5/17/13

Estimated Number of Pages: 25

_____
Court Reporter's Signature

5-10-13
Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.