AH
F.#2013R00312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    13 CR 150 (WFK)

    -against-

MOHAMMAD AJMAL CHOUDHRY,

        Defendant.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Amanda Hector from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

    Amanda Hector
    Assistant United States Attorney
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Tel: (718) 254-6212
    Fax: (718) 254-6320
    Email: amanda.hector@usdoj.gov

      In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF

notifications are sent to Assistant United States Attorney Amanda Hector at the email address set forth above.

Dated:    Brooklyn, New York
          May 20, 2013

                                   Respectfully submitted,

                                   LORETTA E. LYNCH
                                   United States Attorney

              By:
                                   /s/
                                   Amanda Hector
                                   Assistant U.S. Attorney

cc:  Clerk of the Court (WFK)