LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                           STEVEN WRIGHT
—                                                                                                                 *Office Manager*
LINDSAY A. LEWIS

June 11, 2013

**BY ECF**

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                              Re:    *United States v. Mohammad Ajmal Choudhry*,
                                                13 Cr. 150 (WFK)

Dear Judge Kuntz:

       This letter is submitted in connection with the above-entitled case, in which I represent the defendant, Mohammad Ajmal Choudhry, and respectfully requests that the pre-trial conference currently scheduled for Thursday, June 13, 2013, at 1:15 p.m. be adjourned until Tuesday, June 18, 2013, at 4 p.m.  I have spoken to Assistant United States Attorney Amanda Hector, and she has informed me that the government consents to this application.  Also, Mr. Choudhry consents to an exclusion of time under the Speedy Trial Act for the time between June 13, 2013, and the adjourn date.

       The adjournment is requested because I would very much like to attend certain graduation ceremonies at the University of Chicago, where my daughter is graduating this week.  I have recently learned that a ceremony involving the department in which she has majored will occur Thursday afternoon (in addition to ceremonies Friday and Saturday).  As a result, I would like to be able to fly to Chicago Thursday morning.

       Accordingly, it is respectfully requested that the Court adjourn Thursday's scheduled pretrial conference until Tuesday, June 18, 2013, at 4 p.m.

| | |
|---|---|
| LAW OFFICES OF<br>**JOSHUA L. DRATEL, P.C.** | Hon. William F. Kuntz II<br>United States District Judge<br>Eastern District of New York<br>June 11, 2013<br>Page 2 of 2 |

In addition, I have moved my office.  Please note the new address in the letterhead above.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/
Encls.

cc:  Margaret E. Gandy
     Amanda Hector
     Richard A. Tucker
     Assistant United States Attorneys