UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X

UNITED STATES OF AMERICA,

                  Plaintiff,

        v.

MOHAMMAD AJMAL CHOUDHRY,

                Defendant.

--------------------------------------X

**NOTICE OF APPEARANCE**

13 Cr. 0150 (JFK)

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for MOHAMMAD AJMAL CHOUDHRY.

        I certify that I am admitted to practice in this Court.

Dated:   New York, New York
        October 22, 2013

                Yours, etc.

                _____
                Frederick L. Sosinsky, Esq.
                (FLS 8717)
                Attorney for
                Mohammad Ajmal Choudhry
                45 Broadway, 30th Floor
                New York, New York 10006
                T.(212) 285-2270
                F.(212) 248-0999
                FredS@newyork-criminaldefense.com