LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

November 21, 2013

**BY ECF**

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *United States v. Mohammad Ajmal Choudhry,*
                    13 Cr. 150 (WFK)

Dear Judge Kuntz:

      This letter constitutes my application to be formally relieved as defendant Mohammad Ajmal Choudry's counsel in the above-entitled case. Mr. Choudhry has retained new counsel, Frederik L. Sosinsky, Esq., to represent him, and Mr. Sosinsky has filed a Notice of Appearance. As a result, it is respectfully requested that the Court relieve me as counsel for Mr. Choudhry.

                              Respectfully submitted,

                              Joshua L. Dratel

JLD/

cc:   Margaret E. Gandy
      Amanda Hector
      Richard A. Tucker
      Assistant United States Attorneys

      Frederik L. Sosinsky, Esq.