

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT
F.# 2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 9, 2013

**<u>By FedEx and ECF</u>**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

Re:   United States v. Mohammad Ajmal Choudhry
          <u>Criminal Docket No. 13-150 (S-1)(WFK)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. This production supplements the government's previous disclosures on April 9, 2013, May 13, 2013, June 7, 2013, June 14, 2013 and October 1, 2013.   The government also renews its request for reciprocal discovery.

Please find the following materials saved on the enclosed compact disc:

| Ex | Description |
|----|-------------|
| 29 | Recordings of calls made by the defendant while in Bureau of Prisons custody between March 2013 and October 2013 |
| 30 | Certain bank records relevant to the above-referenced matter |
| 31 | Certain mortgage documents relevant to the above-referenced matter |
| 32 | Certain bank records relevant to the above-referenced matter |

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:      ___/s/_____

Amanda Hector
Richard M. Tucker
Margaret E. Gandy
Assistant U.S. Attorneys
(718) 254- 6212/6204/6213

Enclosure

cc:     Clerk of Court (WFK) (w/o enclosure)

2