UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION
FOR A SEARCH WARRANT FOR: THE
PREMISES KNOWN AND DESCRIBED
AS ELECTRONIC MAIL ADDRESS
"shakilajmal@hotmail.com," issued on
April 15, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 18 2014   ★

BROOKLYN OFFICE

UNSEALING ORDER

13-CR-0150 (WFK)

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Margaret E. Gandy, for an order unsealing the search warrant for the electronic mail address "shakilajmal@hotmail.com," issued on April 15, 2013, the affidavit filed in support of the application for the search warrant and the return for the search warrant, and full consideration having been given to the matter set forth therein and good cause having been shown, it is hereby

ORDERED that the search warrant for the electronic mail address "shakilajmal@hotmail.com," issued on April 15, 2013, the affidavit filed in support of the application for the search warrant and the return for the search warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         March 18, 2014

Judge William F. Kuntz II

THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK