AH/RMT/MEG
F.#2013R00312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MOHAMMAD AJMAL CHOUDHRY,

        Defendant.

- - - - - - - - - - - - - - - - - - X

SCHEDULING ORDER

13 CR 150(S-1)(WFK)

       UPON consent of the parties, IT IS HEREBY ORDERED that:

       1.   On or before May 5, 2014, the defendant shall file dispositive pretrial motions, such as a motion to suppress evidence;

       2.   On or before May 16, 2014, the government shall respond to the defendant's pretrial motions;

       3.   On or before May 20, 2014, the defendant shall reply to the government's response;

       4.   On May 23, 2014, the Court will conduct a hearing on the defendant's pretrial motions, if necessary;

       5.   On or before May 26, 2014, the parties shall submit any relevant motions in limine;

       6.   On or before May 30, 2014, the parties shall submit simultaneous post-hearing briefing, if necessary, with respect to the defendant's dispositive pretrial motions;

7. On or before June 2, 2014, the parties shall submit responses to each other's motions in limine;

8. On June 9, 2014, the parties shall have a final pretrial conference before the Court;

9. On or before June 9, 2014, the government shall produce materials discoverable pursuant to 18 U.S.C. § 3500 and the parties shall submit proposed voir dire questions;

10. On June 16, 2014, jury selection and trial shall commence.

Dated: Brooklyn, New York
April 22, 2014

SO ORDERED:

s/WFK

HONORABLE WILLIAM F. KUNTZ
United States District Judge
Eastern District of New York

2