

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AH
F.# 2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 16, 2014

**By FedEx and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

   Re: <u>United States v. Mohammad Ajmal Choudhry</u>
     <u>Criminal Docket No. 13-150 (S-1)(WFK)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

   Please find the following materials saved on the enclosed compact disc:

| Ex | Description |
|---|---|
| 37 | Notes taken in connection with the collection of pedigree and processing information from the defendant on February 25, 2013 |

                                            Very truly yours,

                                            LORETTA E. LYNCH
                                            United States Attorney

By:     /s/
                                            Amanda Hector
                                            Richard M. Tucker
                                            Margaret E. Gandy
                                            Assistant U.S. Attorneys
                                            (718) 254- 6212/6204/6213

Enclosure

cc:     Clerk of Court (WFK) (w/o enclosure)