

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEG
F.# 2013R00312

271 Cadman Plaza East
Brooklyn, New York  11201

May 20, 2014

**By E-Mail and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

      Re:    United States v. Mohammad Ajmal Choudhry
              Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

      Please find attached the following document:

| Ex | Description |
| --- | --- |
| 38 | Statement of Rights form dated February 25, 2013 |

                                                  Very truly yours,

                                                  LORETTA E. LYNCH
                                                  United States Attorney

                        By:      /s/_____
                                                  Amanda Hector
                                                  Richard M. Tucker
                                                  Margaret E. Gandy
                                                  Assistant U.S. Attorneys
                                                  (718) 254- 6212/6204/6213

Enclosure

cc:     Clerk of Court (WFK) (w/o enclosure)