

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

MEG
F.# 2013R00312

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 22, 2014

**By E-Mail and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006
fsosinsky@hotmail.com

      Re:    United States v. Mohammad Ajmal Choudhry
                 Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

      Please find attached the following materials:

| Ex | Description |
|---|---|
| 39 | Arrest processing paperwork for Mohammad Ajmal Choudhry (13 pages) |

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

By:      /s/_____
          Amanda Hector
          Richard M. Tucker
          Margaret E. Gandy
          Assistant U.S. Attorneys
          (718) 254- 6212/6204/6213

Enclosure

cc:    Clerk of Court (WFK) (w/o enclosure)