

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT
F.#2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 28, 2014

**By FedEx and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

        Re:    United States v. Mohammad Ajmal Choudhry
                  Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

        Please find enclosed a compact disc containing the following:

| Ex | Description |
|----|-------------|
| 39 | A video depicting the Choudhry family and others in Pakistan in 2001 |
| 40 | Videos depicting the Choudhry family and others in Pakistan in 2007 |

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

By:      /s/
           Amanda Hector
           Richard M. Tucker
           Margaret E. Gandy
           Assistant U.S. Attorneys
           (718) 254-6212/6204/6213

Enclosure

cc:    Clerk of Court (WFK) (w/o enclosure)