

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT
F.#2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 1, 2014

**By ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

        Re:    United States v. Mohammad Ajmal Choudhry
               Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby writes to notify you that it has in its possession the defendant's original Alien File, which can be made available for your review at a mutually convenient time.

      In addition, the government writes, pursuant to Rule 16(a)(1)(G), to advise that the government anticipates calling an expert witness to testify regarding the role of honor killings, arranged marriages and gender dynamics in Pakistani culture.  In particular, the government expects that this witness will testify regarding the frequency and typical circumstances of such honor killings.

                                  Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                    By:      /s/
                                    Amanda Hector
                                    Richard M. Tucker
                                    Margaret E. Gandy
                                    Assistant U.S. Attorneys
                                    (718) 254-6212/6204/6213

cc:     Clerk of Court (WFK) (via ECF)