UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
                                                   :    ORDER
                                                   :    13-cr-150
         -against-                                 :
                                                   :
MOHAMMAD AJMAL CHOUDHRY,                           :
                                                   :
                  Defendant.                       :
                                                   :
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The parties' joint proposal for a one-week adjournment to allow the Defendant additional time to seek and retain his own expert witness is hereby GRANTED. The commencement of trial is hereby adjourned from June 16, 2014 to June 23, 2014. Jury selection will commence on June 23, 2014 at 9:30 am in Courtroom 6H North. The parties shall appear for the previously scheduled final pre-trial conference on June 9, 2014 at 10:30 am.

                                          SO ORDERED

                                          s/WFK

                                          HON. WILLIAM F. KUNTZ, II
                                          UNITED STATES DISTRICT JUDGE

Dated: June 6, 2014
       Brooklyn, New York