UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

MOHAMMAD AJMAL CHOUDHRY

    Defendant.
------------------------------------------------------x

**ORDER**

13 Cr. 150 (S-2)(WFK)

    Upon the application of Frederick L. Sosinsky, counsel for the defendant Mohammad Ajmal Choudhry,

    IT IS HEREBY ORDERED, that the Metropolitan Detention Center permit the following items of clothing to be provided to defendant Choudhry so that he may be dressed appropriately at his trial which will commence with jury selection on June 16, 2014:

    Three (3) Suit/Sport Jackets
    Three (3) Slacks
    Three (3) Long Sleeve Dress Shirts
    Three (3) Neck Ties
    Three (3) Pairs of Socks
    One Pair of Shoes

Dated: Brooklyn, New York
       June 9, 2014

SO ORDERED:
s/WFK