

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AH
F.#2013R00312

271 Cadman Plaza East
Brooklyn, New York  11201

June 12, 2014

**By ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

      Re:    United States v. Mohammad Ajmal Choudhry
               Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

      Please find enclosed a compact disc containing the following:

| Ex | Description |
|---|---|
| 41 | Western Union records |

In addition, enclosed please find a compact disc containing the videotaped deposition of

Nazia Khanum on June 10, 2014, as well as a set of compact discs depicting Amina Ajmal's wedding celebration in Pakistan.[1]

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

By:    /s/
          Amanda Hector
          Richard M. Tucker
          Margaret E. Gandy
          Assistant U.S. Attorneys
          (718) 254-6212/6204/6213

cc:    Clerk of Court (WFK) (via ECF)

---

[1] These compact discs are a copy of a set of discs seized during a search of 817 Foster Avenue in Brooklyn on or about May 27, 2013.