

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AH/RMT/MEG
F.#2013R00312

271 Cadman Plaza East
Brooklyn, New York  11201

June 19, 2014

**By Email and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

      Re:    United States v. Mohammad Ajmal Choudhry
               Criminal Docket No. 13-150 (S-2)(WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

| Ex | Description |
|---|---|
| 50 | Sixteen pages of additional documents from Pakistan, including newspaper articles |
| 51 | Copies of passports associated with Abbas family members |

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Amanda Hector
      Richard M. Tucker
      Margaret E. Gandy
      Assistant U.S. Attorneys
      (718) 254- 6212/6204/6213

**Enclosures**
cc:      Clerk of Court (WFK) (w/o enclosure)