```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :
                                         :     VERDICT SHEET
           -against-                     :
                                         :     13-cr-150 (WFK)
                                         :
MOHAMMAD AJMAL CHOUDHRY,                 :
                                         :
           Defendant.                    :
                                         :
------------------------------------------------------------X
```

**COUNT ONE:**   **CONSPIRACY TO COMMIT MURDER IN A FOREIGN COUNTRY**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

**COUNT TWO:**   **FRAUD AND MISUSE OF PETITION FOR ALIEN RELATIVE**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

**COUNT THREE:**   **TRANSMISSION OF THREATS TO INJURE**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

_____ NOT GUILTY        \_\_✓\_\_ GUILTY



COURT'S EXHIBIT NO. 6a
IDENTIFICATION/EVIDENCE
DKT.# 13-cr-150
DATE: 7/2/14

1

## THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM

Dated: July 3, 2014
       Brooklyn, New York

_____  7/3/14
FOREPERSON