```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3
                                      13 CR 150(WFK)
 4        versus
                                      U.S. Courthouse
 5   MOHAMMAD AJMAL CHOUDHRY,         225 Cadman Plaza East
                                      Brooklyn, NY 11201
 6                   Defendant.       June 23, 2014
     ------------------------------------x
 7

 8              CRIMINAL CAUSE FOR JURY TRIAL

 9          BEFORE THE HONORABLE WILLIAM F. KUNTZ, II

10              UNITED STATES DISTRICT JUDGE

11                      APPEARANCES

12   For the Government:        LORETTA E. LYNCH
                                United States Attorney
13                              Eastern District of New York
                                271 Cadman Plaza East
14                              Brooklyn, New York 11201
                                BY:  AMANDA HECTOR, ESQ.
15                                   MARGARET GANDY, ESQ.
                                     RICHARD TUCKER, ESQ.
16                                   Assistant U.S. Attorneys

17   For the Defendant:         FEDERICK SOSINSKY, ESQ.
                                45 Broadway, 30th Floor
18                              New York, New York 10006

19   Punjabi Interpreters:      Ashutosh Mishra
                                Ravi Kotru
20                              Manju Verma

21   Court Reporter:            LISA SCHMID, CCR, RMR
                                Official Court Reporter
22                              225 Cadman Plaza East
                                Brooklyn, New York 11201
23                              Phone:  718-613-2644
                                Fax:  718-613-2379
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

```
 1                    (In open court, outside the presence of the jury.)
 2               THE CLERK:  All rise.  The Honorable William D. Kuntz
 3    the second, now presiding.
 4               We're here on the criminal matter, 13 CR 150, United
 5    States versus Choudhry.
 6               Counsel, please state your name for the record and
 7    spell it for the court reporter.
 8               MR. TUCKER:  Rich Tucker, T-U-C-K-E-R; Amanda Hector;
 9    H-E-C-T-O-R; and Margaret Gandy, G-A-N-D-Y for the United
10    States, Your Honor.  And with us today is Special Matthew
11    McGuire with the Diplomatic Security Service, M-A-G-U-I-R-E.
12    Good morning.
13               THE COURT:  Good morning.  You may be seated.
14               THE INTERPRETER:  Ashutosh Mishra, Punjabi
15    interpreter.
16               THE COURT:  Thank you.
17               And I would like to have the defense counsel present
18    for Mr. Choudhry.  I take it he's having a comfort station
19    break or some such --
20               (Mr. Sosinsky entered the courtroom.)
21               MR. SOSINSKY:  Sorry.
22               THE COURT:  Good morning, Mr. Sosinsky.  Would you
23    please state your full name for the record and note your
24    appearance?  We don't do Hamlet without the prince.
25               MR. SOSINSKY:  My name is Fred Sosinsky, SOSINSKY, for
```

1    with my client, Mohammad Choudhry.

2         THE COURT:  Thank you.  Who is here today.

3         And we have the interpreters note their appearances as

4    well, and spell their names for the court reporter?  You can

5    sit and use the microphone, sir.  That's okay.

6         THE INTERPRETER:  My name is Ashutosh Mishra.

7         THE COURT:  And would you spell that?

8         THE INTERPRETER:  A-S-H-U-T-O-S-H and M-I-S-H-R-A,

9    Punjabi interpreter.

10        THE INTERPRETER:  Ravi Kotru,  K-O-T-R-U, Punjabi

11   interpreter.

12        THE COURT:  Good morning.  And you both have been

13   previously sworn in this action, correct?

14        (Both interpreters answer affirmatively.)

15        THE COURT:  Okay.  Thank you.

16        We have a preliminary issue to address before we bring

17   the jury in for opening statements, plus whatever preliminary

18   issues counsel may have, but let me address this first issue.

19        Last week after the jury had been selected and

20   impaneled, one of the jurors contacted our jury office, making

21   a request to be excused from jury service, due to a previously

22   unanticipated hardship.  The employer of that juror had stated

23   that juror would be subjected to a reduction in employment

24   compensation and retirement benefits if that juror served on a

25   trial which would consume the next three weeks.

1        I instructed the jury office to have that juror report

2   separately from other jurors a few minutes early to the jury

3   office and to available to appear in court today to explain to

4   the Court, to counsel and to the parties on the record the

5   threatened unanticipated hardship and to hear the positions of

6   counsel as to whether that juror should be excused from further

7   service or not be excused from further service.

8        After following my directions, our jury office

9   informed me that the juror now reports having had successfully

10  resolved those issues with the employer, and therefore withdrew

11  the request to be relieved from jury duty.  So the problem

12  seems to have gone away.

13       If either counsel would like me to call the juror into

14  court this morning for further inquiry on the issue on the

15  record, please tell me that now, and if not, I will simply call

16  the jury in for opening statements after hearing any

17  preliminary issues that you have.  So first let me hear from

18  the United States attorney and then from defense counsel.

19       Ms. Hector, do have a -- or sir, do you have any

20  issues?

21       MR. TUCKER:  No, Your Honor, we have no issue leaving

22  the juror without further inquiry.

23       THE COURT:  Okay.  Sir, do you have any desire for

24  further inquiry of the juror?

25       MR. SOSINSKY:  No, I think that's fine, Your Honor.

```
 1            THE COURT:  Thank you very much.  All right.  Okay.

 2   So you can have that juror join the others and we'll bring them

 3   in.

 4            Now, are there any other preliminary issues that we

 5   need to address before Mr. Jackson gets the jury and gets them

 6   in for opening statements?

 7            MR. TUCKER:  Your Honor, I believe the government's

 8   only issue is we have observed that there are number of

 9   civilians who appear to be associated with the case in the

10   courtroom.  We've already conferred with defense counsel about

11   there, and it's government's understanding that the rule of

12   witness sequestration is going to be in effect, so none of the

13   government witnesses and I believe no defense witnesses will be

14   present in court during the testimony or jury addresses.

15            THE COURT:  Okay.  May we have a response from that,

16   sir?

17            MR. SOSINSKY:  Certainly the government and I have

18   discussed that.  I would just ask, because I'm only familiar

19   with some, but not all, of the people who may have showed up

20   here today, if I could have one or two minutes just to confirm

21   that there no one who may be a potential witness for either

22   side that's present in the courtroom.

23            THE COURT:  Yes.  Absolutely.  And the rule of

24   sequestration is, everyone knows, does not apply to the

25   parties.  So obviously Mr. Choudhry is here and he will be
```

1   throughout.  We're talking about any government representatives

2   who are party representatives to be here throughout, we're

3   talking about other witnesses.  So, with that understanding,

4   please make whatever inquiry you need to make.

5           MR. SOSINSKY:  Thank you.

6           THE COURT:  Thank you.

7           And while we're waiting for Mr. Jackson to bring the

8   jury in, you see I've ruled with respect to the motion in

9   limine?

10          MR. SOSINSKY:  I don't think.

11          MR. TUCKER:  No, Your Honor, I don't believe we saw

12  that.

13          (Pause in proceedings.)

14          MR. TUCKER:  Your Honor, I've conferred with defense

15  counsel and he has advised me that the rule sequestration is

16  satisfied with respect to both parties.

17          THE COURT:  Is that correct, sir?

18          MR. SOSINSKY:  Yes.

19          THE COURT:  Thank you.

20          MR. TUCKER:  Thank you, Your Honor.

21          THE COURT:  Thank you.

22          THE CLERK:  All rise.

23          (Jury enters.)

24          THE CLERK:  Judge, the jurors are here.

25          THE COURT:  Thank you, ladies and gentlemen of the

1    jury.  Please be seated.

2              And please be seated the rest of you.

3              Thank you very much for your promptness in being here

4    today.  You recall last week I gave you the rules of the road,

5    so I'm not going to do that again.  I will just remind you of

6    two salient points:  One, the burden of proof beyond a

7    reasonable doubt resides throughout this proceeding on the

8    United States government.  It never shifts to the defendant.

9    And secondly, we're going to have opening statements now from

10   both the prosecution and the defense.  Opening statements are

11   not evidence.  They're simply arguments of where each side

12   believes the evidence should and will take you.  You will be

13   the deciders of the facts of the case.

14             As I said before, we will begin each day at 9:30.

15   I've been working with the lawyers for the last half-hour or

16   so.  Typically, we will break around 12:30 for lunch.  We may

17   break a little bit earlier than that today.  We're going to

18   have opening statements, and depending upon the length of the

19   opening statements, we may simply go with opening statements

20   until noon and then take a little bit longer than regular lunch

21   break.  So, we're going to be respectful for your time and your

22   efforts.

23             One thing I'm very, very firm about, as I said before,

24   is, we adjourn at five.  Went a little late last time with the

25   jury selection.  We adjourn each day at five o'clock and you

1   will see me cut off lawyers in mid-sentence at five o'clock, if

2   need be.  So everyone understands, five o'clock means five

3   o'clock.

4         I thank you for your attention and we will now have

5   opening statements from the United States of America.

6         MS. GANDI:  Thank you, Your Honor.

7         The defendant, Mohammad Ajmal Choudhry, is a

8   Pakistani-born Brooklyn resident.  For more than 20 years he

9   has lived and worked and raised his family here in Brooklyn.

10  In February of last year, the defendant, who is a New York City

11  taxicab driver, was driving his yellow taxi through the streets

12  of New York, when he received a call from his youngest

13  daughter, Amina.

14        Weeks earlier, Amina, who is a United States citizen

15  and was raised much of her childhood here in Brooklyn, had

16  defied her father by secretly fleeing Pakistan and leaving

17  behind the husband that he had arranged for her to marry.  To

18  leave Pakistan, Amina had the help of a young man named Shujat,

19  a young man who was not her husband.

20        The defendant was humiliated and angered by Amina's

21  actions and those of Shujat.  And so he vowed to take action to

22  restore his family's honor.  He orchestrated a deadly plan to

23  have Shujat and his family killed in Pakistan.  A plan that the

24  defendant advanced in part from the front seat of that yellow

25  taxicab during that faithful phone call with his daughter.

OPENING STATEMENTS/GANDY

1          Not a moment after saying, "Thank you, have a nice

2    night," to the unsuspecting customer in the back of his cab,

3    the defendant turned back to his phone call with his daughter,

4    and warned her in his native language, "Now let me make it

5    clear to you.  Take note of one thing.  If you don't come back,

6    I will kill each and every one of them.  I will go to jail.

7    The entire family will go to jail.  Write it down."With that,

8    the defendant had delivered an ultimatum: "Come home or else."

9          But Amina did not return to her father's home in

10   Brooklyn as she had been ordered to do and as a result, four

11   days later, Shujat's father, Shujat's sister were shot dead in

12   the streets of the Pakistani village that Amina had fled only

13   weeks earlier, just as the defendant promised they would be.

14          In 1999, the defendant moved his daughter, Amina and

15   her other sibling to Brooklyn from their Pakistani childhood

16   home.  Amina was about nine years old at the time.  And in the

17   years that followed, her life came to resemble that of many

18   typical American teenagers.  She had a Facebook and email

19   accounts.  She attended a New York City high school, and was

20   taking college courses at Brooklyn College.

21          But from a very young age, Amina knew that her father

22   had promised her in marriage to her cousin, Babar, a cousin who

23   lived in the Pakistani village that she was born in, and that

24   she was arranged to be married to him when she became old

25   enough.

1          Amina, you will learn, didn't want marry Babar.

2   Instead, she was interested in another young man from her

3   Pakistani village, a man named Shujat.  And Amina and Shujat

4   had been secretly communicating with each other over Facebook

5   and by email in the years while Amina was living in the United

6   States.

7          In 2009, at about the age of 19, Amina took a trip to

8   Pakistan with her father.  She thought she was just visiting to

9   attend a cousin's wedding and that she would return to Brooklyn

10  after the celebration had ended to continue her studies.  But

11  the defendant had other plans for his daughter.  When it came

12  time to leave, the defendant told Amina she would be staying in

13  Pakistan under the supervision of her uncle, his brother,

14  Akmal.  The defendant told her that she would marry Babar as he

15  had planned for her to do, and he told her in no uncertain

16  terms to have no further contact with Shujat.

17         Amina had no choice.  For three years, she lived with

18  her uncle and other family members in Pakistan, as her father

19  directed.  During that time, she continued to secretly

20  communicate with Shujat.  When her contact with Shujat was

21  discovered, Amina's uncle hit her and threatened her with

22  further violence if she continued to disobey her father's

23  wishes.

24         After nearly three years of living in Pakistan, at the

25  age of 22, Amina finally gave in to the weight of the threats

 1    and agreed to marry Babar.  She foolishly thought that if she

 2    did, she would be allowed to return to the United States, but

 3    that's not what happened.

 4            After the marriage, the defendant returned to Brooklyn

 5    and continued living here, leaving Amina behind in the

 6    Pakistani village with her new husband, Babar.  Shortly after

 7    returning to the United States, the defendant committed

 8    immigration fraud by filing immigration paperwork in Amina's

 9    name, without Amina's permission, to help her new husband,

10    Babar, immigrate to the United States now that he was married

11    to an American citizen.

12            At the same time in Pakistan, Amina became determined

13    to leave her husband and return to the United States without

14    him.  And to do so, she asked for the help of Shujat.  She

15    asked for that help despite the risk that doing so would pose

16    on her and pose on Shujat.

17            In early January of last year, with Shujat's help and

18    the help of the United States embassy, Amina fled her village

19    and returned to the United States where she immediately went

20    into hiding.

21            But the consequences of Amina's departure and Shujat's

22    role in it were deadly.  As soon as Amina's departure and

23    Shujat's participation in her departure were discovered,

24    Amina's father, the defendant, her uncle in Pakistan, and her

25    other relatives in Pakistan waged an unrelenting campaign of

OPENING STATEMENTS/GANDY

1    threats, and violence and death against Shujat's and his

2    family, with the aim of both punishing Shujat and forcing Amina

3    to return to the family home.

4            When the threats alone failed to produce Shujat or to

5    compel Amina to return to her family home, the defendant and

6    his family members turned to violence.  On January 26th, 2013,

7    Amina's uncle, the defendant's brother, and other relatives,

8    set a trap.  They set the trap to lure Shujat's mother and

9    Shujat's father to a place just outside their Pakistani village

10   where the defendant's family members ambushed them in a hail of

11   gunfire.  The car that Shujat's mother and father were riding

12   in was struck repeatedly with bullets.  But they somehow

13   managed to speed away and save their own lives.

14           You will learn that in the days after that first

15   unsuccessful attempt on the life of Shujat's parents, the

16   defendant spoke by phone with Shujat's father who was in

17   Pakistan, and he threatened to kill him and to kill his family

18   if Amina did not return to the house in Brooklyn.

19           You will also learn that once Amina was safe in hiding

20   back in the United States, she informed the authorities about

21   the impending violence.  She also began talking to her father

22   over the telephone, which she did not tell her father during

23   those telephone conversations that the calls were being

24   recorded by the United States government.  In those calls, the

25   defendant made it unmistakably clear his belief that Amina and

1    Shujat's actions had brought shame on the entire family and

2    that he intended to kill Shujat and his family because of that.

3            Finally, the defendant delivered his ultimatum to

4    Amina:  "Return home or else I will kill them."  Four days

5    later, on February 25th, 2013, Shujat's father and sister were

6    riding through the streets of their village in Pakistan on a

7    motorcycle that was being driven by a teenage relative.  In

8    broad daylight they were gunned down by the defendant's brother

9    and other loyal family members who had joined in the

10   defendant's plan to restore his family honor and to compel

11   Amina to come home by publicly punishing Shujat for his

12   transgression.

13           Shujat's father, Mohammad Asghar, 66 year old husband

14   and father of five, and Shujat's sister, Madeeha Asghar, a 20

15   year old school teacher, were violently and viciously killed

16   that day in a hail of bullets while riding down a narrow street

17   in their village in Pakistan, killed just as the defendant had

18   promised they would be, and all because Shujat had brought

19   dishonor on the defendant's family when he helped Amina to defy

20   her father's orders.

21           Ladies and gentlemen, make no mistake about it, this

22   case is not about an arranged marriage or about the clashing of

23   cultural differences, we're a nation of immigrants, a melting

24   pot of very traditions and values.  This case is about cold

25   blooded murder.  The crime that is reprehensible in every

OPENING STATEMENTS/GANDY

1    corner of the world.

2           For his conduct, the defendant is charged with three

3    crimes.  The first crime he's charged with is conspiring to

4    commit murder in Pakistan, for agreeing with others, including

5    his brother and other relatives in Pakistan, to kill Shujat and

6    members of Shujat's family and for taking steps to see that

7    that crime was committed.

8           Second, he's charged with transmitting threats to

9    injure for repeatedly threatening to kill Shujat and his family

10   during reported telephone calls with his daughter, Amina.

11   Those calls make clear the active role that the defendant

12   played in the plan to murder Shujat and his family members.

13          Third, the defendant is charged with fraud and misuse

14   of a petition for an alien relative for filing an official

15   immigration document with the United States government on

16   behalf of Babar, Amina's new husband, even though he knew that

17   application contained false information, including Amina's

18   forged signature.

19          During the course of this trial, we will prove beyond

20   a reasonable doubt that the defendant is guilty of each of

21   these three crimes.  And we will do so by presenting testimony

22   from the people who lived the events that I just described.

23          You will also be presented with physical and

24   documentary evidence that corroborates their accounts.  You

25   will hear from Amina.  Amina will tell you about the events of

1   her young life and the complicated position she finds herself

2   in as she prepares to testify against her own father.  She will

3   tell you that she didn't want to marry Babar and that her

4   father repeatedly threatened to have Shujat and his family

5   killed after she left Pakistan.

6          You will also hear from Shujat's mother and Shujat's

7   sister.  They will tell you about the threats they received

8   from the defendant from his relatives in the weeks and months

9   leading up to the murders.  They will also tell you about the

10  worse day of their lives.  The day when they arrived at the

11  scene of the murder in time to see Asghar's and Madeeha's body,

12  bloody, lying dead in the street while the defendant's loyal

13  family members stood over them with guns in their hands.

14         You will hear about how they callously poked Madeeha's

15  body with a gun as she laid dying in the gutter.  You will also

16  see photographs taken from the scene of that shooting in

17  Pakistan.

18         You will be able to review telephone records that will

19  show how the defendant was able to orchestrate the violence in

20  Pakistan by conspiring with his relatives to develop the plan

21  to kill Shujat and his family in order to restore their

22  family's honor.

23         You will learn that in the hours before the murders,

24  the defendant abruptly and uncharacteristically abandoned his

25  regular night taxi shift early and then spent the rest of the

1    night and through the morning talking virtually nonstop with

2    people in Pakistan, including the very people who shot and

3    killed Shujat's family members.

4           You will hear the recorded telephone calls between the

5    defendant and his daughter in the days leading up to the

6    murders.  The defendant's words on these calls are clear and

7    they're chilling.  You will hear him explain why he believed

8    that Shujat and his family deserved to die and what he intended

9    to do about it.  You will hear him deliver that ultimatum, that

10   promise to Amina, that unless she returned home, Shujat's

11   family would die.

12          And you will hear him state over and over again in

13   different ways one very clear message, "Until I find you, I

14   won't stop.  Until I find you, nothing is going to stop.  I'm

15   going to kill their whole family."

16          THE COURT:  May I hear from defense counsel?

17          MR. SOSINSKY:  Thank you.

18          Good morning, ladies and gentlemen.

19          What the government just told you is not evidence.

20   The Judge, in fact, when we were selecting a jury last week,

21   made sure to his satisfaction that you would all follow the law

22   that says what lawyers say, indeed even the questions that we

23   ask of witnesses, is not evidence at all.  Evidence comes from

24   the witness stand, under oath, tested through the process of

25   cross-examination, and you as jurors decide what the facts are.

OPENING STATEMENTS/SOSINSKY

1          Indeed, the Judge told you that in a sense, you are

2    the judges in this case, although clearly, the Court is here.

3    But you're the judges of the facts.  That's not the Court's

4    domain.  That's not the lawyer's domain.  You will decide what

5    is true and what is not true, what is mistaken, what is not

6    mistaken, what is exaggerated, embellished, and what is simply

7    an honest recounting of what went on.  You must follow the law

8    as the Court instructs you, but you folks determine what is

9    true.  You determine what the facts are.

10          You all assured us that you would hold the government

11   to that highest burden of proof that exists in the criminal

12   case, proof beyond a reasonable doubt, and I'm going to ask you

13   throughout the course of this trial to demand nothing less.

14          My client, Mohammad Ajmal Choudhry, denies each and

15   every allegation that's been brought against him, and during

16   the course of the trial, you will decide whether or not the

17   government has established those accusations beyond a

18   reasonable doubt.

19          He has been here in this country for more than 20

20   years.  He is a father of five, four daughters and a son.  All

21   of them are married.  All of them except his daughter, Amina --

22   who you will meet shortly -- have children of their own.

23   Mr. Choudhry, you will learn is a grandfather to ten

24   grandchildren, who are the pride and joy of his life.

25          Like millions of immigrants who have come to this

OPENING STATEMENTS/SOSINSKY

1    great country and to this city before him, he lives together

2    under one roof here in Brooklyn, in modest quarters.  You'll

3    see photographs and other evidence regarding the home that he

4    resides in with his family, his children, his grandchildren and

5    his extended family.

6          You'll hear evidence -- the government will try to

7    impress upon you that despite what you can see, despite the

8    evidence that he's a cab driver and works day and night, six,

9    seven days a week, to try to provide a modest income for he and

10   his family, somehow that his family is very, very wealthy,

11   powerful people who can pull off all sorts of things back in

12   their home country of Pakistan, you'll take a look at what the

13   evidence is here about how he lives.

14         You'll hear testimony that like many immigrants who

15   come here from time to time, he sends money back home to his

16   extended family, where he has brothers and sisters and aunts

17   and uncles and grandparents and the like.  And that he speaks

18   on a telephone, that he speaks on the telephone using calling

19   cards to keep the costs down, consistently with folks back

20   home, as do every other member of his family who reside within

21   that home in Brooklyn.

22         You'll learn that at a young age, his wife, the mother

23   of his five children, passed away while in Pakistan.  And in a

24   sense, although he raised his children both as mother and

25   father, that at various times throughout their lives, they were

OPENING STATEMENTS/SOSINSKY

 1  left in the care of extended family.  Not unusual amongst the

 2  immigrant community here, certainly not unusual in Pakistan,

 3  where there is much more -- and you'll hear testimony and I

 4  expect testimony from experts on group culture as opposed to

 5  the individual.  There's nothing uncommon about that at all.

 6          You'll hear that this rich and powerful man, this man

 7  whose family wields all sorts of power, when he would come home

 8  from driving a taxicab in the wee hours of the morning would

 9  sleep in the basement of this home on a cot.  You'll learn that

10  others slept in the same room with him on air mattresses.

11  You'll see photographs I expect of some or all of this.

12          Part of that, of course, was functional, he was

13  working overnights.  He and his children, his son, Shakeel, his

14  son-in-law, shared duties driving taxicabs here in New York,

15  and so when they came home late at night, in an effort not to

16  wake up the entire family, they would sleep in the basement.

17          You'll learn that he was all about work and that's

18  what he did.  That's what his family did.  That's what his son,

19  his son-in-law did.

20          Now, you'll also learn that in Pakistani and Pakistani

21  American culture there are traditions, byproducts of history,

22  some influenced by religion, some simply cultural, but there

23  are these blueprints of heritage, and I expect that once again

24  you'll hear testimony from an expert professor about this

25  phenomenon.

1          And so all was fine, all was good with this -- some of

2     these traditions, the culture within the family.  His children,

3     his four daughters, his son had their lives, and that of their

4     children, their kids, his grandchildren, and although much

5     about the way that they lived and their beliefs and their

6     practices may have been different in terms of their dress, how

7     they appeared, the language they spoke, the customs, their

8     beliefs, they had their lives.

9          And while as is true for millions, tens of millions of

10    people throughout the world, that within his family -- when I

11    say his family, his extended family and whole villages and

12    regions of Pakistan, that they engage in this practice of

13    arranged marriages.  You'll learn that it's not that unusual

14    throughout many different cultures of the world.  It may strike

15    us as unusual.  It is not amongst various types of cultures.

16         And these arranged marriages oftentimes, and in the

17    case of Mr. Choudhry's family, took place not only within the

18    Pakistan community, but within an extended family.  That is,

19    one might be expected to marry a cousin, a first cousin -- a

20    second cousin within their own family, and you'll hear both

21    from witnesses as well as expert witnesses, a professor about

22    the reasons that that's the case, the reasons why families

23    traditionally culturally engaged in that type of practice.

24         And you'll learn that this had not been much of an

25    issue for his family or extended family over the years at all.

OPENING STATEMENTS/SOSINSKY

1    There were some hiccups along the way, we're talking about

2    human beings and human nature, but that's how life was within

3    his family.

4         You'll hear and see evidence throughout the trial of

5    marriages, weddings that took place within this Pakistani

6    culture, huge celebrations where thousands, hundreds of people

7    gather in the town and village in time-honored ways and have

8    various ceremonies performed in the presence of all.

9         This, you'll see, and the way that it's celebrated is

10   very much foreign to most of us who have not looked into,

11   studied this aspect of life in Pakistan.  But you will see and

12   hear testimony, important testimony in this case offered by the

13   government and by us here with regard to the traditions, the

14   separation of men and women within the culture.

15        And so, you will learn that at a certain point, as had

16   been the case with Amina Choudhry's three sisters and her

17   brother, as had been the case with her cousins and others

18   before her, within her family, her extended family, and indeed

19   the entire culture, she knew that she would be married to

20   someone who had been arranged for her since the time that she

21   was younger.

22        She was witness to the same thing with her sisters who

23   went on, as I said, to be married, to have their own children,

24   living both in quarters in Brooklyn and at the family home back

25   in this town, Chiryawala, back in Pakistan.  She knew, Amina

 1   Ajmal did, about this tradition, about the expectation.  She

 2   talked about it with others over the years.

 3          She also knew that there was this fellow, Babar --

 4   excuse me.  She knew that there was this fellow, Babar who had

 5   been arranged as her husband, consistent with the practice of

 6   her sisters before her.  She also knew -- and the government

 7   made reference to this -- that she had developed a certain

 8   fondness for another young man, Shujat Abbas, who you will

 9   learn interestingly was a cousin as well, a relative, from the

10   same village, although he lived abroad from time to time.

11          And so, the evidence will show when Amina was around

12   18 years old, living here with her father in Brooklyn, amongst

13   extended family, they began to talk more seriously about her

14   getting married, and she mentions to her father this fellow,

15   Abbas, as a possible husband.

16          Her father explained that that would not be possible,

17   because although they were cousins within the same family,

18   Abbas was not right for her and told her things about his

19   beliefs concerning Abbas and his family's character.

20   However -- and importantly, you'll also learn that during the

21   same conversations Mr. Choudhry, Amina's father, explained to

22   his daughter, that if she truly was not interested in marrying

23   her cousin, Babar, that they could talk about it and perhaps a

24   different suitor, a different arrangement, a different alliance

25   could be made for her to marry somebody else.

OPENING STATEMENTS/SOSINSKY

1          The point is that he had a problem -- my client did --

2     with her suggestion that she wanted to marry this fellow,

3     Shujat Abbas.  And while it's true the evidence will show that

4     he advised her that that was not acceptable to him and to his

5     family for reasons he explained to her, he told her, "As you

6     get closer, as we're talking more seriously about getting

7     married, if Babar you believe is not right for you, I will

8     look.  We can explore the possibilities of somebody else, but

9     not Shujat Abbas."

10         In -- excuse me, in late 2009, one of Amina's cousins

11    in Pakistan, her name is Fatima, the daughter of this person

12    the government told you a little about, Ajmal Choudhry, my

13    client's -- one of my client's brothers who resided in

14    Pakistan, Fatima, who was about 20 years old and had been

15    relatively close with Amina over the years herself was getting

16    married, and Amina wanted to go to her wedding celebration in

17    Pakistan at that time.

18         She traveled with her father to Pakistan and, in fact,

19    attended this wedding celebration towards the latter part of

20    2009, where her cousin, Fatima, got married in the same style,

21    the same customs as had her sisters before her, her brother --

22    and by the way, you'll learn that although she arrived in the

23    U. S. many years earlier, she traveled -- Amina Choudhry did --

24    back and forth between the United States on various occasions

25    to attend things like this, family celebrations, weddings, the

 1   weddings, the marriage of her sisters, for example, of her

 2   brother, and in this case, of her cousin.

 3          You will hear varying accounts I expect during the

 4   course of the trial of how it came about that Amina Choudhry

 5   decided to go back to Pakistan with her father at the end of

 6   2009.  The government has told you they contend that this was

 7   all against her will.  She didn't want to be there.

 8          You will hear evidence I believe in this case about

 9   different stories that Amina has told to the authorities about

10   what prompted this trip to Pakistan the end of 2009.  And you

11   will learn during the course of the trial, that Amina lied and

12   lied repeatedly, time after time after time after time, to

13   federal authorities, the authorities overseas in Pakistan, to

14   attorneys who were representing her interests.  And you'll

15   learn not only did she lie time after time after time about the

16   story about how she went over to Pakistan and why, she lied

17   about the nature of her ongoing relationship with this fellow,

18   Shujat Abbas.

19          THE COURT:  Counsel, I don't mean to interrupt you,

20   but as I told you before and I told the prosecutors, we have

21   the "mother, may I" rules about wandering from the podium.

22          MR. SOSINSKY:  I apologize.

23          THE COURT:  "Mother, may I wander?"  The answer is

24   always no for two reasons:  One, it's important that the jury

25   hear what counsel's saying.  It's important that the court

OPENING STATEMENTS/SOSINSKY

1    reporter hear it, and last and least, it's important that I

2    hear it.  So please try to stay within reaching distance of the

3    microphone so that you can hear.  That admonition goes to

4    prosecutors, as well.

5              Please continue.

6              MR. SOSINSKY:  I will, Judge.  Thank you.  I

7    apologize.

8              THE COURT:  Right.

9              MR. SOSINSKY:  So you'll learn that in meeting after

10   meeting after meeting, Amina Ajmal lied to the government about

11   these issues.  Moreover, you will learn that before the

12   meetings, the conversations took place, that it was always

13   explained to Amina that it was critically important that

14   everything she told to federal investigators, to the

15   government, be truthful, that she be honest with them about

16   everything.  You'll learn that she indicated repeatedly that

17   she understood that that's the case, and that after expressing

18   that, that she lied and told them different stories about the

19   circumstances of her going over to Pakistan in 2009, the nature

20   and extent of her relationship and communications with Shujat

21   Abbas and other matters related thereto.

22             You'll also learn that during the course of, I think

23   it's about, six, seven, eight months worth of these meetings

24   and conversations with federal authorities, when she is lying

25   to them about these things, that she is discussing her lies

```
 1   each time she finishes speaking with the government, with who?
 2   With Shujat Abbas, the person she very much wanted to be with,
 3   wanted to be married to, wanted to live with and have a life
 4   with.
 5          To be clear, the evidence will show that after she had
 6   a meeting with federal authorities, she would be in touch with
 7   Shujat Abbas, who was also, you will learn, in touch, being
 8   interviewed repeatedly by federal authorities, and they would
 9   go over, they would rehearse, they would review with one
10   another what each had told the government during these
11   meetings.  She would tell him, he would tell her.
12          You will learn further, and this is absolutely
13   critical, that before each meeting with the government began,
14   the investigators queried Amina Ajmal, they questioned her with
15   regard to, "Since we last spoke, have you had contact with this
16   fellow, Shujat Abbas?"  And she would tell them yes, no,
17   whatever the case may be, and you will learn that they would
18   followup understandably, "What did you talk about with him?"
19   And that in session after session, for what amounts to I think
20   again a six, seven -- don't hold me to this, but it's an
21   extended period of time -- month period that she would tell the
22   government about certain things that she said she had spoken
23   with Shujat Abbas.
24          But she never told them, as she ultimately did, that
25   she had been going over the whole story with him.  She never
```

OPENING STATEMENTS/SOSINSKY

1  told the government that when she left these meetings, that her

2  and Shujat Abbas would compare notes, would rehearse what one

3  would say, would rehearse the lies that they were going to

4  continue to tell or not to tell to federal authorities, to

5  attorneys, private attorneys, and others.  She never mentioned

6  any of that when she was specifically asked about that subject

7  matter.  And so, as you can see, things are far more

8  complicated in terms of getting to the truth and resolving

9  doubts in this case than would appear at first blush.

10        You will hear that once she was in Pakistan at the end

11 of 2009, that Amina attended her cousin's wedding as had been

12 discussed before she got there and that at a certain point in

13 time her father did indeed come back home to the U. S., to

14 Brooklyn, and continued working as a yellow cab driver here in

15 the city.  She stayed, Amina did, in the home, not for the

16 first time, but in a home where she, first of all, had grown up

17 until the age of nine or ten, and where she had stayed,

18 sometimes more extended than others, over those intervening

19 years between 1999 and 2009.

20        And you will learn over the period of time that she

21 was in Pakistan, that there was indeed pressure put upon her,

22 although not at first, to get married, to marry, to marry this

23 fellow, Babar.

24        And by the way, you'll hear, I expect, conflicting

25 accounts regarding, again, this trip to Pakistan, why she went,

OPENING STATEMENTS/SOSINSKY

```
 1    things like a claim that she thought it was going to be a quick
 2    trip, a few weeks perhaps, and then a claim that because of
 3    that, she brought essentially no clothing with her, to a claim,
 4    statement, explanation to Shujat Abbas that before she went to
 5    Pakistan, she brought all of her clothing with her supposedly
 6    because she was going to give it away to charity, to poor
 7    children in Pakistan, to a completely different statements that
 8    shed light on what's going on here.
 9         In any event, there was, you'll learn, pressure,
10    constant pressure, constant pull between the moral, the
11    upbringing, the culture, the custom that she grew up with, that
12    she witnessed herself.  As she grew up, her sisters, her
13    brothers engage in.  And her somewhat more Americanized
14    experiences here in Brooklyn.  This was not, this was not an
15    involuntary situation, folks, she was not kidnapped, she was
16    not there against her will.  She's a bright, young woman.
17    There were, however, undoubtedly forces at work here, pulling
18    at her, confusing her and her mind between her desire to be
19    with this other guy and everyone's expectation, as was the case
20    with the sisters, her brother and the rest of her family, to be
21    with Babar.
22         So eventually, eventually, she gives in and agrees to
23    get married, agrees to marry this fellow, Babar, her cousin,
24    always; however, knowing that it really wasn't what she wanted.
25    She wanted to be with Shujat Abbas, and that's what occurred.
```

 1    She's agreed to marry him.  And in March 2002, you will learn

 2    that that occurs.  In March 2002, there is a religious

 3    ceremony, and a official ceremony called a Nikah, N-I-K-A-H,

 4    where in the presence of a religious figure and other witnesses

 5    one gets married under their faith.  And she's married to Abrar

 6    Babar.  There are official documents, as you would expect, that

 7    were signed, registered for and signed.

 8            Now, the government wants you to believe and told you

 9    that one of the charges against my client is that this marriage

10    there and then the application for a visa, an immigrant visa

11    here in New York was all part of some sort of a scam, they call

12    it fraud, that there were fraudulent statements made in

13    connection with this application, that you'll learn about I

14    believe later today.  It's called an I-130 form filed with

15    immigration authorities, so that people can come here lawfully.

16            However, and this is sort of where everything in this

17    case flows from, in terms of if you go along with this

18    presumption, then a lot of the other stuff makes sense, but if

19    you take a step back and examine it, as I hope you will

20    carefully during the course of the trial, you will see that not

21    everything peddled to you here by the government makes a whole

22    lot of sense.

23            This was, as you'll hear, was not some sort of an

24    immigration scam.  This was a real marriage that took place in

25    a real setting, before religious figure witnesses, certificates

1    issued.  I said it was in March 2012.

2           You'll learn that thereafter, many months later, in

3    November 2012, that there was a wedding celebration, which is

4    actually a series of events that take place over the course of

5    several days.  And you'll learn that there's nothing unusual

6    about that in Pakistani culture.

7           You'll learn from other witnesses sometimes that

8    people's official marriages, religious ceremonies, take place

9    in a year later, full year later.  They have a wedding

10   celebrations where families, neighbors, friends, villagers

11   attend.

12          In any event, you'll learn that this is very much a

13   real marriage before religious figures, that there was

14   celebration, where upwards of a thousand people were present.

15   There was a videographer.  There was a photographer.  You'll

16   see some evidence of this at this trial.  That there was a --

17   by some standard, a significant amount of money spent to fly in

18   people from around the world to be there to celebrate this

19   event.  There was jewelry exchanged, a dowry.  There was

20   furniture purchased for her and her husband to utilize in their

21   new home within his household that she participated in, that

22   Amina Ajmal participated in, not that was thrust upon her, that

23   she designed some of this jewelry.

24          All of that, consistent with a long history, culture,

25   anthropological within her family.  This was not some sort of

OPENING STATEMENTS/SOSINSKY

1    scam created for the purpose of bringing over a relative who

2    had not previously been here, and damn be his daughter, that's

3    not at all what this was.

4            Remember when that issue is to be resolved by you,

5    what the history is with this family, what had gone on in the

6    case of the sisters and the brother and the extended family.

7    This is not a question of somebody paying someone so they can

8    go to city hall and say, "Hey, we want to get married," and you

9    take a few pictures before you go to prove that you're actually

10   married, when in fact it's a big scam and someone is paying

11   someone a few hundred bucks to say that they are someone's wife

12   to gain citizenship or a green card for someone.  That's not at

13   all what's going on here.  The plan, the understanding, the

14   expectation for that daughter was exactly the same as it had

15   been for all of his daughters, and indeed all of his children,

16   that they would live -- they would live happy lives, they would

17   have children, grandchildren, and so on.

18           You'll learn that Amina knew of this plan since the

19   time that she was an adolescent and did understand that there

20   was nothing wrong with this within her culture at all.  The

21   government charges my client with fraud in connection with that

22   visa application.

23           You'll learn that within this extended family, there

24   were times when one family member may have been back in

25   Pakistan and would request or ask another one to sign for him

LISA SCHMID, CCR, RMR

1    or her on something.  You'll learn that Amina Ajmal had full

2    knowledge that there was going to be submitted following her

3    wedding, her real wedding, her real wedding celebration, this

4    petition for her real husband, and you'll learn -- the

5    government didn't mention this -- that Amina provided her

6    father with passport photographs of herself and of her husband,

7    to be utilized in connection with the application that would be

8    made on her behalf here in New York for a visa, which itself

9    takes six, nine months by current standards or more to issue.

10          So again, this is not a matter of someone pulling off

11   some sort of an immigration scam behind someone's back.  You'll

12   hear there were explicit discussions about this and that she

13   went because they didn't have a recent photograph of her, and

14   she took a photograph at a market outside of this small village

15   and gave it to her family to use in connection with this visa

16   application, the one that they claim my client's guilty of

17   committing immigration fraud with.

18          You'll learn that she herself, Amina Ajmal had sworn

19   that her Brooklyn home is her legal, her lawful domicile, and

20   yet the government will contend that my client committed fraud,

21   because at the time Amina was really living in Pakistan when

22   she is swearing soon thereafter that Brooklyn has been her

23   legal domicile all along.

24          It becomes fraud because the family learns afterwards

25   that she's changed her mind about being married to someone and

OPENING STATEMENTS/SOSINSKY

 1   decided to act on this long-held desire of hers to be with

 2   Shujat Abbas.  I think not.

 3          The evidence will show that for Amina Ajmal to be with

 4   Abbas, she had to, quite obviously, leave, run off from her

 5   marital home and leave Pakistan.  She understood that and that

 6   is what she planned.  Contact the embassy, tell them an

 7   account, including, in part, the lies that I made mention to

 8   you about earlier.  Lies about her, the nature of the

 9   relationship with Abbas in order to get back to the United

10   States, and that's what occurs.

11          One night, she runs off, around dinnertime,

12   prearranged plan with this fellow, Shujat Abbas, and they make

13   their way -- sorry, Judge -- they make their way to a nearby

14   city, Lahore, in Pakistan.  You'll learn she calls her family,

15   Amina Ajmal does, from the road to tell them she's in the

16   custody of the embassy, she's going back home to the U. S.,

17   and she'll be in touch with daddy, with her father when she

18   gets here.  She's coming home.

19          You'll learn that although there are claims made that

20   people were being threatened, that everyone was concerned

21   immediately when she left that night, that Amina Ajmal decided

22   to spend time with Shujat Abbas in a hotel room in Lahore and

23   to go to the embassy or the consulate the next day.

24          She plans to come home to the United States, she's put

25   on a plane.  You'll hear that at that time, despite everything

1    that the government will claim went on prior to that, that her

2    plan, her intent at that point in time was to come back to the

3    United States, and to go back to be with her father, and the

4    family at their home on Foster Avenue in Brooklyn.  But that

5    soon thereafter, that plan changed because she realized that

6    too many people knew that she ran away from her family, and now

7    she's worried that she couldn't go home anymore.

8         You'll learn that as would be the case with any

9    father, any parent, when my client learned that his daughter

10   had run off at night in darkness with God knows who at that

11   point in time, that he and the family were greatly concerned.

12   "How did this happen?  How did she leave?  Who would have done

13   this?  We know she says she's in the custody of embassy or

14   consulate, but how could that be?"

15        You'll learn that there were discussions held between

16   various families, between various advisers, dignitaries, elders

17   in the community to try to get to the bottom of what was going

18   on, and no one was really getting straight stories from

19   anybody.  I hope you do not forget that this is Pakistan we're

20   talking about, not Poughkeepsie.  Pakistan, they don't know if

21   she's been kidnapped, being held, whether this is some sort of

22   a scam, whether someone else has scammed her.  They are hearing

23   bits and pieces, but no one is sure 'cause no one is being

24   honest about what this all is, no one.

25        You will learn that within this community, Chiryawala,

OPENING STATEMENTS/SOSINSKY

1    in this village, that not just the Choudhry family, but scores

2    of people, extended family, friends, other villagers, everyone

3    is upset, everyone is angry over what they believe has gone on.

4    There are meetings.  There's attempts at mediation.  There's

5    all sorts of sit-downs with elders and people, respected

6    members of the community -- and by the way, you'll hear that my

7    client and his family were respected members of this community.

8    And people are upset about this.  Some are very angry.

9          And by the way, you will hear that right before this

10   is all happening, some months earlier, that the Asghar family,

11   the man who ends up getting unfortunately shot and killed on

12   February 25th, 2013, that he and his family, he and his son,

13   Shujat Abbas, were themselves embroiled with another group of

14   people, a lawsuit, a claim, a dispute over some land, and land

15   is very important -- it's important here too, but it's even

16   more important, concept of land ownership back in Pakistan, in

17   the village.  He's embroiled in this dispute.

18         There are complaints in court.  And you'll learn that

19   despite an order apparently issued by some sort of court over

20   there to stay away from the land, that on a given day and time,

21   Mr. Asghar and his son are on the land and they see this other

22   party, group there with firearms, with guns on their own land,

23   and there's some sort of a back and forth and threats are made

24   by these other people with guns against their life.  And

25   further applications are made with regard to those threats

OPENING STATEMENTS/SOSINSKY

 1    against the Asghar family's life.

 2            So, there are many people within this extended village

 3    who are not happy with the situation concerning the running off

 4    of my client's daughter and there's many people independently

 5    who have problems with that family.

 6            There'll be testimony about threats, about firings of

 7    guns, presence of guns, phone calls, I ask you throughout the

 8    course of this trial please be objective.  My client is

 9    entitled to a fair trial by fair minded, reasonable people

10    here.  Please carefully scrutinize the claims with regard to

11    the importance of any particular piece of evidence.  Phone

12    calls, phone calls, evidence that somebody is using a phone,

13    even from Brooklyn calling overseas, where you'll hear there

14    were 10, 15, 20 close family members and someone was doing

15    often enough is not proof that those calls concerned the matter

16    of threatening, harming, killing people.

17            When you consider the evidence that will be offered,

18    the testimony concerning what someone said or didn't say on a

19    phone call, please ask yourself at the time you hear it, does

20    this make sense given what's being described?  Did it happen

21    that way?

22            Why is it that everybody who comes into a court and is

23    discussing conversations on a telephone is able to hear what's

24    being said on the other end, when they're not having a

25    conversation?  Please, you'll see the evidence that I'm

OPENING STATEMENTS/SOSINSKY

1    discussing when we get into it later today and tomorrow.

2           With regard to the date of February 25th, 2013, the

3    date as you heard earlier when there were three people shot who

4    were riding on a motorbike, a motorcycle in this village, in

5    Pakistan -- one of whom, by the way, I expect you'll be hearing

6    from on the defense case and is himself, obviously, an eye

7    witness, indisputably was shot at the same time, as was Asghar

8    and his daughter.  This person, Zameer Ababs, driving that

9    motorcycle at the time, how is it that the only witnesses to be

10   called by the government in the case, by the prosecution, to

11   these events on February 25th, happened to be -- they just

12   happened to be the wife and the mother, the sister of the two

13   people killed.  And these parties were not traveling together,

14   there's a motorcycle coming into the village, and the claim is,

15   no one else but the mother and daughter walking along, who just

16   happened to be in the same place at the same time and see

17   everything, but escaped unharmed, how can that be?  How is it

18   that they were even there in a position to see what they

19   claimed that they saw on that date, February 25th, 2013?  It

20   did not occur, the evidence will show, the way that it's been

21   described.

22          Ask yourself, whether -- during the course of the

23   trial, whether it makes sense when people can simply walk into

24   another person's home, in this case the Asghar home, just walk

25   in and confront people that if there was a desire to kill them

1    at any point in time following other events, why that simply

2    wouldn't have taken place right then and there?

3         My client indeed spoke with his daughter when she

4    returned to the United States, the family spoke with her, some

5    of those calls were recorded.  Some of them that preceded her

6    work with federal agents were not recorded.  They took place

7    before she began recording calls after meeting with agents and

8    discussing what should be said and not said during these calls.

9    She contacted that home, spoke with her brother, Shakeel.  She

10   contacted the home, spoke with her sister.  Of course they

11   tried to call her back to speak further with her to make sure

12   that she was okay and to urge her to do what?  To come home, to

13   come home to their house in Brooklyn where they were children,

14   where she had grown up.

15        You'll learn that my client, whatever else he said, he

16   denied that he was involved in these shootings that took place

17   in Pakistan, he denied, and Amina, his daughter, by the time

18   she hung up the phone in these recorded conversations, well

19   understood that he denied involvement.  In fact, she asked him

20   to swear, "Do you swear that you are not involved in those

21   shootings?"  And he says to her, after he has denied his

22   involvement, a number of times, "I will swear, but why are you

23   asking me to swear?  I will swear," and after he swears, she

24   continues to ask him and press him, "I know you did, you must

25   have been involved."

1          And he says to her -- and you will hear that there's

2     some significance in this culture to swearing as opposed to

3     just saying swearing on someone's deceased relative.  He says,

4     "If you just had me swear and I told you, you asked me, why do

5     you keep saying to me, 'Didn't you do this?  Didn't you do it?

6     Didn't you kill?'"  And she presses on and says, "I know you

7     did," sitting two feet away from federal agents.

8          You'll hear throughout these phone calls, he certainly

9     told his daughter to come home.  He knew that there was

10    craziness going on in Pakistan at that time.  He was aware of

11    that.  There's a lot of people over there that he has no

12    control over.  Some of whom may be involved in his extended

13    family, some who are not, some who are villagers who knew what

14    was going on.

15         He urged her, as did every member of her family, and

16    you'll hear that she spoke -- in one conversation, same

17    conversation with him, with his brother, fellow by the name of

18    Mohammad Afzal Choudhry, words urges her the same way, "Just

19    come home.  If you come home, there won't be any trouble.  Just

20    come home."  The very thing she said she planned to do when she

21    left and she ran off, came back to the country.

22         She keeps saying, "If I come home, you'll kill me.  I

23    know you'll kill me," and you'll hear that she understood that

24    that wasn't going to happen.  And indeed, every time she kept

25    pressing on, "I know you'll kill me, I know you'll kill me," he

1    says to her, "What are you talking about?  I'm not going to

2    kill you.  You're not going to get killed.  No one's going to

3    touch you.  In fact, if you're truly worried about such a

4    thing, go to the police."  He doesn't know she's sitting next

5    to federal agents, going over this script beforehand.

6         "Go to the police.  Tell them whatever you're worried

7    about, Amina.  Just come home.  Get police protection.  Tell

8    them the story and then come home."  This person who they say

9    at that time is scheming day and night to kill people.  "Go to

10   the police.  Tell them everything.  Come home to your house in

11   Brooklyn, please.  Your family is here.  We're dying without

12   you.  Our lives are nothing.  Little children, your brothers,

13   sister, the aunt who raised you, your sick aunt is dying over

14   this.  You're killing us."  For him, for Mohammad Ajmal

15   Choudhry, my client, he wanted his daughter to come home to

16   Brooklyn.

17        He says many other things on tape, and undoubtedly

18   you'll hear them -- you'll hear them later today I expect.

19   He's not proud, I'm certainly not proud of whatever he said on

20   those tapes, but he said what I just told you, you'll hear that

21   as well.

22        And I ask you during the course of the trial, when you

23   try to make sense of everything, please do not apply different

24   rules for the government than you would in regular life.  If

25   the argument is what he saying is true, then it has to be true

OPENING STATEMENTS/SOSINSKY

1    throughout.  If it's that it's not true, they can't just pick

2    and choose when he denies involvement and argue well of course

3    he did it.  That's not right, that's not fair.  Listen to the

4    remainder of the evidence and it will be up to you of course to

5    decide what is true, what is not, what is fair, what is not.

6            The government, as I began by saying, has the burden

7    of proving these charges they brought against that man to the

8    highest standard under American law, the Judge told you, beyond

9    a reasonable doubt.  I'm not going to spend a minute talking

10   about that standard because Judge Kuntz, at the end of the

11   trial, will explain what it means and what it doesn't mean.

12   But it is that highest standard that protects any one of us,

13   all of us, from accusations brought by a government body.

14           And I ask that you extend that protection, that you

15   hold true to your oaths, that you follow the law as Judge Kuntz

16   has given it to you, and will give you throughout the course of

17   the trial that you presume my client to be innocent, the same

18   protection that would apply to you, family member or a friend

19   if, God forbid, they were accused of a crime.

20           Do not -- I beg you -- do not allow sympathy or

21   prejudice to play any role here.  We're all human beings.  We

22   all have feelings.  We're entitled.  Of course, sympathy cannot

23   play a role in a courtroom.  It's that simple.  You must be

24   objective, dispassionate fact finders, right?  Otherwise, you

25   can decide things based on things that are not evidence, but

1    based on feelings and feeling bad about things.

2          And I'm confident that if you do that, when I stand up

3    here at the end of the trial and we see what went on, what the

4    evidence is what you can believe or disbelieve, that you should

5    have very reasonable doubts about, you will find my client not

6    guilty of each of the charges brought against him.

7          You may not like him.  You may.  You may not like him.

8    You may view his world and their world as very, very different

9    than your world, my world.  But if they don't prove the charges

10   against him beyond any reasonable doubt, he's entitled to that

11   verdict.

12         Thank you very much, folks.

13         THE COURT:  All right.  We have just had opening

14   statements, which is, as you know, are not evidence.  I will

15   now ask the government to call its first witness.

16         MS. HECTOR:  Your Honor, the government calls Seemab

17   Asghar.

18         THE COURT:  Could you spell that for the reporter,

19   please?

20         MS. HECTOR:  Sure.  It's S-E-E-M-A-B, A-S-G-H-A-R.

21         THE COURT:  Thank you.

22         Please come forward and be sworn.

23         (Witness sworn.)

24         THE COURT:  Please be seated, ma'am.  Good morning.

25   I'm Judge William Kuntz.  I'm going to ask you to speak very

S. ASGHAR/DIRECT/HECTOR

```
 1   clearly into the microphone.  That won't bite you.  It's okay.
 2   And would you state your name and spell it for the reporter.
 3   And then counsel will have some questions for you, okay?
 4           So what's your name?
 5           THE WITNESS:  Seemab Asghar.
 6           THE COURT:  Thank you.  And would you spell it for the
 7   court reporter, please?
 8           THE WITNESS:  My name?
 9           THE COURT:  Yes.
10           THE WITNESS:  The first name is S-E-E-M-A-B and the
11   last name is A-S-G-H-A-R.
12           THE COURT:  Thank you.  If you'd like some water, you
13   can help yourself right there, and now you'll have some
14   questions from the prosecutor.
15           Go ahead.
16                        DIRECT EXAMINATION
17   BY MS. HECTOR:
18   Q   Good morning, Ms. Asghar.
19   A   Good morning.
20   Q   I'd like to start by showing you some pictures.  They will
21   come up on your screen.
22           MS. HECTOR:  Mr. Jackson, if you wouldn't mind just
23   showing these to the witness at this point?
24           THE CLERK:  (Complies.)
25
```

S. ASGHAR/DIRECT/HECTOR

```
 1   BY MS. HECTOR:
 2   Q   Ms. Asghar, if you look at your screen, I'm showing you
 3   what's been marked for identification as Government's Exhibit
 4   17, 18, 19, 20, 22, 23, and 2.
 5           I'll start with 17, and I'm just -- if you could just
 6   take a look, Ms. Asghar, and then I'm going to flip to the next
 7   one and then I'll ask you some questions.
 8           THE WITNESS:  (Complies.)
 9           MS. HECTOR:  Showing her Government 17, 18, 19, 20,
10   22, 23, and 2, if you could just look at that one for a second.
11           THE WITNESS:  (Complies.)
12   BY MS. HECTOR:
13   Q   Ms. Asghar, do you recognize these photos that I have just
14   shown to you?
15   A   Yes.
16   Q   Are they photos of your family members?
17   A   Yes.
18   Q   Do they fairly and accurately depict how your family
19   members look?
20   A   Yes.
21   Q   And the last one I showed you, Government Exhibit 2, does
22   that fairly and accurately depict the familial relationship
23   between your family members?
24   A   I have to look over it, the picture. I want to see clearly.
25           MS. HECTOR:  She wants to see clearly.  She's looking
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

 1    over it.

 2    A    Yeah, it's correct.

 3              MS. HECTOR:  The government moves to admit 17 through

 4    20, 22, 23 and 2, as well as 2A, which is a larger version of

 5    2.

 6              THE COURT:  Any objection?

 7              MR. SOSINSKY:  Yes, sir.  Objection.

 8              THE COURT:  What is your objection to, all of them?

 9              MR. SOSINSKY:  Yeah.

10              THE COURT:  I'm asking you, you're objecting to all of

11    them?

12              MR. SOSINSKY:  I'm objecting to the photographs only,

13    not the chart itself and the information.

14              THE COURT:  Okay.  The objection is overruled.

15              You may publish to the jury.

16              MS. HECTOR:  Thank you.

17              THE COURT:  And by publish to the jury, I'll explain

18    to the jury, it's just a technical term.  It just means you can

19    see it.

20              (Exhibit published to the jury.)

21              THE COURT:  All right.  We have that big screen in the

22    back so those of you in the back row of the jury can look

23    there.  We have the television screen, a little teleprompter,

24    in front of you in the front row, and if you look to your

25    right, ladies and gentlemen of the jury, once a document is

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

1  admitted into evidence, you can look to that screen as well.

2  So, those are your three visions.  That's why I have the

3  "Mother, may I" rules.  I don't have the lawyers wandering up

4  and down and showing you pieces of paper as they do on Perry

5  Mason or MacGyver or all the other old shows, all right?

6        MS. HECTOR:  Your Honor, just for the record, I also

7  move to admit this blown-up family chart as 2A?

8        THE COURT:  You did indicate that you wanted it

9  admitted and I did admit it, so it's in.

10        MS. HECTOR:  Thank you.

11        THE COURT:  You can show it to the jury.

12        MS. HECTOR:  Thank you, Your Honor.

13        (Exhibit published to the jury.)

14  BY MS. HECTOR:

15  Q   Ms. Asghar, I'd like to start by showing you Government

16  Exhibit 18.  Can you tell the jury who this person is?

17  A   She's my mother.

18  Q   What is her name?

19  A   Rukhsana Kousar.

20        THE COURT:  I'm going to ask you to spell that for the

21  reporter.

22        THE WITNESS:  Sure, R-U-K-H-S-A-N-A, is a first name,

23  and the last name, K-O-U-S-A-R.

24        THE COURT:  Thank you.

25

LISA SCHMID, CCR, RMR

 1   BY MS. HECTOR:

 2   Q   Ms. Asghar, I'm showing you Government Exhibit 17.  Do you

 3   recognize the person in this photo?

 4   A   (Examines photo.) Yeah, he's my father.  His name is

 5   Muhammad Asghar, M-U-H-A-M-M-A-D, and the last name is

 6   A-S-G-H-A-R.

 7   Q   Ms. Asghar, is your father, Mohammad Asghar, still alive?

 8   A   No, he is not.

 9   Q   Was your father murdered?

10   A   Yes.

11   Q   How old was your father when he was murdered?

12   A   He was more than 60.

13   Q   Okay.  I'm showing you the photo that's marked Government

14   Exhibit 22.  Do you recognize that photo?

15   A   (Examines photo.) Yeah, that's my picture.  That's my

16   photo.

17   Q   I'm now showing you Government Exhibit 23.  Do you

18   recognize that photo?

19   A   (Examines photo.) She's my sister.

20   Q   What is her name?

21   A   Nayab Asghar, N-A-Y-A-B, and last name is A-S-G-H-A-R.

22   Q   Showing you what's been marked as Government Exhibit 19.

23   Do you recognize that person?

24   A   (Examines photo.) He is my brother.  Shujat Abbas,

25   S-H-U-J-A-T, and the last name is A-B-B-A-S.

S. ASGHAR/DIRECT/HECTOR

```
1   Q    And showing you what's been marked as Government Exhibit
2   20.  Do you recognize this photo?
3   A    (Examines photo.) She's my sister, Abida Asghar, A-B-I-D-A,
4   the first name, and the last name is A-S-G-H-A-R.
5             MS. HECTOR:  If I could just show the witness this one
6   additional photo that I'm going to move to admit?
7             THE COURT:  Yes.  Publish it just to the witness in
8   the first instance.
9   BY MS. HECTOR:
10  Q    Ms. Asghar, do you recognize the person in this photo?
11            THE WITNESS:  There's nothing in my screen.  Oh, yeah.
12            THE COURT:  Nothing?
13            All right, Mr. Jackson, would you please take the
14  photo from counsel and bring it to the witness stand.  Do not
15  show it to the jury.
16            THE CLERK:  (Complies.)
17            THE COURT:  During the lunch break, I will have a
18  private chat with our techie.
19            THE CLERK:  (Complies.)
20            THE COURT:  Okay.  What is the number that you placed
21  before the witness?
22            MS. HECTOR:  I believe it's 21.
23  BY MS. HECTOR:
24  Q    Does that have a 21 on it, Ms. Asghar?
25  A    It's 21.
```

S. ASGHAR/DIRECT/HECTOR

1          THE COURT:  The question, ma'am, is:  Do you know
2    what that is?
3          THE WITNESS:  I'm sorry?
4          THE COURT:  Do you know what that picture is?
5          THE WITNESS:  Yeah.
6          THE COURT:  What is it?
7          THE WITNESS:  She's my sister, Madeeha Asghar.
8          THE COURT:  Would you spell her name, please?
9          THE WITNESS:  SURE.  M-A-D-E-E-H-A, and the last name
10   is A-S-G-H-A-R.
11         MS. HECTOR:  The government moves to admit Government
12   Exhibit 21.
13         THE COURT:  Any objection?
14         MR. SOSINSKY:  Same objection.
15         THE COURT:  Overruled.  It's admitted, you'd may
16   publish it to the jury, hopefully on the screen.
17         MR. TUCKER:  My apologies, Your Honor.  Sometimes if
18   the screen goes to sleep and if you tap on it, it will turn
19   back on again.  So that's what we're endeavoring to do right
20   now.
21         THE COURT:  Will it wake up if I yell at it like Lord
22   Vader?
23         MR. TUCKER:  Probably it will work.
24         THE COURT:  I'll do whatever it takes.  There we go.
25   May the force be with you, screen.

S. ASGHAR/DIRECT/HECTOR

```
 1            All right.  Let's go.
 2            (Exhibit published to the jury.)
 3   BY MS. HECTOR:
 4   Q   Ms. Asghar, I'm showing you Government Exhibit 21.  Who is
 5   the person depicted in this photo?
 6   A   She's my sister, Madeeha Asghar.
 7   Q   Is Madeeha Asghar still with us?
 8   A   She's not a part of earth anymore.
 9   Q   Was she murdered?
10   A   Yeah.
11   Q   How old was Madeeha Asghar when she was murdered?
12   A   She was 22 or 23, in the new year.
13   Q   I'm showing you what's been marked as Government Exhibit 2,
14   which 2A is also before the jury.  Does this chart depict the
15   family relationship between your mom and your dad and your
16   siblings?
17   A   Yes.
18   Q   And is it fair to say that you have -- you're one of five
19   siblings?
20   A   Yes.
21   Q   Who is the youngest?
22   A   Youngest, Nayab Asghar.
23   Q   Is that the person I'm pointing to here?
24   A   Yes.
25   Q   Who is the second youngest?
```

```
 1   A    It's me, Seemab Asghar.

 2   Q    Who is the third one?

 3   A    Madeeha Asghar.

 4   Q    That's the person who is no longer with us?

 5   A    Yes.

 6   Q    Who is the fourth youngest?

 7   A    Abida Asghar.

 8   Q    And who is the oldest child?

 9   A    Shujat Abbas, my brother.

10   Q    And these are your parents, Rukhsana and Mohammad Asghar?

11   A    Yes.

12   Q    Ms. Asghar, did your brother go by any nicknames?

13   A    Yes.

14   Q    What nicknames did he use?

15   A    Shoshi.

16        THE COURT:  Could you spell that, please?

17        THE WITNESS:  I'm not pretty sure how to spell it,

18   just S-H-O-S-H-I.

19   BY MS. HECTOR:

20   Q    Ms. Asghar, where were you born?

21   A    I was born in Dubai.

22   Q    Is that a city in a particular country?

23   A    Yes.

24   Q    What country is Dubai in?

25   A    It's the UAE, United Arab Emirates.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    Is the United Arab Emirates a country in the Middle East?
 2   A    Yes.
 3   Q    Did you grow up in the UAE?
 4   A    Yes.
 5   Q    While you were growing up in the UAE, who did you live
 6   with?
 7   A    My parent and my siblings.
 8   Q    Is it fair to say it's all the people that are depicted on
 9   Government Exhibit 2?
10   A    Yes.
11   Q    Were all your siblings born in the UAE?
12   A    Yes.
13   Q    At some point, did members of your family move away from
14   the UAE?
15   A    Yes.
16   Q    Where did you move to?
17   A    We moved to Pakistan, it's the country my parent.
18   Q    Did you move to a particular village or place in Pakistan?
19   A    Yes.
20   Q    What is that place called?
21   A    Chiryawala.
22            THE COURT:  Who you spell that, please?
23            THE WITNESS:  Sure, C-H-I-R-Y-W-A-L-A.
24   BY MS. HECTOR:
25   Q    Is Chiryawala a village or is it a city, how would you
```

S. ASGHAR/DIRECT/HECTOR

```
 1   describe it?

 2   A    It a village.

 3           MS. HECTOR:  I'd like to show the witness only what's

 4   been marked as Government Exhibit 31?

 5           THE COURT:  Can you see it, ma'am?

 6           THE WITNESS:  Yes.

 7   BY MS. HECTOR:

 8   Q    Is this a map that depicts where Pakistan is and where the

 9   UAE is?

10   A    Yes.

11           MS. HECTOR:  The government moves to admit Government

12   Exhibit 31.

13           THE COURT:  Any objection?

14           MR. SOSINSKY:  No objection, sir.

15           THE COURT:  It's admitted.  You may publish.

16           (Exhibit published to the jury.)

17   BY MS. HECTOR:

18   Q    Miss Asghar, where on this map is the UAE?  You can

19   describe it if it's in a corner or, for instance, describing

20   whether to the left or right side or top or bottom?

21           THE COURT:  Actually, if you touch the map and point,

22   it will show up I think.

23           THE WITNESS:  Can I?

24           THE COURT:  Yes, you may.

25           THE WITNESS:  (Complies.)
```

1          THE COURT:  Is that not working for you?  Yeah, there.

2          MS. HECTOR:  It did, there's a little --

3    BY MS. HECTOR:

4    Q    Is it fair to say that that's the country of the United

5    Arab Emirates?

6    A    I'm sorry, say that again?

7    Q    Is it fair to say that where you just put the pointer in

8    the lower left-hand corner of this page, that that's the UAE or

9    United Arab Emirates?

10   A    Yes.

11   Q    Okay.  And can you point to where Pakistan is?

12   A    Sure.  (Complies.)

13   Q    Thank you, Ms. Asghar.

14          So, when your family moved from the UAE to Chiryawala

15   in Pakistan, did your entire family move to Chiryawala?

16   A    Except my father and my brother.  Like we all four sisters

17   and my mother, we all moved back to Pakistan.

18   Q    Why did your father stay in the UAE at that time?

19   A    Because he had the job there, for his work purpose he

20   stayed in Dubai.

21   Q    Do you know what kind of work your father did?

22   A    I just know it was something like that is called shovel.

23   It's a machine, construction like work.  So I don't know

24   exactly what his work was, but it's something related to

25   construction.

S. ASGHAR/DIRECT/HECTOR

1    Q    And about how old were you when you and your mom and your

2    sisters moved from the UAE to Chiryawala in Pakistan?

3    A    I was, I believe, nine years old.

4    Q    And after you moved, did you start attending school in

5    Chiryawala?

6    A    No, not in Chiryawala, in another town.

7    Q    Is that also in Pakistan?

8    A    It just considered as in Pakistan, but it is in -- actually

9    in Kashmir.

10   Q    And you would travel back and forth from school every day?

11   A    Yes.

12   Q    Okay.  Now, at some point, while you were living in

13   Chiryawala, did you meet someone named Amina Ajmal Choudhry?

14   A    Yes.

15   Q    Do you remember when you first met Amina?

16   A    Yes.

17   Q    When did you first meet her?

18   A    Actually, was the marriage ceremony of her sister, two of

19   her sisters, so, we were invited to the marriage, so I went

20   there -- there myself.

21   Q    Do you remember which of her sisters were getting married?

22   A    I remember both -- one of them, one of them that her name

23   is Yasmin Ajmal, and I'm just confused with the name of the

24   other girl.

25   Q    Did both the sisters get married at the same time?

S. ASGHAR/DIRECT/HECTOR

1   A    Yeah.

2   Q    And do you know who Yasmin Ajmal married?

3   A    Yes.

4   Q    Who did she marry?

5   A    Amir Shahzad, that's the name of the groom.

6   Q    Amir Shahzad?

7   A    Yes.

8   Q    Is that spelled A-M-I-R, S-H-A-H-Z-A-D?

9   A    Yes.

10  Q    Did you socialize with and talk to Amina during that

11  wedding celebration?

12  A    Yes.

13  Q    Do you remember approximately what year that wedding took

14  place?

15  A    Maybe -- I'm not sure, like before 2010, in my knowledge,

16  so I'm not sure what year.

17  Q    Before you had met Amina at that wedding, did you know

18  other members of Amina's family?

19  A    Yes.

20  Q    Who was Amina's father?

21  A    Mohammad Ajmal Choudhry.

22  Q    Who was Amina's mother?

23  A    She was not alive, so I don't know what her name -- I don't

24  know her name.

25  Q    Did Amina have any other siblings?

S. ASGHAR/DIRECT/HECTOR

1    A    You mean her sisters and brother?  Yes, she did.

2    Q    Okay.  Now, you mentioned that two of her siblings, two

3    sisters were getting married when you first met Amina, did she

4    have other siblings in addition to those two sisters?

5    A    Yes, she has one brother and a little sister, so all

6    together there are four sisters and one brother.

7    Q    Do you know what her brother's name was?

8    A    I just know about him from his first name, Shakeel.

9    Q    Did Amina have any uncles?

10   A    Yes.

11   Q    Do you know the names of Amina's uncles?

12   A    Yes.  One is Afzal and the other one is Akmal.

13           THE COURT:  Would you spell that for the reporter,

14   please?

15           THE WITNESS:  Sure.

16           THE COURT:  And speak into the microphone as close as

17   you can and keep your voice up, all right?

18           THE WITNESS:  All right.

19           THE COURT:  Thank you.

20           THE WITNESS:  Afzal is A-F-Z-A-L, and Akmal is

21   A-K-M-A-L.

22   BY MS. HECTOR:

23   Q    Now, you previously referred to Amina's father as Mohammad

24   Ajmal Choudhry?

25   A    Yes.

S. ASGHAR/DIRECT/HECTOR

1    Q    If it's okay with you, I'm going to refer to him as Ajmal.

2    Will you understand who I'm talking about?

3    A    It's okay.

4    Q    Okay.  So, just to be clear, Amina's father is Ajmal, and

5    Ajmal has two brothers who are named Akmal and Afzal?

6    A    Yes.

7    Q    Okay.  Did you Amina have any aunts?

8    A    Yes.

9    Q    What was her aunt's name?

10   A    I know about her first name, Naseem, N-A-S-E-E-M.

11   Q    Okay.  Are you -- is your family related in any way to

12   Amina's family?

13   A    We were not relative.

14   Q    If you went back in your family multiple, multiple

15   generations, is there a connection between your two families

16   familially?

17   A    Yeah, if you go so far there is a relationship, but now

18   we're not so close relatives.

19   Q    How would you describe Amina's family in Chiryawala?

20          MR. SOSINSKY:  Objection to the form of question.

21          THE COURT:  Overruled.

22          THE WITNESS:  They are political family, that's what I

23   know about them.  Her Uncle Afzal was in politics.  So, that's

24   what I know about them.

25

LISA SCHMID, CCR, RMR

 1  BY MS. HECTOR:

 2  Q    Based on your understanding, when you were living in

 3  Chiryawala, do you consider Amina's family to be a powerful

 4  family?

 5            MR. SOSINSKY:  Objection to the form.

 6            THE COURT:  Overruled.

 7            THE WITNESS:  Yes.

 8  BY MS. HECTOR:

 9  Q    What made them powerful?

10            MR. SOSINSKY:  Objection.

11            THE COURT:  Overruled.

12            THE WITNESS:  They are political, because that's

13  what -- if I were just say -- because I just want to explain

14  how I think about them, they're strong and they're wealthy, I

15  mean powerful.  They had a part actually in politics.  That's

16  what I know.

17            MR. SOSINSKY:  Objection, Your Honor.

18            THE COURT:  Overruled.

19  BY MS. HECTOR:

20  Q    Did any of Amina's family members reside in the United

21  States?

22  A    Yes.

23  Q    In the Village of Chiryawala, what does it mean to have

24  family members that reside in the United States?

25            MR. SOSINSKY:  Objection to the form.

S. ASGHAR/DIRECT/HECTOR

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  There is just considered as a Middle
 3   East mentality than someone is in Europe or is in America.  So,
 4   they were considered to be as more wealthy in comparison to any
 5   other person -- another person of the village.  So, they were
 6   in America and are wealthy and powerful, that was because they
 7   were in politics.  So in my understanding, it's one of two
 8   reasons.
 9   BY MS. HECTOR:
10   Q    Okay.  I'd like to focus on Afzal for a second.
11   A    Sure.
12   Q    And you said that Afzal is Ajmal's brother, is that right?
13   A    Yes.
14   Q    Okay.  Did anyone refer to Afzal as anything other than the
15   name Afzal?
16   A    Yes.
17   Q    What did they refer to Afzal as?
18   A    Nazam, N-A-Z-A-M.
19   Q    What does Nazam mean?
20   A    So, Nazam is the title of the political seat.  So, the
21   person who's upon the seat is called a Nazam.
22   Q    Is that an elected position in Pakistan?
23   A    Yes, it is.
24   Q    Who votes on that position?
25   A    The votes are from the public or from what's called the
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

1   Nazam has a political position.

2   Q   Is there a specific area that the Nazam is in charge of?

3   A   Yes.

4   Q   What area is that?

5   A   It's a beautiful village between --

6          THE COURT:  Hang on.  Slow it down, a little bit

7   louder, so that everyone can hear it and understand it.  So,

8   I'm sorry.  Just keep your voice up.  Okay.

9          THE WITNESS:  So --

10          THE COURT:  Pull the mic to you.

11          THE WITNESS:  All right.  It includes the village from

12   where he is and neighboring villages, like four or five, I'm

13   not sure how many villages it includes, but they are political.

14   Q   So for Afzal in particular, when you say that that included

15   the village from where he is, that's the Village of Chiryawala?

16   A   Yes.

17   Q   And that would include being in charge of Chiryawala, as

18   well as the villages surrounding Chiryawala?

19   A   Yes.

20          MR. SOSINSKY:  Object to the form, "in charge."

21          THE COURT:  Why don't we switch court reporters now?

22   You ready to do that?

23          Okay.  We are going to take two minutes.  Should we

24   take a comfort break now?  Can we do that, and we'll taken a

25   ten-minute comfort break, all right?  We'll switch court

1    reporters and we will continue.  Sorry to interrupt the

2    examination, but there you have it.

3                (Jury exits.)

4                THE COURT:  You may step down, ma'am.  Don't talk with

5    anyone about your testimony during the break.  You may step

6    down.

7                About ten minutes, okay?  Thank you.

8                (Recess.)

9                (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

S. ASGHAR/DIRECT/HECTOR

```
 1              (In open court, outside the presence of the jury.)
 2              THE COURT:  Can we have the witness resume the stand
 3    and we'll bring the jury in.
 4              Do we have any issues before we bring the jury in?
 5              MS. HECTOR:  One small thing, your Honor.
 6              We realized that when we put the Government's
 7    Exhibit 2 in, which is the small version of this chart, the
 8    version is mistakenly missing one of the pictures.
 9              We talked to Mr. Sosinsky about it and he agrees to
10    stipulate to put the correct version of -- the correct small
11    version of Government's Exhibit 2 into evidence which just
12    replaces the picture to match what is on the larger chart.
13              THE COURT:  Is that correct, sir?
14              MR. SOSINSKY:  Yes, sir.
15              THE COURT:  The larger chart being 2A which is also in
16    evidence, is that correct?
17              MS. HECTOR:  Yes.
18              THE COURT:  Fine.
19              Okay.
20              MR. SOSINSKY:  With the same objection I noted
21    earlier.
22              THE COURT:  Which is the same ruling; overruled.
23              MR. SOSINSKY:  I figured as much.  You never know.
24
25              Persistence.
```

S. ASGHAR/DIRECT/HECTOR

1            THE COURT:  You never know.

2            The hobgoblin.

3            (Jury in at 11:55 a.m.)

4            (Witness resumed the stand.)

5            MR. TUCKER:  Your Honor, when is the Court planning to

6    break for lunch today?

7            THE COURT:  How much longer do you anticipate for

8    direct?

9            MS. HECTOR:  This witness will probably about another

10   hour and a half.

11           THE COURT:  Why don't we plan then to break at about

12   12:20 which will be another half hour, just about that and then

13   we'll resume.

14           Is that acceptable to everyone?

15           MS. HECTOR:  Yes, sir.

16           MR. SOSINSKY:  Yes.

17           MR. TUCKER:  Thank you, your Honor.

18           THE COURT:  Then we'll resume at 2:00 or 2:15,

19   something like that.

20           (Jury in at 11:55 a.m.)

21           THE COURT:  Thank you, ladies and gentlemen of the

22   jury.  Please be seated, and others be seated as well.

23           We are going to continue with examination of the

24   witness.  We'll go until about 12:15 or 12:20 and we'll break

25   for lunch and then we'll be back here at 2:10 just for your

S. ASGHAR/DIRECT/HECTOR

 1   planning purposes because we have a bit longer time period.

 2          Ma'am, I asked you not to speak with anyone about your

 3   testimony during the break.

 4          Did you talk about your testimony with anyone during

 5   the break?

 6          THE WITNESS:  No.

 7          THE COURT:  Okay, fine.

 8          Please continue.

 9   Q   Ms. Asghar, when we took the break, I was asking you

10   questions about Afzal and the position of Nazim.

11   A   Right.

12   Q   What types of responsibilities does the Nazim have in

13   Pakistan?

14   A   In my understanding Nazim has to get the funds from

15   government to construct the schools, roads.  That's what I know

16   about the political responsibilities.

17   Q   Does the Nazim have any responsibilities with respect to

18   family or personal disputes?

19   A   That is not from the government.  So there is a thing

20   called Punchaid.

21   Q   Is Punchaid spelled P-U-N-C-H-A-I-D?

22   A   Yes.

23   Q   Please continue.

24   A   So this is not an eager thing that he has to do.  It's not

25   a part of his job description.  This is like out of the court,

1  people to solve the problems in the Punchaid and Nazim is the

2  person who is in charge of the Punchaid.

3  Q   So I'll ask you a few questions about the Punchaid in a

4  second.

5        Do you know how many years Afzal held the position of

6  Nazim?

7  A   I think it's around 10 years.

8  Q   Who was elected to the position of Nazim after Afzal?

9  A   I have no idea.  I just heard about Javed was going to

10  be the next Nazim.

11  Q   Is Javed a familial relation to Afzal?

12  A   They are first cousins.

13  Q   After Afzal stopped being the Nazim formally, did people

14  still refer to him as the Nazim?

15        MR. SOSINSKY:  Objection to the form.

16        THE COURT:  The objection is overruled.

17        After there is an objection, just let me rule on it

18  before you answer to give me a moment to pause.

19        Go ahead.

20  Q   You referred to the Punchaid.  What is your understanding

21  of what the Punchaid is?

22  A   So in my understanding, when people from Chiryawala

23  village, they have issues within a family like interfamily

24  issues, so instead of going to the court to solve them, just

25  for example, diverse issues, those kind of things, so instead

1    of going to court, they always go to Punchaid.

2    Q   How many people are part of the Punchaid?

3    A   Originally Punchaid, it means like five people conference

4    but it just depends on the person who is in charge of the

5    Punchaid and he allows the people to be a part of the Punchaid.

6    Q   While you were living in Chiryawala, who did you understand

7    to be members of the Punchaid?

8              MR. SOSINSKY:  Objection.

9              THE COURT:  Overruled.  She is testifying about her

10   understanding.

11             Go ahead.

12   A   So far, what I know about the people who were the part of

13   the Punchaid when I was in Pakistan in Chiryawala, was Afzal,

14   Javed, and Mazhar.

15   Q   Is Mazhar a familial relation to Javed?

16   A   Yes.

17   Q   Is Mazhar a familial relation to Ajmal's family?

18   A   Yes.

19   Q   Are you familiar with the term caste?

20   A   Yes.

21   Q   Can you describe what a caste is?

22   A   In my understanding, caste is -- I don't know when it was

23   originated, when it was started, but caste is kind of division

24   of the whole village into categories.  The upper one is, means

25   the top one is superior and then inferior and then inferior.

S. ASGHAR/DIRECT/HECTOR

1    So it's basically a regional peoples who are living in

2    Chiryawala.

3            What caste was Amina's family in?

4            MR. SOSINSKY:  Objection to the form.

5            THE COURT:  Overruled.

6    A    It's the least caste in Chiryawala.

7    Q    What about your family?

8    A    My family is from the same caste.

9    Q    I'd like to turn back to that time you were describing when

10   you first met Amina at her sister's wedding.

11           Okay?

12   A    Sure.

13   Q    Did your whole family attend the wedding of Amina's two

14   sisters?

15   A    Yes.

16   Q    At that time, was it --

17   A    Can I go back to the answer?

18   Q    Certainly.

19   A    Not my father, he was in Dubai.

20   Q    At that time, was it typical for your family to attend

21   weddings in Amina's family?

22   A    I don't understand your question.  Can you clarify.

23   Q    Yes.

24           At that time in your life, was it typical for your

25   family to be invited to weddings of Amina's family members?

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

```
 1          THE COURT:  By typical, she means usual, ordinary.
 2    A    Ordinary, yes.
 3    Q    Where did that wedding celebration take place?
 4    A    So like in Pakistani culture, marriages are divided into
 5    different, let's say, categories.  So part of it took place in
 6    our home and then the rest took place in Ajmal's home.
 7    Q    Why did some of the wedding celebration for Amina's sisters
 8    take place in your home?
 9    A    So in our culture, like the groom's friend, he will -- he
10    invites the friends and other relatives of the groom into his
11    home and my brother Shujat Abbas was a friend of Amir Shazad,
12    one of the grooms.
13    Q    So because your brother was a friend of a Amir Shazad, your
14    brother hosted some of the wedding?
15    A    Yes.
16    Q    About how old were you when you first met Amina?
17    A    I'm not sure but 16.
18    Q    And is Amina older or younger than you?
19    A    She is older than me.
20    Q    Do you know about how many years older?
21    A    She is my older sister's age, so like three years in front
22    maybe.  I'm not sure really.
23    Q    During that time when you first met her at her sister's
24    wedding, if you know, was Amina living in Pakistan?
25    A    She visited Pakistan.  She was in America before.
```

S. ASGHAR/DIRECT/HECTOR

```
 1    Q    Was Amina married when you first met her?
 2    A    No.
 3    Q    Did you and Amina discuss whether Amina was promised in
 4    marriage to anyone?
 5    A    Yes.
 6    Q    What was that discussion?
 7    A    It was a set up marriage and the guy named Abrar Ahmed
 8    Baber.
 9            So he walk by the girl's family at that time and
10    Amina, she said:  Look at this guy, he is so shorter than me
11    and my family wanted me to marry him.
12    Q    After the wedding, do you know whether Amina continued to
13    stay in Pakistan or whether she went back to the United States?
14    A    She went back to the United States.
15    Q    Did you communicate with her at all after she went back?
16    A    Yes.
17    Q    Did you communicate frequently or infrequently?
18    A    Infrequently.
19    Q    During the times that you would communicate with Amina, how
20    would you communicate?
21    A    Through phones.
22    Q    At some point, did you become aware of an issue between
23    your family and Amina's family?
24    A    Yes.
25    Q    Do you remember where you were when you first became aware
```

S. ASGHAR/DIRECT/HECTOR

1   of an issue?

2   A    I was over at her home, in the living of her home, sitting

3   with my sister and my mother.

4   Q    Who did you first hear about the issue from?

5   A    Nassem.

6   Q    Is that the Nassem that you described previously as Amina's

7   aunt?

8   A    Yes.

9   Q    To your understanding, what was the issue between your

10  family and Amina's family?

11          MR. SOSINSKY:  Objection, your Honor.

12          THE COURT:  Overruled.

13  A    So it was an issue with regard to phone calls.  And in my

14  understanding, she said my brother Shujat Abbas is making phone

15  calls to Amina.  They both are talking to each other on the

16  phone.

17  Q    In Chiryawala, and within your culture, what was -- what

18  did people generally think about communications between young

19  men and young women?

20          MR. SOSINSKY:  Objection to form.

21          THE COURT:  You can give your understanding of your

22  views.  You don't know people what thought.  I'll limit the

23  question to her views.

24  A    There are different views of the people about if it is

25  acceptable or it is not acceptable.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

S. ASGHAR/DIRECT/HECTOR

```
 1   Q   At that time, did you have any personal knowledge about
 2   whether Amina and Shujat were communicating?
 3   A   I didn't know that they are communicating with each other
 4   but I thought it's me who is making phone calls with Amina and
 5   probably it's a misunderstanding.  They thought this was Shujat
 6   instead of me.
 7           So I thought it was my phone calls that are making a
 8   problem, that made an issue.
 9   Q   Was that around the time that you were talking on the phone
10   to Amina from the United States?
11   A   Yes.
12   Q   When you first learned about an issue between your family
13   and Amina's family, was Shujat living in Pakistan?
14   A   Yes, he was there.
15   Q   What about your father, was your father in Pakistan at the
16   time?
17   A   No.
18   Q   How did you personally feel when you first heard about the
19   issue?
20           MR. SOSINSKY:  Objection.
21           THE COURT:  Overruled.
22   A   It was a sort of mixed situation, like I was scared to
23   because I thought this is a misunderstanding and it can put my
24   brother in a trouble.
25   Q   Did you notice anything about Shujat's friends at the time?
```

S. ASGHAR/DIRECT/HECTOR

```
 1              MR. SOSINSKY:  Objection.

 2              THE COURT:  Overruled.

 3    A    Amir was cut off from his friend that know about him.  He

 4    didn't talk to him anymore, so that's what I realized about his

 5    friends.

 6    Q    Are you referring to Amir Shazad?

 7    A    Yes.

 8    Q    Is that the same Amir Shazad who was then married to

 9    Amina's sister as you previously described?

10    A    Yes.

11    Q    After you learned about this issue, did Shujat continue to

12    live in Pakistan?

13    A    No.

14    Q    Where did he go?

15    A    He went to Dubai.

16    Q    Over the next couple of years, can you describe your

17    relationship generally from your perspective with Amina's

18    family?

19    A    So we were kind of close friends to each other's families,

20    like visiting every day to once in a month, like the sparse

21    occasions when we saw each other, these were the marriages.  So

22    when I said marriages, it doesn't mean that particularly from

23    their family and from our family.  So there was a marriage of

24    other villagers.

25    Q    Would you see them, would you see members of Amina's family
```

```
 1   at the marriages of other villagers?

 2   A    Yes, I saw the girls.

 3   Q    What did you observe about the interaction between your

 4   family and Amina's family at that time?

 5   A    Well, they were not talking to us anymore like the way they

 6   used to before.

 7   Q    They were or they were not?

 8   A    They were not.

 9   Q    Now during the years that you and your family were in

10   Chiryawala and your father was still in the United Arab

11   Emirates, would your father come to Pakistan to visit you all?

12   A    Yes.

13   Q    At some point, did your father move from the United Arab

14   Emirates to Pakistan permanently?

15   A    Yes.

16   Q    Do you know why he moved when he did?

17   A    So whatever I learned from the conversation with my mom and

18   my father --

19               MR. SOSINSKY:  Objection, your Honor.

20   Q    I'll stop you right there.

21               Do you know when your father approximately moved from

22   the United Arab Emirates to Pakistan?

23   A    I think it was 2011.

24   Q    And after your father moved from the United Arab Emirates

25   to Pakistan, what did your father do for a living in
```

S. ASGHAR/DIRECT/HECTOR

1    Chiryawala?

2    A    My brother was dealing Dubai because my father used to have

3    his business in the wine but then my father when he moved back

4    to Pakistan, he made a cattle farm.

5    Q    A cattle farm?

6    A    Yes.

7    Q    Where was the cattle farm in relation to your house?

8    A    It was in the same village in Chiryawala but you could say

9    10 or 15 minutes walk.

10   Q    Ms. Asghar, to your knowledge, were you aware of any

11   financial problems that your father had in the United Arab

12   Emirates?

13   A    No, I don't know.

14   Q    At some point, did you learn that Amina had gotten married?

15   A    Yes.

16   Q    Approximately when did you learn that?

17   A    It was in 2012.  I don't remember the month but it was

18   summer, I believe.

19   Q    Do you know who Amina got married to?

20   A    Abrar Ahmed Baber.

21   Q    Was that was same Abrar Ahmed Baber that Amina had pointed

22   out to you at her sister's wedding?

23   A    Yes.

24   Q    Were you invited to any part of Amina's wedding ceremony or

25   celebration?

S. ASGHAR/DIRECT/HECTOR

1   A    No.

2   Q    Do you know whether any people in your family, in your

3   immediate family were invited to Amina's wedding celebration?

4   A    You mean the family that is staying with me in the same

5   house?

6   Q    Yes.

7   A    No.

8           THE COURT:  Do you know or is the answer they were not

9   invited?

10          THE WITNESS:  They were not invited.

11          THE COURT:  Do you know questions can be confusing, so

12  let's try to avoid them.

13          MS. HECTOR:  I apologize, your Honor.

14          THE COURT:  That's all right.

15  Q    Ms. Asghar, at some point did you find out that Amina had

16  left the village?

17  A    Yes.

18  Q    Do you remember when that was approximately?

19  A    Beginning of January of 2013.

20  Q    Where were you when you found out that she had left?

21  A    I was with my parents in our conference room in our home.

22  Q    Before you found out that Amina had left that very night,

23  did you hear any visitors come to your house?

24  A    Yes, I did.

25  Q    Did you see the visitors?

S. ASGHAR/DIRECT/HECTOR

```
1    A    No.

2    Q    Who were you with in the --

3         When you say the conference room of your house, is

4    that a regular room in your house?

5    A    It's not a regular bedroom for someone.  It's just for a

6    room with a seat and that is just for people who are also in

7    the home and -- when they visit our family and members of our

8    family so they are specifically in that room.

9    Q    Who was in the room with you when you first found out that

10   Amina had left?

11   A    My mother was there, my father and my sisters, Nayab and my

12   other sister, Madeeha.

13   Q    When you first found out that Amina had left, can you

14   describe what your father's demeanor and mood was at that time?

15   A    So when I got into the room, my father was so stressed at

16   that time and so he had put the arm on his forehead.  And then

17   when I asked him what happened --

18   Q    Without saying what he said.

19   A    All right.

20   Q    His demeanor was that he appeared stressed and he had his

21   head in his hand?

22   A    Yes.

23   Q    Okay.

24        How did you feel personally when you found out that

25   Amina had left?
```

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

1           MR. SOSINSKY:  Objection.

2           THE COURT:  Overruled.

3   A    I was scared.

4   Q    Why were you scared?

5   A    Because it was a girl from Ajmal's family.

6   Q    I want to stop you right there for a second -- I'm sorry,

7   keep going.

8           MR. SOSINSKY:  Objection, your Honor.

9           THE COURT:  Overruled.

10          Why don't you repeat the question and we can have an

11  answer to the question.

12  Q    Why were you scared?

13  A    So actually Amina was a girl from Ajmal's family.  So they

14  were really powerful.  So in case if you have trouble with the

15  Choudhry's family, that means you were causing a great, great

16  trouble for you in the future.

17  Q    Was your brother Shujat living at home when you found out

18  that Amina had left?

19  A    No, he was not there.

20  Q    Where was he if you know?

21  A    He left the home a couple of weeks ago.  He said I'm going

22  to South Africa for a great purpose.

23  Q    At that time, did you have any personal knowledge about

24  whether or not Shujat was involved in Amina leaving Pakistan?

25  A    No, I didn't know that.

S. ASGHAR/DIRECT/HECTOR

1   Q    So now getting back to that night when you found out that
2   Amina had left, what was the next thing that you remember
3   happening that night?
4   A    Would you like me to explain you after --
5        THE COURT:  No, just answer.
6        The way this works is counsel will ask you a question
7   and you should focus on answering that question.  And if she
8   needs to expand the background, she will ask you to expand the
9   background.
10       So why don't you put the question again and answer
11  that question and then we'll have about five more minutes and
12  then we'll talk our lunch break.
13       Fair enough?
14       MS. HECTOR:  Certainly.
15       THE COURT:  Thank you.
16       So put the question again.
17  Q    Ms. Asghar, you said you that you were in the meeting room
18  with other family members when you first learned that Amina had
19  left, right?
20  A    Yes.
21  Q    What was the next thing that you remember happening that
22  night?
23  A    Javed came back to our home.
24  Q    What happened when Javed came to your home?
25  A    He said --

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

```
 1                MR. SOSINSKY:  Objection to hearsay.
 2    A   He said --
 3                THE COURT:  No, no, sustained.
 4                Put another question.
 5                MS. HECTOR:  Your Honor, may we be heard at sidebar
 6    about that issue?
 7                THE COURT:  No.  Put another question.
 8    Q   When Javed came in, were you still in the meeting room?
 9    A   Yes.
10    Q   Who was with you?
11    A   My mother was there, my father and my sister Madeeha.
12    Q   Were you in the room with Javed the whole time that he was
13    at your house?
14    A   Yes.
15    Q   Did Javed eventually leave?
16    A   Yes?
17    Q   Did you see Javed do anything?  I'm not asking saying
18    anything, but did you see Javed do anything while he was there?
19    A   No.
20    Q   Did you see any phone calls being made by anyone while
21    Javed was there?
22    A   Yes.
23    Q   Who made phone calls while Javed was there?
24    A   My father.
25    Q   Approximately how long was Javed in your house?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    It was like 20 minutes.

 2   Q    That night, did Javed eventually leave?

 3   A    Yes.

 4   Q    That night, did you and your family have a discussion about

 5   what, if anything, you should do that night?

 6   A    Yes.

 7   Q    What, if anything, did you do that night?

 8   A    So we left our home that night.

 9   Q    Who left your home?

10   A    We all, my father, my sisters, excluding Abida, she was in

11   Spain, so Madeeha, myself, Nayab and my mother.

12   Q    What time did you leave?

13   A    It was after midnight, after 12:30.

14   Q    Why did you leave?

15   A    So prior to visiting my father, he went to Mazhar's home.

16   So when he came back from there, he told --

17          MR. SOSINSKY:  Objection, judge.

18          THE COURT:  Overruled.

19          I'll let her continue this.

20          Go ahead.

21   A    He told her the story what happened there, so that made us

22   to leave Chiryawala.

23   Q    You said that your mom and your sisters and you left that

24   night, your home that night?

25   A    Yes.
```

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    Around midnight.
 2            What about your father?
 3   A    He went with us to Kotla but he came back.
 4   Q    Is Kotla where you and your mom and your sisters went to
 5   stay that night?
 6   A    Yes.
 7   Q    So you said your dad went with you to Kotla but then came
 8   back?
 9   A    Yes.
10   Q    Came back to where?
11   A    Chiryawala.
12   Q    Why did your dad come back to Chiryawala if you know?
13            MR. SOSINSKY:  Objection.
14            THE COURT:  If she knows, she can say why.
15   A    Because we had the cattle farm at that time and there was
16   no one to take care of the cattle.  That's why he came back.
17   Q    How long did you and your mom and your sisters stay in
18   Kotla?
19   A    For four days, four or five days, like not a week but less
20   than a week.
21   Q    After you stayed in Kotla for a few days, did you return to
22   your home in Chiryawala?
23   A    Yes.
24   Q    Why did you return when you did?
25   A    This is not culturally okay to stay in someone's home for
```

S. ASGHAR/DIRECT/HECTOR

```
 1   more than a week or for longer term, so that's why we came
 2   back.
 3   Q    So I'd like to direct your attention to the days following
 4   you coming back with your mom and your sisters from Kotla.
 5        Okay?
 6   A    Yes.
 7   Q    Do you remember that time period?
 8   A    Yes.
 9   Q    What was life like for you and your family during that
10   time?
11        MR. SOSINSKY:  Objection to the form of the question.
12        THE COURT:  Overruled.
13        You may answer.
14   A    Well, it was -- I would say there was a huge, huge
15   difference.
16   Q    In what way was it a difference?
17   A    So normally our neighbors, they were visiting us every day,
18   but after -- so after the time that we came back from Kotla, no
19   one was talking to us anymore in our village.  It seems like a
20   social outcast.  No one is happy to talk to you anymore.
21   Q    Did any visitors come to your house during that time
22   period?
23   A    Yes.
24   Q    Who came?
25   A    Javed.
```

1   Q    Did anyone else come?

2   A    I remember one Punchaid came to our home.

3   Q    Are you saying that members of the Punchaid came to your

4   home?

5   A    Yes.

6   Q    When people came to your home, would they talk to you or

7   someone else in your family?

8   A    They talk to the man of the family, so my father.

9   Q    When Javed and/or members of the Punchaid would meet with

10  your father, without saying what you heard being said if

11  anything, could you hear the tone of the way people were

12  talking to each other?

13  A    Yes.

14  Q    What was the tone like?

15  A    Aggressive, loud.

16  Q    Do you know whether your father attended meetings with

17  anyone outside of the home during this time period?

18  A    Yes.

19          THE COURT:  You were asked again do you know.

20          Did he?  Did he in fact attend meetings outside of the

21  home?

22          THE WITNESS:  Yes.

23          THE COURT:  Because she asked if you knew and that

24  could be one way or the other.

25          So again, try to avoid the "did you know" format.

S. ASGHAR/DIRECT/HECTOR

```
 1          Go ahead.
 2   Q   At that point, Ms. Asghar, did you believe that you or your
 3   family was in danger?
 4          MR. SOSINSKY:  Objection.
 5          THE COURT:  Overruled.
 6   A   Yes.
 7   Q   Did Shujat come home at all during this time period after
 8   you came back from Kotla?
 9   A   No.
10   Q   Do you know whether anyone in your family was communicating
11   with Shujat at that time?
12   A   Yes.
13   Q   Who in your family was communicating with Shujat?
14   A   My father.
15   Q   Ms. Asghar, at some point did you and your family travel to
16   another village to attend a family funeral?
17   A   Yes.
18   Q   Do you remember when that was?
19   A   It was 25 January of 2013.
20   Q   What town or village did you travel to?
21   A   Barnala.
22   Q   Who in your family had passed away?
23   A   My cousin.
24   Q   Was that cousin a child or an adult?
25   A   A child.
```

S. ASGHAR/DIRECT/HECTOR

1    Q    So when you say it was a cousin, whose -- can you give a
2    little more description of whose child it was?
3    A    Sure.  It was my mom's nephew, his brother's son.
4    Q    It was your mother's brother's son?
5    A    Yes.
6    Q    Who from your immediate family traveled to Barnala to
7    attend the funeral?
8    A    So we were five family members staying at that time in our
9    home.  We all went there.
10   Q    Can you name the people in your family?
11   A    Sure.
12        My father, Mohammad Asghar, my mom, my mother, my
13   sister, Madeeha Asghar, myself, and Nayab Asghar.
14   Q    Approximately how far is Barnala from Chiryawala?
15   A    It's like, if you have your own car, it's around one hour.
16   Q    And how did you travel from Chiryawala to Barnala?
17   A    In our -- in our jeep.
18        MS. HECTOR:  Your Honor, I'll just note that it's
19   12:30.
20        THE COURT:  Would this be a convenient time to break
21   for lunch?
22        MS. HECTOR:  It would.  I think we're heading into a
23   new section.
24        THE COURT:  That is fine.
25        Ladies and gentlemen of the jury, we'll take our

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

S. ASGHAR/DIRECT/HECTOR

1    luncheon recess.

2            Why don't we resume at 2:15 if that is acceptable to

3    you and we'll go until 5:00 after that.

4            Again, we're in the midst of trial.  Do not talk about

5    the case.  You can talk about the game of football, formerly

6    known as soccer, formally known as whatever, but please do not

7    talk about the case at all.

8            Thank you.

9            And again, madam, do not talk with anyone about your

10   testimony during the luncheon recess.

11           See you at 2:15.

12           (Jury out at 12:30 p.m.)

13           THE COURT:  The jury has left the courtroom.  I'm

14   going to encourage both sides of counsel, to the extent you can

15   to give spellings of names to the court reporter that you know

16   are going to be coming up, that will be helpful so he is not

17   always having to either interrupt or guess what the spellings

18   are.  And hopefully, he has that.  I'm sure you have

19   anticipated that request.

20           So we'll see you at 2:15.

21           Thank you very much.

22           MS. HECTOR:  Thank you.

23           (Luncheon recess.)

24           (Continued on next page.)

25

S. ASGHAR/DIRECT/HECTOR

1           (In open court, outside the presence of the jury.)

2           THE CLERK:  All rise.  The Honorable William F. Kuntz,

3     II is now presiding.

4           THE COURT:  We're waiting for the defendant to be

5     brought out and then we'll have some procedural issues, and

6     then we'll bring the jury out.

7           (Defendant entered.)

8           THE COURT:  All right.  The parties are now here.  I

9     gather we have some procedural issues to deal with that relate

10    to translations and headsets.

11          So please be seated.  Use the microphones.  And now

12    that all parties are present, counsel is present.  The jury is

13    not here yet.

14          What are the procedural issues we've got?

15          MR. SOSINSKY:  Judge, there was an issue this morning

16    with regard to the interpreters utilizing the headset method of

17    translation as opposed to talking with my client while the

18    witness, you know, is testifying which is somewhat disturbing.

19    If it can be avoided, I think they are addressing it, whatever

20    the technological issue is now, so that they can whisper into a

21    headset that my client can be listening in on.

22          THE COURT:  So has the issue been corrected or is the

23    issue still with us?

24          MR. BRIGHTMAN:  The issue is still with us.

25          THE COURT:  The issue is still with us, I'm told by

S. ASGHAR/DIRECT/HECTOR

1    the techie.

2         Okay.  So what will happen is the interpreter will

3    continue to whisper to the defendant, so that he can understand

4    the proceedings because that's obviously absolutely required.

5    Is that something we can do?

6         MR. SOSINSKY:  Judge, my understanding.  I'm --

7         THE COURT:  Just use the microphone.

8         Sir, you can tell -- I mean, you are the techie.  You

9    know what's going on.  Why don't you just tell us, as we say in

10   the 'hood, what's happening?

11        MR. BRIGHTMAN:  I just have to do one thing.  I'll be

12   back in a minute.

13        THE COURT:  I've heard that before.  It's never good.

14        MR. SOSINSKY:  You don't hear that in the courtroom,

15   though.

16        THE COURT:  I don't hear it in the courtroom, but when

17   I hear it, it's never good.

18        I don't want to keep the jury waiting.  You tell me.

19   If it's five minutes and it's a real five minutes, great, but

20   if it's going to be a half an hour, then why don't we just

21   proceed and then we'll take our break and then you can deal

22   with it.  So what do you think?

23        MR. BRIGHTMAN:  Just give me five minutes.

24        THE COURT:  Five minutes?  While he's doing that --

25        MR. SOSINSKY:  Maybe while he's doing that, we can

S. ASGHAR/DIRECT/HECTOR

1    address the other issues?

2              THE COURT:  Please.

3              MS. HECTOR:  Certainly, Your Honor.

4              THE COURT:  Again, please use the microphone.  You're

5    all taxpayers.  You paid for them.  They, at least, are

6    working.

7              MS. HECTOR:  Your Honor, there are two quick issues.

8    The first -- and I apologize and I believe this was probably my

9    fault or most likely my fault for not laying the foundation in

10   a way to alert the Court to where I was going.

11             But if you recall, when Seemab Asghar was on the stand

12   and describing the night that she found out that Amina had left

13   her village, she described an individual named Javed coming

14   over to the house and she was about to tell certain statements

15   that Javed made to her family.

16             This was, of course, part of the subject of our motion

17   in limine about co-conspirator statements, and Javed is a

18   co-conspirator, an unindicted co-conspirator of the defendant.

19   And some of the statements that Javed made were, in fact,

20   co-conspirator statements.  It was certainly the genesis of

21   Javed starting to threaten the family that if Shujat did not

22   bring Amina back, bad things would happen.

23             So with the Court's permission, given that those are

24   co-conspirator statements, I would like to go back to it with

25   the witness, now that I have sort of explained to the Court

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

1    where I was going with that.  And I apologize and we'll make it

2    more clear in the future.

3          THE COURT:  What is your response to -- I know you

4    object to the statements coming in and you'll continue to have

5    that objection -- but what is your response to what you've just

6    heard from Ms. Hector, other than your previous objection -- or

7    in addition to your previous objection?

8          MR. SOSINSKY:  Other than my previous objection which

9    harkens back to argument, both in writing and orally that we

10   had on this issue, Judge.  I'll leave it at that.  Your Honor I

11   think heard my objection and did sustain it, so I'm not sure

12   that it's clear or the Court understood necessarily what was

13   being proffered was part of.

14         THE COURT:  No.  The way it was being teed up and the

15   way the jury would have heard it was as a hearsay statement

16   being offered not for the truth of the matter asserted', as

17   opposed to a statement by a co-conspirator in furtherance of

18   the conspiracy.  That's why I sustained the objection.

19         But having had the context fleshed out, I'm prepared

20   to allow the testimony, obviously, and noting your objection

21   which is preserved for the record.

22         MR. SOSINSKY:  Okay.

23         THE COURT:  Okay?

24         MS. HECTOR:  There is one other issue that I wanted to

25   alert the Court to, so that we wouldn't potentially have an

1    issue like this again and I apologize.

2         One of the things that Seemab Asghar will testify

3    about is the fact that shortly after her parents left Bernala

4    and were shot at by certain individuals in their car, her

5    father within a couple of hours within that event called Seemab

6    on the phone.

7         I would lay the foundation that when the father

8    called, his voice was jittery.  He was agitated and speaking

9    quickly about what had just happened to him.

10        THE COURT:  So you're going for excited utterance, res

11   gestae --

12        MS. HECTOR:  Exactly.

13        THE COURT:  Presently observed.

14        MS. HECTOR:  Exactly.

15        THE COURT:  Recently remembered exceptions to the

16   hearsay rule.  You're not offering the statements for the truth

17   of the matter asserted?

18        MS. HECTOR:  Well, I believe they do come in for the

19   truth of the matter asserted, because an excited utterance is

20   an exception to the hearsay rule.  So those statements would

21   come in for the truth.  We would be offering them as such and I

22   would lay a proper foundation for the statement.

23        THE COURT:  Well, they might come in.  Exceptions to

24   the hearsay rule do not necessarily involve being offered for

25   the truth of the matter asserted.  There are exceptions to the

S. ASGHAR/DIRECT/HECTOR

1  hearsay rule, but we can have that technical argument in

2  another venue.

3          All right.  I will --

4          MR. SOSINSKY:  May I be heard.

5          THE COURT:  I'm sorry.  Yes. Go ahead.

6          MR. SOSINSKY:  Please?

7          Judge, obviously, I object to that, but Your Honor may

8  not be aware of some aspects of the chronology which I think

9  are necessary in order for Your Honor to determine whether or

10  not the proffer meets the requirements under the rules of

11  evidence for the admission of such a statement, and I'd like

12  to, if I could, just let you know quickly about that.

13          THE COURT:  Sure.

14          MR. SOSINSKY:  And I'm basing this on a -- both notes

15  of and a typewritten report concerning this very subject, where

16  the witness was walked through what she claimed had transpired

17  on that particular day and afternoon.

18          My understanding based on the review of those

19  materials is that her mother and father leave.  They go back

20  towards the town where they all live.  And there's a phone call

21  made during which there's some noises.  There were some noises.

22          THE COURT:  Is that a higher authority ruling on your

23  objection?

24          MR. SOSINSKY:  I'll turn it back up.

25          THE COURT:  All right.  Let's just go old school and

 1   bring our litigation voices.  Okay?

 2           MR. SOSINSKY:  It's back on, Judge.

 3           THE COURT:  Okay.

 4           MR. SOSINSKY:  So there's an initial call where

 5   there's some noises being heard and then hours later -- by the

 6   way, in that call, I believe it is the government's contention

 7   that what was being heard may well have been shots or sounds

 8   associated with an attack -- hours later, meaning hours after

 9   the attack according to everything that I've read, there is

10   another phone call made from the parents to a different cell

11   phone that's answered, the witness claims, by her at the

12   family's house in this other village an hour away, so two hours

13   later after the first call.

14           And in that call there are the -- the people are

15   informed that everyone is fine.  People had been shot at.  The

16   car had been shot at, but everyone was fine, and there was a

17   passing of phone from one person, the sister, to the other.

18           In addition --

19           THE COURT:  Let me stop you right there.

20           MR. SOSINSKY:  -- hours later.

21           THE COURT:  Let me stop you right here.  Hours

22   later --

23           MR. SOSINSKY:  Yes.

24           THE COURT:  -- someone says, "I was shot at," is that

25   what they're going to testify to?

S. ASGHAR/DIRECT/HECTOR

1          MR. SOSINSKY:  Well, I think they've -- probably the

2     testimony would be that we were shot at, meaning --

3          THE COURT:  The testimony is going to be somebody says

4     somebody shot at me a few hours ago, right?

5          MR. SOSINSKY:  Correct.  And that we're fine and

6     furthermore, that we have already contacted the police and the

7     police are responding.

8          THE COURT:  Okay.  What's the problem with that

9     testimony coming in?

10          MR. SOSINSKY:  Well, if it's being offered either as a

11     presence sense impression, clearly, it's not because it would

12     have taken place hours before and the cases -- and I don't have

13     them before me now -- but the cases with regard to that I think

14     speak about a closeness in time meaning it's contemporaneous.

15          THE COURT:  We had this discussion about remoteness

16     before.

17          MR. SOSINSKY:  On a different issue.

18          THE COURT:  On a different issue?

19          MR. SOSINSKY:  Yes, not on a presence sense

20     impression.

21          THE COURT:  Not on presence sense impression.  The

22     past recollection can come in, not for the truth of the matter

23     asserted.  So I'm going to overrule your objection.

24          MS. HECTOR:  And Your Honor, if I could just make the

25     record clear, a few things:  One, the first phone call that

S. ASGHAR/DIRECT/HECTOR

1    Seemab receives where she just overhears noise, she will not

2    testify that the noise was indicative of anything.  She

3    actually at the time didn't think very much of it.  It just was

4    noise to her.  It wasn't something that she heard and thought

5    it might be part of the event or something like that.

6         But regardless, the case law in the Second Circuit

7    says that the statement for an excited utterance need not be

8    contemporaneous.

9         THE COURT:  I know that.  But you're not offering it

10   for the truth of the matter asserted.  You're offering it as a

11   exception to the hearsay rule.  I'm taking it on that basis, so

12   just take it on that basis.  It's going to come in.  The jury's

13   going to hear it.

14        MR. SOSINSKY:  And Your Honor will accept -- if I can

15   just finish my argument.  In our view, it is not a present

16   sense impression.  It cannot be an excited utterance because it

17   was made after sufficient time for reflection upon the events,

18   as discussed in the very phone call where they say that we have

19   called the police.  The police have been contacted and we're

20   expecting them to come.  And finally, that there was yet

21   another phone call that followed that where there as similar

22   discussion about the very same thing.

23        So on all of the grounds upon which the government is

24   offering it, we object, and we suggest, Your Honor, that the

25   government is indeed attempting to offer the statements for the

S. ASGHAR/DIRECT/HECTOR

1   truth of the matter asserted, because I believe that they

2   will -- they want to put the before the jury the declarant's

3   invocation of certain names in association with those events.

4          There is no reason why the Court would admit it,

5   unless the purpose behind it, the relevance is to identify who

6   the declarant stated were involved with that shooting.  That's

7   the information the government wants to put before the jury.

8   That's an out-of-court statement being offered for the truth of

9   the matter asserted.

10         MS. HECTOR:  Your Honor, may --

11         THE COURT:  It's not being offered for the truth of

12  the matter asserted.  Rule 803 sets forth the exceptions to the

13  rule against hearsay, regardless of whether the declarant is

14  available as a witness.

15         One of them are present sense impression is 803(1).

16  Second is excited utterance, 803(2).  The third is then

17  existing mental emotional or physical condition.  That's

18  803(3).

19         In any event, the objections are overruled and the

20  testimony will come in.

21         Anything else?

22         MS. HECTOR:  No, Your Honor.  And we're happy to sort

23  of write a letter about this this evening if it's helpful, but

24  it's our belief that the 803(2) exception does allow the

25  testimony to come in for the truth because the underlying

S. ASGHAR/DIRECT/HECTOR

1    policy consideration is that it's independently reliable

2    because of the excited state in which the statement is made.

3            But if the statement's coming in, we can let it in and

4    we can sort of address later this evening upon further review

5    --

6            THE COURT:  Well, first, the jury will decide whether

7    or not it's true.  They decide the facts.  The statement comes

8    in.

9            MS. HECTOR:  That's fine.

10           THE COURT:  Okay.  So I don't know why we're having a

11   discussion about truth or not truth.  They're going to hear the

12   statement that's made.  And they will determine whether or not

13   they believe it to be true.  That's their province, not that of

14   the Court or that of the counsel, with all due respect to

15   learned counsel.

16           And I think from the government's point of view, the

17   fact that the statement comes in is sufficient, and obviously,

18   the defendant can challenge the truthfulness of the statement

19   that's being made.

20           You have already said in your opening statement that

21   you have issues with the truthfulness of some of the witnesses.

22   So I expected you to challenge their truthfulness when you

23   cross-examine them.  That's why we have trials.  If they heard

24   the statement, and the jury will decide the truth, the falsity

25   of the statements.  That's their province not mine or yours.

S. ASGHAR/DIRECT/HECTOR

1          MS. HECTOR:  Thank you.

2          THE COURT:  So I'm not saying you can't write the

3    letter or supplement the record, but you may have other things

4    that you want to do that are actually relevant to what we do in

5    this trial, as opposed to things that are aren't relevant.  But

6    I'm not going to tell you how to spend your time.

7          Anything else --

8          MS. HECTOR:  (Shakes head negatively).

9          THE COURT:  -- before we bring in the jury?

10         MS. HECTOR:  Are we waiting for the technical.

11         THE COURT:  I don't wait for Godot.

12         THE CLERK:  All good, Judge.

13         THE COURT:  I think we should just go ahead.

14         MR. TUCKER:  Your Honor, shall we put the witness on

15    the stand before the jury comes in?

16         THE COURT:  Yes.  I think that would be the best.

17         MR. TUCKER:  Yes, Your Honor.

18         THE COURT:  Thank you.

19         (To the witness) Mr. Jackson is going to pour you a

20    fresh cup of water.

21         THE CLERK:  All rise.

22         (Jury enters.)

23         THE COURT:  Thank you ladies and gentlemen of the

24    jury.  Please be seated.  Thank you for your patience.  We were

25    going over some technical arguments that I assure you you will

S. ASGHAR/DIRECT/HECTOR

1   never see on Perry Mason with the lawyers while you were

2   waiting, but we have resolved those and we can now go on with

3   the testimony.

4           So please continue, Ms. Hector.

5           And again, ma'am, did you speak with anyone during the

6   break about your testimony?

7           THE WITNESS:  No.

8           THE COURT:  No?  Okay.

9           Go ahead, please.

10          MS. HECTOR:   Your Honor, I believe one of the jurors

11   is missing a chair.

12          THE COURT:  All right.  Go right ahead.

13          (Discussion off the record.)

14          MS. HECTOR:  Thank you Your Honor.

15   BY MS. HECTOR:

16   Q   Ms. Asghar, I would like to go back to the night that you

17   found out that Amina had left her home.  Do you remember that

18   night?

19   A   Yes.

20   Q   I'd like to go over some of the details of that night with

21   you again, okay?

22   A   Uh-hum (affirmative response).

23   Q   Okay.  Now, I believe you previously mentioned that you

24   heard visitors come to your house that night, is that right?

25   A   Yes.

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    And did you see who the visitors were?

 2   A    No, I didn't see them.

 3   Q    Did the visitors come before or after you first found out

 4   that Amina had left?

 5   A    Before.

 6   Q    Okay.  So the visitors came and then you found out?

 7   A    Yes.

 8   Q    Okay.  And when you found out that Amina had left, where

 9   were you in your home?

10   A    I was in the conference room of our home.

11   Q    And who was in that room with you?

12   A    My father, my mother and my sister, Madeeha Asghar, and my

13   other sister Nayab Asghar.

14   Q    And is that the time when you described your father

15   appearing stressed with his head in his hands?

16   A    Yes.

17   Q    You then mentioned that someone named Javed came over, is

18   that right?

19   A    Yes.

20   Q    Is this the same Javed who you've mentioned was a part of

21   the Punchaid?

22   A    Yes.

23   Q    Is this the same Javed who you mentioned was a family

24   relation to Amina's family?

25   A    Yes.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    And can you explain to jury, again, what the familial
 2   relation was between Javed and Amina's family?
 3   A    So in my understanding, Javed is a cousin of Ajmal, means
 4   Ajmal's mother and Javed's father, they're both sister and
 5   brother.
 6   Q    Thank you.
 7        Now, when Javed came in, what room did he come into?
 8   A    In our conference room.
 9   Q    What if anything did Javed say when he came into the
10   conference room?
11        MR. SOSINSKY:  Objection.
12        THE COURT:  Overruled.
13        THE WITNESS:  When he came into the room, he said
14   Nazam wanted to talk to Shujat.  That's what I remember.
15   BY MS. HECTOR:
16   Q    And then what happened?
17   A    So then my father, he said, "Shujat is" -- "Shujat is too
18   young to talk to the elder people and Nazam is also crazy guy.
19   So if they both will talk, it can be a problem.  So, why you
20   just don't talk to Shujat instead of Nazam?"
21   Q    And am I correct that Shujat is your brother on this chart
22   that's Government Exhibit 2A over here?
23   A    Yes.
24   Q    Okay.  So, after your suggested that Javed talk to your
25   brother, what happened next?
```

S. ASGHAR/DIRECT/HECTOR

```
1   A    So, then my father, he made a phone call to my brother,

2   Shujat, and he gave it to Javed.

3   Q    What did he give to Javed?

4   A    The phone.

5   Q    Okay.  After he gave the phone to Javed, did Javed talk?

6   A    Yes.

7   Q    What did you hear Javed say?

8        MR. SOSINSKY:  Objection.

9   A    He said, "If the girl is with you, bring her back."  I

10  don't remember the whole conversation, but the part of the

11  conversation I can remember, he said, "If the girl is with you,

12  bring her back."  So, that's what I remember.

13  BY MS. HECTOR:

14  Q    Okay.  Were you in the room the whole time that Javed was

15  in the room?

16  A    Yes.

17  Q    Did Javed eventually leave?

18  A    Yes.

19  Q    Do you remember Javed saying anything else before he left?

20  A    I don't remember.

21  Q    Approximately how long was Javed in your house?

22  A    It was like sometime around 20 minutes.

23  Q    Okay.  After Javed left -- well let me ask this:  Around

24  what time of the evening was it when Javed came over?

25  A    Well, it was nine o'clock or after nine o'clock p.m., 9 to
```

S. ASGHAR/DIRECT/HECTOR

1    9:30, any time between there.

2    Q    In the evening?

3    A    Yes.

4    Q    And was that the very night that you and your mom and your

5    sisters decided to go stay with your aunt in Kotla?

6    A    Yes.

7    Q    And am I right that you said you left around midnight that

8    night?

9    A    Yes.

10   Q    And you stayed there for several days?

11   A    Yes.

12   Q    And then when you came back from Kotla, is that the time

13   period that you were describing previously to the jury when

14   things sort of changed about how your family was treated?

15   A    Yes.

16   Q    And can you describe again what changed when your family

17   came back?

18           MR. SOSINSKY:  Objection.

19           THE COURT:  Overruled.  She's describing what she saw.

20           Go ahead.

21   A    So it was a completely change time for us.  Our world was

22   confined into the walls of our home.  Outside of our home, it

23   was -- it just seemed like a different village now, in

24   comparison.  So it was a completely -- completely different

25   village for us than for my family specifically.

S. ASGHAR/DIRECT/HECTOR

```
 1   BY MS. HECTOR:
 2   Q    And just so that we get the timeline correct, since we're
 3   going back a little bit in the story, was that during the time
 4   that you described people coming to the home to meet with your
 5   father?
 6   A    Yes.
 7   Q    Okay.  Now, let's get to the funeral that you were
 8   describing in Bernala.  At some point did your family travel to
 9   a funeral in Bernala?
10   A    Yes.
11   Q    And whose funeral was that again?
12   A    My cousin's funeral.
13   Q    And do you remember on what day you traveled to the
14   funeral?
15   A    It was 25, January of 2013.
16   Q    Okay.  And who was in Bernala attending the funeral with
17   you?
18   A    Can you repeat your question again?
19   Q    Who came to Bernala with you from your family to attend the
20   funeral?
21   A    So, five family members were there, my sisters, Madeeha,
22   Nayab, and my father and my mother and myself.
23   Q    Okay.  And I believe you said Bernala was about an hours
24   drive from Chiryawala?
25   A    Yes.
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

```
1    Q    And how did your family get to Bernala?

2    A    We were on our own personal Jeep.  That was my father's

3    Jeep.  So that's how we got to Bernala.

4    Q    Was that the family car?

5    A    Yes.

6    Q    Do you remember the day that you left with your family to

7    go to Bernala?

8    A    Can you repeat your question again?

9    Q    Do you remember the day that you left with your family to

10   travel to Bernala?

11   A    Yeah, 25 January.

12   Q    Do you remember seeing anyone from Amina's family on that

13   day?

14   A    Yes.

15   Q    Who do you remember seeing that day?

16   A    Nisar.

17   Q    Who's Nisar?

18   A    He's the father of Babar.

19          MS. HECTOR:  Abrar Ahmed Babar.  We previously spelled

20   that as B-A-B-A-R.

21   BY MS. HECTOR:

22   Q    When you say Nisar is the father of Babar, is Babar the boy

23   that Amina got married to?

24   A    Yes.

25   Q    And Nisar is Babar's father?
```

S. ASGHAR/DIRECT/HECTOR

1    A    Yes.

2    Q    When did you see Nisar as you were leaving?

3    A    So we got on the street, means we were -- our car was not

4    in the home.  It was on the main road.  That is actually the

5    main road to the village.  So our car was there and we were

6    walking to the car from our home.

7    Q    Okay.  Now, in Pakistani culture, do funerals take place on

8    one day or do they take place over multiple days?

9    A    Multiple days.

10   Q    And when you left to go to Bernala, were you planning on

11   being there for a couple of days?

12   A    Yes.

13   Q    At some point while you were in Bernala, did your father

14   receive a phone call that you were present for?

15   A    Yes.

16   Q    Can you describe where you were when your father received

17   this phone call?

18   A    So actually in tradition, like for the funeral, because

19   there are number of people are kind of very great, a lot of

20   people are -- they has to be a funeral, so they can't have the

21   seats there, so we all were sitting on the floor for our lunch.

22   Q    And where were you sitting in relation to your father when

23   your father received this call?

24   A    I was sitting close to him.

25   Q    When your father received the call, did you know who the

LISA SCHMID, CCR, RMR

1    call was from?

2    A    Yes.

3    Q    How did you know who the call was from?

4    A    Because when the person he called -- before that, we were

5    discussing the same issue of Amina should have go home and then

6    the problem for our family.  So, in the meantime, Javed called

7    and my father said, "Look, this Javed is calling me."

8    Q    Did your father answer the telephone?

9    A    Yes.

10   Q    When your father answered the telephone, could you hear the

11   person who was speaking on the telephone?

12   A    Yes.

13   Q    Was there any reason why you could hear that?

14   A    Yeah, because the phone call was on speaker.

15   Q    How was your father holding the phone?

16   A    Like in front of him.

17   Q    Who else was there at the time besides you and your father?

18   A    My mom was there.  My sister, Madeeha, was there and few

19   other relatives from my aunt's family.

20   Q    Did you hear Javed talk to your father?

21   A    Yes.

22   Q    What, if anything, did Javed say to your father?

23            MR. SOSINSKY:  Objection.

24            THE COURT:  Overruled.

25   A    Javed, he said he talked to my father and then he said,

S. ASGHAR/DIRECT/HECTOR

```
 1    "We'll want all of you to come back this evening to

 2    Chiryawala."

 3    BY MS. HECTOR:

 4    Q    And on what day was this?

 5    A    It was 25th January, the first day of funeral.

 6              THE COURT:  Of what year?

 7              THE WITNESS:  I'm sorry?

 8              THE COURT:  Of what year?

 9              THE WITNESS:  -- maybe I'm --

10              THE COURT:  No, you're answering fine.  What year was

11    it?  You said the 25th of January --

12              THE WITNESS:  No, it was actually 26 January, 2013.

13              THE COURT:  The 26th of January, 2013?

14              THE WITNESS:  Yes.

15              THE COURT:  Okay.  I just wanted the jury to know the

16    year.

17              Go ahead.

18    BY MS. HECTOR:

19    Q    I'm sorry.  What did Javed say to your father?

20    A    He said, "We want all of you to come back to Chiryawala.

21    We need the discuss the issue."

22    Q    Okay.  And what at that time did you understand the issue

23    to be when you heard this?

24    A    So, in my understanding it was an issue with Amina's

25    family, so.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    What issue with Amina's family?

 2   A    Because when Amina, she left her home, they were blaming my

 3   brother that he's helping -- he helped her to get out of the

 4   Chiryawala or wherever she was.

 5   Q    Okay.  Did anyone besides Javed get on the phone?

 6   A    Yes.

 7   Q    Who else got on the phone?

 8   A    Akmal.

 9   Q    Who is Akmal?

10   A    He is Amina's uncle, Ajmal's brother.

11   Q    How did you know that it was Akmal who got on the phone?

12   A    First thing, the voice had changed and then my father he

13   inquired, "Who is this, Akmal?"

14   Q    And did the person respond?

15   A    Yes.

16   Q    How did they respond?

17   A    Like in our language, we are don't say yes or no.  It's

18   just say, "Huh," or -- like this.

19   Q    So that's how the person responded?

20   A    Yeah.

21   Q    Okay.  And then what, if anything, did you hear Akmal say?

22              MR. SOSINSKY:  Objection.

23              THE COURT:  Overruled.  Overruled.

24              You can answer.

25              THE WITNESS:  Can you repeat the question again?
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

```
 1  BY MS. HECTOR:
 2  Q    What if anything did you hear the person on the phone say?
 3          MR. SOSINSKY:  Objection.
 4          THE COURT:  Overruled.
 5  A    So, whatever I can remember, he gave the time period a few
 6  hours that if our girl did not come back in that time period,
 7  we will kill all five of you or if you want to save your life,
 8  just bring over son to our hands, we will kill him, or if none
 9  of them is okay for you, so to leave the Chiryawala and --
10  because this is a shame if you would leave the Chiryawala.
11  Q    When he said "bring your son to us," what did you
12  understand that to mean?
13  A    Because my brother was not at home at that time.  He was
14  hiding in different places and he was just talking to my father
15  on the phone.
16  Q    So did you understand "son" to mean Shujat?
17  A    Yes.
18  Q    Did your father eventually get off the phone --
19  A    Yes.
20  Q    -- with Javed and Akmal?
21  A    Yes.
22  Q    Do you remember approximately what time it was when your
23  father received this phone call?
24  A    It was 3, 3:30, anytime around there.
25  Q    After your father got off the phone, did you and your
```

S. ASGHAR/DIRECT/HECTOR

```
 1    family discuss whether you should all go to Chiryawala as you
 2    had been asked?
 3    A    Yes.
 4    Q    What was your -- without saying what other people's
 5    opinions were, what was your opinion at the time?
 6    A    Well, I suggested for my father to bring peace with them,
 7    if they're going back to Chiryawala.  If that is the only
 8    option for them to go back to Chiryawala.
 9    Q    Was that -- was your opinion accepted?
10    A    No.
11    Q    Do you know why your opinion wasn't accepted?
12              MR. SOSINSKY:  Objection.
13              THE COURT:  Overruled.
14    A    Because I suggested that for my father to bring police with
15    you, my father says, "Already they're blaming our family, that
16    we're involved in helping Amina to get out of the Chiryawala,
17    so if we make a clear picture of them that we were actually
18    involved."
19    BY MS. HECTOR:
20    Q    Was a decision made by your family regarding who would
21    travel to Chiryawala, if anyone, for this meeting?
22    A    Yes.
23    Q    What was the decision?
24    A    So, we -- I need to pay my mom and my father, they both go
25    back to Chiryawala.
```

1   Q    Approximately how long after receiving the call did your

2   mom and dad leave to go back to Chiryawala?

3   A    I think within one hour.

4   Q    So, would that have been 4 or 4:30?

5   A    Yeah.

6   Q    Was it still light out at the time?

7   A    Yes.

8   Q    What car did your parents take, if you know?

9   A    The same Jeep that we took to get into Chiryawala -- to

10  Bernala, I'm sorry.

11  Q    And you mentioned previously that Bernala's about an hour

12  from Chiryawala?

13  A    Yes.

14  Q    So after your parents left for this meeting, what's the

15  next thing you remember happening?

16  A    So that evening, I was holding my aunt's phone, and my

17  father, he called on the phone for a few seconds.  When I

18  answered the phone, he didn't say anything and he cut off the

19  phone.

20  Q    Why were you holding your aunt's phone?

21  A    Because, okay, she was the one whose child was died that

22  day.  So she was not emotionally fine to answer the phone

23  calls.  Her relatives or her friends were calling her.  So

24  that's why I was holding her phone to answer the calls.

25  Q    After that call, that sounds like only lasted a short

S. ASGHAR/DIRECT/HECTOR

1  duration, did you talk to your father during that call?

2  A    I just said hello, but he didn't answer back.

3  Q    Did your father eventually call back?

4  A    Yes.

5  Q    When he called back, about how long had passed since he and

6  your mom had left to go to Chiryawala?

7  A    About two or three hours, yeah.

8  Q    And when your father called back, did you speak with your

9  father?

10  A    Yes.

11  Q    Before telling us what your father said to you, can you

12  first describe to us what your father's voice sounded like and

13  the tone he was using?

14  A    He was out of breath, like -- like, for example, someone

15  has just did a workout.  He was out of the breath.

16  Q    Was he speaking slowly or quickly or somewhere in between?

17  A    Somewhere in between.

18  Q    Did he sound like he normally did to you?

19  A    Say it again?

20  Q    Strike that.

21       What did your father say to you?

22       MR. SOSINSKY:  Objection.

23       THE COURT:  Overruled.

24  A    So the first thing, I'm sorry, I remember clearly is that

25  Akmal and his group did attack on our car.

S. ASGHAR/DIRECT/HECTOR

1   Q    Did he say they attacked on our car?

2   A    Yeah.

3   Q    Okay.  And what did you say when that happened?

4   A    Because my father was talking to me on the phone, but at

5   that time, I just started asking about my mom, because another

6   person with him in the car was my mom and I was worried about

7   him, "Is she okay or not?"

8   Q    Okay.  And when your father said, "Akmal and his people

9   attacked on us," can you describe who Akmal is?

10  A    Akmal is the brother of Ajmal, Amina's uncle.

11  Q    So after your father said, "Akmal and his people attacked

12  on us," and you asked how your mother was --

13  A    Yeah.

14  Q    -- did your father tell you how your mother was?

15  A    He said, "She's okay."

16  Q    What was the next thing that happened?

17  A    And in the meantime, because I was asking him where that

18  happened, he mentioned the street.  So there's a familial kind

19  of famous well of our village, so that street is off of --

20  means in reference to the well.

21  Q    Are you saying a well, like a water well?

22  A    Yes, a water well.

23  Q    Okay.

24  A    Then he said Mazhar was out on the street, that's what I

25  remember in his whole conversation.

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    And when your father said Mazhar was also in the street,
 2   did you have an understanding of who Mazhar was?
 3   A    Yeah.
 4   Q    Who's Mazhar?
 5   A    He is Javed's cousin and also -- and a relationship to the
 6   Choudhry family, he's Afzal's son-in-law.
 7   Q    And when you say another relationship with the Choudhry
 8   family, that is Amina's family?
 9   A    Yes.
10   Q    After your father said these things to you, what happened
11   next?
12   A    So when I was on the phone call, I started crying and I
13   talked to him loudly because I was not sure what my mom, is she
14   okay or not.  Then my aunt was there, she was on there, she
15   took the phone from me.  So just to -- because when I was
16   talking to my mom, it made a clear sense of the people around
17   me what I'm talking about and what happened.  So, my aunt, she
18   took the phone.
19   Q    After your aunt took the phone from you, what did you do?
20   A    My sister, Madeeha, was there and she took me to a separate
21   room, she turned off the light of the room and then she said,
22   "Call Javed.  Why did she call her parents to hear about a plan
23   to kill them?"
24   Q    When Madeeha took you to the other room, who was in the
25   room with you?
```

S. ASGHAR/DIRECT/HECTOR

```
 1    A    In that room?

 2    Q    Yes.

 3    A    Just Madeeha.

 4    Q    Just Madeeha and you?

 5    A    Yes.

 6    Q    And you said that Madeeha turned off the lights, did you

 7   know why Madeeha turned off the lights?

 8    A    If I get in the room, they must come in to talk to us.

 9    Q    I'm sorry.  Can you repeat that?

10    A    If they would see the light is on in the room, anybody or

11   whoever was around there must come into the room because

12   something wrong happened with our family.  Just through kind of

13   sit with you and talk with you supportively.

14    Q    So it's just you and Madeeha in the room?

15    A    Yeah.

16    Q    And you said that Madeeha told you to call Javed?

17    A    Yes.

18    Q    Did you call Javed?

19    A    Yes.

20    Q    What happened when you called Javed?

21    A    Well, he answered the phone call.  I introduced myself, who

22   I am.  I said, "I'm a daughter of Asghar."  Then he said,

23   "Okay.  What?"  I told him, "Did you call my parents to

24   Chiryawala to kill them?  Is that what your plan was?"

25    Q    And after you asked Javed, "Did you call my parents to
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Chiryawala to kill them, was that your plan" --
 2   A    Yeah.
 3   Q    -- did Javed respond to you?
 4   A    Yeah.
 5   Q    What did Javed say, if anything?
 6   A    He said, "What happened?  What are you talking about?"
 7   Q    And what did you say?
 8   A    Then I told him, "Akmal and his group, they attacked on my
 9   father's car near the Well Street."  Then he said, "I don't
10   know about any particular incident happening in our village
11   this evening."
12          So can I go ahead?
13   Q    What if anything did you then say?
14   A    Then I said, "No, it happened and by the wells," and he
15   said, "I was sleeping for the last two hours so I have no idea
16   what you are talking about."  Then I said that Mazhar was also
17   there," and he said, "Oh, no, Mazhar is sitting with me.  Since
18   last two the hours we're talking to each other."
19          Then I said, "Okay.  You just said you were sleeping
20   for two hours and then you said Mazhar was also with you.  So,
21   you have a contradiction in your two statements that you just
22   told me."
23   Q    After you confronted Javed with the contradiction that he
24   had just told you --
25   A    Yeah.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q   -- what did he say?

 2   A   He didn't say anything, he hung up the phone.

 3   Q   Had you identified yourself to Javed when you called him?

 4   A   I didn't say my name.  I just said, "I'm a daughter of

 5   Asghar."

 6   Q   And is Asghar your father?

 7   A   Yes.

 8   Q   Why didn't you identify your name?

 9   A   Because I was scared of him, that if he would get to know

10   me, with my name, maybe he can put me on trouble.

11   Q   What happened after you got off the phone with Javed?

12   A   My aunt came into the room.  She found me, I talk to Javed.

13   Then she just yelled at me.  Then she said, "You brought

14   another problem for your family."

15   Q   Your aunt yelled at you for having called Javed?

16   A   Yeah.

17   Q   Ms. Asghar, did you eventually have an opportunity to see

18   your parents car after that day?

19   A   Yes.

20   Q   When after that day did you have an opportunity to see

21   their car?

22   A   So the next day, my sister, Madeeha, and myself both went

23   back to the Chiryawala.

24             MS. HECTOR:  I'm going to show the witness for

25   identification Government's Exhibit 834, 835, and 838.  Just
```

S. ASGHAR/DIRECT/HECTOR

```
 1    for the witness, Your Honor.

 2            THE COURT:  Yes, Mr. Jackson, please?

 3            THE CLERK:  Can you -- is it on?  (Complies.)

 4            THE COURT:  Do you see them, Ma'am?  Are they on your

 5    screen yet?

 6            THE WITNESS:  Yeah.

 7            THE COURT:  Okay.

 8    BY MS. HECTOR:

 9    Q   Ms. Asghar, I'm showing you three photographs.

10            THE COURT:  Ms. Hector, you, too, have to use the

11    microphone.

12    BY MS. HECTOR:

13    Q   Ms. Asghar, I'm showing you three photographs, will appear

14    in front of you.  If you could take a look at each of them?

15    A   Sure.  (Examines photographs.)

16    Q   834, 835, and 838.  Do you see those?

17    A   Yes.

18    Q   Do those photographs accurately depict your family car in

19    the way that it looked when you saw it the day after you

20    received that phone call from your father?

21    A   Yes.

22            MS. HECTOR:  The government moves to admit Government

23    Exhibit 834, 835, and 838.

24            THE COURT:  Any objection?

25            MR. SOSINSKY:  No, Judge.
```

S. ASGHAR/DIRECT/HECTOR

```
 1              THE COURT:  They're admitted.  You may publish to the

 2    jury.

 3              (Exhibit published to the jury.)

 4    BY MS. HECTOR:

 5    Q    Ms. Asghar, we're looking at Government Exhibit 834.  Is

 6    this a picture of your parent's car?

 7    A    (Examines photograph.) Yes.

 8    Q    And I'm pointing to several holes that are in your parent's

 9    car.  Do you see those?

10    A    Yes.

11    Q    Did you see those holes in your parent's car when you saw

12    their car the day after the phone call with your father?

13    A    Yes.

14    Q    Had those holes been in the car before you had that call

15    with your father to your knowledge?

16    A    Can you repeat the question again?

17    Q    I'm sorry.  When you were traveling to Bernala for the

18    funeral --

19    A    Yes.

20    Q    -- did your family's car have these bullet holes in them?

21    A    No.

22    Q    I'm going to show you next Government Exhibit 835.  Is this

23    another picture of your family's car?

24    A    (Examines photograph.) Yes.

25    Q    And again, are these the bullet holes that you saw on your
```

S. ASGHAR/DIRECT/HECTOR

```
 1  family's car the day after the incident?

 2  A    Yes.

 3  Q    And finally, I'm going to show you Government Exhibit 838.

 4  Is that also a picture of your family's car?

 5  A    (Examines photograph.) Yes.

 6  Q    And what does it say on the back of the window here?

 7  A    So it's says, "Shujat."

 8  Q    And is Shujat your brother's name?

 9  A    Yes.

10  Q    And was that written on the back of the car the day that

11  you went to Bernala for the funeral?

12  A    Yes.

13  Q    And do you see these letters up here?

14  A    Yes.

15  Q    What are those letters?

16  A    So, it's C-H.  It's a short form of Choudhry.

17  Q    So I'm sorry.  It's C-H, and that's a short form of

18  Choudhry?

19  A    Yes.

20  Q    And why is that written on the back of your family car?

21  A    Because when my father was not in Pakistan, my brother was

22  using the car whenever he came into the country.  So for that

23  time period, and he did that.

24  Q    Why would your brother have written Choudhry along with his

25  name on the back of the car?
```

S. ASGHAR/DIRECT/HECTOR

```
1   A    Because -- so, our caste is Choudhry.

2           MS. HECTOR:  "Our caste," which was previously spelled

3   C-A-S-T-E.

4   BY MS. HECTOR:

5   Q    Is that the caste that you described earlier in your

6   testimony?

7   A    Yes.

8   Q    Is that also the caste of Amina's family?

9   A    Yes.

10  Q    Is that why Amina's family is sometimes referred to as the

11  Choudhry's?

12  A    Yes.

13  Q    And your family is of that same caste, is that right?

14  A    Sorry?

15  Q    Your family is also of that same caste, is that right?

16  A    Yes.

17          THE COURT:  You have to let Ms. Hector finish her

18  question before responding, otherwise, the court reporter will

19  go crazy and we don't want that.  Okay?

20          Go ahead.

21  BY MS. HECTOR:

22  Q    Okay.  After this incident involving your parents, did you

23  return to Chiryawala right away or did you stay in Bernala?

24  A    We didn't come back on the day when the incident happened,

25  but we returned to Chiryawala on the next morning.
```

S. ASGHAR/DIRECT/HECTOR

1   Q    Why did you return to Chiryawala on the next morning?

2   A    Because we needed to bring over our clothes because when we

3   went to Bernala, we didn't plan to stay there for a longer

4   terms.  So, we need to get our stuff, our books, our clothes.

5   Q    Okay.  So when you returned to Chiryawala the day following

6   the shooting, did you stay overnight in Chiryawala or just

7   return to get your books?

8   A    No, we didn't stay for a night.

9   Q    Okay.  So I'm going to ask you in a little bit about

10  returning to Chiryawala on that day.  But first, I want to ask

11  you:  How long did you end up staying in Bernala after the

12  shooting?

13  A    For two weeks.

14  Q    Why did you stay in Bernala for two weeks?

15  A    Because it was different, we were scared of Choudhry's

16  family, and also after the first shooting, when they shoot at

17  my father's car, police, they didn't call with my father.

18          MR. SOSINSKY:  Objection, Judge.

19          THE COURT:  Overruled, she's saying why.

20          Go ahead.

21  BY MS. HECTOR:

22  Q    When you say -- when you said the Choudhrys, after the

23  Choudhrys, this incident, who are the Choudhrys that you're

24  referring to?

25  A    Amina's family.

S. ASGHAR/DIRECT/HECTOR

1    Q    Okay.  So, I'm sorry, how long did you stay in Bernala?

2    A    For two weeks, a time around two weeks.

3    Q    Did your sisters, Nayab and Madeeha, stay in Bernala as

4    well?

5    A    Not Madeeha.  Myself and Nayab both stayed in Bernala.

6    Q    And Nayab is your little sister?

7    A    Yes.

8    Q    Where did Madeeha go?

9    A    She went to Kotla with my aunt.

10   Q    What about your parents?

11   A    I didn't see them for those two weeks time period, but I

12   talk with them on the phone.  Sometimes they said we're at

13   home, sometimes they said we're in Kotla with Madeeha.

14   Q    Now, during those two weeks that you stayed in Bernala,

15   were you and Nayab missing school?

16   A    Yes.

17   Q    So, getting back to, you said that the day -- the day after

18   the shooting, you traveled back to Chiryawala to get your

19   books?

20   A    Yes.

21   Q    And how long were you in Chiryawala on that occasion?

22   A    Four or five hours.

23   Q    Okay.  And where did you go to get your books?

24   A    To our home in Chiryawala.

25   Q    What happened on the day that you went home to get your

LISA SCHMID, CCR, RMR

1   books in Chiryawala?

2   A    Can you repeat the question again?

3   Q    The day -- focusing your attention on the day that you went

4   to Chiryawala for a couple hours in order to get your books.

5   Do you remember that day?

6   A    Yes.

7   Q    Did anything unusual happen while you were home that day?

8   A    Yes, Javed came into our home.

9   Q    When Javed came in, what were you thinking?

10       MR. SOSINSKY:  Objection.

11       THE COURT:  Overruled.

12       THE WITNESS:  Well, I don't understand your question.

13   BY MS. HECTOR:

14   Q    Okay.  When Javed came in, where were you?

15   A    I was sitting with my father.

16   Q    Where were you sitting?

17   A    In the conference room.

18   Q    Who else was with you?

19   A    My mom was there.

20   Q    What, if anything, did Javed say when he came in?

21       MR. SOSINSKY:  Objection.

22       THE COURT:  Overruled.

23   A    When he came into the room, he was talking to someone on

24   the phone already.  And we were sitting on the sofa, and he

25   said -- he came to my father's chair and then he said, "Nazam

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

1    wanted to talk to you."

2    Q    When Javed came in and said, "Nazam wanted to talk to you,"

3    who did you understand Nazam to be?

4    A    Afzal.

5    Q    And is Afzal Ajmal's brother?

6    A    Yes.

7    Q    Is that also Amina's uncle?

8    A    Yes.

9    Q    So after Javed said, "Nazam wants to talk to you," what

10   happened?

11   A    So my father, he took the phone, because I was sitting

12   close to my father and I was able to hear the conversation.

13   Javed -- I'm sorry -- Afzal, he said --

14            MR. SOSINSKY:  Objection.

15            THE COURT:  Overruled.

16            Go ahead.

17   A    Afzal, he said, "If our daughter will come back to our

18   home, so everything will be peaceful like it -- like as it was

19   before."

20   BY MS. HECTOR:

21   Q    And when Afzal said, "If our daughter will come home,

22   everything will be peaceful" --

23   A    Yes.

24   Q    -- who did you understand him to be referring to when he

25   said "our daughter"?

S. ASGHAR/DIRECT/HECTOR

```
 1  A    Amina.

 2  Q    Afzal was Amina's uncle though, right?

 3  A    Yes.

 4  Q    Why is it that you understand -- that you understood him to

 5  be referring to Amina?

 6           MR. SOSINSKY:  Objection to the form.

 7           THE COURT:  Overrule.

 8  A  So all three of them they have kids and normally they're

 9  calling each of those kids like their own kids, like if this --

10  for example, is Akmal's daughter --

11           THE COURT:  Slow it down.  Slow it down.

12           THE WITNESS:  Sorry.

13           THE COURT:  For example -- continue.

14  A    Okay.  For example, if it's Akmal's daughter, so Ajmal will

15  call her as my daughter, so because they are living in the same

16  home, and that's where he said, "our daughter."

17  BY MS. HECTOR:

18  Q    Okay.  Based on your understanding living in the village in

19  Chiryawala, did Afzal and Akmal live in the same family home in

20  Chiryawala?

21  A    Yes.

22  Q    And when Ajmal was in Pakistan, the defendant, Ajmal, did

23  you understand that he lived in that same or stayed in that

24  same home as well?

25  A    Yes.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    Now, after Afzal made this statement to your father, did
 2   anyone else get on the phone?
 3   A    Yes.
 4   Q    How did you know that someone else got on the phone?
 5   A    Because my father, he inquired is he Ajmal.
 6   Q    Is who Ajmal?
 7   A    The person, the next person who got onto the phone, he
 8   said, "Is he Ajmal?"
 9   Q    Did you hear the person respond?
10   A    No, I didn't hear them.
11   Q    Did the person say anything?
12   A    Yes.
13   Q    How did you know it was a new person?
14   A    Because the sound was changed, the voice was changed.
15   Q    Okay.  This additional person, who your father asked, "Is
16   this Ajmal," what did that person say?
17            MR. SOSINSKY:  Objection.
18            THE COURT:  Overruled.
19   A    So I don't remember the pattern.  He talked to my father,
20   like what he said first and what he said later, but I remember
21   the few sentences from his conversation that he made with my
22   father.
23   BY MS. HECTOR:
24   Q    Please tell us the few sentences that you do remember.
25   A    Sure.  He said, "If our daughter will not come back to the
```

S. ASGHAR/DIRECT/HECTOR

1   home, we will kill all five of you, otherwise we will find your

2   son and we'll kill him or if that is not an option, just leave

3   the Chiryawala and get out of Chiryawala."  And further he

4   said, "This time we attack on your car, it was threatening, but

5   next time we will -- we will shoot all in the chest or all five

6   of you."

7   Q   So, this is -- I'm sorry, can you repeat that last part?

8   A   Sure.  He said, "This time, we shoot on your car.  It was

9   threatening, but next time we will shoot in the chest of all

10  five of you."

11  Q   Now, I believe you said this, but besides you and your

12  father and Javed, who else was in the room with you during this

13  conversation?

14  A   My mom was also there.

15  Q   Did the phone call eventually end?

16  A   Yes.

17  Q   And after the phone call ended, did Javed leave your house?

18  A   I don't remember like he left immediately or he stayed

19  further.  But he didn't stay there for a longer time, I mean

20  like 30 minutes or 40 minutes.

21  Q   After Javed left, did you have a discussion with your

22  family about -- without telling us what was said, did you have

23  a discussion with your family about what you should do?

24  A   So at that time, they were able to go into the police

25  station, at least register their complain, that somebody

S. ASGHAR/DIRECT/HECTOR

1    should -- that Akmal and his group shooted on their car.  So,

2    without any discussion, they went to the police station.

3    Q    I'm sorry, say that again?

4    A    Without any discussion, like whatever I can remember, they

5    went to the police station, and Madeeha and myself, we both

6    came back to the Bernala.

7    Q    You said so you and your sister went back to Bernala?

8    A    Yes.

9    Q    Okay.  And that's the period which you then stayed in

10   Bernala for about two weeks?

11   A    Yes.

12   Q    After staying in Bernala for about two weeks, where did you

13   go next?

14   A    We turned back to Chiryawala.

15   Q    Did you return to your family home?

16   A    Yes.

17   Q    When you returned to your home in Chiryawala, did your

18   sisters, Nayab and Madeeha, come as well?

19   A    Nayab she came -- she returned back with me, but not

20   Madeeha.

21   Q    Where did Madeeha stay?

22   A    She stayed in Kotla.

23   Q    Did Madeeha also eventually return home?

24   A    Yes.

25   Q    Do you remember approximately when it was that you

S. ASGHAR/DIRECT/HECTOR

```
 1  returned?

 2  A    It was a mid of February.

 3  Q    Why did you decide to return home when you did?

 4  A    Because none of the Punchaid was deciding anything about

 5  the issue, and they were just bothering my father every day for

 6  no reason, because we were not -- we were not involved in

 7  anything.  So, none of us knew that for how long we have to

 8  continue with the situation, and also my father said, "We

 9  can" --

10           MR. SOSINSKY:  Objection.

11           THE COURT:  Overruled.

12           Go ahead.

13  A   "We just cannot leave away from our living for someone's

14  problem."  So -- and also my father and my mom, they both were

15  so lonely and alone at home and they were just facing the whole

16  situation by themselves and there was no one at home to support

17  them.

18  Q    After you returned home, did life get back to normal?

19  A    No.

20  Q    I'm sorry?

21  A    No.

22  Q    Can you describe the ways in which life wasn't normal?

23  A    It was most scary and also like I would say our whole world

24  was confined in the walls of our own home, because outside of

25  our home, it was just a danger and life threatening situation.
```

S. ASGHAR/DIRECT/HECTOR

1   Q    Prior to ever finding out about an issue between your

2   family and Amina's family, what would your dad typically do

3   during the day?

4   A    He normally spend his time in the cattle farm because that

5   was his work.

6   Q    After you returned from Bernala, did your father go to the

7   cattle farm anymore?

8   A    To -- I'm sorry?

9   Q    I'm sorry.  After you returned from Bernala, did your

10  father continue to go to the cattle farm during the day?

11  A    No.

12  Q    What happened to the cattle?

13  A    Because he sold the cattle to his friends in different

14  towns and villages.

15  Q    After you returned to Bernala and during this time period,

16  were you sleeping in the same place that you normally slept?

17  A    No.

18  Q    Where were you sleeping instead?

19  A    So, like, in my country, we are storing up wheat for one

20  year, so that's why we have our really big containers to the

21  rooftop.

22  Q    Are you saying wheat as in the grain wheat?

23  A    Yes.

24  Q    Continue, please.

25  A    That was the room that we stored the -- where we had the

```
 1   wheat containers, and one of the wheat container was in front
 2   of the door, the door that was attic for outside.  So we just
 3   started -- if they would do the gun fire again, maybe just
 4   because of these wheat containers, those bullets, they won't
 5   hurt us anymore.  I don't know how to explain it.
 6   Q   So you slept in the room with the wheat containers?
 7   A   Yes, in the storeroom.
 8   Q   Did anyone come to live with you during this time period?
 9   A   Yes.
10   Q   Who came to live with you?
11   A   Zameer.
12   Q   Who is Zameer with respect to your family?
13   A   He's my cousin's daughter -- son, sorry.
14   Q   Your cousin's son?  So he's a familial relation to you?
15   A   I don't understand the question.
16   Q   He's a --
17   A   Yeah.
18   Q   I apologize for my choice of words.
19           He was a relative of yours?
20   A   Yes.
21   Q   And did Zameer live in Chiryawala?
22   A   Mean?
23   Q   Before coming to live with you, had he been living in
24   Chiryawala?
25   A   No, he was from a different town.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    Did his family live in a different town?

 2   A    Yes.

 3   Q    Do you know whether that town was close or far away or

 4   anything about that town?

 5   A    It's very far.

 6   Q    After Zameer came to live with you, what, if anything, did

 7   Zameer do around the house?

 8   A    So, like in our home we have three floors.  So, we were

 9   living in the ground floor, the first floor, and there was no

10   one living in our second floor.  So we normally, wherever

11   about him, he went there, and he was making the phone calls and

12   doing different, strange things.

13   Q    When Zameer -- when Zameer came to live with you, had your

14   family been using that car, the Jeep that you previously

15   described having been shot at?

16   A    No, they weren't using the car.

17   Q    Why wasn't your family using the car?

18   A    Because Amina's family, they knew that this is our car, and

19   again, because we were scared a lot before that day, attacked

20   on our car.  So next time, maybe if we're going to use our car

21   again and they would find we're here in Chiryawala again.

22   Q    Without the car, how did your family get around during this

23   time if you needed to go somewhere?

24   A    So it was only my father and my sister, Madeeha, later when

25   she came back from Kotla.  So we had a motorcycle -- motorbike.
```

LISA SCHMID, CCR, RMR

```
 1   So, Zameer was a person who know how to use a motorbike, but my
 2   father, he did not.  So that was a way for Zameer to stay at
 3   other home.
 4   Q    So Zameer drove your family members around as needed on the
 5   motorbike?
 6   A    Yes.
 7   Q    Okay.  Before the shooting incident, how would -- what did
 8   Madeeha do?  Was Madeeha -- your sister, Madeeha, was she in
 9   school or did she work, what did she do?
10   A    She was a school teacher.
11   Q    And before the shooting incident happened, how would
12   Madeeha get to and from school for work?
13   A    Before?
14   Q    Uh-hum (affirmative response).
15   A    You said "shooting"?
16   Q    Before the shooting?
17   A    With my father or sometimes with her friends.
18   Q    After the shooting incident and you came back from Bernala
19   and Zameer came to live with you, how would Madeeha get back
20   and forth from her job at the school?
21   A    You said after?
22   Q    After the shooting, when Zameer came to live with you --
23   A    Yeah.
24   Q    -- how would Madeeha get back and forth to her job at the
25   school?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    So before her murder, she stayed in Chiryawala for I guess
 2   about two days.  Yeah, two days.  So, in -- for those two days,
 3   Zameer helped her to go to school and come back from school on
 4   the motorbike.
 5   Q    Okay.  So, after you came back from Bernala, and you were
 6   sleeping in the room with the grain, did you start attending
 7   school again?
 8   A    Yes.
 9   Q    What made you decide to start attending school again?
10   A    Because my father, he was really supportive and he said --
11            MR. SOSINSKY:  Objection.
12            THE COURT:  Overruled.
13   A    "Why -- why you guys are just not making up your future,
14   just staying at home and doing nothing?"  So, and also exams
15   were so close, and then I talked to my father that we have to
16   go back to school, and he was agreed, that's why.
17   BY MS. HECTOR:
18   Q    Did Nayab, your little sister, also start attending school
19   again?
20   A    Yeah.
21   Q    What school were you attending at the time?
22   A    It's in another town, Bhimber.
23   Q    Is Bhimber B-H-I-M-B-E-R?
24   A    Yes.
25   Q    What is the school called?
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

```
 1    A    It's Government Degree College.

 2    Q    Is there any reason in particular that you chose that

 3    school?

 4    A    Well, I just like their schedules.

 5    Q    How many days a week did you attend school regularly?

 6    A    Six days.

 7    Q    Six days?

 8    A    Yes.

 9    Q    And did you have to be at school a particular time in the

10    morning?

11    A    We just had to be around that time, like nine o'clock.

12    Q    Did you get out of school at the same time every day?

13    A    No.

14    Q    What time -- what time range would you typically get out of

15    school?

16    A    So after five o'clock, the doorman, he opened the door

17    every day.  So, whoever is done, whoever likes to skip the

18    period or whatever, like to stay for a longer, can stay, and

19    who doesn't want to stay there, can go.

20    Q    So what would be the earliest time you would leave school

21    on any given day?

22    A    After twelve o'clock, anytime like one o'clock.

23    Q    Okay.  What would be the latest you would stay at school?

24    A    I just remember like once I stayed there for 3:30 for my

25    chemistry practicals.
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    And would the time vary day by day about when you would

 2   leave?

 3   A    I'm sorry, say that again?

 4   Q    Did the time that you would leave school, did it vary,

 5   change, depending on what day it was?

 6   A    It don't have to be like the day, particularly, it depends

 7   on how many periods I can take, I'm interested in taking that

 8   day, so.

 9   Q    Okay.  So it would be anywhere between 1 or 1:30 and 3:30

10   that you would leave?

11   A    Yeah.

12   Q    Okay.  Could you leave as earlier as early noon if you

13   wanted?

14   A    Well, if there is a particular reason.

15   Q    Okay.  How would you typically get to school?

16   A    I use the local van, public transport.

17   Q    Was the public van only for students who went to your

18   school or could anyone in this community get on the van?

19   A    Anyone.

20   Q    What route -- the van that you took to school, what route

21   did that van travel?

22   A    From Bhimber to Gujrat.  That's what the road called.

23   Q    And do you know how many stops there are between Bhimber

24   and Gujrat?

25   A    So the others have five or six stops, like wherever you
```

S. ASGHAR/DIRECT/HECTOR

```
 1    want to get off, just tell them whenever they have stopped away
 2    from there, because I want to get off here, but there are few
 3    specific stops the van has to stop.
 4    Q    Was there a particular spot or stop that you would use to
 5    get on and off the van in Chiryawala?
 6    A    No particular, just depends.  Yeah.
 7    Q    Okay.  Were there more than one van stop in Chiryawala?
 8    A    Yeah.
 9    Q    And how would you get from your house to the van stop in
10    the morning?
11    A    I walked.
12    Q    How long would it take you to walk from your house to the
13    van stop?
14    A    Like 20 or 25 minutes.
15    Q    Would you typically walk by yourself?
16    A    Mostly my mom, she walked with me.
17    Q    Okay.  And then once you got on the van, how long was the
18    drive to get to where your school was in Bhimber?
19    A    It's around half an hour.
20    Q    And then once you got -- once the van took you to Bhimber,
21    would you walk from that stop to your school?
22    A    Yes.
23    Q    And how long was that walk?
24    A    It's likes five minutes -- five or ten minutes.
25    Q    Okay.  And would you come back the same way, by walking to
```

LISA SCHMID, CCR, RMR

S. ASGHAR/DIRECT/HECTOR

```
1   a van stop, getting on the van, getting off in Chiryawala, and
2   then walking home?
3   A   Yes.
4   Q   Okay.  And when you would come home from school and get off
5   at the van stop in Chiryawala, would you walk home by yourself?
6   A   No, my mom, with my mom.
7   Q   Okay.  I'd like to just ask you a few questions about how
8   the public van transportation works in Chiryawala, okay?
9   A   Sure.
10  Q   Are the vans that you just described, are they privately
11  owned or are they public vans?
12  A   They're privately owned.
13  Q   So individual people own the vans?
14  A   Yes.
15  Q   And do you have a general understanding of how someone gets
16  to use their private van to drive along the route, the van
17  route that you just described?
18          MR. SOSINSKY:  Objection, Judge.
19          THE COURT:  Overruled, if she has an understanding.
20  A   So because there is a special route from Punjab to Bhimber,
21  so if someone has to own his car -- on his van and put that on
22  a route, so, it has to get permission from any political
23  leader.
24  Q   Okay.  Are you familiar with the name Abid Reza?
25  A   Yes.
```

S. ASGHAR/DIRECT/HECTOR

1   Q    Is Abid Reza a political person, a leader in Pakistan?

2   A    Yes.

3   Q    Do you know what position Abid Reza holds?

4   A    I don't know what his political position, but like his

5   friends, they're all in politics, and he's also in politics, so

6   I don't know what his political position.

7   Q    Are you familiar with someone named Irfan Uddin?

8   A    Irfan Uddin, yes.

9   Q    Is he also a politician in Pakistan?

10  A    Yes.

11  Q    Do you know what position he holds?

12  A    He position is called MPA.

13  Q    Do you know what that stands for?

14  A    It's Member of Provincial Assembly.

15  Q    Now, getting back to this van route, is there only one

16  driver that does the route that you just described that you

17  used to go to school or are there multiple drivers that have

18  vans?

19  A    Because they're multiple vans, so each one has his own --

20  his own driver.

21  Q    Would you always take the same exact van to go to school

22  and come back from school?

23  A    It just depends on the -- which is the next one.

24  Q    So, you would just take the next one that came?

25  A    Yeah.

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    And generally speaking, so that we understand what these
 2   vans are like, how many people fit on one of these public vans?
 3   A    So legally had to be 20 people.
 4            MR. SOSINSKY:  Objection.
 5            THE COURT:  Overruled.
 6            MR. SOSINSKY:  Legal.
 7            THE COURT:  Overruled.
 8            You may answer.
 9            THE WITNESS:  But --
10            THE COURT:  Go ahead.
11   A    But in Pakistan, like people, they not always following the
12   law, all that stuff, so it's more than 20.
13   BY MS. HECTOR:
14   Q    Do people squish themselves onto the van?
15   A    Yeah, like, normally has four peoples in one long seat, but
16   normally they tend to be like five peoples in that place.
17   Q    Okay.  Now, do you know the names of any of the van drivers
18   who drove the vans that you took to and from school?
19   A    No, because they are from different villages, so.
20   Q    Would there ever be occasions when the van drivers that you
21   would see on the vans going to and from school with would
22   address you by your name?
23   A    No.
24   Q    Can you describe for the jury what kind of clothing you
25   wore when you went to school every day?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    So it's large gown with a scarf, and I used to cover my
 2   face with that scarf or veil.
 3   Q    A veil?
 4   A    Yeah.
 5   Q    Okay.  So you said a long gown?
 6   A    Yes.
 7   Q    How long was the gown that you wore?
 8   A    To my feet.
 9   Q    Did it cover from your neck to your feet?
10   A    Yes.
11   Q    Was it long sleeved?
12   A    Yes.
13   Q    And you said you had a scarf on your head?
14   A    Yes.
15   Q    And where did the scarf cover?
16   A    Except eyes, it covered the whole face.
17   Q    You had a -- when you say your whole face was covered, did
18   you have a piece that covered your nose and mouth?
19   A    Yes.
20   Q    So just your eyes were showing?
21   A    Yes.
22   Q    Okay.  And was that what you always wore to go to school or
23   would it change?
24   A    I would go in similar one, like I had two of them, so
25   similar thing.
```

S. ASGHAR/DIRECT/HECTOR

```
1    Q    Okay.
2              MS. HECTOR:  I'd like to show the witness only three
3    exhibits for identification.
4              THE COURT:  All right.  When you do that and when you
5    finish, then we'll take our break.
6              MS. HECTOR:  Certainly.
7    BY MS. HECTOR:
8    Q    Ms. Asghar, if you could just look at the screen for a
9    second?  I'm showing you Government Exhibit 34.  Do you see
10   that?
11   A    Yes.
12   Q    And Government Exhibit 35.  Do you see that?
13   A    Yes.
14   Q    And Government Exhibit 40.  Do you see that?
15   A    Yes.
16   Q    What are these?
17   A    These are maps.
18   Q    Okay.  Are they maps showing the area of Chiryawala?
19   A    Yes.
20   Q    And to the best of your knowledge, do they depict what the
21   area of Chiryawala looks like by aerial view?
22   A    Yes.
23              MS. HECTOR:  The government moves to admit 34, 35 and
24   40.
25              THE COURT:  Any objection?
```

S. ASGHAR/DIRECT/HECTOR

1                MR. SOSINSKY:  None, Judge.

2                THE COURT:  They're admitted.  Why don't we take our

3    break now and then we will resume with the examination of the

4    witness with respect to the exhibits?  How much more do you

5    have for this witness, do you anticipate, roughly?

6                MS. HECTOR:  I would say roughly a half-hour-ish.

7                THE COURT:  Okay.  We'll take a twelve-minute break.

8    How's that?  More than 10, less than 15 -- or should we take

9    15?  Twelve is good?  Okay.  Twelve-minute break.  Thank you.

10               (Jury exits.)

11               THE COURT:  You may step down.  Thank you.  Again,

12   don't talk with anyone about your testimony during the break.

13               Okay.  The jury has left the courtroom.  Do we have

14   any procedural issues to deal with?

15               MR. SOSINSKY:  (Shakes head negatively.)

16               THE COURT:  Okay.  It's good that we didn't wait for

17   the techie to come back to fix the sound.  It's past being

18   prologued.

19               Anything else, either side?

20               MS. HECTOR:  No, Your Honor.

21               THE COURT:  Defense, anything?

22               MR. SOSINSKY:  No, sir.

23               THE COURT:  Okay.  Twelve minutes.  Thank you.

24               (Recess.)

25               (Continued on the next page.)

S. ASGHAR/DIRECT/HECTOR

```
 1              (In open court, outside the presence of the jury.)

 2              (Defendant enters the courtroom.)

 3              THE COURT:  May we have the witness back on the stand,

 4   please.

 5              (Witness resumes the stand.)

 6              (Jury enters courtroom.)

 7              THE COURT:  Thank you, ladies and gentlemen of the

 8   jury, appreciate it.  Please be seated and we will continue

 9   with the examination of the witness.

10         Ma'am, did you speak with anyone about your testimony

11   during the break?

12              THE WITNESS:  No.

13              THE COURT:   Okay.  Please continue.

14   DIRECT EXAMINATION (Continued)

15              MS. HECTOR:  Mr. Jackson, if you would, please, this

16   is an item that's in evidence now, so it can be shown to the

17   jury, Government Exhibit 34.

18              (Exhibit published to the jury.)

19   BY MS. HECTOR:

20   Q   Ms. Asghar, can you see this on your screen?  Hopefully,

21   it's a little clearer on your screen than it is on the big

22   screen.  Do you see that?

23   A   Yes.

24   Q   Do you see your village in this map?

25   A   Yes.
```

1    Q    Where's your village?

2    A    (Indicating.)

3              MS. HECTOR:    Please let the record reflect that the

4    witness has put a red dot.  There are sort of two sort of areas

5    of buildings, and the witness has put a dot on the area that's

6    on the right-hand side of the page.

7    Q    Is your house --

8              THE COURT:  The middle right.  Okay, go ahead.

9    Q    Is your house in that part of the village?

10   A    I can't recall.

11   Q    Just generally speaking, is your house in the sort of area

12   of the village that I'm circling with my finger, which

13   encompasses sort of all the buildings in this side of the map?

14   A    Yes.

15   Q    Okay.  And do you see the road on which the van stop is?

16   A    Yes.

17   Q    Can you point out that road?

18   A    Sure (indicating).

19   Q    And is that the sort of yellow road that sort of

20   transverses the left-hand side of the map?

21   A    Yes.

22   Q    And you said it's about a half hour walk from the bus stop

23   to your home?

24   A    Yes.

25   Q    I'm going to show you Government Exhibit 40, and if it's

```
 1   too small -- if you just tap the right-hand part of your
 2   screen, the dots you made will go away so you'll have a new
 3   screen.  There you go.  Perfect.
 4           So if it's too hard to see because the map is small,
 5   just tell me and we don't have to bother anymore, but this is
 6   the -- does this look like the area that you described as the
 7   part of the village where your house is?
 8   A    Yes.
 9   Q    And this is Government Exhibit 40, for the record.  Do you
10   happen to see your house on this map?
11   A    Yes.
12   Q    You do?
13   A    Yes.
14   Q    Okay.  Can you point to it and make a little dot?
15   A    Sure.  (Indicating.)
16   Q    Okay.  Is -- what shape is your house?
17   A    It's a round kind of oval shape thing.
18   Q    So where you made this dot here, I see an oval shape right
19   there.  Is that where you're looking at?
20   A    Yes.
21   Q    Is that your house?
22   A    Yes.
23   Q    And is your roof oval-shaped?
24   A    The third part of the home is oval-shaped.
25   Q    Thank you.  Now, Ms. Asghar, I'd like to direct your
```

S. ASGHAR/DIRECT/HECTOR

```
 1    attention to February 25th, 2013.  Is that a day that stands
 2    out in your mind?
 3    A    Yes.
 4    Q    Did you go to school on that day?
 5    A    Yes.
 6    Q    Were you wearing the kind of clothing that you earlier
 7    described that you would wear to school?
 8    A    Yes.
 9    Q    Do you remember approximately what time you left your house
10    to go to school that morning?
11    A    It was after 7:00, yes, 7:30, sometime around there.
12    Q    Now, when you would leave for school, would you tell your
13    mom what time to meet you at the bus stop at the end of the
14    day?
15    A    Yes.
16    Q    Do you remember on that day, February 25th, whether you
17    told your mom a particular time to meet you?
18    A    Yes.
19    Q    What do you remember telling her?
20    A    I told her, Mom, you have to be there at 1:30.
21    Q    Okay.  Did you take -- after you were at school -- so you
22    went to school that day?
23    A    Yes.
24    Q    And did you take the public van home that day?
25    A    Yes.
```

SHERRY BRYANT, RMR, CRR

S. ASGHAR/DIRECT/HECTOR

```
 1    Q    Do you remember whether you got to the bus stop around
 2    1:30, when you told your mom?
 3    A    It was not exactly 1:30, but a little bit later, like five
 4    minutes later than 1:30.
 5    Q    Do you remember whether or not the van was full or empty or
 6    halfway full, or do you remember, that day coming home?
 7    A    It was pretty full.
 8    Q    Was there anyone -- besides the driver of the van, was
 9    there anyone on the van who worked with the driver?
10    A    I don't -- I don't know.
11    Q    Does the driver collect your fare every day?
12    A    Not only -- there's another person who collects the fare.
13    Q    Was there another person that day?
14    A    Yes.
15    Q    Now, did you get out of the van at the normal place where
16    you would usually get out on that day?
17    A    Yes.
18    Q    And was your mom waiting for you?
19    A    Yes.
20    Q    Was anyone with your mom?
21    A    No.
22    Q    And where were you planning to go with your mom when you
23    got off the van?
24    A    To go back to home.
25    Q    And that was about a half hour walk?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    Yes.
 2   Q    Now, at that time of day in your village, would the streets
 3   typically be empty or would people be walking around?
 4   A    Like people, they were walking around, because mostly the
 5   girls and -- they were coming back from the colleges, so they
 6   were on the street.
 7   Q    And did you start walking towards your home with your mom?
 8   A    Yes.
 9   Q    At any point along your walk did you see any of your other
10   family members?
11   A    Yes.
12   Q    Who did you see?
13   A    My father and my sister Madeeha.
14   Q    What were they doing when you saw them?
15   A    They were on the bike on the road.  And we took the -- the
16   way that is in, actually, fields and is just for walking.
17   Q    Did you say the way that you were walking was in fields and
18   it was just for walking?
19   A    Yes.
20   Q    Okay.  And could a bike take -- a motorbike take the way
21   that you were walking with your mom?
22   A    No.
23   Q    Does a motorbike have to go on a different type of road?
24   A    Yes.
25   Q    And when you saw your dad and your sister, were they on the
```

S. ASGHAR/DIRECT/HECTOR

```
 1   motorbike?

 2   A    Yes.

 3   Q    Who was driving the motorbike?

 4   A    Zameer.

 5   Q    What did you do when you saw them?

 6   A    I just waved toward my sister.

 7   Q    Did your sister see you?

 8   A    Yes.

 9   Q    Did she wave back?

10   A    Yes.

11   Q    When you saw your sister and your dad and Zameer on the

12   motorbike, how far along your walk were you?  Like if it's a

13   half hour walk, were you at the beginning of the walk, halfway,

14   almost home?

15   A    Almost at the mid.

16   Q    At the midpoint about, almost at the midpoint?

17   A    Yes.

18   Q    Okay.  After you saw your dad and your mom pass by on the

19   motorbike, what's the next thing that you remember happening?

20   A    So when we were close to our home, just like one street

21   away, we heard the -- the sound of gunfires.

22   Q    Gunfire?

23   A    Yes.

24   Q    Was there a lot of gunfire or a little gunfire?  Do you

25   know how many shots you heard?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    First there were two, and then later like a lot of them
 2   together.
 3   Q    Were the shots spread out or were they close in time to
 4   each other?
 5   A    They were close in time to each other.
 6   Q    Do you remember if you were near any landmarks when you
 7   first heard the shooting?
 8   A    Say that again.
 9   Q    Were you near any landmarks, like any particular buildings
10   or anything that you remember, when you first heard the
11   shooting?
12   A    Yes.
13   Q    What were you near?
14   A    It was the mosque in our community.
15   Q    Is the mosque a religious building?
16   A    Yes.
17   Q    Where did you hear the shots coming from in relation to
18   where you were walking?
19   A    It just seemed -- it just sounded like they were close to
20   us, like very close.
21   Q    What did you do when you heard the shots?
22   A    We ran toward the place where we heard -- from where we --
23   we heard the sound of the gunfires.
24   Q    I'm sorry, you said you what?
25   A    We ran toward the...
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q    You ran toward the place where you heard the gunfire?

 2   A    Yes.

 3   Q    When you say "we," who are you talking about?

 4   A    My mom and myself both.

 5   Q    Why did you run toward the place where you heard the

 6   gunfire?

 7   A    It was something -- I don't know -- major happened, and

 8   also because my father had a past experience with the gunfire

 9   stuff.  So that's why that made us go toward the place where we

10   heard the gunfires.

11   Q    Did your mom run with you?

12   A    Yes.

13   Q    What did you see when you ran towards the area where the

14   gunfire was coming from?

15   A    Can I just take a break just for two minutes?

16   Q    You can just sit there for two minutes, that's fine.  You

17   tell us when you're ready.

18            (Pause in the proceedings.)

19   A    So when we went in the corner of the street where we heard

20   the gunfires, when we got there...

21   Q    Take your time.

22            (Pause in the proceedings.)

23   A    So when my mother and myself got there, I saw my father's

24   body on the floor.  I'm sorry, I can't explain it.  Can you

25   call for an interpreter to have available?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   Q   An interpreter?

 2   A   Yes.

 3           MS. HECTOR:    I believe we do have an interpreter

 4   here, Your Honor.

 5           THE COURT:  What we can do is we can have now the

 6   interpreter sworn.  And would you like to testify in your

 7   native language and we'll have that translated to English, is

 8   that what you would like?  Is that why you want the

 9   interpreter, ma'am, rather than to say it in English?  Is that

10   what you're asking?

11   A   I don't think anyone can understand in the way that I'm

12   describing, so it would be better.

13           THE COURT:   Okay.  So, ladies and gentlemen, what

14   we're going to do is we're going to have the interpreter --

15   we're going to have the question put by Ms. Hector.  The

16   interpreter will interpret it into the language.  It will then

17   be translated back into English.

18           Ma'am, would you -- I'm sorry, would you raise your

19   right hand, please, and would you state your name.  You're

20   going to be sworn in by Mr. Jackson.

21           THE INTERPRETER:  My name is Manju Verma.

22           (Interpreter sworn.)

23           THE COURT:   Okay.  So you will share the microphone.

24           Ms. Hector, please proceed with your question in

25   English.  It will be translated and then you will give the
```

1    response.  Put your question, give your answer, and then you

2    will give the answer that you hear in English.  Okay?

3              MR. SOSINSKY:  Your Honor, could we --

4              THE COURT:  No.  Sit down.  No.  Go ahead.

5              MR. SOSINSKY:  What language?

6              THE COURT:  What language are you speaking, ma'am?

7              THE INTERPRETER:  Punjabi.

8              THE COURT:  Punjabi.

9              MR. SOSINSKY:  Thank you.

10             THE COURT:  You're welcome.

11   Q   Ms. Asghar, feel free to use the interpreter or to answer

12   in English my questions, whichever you're more comfortable --

13             THE COURT:  No, we're not going to switch back and

14   forth, okay.  You're going to ask your questions in English,

15   you're going to translate them into Punjabi, you're going to

16   answer in Punjabi, and then we'll go back.

17             So we're going to make it clear, and then if we go

18   back to the English form we'll do it.  But I'm not going to

19   have a record that's a mishmash, okay?  So go ahead.

20   Q   Ms. Asghar, can you explain what you saw when you ran with

21   your mom in the direction of where you heard the shooting?

22   A   I saw my father's dead body on the ground.

23   Q   What else did you see?

24   A   Akmal and other people who were standing there, and they

25   were -- they were around my sister.

```
 1   Q    Besides Akmal, did you recognize any of the people that

 2   were standing around your sister?

 3   A    Yes.

 4   Q    Can you name those people?

 5   A    Sure.  Nisar, Babar, Sain Ashfaq.

 6   Q    And when you say they were standing with your sister, where

 7   was your sister?

 8   A    Her body was on the drain.

 9   Q    On the drain?

10   A    There was a drain close to the wall.  Her body was on the

11   drain.

12   Q    Is another word for a drain a gutter?

13   A    Yes, something like that.

14   Q    When you saw your sister's body, was she moving or was she

15   not moving?

16   A    Her feet were moving.

17   Q    How were they moving?

18   A    Like someone was shaking.

19   Q    You said that you saw Akmal, Nisar, Babar and Sain Ashfaq;

20   is that right?

21   A    I'm sorry?

22   Q    I can repeat it.  You said that you saw Akmal, Nisar, Babar

23   and Sain Ashfaq; is that right?

24   A    Yes.

25   Q    Is Akmal Amina's uncle?
```

S. ASGHAR/DIRECT/HECTOR

1    A    Yes.

2    Q    Is that also Ajmal's, the defendant's brother?

3    A    Yes.

4    Q    Is Babar the boy that Amina got married to?

5    A    Yes.

6    Q    Is Nisar Babar's father?

7    A    Yes.

8    Q    And do you know who Sain Ashfaq is?

9    A    He lives in Afzal's house and he works there.

10   Q    When you say that Sain Ashfaq lives in Afzal's house, is

11   that also Akmal's house?

12   A    Yes.

13   Q    Is that also the house that you understood Ajmal to stay in

14   when he was in Pakistan?

15   A    Yes.

16   Q    And what, if anything, were these people doing when you saw

17   them standing over Madeeha's body?

18   A    They were kicking the body.  They were using their guns.

19   Q    Who had guns?

20   A    I had seen four people there, and all of them there were

21   having guns in their hands.  I'm sorry.

22             (The witness answered in English as follows:)  I said

23   I recognized those four people, four of them, they had the

24   guns, but there were a few other peoples also.

25   Q    The four people who had the guns, were those the people

S. ASGHAR/DIRECT/HECTOR

```
 1    that you described as Akmal, Nisar, Babar, and Sain Ashfaq?

 2    I'm sorry?

 3    A    She said yes.

 4    Q    Can you describe what type of guns they were?

 5    A    They were long.  I cannot describe you what kind they were.

 6    Q    The people that were holding the guns, were they holding

 7    them with one hand or two hands?

 8    A    Exactly I remember is that Akmal was holding the gun with

 9    both hands.

10    Q    Did you hear anyone say anything?

11    A    Yes.

12    Q    What did you hear someone say?

13    A    "They're here, catch them and kill them."

14    Q    Who did you understand -- who said:  "They're here, catch

15    them and kill them"?

16    A    Akmal.

17    Q    Who did you understand to be the "them" that Akmal wanted

18    to catch and kill?

19    A    Because my mother and me got there, and when I saw my

20    father's dead body, I screamed.

21    Q    Did anyone say anything about Madeeha?

22    A    Yes.

23    Q    Who said something about Madeeha?

24    A    Akmal.

25    Q    What did Akmal say about Madeeha?
```

S. ASGHAR/DIRECT/HECTOR

```
 1   A    He said:  They talk a lot against our family, now I'm
 2   taking revenge.
 3   Q    What did you understand that to mean when you heard that?
 4   A    When I call Javed, I didn't mention him my name, and I
 5   thought they understood that it was Madeeha who called him.
 6   Q    So you thought that maybe he was referring to you having
 7   called Javed?
 8   A    Yes.
 9   Q    Is Javed a relative of Akmal's?
10   A    Yes.
11   Q    Did you see Zameer there?
12   A    I was there for a few seconds.  I didn't pay attention.
13   Q    So does that mean you didn't see him?
14   A    No.
15   Q    Did you hear -- after you got to the scene, did you hear
16   any additional shots being fired?
17   A    They were firing in the air.
18   Q    Do you know who was firing in the air?
19   A    There were three people standing on one side and their guns
20   were up in the air.
21   Q    And were they firing?
22   A    In my understanding, yes, it was them.
23   Q    Could you see those people's faces?
24   A    No.  They were back on me, on my side.
25   Q    Their back was to you?
```

SHERRY BRYANT, RMR, CRR

S. ASGHAR/DIRECT/HECTOR

```
 1    A    Yes.
 2    Q    You said that you screamed when you saw that; is that
 3    right?
 4    A    Yes.
 5    Q    What's the next thing that you did?
 6    A    Then I screamed, like we say in our language, "Abu."  Abu
 7    is father.
 8    Q    You screamed "father"?
 9    A    Yes.
10    Q    And then what did you do?
11    A    When they saw us, they said, don't let them go, kill them.
12    Then my -- my mother pulled me and said, let's go, they are
13    coming after us.
14    Q    And what do you remember happening next?
15    A    When we were running away, my mother was holding my hand.
16    And when we were running, there was a pothole and I hopped and
17    then fell.  And my mother -- I was not -- my mother ran away
18    and she went into someone's house.
19    Q    When you fell, did you become separated from your mother?
20    A    Yes.
21    Q    And then what happened?
22    A    When I looked back, there are four people were coming
23    towards me.
24    Q    And what, if anything, did you see those people doing?
25    A    It was something like gun.  I don't know what it was they
```

```
 1    were pulling.
 2    Q    I'm sorry, can you explain further?
 3    A    I don't know what it was.  There was something in the gun.
 4    They was pulling out that part of the gun.
 5    Q    Someone was pulling out a part of the gun?
 6    A    Yes.
 7    Q    Did you see who was doing that?
 8    A    All I remember, it was Akmal.
 9    Q    I'm sorry?
10    A    It was Akmal.  That's all I remember.
11    Q    And what did you do?
12    A    There was a narrow street and I ran into that.
13    Q    And then where did you go?
14    A    There was a house and the door was open.  I went into that.
15    Q    At the point that you went into that open door, did you
16    know whose house it was?
17    A    No.
18    Q    And what did you do when you went in?
19    A    I went to one of that place's rooms and I locked from
20    inside.
21    Q    And you locked the -- you locked yourself into a room in
22    that house?
23    A    Yes.
24    Q    What did you do next?
25    A    The people who were holding the guns, I could hear their
```

S. ASGHAR/DIRECT/HECTOR

```
 1    voices.
 2    Q    What did you hear voices saying?
 3    A    I don't know.  One of the persons was saying -- was talking
 4    on the phone.  They said that they're somewhere here, it's hard
 5    to find them.  But --
 6    Q    It -- I'm sorry, go ahead.
 7    A    And people around us, it's hard for us to find them.
 8    Q    So I just want to make sure I understand.  You heard
 9    someone who sounded like they were talking into a phone; is
10    that right?
11    A    Yes.
12    Q    And what did you hear that person say?
13    A    "They are here.  People are starting gathering, so it's
14    hard to find them."
15    Q    Who did you understand the "them" to be?
16    A    Obviously, it was my mother and I.  We were there.
17    Q    At that point, did you know where your mom was?
18    A    I had seen my mother go into the house where she was
19    hiding.
20    Q    You saw your mom run into a house as well?
21    A    Yes.  Then I was separated from my mother, and that house
22    was very close to that place.
23    Q    Ms. Asghar, I'd like to show you some photographs.  I'm
24    going to just show the witness these, please.  Please look at
25    them and tell me if you've seen them before and if you
```

S. ASGHAR/DIRECT/HECTOR

 1    recognize them once I get through the set.  This is Government

 2    Exhibit 806 for identification, 811, 819, 821, 825, 829 and

 3    833.

 4            Have you seen those photos before?

 5    A    Yes.

 6    Q    Yes?  Is it fair to say that the photos depict the scene

 7    where your sister and your father were murdered as well as some

 8    of the funeral pictures from after their murder?

 9    A    Yes.

10    Q    Do the pictures fairly and accurately depict how you

11    remember seeing things on that day and the days that followed?

12    A    Yes.

13            MS. HECTOR:  The government moves to admit 833, 829,

14    825, 821, 819, 811 and 806.

15            THE COURT:  Any objection?

16            MR. SOSINSKY:  No.

17            THE COURT:  They're admitted.  You may publish to the

18    jury.

19            (Government Exhibits 806, 811, 819, 821, 825, 829 and

20    833 received in evidence.)

21    Q    Ms. Asghar, if I could just show you one more thing before

22    we publish.  Thank you.

23            Do you see this drawing that I put in front of you?

24    A    Yes.

25    Q    Is this a map that you drew that depicts the area in which

SHERRY BRYANT, RMR, CRR

S. ASGHAR/DIRECT/HECTOR

```
 1   you found the bodies of your sister and your father?

 2   A    Yes.

 3   Q    And is it a fair and accurate depiction of how you remember

 4   the streets in that area?

 5   A    Almost like that.

 6            MS. HECTOR:  The government moves to admit Government

 7   Exhibit 42.

 8            THE COURT:  Any objection?

 9            MR. SOSINSKY:  No objection.

10            THE COURT:  It's admitted.

11            (Government Exhibit 42 received in evidence.)

12   Q    Ms. Asghar, I'm going to try to do this quickly.  If this

13   could be published to the jury now.

14            (Exhibit published to the jury.)

15   Q    Can you describe what's depicted in Government Exhibit 806?

16   A    It's my father's body.

17   Q    Is this relatively the position that you found your

18   father's body in when you came to the scene of the shooting?

19   A    Yes.

20   Q    The scarf that is over your father's head, do you see that?

21   A    Yes.

22   Q    Was that scarf over your father's head when you first came

23   to the scene?

24   A    No.

25   Q    Do you know whose scarf that is?
```

S. ASGHAR/DIRECT/HECTOR

1    A    It's my mother's.

2    Q    Did you later -- when you later came out of the house that

3    you were hiding in, was the scarf then over your father's face?

4    A    I did not go to that scene later on.

5    Q    Is this the motorbike that your father and your sister and

6    Zameer were riding that day?

7    A    Yes.

8    Q    And this metal structure that I'm pointing to in the middle

9    of the screen, do you know what that is?

10   A    It's a frame, a bed frame.

11   Q    Can you point to where your sister's body was in this

12   picture when you first came upon the scene?

13   A    (Indicating.)

14   Q    Was it on the opposite side of the bike as your father's

15   body?

16   A    Yes.

17   Q    And is this the gutter that I'm pointing to along the wall

18   that you were referring to earlier?

19   A    Yes.

20   Q    And can you describe in this picture, if you can, where it

21   was that you saw Akmal and Babar and Nisar and Sain Ashfaq?

22   A    Akmal was here, as she's pointing.  The other one was

23   standing here by the bike where she is pointing at, over here

24   (indicating).

25   Q    So Akmal was standing on this side of the bike and the

1    other men were standing on the other side of the bike; is that

2    right?

3              THE INTERPRETER:  I'm sorry, interpretation needs a

4    clarification.  Akmal and what other person you said --

5    Q    I'm sorry.  So Akmal was standing on this side of the bike

6    and Babar, Nisar and Sain Ashfaq were on this side; is that

7    right?

8    A    Babar was not there.

9    Q    Where was Babar?

10   A    Over here where she's pointing at (indicating).

11   Q    So let me just make the record clear.  The area where Babar

12   was is in front of the blood that's in the lower middle part of

13   the photograph?

14   A    (No response.)

15             THE COURT:    You have to answer.  You have to answer.

16   Why don't you do it this way, Ms. Hector:  Call out a name and

17   ask her to identify, if she can, where that person was.  Let's

18   do it seriatim, one at a time.

19   Q    Ms. Asghar, could you point on the screen to where you saw

20   Nisar, if you can remember?

21   A    Over here (indicating), a little bit on the side.

22   Q    Is it fair to say that Nisar was on the opposite side of

23   the bike as your father's body?

24   A    Yes.  My sister's dead body was laying down there.

25   Q    Was Nisar near the wall?

S. ASGHAR/DIRECT/HECTOR

1    A    Yes.

2    Q    And can you again point to where you saw Akmal standing?

3    A    (Indicating.)

4    Q    And is it fair to say that that's the area sort of where

5    this column is between the yellow wall and the orange door?

6    A    Yes.

7    Q    Do you see this black bag that I'm pointing to here?

8    A    Yes.

9    Q    Do you recognize that?

10   A    Yes.

11   Q    What is it?

12   A    It's my sister's bag.

13   Q    Can you point to where you saw Babar, Amina's husband?

14   A    (Indicating.)

15        MS. HECTOR:    Let the record reflect that the witness

16   has indicated in the sort of blood area on the middle bottom of

17   the photograph.

18        THE COURT:  The record will so reflect.

19   Q    And can you finally point to where you saw Sain Ashfaq?

20   A    Close to Nisar, on this side where she's pointing at

21   (indicating).

22   Q    And is it fair to say that that's the opposite side of the

23   bike as your father's body?

24   A    Yes.

25   Q    I'd like to show you what's been marked as Government

S. ASGHAR/DIRECT/HECTOR

```
 1    Exhibit 825.  Do you recognize this area?

 2    A    Yes.

 3    Q    Is it fair to say that this is the rest of the orange door

 4    that was depicted on the previous exhibit, 806?

 5    A    Yes.

 6    Q    And does this appear to be -- well, let me just flip back

 7    and forth.  So 825 and then 806, so is it fair to say that the

 8    orange door should be coming off of the right side of 806?

 9    A    Yes.

10    Q    And then I'd like to show you what's been marked as 833 and

11    entered into evidence.

12    A    Yes.

13    Q    Do you recognize this photograph?

14    A    Yes.

15    Q    Do you know whose house the lavender house is?

16    A    Yes.

17    Q    And where on this picture, if you can point, is the sort of

18    alleyway where the bodies were on the ground?

19    A    Opposite of the vehicle that's in the -- where I'm pointing

20    at, below that (indicating).

21    Q    Okay.  So is it fair to say that if one could go next to

22    this purple house, you'd be on the little alleyway where the

23    bodies were?

24    A    Yes.

25    Q    I'd like to show you Government Exhibit 42, but before I do
```

S. ASGHAR/DIRECT/HECTOR

```
 1   that let's just go back for one second to Government Exhibit
 2   833.  Is the front of this lavender house flat or curved?
 3   A   Curved.
 4   Q   I'm going to -- Ms. Asghar, I'm going to give you
 5   Government Exhibit 42 where you're sitting, and I'm going to
 6   provide you with a pen and I'm going to ask you to make Xs at
 7   certain places that I'm going to ask you about.
 8           THE COURT:  Mr. Jackson, would you do that, please.
 9   Q   Ms. Asghar, do you have a pen?
10   A   Yes.
11   Q   Can you take Government Exhibit 42 and put an X where you
12   saw your father and your sister's bodies?
13   A   Sure.  (Indicating.)
14   Q   And next to the X, can you put the word "bodies" so we know
15   what you're indicating.
16           THE INTERPRETER:  I'm sorry.  She's asking --
17   Q   Could you -- next to the X where you saw the bodies, if you
18   could please put the word "bodies" so that we know what you're
19   indicating.
20   A   (Witness complies.)  Okay.
21   Q   And then could you put an X in the area where the house was
22   that you ran into?
23   A   (Witness complies.)
24   Q   And could you put "house where ran."
25   A   House?
```

SHERRY BRYANT, RMR, CRR

S. ASGHAR/DIRECT/HECTOR

```
1    Q    "House where I ran."

2    A    (Witness complies.)

3    Q    And could you put an X in the general area where you were

4    when you first heard the shooting?

5    A    (Witness complies.)

6    Q    And could you put the word "shots" at that location?

7    A    (Witness complies.)

8    Q    And finally, could you put an X in the general area where

9    your house is, your family home?

10   A    (Witness complies.)

11   Q    And could you put "my home."

12   A    (Witness complies.)

13        MS. HECTOR:  Okay.  Could I please get that back, Mr.

14   Jackson?

15        The government moves to admit the amended Government

16   Exhibit 42, which I'll mark as 42A.

17        THE COURT:  Any objection?

18        MR. SOSINSKY:  Can I just see what -- I didn't have

19   the opportunity to see what it says.

20        THE COURT:   Of course.  Why don't you show it to your

21   adversary.

22        (Pause in the proceedings.)

23        MR. SOSINSKY:  No objection.

24        THE COURT:  It's admitted.  You may publish it to the

25   jury.
```

S. ASGHAR/DIRECT/HECTOR

```
 1              (Government Exhibit 42A received in evidence.)

 2              (Exhibit published to the jury.)

 3   Q    Now, Ms. Asghar, you said that after people started running

 4   after you, you ran into a home and you hid in a room; right?

 5   A    Yes.

 6   Q    And you heard certain people talking outside?

 7   A    Yes.

 8   Q    What was the -- how long did you stay inside that house?

 9   A    Less than half an hour.

10   Q    Did you eventually come out?

11   A    Yes.

12   Q    What caused you to come out?

13   A    I heard the police siren and my mother's voice.

14   Q    You heard police sirens and your mother's voice?

15   A    First I heard the siren.  I didn't believe that the police

16   was there.  Then I heard my mother was crying, then I came out.

17   Q    And when you came out, were you able to reunite with your

18   mom?

19   A    My mother was talking to the police.

20   Q    When you came out, had your father Asghar and your sister

21   Madeeha, had they been moved?

22   A    Yes.

23   Q    Where had they been moved to?

24   A    Their dead bodies were on the cots.

25   Q    I'm sorry?
```

S. ASGHAR/DIRECT/HECTOR

1    A    Their dead bodies were on the cots.

2    Q    Their bodies were on the cots?

3    A    Yes.

4    Q    I'm showing you what's in evidence as Government Exhibit

5    821.  Are these the cots that your father and your sister were

6    placed on?

7    A    Yes.

8    Q    And who is the person in the middle of the picture?

9    A    I am.

10   Q    And what were you doing in this picture?

11   A    Crying.

12   Q    Did you see police when you came out there?

13   A    Yes.

14   Q    And this area in the back, the house --

15   A    Yes.

16   Q    -- is that the same lavender house that was in the other

17   pictures?

18   A    Yes.

19        MS. HECTOR:   Your Honor, I'm happy to continue, but I

20   would just note the time is 5:10.

21        THE COURT:  I've noticed the time.  How much more do

22   you have with this witness?

23        MS. HECTOR:  Probably 15 minutes.

24        THE COURT:  All right.  Then we're going to adjourn

25   for the day, ladies and gentlemen of the jury.  We'll start

S. ASGHAR/DIRECT/HECTOR

```
 1    tomorrow at 9:30 a.m.  Again, please do not talk about the

 2    case, even amongst yourselves.  Don't read anything about it.

 3          As I said, you're the real jury, you make the real

 4    decisions when the evidence is completed, and we're just

 5    starting the trial.  So we will be back tomorrow at 9:30 a.m.

 6    I thank you very much, and have a good, quiet evening.  See you

 7    tomorrow at 9:30.

 8          (Jury exits courtroom.)

 9          THE COURT:  Again, I will remind the witness not to

10    talk with anyone about her testimony in the course of the

11    evening.  I will ask that question, as always, tomorrow.

12          All right, the jury has left the room.  Do we have any

13    procedural issues to discuss, Counsel?

14          MR. TUCKER:  Yes, Your Honor, one issue from the

15    government.  There have been several requests from the news

16    media for copies of certain of the exhibits --

17          THE COURT:  Yes.

18          MR. TUCKER:  -- introduced into evidence today.

19          THE COURT:  Yes.

20          MR. TUCKER:  I'm sorry, Your Honor?

21          THE COURT:  Yes.

22          MR. TUCKER:  Your Honor, I just couldn't hear the

23    Court.

24          THE COURT:  I'm indicating that I'm hearing you.

25          MR. TUCKER:  Understood, Your Honor.  Your Honor, the
```

PROCEEDINGS

1    government's understanding of the law on this is fairly clear;

2    that since the documents are in evidence and have been

3    presented to the jury in open court, the news media is entitled

4    to them.  Obviously, as --

5            THE COURT:  Are you working up to a question?  Can you

6    give documents that have been admitted into evidence to the

7    news media?  And the answer from this Court is, yes, of course,

8    you may do that.  I'm not interested in getting reversed by the

9    Second Circuit, especially for being stupid, okay?  Once

10   they're in evidence, you may give them to the media.  All

11   right?  Thank you.  Anything else?

12           MR. TUCKER:  Not from the government.

13           MR. SOSINSKY:  No, sir.

14           THE COURT:  We're adjourned.  See you tomorrow at 9:30

15   a.m.

16           (Whereupon, the proceedings were adjourned at 5:10

17   p.m. until June 24, 2014 at 9:30 a.m.)

18

19

20

21

22

23

24

25

PROCEEDINGS

OPENING STATEMENTS/GANDY           9
OPENING STATEMENTS/SOSINSKY       17
S. ASGHAR/DIRECT/HECTOR           43
GEX 17-20, 22, 23, 2, 2a          46
GEX 21                            50
GEX 834, 835, 838                121
GEX 34, 35, 40                   147
GEX 806, 811, 819, 821, 825, 829,633 166
GEX 42                           167
GEX 42A                          174

**-**

cause [1] 34/23
'Didn't [1] 39/5
'hood [1] 89/10

**-**

-- introduced [1] 175/18
------------------------------------x [2] 1/2 1/6

**1**

10 [4] 36/14 66/7 75/9 146/8
10006 [1] 1/18
11201 [3] 1/5 1/14 1/22
11:55 a.m [2] 64/3 64/20
12:15 [1] 64/24
12:20 [1] 64/24
12:20 which [1] 64/12
12:30 [3] 7/16 81/13 86/19
12:30 p.m [1] 87/12
13 [2] 1/3 2/4
130 [1] 29/14
15 [5] 36/14 75/9 146/8 146/9 174/23
150 [2] 1/3 2/4
16 [1] 69/17
17 [5] 44/4 44/5 44/9 45/3 47/2
18 [4] 22/12 44/4 44/9 46/16
19 [4] 10/7 44/4 44/9 47/22
1999 [2] 9/14 27/19
1:30 [5] 139/9 150/20 151/2 151/3 151/4

**2**

20 [14] 8/8 13/14 17/19 23/14 36/14 44/4
44/9 45/4 48/2 81/1 103/22 140/14 143/3
143/12
2002 [2] 29/1 29/2
2009 [8] 10/7 23/10 23/20 24/6 24/10 25/19
27/11 27/19
2010 [1] 56/15
2011 [1] 74/23
2012 [3] 30/1 30/3 75/17
2013 [11] 12/6 13/5 35/12 37/2 37/19 76/19
85/19 105/15 109/12 109/13 150/1
2014 [2] 1/6 176/17
21 [5] 48/22 48/24 48/25 49/12 50/4
22 [6] 10/25 44/4 44/10 45/4 47/14 50/12
225 [2] 1/5 1/22
23 [6] 1/6 44/4 44/10 45/4 47/17 50/12
2379 [1] 1/23
24 [1] 176/17
25 [4] 85/19 105/15 106/11 140/14
25th [9] 13/5 35/12 37/2 37/11 37/19 109/5
109/11 150/1 150/16
26 [1] 109/12
2644 [1] 1/23
26th [2] 12/6 109/13
271 [1] 1/13
2:00 or [1] 64/18
2:10 [1] 64/25
2:15 [4] 64/18 87/2 87/11 87/20
2A [5] 45/4 46/7 50/14 63/15 102/22

**3**

30 [1] 130/20
30th [1] 1/17
31 [2] 53/4 53/12
34 [3] 145/9 145/23 147/17
35 [2] 145/12 145/23
3:30 [3] 111/24 138/24 139/9

**4**

40 [5] 130/20 145/14 145/24 148/25 149/9
42 [6] 166/7 166/11 170/25 171/5 171/11
172/16

42A [2] 172/16 173/1
45 [1] 10/7
4:30 [1] 113/4

**5**

5:00 after [1] 87/3
5:10 [2] 174/20 176/16

**6**

60 [1] 47/12
66 [1] 13/13

**7**

718-613-2379 [1] 1/23
718-613-2644 [1] 1/23
7:00 [1] 150/11
7:30 [1] 150/11

**8**

803 [5] 97/12 97/15 97/16 97/18 97/24
806 [7] 165/2 165/14 165/19 166/15 170/4
170/7 170/8
811 [3] 165/2 165/14 165/19
819 [3] 165/2 165/14 165/19
821 [4] 165/2 165/14 165/19 174/5
825 [5] 165/2 165/14 165/19 170/1 170/7
829 [3] 165/2 165/13 165/19
833 [5] 165/3 165/13 165/20 170/10 171/2
834 [4] 119/25 120/16 120/23 121/5
835 [4] 119/25 120/16 120/23 121/22
838 [4] 119/25 120/16 120/23 122/3

**9**

9:30 [7] 7/14 104/1 175/1 175/5 175/7 176/14
176/17

**A**

A-B-B-A-S [1] 47/25
A-B-I-D-A [1] 48/3
A-F-Z-A-L [1] 57/20
A-K-M-A-L [1] 57/21
A-M-I-R [1] 56/8
A-S-G-H-A-R [6] 42/20 43/11 47/6 47/21
48/4 49/10
A-S-H-U-T-O-S-H [1] 3/8
a.m [6] 64/3 64/20 175/1 175/5 176/15
176/17
Ababs [1] 37/8
abandoned [1] 15/24
Abbas [25] 22/8 22/15 22/18 22/19 23/3 23/9
24/18 25/21 26/2 26/7 26/16 26/23 27/2 28/4
28/25 33/2 33/4 33/9 33/12 33/22 33/22 35/13
47/24 51/9 69/11 71/14
Abid [3] 141/24 142/1 142/3
Abida [3] 48/3 51/7 81/10
able [6] 15/18 15/19 36/23 127/12 130/24
173/17
about [159] 5/10 6/1 6/3 7/23 9/16 10/7
12/20 13/21 13/22 13/22 13/24 15/7
15/9 15/14 16/9 18/13 19/5 19/17 19/24 20/5
20/21 21/1 22/1 22/1 22/2 22/13 22/18 22/23
23/6 23/12 23/14 24/4 24/8 24/9 24/15 24/16
24/17 24/21 25/10 25/15 25/18 25/23 25/25
26/18 26/22 27/6 29/13 30/6 32/12 32/25
33/8 33/8 34/20 34/24 35/8 36/6 36/6 40/1
40/3 40/7 41/10 42/1 42/5 55/1 57/8 58/2
58/10 58/23 58/24 59/14 62/5 62/7 63/9 64/9
64/11 64/12 64/24 65/2 65/4 65/10 65/16
66/3 66/9 67/9 67/12 68/7 69/16 69/20 71/4
71/18 71/24 72/1 72/12 72/15 72/18 72/25
73/3 73/4 73/11 74/3 78/23 79/11 80/6 81/4
82/2 87/4 87/5 87/7 87/9 90/14 90/17 92/3
92/9 93/12 95/14 95/15 96/22 97/23 98/11
100/6 104/14 105/23 113/11 114/5 114/7

115/5 115/6 116/17 116/22 118/6 118/10
118/16 124/9 125/10 130/22 130/23 131/10
131/21 132/4 133/1 133/4 135/11 137/2
139/1 141/7 146/12 147/10 148/22 151/25
153/16 155/3 160/21 160/23 160/25 171/7
175/1 175/2 175/10
Abrar [5] 29/5 70/7 75/20 75/21 106/19
abroad [1] 22/10
abruptly [1] 15/24
absolutely [3] 5/23 26/12 89/4
Abu [2] 162/6 162/6
accept [1] 96/14
acceptable [5] 23/4 64/14 71/25 71/25 87/2
accepted [2] 112/9 112/11
according [1] 94/9
account [1] 33/7
accounts [4] 9/19 14/24 24/3 27/25
accurate [1] 166/3
accurately [4] 44/18 44/22 120/18 165/10
accusations [2] 17/17 41/13
accused [1] 41/19
act [1] 33/1
action [2] 3/13 8/21
actions [2] 8/21 13/1
active [1] 14/11
actually [14] 30/4 31/9 53/21 55/8 55/18
59/15 78/13 96/3 99/4 107/4 107/18 109/12
112/17 152/16
addition [3] 57/4 91/7 94/18
additional [3] 48/6 129/15 161/16
address [6] 3/16 3/18 5/5 90/1 98/4 143/22
addresses [1] 5/14
addressing [1] 88/19
adjourn [3] 7/24 7/25 174/24
adjourned [2] 176/14 176/16
admission [1] 93/11
admit [12] 45/3 46/7 46/9 48/6 49/11 53/11
97/4 120/22 145/23 165/13 166/6 172/15
admitted [10] 46/1 46/9 49/15 53/15 121/1
146/2 165/17 166/10 172/24 176/6
admonition [1] 25/3
adolescent [1] 31/19
adult [1] 85/24
advanced [1] 8/24
adversary [1] 172/21
advised [2] 6/15 23/4
advisers [1] 34/16
aerial [1] 145/21
affirmative [2] 100/22 136/14
affirmatively [1] 3/14
Africa [1] 78/22
after [92] 3/19 4/8 4/16 9/1 10/10 10/24 11/4
11/6 12/14 15/5 24/12 24/12 24/14 24/15
24/15 25/9 25/10 25/17 26/5 26/19 38/7
38/21 38/23 55/4 66/8 66/13 66/17 70/12
70/15 73/11 74/24 79/4 81/13 81/13 82/21
83/18 83/18 85/7 87/3 92/3 94/8 94/13 96/17
101/3 102/24 103/5 103/23 103/25 111/25
113/1 113/14 113/25 115/11 116/10 116/19
117/25 118/23 119/11 119/18 119/20 120/19
121/12 122/1 123/22 124/11 124/16 124/22
125/17 127/9 129/1 130/17 130/21 131/12
132/18 133/6 133/9 133/15 135/6 136/18
136/21 136/22 137/5 138/16 138/22 150/11
150/21 153/18 161/15 162/13 165/8 173/3
173/4
afternoon [1] 93/17
afterwards [1] 32/24
Afzal [25] 39/18 57/12 57/20 58/5 58/23
60/10 60/12 60/14 60/15 60/17 61/14 65/10
66/5 66/8 66/11 66/13 67/13 127/4 127/5
127/13 127/17 127/21 128/2 128/19 129/1
Afzal's [3] 116/6 159/9 159/10

Case 1:13-cr-00150-WFK Document 91 Filed 06/16/14 Page 179 of 199 PageID #: 1482

**A**

again [42] 9/5 16/21 19/23 26/20 27/25 32/10
49/19 54/6 79/10 79/16 84/19 84/25 87/4
87/9 90/4 92/1 100/5 100/21 102/1 104/16
105/11 105/18 106/8 110/25 114/19 121/16
121/25 126/2 131/3 134/3 135/19 135/21
135/21 137/7 137/9 137/19 139/3 146/11
154/8 169/2 175/1 175/9
against [13] 12/1 15/2 17/15 24/7 28/16 29/9
35/24 36/1 41/7 42/6 42/10 97/13 161/1
age [6] 9/21 10/7 10/25 18/22 27/17 69/21
agents [4] 38/6 38/7 39/7 40/5
Aggressive [1] 84/15
agitated [1] 92/8
ago [2] 78/21 95/4
agreed [3] 11/1 29/1 137/16
agreeing [1] 14/4
agrees [3] 28/22 28/23 63/9
ahead [21] 43/15 66/19 67/11 81/20 85/1
93/5 99/13 100/9 100/12 104/20 109/17
118/12 123/20 124/20 127/16 132/12 143/10
148/8 157/4 157/19 164/6
Ahmed [4] 70/7 75/20 75/21 106/19
aided [1] 1/25
aim [1] 12/2
air [4] 19/10 161/17 161/18 161/20
AJMAL [32] 1/5 8/7 17/14 22/1 23/12 25/10
26/14 30/22 32/1 32/18 33/3 33/15 33/21
40/14 55/13 55/23 56/2 56/21 57/24 58/1
58/4 58/5 102/3 115/10 128/14 128/22
128/22 129/5 129/6 129/8 129/16 159/13
Ajmal's [9] 60/12 67/17 69/6 78/5 78/13
102/4 110/10 127/5 159/2
Akmal [37] 10/14 57/12 57/20 58/5 110/8
110/9 110/11 110/13 110/21 111/20 114/25
115/8 115/9 115/10 115/11 118/8 128/19
131/1 157/24 158/1 158/19 158/22 158/25
160/1 160/8 160/16 160/17 160/24 160/25
163/8 163/10 167/21 167/22 167/25 168/4
168/5 169/2
Akmal's [4] 128/10 128/14 159/11 161/9
alert [2] 90/10 91/25
alien [1] 14/14
alive [2] 47/7 56/23
all [93] 2/2 5/1 5/19 6/22 13/18 16/21 16/23
17/10 17/20 17/21 18/11 19/5 19/7 19/11
19/17 20/1 20/1 20/24 21/8 24/7 27/16 28/5
29/11 30/24 31/3 31/13 31/15 31/15 31/20
32/23 34/24 35/5 35/10 41/13 41/21 41/22
42/13 45/8 45/10 45/21 46/5 46/5 48/13 50/1
52/8 52/11 54/16 54/17 57/5 57/17 57/18
61/11 61/25 70/15 74/11 76/14 77/19 81/10
85/7 86/9 87/7 88/2 88/8 88/12 90/5 93/3
93/20 93/25 96/23 98/14 99/12 99/21 100/12
107/21 109/1 109/20 111/7 112/1 128/8
130/1 130/5 130/5 130/9 142/5 143/12 145/4
148/13 159/20 163/8 163/10 174/24 175/12
176/10
allegation [1] 17/15
alleyway [2] 170/18 170/22
alliance [1] 22/24
allow [3] 41/20 91/20 97/24
allowed [1] 11/2
allows [1] 67/5
almost [4] 153/14 153/15 153/16 166/5
alone [2] 12/4 132/15
along [9] 21/1 29/17 32/23 37/15 122/24
141/16 152/9 153/12 167/17
already [5] 5/10 95/6 98/20 112/15 126/24
also [41] 12/19 12/21 14/23 15/6 15/9 15/15
19/20 22/3 22/6 22/20 25/22 26/7 46/6 50/14
55/7 63/15 77/6 102/18 116/1 116/5 118/16

118/20 122/4 123/8 123/15 124/16 127/7
130/14 131/23 132/8 132/4 132/23 137/14
137/18 142/5 142/9 155/8 159/2 159/11
159/13 159/24
although [8] 17/2 18/24 20/4 22/10 22/17
23/22 27/22 33/19
always [9] 24/24 25/12 28/24 67/1 87/17
142/21 143/11 144/22 175/11
am [4] 102/21 104/7 117/22 174/9
AMANDA [2] 1/14 2/8
ambushed [1] 12/10
amended [1] 172/15
AMERICA [5] 1/2 8/5 60/3 60/6 69/25
American [4] 9/18 11/11 19/21 41/8
Americanized [1] 28/13
Amina [103] 8/13 8/14 8/18 9/9 9/12 9/14
9/16 9/21 10/1 10/3 10/23 10/25 10/12 10/17
10/25 11/5 11/12 11/18 12/2 12/5 12/18
12/19 12/25 13/4 13/11 13/19 14/10 14/25
14/25 16/10 17/21 21/16 21/25 22/11 23/15
23/16 23/23 24/4 24/9 24/11 25/10 25/13
26/14 27/11 27/15 30/22 31/18 32/1 32/5
32/18 32/21 33/3 33/15 33/21 38/17 40/7
55/13 55/15 56/10 56/12 56/25 57/3 57/9
58/7 68/10 69/16 69/18 69/24 70/1 70/3 70/3
70/10 70/12 70/19 71/15 72/2 72/4 72/10
75/14 75/19 75/21 76/15 76/22 77/10 77/13
77/25 78/13 78/18 78/24 79/2 79/18 90/12
90/22 100/17 101/4 101/8 106/23 108/5
110/2 112/16 128/1 128/5 159/4
Amina's [54] 8/20 10/21 11/8 11/9 11/21
11/22 11/24 12/7 14/16 14/17 22/21 23/10
56/18 56/20 56/22 57/11 57/23 58/4 58/12
58/19 59/3 59/20 68/3 68/13 68/21 68/25
69/7 70/23 71/6 71/10 72/13 73/9 73/17
73/25 74/4 75/24 76/3 101/24 102/2 106/12
109/24 110/1 110/10 115/10 116/8 123/8
123/10 124/25 127/7 128/2 133/2 135/18
158/25 169/13
Amir [7] 56/5 56/6 69/11 69/13 73/3 73/6
73/8
amongst [4] 19/1 20/15 22/12 175/2
amount [1] 30/17
amounts [1] 24/24
and/or [1] 84/9
angered [1] 8/20
angry [2] 35/3 35/8
another [24] 10/2 22/8 26/10 31/25 35/13
37/24 55/6 60/5 64/9 64/12 80/4 80/7 85/16
93/2 94/10 96/21 115/5 116/7 119/14 121/23
137/22 151/12 151/13 158/12
answer [22] 3/14 24/23 66/18 68/17 76/8
78/11 79/5 79/10 83/13 108/8 112/04 113/22
113/24 114/2 143/8 157/1 157/2 157/11
157/16 168/15 168/15 176/7
answered [5] 94/1 108/10 113/18 117/21
159/22
answering [1] 79/7 109/10
anthropological [1] 30/25
anticipate [2] 64/7 146/5
anticipated [1] 87/19
any [60] 4/16 4/19 4/23 5/4 6/1 27/6 28/9
30/12 34/8 34/9 36/11 38/1 39/19 41/12
41/21 42/10 45/6 49/13 54/6 55/7 56/5 56/
57/9 58/7 58/11 59/20 60/4 63/4 65/17 72/1
75/10 75/24 76/2 76/23 78/23 80/20 83/21
97/19 104/1 108/13 118/10 120/24 131/2
131/4 138/2 138/21 141/22 143/17 145/25
146/14 152/9 152/9 154/6 154/9 154/9 158/1
161/16 165/15 166/8 172/17 175/12
anybody [2] 34/19 117/10
anymore [9] 34/7 50/8 73/4 74/5 83/19 83/20
133/7 134/5 149/5

anyone [27] 60/14 62/5 65/4 70/4 80/20
84/5 84/17 85/10 87/9 100/5 106/12 110/5
112/21 129/21 134/8 139/18 139/19 146/12
147/10 151/8 151/9 151/20 156/11 160/10
160/21 175/10
anything [36] 60/14 72/25 80/17 80/18 80/18
81/5 81/7 84/11 96/2 97/21 99/7 102/9
103/19 108/22 110/21 111/2 113/18 118/5
118/13 119/2 126/7 126/20 129/11 132/4
132/7 135/4 135/6 146/19 146/21 154/10
159/16 160/10 160/21 162/24 175/2 176/11
anytime [2] 111/24 138/22
anywhere [1] 139/9
apologies [1] 49/17
apologize [7] 24/22 25/7 76/13 90/8 91/1
92/1 134/18
apparently [1] 35/19
appear [5] 4/3 5/9 27/9 120/13 170/6
appearance [1] 2/24
appearances [2] 1/11 3/3
appeared [2] 20/7 77/20
appearing [1] 101/15
application [6] 14/17 29/10 29/13 31/22 32/7
32/16
applications [1] 35/25
apply [3] 5/24 40/23 41/18
appreciate [1] 147/8
approximately [11] 56/13 74/21 75/16 76/18
80/25 86/14 103/21 111/22 113/1 131/25
150/9
Arab [9] 51/25 52/1 54/5 54/9 74/10 74/13
74/22 74/24 75/11
are [121] 5/4 5/8 6/2 6/24 7/10 16/6 16/25
17/1 17/9 17/21 17/24 19/21 19/23 27/7 29/6
31/11 33/19 34/22 35/4 35/8 35/8 35/18
35/21 35/23 35/25 36/2 36/3 38/20 38/22
39/13 39/13 40/1 40/12 41/25 42/14 44/16
46/2 51/10 52/8 57/6 58/5 58/11 58/22 59/12
60/6 60/25 61/13 61/23 64/23 66/12 67/2
67/19 68/1 69/4 71/15 71/24 72/3 72/7 73/6
88/19 89/8 90/5 90/7 90/23 92/25 93/9 94/14
94/14 95/7 97/15 97/19 99/4 99/5 99/10
107/19 107/19 107/20 110/17 115/21 118/6
118/16 120/4 121/8 121/25 122/15 124/23
128/15 133/19 133/22 137/13 139/23 140/2
141/10 141/10 141/11 141/24 142/7 142/17
143/2 143/19 145/15 145/17 145/18 148/4
155/3 157/6 162/12 162/22 164/13 164/13
174/5 176/2 176/5
area [18] 61/2 61/4 145/18 145/21 148/5
148/11 149/6 155/13 165/25 166/4 168/11
169/4 169/16 170/1 171/21 172/3 172/8
174/14
areas [1] 148/4
aren't [1] 99/5
argue [1] 41/2
argument [4] 40/25 91/9 93/1 96/15
arguments [2] 7/11 99/25
arm [1] 77/16
around [27] 7/16 22/11 30/18 33/11 66/7
72/9 82/1 86/15 103/22 103/23 104/7 111/24
116/16 117/11 125/2 135/7 135/22 136/4
138/11 140/19 150/11 151/1 152/3 152/4
157/25 158/2 164/7
arranged [7] 8/17 9/24 13/22 20/13 20/16
21/20 22/5
arrangement [1] 22/24
arrived [2] 15/10 23/22
as [123] 3/3 4/6 7/14 7/23 9/10 9/10 9/13
10/14 10/18 11/22 13/17 15/2 15/15
16/25 17/8 18/20 18/24 19/4 20/9 20/15
20/21 20/21 21/15 21/17 21/23 22/5 22/9

# A

as... [95] 1/7 23/5 23/6 23/21 24/20 25/4
26/24 27/7 27/11 27/14 28/12 28/19 29/6
29/19 29/23 31/14 34/8 37/3 37/7 39/2 39/15
40/21 41/6 41/15 42/8 42/14 44/3 45/4 45/4
46/1 46/4 46/7 47/22 48/1 50/13 53/4 55/8
57/16 57/16 57/23 58/1 60/2 60/4 60/14
60/17 61/17 61/18 63/23 64/22 66/14 71/6
73/9 87/6 87/6 88/17 89/9 91/15 91/16 92/21
95/10 96/10 96/18 96/21 97/14 99/5 106/20
107/2 112/1 123/10 125/3 127/18 128/15
128/24 131/18 133/22 136/4 139/12 139/12
149/6 159/22 160/1 164/20 165/7 165/7
167/14 167/22 168/23 169/23 169/25 170/10
172/16 174/4 175/3 175/11 176/4
Asghar [70] 13/13 13/14 33/10 35/21 36/1
37/7 37/24 42/17 43/5 43/18 44/2 44/6 44/13
46/15 47/2 47/5 47/7 47/7 47/7 47/21 48/10
48/24 49/7 50/4 50/6 50/7 50/11 50/22 51/1
51/3 51/7 51/10 51/12 51/20 53/18 54/13
65/9 75/10 76/15 79/17 85/2 85/15 86/12
86/13 86/13 90/11 92/2 100/16 101/12
101/13 117/22 119/5 119/6 119/17 120/9
120/13 121/5 145/8 147/20 149/25 157/11
157/20 164/23 165/21 166/12 168/19 171/4
171/9 173/3 173/20
Asghar's [1] 15/11
Ashfaq [9] 158/5 158/19 158/23 159/8
159/10 160/1 167/21 168/6 169/19
Ashutosh [3] 1/19 2/14 3/6
ask [26] 5/18 16/23 17/12 31/25 36/7 36/19
37/22 38/24 40/22 41/14 42/15 42/25 44/7
46/20 66/3 79/6 79/8 103/23 124/9 124/10
141/7 157/14 168/17 171/6 171/7 175/11
asked [13] 11/14 11/15 27/6 38/19 39/4 65/2
77/17 84/19 84/23 112/2 115/12 117/25
129/15
asking [8] 38/23 45/10 65/9 80/17 115/5
115/17 156/10 171/16
aspect [1] 21/11
aspects [1] 93/8
Assembly [1] 142/14
asserted [8] 92/17 92/19 92/25 95/23 96/10
97/1 97/9 97/12
asserted' [1] 91/16
Assistant [1] 1/16
associated [2] 94/4 94/8
association [1] 97/3
assure [1] 99/25
assured [1] 17/10
attack [4] 94/8 94/9 114/25 130/4
attacked [5] 115/1 115/9 115/11 118/8
135/19
attempt [1] 12/15
attempting [1] 96/25
attempts [1] 35/4
attend [10] 10/9 23/25 30/11 68/13 68/20
84/20 85/16 86/7 105/19 158/18
attended [4] 9/19 23/19 27/11 84/16
attending [6] 55/4 105/16 137/6 137/9
137/18 137/21
attention [5] 8/4 83/3 126/3 150/1 161/12
attic [1] 134/2
attorney [2] 1/12 4/18
attorneys [4] 1/16 24/14 27/5 27/5
aunt [10] 40/13 40/13 71/7 104/5 116/14
116/17 116/19 119/12 115/15 125/9
aunt's [1] 58/9 108/19 113/16 113/20
aunts [2] 18/16 58/7
authorities [9] 12/20 24/9 24/13 24/13 25/24
26/6 26/8 27/4 29/15
authority [1] 93/22

available [3] 4/3 97/14 155/25
Avenue [1] 34/4
avoid [2] 76/12 84/25
avoided [1] 88/19
aware [5] 39/10 70/22 70/25 75/10 93/8
away [18] 4/12 12/13 18/23 28/6 34/6 35/20
39/7 52/13 85/22 94/12 123/23 132/13 135/3
140/1 149/2 153/21 162/15 162/17

# B

B-A-B-A-R [1] 106/20
B-H-I-M-B-E-R [1] 137/23
Babar [31] 9/22 10/1 10/14 11/1 11/6 11/10
14/16 15/3 22/3 22/4 22/23 23/7 27/23 28/21
28/23 29/6 106/18 106/19 106/22 106/22
158/5 158/19 158/22 159/4 160/1 167/21
168/6 168/8 168/9 168/11 169/13
Babar's [2] 106/25 159/6
Baber [3] 70/8 75/20 75/21
back [114] 9/2 9/3 9/5 12/20 18/11 18/15
18/19 21/24 21/25 23/24 24/5 27/13 29/19
31/24 32/11 33/9 33/16 34/2 34/3 35/16
35/23 38/11 39/21 45/22 45/22 49/19 54/17
55/10 58/14 64/25 68/9 68/17 70/13 70/14
70/15 75/3 79/1 79/23 81/16 82/3 82/8 82/10
82/12 82/16 83/2 83/4 83/18 85/8 89/12
90/22 90/24 91/9 93/19 93/24 94/2 100/16
103/9 103/12 104/12 104/17 105/3 109/1
109/20 111/6 112/7 112/8 112/25 113/2
114/2 114/3 114/5 114/8 119/23 122/6
122/10 122/20 122/25 123/24 125/17 125/18
127/17 129/25 131/6 131/7 131/14 131/19
132/18 135/25 136/18 136/19 136/24 137/3
137/5 137/16 140/25 142/15 142/22 146/17
147/3 151/24 152/5 153/9 156/17 157/13
157/16 157/18 161/24 161/25 162/22 170/6
171/1 172/13 174/14 175/5
background [2] 79/8 79/9
bad [2] 42/1 90/22
bag [2] 169/7 169/12
Barnala [4] 85/21 86/6 86/14 86/16
based [5] 41/25 42/1 59/2 93/18 128/18
basement [2] 19/9 19/16
basically [1] 48/1
basing [1] 93/14
basis [2] 96/11 96/12
be [139] 2/13 3/21 3/23 4/6 4/7 4/11 5/9 5/12
5/13 5/21 5/25 6/2 7/1 7/2 7/12 7/21 8/2 9/13
9/24 10/12 11/2 13/18 14/23 15/18 20/19
21/19 21/23 22/16 22/25 24/7 25/15 25/15
26/2 26/3 26/5 26/6 26/17 28/1 28/18 28/20
28/25 30/18 31/2 31/4 32/2 32/7 32/7 33/1
33/3 33/17 34/3 34/8 34/14 36/6 36/8 36/17
37/5 37/9 37/11 37/12 37/16 37/17 38/8
39/12 39/19 40/25 41/4 41/17 41/23 42/22
42/24 49/25 58/4 59/3 60/4 64/12 64/22
64/22 64/25 66/10 67/5 67/7 68/25 76/11
80/5 84/24 86/20 87/16 87/16 88/4 88/11
88/19 88/21 89/11 89/20 92/21 93/4 93/8
95/2 95/3 96/5 96/7 96/16 98/13 99/16 99/24
102/19 107/20 109/23 127/3 127/18 127/22
127/24 128/5 138/9 138/11 138/20 138/23
139/6 139/9 143/3 143/16 143/20 147/8
147/16 150/20 152/3 152/3 156/12 156/17
156/20 156/25 160/17 164/15 166/13 170/6
170/8 170/22 175/5
beautiful [1] 61/5
became [3] 9/24 11/12 70/25
because [70] 5/18 13/2 13/18 22/17 28/2 28/6
32/13 32/21 32/24 34/5 41/10 54/19 59/12
59/13 60/6 65/1 69/13 72/23 75/2 78/5 82/15
84/23 89/4 92/19 95/11 96/16 97/17 97/25
98/2 107/18 108/4 108/14 110/2 111/10

111/13 112/14 113/21 115/4 115/5 115/17
116/13 116/15 117/11 119/9 122/21 123/7
124/2 124/22 124/25 127/17 128/15 129/5
129/14 132/4 132/6 132/24 133/4 133/13
134/4 135/18 135/19 137/10 140/2 141/20
142/19 143/19 149/4 152/4 155/8 160/19
become [2] 70/22 162/19
becomes [1] 32/24
bed [1] 167/10
bedroom [1] 77/5
been [46] 3/12 3/19 7/15 9/10 10/4 17/15
17/19 20/6 20/24 21/16 21/17 21/20 22/5
23/14 26/25 27/11 31/2 31/15 31/24 32/22
34/21 37/20 38/25 44/3 47/22 48/1 50/13
53/4 88/22 94/7 94/15 94/16 96/19 112/2
113/4 121/14 134/23 135/14 135/15 169/25
170/10 173/21 173/23 175/15 176/2 176/6
before [56] 1/9 3/16 5/5 7/14 7/23 15/23 18/1
21/18 22/6 23/21 24/20 25/11 26/13 27/12
28/4 29/25 30/13 31/9 35/9 38/7 48/21 50/14
56/15 56/17 63/4 66/18 69/25 74/6 76/22
89/13 95/12 95/13 95/16 97/2 97/7 99/9
99/15 101/3 101/5 103/19 108/4 114/11
121/14 123/18 127/19 134/23 135/19 136/7
136/11 136/13 136/16 137/1 164/25 165/4
165/21 170/25
beforehand [1] 40/5
beg [1] 41/20
began [5] 12/21 22/13 26/13 38/7 41/6
begin [1] 7/14
beginning [2] 76/19 153/13
behalf [2] 14/16 32/8
behind [4] 8/17 11/5 32/11 97/5
being [29] 7/3 12/23 13/7 26/7 32/25 33/20
34/21 34/23 36/20 36/24 61/17 63/15 66/13
80/20 84/10 91/13 91/14 91/16 92/24 94/5
94/7 95/10 97/8 97/11 98/19 107/11 146/17
161/16 176/9
beings [2] 21/2 41/21
belief [2] 12/25 97/24
beliefs [3] 20/5 20/8 22/19
believe [24] 5/7 5/13 6/11 23/7 24/8 29/8
29/14 35/3 42/4 48/22 55/3 75/18 85/2 90/8
92/18 94/6 97/1 98/13 100/10 100/23 105/23
130/11 156/3 173/15
believed [1] 16/7
believes [1] 7/12
below [1] 170/20
benefits [1] 3/24
Bernala [32] 92/3 105/8 105/9 105/16 105/19
105/23 106/1 106/3 106/7 106/10 107/10
107/13 113/10 121/17 122/11 123/23 124/3
124/11 124/14 125/1 125/3 125/5 125/14
131/6 131/7 131/10 131/12 133/6 133/9
133/15 136/18 137/5
Bernala's [1] 113/11
besides [5] 108/17 110/5 130/11 151/8 158/1
best [2] 99/16 145/20
better [1] 156/12
between [24] 16/4 23/24 27/19 28/10 28/18
34/15 34/16 44/23 50/15 58/15 61/5 70/22
71/9 71/18 72/12 74/3 102/2 104/1 114/16
114/17 133/1 139/9 139/23 169/5
beyond [6] 7/6 14/19 17/12 17/17 41/8 42/10
Bhimber [7] 137/22 137/23 139/22 139/23
141/18 140/20 141/20
big [4] 31/10 45/21 133/20 147/21
bike [9] 152/15 152/20 167/14 167/23 167/25
168/1 168/5 168/23 169/23
bit [8] 7/17 7/20 61/6 65/1 105/3 124/9 151/3
168/21
bite [1] 43/1
bits [1] 34/23

# B

black [1] 169/7
blaming [2] 110/2 112/15
blood [2] 168/12 169/16
blooded [1] 13/25
bloody [1] 15/12
blown [1] 46/7
blown-up [1] 46/7
blueprints [1] 19/23
blush [1] 27/9
bodies [10] 166/1 170/18 170/23 171/12 171/14 171/17 171/18 173/24 174/1 174/2
body [18] 15/11 15/15 41/13 155/24 157/22 158/8 158/10 158/14 159/17 159/18 160/20 166/16 166/18 167/11 167/15 168/23 168/24 169/23
books [6] 124/4 124/7 125/19 125/23 126/1 126/4
born [5] 8/8 9/23 51/20 51/21 52/11
both [23] 3/12 3/14 6/16 7/10 12/2 18/24 20/20 21/24 55/22 55/25 71/15 87/14 91/9 93/14 102/4 102/19 112/24 119/22 125/5 131/5 132/14 155/4 160/9
bother [1] 149/5
bothering [1] 132/5
bottom [3] 34/17 53/20 169/16
boy [2] 106/22 159/4
break [25] 2/19 7/16 7/17 7/21 48/17 61/24 61/25 62/5 64/6 64/11 64/24 65/3 65/5 65/9 79/12 86/20 89/21 100/6 145/5 146/3 146/7 146/9 146/12 147/11 155/15
breath [2] 114/14 114/15
bright [1] 28/16
bring [17] 3/16 5/2 6/7 48/14 63/3 63/4 88/6 90/22 94/1 99/9 103/9 103/12 111/8 111/11 112/6 112/14 124/2
bringing [1] 31/1
broad [1] 13/8
Broadway [1] 1/17
Brooklyn [25] 1/5 1/14 1/22 8/8 8/9 8/15 9/10 9/15 9/20 10/9 11/4 12/18 18/2 18/21 21/24 22/12 27/14 28/14 32/19 32/22 34/4 36/13 38/13 40/11 40/16
brother [38] 10/13 12/7 13/8 14/5 21/17 23/21 24/2 28/20 31/6 38/9 39/17 47/24 51/9 51/12 54/16 57/1 57/5 57/6 60/12 69/11 69/13 69/14 71/14 72/24 75/2 78/17 102/5 102/21 102/25 103/1 110/3 110/10 111/13 115/10 122/21 122/24 127/15 129/9
brother's [4] 57/7 86/3 86/4 122/8
brothers [5] 18/16 23/13 28/13 40/12 58/5
brought [10] 13/1 13/18 17/15 28/3 28/5 41/7 41/13 42/6 88/5 119/13
bucks [1] 31/11
building [1] 154/15
buildings [3] 148/5 148/13 154/9
bullet [2] 121/20 121/25
bullets [3] 12/12 13/16 134/4
burden [1] 7/6 17/11 41/6
bus [3] 148/22 150/13 151/1
business [1] 75/3
byproducts [1] 19/21

# C

C-A-S-T-E [1] 123/3
C-H [2] 122/16 122/17
C-H-I-R-Y-W-A-L-A [1] 52/23
cab [3] 9/2 18/8 27/14
Cadman [3] 1/5 1/13 1/22
call [49] 4/13 4/15 8/12 8/25 9/3 29/11 36/19 38/11 42/15 93/20 94/4 94/6 94/10 94/13 94/14 95/25 96/18 96/21 103/1 107/14

107/17 107/23 107/25 108/1 108/3 108/14 111/23 113/1 113/25 114/1 114/3 116/12 116/22 116/22 117/10 117/18 117/21 117/25 117/25 120/20 121/12 121/14 124/17 128/15 130/15 130/17 155/25 161/4 168/16
called [24] 29/3 29/14 37/10 52/20 54/22 60/21 62/5 65/20 92/5 92/8 96/19 108/4 108/6 113/17 114/5 114/8 117/20 119/3 119/15 137/25 139/22 142/12 161/5 161/7
calling [3] 36/13 108/7 113/23 128/9
callously [1] 15/14
calls [25] 12/23 12/24 14/10 14/11 16/4 16/6 33/14 36/7 36/12 36/12 36/15 38/5 38/7 38/8 39/8 42/16 71/13 71/15 72/4 72/7 80/20 80/23 113/23 113/24 135/11
came [57] 9/17 10/11 19/15 24/4 39/21 79/23 79/24 80/8 81/16 82/3 82/7 82/10 82/16 83/1 83/18 83/24 84/2 84/3 84/6 85/8 101/6 101/17 102/7 102/9 102/13 103/24 104/12 104/17 105/19 119/12 122/22 126/8 126/9 126/14 126/20 126/23 126/25 127/2 131/6 131/19 134/10 135/6 135/13 135/25 136/18 136/19 136/22 137/5 142/24 166/18 166/22 167/2 167/12 173/16 173/17 173/20 174/12
campaign [1] 11/25
can [111] 3/4 5/2 18/7 18/11 23/8 25/3 27/7 29/15 31/7 37/17 37/23 41/25 42/4 43/13 45/18 45/22 46/1 46/11 46/16 53/5 53/18 53/23 54/11 57/17 61/7 61/24 63/2 67/21 68/17 68/22 71/21 72/23 73/16 76/11 77/13 78/10 82/14 86/1 86/10 87/5 87/14 88/19 88/20 88/21 89/3 89/5 89/8 89/21 89/25 93/1 95/22 96/14 98/3 98/4 98/18 100/2 102/1 102/19 103/11 104/16 105/18 106/8 107/16 110/24 110/25 111/5 114/11 115/9 117/9 118/12 119/10 120/3 121/16 126/2 130/7 131/4 132/9 132/22 138/18 138/19 139/7 143/24 147/16 147/20 148/17 149/14 155/15 155/16 155/24 156/5 156/15 156/11 157/20 158/4 158/22 160/4 163/2 166/15 167/11 167/20 167/20 168/17 168/20 169/2 169/13 169/19 170/17 171/11 171/14 172/18 176/5
can't [5] 41/1 49/2 107/20 148/10 155/24
cannot [4] 41/22 96/16 132/13 160/5
car [41] 12/11 86/15 92/4 94/16 106/4 107/3 107/5 107/6 113/8 114/25 115/1 115/6 118/9 119/18 119/21 120/18 121/6 121/9 121/11 121/12 121/14 121/20 121/23 122/1 122/4 122/10 122/20 122/22 122/25 124/17 130/4 130/8 131/1 135/14 135/16 135/17 135/18 135/20 135/20 135/22 141/21
card [1] 31/12
cards [1] 18/19
care [2] 19/1 82/16
carefully [2] 29/20 36/10
case [28] 5/9 7/13 13/22 13/24 17/2 17/12 20/17 20/22 21/12 21/16 21/17 24/2 24/8 25/17 26/17 27/9 28/19 29/17 31/6 34/8 37/6 37/10 37/24 78/14 87/5 87/7 96/6 175/2
cases [2] 95/12 95/13
caste [13] 67/19 67/21 67/22 67/23 68/3 68/6 68/8 123/1 123/2 123/5 123/8 123/13 123/15
catch [3] 160/13 160/14 160/18
categories [2] 67/24 69/5
cattle [10] 75/4 75/5 75/7 82/15 82/16 133/4 133/7 133/10 133/12 133/13
CAUSE [1] 1/8
caused [1] 173/12
causing [1] 78/15
CCR [1] 1/21
celebrate [1] 30/18
celebrated [1] 21/9
celebration [11] 10/10 23/16 23/19 30/3

30/14 32/3 56/11 69/3 69/7 75/25 76/3
celebrations [3] 21/6 23/25 30/10
cell [1] 94/10
ceremonies [2] 21/8 30/8
ceremony [4] 29/3 29/3 55/18 75/24
certain [10] 21/15 22/7 26/22 27/12 90/14 92/4 97/3 171/7 173/6 175/16
certainly [9] 5/17 19/2 39/8 40/19 68/18 79/14 90/3 90/20 145/6
certificates [1] 29/25
chair [2] 100/11 126/25
challenge [2] 98/18 98/22
change [3] 104/21 139/5 144/23
changed [7] 32/25 34/5 104/14 104/16 110/12 129/14 129/14
character [1] 22/19
charge [5] 61/2 61/17 61/20 66/2 67/4
charged [4] 14/2 14/3 14/8 14/13
charges [5] 29/9 31/21 41/7 42/6 42/9
charity [1] 28/6
chart [7] 45/13 46/7 50/14 63/7 63/12 63/15 102/21
chat [1] 48/18
chemistry [1] 138/25
chest [2] 130/5 130/9
child [5] 51/8 85/24 85/25 86/2 113/21
childhood [2] 8/15 9/15
children [13] 17/22 18/4 18/23 18/24 19/13 20/2 20/4 21/23 28/7 31/15 31/17 38/13 40/12
chilling [1] 16/7
Chirywala [78] 21/25 34/25 52/21 52/25 54/14 54/15 55/2 55/5 55/6 55/13 58/19 59/3 59/23 61/15 61/17 61/18 66/22 67/6 67/13 68/2 68/6 71/17 74/10 75/1 75/8 81/22 82/11 82/12 82/22 86/14 86/16 105/24 109/2 109/20 110/4 111/9 111/10 112/1 112/7 112/8 112/16 112/21 112/25 113/2 113/9 113/12 114/6 117/24 118/1 119/23 123/23 123/25 124/1 124/5 124/6 124/10 125/18 125/21 125/24 126/1 126/4 128/19 128/20 130/3 130/3 131/14 131/17 134/21 134/24 135/21 137/1 140/5 140/7 141/1 141/5 141/8 145/18 145/21
choice [2] 10/17 134/18
choose [1] 41/2
chose [1] 138/2
CHOUDHRY [24] 1/5 2/5 2/18 3/1 5/25 8/7 17/14 17/23 22/21 23/12 23/23 24/4 35/1 39/18 40/15 55/13 56/21 57/24 116/6 116/7 122/16 122/18 122/24 123/1
Choudhry's [5] 20/17 21/16 78/15 123/11 124/15
Choudhrys [3] 124/22 124/23 124/23
chronology [1] 93/8
circling [1] 148/12
Circuit [2] 96/6 176/9
circumstances [1] 25/19
citizen [2] 8/14 11/11
citizenship [1] 31/12
city [8] 8/10 9/19 18/1 27/15 31/8 33/14 51/22 52/25
civilians [1] 5/9
claim [7] 28/1 28/2 28/3 32/16 34/1 35/14 37/14
claimed [2] 37/19 93/16
claims [3] 33/19 36/10 94/11
clarification [1] 168/4
clarify [1] 68/22
clashing [1] 13/22
clear [15] 9/5 12/25 14/11 16/6 16/13 26/5 58/4 91/2 91/12 95/25 112/17 116/16 157/17 168/11 176/1

## C

clearer [1] 14/21
clearly [6] 17/2 43/1 44/24 44/25 95/11 114/24
client [16] 3/1 17/14 23/1 29/9 31/21 32/20 34/9 35/7 36/8 38/3 38/15 40/15 41/17 42/5 88/17 88/21
client's [4] 23/13 23/13 32/16 36/4
close [23] 23/15 36/14 57/16 58/18 73/19 107/24 127/12 135/3 137/15 153/20 154/3 154/5 154/19 154/20 158/10 164/22 169/20
closeness [1] 95/14
closer [1] 23/6
clothes [2] 124/2 124/4
clothing [4] 28/3 28/5 143/24 150/6
co [6] 90/17 90/18 90/18 90/20 90/24 91/17
co-conspirator [6] 90/17 90/18 90/18 90/20 90/24 91/17
cold [1] 13/24
collect [1] 151/11
collects [1] 151/12
college [3] 9/20 9/20 138/1
colleges [1] 152/5
column [1] 169/5
come [58] 9/5 9/8 13/11 17/25 18/15 19/7 27/13 29/15 33/24 34/2 38/12 38/13 39/9 39/19 39/19 39/20 39/22 40/7 40/8 40/10 40/15 42/22 43/21 74/11 76/23 82/12 83/21 84/1 85/7 92/18 92/21 92/23 95/22 96/12 96/20 97/20 97/25 100/24 101/3 102/7 109/1 109/20 111/6 117/8 117/11 123/24 127/17 127/21 129/25 131/18 134/8 137/3 140/25 141/4 142/22 146/17 173/10 173/12
comes [5] 16/23 36/22 98/7 98/17 99/15
comfort [3] 2/18 61/24 61/25
comfortable [1] 157/12
coming [17] 33/18 37/14 83/4 87/16 90/13 91/4 95/9 98/3 105/4 134/23 151/6 152/5 154/17 155/14 162/13 162/22 170/8
commit [1] 14/4
committed [3] 11/7 14/7 32/20
committing [1] 32/17
communicate [5] 10/20 70/15 70/17 70/19 70/20
communicating [5] 10/4 72/2 72/3 85/10 85/13
communications [2] 25/20 71/18
community [8] 19/2 20/18 34/17 34/25 35/6 35/7 139/18 154/14
compare [1] 27/2
comparison [2] 60/4 104/24
compel [2] 12/5 13/10
compensation [1] 3/24
complain [2] 130/25
complaints [1] 35/18
completed [1] 175/4
completely [4] 28/7 104/21 104/24 104/24
complicated [2] 15/1 27/8
complies [15] 43/24 44/8 44/11 48/16 48/19 53/25 54/12 120/3 171/20 171/23 172/2 172/5 172/7 172/10 172/12
computer [1] 1/25
computer-aided [1] 1/25
concept [1] 35/16
concerned [3] 33/20 34/11 36/15
concerning [4] 22/19 36/3 36/18 93/15
condition [1] 97/17
conduct [1] 14/2
conference [7] 67/3 76/21 77/3 101/10 102/8 102/10 126/17
conferred [2] 5/10 6/14
confident [1] 42/2

confined [2] 104/22 132/24
confirm [1] 5/20
conflicting [1] 27/24
confront [1] 37/25
confronted [1] 118/23
confused [1] 55/23
connection [5] 29/13 31/21 32/7 32/15 58/15
consequences [1] 11/21
consider [2] 36/17 59/3
consideration [1] 98/1
considered [3] 55/8 60/2 60/4
consistent [2] 22/5 30/24
consistently [1] 18/19
conspiracy [1] 91/18
conspirator [6] 90/17 90/18 90/18 90/20 90/24 91/17
conspiring [2] 14/3 15/20
constant [2] 28/10 28/10
construct [1] 65/15
construction [2] 54/23 54/25
consulate [2] 33/23 34/14
consume [1] 3/25
contact [4] 10/16 10/20 26/15 33/6
contacted [5] 3/20 38/9 38/10 95/6 96/19
contained [1] 134/1
container [1] 14/1
containers [3] 133/20 134/1 134/4 134/6
contemporaneous [2] 95/14 96/8
contend [2] 24/6 32/20
contention [1] 94/6
context [1] 91/19
continue [19] 10/10 25/5 27/4 62/1 64/23 65/8 65/23 73/11 81/19 89/3 91/4 100/4 128/13 132/8 133/10 133/24 147/8 147/13 174/19
continued [9] 10/19 10/22 11/5 27/14 62/9 70/12 87/24 146/25 147/14
continues [1] 38/24
contradiction [2] 118/21 118/23
control [1] 39/12
convenient [1] 86/20
conversation [10] 36/25 39/16 39/17 74/17 103/10 103/11 115/25 127/12 129/21 130/13
conversations [6] 12/23 22/21 25/12 25/24 36/23 38/18
copies [1] 175/16
corner [4] 14/1 53/19 54/8 155/19
correct [10] 3/13 6/17 45/2 63/10 63/10 63/13 63/16 95/5 102/21 105/2
corrected [1] 88/22
corroborates [1] 14/24
costs [1] 87/8
cot [1] 19/9
cots [4] 173/24 174/1 174/2 174/5
could [37] 5/20 22/23 22/25 34/14 42/18 44/5 44/10 48/5 51/16 75/8 84/11 84/24 93/12 95/24 108/10 108/13 120/14 139/12 139/18 145/8 152/20 157/3 161/23 163/25 165/21 166/13 168/19 170/21 171/17 171/18 171/21 171/24 172/3 172/6 172/8 172/11 172/13
couldn't [2] 34/7 175/22
counsel [19] 2/6 2/17 3/18 4/4 4/6 4/13 4/18 5/10 6/15 16/16 24/19 43/3 48/14 79/6 87/14 88/12 98/14 98/15 175/13
counsel's [1] 24/25
country [11] 17/19 18/1 18/12 39/21 51/22 51/24 52/1 52/17 54/4 122/22 133/19
couple [5] 73/16 78/21 92/5 107/11 126/4
course [21] 14/19 17/13 17/16 19/12 24/4 24/11 25/22 29/20 30/4 36/8 37/22 38/10 40/22 41/2 41/4 41/16 41/22 90/16 172/20 175/10 176/7

courses [1] 9/20
court [39] 1/6 1/21 1/21 2/1 2/7 3/1 4/3 4/4 4/14 5/14 17/2 17/8 24/25 35/18 35/19 36/22 43/7 61/21 61/25 63/1 64/5 65/25 66/24 67/1 68/5 87/15 88/1 90/10 90/25 91/12 91/25 97/4 97/8 98/14 123/18 147/1 175/23 176/3 176/7
Court's [2] 17/3 90/23
Courthouse [1] 1/4
courtroom [11] 2/20 5/10 5/22 41/23 87/13 89/14 89/16 146/13 147/2 147/6 175/8
cousin [15] 9/22 9/22 20/19 20/19 20/20 22/9 22/23 23/20 24/22 28/23 85/23 85/24 86/1 102/3 116/5
cousin's [5] 10/9 27/11 105/12 134/13 134/14
cousins [4] 21/17 22/17 23/10 66/12
cover [3] 144/1 144/9 144/15
covered [3] 144/16 144/17 144/18
CR [2] 1/3 2/4
craziness [1] 39/10
crazy [2] 102/18 123/19
created [1] 31/1
crime [4] 13/25 14/3 14/7 41/19
crimes [2] 14/3 14/21
criminal [3] 1/8 2/4 17/11
critical [1] 26/13
critically [1] 25/13
cross [2] 16/25 98/23
cross-examination [1] 16/25
cross-examine [1] 98/23
crying [3] 116/12 173/16 174/11
cultural [2] 13/23 19/22
culturally [2] 20/23 82/25
culture [15] 19/4 19/21 20/2 21/6 21/14 21/19 28/11 30/6 30/24 31/20 39/2 69/4 69/9 71/17 107/7
cultures [2] 20/14 20/15
cup [1] 99/20
current [1] 32/9
curved [2] 171/2 171/3
custody [2] 33/16 34/13
custom [1] 28/11
customer [1] 9/2
customs [2] 20/7 23/21
cut [3] 8/1 73/3 113/18

## D

dad [8] 50/15 82/7 82/12 113/2 133/2 152/25 153/11 153/18
daddy [1] 33/17
damn [1] 31/2
danger [2] 85/3 132/25
darkness [1] 34/10
date [3] 37/2 37/3 37/19
daughter [31] 8/13 8/25 9/3 9/14 10/11 14/10 16/5 17/21 22/22 23/11 31/2 31/14 34/9 36/4 37/8 37/15 38/3 38/17 39/9 40/15 117/22 119/4 127/17 127/21 127/25 128/10 128/14 128/15 128/16 129/25 134/13
daughters [3] 17/20 20/3 31/15
day [66] 7/14 7/25 13/16 15/10 15/10 18/8 33/23 35/20 40/9 55/10 73/20 83/17 93/17 105/13 106/6 106/9 106/13 106/15 107/8 109/4 109/5 113/22 119/18 119/20 119/22 120/19 121/12 122/1 122/10 123/24 124/5 124/10 125/17 125/17 125/25 126/3 126/3 126/5 126/7 132/5 133/3 133/10 135/19 138/12 138/17 138/21 139/1 139/1 139/5 139/6 139/8 143/25 150/1 150/4 150/14 150/16 150/22 150/24 151/6 151/11 151/13 151/16 152/2 165/11 167/6 174/25
daylight [1] 13/8
days [21] 9/11 12/14 13/4 16/5 18/9 30/5

# D

days... [15] 82/19 82/21 83/3 104/10
107/8 107/9 107/11 137/2 137/2 137/2 138/5
138/6 138/7 165/11
dead [7] 9/11 15/12 157/22 160/20 168/24
173/24 174/1
deadly [2] 8/22 11/22
deal [3] 88/9 89/21 146/14
dealing [1] 75/2
death [1] 12/1
deceased [1] 39/3
decide [10] 16/25 17/4 17/16 41/5 41/25 98/6
98/7 98/24 132/3 137/9
decided [4] 24/5 33/1 33/21 104/5
deciders [1] 7/13
deciding [1] 132/4
decision [2] 112/20 112/23
decisions [1] 175/4
declarant [2] 97/6 97/13
declarant's [1] 97/2
defendant [37] 1/6 1/17 7/8 8/7 8/10 8/20
8/24 9/3 9/8 9/13 9/14 10/11 10/12 10/14
11/4 11/7 11/24 12/5 12/16 12/25 13/3 13/17
14/2 14/11 14/13 14/20 15/8 15/19 15/24
16/5 88/4 88/7 89/3 90/18 98/18 128/22
147/2
defendant's [8] 12/7 12/10 13/8 13/10 13/19
15/12 16/6 159/2
defense [9] 2/17 4/18 5/10 5/13 6/14 7/10
16/16 37/6 146/21
defied [1] 8/16
defy [1] 13/19
Degree [1] 138/1
deliver [1] 16/9
delivered [1] 9/8 13/3
demand [1] 17/13
demeanor [2] 77/14 77/20
denied [4] 38/16 38/17 38/19 38/21
denies [2] 17/14 41/2
departure [3] 11/21 11/22 11/23
depending [2] 7/18 139/5
depends [4] 67/4 139/6 140/6 142/23
depict [7] 44/18 44/22 50/14 120/18 145/20
165/6 165/10
depicted [4] 50/5 52/8 166/15 170/4
depiction [1] 166/3
depicts [2] 53/8 165/25
describe [16] 53/1 53/19 58/19 67/21 73/16
77/14 104/16 107/16 114/12 115/9 132/22
143/24 160/4 160/5 166/15 167/20
described [16] 14/22 36/20 37/21 71/6 73/9
90/13 101/14 105/4 123/5 135/15 141/10
141/17 142/16 149/6 150/7 160/1
describing [7] 53/19 68/9 90/12 104/13
104/19 105/8 156/12
description [2] 65/25 86/2
deserved [1] 16/8
designed [1] 30/23
desire [4] 4/23 28/18 33/1 37/25
despite [5] 11/15 18/7 18/7 33/25 35/19
details [1] 100/20
determine [4] 17/8 17/9 93/9 98/12
determined [1] 11/12
develop [1] 15/20
developed [1] 22/7
did [272]
didn't [31] 10/1 15/3 24/7 32/5 32/13 36/18
39/5 39/6 72/3 73/4 78/25 96/3 101/2 113/18
114/2 119/2 119/4 119/8 123/24 124/3 124/8
124/17 125/11 129/10 130/19 146/16 161/4
161/12 161/13 172/18 173/15
die [2] 16/8 16/11

died [1] 113/21
difference [2] 83/15 82/16
differences [1] 13/23
different [26] 16/13 20/6 20/14 22/24 22/24
22/24 24/9 25/18 28/7 40/23 42/8 69/5 71/24
94/10 95/17 95/18 104/23 104/24 111/14
124/15 133/13 134/25 135/1 135/2 143/19
152/23
dignitaries [1] 34/16
dinnertime [1] 33/11
Diplomatic [1] 2/11
direct [5] 43/16 64/8 83/3 147/14 149/25
directed [1] 10/19
direction [1] 157/21
directions [1] 4/8
disbelieve [1] 42/4
discovered [2] 10/21 11/23
discuss [4] 70/3 109/21 112/1 175/13
discussed [3] 5/18 27/12 96/18
discussing [5] 25/25 36/23 37/1 38/8 108/5
discussion [10] 70/6 81/4 95/15 96/22 98/11
100/13 130/21 130/23 131/2 131/4
discussions [2] 32/12 34/15
dishonor [1] 19/7
disobey [1] 10/22
dispassionate [1] 41/24
dispute [2] 35/14 35/17
disputes [1] 65/18
distance [1] 25/2
DISTRICT [4] 1/1 1/1 1/10 1/13
disturbing [1] 88/18
diverse [1] 66/25
divided [1] 69/4
division [1] 67/23
do [168] 2/24 4/19 4/19 4/23 7/5 9/10 10/15
11/14 14/21 16/9 18/20 34/19 38/12 38/20
39/4 39/5 39/5 39/20 40/23 41/20 41/20 42/2
44/13 44/18 46/4 47/2 47/14 47/17 47/23
48/2 48/10 48/14 49/1 49/4 49/19 49/24
54/21 55/15 55/21 56/2 56/13 57/7 57/11
59/3 61/22 61/24 63/4 64/7 65/24 66/5 69/20
70/12 70/25 74/16 74/21 74/25 75/19 76/2
76/8 76/11 76/18 80/17 80/18 81/5 81/7 83/7
84/16 84/19 85/10 85/18 87/4 87/6 87/9 89/5
89/11 89/22 92/18 92/24 99/4 99/4 100/17
103/19 105/13 106/6 106/9 106/12 106/15
107/7 107/8 111/22 112/11 116/19 120/4
120/16 120/18 121/9 122/13 126/5 129/24
130/23 131/25 133/2 134/3 135/3 135/7
136/8 136/9 139/23 141/15 142/3 142/1
142/13 143/14 143/17 145/4 145/9 145/12
145/14 145/20 146/4 146/5 146/13 147/22
147/24 148/15 149/9 149/12 150/9 150/16
150/19 151/1 151/5 151/6 153/5 153/24
154/6 154/21 156/3 156/5 156/14 157/18
159/8 161/18 162/10 162/14 163/11 163/18
163/24 165/10 165/23 166/12 166/20 166/25
167/9 168/16 168/18 169/7 169/9 170/1
170/13 170/15 170/25 171/8 171/9 174/21
175/1 175/12 176/8
do Hamlet [1] 2/24
document [2] 14/15 45/25
documentary [1] 14/24
documents [3] 29/6 176/2 176/6
does [18] 5/24 33/15 36/19 44/21 48/24 50/14
59/23 60/19 65/12 65/17 97/24 122/6 142/16
149/6 151/11 152/23 161/13 170/6
doesn't [4] 40/4 41/11 73/22 138/19
doing [11] 11/15 36/14 89/24 89/25 135/12
137/14 152/14 159/16 162/24 163/7 174/10
domain [2] 17/4 17/4
domicile [2] 32/19 32/23
don't [59] 2/24 6/10 6/11 9/5 24/19 26/20

34/20 42/9 46/3 54/23 56/23 56/23 61/21
62/4 64/11 67/22 68/22 74/22 75/13 75/17
78/10 79/10 87/2 89/9 89/14 89/16 89/18
89/20 95/12 98/10 99/11 102/20 103/10
103/20 110/17 118/9 123/19 126/12 129/19
130/18 134/5 134/15 139/6 142/4 142/6
146/2 146/12 149/5 151/10 151/10 155/7
156/11 162/11 162/25 163/3 164/3 168/16
172/20 175/2
done [2] 34/12 138/17
door [8] 134/2 134/2 138/16 163/14 163/15
169/5 170/3 170/8
doorman [2] 138/16
dot [4] 148/4 148/5 149/14 149/18
dots [1] 149/2
doubt [6] 7/7 14/20 17/12 17/18 41/9 42/10
doubts [2] 27/9 42/15
down [13] 9/7 13/8 13/16 18/19 46/4 61/6
62/4 62/6 128/11 128/11 146/11 157/4
168/24
downs [1] 35/5
dowry [1] 30/19
drain [5] 158/8 158/9 158/10 158/11 158/12
drawing [1] 165/23
dress [1] 20/6
drew [1] 165/25
drive [3] 105/24 140/18 141/16
driven [1] 13/7
driver [8] 8/11 18/8 27/14 142/16 142/20
151/8 151/9 151/11
drivers [3] 142/17 143/17 143/20
driving [5] 8/11 19/8 19/14 37/8 153/3
drove [2] 136/4 143/18
Dubai [6] 51/21 51/24 54/20 68/19 73/15
75/2
due [2] 3/21 98/14
duration [1] 114/1
during [42] 5/14 8/25 10/19 12/22 14/10
14/19 17/15 22/20 24/3 24/11 25/22 26/10
29/20 37/22 38/8 40/22 48/17 56/10 62/5
65/3 65/4 69/23 70/19 74/9 83/9 83/21 84/17
85/7 87/10 93/21 100/5 105/3 114/1 125/14
130/12 133/3 133/10 133/15 134/8 135/22
146/12 147/11
duties [1] 19/14
duty [1] 4/11
dying [3] 15/15 40/11 40/13

# E

each [22] 7/11 7/14 7/25 9/6 10/4 14/20
17/14 26/1 26/10 26/13 42/6 71/15 72/3
73/19 73/21 84/12 118/18 120/14 128/9
142/19 154/4 154/5
eager [1] 65/24
earlier [12] 7/17 8/14 9/13 23/23 33/8 35/10
37/3 63/21 123/5 139/12 150/6 167/18
earliest [1] 138/20
early [4] 4/2 11/17 15/25 139/12
earth [1] 50/8
East [5] 1/5 1/13 1/22 52/1 60/3
EASTERN [2] 1/1 1/13
effect [1] 5/12
effort [1] 19/15
efforts [1] 7/22
eight [1] 25/23
either [5] 4/13 5/21 87/17 95/10 146/19
elder [1] 102/18
elders [2] 34/16 35/5
elected [2] 60/22 66/8
else [21] 9/8 13/4 22/25 23/8 34/22 37/15
38/15 84/1 84/7 97/21 99/7 103/19 108/17
110/7 126/18 129/2 129/4 130/12 146/19
157/23 176/11

# E

email [2]  9/18 10/3
embassy [5]  11/18 33/6 33/16 33/23 34/13
embellished [1]  17/6
embroiled [2]  35/13 35/17
Emirates [9]  51/25 52/1 54/5 54/9 74/11 74/14 74/22 74/24 75/12
emotional [1]  97/17
emotionally [1]  113/22
employer [2]  3/22 4/10
employment [1]  3/23
empty [2]  151/5 152/3
encompasses [1]  148/13
encourage [1]  87/14
end [9]  24/5 24/10 27/10 36/24 41/10 42/3 124/11 130/15 150/13
endeavoring [1]  49/19
ended [2]  10/10 130/17
ends [1]  35/11
engage [2]  20/12 28/13
engaged [1]  20/23
English [9]  156/7 156/9 156/17 156/25 157/2 157/12 157/14 157/18 159/22
enough [3]  9/25 36/15 79/13
entered [3]  2/20 88/7 170/11
enters [4]  6/23 99/22 147/2 147/6
entire [5]  9/7 13/1 19/16 21/19 54/15
entitled [4]  36/9 41/22 42/10 176/3
escaped [1]  37/17
especially [1]  176/9
ESQ [4]  1/14 1/15 1/15 1/17
essentially [1]  28/3
established [1]  17/17
Europe [1]  60/3
even [6]  14/16 16/22 35/15 36/13 37/18 175/2
evening [9]  97/23 98/4 103/24 104/2 109/1 113/16 118/11 175/6 175/11
event [6]  28/9 30/12 30/19 92/5 96/5 97/19
events [7]  14/22 14/25 30/4 37/11 38/1 96/17 97/3
eventually [11]  28/22 28/22 80/15 81/2 103/17 111/18 114/3 119/17 130/15 131/23 173/10
ever [2]  133/1 143/20
every [14]  9/6 13/25 17/15 18/20 39/15 39/24 55/10 73/20 83/17 132/5 138/12 138/17 143/25 151/11
everybody [1]  36/22
everyone [9]  5/24 8/2 33/20 35/2 35/3 61/7 64/14 94/15 94/16
everyone's [1]  28/19
everything [11]  25/14 25/16 29/16 29/21 33/25 37/17 40/10 40/23 94/9 127/18 127/22
evidence [41]  7/11 7/12 14/24 16/19 16/23 16/23 18/3 18/6 18/8 18/13 21/4 22/11 23/3 24/8 26/5 30/16 33/3 36/11 36/12 36/17 36/25 37/20 41/4 41/25 42/4 42/14 46/1 63/11 63/16 93/11 147/16 165/20 166/11 170/11 173/1 174/4 175/4 175/18 176/2 176/6 176/10
exact [1]  142/21
exactly [6]  31/14 54/24 92/12 92/14 151/3 160/8
exaggerated [1]  17/6
examination [7]  16/25 43/16 62/2 64/23 146/3 147/9 147/14
examine [2]  29/19 98/23
Examines [9]  47/4 47/15 47/19 47/24 48/3 120/15 121/7 121/24 122/5
example [6]  24/1 66/25 114/14 128/10 128/13 128/14

# F

face [4]  144/2 144/16 144/17 167/3
Facebook [2]  9/18 10/4
faces [1]  161/23
facing [1]  132/15
fact [10]  16/20 23/18 31/10 38/19 40/3 41/24 84/20 90/19 92/3 98/17
facts [5]  7/13 16/25 17/3 17/9 98/7
failed [1]  12/4
fair [17]  36/9 36/9 41/3 41/5 50/18 52/8 54/4 54/7 79/13 165/6 166/3 168/22 169/4 169/22 170/3 170/7 170/21
fairly [4]  44/18 44/22 165/10 176/1
faith [1]  29/5
faithful [1]  8/25
false [1]  14/17
falsity [1]  98/24
familial [7]  44/22 66/11 67/15 67/17 102/1 115/18 134/14
familially [1]  58/16
familiar [4]  5/18 67/19 141/24 142/7
families [5]  20/22 30/10 34/16 58/15 73/19
family [194]
family's [9]  8/22 15/22 22/19 36/1 94/12 121/20 121/23 122/1 122/4

# E

exams [1]  137/19
except [3]  17/21 54/16 144/16
exception [3]  92/20 96/11 97/24
exceptions [4]  92/15 92/23 92/25 97/12
exchanged [1]  30/19
excited [6]  92/10 92/19 96/7 96/16 97/16 98/2
excluding [1]  81/10
excuse [2]  22/4 23/10
excused [3]  3/21 4/6 4/7
exhibit [49]  44/3 44/21 45/20 46/13 46/16 47/2 47/14 47/17 47/22 48/1 49/12 50/2 50/4 50/13 52/9 53/4 53/12 53/16 63/7 63/11 102/22 119/25 120/23 121/3 121/5 121/22 122/3 145/9 145/12 145/14 147/17 147/18 148/25 149/9 165/2 166/7 166/11 166/14 166/15 170/1 170/4 170/25 171/1 171/5 171/11 172/16 173/1 173/2 174/4
Exhibit 2 [2]  63/3 63/11
exhibits [4]  145/3 146/4 165/19 175/16
existing [1]  97/17
exists [1]  17/11
exits [3]  62/3 146/10 175/8
expand [2]  79/8 79/8
expect [8]  19/4 19/11 19/23 24/3 27/24 29/6 37/5 40/18
expectation [3]  22/1 28/19 31/14
expected [2]  20/19 98/22
expecting [1]  96/20
experience [1]  155/8
experiences [1]  28/14
expert [1]  19/24 20/21
experts [1]  19/4
explain [11]  4/3 16/7 41/11 45/17 59/13 79/4 102/1 134/5 155/24 157/20 163/2
explained [5]  22/16 22/21 23/5 25/13 90/25
explanation [1]  28/4
explicit [1]  32/12
explore [1]  23/8
expressing [1]  25/17
extend [1]  41/14
extended [15]  18/5 18/16 19/1 20/11 20/18 20/25 21/18 22/13 26/21 27/18 31/6 31/23 35/2 36/2 39/12
extent [2]  25/20 87/14
eye [2]  37/6
eyes [2]  144/16 144/20

# F

familiarly [1]  58/16
famous [1]  115/19
far [7]  27/7 58/17 67/12 86/14 135/3 135/5 153/12
fare [2]  151/11 151/12
farm [7]  75/4 75/5 75/7 82/15 133/4 133/7 133/10
father [149]  8/16 9/11 9/21 10/8 10/18 11/24 12/9 12/11 12/16 12/21 14/9 13/2 13/13 13/14 15/2 15/4 17/20 18/25 22/12 22/14 22/16 22/21 23/18 24/5 27/13 32/6 33/17 34/3 34/9 47/4 47/7 47/9 47/11 54/16 54/18 54/21 56/20 57/23 58/4 68/19 72/15 72/15 74/10 74/11 74/13 74/18 74/21 74/24 74/25 75/2 75/3 75/11 77/11 77/15 80/11 80/24 81/10 81/15 82/2 84/8 84/10 84/16 85/14 86/12 92/5 92/7 93/19 101/12 101/14 102/4 102/17 103/1 105/5 105/22 106/18 106/22 106/25 107/13 107/16 107/22 107/23 107/25 108/7 108/8 108/10 108/15 108/17 108/20 108/22 108/25 109/19 110/12 111/14 111/18 111/23 111/25 112/6 112/14 112/15 112/24 113/17 114/1 114/3 114/8 114/9 114/11 114/21 115/4 115/8 115/11 115/14 116/1 116/10 119/6 120/20 121/12 121/15 122/21 124/17 126/15 127/11 127/12 129/1 129/5 129/15 129/19 129/22 130/12 132/5 132/8 132/14 133/6 133/10 135/24 136/2 136/17 137/10 137/15 152/13 155/8 159/6 162/7 162/8 165/7 166/1 167/5 171/12 173/20 174/5
father's [20]  9/9 10/22 13/20 77/14 106/2 114/12 118/9 124/17 126/25 155/23 157/22 160/20 166/16 166/18 166/20 166/22 167/3 167/14 168/23 169/23
Fatima [3]  23/11 23/14 23/20
fault [2]  90/9 90/9
Fax [1]  1/23
February [9]  8/10 13/5 35/12 37/2 37/11 37/19 132/2 150/1 150/16
February 25th [5]  13/5 35/12 37/2 37/11 37/19
federal [9]  24/13 25/14 25/24 26/6 26/8 27/4 38/6 39/7 40/5
FEDERICK [1]  1/17
feel [3]  72/18 77/24 157/11
feeling [1]  42/1
feelings [2]  41/22 42/1
feet [4]  39/7 144/8 144/9 158/16
fell [2]  162/17 162/19
fellow [10]  22/3 22/4 22/14 23/2 24/17 26/16 27/23 28/23 33/12 39/17
few [17]  4/2 28/2 31/9 31/11 66/3 82/21 95/4 95/25 108/18 111/5 113/17 129/21 129/24 140/2 141/7 159/24 161/12
fields [2]  152/16 152/17
figure [2]  29/4 29/25
figured [1]  63/23
figures [1]  30/13
filed [1]  29/14
filing [2]  11/8 14/14
finally [6]  10/25 13/3 96/20 122/3 169/19 172/8
financial [1]  75/11
find [9]  16/13 16/14 42/5 76/15 130/1 135/21 164/5 164/7 164/14
finders [1]  41/24
finding [1]  133/1
finds [1]  15/1
fine [12]  4/25 20/1 63/18 65/7 86/24 94/15 94/16 95/5 98/9 109/10 113/22 155/16
finger [1]  148/12
finish [3]  96/15 123/17 145/5
finishes [1]  26/1

**F**

fire [1] 134/3
firearms [1] 35/22
fired [1] 161/16
firing [3] 161/17 161/18 161/21
firings [1] 36/6
firm [1] 7/23
first [51] 3/18 4/17 12/14 14/3 20/19 27/9 27/16 27/16 27/22 42/15 43/10 46/22 48/4 48/8 55/15 55/17 57/3 57/8 58/10 66/12 68/10 69/16 69/23 70/1 70/25 71/4 72/12 72/18 77/9 77/13 79/18 90/8 94/13 95/25 98/6 101/3 109/5 110/12 114/12 114/24 124/10 124/16 129/20 135/9 154/1 154/7 154/10 166/22 167/12 172/4 173/15
fit [1] 143/2
five [30] 7/24 7/25 8/1 8/2 8/2 13/14 17/20 18/23 50/18 61/12 67/3 79/11 82/19 86/8 89/19 89/19 89/23 89/24 105/21 111/7 125/22 130/1 130/5 130/10 138/16 139/25 140/24 140/24 143/16 151/3
fix [1] 146/17
flat [1] 171/2
fled [2] 9/12 11/18
fleeing [1] 8/16
fleshed [1] 91/19
flip [2] 44/6 170/6
floor [6] 1/17 107/21 135/9 135/9 135/10 155/24
floors [1] 135/8
flows [1] 29/17
fly [1] 30/17
focus [2] 60/10 79/7
focusing [1] 126/3
folks [4] 17/8 18/19 28/15 42/12
follow [3] 16/21 17/7 41/15
followed [3] 9/17 96/21 165/11
following [6] 4/8 32/2 38/1 83/3 124/5 143/11
follows [1] 159/22
followup [1] 26/18
fondness [1] 22/8
foolishly [1] 11/1
football [1] 87/5
forbid [1] 41/19
force [1] 49/25
forces [1] 28/17
forcing [1] 12/2
forehead [1] 77/16
foreign [1] 21/10
forged [1] 14/18
forget [1] 34/19
form [13] 29/14 58/20 59/5 59/25 61/20 66/15 68/4 71/20 83/11 122/16 122/17 128/6 157/18
formally [2] 66/13 87/6
format [1] 84/25
formerly [1] 87/5
forth [8] 23/24 35/23 55/10 97/12 136/20 136/24 157/14 170/7
forward [1] 42/22
Foster [1] 34/4
found [15] 76/20 76/22 77/9 77/13 77/24 78/17 79/1 90/12 100/17 101/3 101/6 101/8 119/12 166/1 166/17
foundation [3] 90/9 92/7 92/22
four [16] 9/10 13/4 17/20 20/3 54/16 57/6 61/12 82/19 82/19 125/22 143/15 159/20 159/23 159/23 159/25 162/22
fourth [1] 51/6
frame [2] 167/10 167/10
fraud [7] 11/8 14/13 29/12 31/21 32/17
fraudulent [1] 29/12
Fred [1] 2/25
free [1] 157/11
frequently [1] 70/17
fresh [1] 99/20
friend [5] 41/18 69/9 69/11 69/13 73/3
friends [10] 30/10 35/2 69/10 72/25 73/5 73/19 113/23 133/13 136/17 142/5
front [10] 8/24 45/24 45/24 49/21 108/16 120/14 134/1 165/23 168/12 171/2
full [6] 2/23 30/9 32/1 151/5 151/6 151/7
functional [1] 19/12
funds [1] 65/14
funeral [15] 85/16 86/7 105/7 105/9 105/11 105/12 105/14 105/16 105/20 107/18 107/20 109/5 121/18 122/11 165/8
funerals [1] 107/7
furniture [1] 30/20
further [14] 4/6 4/7 4/14 4/22 4/24 10/16 10/22 26/12 35/25 38/11 98/4 130/3 130/19 163/2
furtherance [1] 91/17
furthermore [1] 95/6
future [3] 78/16 91/2 137/13

**G**

G-A-N-D-Y [1] 2/9
gain [1] 31/12
game [1] 87/5
GANDY [2] 1/15 2/9
gather [1] 21/7 88/9
gathering [1] 164/13
gave [6] 7/4 10/25 32/15 103/2 103/5 111/5
general [3] 141/15 172/3 172/8
generally [4] 71/18 73/17 143/1 148/11
generations [1] 58/15
genesis [1] 90/20
gentlemen [10] 6/25 13/21 16/18 45/25 64/21 86/25 99/23 147/7 156/13 174/25
gestae [1] 92/11
get [19] 23/6 27/22 28/23 31/8 33/9 34/17 37/1 40/2 40/7 55/25 65/14 105/2 105/7 106/1 110/3 110/5 111/18 112/16 113/9 117/8 119/9 124/4 124/7 125/18 125/23 125/25 126/4 129/2 130/3 132/18 135/22 136/12 136/19 136/24 138/12 138/14 139/15 139/18 140/1 140/2 140/5 140/9 140/18 141/4 141/22 151/15 151/16 165/1 172/13
gets [5] 5/5 5/5 29/5 33/18 141/15
getting [14] 22/14 23/6 23/15 27/8 34/18 35/11 55/21 57/3 79/1 125/17 141/1 141/1 142/15 176/8
girl [6] 55/24 78/5 78/13 103/9 103/11 111/6
girl's [1] 70/9
girls [2] 74/2 152/5
give [14] 28/6 41/16 66/18 71/21 86/1 87/15 89/23 103/3 156/25 157/1 157/2 171/4 176/6 176/10
given [5] 35/20 36/20 41/16 90/23 138/21
gives [1] 28/22
go [92] 7/19 9/6 9/7 23/16 24/5 26/9 29/17 31/8 31/9 33/23 34/3 34/7 40/4 40/6 40/9 43/15 49/24 50/1 51/12 58/17 64/24 66/19 67/1 67/11 68/17 73/14 81/20 85/1 87/3 90/24 93/5 93/19 93/25 99/13 100/2 100/9 100/12 100/16 100/20 104/5 104/20 106/7 107/10 108/5 109/17 112/1 112/8 112/24 113/2 114/6 118/12 123/19 123/20 124/20 125/8 125/23 127/16 130/24 131/13 132/12 133/6 133/10 135/23 137/3 137/16 138/19 142/17 142/21 143/10 144/22 144/24 148/8 149/2 149/3 150/4 150/10 151/22 151/24
gone [3] 4/12 31/5 35/3
good [15] 2/12 2/13 2/22 3/12 16/18 20/1 42/24 43/18 43/19 89/13 89/17 99/12 146/9 146/16 175/6
got [23] 23/20 27/12 75/19 77/15 88/14 106/3 106/23 107/3 110/7 110/11 111/25 119/11 129/4 129/7 140/17 140/20 151/1 151/23 155/20 155/23 159/4 160/19 161/15
gotten [1] 75/14
government [88] 1/12 5/13 5/17 6/1 7/8 12/24 14/15 16/19 17/10 17/17 18/6 21/13 22/6 23/12 24/6 25/10 25/15 26/1 26/10 26/13 26/22 27/1 29/8 29/21 31/21 32/5 32/20 34/1 37/10 40/24 41/6 41/13 42/15 42/16 44/9 44/21 45/3 46/15 47/2 47/3 47/17 47/22 48/1 49/11 49/11 50/4 50/13 52/9 53/4 53/11 53/11 65/15 65/19 96/23 96/25 97/7 102/22 120/22 120/22 121/5 121/22 122/3 138/1 145/9 145/12 145/14 145/23 147/17 148/25 149/9 165/1 165/13 165/19 166/6 166/6 166/11 166/15 169/25 170/25 171/1 171/5 171/11 171/15 172/15 173/1 174/4 175/15 176/12
government's [9] 5/7 5/11 44/3 63/6 63/11 94/6 98/16 119/25 176/1
gown [2] 144/1 144/5 144/7
grain [2] 133/22 137/6
grandchildren [4] 17/24 18/4 20/4 31/17
grandfather [1] 17/23
grandparents [1] 18/17
great [6] 18/1 78/15 78/15 78/22 89/19 107/19
greatly [1] 34/11
green [1] 31/12
grew [2] 28/11 28/12
groom [2] 56/5 69/10
groom's [1] 69/9
grooms [1] 69/12
ground [3] 135/9 157/22 170/18
grounds [1] 96/23
group [6] 19/4 35/13 35/22 114/25 118/8 131/1
grow [1] 52/3
growing [1] 52/5
grown [2] 27/16 38/14
guess [2] 87/17 137/1
guilty [3] 14/20 32/16 42/6
Gujrat [2] 139/22 139/24
gun [7] 15/15 134/3 160/8 162/25 163/3 163/4 163/5
gunfire [8] 12/11 153/22 153/24 153/24 155/1 155/6 155/8 155/14
gunfires [4] 153/21 154/23 155/10 155/20
gunned [1] 13/8
guns [14] 15/13 35/22 35/24 36/7 36/7

152/23 155/9 157/4 157/16 157/17 157/19 162/11 162/13 163/13 164/6 164/8 167/4 170/21 171/1
God [2] 34/10 41/19
Godot [1] 99/11
goes [2] 25/3 49/18
going [81] 5/12 7/5 7/9 7/17 7/21 16/14 16/16 17/12 25/19 26/25 27/3 28/1 28/6 28/8 31/13 32/2 33/16 34/17 39/10 39/14 39/24 40/1 40/2 40/2 40/5 41/9 42/25 44/6 46/20 48/6 58/1 61/23 64/23 66/9 66/24 67/1 78/7 78/21 87/14 87/16 89/9 89/20 90/10 91/1 92/10 94/25 95/3 95/23 96/12 96/13 98/11 99/6 99/19 99/25 105/3 112/7 119/24 121/22 122/3 124/9 135/20 143/21 148/25 156/14 156/15 156/20 157/13 157/14 157/15 157/15 157/17 157/18 164/24 166/12 171/4 171/4 171/5 171/6 171/7 174/24

**G**

guns ... [9] 159/18 159/19 159/21 159/24
159/25 160/4 160/6 161/19 163/25
gutter [3] 15/15 158/12 167/17
guy [4] 28/19 70/7 70/10 102/18
guys [1] 137/13

**H**

H-E-C-T-O-R [1] 2/9
had [105] 3/19 3/22 4/9 8/15 8/17 8/18 9/8
9/10 9/12 9/18 9/22 10/4 10/10 10/11 10/15
10/17 13/1 13/9 13/17 13/18 20/3 20/8 20/24
21/15 21/17 21/20 22/4 22/7 23/1 23/14
23/21 26/5 26/10 26/15 26/22 26/25 27/11
27/16 27/17 31/2 31/5 31/14 32/1 32/18 33/4
34/10 38/14 39/4 42/13 54/19 56/17 59/15
75/11 75/14 75/21 76/15 76/20 76/22 77/10
77/13 77/16 77/20 77/25 78/18 79/2 79/18
82/15 85/22 90/12 91/10 91/19 92/9 93/16
94/5 94/16 95/15 100/17 101/4 101/8
110/12 112/2 114/5 114/6 118/24 119/3
121/14 121/14 133/25 134/23 135/13 135/25
138/11 143/3 144/13 144/17 144/24 155/8
159/19 159/20 159/23 159/25 164/18 173/20
173/21 173/23
hail [2] 12/10 13/16
half [10] 7/15 64/10 64/12 89/20 140/19
146/6 148/22 151/25 153/13 173/9
half-hour [1] 7/15
half-hour-ish [1] 146/6
halfway [2] 151/6 153/13
hall [1] 31/8
Hamlet [1] 2/24
hand [8] 54/8 77/21 148/6 148/20 149/1
156/19 160/7 162/15
hands [6] 15/13 101/15 111/8 159/21 160/7
160/9
Hang [1] 61/6
happen [7] 34/12 36/20 39/24 89/2 90/22
126/7 149/10
happened [27] 11/3 37/11 37/12 37/16 77/17
79/24 81/21 92/9 102/16 102/25 115/3
115/16 115/18 116/10 116/17 117/12 117/20
118/6 118/14 119/11 123/24 125/25 127/10
133/12 136/11 155/7 162/21
happening [8] 35/10 79/3 79/21 89/10
113/15 118/10 153/19 162/14
happy [5] 31/16 36/3 83/20 97/22 174/19
hard [4] 149/4 164/4 164/7 164/14
hardship [2] 3/22 4/5
harkens [1] 91/9
harming [1] 36/16
has [36] 6/15 8/9 17/17 17/19 18/16 24/6
24/9 32/22 34/22 35/3 38/21 39/11 40/25
41/6 41/16 57/5 58/5 61/1 65/14 65/24 87/13
87/18 88/22 107/20 114/15 140/3 141/19
141/21 141/22 142/19 143/15 146/13 148/4
148/5 169/16 175/12
have [148] 2/17 3/3 3/12 3/16 3/18 4/1 4/12
4/17 4/19 4/19 4/21 4/23 5/2 5/8 5/15 5/17
5/19 5/20 7/9 7/18 8/4 8/23 9/1 10/16 15/4
17/22 17/25 20/6 21/7 21/10 21/23 24/20
26/3 26/15 30/9 31/17 31/24 32/13 34/12
36/5 38/2 38/25 41/22 42/5 42/13 43/3 43/13
44/13 44/24 45/21 45/23 46/2 46/3 48/17
48/24 50/18 56/25 57/4 57/9 58/7 59/23 62/2
63/2 63/4 65/1 65/12 65/17 66/9 66/23 72/1
75/2 78/10 78/14 78/23 79/11 81/4 86/15
87/18 88/5 88/9 89/11 90/25 91/4 91/15
91/25 93/1 94/7 95/6 95/12 95/12 96/18
96/19 98/20 98/21 98/23 99/3 100/2 107/20
108/5 113/4 116/2 118/15 118/21 119/17

119/20 120/10 121/20 122/24 123/17 128/8
130/21 130/22 132/7 133/20 135/8 137/15
138/9 139/6 139/25 140/1 141/15 142/17
144/18 146/5 146/13 147/3 149/2 149/5
150/20 152/23 155/25 156/3 156/5 156/7
156/14 156/15 157/19 165/4 168/15 168/15
171/9 172/18 174/22 175/6 175/12 175/15
176/2 176/6
having [10] 2/18 4/9 36/24 87/17 91/19 98/10
119/15 135/15 159/21 161/6
he [216]
he's [17] 2/18 14/3 14/8 18/8 35/17 40/19
42/10 47/4 89/24 89/25 106/18 110/3 116/6
134/13 134/14 134/16 142/5
head [7] 77/21 99/8 101/15 144/13 146/15
166/20 166/22
heading [1] 86/22
headset [2] 88/16 88/21
headsets [1] 88/18
hear [70] 4/5 4/17 14/25 15/6 15/14 16/4
16/7 16/9 16/12 16/16 18/6 18/14 19/3 19/6
19/24 20/20 21/4 21/12 24/3 24/8 24/25 25/1
25/2 25/3 27/10 27/24 29/23 32/12 33/25
35/6 35/9 36/13 36/16 36/23 39/1 39/8 39/16
39/23 40/18 40/18 40/20 61/7 71/4 76/23
84/11 89/14 89/16 89/17 96/13 98/11 103/7
108/10 108/13 108/20 110/21 111/2 116/22
127/12 129/19 154/17 157/2 160/10
160/12 161/15 161/15 163/25 164/2 164/12
175/22
heard [36] 37/3 66/9 72/18 80/5 84/10 89/13
91/6 91/11 91/15 93/4 94/5 94/7 96/4 98/23
100/24 109/23 153/21 153/25 154/7 154/10
154/21 154/22 154/23 155/1 155/5 155/10
155/19 157/21 161/3 164/8 172/4 173/6
173/13 173/14 173/15 173/16
hearing [4] 4/16 34/22 37/5 175/24
hearsay [8] 80/1 91/15 92/16 92/20 92/24
93/1 96/11 97/13
HECTOR [11] 1/14 2/8 4/19 91/6 100/4
120/10 123/17 147/19 156/15 156/24 168/16
held [4] 33/1 34/15 34/21 66/5
hello [1] 114/2
help [7] 8/18 11/9 11/14 11/15 11/17 11/18
43/13
helped [3] 13/19 110/3 137/3
helpful [2] 87/16 97/23
helping [2] 110/3 112/16
her [200]
here [57] 2/4 3/2 5/20 5/25 6/2 6/24 7/3 8/9
8/15 11/5 17/2 17/19 18/2 18/13 18/15 19/2
19/14 21/13 22/12 27/14 28/8 28/14 28/17
29/11 29/15 29/21 31/2 31/13 32/8 33/18
35/15 36/10 40/11 41/21 42/3 50/23 64/25
88/8 88/13 94/22 102/22 122/6 122/13
135/21 140/2 149/18 156/4 160/13 160/14
164/4 164/13 167/22 167/23 167/23 168/10
168/21 169/7
heritage [1] 19/23
hers [1] 33/1
herself [5] 15/1 23/15 28/12 32/6 32/18
Hey [1] 31/8
hiccups [1] 21/1
hid [1] 173/4
hiding [5] 11/20 12/19 111/14 164/19 167/3
high [1] 9/19
higher [1] 93/22
highest [3] 17/11 41/8 41/12
him [50] 9/24 11/14 12/17 16/7 16/9 16/12
17/15 18/1 19/10 23/4 26/11 26/18 26/25
29/1 31/25 38/6 33/24 38/24 39/17 40/14
42/6 42/7 42/7 42/10 57/8 58/1 66/14 70/11
73/3 73/4 77/17 92/9 107/24 108/16 111/8

115/6 115/7 115/17 116/13 117/23 118/8
119/3 119/9 127/24 128/4 130/2 135/11
161/4 161/5 161/13
himself [1] 37/6
his [120] 8/9 8/11 8/12 8/22 8/23 8/25 9/2 9/3
9/3 9/4 9/14 10/11 10/13 12/1 12/6 12/17
12/25 13/2 13/3 13/10 13/11 14/2 14/5 14/9
14/10 14/12 15/4 15/18 15/20 15/21 15/24
16/5 16/8 16/21 17/21 17/24 18/4 18/4 18/4
18/5 18/10 18/10 18/15 18/20 18/22 18/23
18/24 19/13 19/13 19/13 19/18 19/18 19/19
20/2 20/3 20/3 20/4 20/10 20/11 20/11 20/25
21/3 22/18 22/19 22/22 23/4 30/21 31/2
31/15 31/15 34/9 35/7 35/12 35/21 35/21
37/8 38/3 38/17 38/21 39/9 39/12 39/17
40/15 42/8 47/4 54/19 54/24 57/8 65/25
69/10 73/3 73/4 75/3 77/16 77/20 77/20
77/21 86/3 92/8 101/15 101/15 114/25 115/8
115/11 115/25 118/8 122/24 129/21 131/1
133/4 133/5 133/13 135/1 141/21 141/21
142/4 142/14 142/16 142/19 142/20
history [3] 19/21 30/24 31/5
hit [1] 10/21
hobgoblin [1] 64/2
hold [3] 17/10 26/20 41/15
holding [9] 108/15 113/16 113/20 113/24
160/6 160/6 160/8 162/15 163/25
holds [2] 142/3 142/11
holes [5] 121/8 121/11 121/14 121/20 121/25
home [116] 9/8 9/9 9/16 12/3 12/5 13/4 13/11
16/10 18/3 18/12 18/15 18/20 18/21 19/7
19/9 19/15 21/24 27/13 27/15 27/16 30/21
32/19 33/5 33/16 33/18 33/24 34/4 34/7
37/24 37/24 38/9 38/10 38/12 38/13 38/9
39/19 39/19 39/20 39/24 40/7 40/8 40/10
40/15 69/6 69/6 69/8 69/11 71/2 71/2 76/21
77/7 78/17 78/21 79/23 79/24 81/8 81/9
81/15 81/24 82/22 82/25 84/2 84/4 84/6
84/17 84/21 85/7 86/9 100/17 101/9 101/10
104/22 104/22 105/4 107/4 107/6 108/5
110/2 111/13 125/13 125/24 125/25 126/7
126/8 127/18 127/21 128/16 128/19 128/24
130/1 131/15 131/17 131/23 132/3 132/15
132/16 132/18 132/24 132/25 135/8 136/3
137/14 141/2 141/4 141/5 148/23 149/24
150/24 151/6 151/24 152/7 153/14 153/20
172/9 172/11 173/4
honest [3] 17/7 25/15 34/24
honor [49] 2/10 4/21 4/25 5/7 6/11 6/14 6/20
8/6 8/22 13/10 15/22 42/16 46/6 46/12 49/17
59/17 63/5 64/5 64/17 71/11 74/19 76/13
78/8 80/5 86/18 90/3 90/7 91/10 93/7 93/9
95/24 96/14 96/24 97/10 97/22 99/14 99/17
100/10 100/14 120/1 146/20 156/4 157/3
174/19 175/14 175/20 175/22 175/25 175/25
HONORABLE [3] 1/9 2/2 88/2
honored [1] 21/7
hope [2] 29/19 34/19
hopefully [3] 49/16 87/18 147/20
hopped [1] 162/16
hosted [1] 69/14
hotel [1] 33/22
hour [14] 7/15 64/10 64/12 86/15 89/20
94/12 113/3 113/11 140/19 146/6 148/22
151/25 153/13 173/9
hours [19] 15/23 19/8 92/5 94/5 94/8 94/8
94/12 94/20 94/21 95/4 95/12 105/23 111/6
114/7 118/15 118/18 118/20 125/22 126/4
house [51] 12/18 38/13 40/10 75/7 76/5
76/23 77/3 77/4 80/13 80/25 83/21 90/14
94/12 100/24 103/21 130/17 135/7 140/9
140/12 148/7 148/9 148/11 149/7 149/10
149/16 149/21 150/9 159/9 159/10 159/11

## H

house... [21] 159/17 162/18 163/14 163/16
163/22 164/18 164/20 164/21 167/2 170/15
170/15 170/22 171/2 171/21 171/24 171/25
172/1 172/9 173/8 174/14 174/16
household [1] 30/21
how [81] 15/14 15/19 18/13 20/6 21/2 24/4
24/16 34/12 34/12 34/14 37/9 37/17 37/17
44/18 47/11 50/11 51/17 52/25 55/1 58/19
59/14 61/13 64/7 66/5 67/2 69/16 69/20
70/19 72/18 77/24 80/25 82/17 86/14 86/16
99/6 103/21 104/14 106/1 106/3 108/3
108/15 110/11 110/16 110/19 113/1 114/5
115/12 115/14 124/11 125/1 125/21 129/4
129/13 132/7 134/5 135/22 136/1 136/7
136/11 136/19 136/24 138/5 139/7 139/15
139/23 140/9 140/12 140/17 140/23 141/7
141/15 143/2 144/7 146/4 153/12 153/25
158/17 165/10 166/3 173/8 174/21
How's [1] 146/8
however [4] 22/20 28/17 28/24 29/16
huge [3] 21/6 83/14 83/14
Huh [1] 110/18
hum [2] 100/22 136/14
human [3] 21/2 21/2 41/21
humiliated [1] 8/20
hundred [1] 31/11
hundreds [1] 21/6
hung [2] 38/18 119/2
hurt [1] 134/5
husband [13] 8/17 8/19 11/6 11/9 11/13
13/13 14/16 22/5 22/15 30/20 32/4 32/6
169/13

## I

I hopped [1] 162/16
I'd [15] 43/20 46/15 53/3 60/10 68/9 83/3
93/11 100/20 141/7 145/2 149/25 164/23
169/25 170/10 170/25
I'll [13] 44/5 44/7 45/17 49/24 66/3 71/22
74/20 81/19 86/18 89/11 91/10 93/24 172/16
I'm [115] 5/18 7/5 7/23 16/14 17/12 36/25
40/1 40/19 41/9 42/2 42/25 42/25 44/2 44/5
44/6 45/10 45/12 46/20 47/2 47/13 47/17
48/6 49/3 50/4 50/13 50/23 51/17 54/6 55/23
56/15 56/16 58/1 58/2 61/8 61/12 69/17
69/22 78/6 78/21 80/17 87/13 87/18 88/25
89/6 91/11 91/19 93/5 93/14 95/23 96/11
99/2 99/6 109/7 109/9 109/19 113/10 114/24
116/17 117/9 117/22 119/4 119/24 120/9
120/13 121/8 121/17 121/22 122/3 122/17
124/9 125/1 127/13 130/7 131/3 132/20
133/8 133/9 139/3 139/7 145/9 148/12
148/25 154/24 155/24 156/11 156/18 157/18
158/21 159/21 160/2 161/1 163/2 163/9
164/6 164/23 166/12 167/8 167/17 168/3
168/5 169/7 170/19 171/4 171/14 171/5 171/6
171/7 171/16 173/25 174/4 174/19 175/20
175/24 175/24 176/8
I've [6] 6/8 6/14 7/15 89/13 94/9 174/21
I-130 [1] 29/14
idea [2] 66/9 118/15
identification [4] 44/3 119/25 145/3 165/2
identified [1] 119/3
identify [3] 97/5 119/8 168/17
II [2] 1/9 88/3
immediate [2] 76/3 86/6
immediately [3] 11/19 33/21 130/18
immigrant [2] 19/2 29/10
immigrants [3] 12/23 17/25 18/14
immigrate [1] 11/10
immigration [7] 11/8 11/8 14/15 29/15 29/24

32/11 32/17
impaneled [1] 3/20
impanelled [1] 3/20
impending [1] 12/21
importance [1] 36/11
important [8] 21/12 24/24 24/25 25/1 25/13
35/15 35/15 35/16
importantly [1] 22/20
impress [1] 18/7
impression [5] 95/11 95/20 95/21 96/16
97/15
incident [8] 118/10 122/1 123/22 123/24
124/23 136/7 136/11 136/18
include [1] 61/17
included [1] 61/14
includes [2] 61/11 61/13
including [4] 14/4 14/17 16/2 33/7
income [1] 18/9
indeed [9] 16/22 17/1 21/18 27/13 27/21
31/15 38/3 39/24 40/1
independently [2] 36/4 98/1
indicate [1] 46/8
indicated [2] 25/16 169/16
indicating [15] 148/2 148/18 149/15 167/13
167/24 168/10 168/21 169/3 169/14 169/21
170/20 171/13 171/15 171/19 175/24
indicative [1] 96/2
indisputably [1] 37/7
individual [3] 19/5 90/13 141/13
individuals [1] 92/4
inferior [2] 67/25 67/25
influenced [1] 19/22
information [3] 14/17 45/13 97/7
informed [3] 4/9 12/20 94/15
infrequently [2] 70/17 70/18
initial [1] 94/4
injure [1] 14/9
innocent [1] 41/17
inquired [2] 110/13 129/5
inquiry [4] 4/14 4/22 4/24 6/4
inside [2] 163/20 173/8
instance [2] 48/8 53/19
instead [6] 10/2 66/24 66/25 72/6 102/20
133/18
instructed [1] 4/1
instructs [1] 17/8
intended [2] 13/2 16/8
intent [1] 34/2
interaction [1] 74/3
interested [4] 10/2 22/22 139/7 176/8
interestingly [1] 22/9
interests [1] 24/14
interfamily [1] 66/23
interpret [1] 156/16
interpretation [1] 168/3
interpreter [12] 2/15 3/9 3/11 89/2 155/25
156/1 156/3 156/6 156/9 156/14 156/16
156/22 157/11
interpreters [4] 1/19 3/3 3/14 88/16
interrupt [3] 24/19 62/1 87/17
intervening [1] 27/18
interviewed [1] 26/8
introduced [2] 117/21 175/18
investigators [2] 25/14 26/14
invited [6] 55/19 68/25 75/24 76/3 76/9
76/10
invites [1] 69/10
invocation [1] 97/3
involuntary [1] 28/15
involve [1] 92/24
involved [9] 38/16 38/20 38/25 39/12 78/24
97/6 112/16 112/18 132/6
involvement [3] 38/19 38/22 41/2
involving [1] 123/22

Irfan [2] 142/7 142/8
is [414]
ish [1] 146/6
issue [37] 3/16 3/18 4/14 4/21 5/8 20/25 31/4
32/9 70/22 71/1 71/4 71/9 71/13 72/8 72/12
72/19 73/11 80/6 88/15 88/20 88/22 88/23
88/24 88/25 91/10 91/24 92/1 95/17 95/18
108/5 109/21 109/22 109/24 110/1 132/5
133/1 175/14
issued [2] 30/1 35/19
issues [18] 3/18 4/10 4/17 4/20 5/4 25/11
63/4 66/23 66/24 66/25 88/5 88/9 88/14 90/1
90/7 98/21 146/14 175/13
it [255]
it's [96] 5/11 20/13 21/9 23/3 24/24 24/25
25/1 25/23 26/20 29/14 31/10 35/15 35/15
37/20 41/1 41/1 41/23 42/20 43/1 45/2 45/18
46/9 48/22 48/25 49/15 51/1 51/25 52/8
52/17 53/15 53/19 54/23 54/24 58/1 58/3
60/7 61/5 65/24 66/7 68/1 68/6 72/4 72/5
77/5 77/5 86/15 86/15 86/18 89/13 89/17
89/19 89/19 89/20 91/12 94/2 95/10 95/11
95/14 96/12 97/11 97/23 97/24 98/1 98/7
110/17 117/14 122/7 122/16 122/16 122/17
128/14 135/5 137/22 138/1 140/19 140/24
142/14 143/12 144/1 146/16 146/17 147/21
148/22 148/25 149/4 149/17 153/12 164/4
164/7 164/13 166/10 166/16 167/1 167/10
169/12 172/24
item [1] 147/16
its [1] 42/15
itself [2] 32/8 45/13

## J

Jackson [10] 5/5 6/7 43/22 48/13 99/19
120/2 147/15 156/20 171/8 172/14
jail [2] 9/6 9/7
January [10] 11/17 12/6 76/19 85/19 105/15
106/11 109/5 109/11 109/12 109/13
January 26th [1] 12/6
Javed [74] 66/9 66/11 67/14 67/15 79/23
79/24 80/8 80/12 80/15 80/17 80/18 80/21
80/23 80/25 81/2 83/25 84/9 90/13 90/15
90/17 90/19 90/21 101/17 101/20 101/23
102/2 102/3 102/7 102/9 102/24 103/2 103/3
103/5 103/5 103/7 103/14 103/17 103/19
103/21 103/23 103/24 108/6 108/7 108/20
108/22 108/25 109/19 110/5 111/20 116/22
117/16 117/18 117/20 117/25 118/3 118/5
118/23 119/3 119/11 119/12 119/15 126/8
126/9 126/14 126/20 127/2 127/9 127/13
130/12 130/17 130/21 161/4 161/7 161/9
Javed's [2] 102/4 116/5
jeep [5] 86/17 106/2 106/3 113/9 135/14
jewelry [2] 30/19 30/23
jittery [1] 92/8
job [4] 54/19 65/25 136/20 136/24
join [1] 5/2
joined [1] 13/9
joy [1] 17/24
judge [21] 1/10 6/24 16/20 17/1 25/6 33/13
41/8 41/10 41/15 42/25 81/17 88/15 89/6
91/10 93/7 94/2 99/12 120/25 124/18 141/18
146/1
judges [2] 17/2 17/3
June [2] 1/6 176/17
juror [10] 3/22 3/23 3/24 4/1 4/6 4/9 4/13
4/22 4/24 5/2
jurors [5] 3/20 4/2 6/24 16/25 100/10
jury [79] 1/8 2/1 3/17 3/19 3/20 3/21 4/1 4/2
4/8 4/11 4/16 5/5 5/14 6/8 6/23 7/1 7/25
16/20 24/24 45/15 45/17 45/18 45/20 45/22
45/25 46/11 46/13 46/16 48/15 49/16 50/2

Case 1:13-cr-00150-WFK   Document 33   Filed 07/22/14   Page 188 of 199 PageID #: 792

## J

jury... [48]  5/14 53/16 62/3 63/1 63/3 63/4
64/3 64/20 64/22 86/25 87/12 87/13 88/1
88/6 88/12 89/18 91/15 97/2 97/7 98/6 98/24
99/9 99/15 99/22 99/24 102/1 104/13 109/15
121/2 121/3 143/24 146/10 146/13 147/1
147/6 147/8 147/17 147/18 165/18 166/13
166/14 172/25 173/2 174/25 175/3 175/8
175/12 176/3
jury's [1]  96/12
just [134]  5/18 5/20 7/5 9/13 10/8 12/9 13/17
14/22 16/19 35/1 37/11 37/15 37/24 39/3
39/4 39/18 39/19 40/7 40/20 41/1 42/13
43/22 44/5 44/5 44/10 44/13 45/18 45/18
46/6 48/5 48/7 51/18 54/7 54/22 55/8 55/23
57/8 58/4 59/13 59/13 62/4 61/8 63/11 64/12
64/25 66/9 66/17 66/24 67/4 77/5 77/6 79/5
86/18 89/7 89/9 89/11 89/20 89/23 91/5 92/9
93/12 93/25 95/24 96/1 96/3 96/12 96/15
99/13 102/20 104/23 105/2 109/15 110/18
111/8 111/14 114/2 114/15 115/5 116/15
117/3 117/4 117/12 117/14 118/19 118/21
118/24 119/4 119/13 119/25 124/6 130/2
132/5 132/13 132/15 132/25 134/2 134/3
137/13 137/14 138/4 138/11 138/24 140/1
140/6 141/7 141/10 141/17 142/16 142/23
142/24 144/20 145/8 148/11 149/1 149/5
152/16 152/18 153/6 153/20 154/19 154/19
155/15 155/15 155/16 164/8 164/24 165/21
168/11 170/6 171/1 172/18 174/20 175/4
175/22

## K

K-O-T-R-U [1]  3/10
K-O-U-S-A-R [1]  46/23
Kashmir [1]  55/9
keep [6]  18/19 39/5 57/17 61/8 78/7 89/18
keeps [1]  39/22
kept [1]  39/24
kicking [1]  159/18
kidnapped [2]  28/15 34/21
kids [4]  20/4 128/8 128/9 128/9
kill [28]  9/6 12/17 12/17 13/2 13/4 14/5 14/9
15/21 16/15 37/25 39/6 39/22 39/23 39/25
39/25 40/2 40/9 111/7 111/8 116/23 117/24
118/1 130/1 130/2 160/13 160/15 160/18
162/11
killed [8]  8/23 13/15 13/17 15/5 16/3 35/11
37/13 40/2
killing [2]  36/16 40/14
kind [11]  54/21 66/25 67/23 73/19 107/19
115/18 117/12 143/24 149/17 150/6 160/5
knew [14]  9/21 14/16 21/19 21/25 22/3 22/4
22/6 31/18 34/6 39/9 39/13 84/23 132/7
135/18
know [94]  34/13 34/20 38/24 39/3 39/23
39/25 39/25 40/4 42/14 49/1 49/4 54/21
54/22 54/23 56/2 56/17 56/24 57/7 57/7
57/8 57/11 58/10 58/23 58/24 59/16 63/23
64/1 65/15 66/5 67/12 67/22 69/20 69/24
70/12 71/22 72/3 73/3 74/16 74/21 75/13
75/19 76/2 76/8 76/11 78/20 78/25 82/12
84/16 84/19 84/25 85/10 87/15 88/18 89/9
91/3 93/12 96/9 98/10 107/25 108/3 109/15
110/11 112/11 113/8 117/7 118/10 119/9
129/4 129/13 134/5 135/3 136/1 139/23
142/3 142/4 142/6 142/11 142/13 143/17
151/10 153/25 155/7 159/8 161/18 162/25
163/3 163/16 164/3 164/17 166/25 167/9
170/15 171/14 171/18
knowing [1]  28/24
knowledge [7]  32/2 56/15 72/1 75/10 78/23
121/15 145/20
known [3]  87/6 87/6
knows [3]  5/24 34/10 82/14
Kotla [14]  82/3 82/4 82/7 82/18 82/21 83/4
83/18 85/8 104/5 104/12 125/9 125/13
131/22 135/25
Kotru [2]  1/19 3/10
Kousar [1]  46/19
KUNTZ [6]  1/9 2/2 41/10 41/15 42/25 88/2

## L

ladies [10]  6/25 13/21 16/18 45/25 64/21
86/25 99/23 147/7 156/13 174/25
Lahore [2]  33/14 33/22
laid [1]  15/15
land [6]  35/14 35/14 35/16 35/20 35/21
35/22
landmarks [2]  154/6 154/9
language [8]  9/4 20/7 110/17 156/7 156/16
157/5 157/6 162/6
large [1]  144/1
larger [3]  45/4 63/12 63/15
last [20]  3/19 7/4 7/15 7/24 8/10 11/17 16/20
25/1 26/15 43/11 44/21 46/23 47/5 47/21
47/25 48/4 49/9 118/15 118/18 130/7
lasted [1]  113/25
late [3]  7/24 19/15 23/10
later [22]  9/11 13/5 29/14 30/2 30/9 30/9
37/1 40/18 94/5 94/8 94/13 94/20 94/22 98/4
129/20 135/24 151/3 151/4 154/1 167/2
167/2 167/4
latest [1]  138/23
latter [1]  23/19
lavender [3]  170/15 171/2 174/16
law [10]  16/21 17/7 19/14 19/19 41/8 41/15
96/6 116/6 143/12 176/1
lawful [1]  32/19
lawfully [1]  29/15
lawsuit [1]  35/14
lawyer's [1]  17/4
lawyers [5]  7/15 8/1 16/22 46/3 100/1
lay [2]  92/7 92/22
laying [2]  90/9 168/24
leader [2]  141/23 142/1
leading [2]  15/9 16/5
learn [46]  10/1 12/14 12/19 15/23 17/23
18/22 19/9 19/17 19/20 20/13 20/24 21/15
22/9 22/20 23/22 24/11 24/15 25/9 25/11
25/16 25/22 26/7 26/12 26/17 27/20 28/9
29/1 29/13 30/2 30/5 30/7 30/12 31/18 31/23
32/1 32/4 32/18 33/14 33/19 34/8 34/15
34/25 35/18 38/15 75/14 75/16
learned [6]  34/9 72/12 73/11 74/17 79/18
98/15
learns [1]  32/24
least [4]  25/1 68/6 90/5 130/25
leave [26]  8/18 10/12 11/13 33/4 33/5 34/12
80/15 81/2 81/12 81/14 81/22 91/10 93/19
103/17 111/9 111/10 113/2 130/2 130/17
132/13 138/20 139/2 139/4 139/10 139/12
150/12
leaving [5]  4/21 8/16 11/5 78/24 107/2
left [41]  15/5 19/1 27/1 33/21 39/21 53/20
54/8 76/16 76/20 76/22 77/13 77/25
78/18 78/21 79/2 79/19 81/8 81/9 81/23
87/13 90/12 92/3 100/17 101/4 101/8 103/19
103/23 104/7 106/6 106/9 107/10 110/2
113/14 114/6 130/18 130/21 146/13 148/20
150/9 175/12
left-hand [2]  54/8 148/20
legal [3]  32/19 32/23 143/6
legally [1]  143/3
length [1]  7/18
less [4]  17/13 82/19 146/8 173/9
let [26]  3/18 4/17 9/4 66/17 81/81/19 93/12
94/19 94/21 98/3 103/23 123/17 148/5
162/11 168/11 169/15 170/6
let's [8]  50/1 69/5 76/12 93/25 105/7 162/12
168/17 171/1
letter [2]  97/23 99/3
letters [2]  122/13 122/15
lie [1]  24/15
lied [5]  24/11 24/12 24/16 25/10 25/18
lies [4]  25/25 27/3 33/7 33/8
life [16]  9/17 12/15 15/1 17/24 21/2 21/11
26/3 35/24 36/1 40/24 68/24 83/9 111/7
132/18 132/22 132/25
light [4]  28/8 113/6 116/21 117/10
lights [2]  117/6 117/7
like [108]  2/17 4/13 17/25 18/14 18/17 23/25
28/1 42/7 42/7 43/12 43/20 46/15 49/21 53/3
54/16 54/22 54/23 56/15 60/10 61/12 64/19
65/25 66/23 67/3 68/9 69/4 69/9 69/21 72/22
73/20 73/20 74/5 79/4 81/1 82/19 83/3 83/9
83/19 84/14 86/15 90/24 92/1 93/11 96/5
100/16 100/20 103/22 104/23 107/18 108/16
110/17 110/18 113/25 114/12 114/14 114/14
114/18 115/21 127/18 127/18 128/9 128/9
129/20 130/18 130/20 131/4 132/23 133/19
135/8 138/4 138/11 138/18 138/22 138/24
139/6 139/25 140/14 141/7 142/4 143/2
143/11 143/15 143/16 144/24 145/2 145/21
149/6 149/25 151/3 152/4 153/12 153/20
154/1 154/9 154/19 154/20 156/6 156/8
158/13 158/18 162/6 162/25 164/9 164/23
166/5 169/25 170/10 170/25
likely [1]  90/9
likes [3]  138/17 140/24
limine [2]  6/9 90/17
limit [1]  71/22
LISA [1]  1/21
Listen [1]  41/3
listening [1]  88/21
litigation [1]  94/1
little [20]  7/17 7/20 7/24 23/12 40/12 45/23
54/2 57/6 61/6 86/2 105/3 124/9 125/6
137/18 147/21 149/14 151/3 153/24 168/21
170/22
live [16]  26/3 31/16 31/16 52/5 73/12 93/20
128/19 134/8 134/10 134/21 134/23 135/1
135/6 135/13 136/19 136/22
lived [7]  8/9 9/23 10/17 14/22 20/5 22/10
128/23
lives [11]  12/13 15/10 18/1 18/13 18/25 20/3
20/8 31/16 40/12 159/9 159/10
living [21]  10/5 10/24 11/5 21/24 22/12 32/21
55/12 59/2 67/6 68/1 69/24 71/2 72/13 74/25
78/17 128/15 128/18 132/13 134/23 135/9
135/10
local [1]  139/16
location [1]  172/6
locked [3]  163/19 163/21 163/21
lonely [1]  132/15
long [20]  30/24 33/1 80/25 82/17 103/21
113/1 114/5 124/11 125/1 125/21 132/7
140/12 140/17 140/23 143/15 144/5 144/7
144/11 160/5 173/8
long-held [1]  33/1
longer [8]  7/20 51/4 64/7 65/1 83/1 124/3
130/19 138/18
look [16]  18/12 23/8 44/2 44/6 44/10 44/19
44/24 45/22 45/24 46/1 70/10 108/7 120/14
145/8 149/6 164/24
looked [3]  21/10 120/19 162/22
looking [3]  44/25 121/5 149/19
looks [1]  145/21

**L**

Lord [1] 1/9/21
LORETTA [1] 1/12
lot [8] 29/18 29/22 39/11 107/19 135/19
 153/24 154/1 161/1
loud [1] 84/15
louder [1] 61/7
loudly [1] 116/13
lower [2] 54/8 168/12
loyal [2] 13/9 15/12
lunch [8] 7/16 7/20 48/17 64/6 64/25 79/12
 86/21 107/21
luncheon [3] 87/1 87/10 87/23
lure [1] 12/8
lying [2] 15/12 25/24
LYNCH [1] 1/12

**M**

M-A-D-E-E-H-A [1] 49/9
M-A-G-U-I-R-E [1] 2/11
M-I-S-H-R-A [1] 3/8
M-U-H-A-M-M-A-D [1] 47/5
ma'am [11] 42/24 49/1 53/5 62/4 65/2 100/5
 120/4 147/10 156/9 156/18 157/6
MacGyver [1] 46/5
machine [1] 54/23
madam [1] 87/9
made [33] 12/25 16/21 22/7 22/25 29/12 32/8
 33/7 33/19 35/23 35/25 59/9 72/8 75/4 80/20
 80/23 81/21 90/15 90/19 93/21 94/10 96/17
 98/2 98/12 98/19 103/1 112/20 116/16 129/1
 129/21 137/9 149/2 149/18 155/9
Madeeha [44] 13/14 49/7 50/6 50/7 50/11
 51/3 77/12 80/11 81/11 86/13 101/12 105/21
 108/18 116/20 116/24 117/3 117/4 117/6
 117/7 117/14 117/16 119/22 125/3 125/5
 125/8 125/13 131/5 131/18 131/20 131/21
 131/23 135/24 136/8 136/8 136/8 136/12
 136/19 136/24 152/13 160/21 160/23 160/25
 161/5 173/21
Madeeha's [3] 15/11 15/14 159/17
main [2] 107/4 107/5
major [1] 155/7
make [19] 6/4 6/4 9/4 13/21 14/11 33/12
 33/13 36/20 38/11 40/23 91/1 95/24 112/17
 149/14 157/17 164/8 168/11 171/6 175/3
makes [3] 39/18 29/21 37/23
making [6] 3/20 71/14 72/4 72/7 135/11
 137/13
man [10] 8/18 8/19 10/2 10/3 19/6 19/6 22/8
 35/11 41/7 84/8
managed [1] 12/13
Manju [2] 1/20 156/21
many [18] 9/17 18/14 20/14 23/23 30/2 34/6
 36/2 36/4 40/17 61/13 66/5 67/2 69/20 138/5
 139/7 139/23 143/2 153/25
map [9] 53/8 53/18 53/21 147/24 148/13
 148/20 149/4 149/10 165/25
maps [1] 145/17 145/18
March [3] 29/1 29/2 30/1
March 2002 [1] 29/1
March 2012 [1] 30/1
MARGARET [2] 1/15 2/9
marital [1] 33/5
mark [1] 172/16
marked [8] 44/3 47/13 47/22 48/1 50/13 53/4
 169/25 170/10
market [1] 32/14
marriage [12] 9/22 11/4 13/22 24/1 29/9
 29/24 30/13 55/18 55/19 70/4 70/7 73/23
marriages [8] 20/13 20/16 21/5 30/8 69/4
 73/21 73/22 74/1

married [27] 9/24 11/10 17/21 21/19 21/23
 22/14 22/7 23/16 23/20 26/3 27/22 28/23
 29/5 29/5 31/8 31/10 32/25 55/21 55/25 56/2
 57/3 70/1 73/8 75/14 75/19 106/23 159/4
marry [14] 8/17 10/1 10/14 11/1 15/3 20/19
 22/25 23/2 27/22 27/22 28/23 29/1 56/4
 70/11
marrying [1] 22/22
Mason [2] 46/5 100/1
match [1] 63/12
materials [1] 93/19
matter [13] 2/4 27/7 32/10 36/15 91/16 92/17
 92/19 92/25 95/22 96/10 97/1 97/9 97/12
matters [1] 25/21
Matthew [1] 2/10
mattresses [1] 19/10
may [42] 2/13 3/18 5/15 5/19 5/21 7/16 7/19
 16/16 20/6 20/14 24/21 24/23 26/17 31/24
 39/12 42/7 42/7 42/7 42/8 45/15 46/3 49/15
 49/25 53/15 53/24 62/4 62/5 80/5 83/13 93/4
 93/7 94/7 97/10 99/3 121/1 143/8 146/11
 147/3 165/17 172/24 176/8 176/10
maybe [8] 56/15 69/22 89/25 109/9 119/10
 134/3 135/20 161/6
Mazhar [10] 67/14 67/15 67/17 115/24 116/1
 116/2 116/4 118/16 118/17 118/20
Mazhar's [1] 81/15
McGuire [1] 87/9
me [57] 3/18 4/9 4/13 4/15 4/17 6/15 8/1 9/4
 22/4 23/10 26/20 38/23 39/4 39/4 39/5 39/22
 39/23 39/25 39/25 51/1 66/17 66/18 69/19
 70/10 70/11 72/4 72/6 76/4 79/4 89/18 89/23
 94/19 94/21 95/4 95/13 103/23 108/7 115/4
 116/15 116/17 116/20 118/17 118/22 119/10
 119/10 119/12 119/13 131/19 140/16 149/5
 160/19 161/24 162/12 162/23 164/25 168/11
 170/6
mean [15] 24/19 41/11 57/1 59/15 59/23
 60/19 73/22 76/4 89/8 111/12 111/16 130/19
 134/22 161/3 161/13
meaning [3] 94/8 95/2 95/14
means [10] 8/2 41/11 45/18 67/3 67/24 69/1
 78/15 102/3 107/3 115/20
meantime [2] 108/6 115/17
mechanical [1] 1/24
media [4] 175/16 176/3 176/7 176/10
mediation [1] 35/4
meet [7] 17/22 55/13 55/17 84/9 105/4
 150/13 150/17
meeting [10] 25/9 25/10 25/10 26/6 26/13
 38/7 79/17 80/8 112/21 113/14
meetings [7] 25/12 25/23 26/11 27/1 35/4
 84/16 84/20
meets [1] 93/10
melting [1] 13/23
member [5] 18/20 31/24 39/15 41/18 142/14
members [29] 10/18 12/6 12/10 13/9 14/6
 14/12 15/13 16/3 35/6 35/7 36/14 44/16
 44/19 44/23 52/13 56/18 59/20 59/24 67/7
 68/25 73/25 77/7 79/18 84/3 84/9 86/8
 105/21 136/4 152/10
men [3] 21/14 71/19 168/1
mental [1] 97/17
mentality [1] 63/18
mention [3] 32/5 33/7 161/4
mentioned [8] 27/5 57/2 100/23 101/17
 101/20 101/23 113/11 115/18
mentions [1] 22/14
message [1] 16/13
met [7] 55/15 56/17 57/3 68/10 69/16 69/23
 70/1
metal [1] 167/8
method [1] 88/16

mic [1] 61/10
microphone [8] 2/5 25/3 43/1 57/16 89/7
 90/4 120/11 156/23
microphones [1] 88/11
mid [3] 8/1 132/2 153/15
mid-sentence [1] 8/1
middle [7] 52/1 60/2 148/8 167/8 168/12
 169/16 174/8
midnight [3] 81/13 82/1 104/7
midpoint [2] 153/16 153/16
midst [1] 87/4
might [3] 20/19 92/23 96/5
millions [3] 17/25 20/9 20/9
mind [4] 28/18 32/25 43/22 150/2
minded [1] 36/9
mine [1] 98/25
minute [5] 41/9 61/25 89/12 146/7 146/9
minutes [22] 4/2 5/20 61/23 62/7 75/9 79/11
 81/1 89/19 89/19 89/23 89/24 103/22 130/20
 130/20 140/14 140/24 140/24 146/23 151/4
 155/15 155/16 174/23
mishmash [1] 157/19
Mishra [3] 1/19 2/14 3/6
Miss [1] 53/18
missing [3] 63/8 100/11 125/15
mistake [1] 13/21
mistaken [2] 17/5 17/6
mistakenly [1] 63/8
misunderstanding [2] 72/5 72/23
misuse [1] 14/13
mixed [1] 72/22
modest [2] 18/2 18/9
MOHAMMAD [12] 1/5 3/1 8/7 13/13 17/14
 39/18 40/14 47/7 51/10 56/21 57/23 86/12
mom [39] 50/15 55/1 74/17 81/23 82/4 82/17
 83/4 86/12 104/4 108/18 112/24 113/2 114/6
 115/5 115/6 116/3 116/6 116/16 126/19 130/14
 132/14 140/16 141/6 141/6 150/13 150/17
 150/20 151/2 151/18 151/20 151/22 152/7
 152/21 153/18 155/4 155/11 157/21 164/17
 164/20 173/18
mom's [1] 86/3
moment [2] 9/1 66/18
money [2] 18/15 30/17
month [3] 26/21 73/20 75/17
months [5] 15/8 25/23 30/2 32/9 35/10
mood [1] 77/14
moral [1] 28/10
more [23] 8/8 17/19 19/3 22/13 23/6 27/7
 27/18 28/13 32/9 35/16 47/12 60/4 79/11
 83/1 86/2 91/2 140/7 143/12 146/4 146/8
 157/12 165/21 174/21
Moreover [1] 25/11
morning [17] 2/12 2/13 2/22 3/12 4/14 16/1
 16/18 19/8 42/24 43/18 43/19 88/15 123/25
 124/1 138/10 140/10 150/10
mosque [2] 154/14 154/15
most [3] 21/10 90/9 132/23
mostly [2] 140/16 152/4
mother [36] 12/8 12/11 15/6 18/22 18/24
 24/21 24/23 37/12 37/15 46/3 46/17 54/17
 56/22 71/3 77/11 80/11 81/11 86/12 93/19
 101/12 102/4 105/22 115/12 115/14 155/23
 160/19 162/12 162/15 162/17 162/17 162/19
 164/16 164/18 164/21 173/16 173/19
mother's [4] 86/4 167/1 173/13 173/14
motion [2] 6/8 90/16
motorbike [12] 37/4 135/25 136/1 136/5
 137/4 152/20 152/23 153/1 153/3 153/12
 153/19 167/5
motorcycle [5] 13/7 37/4 37/9 37/14 135/25
mouth [1] 144/18
move [7] 46/7 48/6 52/13 52/16 52/18 54/15

# M

move... [1] 74/13
moved [12] 9/14 52/17 54/14 54/17 55/2 55/4
74/16 74/21 74/24 75/3 173/21 173/23
moves [8] 45/3 49/11 53/11 120/22 145/23
165/13 166/6 172/15
moving [4] 158/14 158/15 158/16 158/17
MPA [1] 142/12
Mr [8] 2/20 2/22 6/7 63/9 147/15 156/20
171/8 172/13
Mr. [11] 2/18 5/5 25/18 77/23 20/17 22/21
35/21 43/22 48/13 99/19 120/2
Mr. Asghar [1] 35/21
Mr. Choudhry [4] 2/18 5/25 17/23 22/21
Mr. Choudhry's [1] 20/17
Mr. Jackson [5] 5/5 43/22 48/13 99/19 120/2
Ms [40] 4/19 44/2 44/6 44/13 46/15 47/2
48/10 48/24 50/4 51/20 54/13 65/9 75/10
76/15 79/17 85/2 85/15 91/6 100/4 100/16
119/17 120/9 120/10 120/13 121/5 123/17
145/8 147/19 156/15 156/24 157/11 157/20
164/23 165/21 166/12 168/16 168/19 171/4
171/9 173/3
Ms. [5] 43/18 47/7 51/12 147/20 149/25
Ms. Asghar [5] 43/18 47/7 51/12 147/20
149/25
much [17] 5/1 7/3 8/15 19/3 20/4 20/24 21/10
26/2 30/12 42/12 63/23 64/7 87/21 96/3
146/4 174/21 175/6
Muhammad [1] 47/5
multiple [6] 58/14 58/14 107/8 107/9 142/17
142/19
murder [6] 13/25 14/4 14/12 15/11 137/1
165/8
murdered [5] 47/9 47/11 50/9 50/11 165/7
murders [3] 15/9 15/23 16/6
must [5] 17/7 38/24 41/23 117/8 117/11
my [207]
myself [10] 55/20 81/11 86/13 105/22 117/21
119/22 125/5 131/5 155/4 155/23

# N

N-A-S-E-E-M [1] 58/10
N-A-Y-A-B [1] 47/21
N-A-Z-A-M [1] 60/18
N-I-K-A-H [1] 29/3
name [47] 2/6 2/23 2/25 3/6 11/9 23/11 39/17
43/2 43/4 43/8 43/10 43/11 46/18 46/22
46/23 47/4 47/5 47/20 47/21 47/25 48/4 48/4
49/8 49/9 55/22 55/23 56/5 56/23 56/24 57/7
57/8 58/9 58/10 60/15 86/10 119/4 119/8
119/10 122/8 122/25 141/24 143/22 156/19
156/21 158/4 161/4 168/16
named [8] 8/18 10/3 55/13 58/5 70/7 90/13
101/17 142/7
names [5] 3/4 57/11 87/15 97/3 143/17
narrow [2] 13/16 163/12
Naseem [1] 58/10
Nassem [2] 71/5 71/6
nation [1] 13/23
native [2] 9/4 156/7
nature [4] 21/2 24/17 25/19 33/8
Nayab [14] 47/21 50/22 77/11 81/11 86/13
101/13 105/22 125/3 125/5 125/6 125/15
131/18 131/19 137/18
Nazam [13] 60/18 60/19 60/20 60/21 61/1
61/2 102/14 102/18 102/20 126/25 127/2
127/3 127/9
Nazim [10] 65/10 65/12 65/14 65/17 66/1
66/6 66/8 66/10 66/13 66/14
near [6] 118/9 154/6 154/9 154/13 168/25
nearby [1] 33/13

nearly [1] 10/24
necessarily [2] 91/12 92/24
necessary [1] 93/9
neck [1] 144/9
need [7] 5/5 6/4 8/2 96/7 109/21 112/24
124/4
needed [3] 124/2 135/23 136/4
needs [2] 79/8 168/3
negatively [2] 99/8 146/15
neighboring [1] 61/12
neighbors [2] 30/10 83/17
nephew [1] 86/3
never [9] 7/8 26/24 26/25 27/5 63/23 64/1
89/13 89/17 100/1
new [20] 1/1 1/13 1/14 1/18 1/18 1/22 8/10
8/12 9/19 11/6 11/9 14/16 19/14 29/11 30/21
32/8 50/12 86/23 129/13 149/2
news [3] 175/15 176/3 176/7
next [33] 3/25 33/23 40/4 44/6 62/9 66/10
73/16 79/2 79/21 87/24 102/25 113/15
115/16 116/11 119/22 121/22 123/25 124/1
129/7 130/5 130/9 131/13 135/20 142/23
142/24 146/25 153/19 162/5 162/14 163/24
170/21 171/14 171/17
nice [1] 9/1
nicknames [2] 51/12 51/14
night [29] 9/2 15/25 16/1 18/8 19/15 33/11
33/21 34/10 40/9 76/22 79/1 79/3 79/22 81/2
81/4 81/5 81/7 81/8 81/24 81/24 82/5 90/12
100/16 100/18 100/20 100/24 104/4 104/8
124/8
Nikah [1] 29/3
nine [7] 9/16 27/17 32/9 55/3 103/25 103/25
138/11
Nisar [16] 106/16 106/17 106/22 106/25
107/2 158/5 158/19 158/22 159/6 160/1
167/21 168/6 168/20 168/22 168/25 169/20
no [92] 4/21 4/21 4/25 5/13 5/21 6/11 10/15
10/16 10/17 13/21 24/24 26/16 28/3 34/18
34/23 34/23 34/24 37/15 39/11 40/2 47/8
51/4 53/14 55/6 65/6 66/9 70/2 72/17 73/13
75/13 76/1 76/7 77/1 78/19 78/25 79/5 80/3
80/3 80/7 80/19 82/16 83/18 83/20 85/9
91/14 97/4 97/22 100/7 100/8 101/2 109/10
109/12 110/17 112/10 118/14 118/15 118/17
120/25 121/21 124/8 129/10 132/6 132/16
132/19 132/21 133/11 133/17 134/25 135/9
135/16 138/13 140/6 141/6 143/19 143/23
146/20 146/22 147/12 151/21 152/22 157/4
157/4 157/13 161/14 161/24 163/17 165/16
166/9 166/24 168/14 172/23 176/13
noise [3] 96/1 96/2 96/4
noises [3] 93/21 93/21 94/5
none [5] 5/12 111/8 132/4 132/7 146/1
nonstop [1] 16/1
noon [2] 7/20 139/12
normal [3] 132/18 132/22 151/15
normally [8] 83/17 114/18 128/8 133/4
133/16 135/10 143/15 143/16
nose [1] 144/18
not [173] 4/7 4/15 5/19 5/24 7/5 7/11 8/19
9/1 9/9 11/3 12/18 12/22 16/19 16/23
17/3 17/4 17/5 17/5 17/16 19/1 19/2 19/15
20/13 20/15 20/17 20/24 21/10 22/16 22/18
22/22 23/4 23/7 23/9 24/15 27/4 27/15 27/22
28/14 28/14 28/15 28/16 29/20 29/23 30/22
30/25 31/2 31/3 31/7 31/12 32/10 33/2 34/19
34/20 35/1 36/3 36/15 36/24 37/13 37/20
38/6 38/8 38/20 39/13 40/1 40/2 40/19 40/19
40/23 41/1 41/3 41/3 41/5 41/5 41/9 41/20
41/20 41/25 42/5 42/7 42/7 42/14 45/13 47/8
48/14 50/8 51/17 54/1 55/6 56/15 56/16
56/23 58/13 58/18 61/13 65/2 65/19 65/24

65/24 68/19 69/17 69/22 71/25 74/5 74/7
74/8 76/8 76/10 77/5 78/19 78/24 80/17
81/24 82/25 87/4 87/6 87/9 87/16 88/13 90/9
90/21 91/11 91/16 92/16 92/24 93/8 93/10
95/11 95/19 95/21 95/22 96/1 96/7 96/9
96/15 97/11 98/7 98/11 98/12 98/13 98/25
99/2 99/6 107/3 111/6 111/13 113/22 115/7
116/13 116/14 122/21 125/5 129/25 130/2
131/19 132/6 132/6 136/2 137/13 143/11
151/3 151/5 151/12 157/13 157/18 158/15
162/17 167/4 168/8 175/1 175/9 176/8
176/12
note [5] 2/23 3/3 9/5 86/18 174/20
noted [1] 63/20
notes [2] 93/9 93/14
nothing [9] 16/14 17/13 19/5 30/5 31/20
40/12 48/11 48/12 137/14
notice [1] 72/25
noticed [1] 174/21
noting [1] 91/20
November [1] 30/3
November 2012 [1] 30/3
now [50] 2/3 4/9 4/15 5/4 7/9 8/4 9/4 11/10
19/20 29/8 34/6 42/15 43/13 47/17 49/20
55/12 57/2 57/23 58/17 61/21 61/24 74/9
79/1 88/3 88/8 88/11 88/20 90/25 95/13
100/2 100/23 102/7 104/23 105/7 107/7
125/14 129/1 130/11 142/15 143/17 146/3
147/16 149/25 150/12 151/15 152/2 156/5
161/1 166/13 173/3
number [4] 5/8 38/22 48/20 107/19
NY [1] 1/5

# O

o'clock [10] 7/25 8/1 8/2 8/3 103/25 103/25
138/11 138/16 138/22 138/22
oath [1] 16/24
oaths [1] 41/15
object [4] 61/20 91/4 93/7 96/24
objecting [2] 45/10 45/12
objection [65] 45/6 45/7 45/8 45/14 49/13
49/14 53/13 53/14 58/20 59/5 59/10 59/17
59/25 63/20 66/15 66/16 66/17 67/8 68/4
71/11 71/20 72/20 73/1 74/19 78/1 78/8 80/1
81/17 82/13 83/11 85/4 91/5 91/6 91/7 91/8
91/11 91/18 91/20 93/23 95/23 102/11 103/8
104/18 108/23 110/22 111/3 112/12 114/22
120/24 124/18 126/10 126/21 127/14 128/6
129/17 132/10 137/11 141/18 143/4 145/25
165/15 166/8 166/9 172/17 172/23
objections [1] 97/19
objective [2] 36/8 41/24
observe [1] 74/3
observed [2] 5/8 92/13
obviously [9] 5/25 33/4 37/6 89/4 91/20 93/7
98/17 164/16 176/4
occasion [1] 125/21
occasions [3] 23/24 73/21 143/20
occur [1] 37/20
occurred [1] 28/25
occurs [2] 29/2 33/10
of Babar [1] 106/18
off [25] 8/1 18/11 32/10 33/4 33/11 34/10
36/3 39/21 73/3 100/13 111/18 111/25
113/18 115/19 116/21 117/6 117/7 119/11
140/1 140/2 140/5 141/1 141/4 151/23 170/8
offer [1] 96/25
offered [7] 21/12 36/17 91/16 92/24 95/10
97/8 97/11
offering [5] 92/16 92/21 96/9 96/10 96/24
office [4] 3/20 4/1 4/3 4/8
official [5] 1/21 14/14 29/3 29/6 30/8
often [1] 36/15

# O

oftentime [1]  20/16

Oh [2]  48/11 118/17

okay [116]  3/5 3/15 4/23 5/1 5/15 38/12 43/1
43/3 45/14 47/13 48/20 54/11 55/12 57/2
58/1 58/3 58/4 58/7 58/11 60/10 60/14 61/8
61/23 62/7 63/19 65/7 68/11 77/23 82/25
83/5 89/2 91/22 91/23 94/1 94/3 95/8 98/10
100/8 100/21 100/23 101/6 101/8 102/24
103/5 103/14 103/23 105/7 105/16 105/23
107/7 109/15 109/22 110/5 110/21 111/9
113/21 115/3 115/7 115/8 115/15 115/23
116/14 117/23 118/19 120/7 123/19 123/22
124/5 124/9 125/1 125/23 126/14 128/14
128/18 129/15 131/9 136/7 137/5 138/23
139/9 139/12 139/15 140/7 140/17 140/25
141/4 141/7 141/8 141/24 143/17 144/5
144/22 145/1 145/18 146/7 146/9 146/13
146/16 146/23 147/13 148/8 148/15 149/14
149/16 150/21 152/20 153/18 156/13 156/23
157/2 157/14 157/19 170/21 171/20 172/13
176/9

old [13]  9/16 9/24 13/13 13/15 22/12 23/14
46/5 47/11 50/11 55/1 55/3 69/16 93/25

older [4]  69/18 69/19 69/20 69/21

oldest [1]  51/8

once [11]  12/19 19/23 27/10 45/25 73/20
138/24 140/17 140/20 140/20 165/1 176/9

one [87]  3/20 5/20 5/21 7/6 7/23 9/5 9/6
16/13 18/2 20/19 23/10 23/13 24/24 26/9
27/2 29/5 29/9 31/24 31/25 32/16 33/11
34/18 34/23 34/23 34/24 37/5 37/15 39/16
41/12 44/7 44/10 44/21 48/5 50/18 51/2
55/22 55/22 57/5 57/6 57/12 57/12 60/7 63/5
63/8 67/24 67/25 69/12 82/16 83/19 83/20
84/2 84/24 86/15 89/11 91/24 92/2 94/17
95/25 97/15 100/10 107/8 113/3 113/21
132/16 133/19 134/1 135/10 138/22 140/7
142/15 142/19 142/23 142/24 143/2 143/15
144/24 153/20 160/7 161/19 163/19 164/3
165/21 167/22 168/18 170/21 171/1 175/14

one's [1]  40/2

ongoing [1]  24/17

only [15]  5/8 5/18 9/12 20/17 24/15 37/9
45/12 53/3 112/7 113/25 135/24 139/17
142/15 145/2 151/12

open [7]  2/1 63/1 88/1 147/1 163/14 163/15
176/3

opened [1]  138/16

opening [11]  3/17 4/16 5/6 7/9 7/10 7/18
7/19 7/19 8/5 42/13 98/20

opinion [3]  112/5 112/9 112/11

opinions [1]  112/5

opportunity [3]  119/17 119/20 172/19

opposed [5]  19/4 39/2 88/17 91/17 99/5

opposite [4]  167/14 168/22 169/22 170/19

option [2]  112/8 130/2

orally [1]  91/9

orange [3]  169/5 170/3 170/8

orchestrate [1]  15/19

orchestrated [1]  8/22

order [5]  15/21 33/9 35/19 93/9 126/4

ordered [1]  9/10

orders [1]  13/20

ordinary [2]  69/1 69/2

Originally [1]  67/3

originated [1]  67/23

other [65]  4/2 5/4 6/3 9/15 10/4 10/11 10/18
11/25 12/17 13/9 14/5 18/3 18/20 25/21 28/19
29/4 29/18 30/7 35/2 35/21 35/24 36/24 38/1
40/17 46/5 55/24 56/18 56/25 57/4 57/12
60/5 60/14 69/10 71/15 72/3 73/21 73/24

74/1 77/12 79/18 84/12 84/24 90/1 91/6 91/8
91/24 94/12 94/17 99/3 101/13 108/19 112/4
116/24 118/18 153/5 152/9 154/4 154/5
157/24 159/24 167/22 168/1 168/1 168/4
174/16

other's [1]  73/19

others [9]  5/2 14/4 19/10 21/17 22/2 27/5
22/8 22/22 139/25

otherwise [3]  41/24 123/18 130/1

our [76]  3/20 4/8 40/12 48/18 69/6 69/9
73/23 76/21 76/21 77/7 77/7 79/12 79/23
81/8 83/17 83/19 84/2 86/8 86/17 86/17
86/25 89/21 90/16 94/1 96/15 97/24 101/10
102/8 104/21 104/22 104/22 106/2 107/3
107/5 107/6 107/21 108/6 110/17 111/6
111/8 112/15 114/25 115/1 115/19 117/12
118/10 123/1 123/2 124/2 124/4 124/4 124/4
125/24 126/8 127/17 127/17 127/21 127/25
128/16 129/25 132/13 132/23 132/24 132/25
133/20 135/8 135/10 135/18 135/20 135/20
145/5 146/2 153/20 154/14 161/1 162/6

out [45]  65/25 75/22 76/15 76/20 76/22 77/9
77/13 77/24 78/17 79/1 87/12 88/5 88/6
90/12 91/19 97/8 100/17 101/3 101/6 101/8
110/3 112/16 113/6 114/14 114/15 115/24
130/3 133/1 138/12 138/14 148/17 150/2
151/15 151/16 154/3 163/4 163/5 167/2
168/16 173/10 173/12 173/16 173/17 173/20
174/12

out-of-court [1]  97/8

outcast [1]  83/20

outside [12]  2/1 12/9 32/14 63/1 84/17 84/20
88/1 104/22 132/24 134/2 147/1 173/6

oval [4]  149/17 149/18 149/23 149/24

oval-shaped [2]  149/23 149/24

over [43]  10/4 12/22 15/13 16/12 16/12 20/25
22/2 23/15 24/16 25/19 26/9 26/25 27/18
27/20 30/4 31/1 35/3 35/14 35/19 39/11
39/12 40/5 40/13 44/24 45/1 71/2 73/16
90/14 99/25 100/20 101/17 102/22 103/24
107/8 111/8 124/2 159/17 166/20 166/22
167/3 167/23 168/10 168/21

overhears [1]  96/1

overnight [1]  19/13

overnights [1]  19/13

overrule [2]  95/23 128/7

overruled [38]  45/14 49/15 58/21 59/6 59/11
59/18 60/1 63/22 66/16 67/9 68/5 71/12
72/21 73/2 78/2 78/9 81/18 83/12 85/5 97/19
102/12 104/19 108/24 110/23 110/23 111/4
112/13 114/23 124/19 126/11 126/22 127/15
129/18 132/11 137/12 141/19 143/5 143/7
overseas [2]  24/13 36/13

own [14]  12/13 15/2 17/22 20/20 21/23 35/22
86/15 106/2 128/9 132/24 141/13 141/21
142/19 142/20

owned [2]  141/11 141/12

ownership [1]  35/16

# P

P-U-N-C-H-A-I-D [1]  65/21

p.m [3]  87/12 103/25 176/17

page [5]  54/8 62/9 87/24 146/25 148/6

paid [1]  90/5

Pakistan [80]  8/16 8/18 8/23 10/8 10/13
10/18 10/24 11/12 11/21 11/25 12/17 13/6
13/17 14/4 14/5 15/5 15/17 15/20 16/2 18/12
18/23 19/2 20/12 20/18 21/11 21/25 23/11
23/14 23/17 23/18 24/5 24/10 24/13 24/16
25/19 27/10 27/21 27/25 28/5 28/7 31/25
32/21 33/5 33/14 34/19 34/20 35/16 37/5
38/17 39/10 52/17 52/18 53/8 54/11 54/15
54/17 55/2 55/7 55/8 60/22 65/13 67/13

69/24 69/25 70/13 72/13 72/15 73/12 74/11
74/14 74/22 74/25 75/4 78/24 122/21 128/22
142/1 142/9 143/11 159/14

Pakistani [13]  8/8 9/12 9/15 9/23 10/3 11/6
12/9 19/20 19/20 21/5 30/6 69/4 107/7

Pakistani-born [1]  8/8

paper [1]  46/4

paperwork [1]  11/8

parent [3]  34/9 52/7 52/17

parent's [3]  121/6 121/8 121/11

parents [12]  12/15 51/10 76/21 92/3 94/10
113/8 113/14 116/22 117/23 117/25 119/18
123/22 125/10

part [26]  8/24 19/12 23/19 29/11 33/7 50/8
59/15 65/25 67/2 67/5 67/12 69/5 75/24
90/16 91/13 96/5 101/20 103/10 130/7 148/9
149/1 149/7 149/24 163/4 163/5 168/12

participated [2]  30/21 30/22

participation [1]  11/23

particular [13]  36/11 51/22 52/18 61/14
93/17 118/10 138/2 138/9 139/14 140/4
140/6 150/17 154/9

particularly [2]  73/22 139/6

parties [6]  4/4 5/25 6/16 37/13 88/8 88/12

party [2]  6/2 35/22

pass [1]  153/18

passed [3]  18/23 85/22 114/5

passing [1]  94/17

passport [1]  32/6

past [3]  95/22 146/17 155/8

patience [1]  99/24

pattern [1]  129/19

pause [6]  6/13 66/18 155/18 155/22 172/22

pay [2]  112/24 161/12

paying [2]  31/7 31/10

peace [1]  112/6

peaceful [2]  127/18 127/22

peddled [1]  29/21

pen [2]  171/6 171/9

people [76]  5/19 14/22 16/2 16/2 18/11 20/10
21/6 29/15 30/14 30/18 33/20 34/6 35/2 35/5
35/8 35/14 35/24 36/2 36/4 36/9 36/16 37/3
37/13 37/23 37/25 39/11 40/9 52/8 66/1
66/13 66/22 67/2 67/3 67/5 67/12 71/18
71/22 71/24 76/2 77/6 84/6 84/11 86/10
94/14 94/15 102/18 105/4 107/19 107/20
115/8 115/11 116/16 141/13 143/2 143/3
143/11 143/14 152/3 152/4 157/24 158/1
158/4 159/16 159/20 159/23 159/25 159/25
160/6 161/19 162/22 162/24 163/25 164/7
164/13 173/3 173/6

people's [3]  30/8 112/4 161/23

peoples [4]  68/1 143/15 143/16 159/24

Perfect [1]  149/3

performed [1]  21/8

perhaps [2]  22/23 28/2

period [26]  26/21 26/21 27/20 65/1 83/7
83/22 84/17 85/7 104/13 111/5 111/6 122/23
125/11 131/9 133/15 134/8 138/18

periods [1]  139/7

permanently [1]  74/14

permission [3]  11/9 90/23 141/22

Perry [2]  46/4 100/1

Persistence [1]  63/25

person [38]  23/11 26/2 37/8 40/8 46/16 47/3
47/23 48/10 50/5 50/23 51/4 60/5 60/5 60/21
66/2 67/4 94/17 108/4 108/11 110/14 110/19
111/2 115/6 129/7 129/7 129/7 129/9 129/11
129/13 129/15 129/16 136/1 142/1 151/12
151/13 164/12 168/4 168/17 174/8

person's [1]  37/24

personal [4]  65/18 72/1 78/23 106/2

personally [2]  72/18 77/24

**P**

persons [1] 164/3
perspective [1] 73/17
petition [2] 14/14 32/4
phenomenon [1] 19/25
phone [70] 1/23 8/25 9/3 12/16 36/7 36/11
36/12 36/12 36/19 38/18 39/8 71/13 71/14
71/16 72/4 72/7 72/9 80/20 80/23 92/6 93/20
94/10 94/11 94/17 95/25 96/18 96/21 103/1
103/4 103/5 107/14 107/17 108/14 108/15
110/5 110/7 110/11 111/2 111/15 111/18
111/23 111/25 113/16 113/17 113/18 113/19
113/20 113/22 113/24 115/4 116/12 116/15
116/18 116/19 117/21 119/2 119/11 120/20
121/12 125/12 126/24 127/11 129/2 129/4
129/7 130/15 130/17 135/11 164/4 164/9
phones [1] 70/21
photo [15] 47/3 47/4 47/13 47/14 47/15
47/16 47/18 47/19 47/24 48/2 48/3 48/6
48/10 48/14 50/5
photograph [8] 32/13 32/14 121/7 121/24
122/5 168/13 169/17 170/13
photographer [1] 30/15
photographs [10] 15/16 18/3 19/11 32/6
45/12 120/9 120/13 120/15 120/18 164/23
photos [4] 44/13 44/16 165/4 165/6
physical [2] 14/23 97/17
pick [1] 41/1
picture [13] 44/24 47/15 49/4 63/12 112/17
121/6 121/23 122/4 167/12 167/20 170/17
174/8 174/10
pictures [6] 31/9 43/20 63/8 165/8 165/10
174/17
piece [2] 36/11 144/18
pieces [2] 34/23 46/4
place [29] 12/9 20/17 21/5 25/12 29/24 30/4
30/8 37/16 38/2 38/6 38/16 52/18 52/20
56/14 69/3 69/5 69/6 69/8 95/12 107/7 107/8
133/16 143/16 151/15 154/22 155/1 155/5
155/9 164/22
place's [1] 163/19
placed [2] 48/20 174/6
places [2] 111/14 171/7
plan [15] 8/22 8/23 13/10 14/12 15/20 31/13
31/18 33/12 34/2 34/5 64/11 116/22 117/24
118/1 124/3
plane [1] 33/25
planned [3] 10/15 33/6 39/20
planning [4] 64/5 65/1 107/10 151/22
plans [2] 10/11 33/24
play [2] 41/21 41/23
played [1] 14/12
Plaza [3] 1/5 1/13 1/22
please [50] 2/6 2/23 4/15 6/4 7/1 7/2 25/2
25/5 36/8 36/10 36/19 36/25 40/11 40/23
42/19 42/22 42/24 43/7 48/13 49/8 51/16
52/22 57/14 64/22 65/8 65/23 87/6 88/11
90/2 90/4 93/6 99/24 100/4 100/9 120/2
129/24 133/24 147/4 147/8 147/13 147/15
148/3 156/19 156/24 164/24 164/24 171/8
171/18 172/13 175/1
plus [1] 3/17
podium [1] 24/21
point [31] 21/15 23/1 27/12 34/2 34/11 38/1
43/23 52/13 53/21 54/11 55/12 70/22 74/13
75/14 76/15 85/2 85/15 98/16 105/8 107/13
148/17 149/14 152/9 163/15 164/17 167/11
168/19 169/2 169/13 169/19 170/17
pointed [1] 75/21
pointer [1] 54/7
pointing [10] 50/23 121/8 167/8 167/17
167/22 167/23 168/10 169/7 169/20 170/19

points [1] 7/6
poked [1] 15/14
police [18] 40/4 40/6 40/7 40/10 95/6 95/7
96/19 96/19 112/14 124/17 130/24 131/2
131/5 173/13 173/14 173/15 173/19 174/12
policy [1] 98/1
political [10] 58/22 59/12 60/20 61/1 61/13
65/16 141/22 142/1 142/4 142/6
politician [1] 142/9
politics [5] 58/23 59/15 60/7 142/5 142/5
poor [1] 28/6
pose [2] 11/15 11/16
position [14] 15/1 37/18 60/22 60/24 61/1
65/10 66/5 66/8 142/3 142/4 142/6 142/11
142/12 166/17
positions [1] 4/5
possibilities [1] 23/8
possible [2] 22/15 22/16
pot [1] 13/24
potential [1] 5/21
potentially [1] 91/25
pothole [1] 162/16
Poughkeepsie [1] 34/20
pour [1] 99/19
power [1] 19/7
powerful [7] 18/11 19/6 59/3 59/9 59/15 60/6
78/14
practicals [1] 138/25
practice [3] 20/12 20/23 22/5
practices [1] 20/6
prearranged [1] 33/12
preceded [1] 38/5
prejudice [1] 41/21
preliminary [4] 3/16 3/17 4/17 5/4
prepared [1] 91/19
prepares [1] 15/2
presence [10] 2/1 21/8 29/4 36/7 63/1 88/1
95/11 95/19 95/21 147/1
present [9] 2/17 5/14 5/22 30/14 88/12 88/12
96/15 97/15 107/14
presented [2] 14/23 176/3
presenting [1] 14/21
Presently [1] 92/13
preserved [1] 2/3 88/3
presiding [2] 2/3 88/3
press [1] 38/24
presses [1] 39/6
pressing [1] 39/6
pressure [3] 27/21 28/9 28/10
presume [1] 41/17
presumption [1] 29/18
pretty [2] 51/17 151/7
previous [4] 91/6 91/7 91/8 170/4
previously [12] 3/13 3/21 31/2 57/23 71/6
73/9 100/23 104/13 106/19 113/11 123/2
135/14
pride [1] 17/24
prince [1] 2/4
prior [3] 34/1 81/15 133/1
private [3] 27/5 48/18 141/16
privately [2] 141/10 141/12
probably [6] 49/23 64/9 72/5 90/8 95/1
174/23
problem [8] 4/11 23/1 72/8 95/8 102/19
108/6 119/14 132/14
problems [3] 36/5 66/1 71/5
procedural [5] 88/5 88/9 88/14 146/14
175/13
proceed [2] 89/21 156/24
proceeding [1] 7/7
proceedings [7] 1/24 6/13 89/4 155/18
155/22 172/22 176/16
process [1] 16/24

produce [1] 12/4
produced [1] 4/25
professor [2] 19/24 20/21
proffer [1] 93/10
proffered [1] 91/13
prologued [1] 146/18
promise [1] 16/10
promised [4] 9/13 9/22 13/18 70/3
prompted [1] 24/10
promptness [1] 7/3
proof [4] 7/6 17/11 17/12 36/15
proper [1] 92/22
prosecution [2] 7/10 37/10
prosecutor [1] 43/14
prosecutors [2] 24/20 25/4
protection [3] 40/7 41/14 41/18
protects [1] 41/12
proud [2] 40/19 40/19
prove [3] 14/19 31/9 42/9
provide [2] 18/9 171/6
provided [1] 32/5
province [2] 98/13 98/25
Provincial [1] 142/14
proving [1] 41/7
public [7] 60/25 139/16 139/17 141/8 141/11
143/2 150/24
publicly [1] 13/11
publish [9] 45/15 45/17 48/7 49/16 53/15
121/1 165/17 165/22 172/24
published [9] 45/20 46/13 50/2 53/16 121/3
147/18 166/13 166/14 173/2
pull [3] 18/11 28/10 61/10
pulled [1] 162/12
pulling [5] 28/17 32/10 163/1 163/4 163/5
Punchaid [19] 65/20 65/21 66/1 66/2 66/3
66/20 66/21 67/1 67/2 67/3 67/5 67/5 67/7
67/13 84/2 84/3 84/9 101/21 132/4
punishing [2] 12/2 13/11
Punjab [1] 141/20
Punjabi [8] 1/19 2/14 3/9 3/10 157/7 157/8
157/15 157/16
purchased [1] 30/20
purple [1] 170/22
purpose [4] 31/1 54/19 78/22 97/5
purposes [1] 65/1
put [30] 27/21 33/24 54/7 63/6 63/10 72/23
77/16 79/10 79/16 80/4 80/7 97/2 97/7 99/14
119/10 141/21 148/4 148/5 156/15 157/1
165/23 171/11 171/14 171/18 171/21 171/24
172/3 172/6 172/8 172/11

**Q**

quarters [2] 18/2 21/24
queried [1] 26/14
question [28] 31/7 49/1 58/20 68/22 71/23
78/10 78/11 79/6 79/7 79/10 79/11 79/16
80/4 80/7 83/11 105/18 106/8 110/25 121/16
123/18 126/2 126/12 134/15 156/15 156/24
157/1 175/11 176/5
questioned [1] 26/14
questions [10] 16/22 43/3 43/14 44/7 65/10
66/3 76/11 141/7 157/12 157/14
quick [2] 28/1 90/7
quickly [4] 92/9 93/12 114/16 166/12
quiet [1] 175/6
quite [1] 33/4

**R**

R-U-K-H-S-A-N-A [1] 46/22
raise [1] 156/18
raised [4] 8/9 8/15 18/24 40/13
ran [13] 34/6 39/21 154/22 154/25 155/1
155/13 157/20 162/17 163/12 171/22 171/24

**R**

ran... [2] 172/1 173/4
range [1] 138/14
rather [1] 156/9
Ravi [2] 1/19 3/10
reaching [1] 25/2
read [2] 94/9 175/2
ready [2] 61/22 155/17
real [9] 29/24 29/25 30/13 32/3 32/3 32/4 89/19 175/3 175/3
realized [3] 34/5 63/6 73/4
really [7] 28/24 32/21 34/18 69/22 78/14 133/20 137/10
reason [5] 97/4 108/13 132/6 138/2 139/14
reasonable [8] 7/7 14/20 17/12 17/18 36/9 41/9 42/5 42/10
reasons [5] 20/22 20/22 23/5 24/24 60/8
recall [3] 7/4 90/11 148/10
receive [1] 107/14
received [10] 8/12 15/7 107/16 107/23 107/25 111/23 120/20 165/20 166/11 173/1
receives [1] 96/1
receiving [1] 113/1
recent [1] 32/13
Recently [1] 24/4
recess [5] 62/8 87/1 87/10 87/23 146/24
recognize [12] 44/13 47/3 47/14 47/18 47/23 48/2 48/10 158/1 165/1 169/9 170/1 170/13
recognized [1] 159/23
recollection [1] 95/22
record [15] 2/6 2/23 4/4 4/15 46/6 91/21 95/25 99/3 100/13 148/3 149/9 157/19 168/11 169/15 169/18
recorded [6] 1/24 12/24 16/4 38/5 38/6 38/18
recording [1] 38/7
records [1] 15/18
recounting [1] 17/7
red [1] 148/4
reduction [1] 3/23
refer [4] 58/1 60/14 60/17 66/14
reference [2] 22/7 115/20
referred [3] 57/23 66/20 123/10
referring [6] 73/6 124/24 127/24 128/5 161/6 167/18
reflect [3] 148/3 169/15 169/18
reflection [1] 96/17
regard [8] 21/13 26/15 35/25 36/10 37/2 71/13 88/16 95/13
regarding [3] 18/3 27/25 112/20
regardless [2] 96/6 97/13
regional [1] 68/1
regions [1] 20/12
register [1] 130/25
registered [1] 29/7
regular [5] 7/20 15/25 40/24 77/4 77/5
regularly [1] 138/5
rehearse [3] 26/9 27/2 27/3
relate [1] 88/9
related [3] 25/21 54/24 58/11
relation [9] 66/11 67/15 67/17 75/7 101/24 102/2 107/22 134/14 154/17
relationship [9] 24/17 25/20 33/9 44/22 50/15 58/17 73/17 116/5 116/5
relative [8] 13/7 14/14 22/9 31/1 39/3 58/13 134/19 161/9
relatively [2] 23/15 166/17
relatives [9] 11/25 12/7 14/5 15/8 15/20 58/18 69/10 108/19 113/23
relevance [1] 97/5
relevant [2] 99/4 99/5
reliable [1] 98/1
relieved [1] 4/11

religion [1] 19/22
religious [6] 29/2 29/4 29/25 30/8 30/13 154/15
remainder [1] 41/4
remember [54] 31/4 55/15 55/21 55/22 56/13 70/25 75/17 76/18 79/2 79/21 83/7 84/2 85/18 100/17 102/14 103/10 103/11 103/12 103/19 103/20 105/13 106/6 106/9 106/12 106/15 111/5 111/22 113/15 114/24 115/25 126/5 129/19 129/20 129/24 130/18 131/4 131/25 138/24 150/9 150/16 150/19 151/1 151/5 151/6 153/19 154/6 154/10 160/8 162/14 163/8 163/10 165/11 166/3 168/20
remembered [1] 92/15
remind [2] 7/5 175/9
remoteness [1] 95/15
repeat [9] 78/10 105/18 106/8 110/25 117/9 121/16 126/2 130/7 158/22
repeatedly [6] 12/12 14/9 15/4 24/12 25/16 26/8
replaces [1] 63/12
report [2] 4/1 93/15
reported [1] 14/10
reporter [12] 1/21 1/21 2/7 3/4 25/1 42/18 43/2 43/7 46/21 57/13 87/15 123/18
reporters [2] 61/21 62/1
reports [1] 4/9
reprehensible [1] 13/25
representatives [2] 6/1 6/2
representing [1] 24/14
request [4] 3/21 4/11 31/25 87/19
requests [1] 175/15
required [1] 89/4
requirements [1] 93/10
res [1] 92/10
resemble [1] 9/17
reside [3] 18/20 59/20 59/24
resided [1] 23/13
resident [1] 8/8
resides [2] 7/7 18/4
resolved [3] 4/10 31/4 100/2
resolving [1] 27/8
respect [6] 6/8 6/16 65/17 98/14 134/12 146/4
respected [2] 35/5 35/7
respectful [1] 7/21
respond [4] 110/14 110/16 118/3 129/9
responded [1] 110/19
responding [2] 95/7 123/18
response [7] 5/15 91/3 91/5 100/22 136/14 157/1 168/14
responsibilities [3] 65/12 65/16 65/17
rest [5] 7/2 15/25 28/20 69/6 170/3
restore [3] 8/22 13/10 15/21
result [1] 9/10
resume [5] 63/2 64/13 64/18 87/2 146/3
resumed [1] 64/4
resumes [1] 147/5
retirement [1] 3/24
return [16] 9/9 10/9 11/2 11/13 12/3 12/5 12/18 13/4 82/21 82/24 123/23 124/1 124/7 131/15 131/23 132/3
returned [3] 11/4 11/19 16/10 38/4 123/25 124/5 131/17 131/19 132/1 132/18 133/6 133/9 133/15
returning [2] 11/7 124/10
reunite [1] 173/17
revenge [1] 161/2
reversed [1] 176/8
review [4] 15/18 26/9 93/18 98/4
Reza [3] 141/24 142/1 142/3
rich [2] 2/8 19/6
RICHARD [1] 1/15

riding [1] 12/11 13/6 13/16 37/4 167/6
right [60] 5/1 32/18 23/7 25/8 35/9 38/2 41/3 41/24 42/13 43/13 45/21 45/25 46/5 48/13 49/19 50/1 53/20 57/17 57/18 60/12 61/11 61/25 65/11 74/20 76/14 77/19 78/6 79/19 88/8 93/3 93/25 94/19 94/21 95/4 100/12 100/12 100/24 101/18 104/7 123/13 123/15 123/23 128/2 145/4 148/6 148/8 149/1 149/18 156/19 158/20 158/23 162/3 164/10 168/2 168/7 170/8 173/4 174/24 175/12 176/11
right-hand [2] 148/6 149/1
rise [4] 2/2 6/22 88/2 99/21
risk [1] 11/15
RMR [1] 1/21
road [10] 7/4 33/15 107/4 107/5 139/22 148/15 148/17 148/19 152/15 152/23
roads [1] 65/15
role [4] 11/22 14/11 41/21 41/23
roof [2] 18/2 149/23
rooftop [1] 133/21
room [39] 19/10 33/22 76/21 77/3 77/4 77/6 77/8 77/9 77/15 79/17 80/8 80/12 101/10 101/11 102/7 102/8 102/10 102/13 103/14 103/15 116/21 116/21 116/24 116/25 117/1 117/8 117/10 117/11 117/14 119/12 126/17 126/23 130/12 133/25 134/6 137/6 163/21 173/4 175/12
rooms [1] 163/19
roughly [2] 146/5 146/6
round [2] 149/17
route [8] 139/20 139/20 141/16 141/17 141/20 141/22 142/15 142/16
row [2] 45/22 45/24
Rukhsana [2] 46/19 51/10
rule [11] 5/11 5/23 6/15 66/17 92/16 92/20 92/24 93/1 96/11 97/12 97/13
ruled [1] 6/8
rules [3] 7/4 24/21 40/24 46/3 93/10
ruling [2] 63/22 93/22
run [5] 33/4 34/10 155/5 155/11 164/20
running [4] 36/3 162/15 162/16 173/3
runs [1] 33/11

**S**

S-E-E-M-A-B [2] 42/20 43/10
S-H-A-H-Z-A-D [1] 56/8
S-H-O-S-H-I [1] 51/18
S-H-U-J-A-T [1] 47/25
safe [1] 12/19
said [106] 7/14 7/23 21/23 26/22 30/1 36/18 36/24 38/8 38/8 38/15 39/20 40/19 40/20 60/12 70/10 71/14 73/22 77/18 78/21 79/17 79/25 80/2 81/23 82/7 84/10 98/20 102/13 102/17 103/9 103/11 104/7 105/23 108/7 108/25 108/25 109/11 109/20 111/11 114/2 114/11 115/8 115/11 115/15 115/24 116/1 116/10 116/21 117/6 117/16 117/22 117/22 118/6 118/9 118/14 118/15 118/16 118/17 118/19 118/19 118/20 119/4 119/13 124/22 125/12 125/13 125/17 126/25 126/25 127/2 127/9 127/13 127/17 127/21 127/25 128/16 129/8 129/20 129/20 129/25 130/4 130/8 130/11 130/22 131/7 132/8 136/15 136/21 137/10 144/5 144/13 148/22 154/24 158/19 158/22 159/22 160/3 160/14 160/23 161/1 162/2 162/11 162/12 164/4 168/4 173/3 175/3
Sain [9] 158/5 158/19 158/23 159/8 159/10 160/1 167/21 168/6 169/19
salient [1] 7/6
same [40] 11/12 19/10 21/22 22/10 22/17 22/21 23/20 23/21 31/14 37/7 37/16 37/16

Case 1:13-cr-00150-WFK Document 94 Filed 02/14/14 Page 199 of 199 PageID #: 798

**S**

same...[28] 39/16 39/18 41/17 49/14 55/22
63/20 63/22 68/8 73/8 75/8 75/21 76/4 96/22
101/20 101/23 108/5 113/9 123/13 123/15
128/15 128/19 128/23 128/24 133/16 138/12
140/25 142/21 174/16
satisfaction [1] 16/21
satisfied [1] 6/16
save [2] 12/13 111/7
saw [31] 6/11 37/19 73/21 74/2 104/19
120/19 121/11 121/25 152/14 152/25 153/5
153/11 153/18 155/23 157/20 157/22 158/14
158/19 158/22 159/16 160/19 162/2 162/11
164/20 167/21 168/19 169/2 169/13 169/19
171/12 171/17
say [72] 16/22 20/11 27/3 31/8 31/11 36/18
40/8 50/18 52/8 54/4 54/6 54/7 59/13 61/14
69/5 75/8 77/3 82/14 83/14 86/1 89/9 96/18
102/9 103/7 106/22 108/22 109/19 110/17
110/18 110/21 111/2 113/18 114/19 114/21
115/1 115/3 116/7 118/5 118/7 118/13 119/1
119/2 119/4 122/6 124/22 126/20 129/11
129/16 131/3 132/23 139/3 144/17 146/6
152/17 154/8 155/3 156/9 158/6 159/10
160/10 160/12 160/21 160/25 162/6 164/12
165/6 168/22 169/4 169/22 170/3 170/7
170/21
saying [9] 9/1 24/25 39/3 39/5 39/22 40/25
41/6 77/18 80/17 84/3 84/10 99/2 103/19
112/4 115/21 124/19 133/22 164/2 164/3
says [14] 16/22 34/13 38/21 39/1 39/3 39/6
40/1 40/17 94/24 95/3 96/7 112/15 122/7
172/19
scam [6] 29/11 29/24 31/1 31/10 32/11 34/22
scammed [1] 34/22
scared [7] 72/22 78/3 78/4 78/12 119/9
124/15 135/19
scarf [8] 144/1 144/2 144/13 144/15 166/20
166/22 166/25 167/3
scary [1] 132/23
scene [8] 15/11 15/16 161/15 165/6 166/18
166/23 167/4 167/12
schedules [1] 138/4
scheming [1] 40/9
SCHMID [1] 1/21
school [46] 9/19 13/15 55/4 55/10 93/25
125/15 136/9 136/10 136/12 136/20 136/25
137/3 137/3 137/7 137/9 137/16 137/18
137/21 137/25 138/3 138/5 138/9 138/12
138/15 138/20 138/23 139/4 139/15 139/18
139/20 140/18 140/21 141/4 142/17 142/21
142/22 143/18 143/21 143/25 144/22 150/4
150/7 150/10 150/12 150/21 150/22
schools [1] 65/15
scores [1] 35/1
screamed [4] 160/20 162/2 162/6 162/8
screen [18] 43/21 44/2 45/21 45/23 46/1
48/11 49/16 49/18 49/25 120/5 145/8 147/20
147/21 147/22 149/2 149/3 167/9 168/19
script [1] 40/5
scrutinize [1] 36/10
seat [5] 8/24 60/20 60/21 77/6 143/15
seated [2] 2/13 7/1 7/2 42/24 64/22 64/22
88/11 99/24 147/8
seats [1] 107/21
second [14] 2/3 14/8 20/20 44/10 50/25 60/10
66/4 78/6 96/6 97/16 135/10 145/9 171/1
176/9
secondly [1] 7/9
seconds [2] 113/17 161/12
secretly [1] 8/16 10/4 10/19
section [1] 86/23

Security [1] 2/11
see [73] 6/8 8/1 14/6 15/11 15/16 18/3 18/7
19/11 21/4 21/9 21/11 27/7 29/20 30/16
35/21 36/25 37/16 37/18 42/3 44/24 44/25
45/19 53/5 73/25 73/25 76/25 80/17 80/18
80/20 87/11 87/20 100/1 101/1 101/2 107/2
117/10 119/17 119/20 120/4 120/16 121/9
121/11 122/13 125/11 143/21 145/9 145/12
145/14 147/20 147/22 147/24 148/15 149/4
149/10 149/18 152/12 152/13 153/7 155/13
157/23 161/11 161/13 161/23 162/24 163/7
165/23 166/20 169/7 172/18 172/19 174/12
175/6 176/14
seeing [3] 106/12 106/15 165/11
Seemab [7] 14/16 43/5 51/1 90/11 92/2 92/5
96/1
seemed [2] 104/23 154/19
seems [2] 4/12 83/19
seen [4] 159/20 164/18 164/25 165/4
selected [1] 3/19
selecting [1] 16/20
selection [1] 7/25
sends [1] 18/15
sense [13] 17/1 18/24 29/18 29/22 36/20
37/23 40/23 95/11 95/19 95/21 96/16 97/15
116/16
sentence [1] 8/1
sentences [2] 129/21 129/24
separate [1] 116/20
separated [2] 162/19 164/21
separately [1] 4/2
separation [1] 21/14
sequestration [3] 5/12 5/24 6/15
seriatim [1] 168/18
series [1] 30/4
seriously [2] 22/13 23/6
served [1] 3/24
service [4] 2/11 3/21 4/7 4/7
session [2] 26/19 26/19
set [4] 12/8 12/8 70/7 165/1
sets [1] 97/12
setting [1] 29/25
seven [3] 18/9 25/23 26/20
several [8] 30/5 104/10 121/8 175/15
Shahzad [2] 56/5 56/6
Shakeel [3] 19/13 38/9 57/8
Shakes [2] 99/8 146/15
shaking [1] 158/18
shall [1] 99/14
shame [2] 13/1 111/10
shape [3] 146/19 149/17 149/18
shaped [2] 149/23 149/24
share [1] 156/23
shared [1] 19/14
Shazad [4] 69/11 69/13 73/6 73/8
she [204]
she'll [1] 33/17
she's [26] 28/16 29/1 29/5 32/25 33/15 33/16
33/18 33/24 34/7 34/13 34/21 40/4 44/25
46/17 47/19 48/3 49/7 50/6 50/8 104/19
115/15 124/19 167/22 168/10 169/20 171/16
shed [1] 28/8
shift [1] 15/25
shifts [1] 7/8
shoot [4] 124/16 130/5 130/8 130/9
shooted [1] 131/1
shooting [17] 15/16 97/6 124/6 124/12
124/16 125/18 136/7 136/11 136/15 136/16
136/18 136/24 154/7 154/11 157/21 166/18
172/4
shootings [2] 38/16 38/21
short [3] 113/25 122/16 122/17
shorter [1] 70/10

shortly [3] 11/6 17/22 92/3
Shoshi [1] 51/15
shot [12] 9/11 16/2 23/11 37/3 37/7 92/4
94/15 94/16 94/24 95/2 95/4 135/15
shots [7] 94/7 153/25 154/3 154/17 154/21
161/16 172/6
should [14] 4/6 7/12 38/8 42/4 61/23 79/7
81/5 99/13 108/5 112/1 130/23 131/1 146/8
170/8
shovel [1] 54/22
show [23] 15/19 22/11 23/3 26/5 33/3 37/20
46/11 48/5 48/15 53/3 53/22 119/24 121/22
122/3 145/2 148/25 164/23 164/24 165/21
169/25 170/10 170/25 172/20
showed [2] 5/19 44/21
showing [19] 43/20 43/23 44/2 44/9 46/4
46/15 47/2 47/13 47/17 47/22 48/1 50/4
50/13 120/9 120/13 144/20 145/9 145/18
174/4
shown [2] 44/14 147/16
shows [1] 46/5
Shujat [60] 8/18 8/21 8/23 10/3 10/3 10/16
10/20 10/20 11/14 11/16 12/2 12/4 13/2
13/11 13/18 14/5 14/9 14/12 15/4 15/21 16/8
22/8 23/3 23/9 24/18 25/20 26/2 26/7 26/16
26/23 27/2 28/4 28/25 33/2 33/12 33/22
35/13 47/24 51/9 69/11 71/14 72/2 72/5
72/13 73/11 78/17 78/24 85/7 85/11 85/13
90/21 102/14 102/17 102/17 102/20 102/21
103/2 111/16 122/7 122/8
Shujat's [21] 9/11 9/11 11/17 11/21 11/23
12/1 12/8 12/9 12/11 12/15 12/16 13/1 13/5
13/13 13/14 14/6 15/6 15/6 16/3 16/10 72/25
sibling [1] 9/15
siblings [7] 50/16 50/19 52/7 52/11 56/25
57/2 57/4
sick [1] 40/13
side [19] 5/22 7/11 53/20 146/19 148/6
148/13 148/20 161/19 161/24 167/14 167/25
168/1 168/5 168/6 168/21 168/22 169/20
169/22 170/8
sidebar [1] 80/5
sides [1] 87/14
sign [1] 31/25
signature [1] 14/18
signed [2] 29/7 29/7
significance [1] 39/2
significant [1] 30/17
similar [3] 96/21 144/24 144/25
simple [1] 41/23
simply [7] 4/15 7/11 7/19 17/6 19/22 37/23
38/1
since [7] 21/20 26/15 31/18 105/2 114/5
118/17 176/2
sir [13] 3/5 4/19 4/23 5/16 6/17 45/7 53/14
63/13 63/14 64/15 89/8 146/22 176/13
siren [2] 173/13 173/15
sirens [1] 173/14
sister [44] 9/11 13/5 13/14 15/7 37/12 38/10
40/13 47/19 48/3 49/7 50/6 55/18 57/5 71/3
73/9 77/12 80/11 86/13 94/17 101/12 101/13
102/4 108/18 116/20 119/22 125/6 131/7
135/24 136/8 137/18 152/13 152/25 153/6
153/7 153/11 153/18 158/2 158/6 158/7
165/7 166/1 167/5 173/20 174/5
sister's [9] 68/10 69/21 69/23 75/22 158/14
167/11 168/24 169/12 171/12
sisters [30] 18/16 21/16 21/22 22/6 23/21
24/1 28/12 28/20 31/6 54/16 55/2 55/19
55/21 55/25 57/1 57/3 57/4 57/6 68/14 69/7
77/11 81/10 81/23 82/4 82/17 83/4 104/5
105/21 125/3 131/18
sit [5] 3/5 35/5 117/13 155/16 157/4

## S

sit-downs [1] 35/5
sitting [12] 39/7 40/4 71/2 107/21 107/22 107/24 118/17 126/15 126/16 126/24 127/11 171/5
situation [6] 28/15 36/3 72/22 132/8 132/16 132/25
six [7] 18/8 25/23 26/20 32/9 138/6 138/7 139/25
skip [1] 138/17
sleep [3] 19/9 19/16 49/18
sleeping [5] 118/15 118/19 133/16 133/18 137/6
sleeved [1] 144/11
slept [3] 19/10 133/16 134/6
Slow [1] 61/6 128/11 128/11
slowly [1] 114/16
small [6] 32/14 63/5 63/7 63/10 149/1 149/4
so [259]
So can [1] 118/12
soccer [1] 87/6
social [1] 83/20
socialize [1] 56/10
sofa [1] 126/24
sold [1] 133/13
solve [2] 66/1 66/24
some [54] 2/19 5/19 19/11 19/22 19/22 20/1 21/1 29/11 29/23 30/16 30/17 30/23 30/25 32/11 34/21 35/8 35/10 35/14 35/19 35/23 38/4 38/5 39/2 39/12 39/13 39/13 43/3 43/12 43/13 43/20 44/7 52/13 55/12 69/7 69/14 70/22 74/13 75/14 76/15 85/15 88/5 88/9 90/19 93/8 93/21 93/21 94/5 98/21 99/25 100/20 105/8 107/13 164/23 165/7
somebody [7] 22/25 23/8 31/7 36/12 95/3 95/4 130/25
somehow [2] 12/12 18/10
someone [26] 21/20 31/7 31/10 31/11 31/12 32/10 32/25 34/22 36/14 36/18 55/13 60/3 77/5 84/7 94/24 101/17 114/14 126/23 129/4 141/15 141/21 142/7 158/18 160/12 163/5 164/9
someone's [6] 31/11 32/11 39/3 82/25 132/13 162/18
something [13] 32/1 54/22 54/24 64/19 89/5 96/4 96/5 117/12 155/7 158/13 160/23 162/25 163/3
sometime [2] 103/22 150/11
sometimes [7] 27/18 30/7 49/17 123/10 125/12 125/13 136/17
somewhat [2] 28/13 88/18
somewhere [4] 114/16 114/17 135/23 164/4
son [17] 17/20 19/13 19/14 19/18 19/19 20/3 35/12 35/21 86/3 86/4 111/8 111/11 111/16 116/6 130/2 134/13 134/14
son-in-law [3] 19/14 19/19 116/6
soon [3] 11/22 32/22 34/5
sorry [40] 2/21 33/13 49/3 54/6 61/8 62/1 78/6 93/5 109/7 109/19 113/10 114/24 117/9 121/17 122/17 123/14 125/1 127/13 128/12 130/7 131/3 132/20 133/8 133/9 134/13 139/3 154/24 155/24 156/18 158/21 159/21 160/2 163/2 163/9 164/6 168/3 168/5 171/16 173/25 175/20
sort [22] 29/11 29/16 29/23 30/25 32/11 34/21 35/19 35/23 72/22 90/25 97/22 98/4 104/14 148/4 148/4 148/11 148/13 148/19 148/19 169/4 169/16 170/17
sorts [3] 18/11 19/7 35/5
SOSINSKY [6] 1/17 2/20 2/22 2/25 2/25 63/9
sound [5] 114/18 129/14 146/17 153/21

154/23
sounded [3] 144/12 154/19 164/9
sounds [2] 94/7 113/25
South [1] 78/22
Spain [1] 81/11
sparse [1] 73/20
speak [8] 38/11 42/25 57/16 65/2 95/14 100/5 114/8 147/10
speaker [1] 108/14
speaking [7] 26/1 92/8 108/11 114/16 143/1 148/11 157/6
speaks [2] 18/17 18/18
special [2] 2/10 141/20
specific [2] 61/2 140/3
specifically [3] 27/6 77/8 104/25
speed [1] 12/13
spell [12] 2/7 3/4 3/7 42/18 43/2 43/6 46/20 49/8 51/16 51/17 52/22 57/13
spelled [4] 56/8 65/21 106/19 123/2
spellings [2] 87/15 87/17
spend [4] 33/22 41/9 99/6 133/4
spent [2] 15/25 30/17
spoke [8] 12/16 20/7 26/15 38/3 38/4 38/9 38/10 39/16
spoken [1] 26/22
spot [1] 140/4
spread [1] 154/3
squish [1] 143/14
stand [9] 16/24 42/2 48/14 63/2 64/4 90/11 99/15 147/13 147/5
standard [4] 30/17 41/8 41/10 41/12
standards [1] 32/9
standing [10] 157/24 158/2 158/6 159/17 161/19 167/23 167/25 168/1 168/5 169/2
stands [2] 142/13 150/1
start [9] 43/20 44/5 46/15 55/4 137/6 137/9 137/18 152/7 174/25
started [5] 67/23 115/5 116/12 134/3 173/3
starting [3] 90/21 164/13 175/5
state [6] 2/6 2/23 16/12 43/2 98/2 156/19
stated [2] 3/22 97/6
statement [15] 28/4 91/15 91/17 92/22 93/11 96/7 97/8 98/2 98/7 98/12 98/17 98/18 98/20 98/24 129/1
statement's [1] 98/3
statements [23] 3/17 4/16 5/6 7/9 7/10 7/18 7/19 7/19 8/5 28/7 29/12 42/14 90/14 90/17 90/19 90/20 90/24 91/4 92/16 92/20 96/25 98/25 118/21
STATES [30] 1/1 1/2 1/10 1/12 2/5 2/10 4/18 7/8 8/5 8/14 10/6 11/2 11/7 11/10 11/13 11/18 11/19 12/20 12/24 14/15 23/24 33/10 33/24 34/3 38/4 59/21 59/24 70/13 70/14 72/10
station [4] 2/18 130/25 131/2 131/5
stay [24] 25/2 35/20 54/18 70/13 82/5 82/17 82/25 104/5 123/23 124/3 124/6 124/8 124/14 125/1 125/3 130/19 131/21 136/2 138/18 138/18 138/19 138/23 159/13 173/8
stayed [13] 27/15 27/17 54/20 82/21 104/10 125/5 125/14 128/23 130/18 131/9 131/22 137/1 138/24
staying [6] 10/12 76/4 86/8 124/11 131/12 137/14
stenography [1] 1/24
step [4] 29/19 62/4 62/5 146/11
steps [1] 14/6
still [19] 47/7 50/7 66/14 74/10 80/8 88/23 88/24 88/25 113/6
stipulate [1] 63/10
stood [1] 15/13
stop [18] 16/14 16/14 74/20 78/6 94/19 94/21 140/3 140/4 140/7 140/9 140/13 140/21

141/1 141/5 148/15 148/22 150/13 151/1
stopped [2] 66/13 140/1
stops [3] 139/23 139/25 140/3
stored [1] 133/25
storeroom [1] 134/7
stories [3] 24/9 25/18 34/18
storing [1] 133/19
story [5] 24/16 26/25 40/8 81/21 105/3
straight [1] 34/18
strange [1] 135/12
street [12] 13/16 15/12 107/3 115/18 115/19 115/24 116/1 118/9 152/6 153/20 155/19 163/12
streets [5] 8/11 9/12 13/6 152/2 166/4
stressed [3] 77/15 77/20 101/15
strike [2] 20/14 114/20
strong [1] 59/14
struck [1] 12/12
structure [1] 167/8
students [1] 139/17
studied [1] 21/11
studies [1] 10/10
stuff [4] 29/18 124/4 143/12 155/9
stupid [1] 176/9
style [1] 23/20
subject [3] 27/6 90/16 93/15
subjected [1] 3/23
submitted [1] 32/2
successfully [1] 4/9
such [4] 2/19 40/3 92/21 93/11
sufficient [2] 96/17 98/17
suggest [1] 96/24
suggested [3] 102/24 112/6 112/14
suggestion [1] 23/2
suitor [1] 22/24
summer [1] 75/18
superior [1] 67/25
supervision [1] 10/13
supplement [1] 99/3
support [1] 132/16
supportive [1] 137/10
supportively [1] 117/13
supposedly [1] 28/5
sure [32] 16/21 34/23 38/11 42/20 46/22 49/9 51/17 52/23 54/12 56/15 56/16 57/15 60/11 61/13 68/12 69/17 69/22 86/3 86/11 87/18 91/11 93/13 116/13 120/15 129/25 130/8 141/9 148/18 149/15 158/5 164/8 171/13
surrounding [1] 61/18
sustain [1] 91/11
sustained [2] 80/3 91/18
swear [6] 38/20 38/20 38/22 38/23 38/23 39/4
swearing [3] 32/22 39/2 39/3
swears [1] 38/23
switch [3] 61/21 61/25 157/13
sworn [7] 3/13 32/18 42/22 42/23 156/6 156/20 156/22
sympathy [2] 41/20 41/22

## T

T-U-C-K-E-R [1] 2/8
take [39] 2/18 7/12 7/20 8/21 9/5 18/12 29/19 30/4 30/8 31/9 44/6 48/13 61/23 61/24 69/3 69/8 82/16 86/25 89/21 96/12 107/7 107/8 113/8 120/14 139/7 140/12 142/21 142/24 145/5 146/2 146/7 146/8 150/21 150/24 152/20 152/20 155/15 155/21 171/11
taken [4] 15/16 38/2 61/24 95/12
takes [2] 32/9 49/24
taking [5] 9/20 14/6 96/11 139/7 161/2
talk [34] 22/13 22/23 26/18 56/10 62/4 65/4 73/4 79/12 83/20 84/6 84/8 87/4 87/5 87/7

Case 1:13-cr-00150-WFK   Document 196   Filed 08/19/15   Page 196 of 199 PageID #: 800

**T**

take... [20] 87/9 102/14 102/18 102/19 102/20
102/24 103/5 108/20 114/1 117/8 117/13
119/12 125/12 127/1 127/2 127/9 146/12
161/1 175/1 175/10
talked [6] 22/2 63/9 108/25 116/13 129/19
137/15
talking [29] 6/1 6/3 12/21 16/1 21/1 23/6
34/20 40/1 41/9 58/2 71/15 72/9 74/5 83/19
84/12 88/17 111/14 115/4 116/16 116/17
118/6 118/16 118/18 126/23 155/3 164/3
164/9 173/6 173/19
tap [2] 49/18 149/1
tape [1] 40/17
tapes [1] 40/20
taxi [2] 8/11 15/25
taxicab [3] 8/11 8/25 19/8
taxicabs [1] 19/14
taxpayers [1] 90/5
teacher [2] 13/15 136/10
techie [4] 48/18 89/1 89/8 146/17
technical [4] 45/18 93/1 99/10 99/25
technological [1] 88/20
teed [1] 91/14
teenage [1] 13/7
teenagers [1] 9/18
telephone [11] 12/22 12/23 14/10 15/18 16/4
18/18 18/18 36/23 108/8 108/10 108/11
teleprompter [1] 45/23
television [1] 45/23
tell [30] 4/15 12/22 14/25 15/3 15/7 15/9
26/11 26/11 26/16 26/21 27/4 27/4 33/6
33/15 40/6 40/7 40/10 46/16 89/8 89/9 89/18
90/14 99/6 115/14 129/24 140/1 149/5
150/12 155/17 164/25
telling [3] 114/11 130/22 150/19
ten [5] 17/23 27/17 61/25 62/7 140/24
ten-minute [1] 61/25
tend [1] 143/16
tens [1] 20/9
term [3] 45/18 67/19 83/1
terms [5] 10/16 20/6 27/8 29/17 124/4
tested [1] 16/24
testify [5] 15/2 92/2 94/25 96/2 156/6
testifying [2] 67/9 88/18
testimony [26] 5/14 14/21 18/14 19/3 19/4
19/24 21/12 21/12 31/6 34/6 36/18 62/5 65/3 65/4
87/10 91/20 95/2 95/3 95/9 97/20 97/25
100/3 100/6 123/6 146/12 147/10 175/10
than [27] 7/17 7/20 8/8 17/19 27/9 27/18
40/24 42/9 47/12 60/3 60/14 69/18 69/19
70/10 82/20 83/1 91/6 91/8 104/25 140/7
143/12 146/8 146/8 147/21 151/4 156/9
173/9
thank [48] 2/16 3/2 3/15 5/1 6/5 6/6 6/19
6/20 6/21 6/25 7/3 8/4 8/6 9/1 16/17 25/6
42/12 42/21 43/6 43/12 45/16 46/10 46/12
46/24 54/13 57/19 62/7 64/17 64/21 79/15
87/8 87/21 87/22 99/1 99/18 99/23 99/24
100/14 102/6 146/9 146/11 146/23 147/7
149/25 157/9 165/22 175/6 176/11
that [828]
that's [73] 3/5 4/25 5/22 11/3 17/3 17/4 17/15
19/17 19/18 19/18 20/22 21/2 25/17 28/25
31/2 31/12 33/10 41/3 41/3 46/2 47/13 47/15
47/15 49/19 51/4 54/4 54/8 56/5 58/22 58/23
59/12 59/15 61/15 65/15 73/4 76/14 82/16
83/1 89/4 91/18 94/11 97/6 97/8 97/17 98/9
98/12 98/13 98/19 98/23 98/25 102/14
102/22 103/12 106/3 110/19 113/24 115/24
122/17 128/16 131/9 133/20 137/16 139/22
147/16 148/5 155/9 155/16 157/19 163/10

their [58] 3/3 3/4 9/15 12/9 12/13 13/6 13/17
14/21 15/10 15/13 15/21 16/15 17/22 18/12
18/25 20/3 20/3 20/5 20/5 20/6 20/7
20/8 20/20 21/23 29/5 30/20 33/13 33/13
34/4 35/22 35/24 38/13 42/8 73/23 92/4
98/13 98/22 98/25 119/21 121/12 128/9
130/25 131/1 138/4 141/16 159/18 159/21
161/19 161/25 163/25 165/8 173/24 174/1
174/2
them [82] 5/2 5/5 9/6 12/10 13/4 15/13 17/21
17/21 25/15 25/18 25/21 67/1 71/15 72/3 72/5 74/5
33/15 37/25 38/5 40/6 40/8 40/10 40/18
40/18 45/8 45/11 55/22 55/22 58/23 58/24
59/9 59/14 66/24 73/25 76/12 90/5 92/21
95/13 96/20 97/15 98/23 101/2 111/9 112/6
112/8 112/17 116/23 117/24 118/1 120/4
120/14 121/20 125/11 125/12 128/8 129/10
132/17 140/1 144/24 152/14 153/5 154/1
157/15 159/17 159/20 159/23 160/7 160/13
160/13 160/15 160/15 160/17 161/22 162/11
162/11 164/5 164/7 164/14 164/15 164/25
164/25 165/1 176/4 176/10
themselves [3] 35/13 132/16 143/14
then [83] 4/18 7/20 15/25 28/2 29/10 29/18
38/2 40/8 40/25 43/3 44/6 44/7 64/11 64/12
64/18 64/25 67/25 67/25 69/6 73/8 75/3
77/16 79/11 79/12 82/7 88/5 88/6 89/20
89/21 89/21 94/5 97/16 101/6 101/17 102/16
102/17 103/1 104/12 108/5 108/25 110/12
110/21 115/24 116/14 116/21 117/22 118/8
118/9 118/13 118/14 118/16 118/19 118/20
119/13 119/13 126/25 131/9 137/15 140/17
140/20 141/2 145/5 146/3 154/1 156/16
156/25 157/1 157/16 157/17 162/6 162/10
162/12 162/17 162/21 163/13 164/21 167/3
170/7 170/10 171/21 173/16 173/16 174/24
there [161] 5/4 5/8 5/11 5/21 19/3 19/21
19/22 21/1 22/3 22/4 24/7 27/12 27/21 28/9
28/16 28/17 29/2 29/6 29/10 29/12 30/3
30/13 30/15 30/15 30/16 30/18 30/19 30/19
31/19 31/23 32/2 32/12 33/19 34/15 35/4
35/18 35/20 35/22 36/2 36/13 37/3 37/18
37/25 38/2 39/9 39/11 39/19 43/13 45/23
49/24 54/1 54/19 55/20 55/20 57/6 58/15
58/17 60/2 61/2 62/2 65/19 66/17 71/24
72/14 73/23 74/20 77/11 78/6 78/19 80/11
80/18 80/21 80/23 81/16 81/21 82/15 83/14
86/9 88/15 90/7 91/24 92/25 93/21 94/9
94/14 94/16 94/19 96/20 96/21 97/4 104/1
104/10 105/21 107/5 107/11 107/19 107/21
108/13 108/17 108/18 108/18 111/24 116/14
116/14 116/20 117/11 118/17 124/3 126/19
130/14 130/19 132/16 135/9 135/11 138/2
138/19 138/24 139/14 139/23 140/2 140/2
140/4 140/7 141/20 142/15 142/17 143/20
148/4 149/3 149/19 150/11 150/20 151/8
151/9 151/13 153/24 154/1 155/16 155/20
155/23 157/24 158/10 159/9 159/20 159/20
159/24 160/19 161/11 161/12 161/19 162/16
162/22 163/3 163/12 163/14 164/14 164/16 168/8
168/24 173/16 174/12 175/15
There'll [1] 36/6
there's [17] 19/5 30/5 35/4 35/4 35/23 36/4
37/14 39/11 39/11 48/11 54/2 93/20 93/21
94/4 94/5 115/18 151/12
thereafter [3] 30/2 32/22 34/5
therefore [1] 4/10
thereto [1] 25/21
these [34] 14/21 16/6 19/23 20/2 20/16 25/11
25/23 25/25 26/10 27/11 35/24 37/11 37/13
38/8 38/16 38/18 39/8 41/7 43/23 44/13
51/10 73/21 116/10 121/20 121/25 122/13

134/4 143/1 143/2 145/16 145/17 159/16
164/21 174/5
they [172] 3/13 12/8 12/12 13/8 13/18 15/7
15/7 15/9 15/10 15/14 18/25 19/15 19/16
20/5 20/7 20/7 20/8 20/12 22/13 22/17 22/23
24/6 26/8 26/9 26/9 26/14 26/17 27/3 29/11
30/9 31/7 31/11 31/16 31/16 31/16 32/13
32/16 33/12 33/13 34/20 34/22 35/3 35/21
37/11 37/18 37/18 37/19 38/6 38/10 38/13
40/8 41/1 41/7 41/19 42/9 43/20 44/16 44/18
46/4 58/22 59/12 59/15 60/4 60/5 60/6 60/17
61/13 66/12 66/23 67/1 71/15 72/3 72/5 74/5
74/5 74/7 74/7 74/8 76/8 76/10 77/7 77/8
78/13 83/17 84/6 84/8 88/19 88/20 90/5
92/18 92/23 93/19 93/20 96/18 97/1 97/2
98/7 98/12 98/13 98/23 102/19 107/8 107/20
107/20 110/2 110/16 112/24 115/1 117/8
117/10 118/8 120/4 124/16 124/17 125/12
125/13 128/8 128/15 130/24 131/2 131/4
132/5 132/14 132/15 134/3 134/4 135/16
135/18 135/21 140/1 141/10 141/11 143/11
143/16 143/19 145/18 145/20 152/4 152/5
152/5 152/14 152/15 152/25 154/3 154/5
154/19 157/24 157/25 158/6 158/17 159/18
159/18 159/23 160/4 160/5 160/5 160/6
161/1 161/5 161/17 161/21 161/24 162/11
162/11 162/12 162/25 163/4 164/4 164/9
164/13 173/21 173/23
they're [21] 7/11 16/7 36/24 59/14 59/14
94/25 98/11 102/4 112/7 112/15 121/1 128/8
141/12 142/5 142/19 146/2 160/13 160/14
164/4 165/17 176/10
they've [1] 95/1
thing [21] 7/23 9/5 21/22 39/20 40/4 63/5
65/19 65/24 79/2 79/21 89/11 96/22 110/12
113/15 114/24 115/16 144/25 149/17 153/19
162/5 165/21
things [21] 18/11 22/18 23/25 25/25 26/22
27/7 28/1 40/17 41/25 41/25 42/1 66/25
90/22 92/2 95/25 99/3 99/5 104/14 116/10
135/12 165/11
think [23] 4/25 6/10 25/22 26/19 33/2 53/22
59/14 66/7 71/18 74/23 86/22 88/19 89/22
91/11 93/8 95/1 95/13 96/3 98/16 99/13
99/16 113/3 156/11
thinking [1] 126/9
third [4] 14/13 51/2 97/16 149/24
this [214]
those [38] 4/10 8/21 12/23 12/24 14/11 17/17
27/18 35/25 36/15 38/5 38/20 40/20 45/22
46/2 57/4 66/25 90/23 92/20 93/18 97/3
100/2 120/16 120/18 121/9 121/11 121/14
122/15 125/11 125/14 128/9 134/4 137/2
158/4 159/23 159/25 161/23 162/24 165/4
though [3] 14/16 89/15 128/2
thought [11] 10/8 11/1 28/1 71/22 72/4 72/5
72/7 72/23 96/4 161/5 161/6
thousand [1] 30/14
thousands [1] 21/6
threaten [1] 90/21
threatened [5] 4/5 10/21 12/17 15/4 33/20
threatening [5] 14/9 36/16 130/4 130/9
132/25
threats [18] 10/25 12/1 12/4 14/8 15/7 35/23
35/25 36/6
three [16] 3/25 10/17 10/24 14/2 14/21 21/16
37/3 46/2 69/21 114/7 120/9 120/13 128/8
135/8 145/2 161/19
through [9] 8/11 13/6 16/1 16/24 45/3 70/21
93/16 117/12 165/1
throughout [12] 6/1 6/2 7/7 17/13 18/25
20/10 20/14 21/4 36/7 39/8 41/1 41/16
thrust [1] 30/22

**T**

time [24] 3/21 7/23 9/16 10/12 10/19 11/12 15/11 18/15 18/15 21/7 21/20 22/10 22/10 23/17 24/12 24/12 24/12 24/12 24/15 24/15 24/15 26/1 26/21 27/13 27/16 27/20 31/19 32/21 33/22 33/25 34/2 34/11 35/20 36/19 37/7 37/9 37/16 38/1 38/17 39/10 39/24 40/9 54/18 55/25 65/1 68/9 68/16 68/20 68/24 69/23 70/9 72/1 72/9 72/16 72/25 74/4 77/14 77/16 78/23 80/12 81/12 82/15 83/7 83/10 83/18 83/21 84/17 85/7 85/11 86/8 86/20 95/14 96/3 96/17 99/6 101/14 103/14 103/24 104/1 104/12 104/21 105/3 108/17 109/22 111/5 111/6 111/13 111/22 112/5 113/6 115/5 122/23 125/2 125/11 130/4 130/5 130/8 130/9 130/19 130/24 133/4 133/15 134/8 135/20 135/23 137/21 138/9 138/11 138/12 138/14 138/14 138/20 139/1 139/4 150/9 150/13 150/17 152/2 154/3 154/5 155/21 168/18 174/20 174/21
time-honored [1] 21/7
timeline [1] 105/2
times [4] 18/25 31/24 38/22 70/19
title [1] 60/20
today [11] 2/10 3/2 4/3 5/20 7/4 7/17 29/14 37/1 40/18 64/6 175/18
together [4] 18/1 37/13 57/6 154/2
told [33] 10/12 10/14 10/15 16/19 17/1 22/18 23/5 23/12 24/6 24/9 24/20 24/24 25/14 25/18 26/10 26/24 27/1 29/8 39/4 39/9 40/20 41/8 81/16 81/21 88/25 117/16 117/23 118/8 118/22 118/24 150/17 150/20 151/2
tomorrow [6] 37/1 175/1 175/5 175/7 175/11 176/14
tone [3] 84/11 84/14 114/13
too [6] 34/6 35/15 102/17 120/10 149/1 149/4
took [23] 10/7 20/17 21/5 25/12 29/24 32/14 38/6 38/16 56/13 65/9 69/5 69/6 113/9 116/15 116/18 116/19 116/20 116/24 127/11 139/20 140/20 143/18 152/15
top [2] 53/20 67/25
touch [5] 26/6 26/7 33/17 40/3 53/21
toward [6] 153/6 154/22 154/25 155/1 155/5 155/9
towards [5] 23/19 93/20 152/7 155/13 162/23
town [10] 31/7 31/22 35/6 85/20 93/20 134/25 135/1 135/3 135/4 137/22
towns [1] 133/14
tradition [2] 22/1 107/18
traditionally [1] 20/23
traditions [4] 13/24 19/21 20/2 21/13
Transcript [1] 1/24
transcription [1] 1/25
transgression [1] 13/12
translate [1] 157/15
translated [3] 156/7 156/17 156/25
translation [1] 88/17
translations [1] 88/10
transmitting [1] 14/8
transpired [1] 93/16
transport [1] 139/16
transportation [1] 141/8
transverses [1] 148/20
trap [2] 12/8 12/8
travel [8] 55/10 85/15 85/20 86/16 105/8 106/10 112/21 139/21
traveled [5] 23/18 23/23 86/6 105/13 125/18
traveling [2] 37/13 121/17
treated [1] 104/14
trial [20] 1/8 3/25 14/19 17/13 17/16 21/4 24/4 24/11 29/20 30/16 36/8 36/9 37/23

trials [1] 98/22
tried [1] 38/11
trip [4] 10/7 24/10 27/25 28/2
trouble [5] 39/19 72/24 78/14 78/16 119/10
true [12] 17/5 17/5 17/9 20/9 23/3 40/25 40/25 41/1 41/5 41/15 98/7 98/13
truly [2] 22/22 40/3
truth [15] 27/8 91/16 92/16 92/19 92/21 92/25 95/22 96/10 97/1 97/8 97/11 97/25 98/11 98/11 98/24
truthful [1] 25/15
truthfulness [3] 98/18 98/21 98/22
try [8] 18/6 18/9 25/2 34/17 40/23 76/12 84/25 166/12
TUCKER [2] 1/15 2/8
turn [3] 49/18 68/9 93/24
turned [6] 9/3 12/6 116/21 117/6 117/7 131/14
twelve [5] 138/22 146/7 146/9 146/9 146/23
twelve-minute [2] 146/7 146/9
two [38] 5/20 7/6 24/24 37/12 39/7 55/18 57/2 57/2 57/4 58/5 58/15 60/7 61/23 68/13 90/7 94/12 114/7 118/15 118/18 118/20 118/21 124/13 124/14 125/2 125/2 125/11 125/14 131/10 131/12 137/2 137/2 137/2 144/24 148/4 154/1 155/15 155/16 160/7
type [3] 20/23 152/23 160/4
types [2] 20/15 65/12
typewritten [1] 93/15
typical [4] 9/18 68/20 68/24 69/1
typically [6] 7/16 133/2 138/14 139/15 140/15 152/3

**U**

U.S [2] 1/4 1/16
UAE [11] 51/25 52/3 52/5 52/11 52/14 53/9 53/18 54/8 54/14 54/18 55/2
Uddin [2] 142/7 142/8
Uh [2] 100/22 136/14
Uh-hum [2] 100/22 136/14
ultimately [1] 26/24
ultimatum [3] 9/8 13/3 16/9
unanticipated [2] 3/22 4/5
uncertain [1] 10/15
uncharacteristically [1] 15/24
uncle [11] 10/13 10/18 10/21 11/24 12/7 58/23 110/10 115/10 127/7 128/2 158/25
uncles [3] 18/17 57/9 57/11
uncommon [1] 19/5
under [6] 10/13 16/24 18/2 29/5 41/8 93/10
underlying [1] 97/25
understand [22] 31/19 58/2 61/7 67/6 68/22 89/3 109/22 111/12 111/16 126/12 127/3 127/24 128/4 128/23 134/15 143/1 156/11 160/14 160/17 161/3 164/8 164/15
understandably [1] 26/18
understanding [23] 5/11 6/3 31/13 59/2 60/7 65/14 66/20 66/22 67/10 67/22 71/9 71/14 71/21 89/6 93/18 102/3 109/24 116/2 128/18 141/15 141/19 161/22 176/1
understands [1] 8/2
understood [9] 25/17 33/5 38/19 39/23 91/12 128/4 159/13 161/5 175/25
undoubtedly [2] 28/17 40/17
unfortunately [1] 35/11
unharmed [1] 37/17
unindicted [1] 90/18
UNITED [39] 1/1 1/2 1/10 1/12 2/4 2/9 4/18 7/8 8/5 8/14 10/5 11/2 11/7 11/10 11/13 11/18 11/19 12/20 14/14 15/24 23/24 33/9 33/24 34/3 38/4 51/25 52/1 54/4 54/9 59/20 59/24 70/13 70/14 72/10 74/10 74/13 74/22

74/24 75/11
unless [2] 16/10 97/5
unmistakably [1] 12/25
unrelenting [1] 11/25
unsuccessful [1] 12/15
unsuspecting [1] 9/2
until [7] 7/20 16/13 16/14 27/17 64/24 87/3 176/17
unusual [6] 19/1 19/2 20/13 20/15 30/5 126/7
up [32] 5/19 15/9 16/5 19/16 27/16 28/11 28/12 35/11 38/14 38/18 41/4 42/2 43/21 46/3 46/7 49/21 52/3 52/5 53/22 57/17 61/8 70/7 87/16 91/14 93/24 119/2 122/13 124/11 133/19 137/13 161/20 176/5
upbringing [1] 28/11
upon [9] 7/18 18/7 27/21 30/22 60/21 96/17 96/23 98/4 167/12
upper [1] 67/24
upset [2] 35/3 35/8
upwards [1] 30/14
urge [1] 38/12
urged [1] 39/15
urges [1] 39/18
us [38] 2/10 17/10 20/15 21/10 21/13 40/14 41/12 41/13 50/7 51/4 74/5 81/21 82/3 83/17 83/19 88/23 88/24 88/25 89/9 104/21 104/25 111/11 114/11 114/12 115/9 115/12 117/8 129/24 130/22 132/7 134/5 154/20 155/9 155/17 162/11 162/13 164/7 164/7
use [13] 3/5 32/15 51/14 88/11 89/7 90/4 120/10 135/20 136/1 139/16 140/4 141/16 157/11
used [4] 74/6 75/2 142/17 144/1
using [8] 18/18 36/12 114/13 122/22 135/14 135/16 135/17 159/18
usual [1] 69/1
usually [1] 151/16
utilize [1] 30/20
utilized [1] 32/7
utilizing [1] 88/16
utterance [5] 92/10 92/19 96/7 96/16 97/16

**V**

Vader [1] 49/22
values [1] 13/24
van [31] 139/16 139/17 139/18 139/20 139/21 140/3 140/5 140/7 140/9 140/13 140/17 140/20 141/1 141/1 141/5 141/8 141/16 141/21 142/15 142/21 143/14 143/17 143/20 148/15 150/24 151/5 151/8 151/9 151/15 151/23
vans [9] 141/10 141/11 141/13 142/18 142/19 143/2 143/2 143/18 143/21
various [6] 18/25 20/15 21/8 23/24 34/16 34/16
vary [1] 139/1 139/4
varying [1] 24/3
vehicle [1] 170/19
veil [2] 144/2 144/3
venue [1] 93/2
verdict [1] 42/11
Verma [2] 1/20 156/21
version [5] 45/4 63/7 63/8 63/10 63/11
versus [2] 1/4 2/5
very [33] 5/1 7/3 7/23 7/23 9/21 13/24 16/2 16/13 18/10 18/10 21/10 26/2 30/12 35/8 35/15 39/20 42/5 42/8 42/8 42/12 42/25 76/22 87/21 93/15 96/3 96/18 96/22 104/4 107/19 135/5 154/20 164/22 175/6
viciously [1] 13/15
videographer [1] 30/15
view [4] 42/8 96/15 98/16 145/21
views [3] 71/22 71/23 71/24

Case 1:13-cr-00159-WFK   Document 92   Filed 01/05/17   Page 198 of 199 PageID #: 6712

## V

village [46] 9/12 9/23 10/3 11/6 11/18 12/9
13/6 13/17 21/7 22/10 32/14 35/1 35/17 36/2
37/4 37/14 52/18 52/25 53/2 59/23 60/5 61/5
61/11 61/15 61/15 66/23 67/24 75/8 76/16
83/19 85/16 85/20 90/13 94/12 104/23
104/25 107/5 115/19 118/10 128/18 147/24
148/1 149/8 148/12 149/7 152/2
villagers [5] 30/10 35/2 39/13 73/24 74/1
villages [6] 20/11 61/12 61/13 61/18 133/14
143/19
violence [5] 10/22 12/1 12/6 12/21 15/19
violently [1] 13/15
virtually [1] 16/1
visa [5] 29/10 29/10 31/22 32/8 32/15
visions [1] 46/2
visit [2] 74/11 77/7
visited [1] 69/25
visiting [1] 10/8 73/20 81/15 83/17
visitors [7] 76/23 76/25 83/21 100/24 101/1
101/3 101/6
voice [8] 57/17 61/8 92/8 110/12 114/12
129/14 173/13 173/14
voices [3] 94/1 164/1 164/2
votes [2] 60/24 60/25
vowed [1] 8/21

## W

waged [1] 11/25
wait [2] 99/11 146/16
waiting [6] 6/7 88/4 89/18 99/10 100/2
151/18
wake [2] 19/16 49/21
walk [15] 37/23 37/24 70/9 75/9 140/12
140/15 140/21 140/23 141/5 148/22 151/25
152/9 153/12 153/13 153/13
walked [3] 93/16 140/11 140/16
walking [12] 37/15 107/6 140/25 141/2 152/3
152/4 152/7 152/16 152/17 152/18 152/21
154/18
wall [4] 158/10 167/17 168/25 169/5
walls [2] 104/22 132/24
wander [1] 24/23
wandering [2] 24/21 46/3
want [20] 10/1 15/3 24/7 31/8 44/24 59/13
78/6 89/18 97/2 99/4 109/1 109/20 111/7
123/19 124/10 138/19 140/1 140/2 156/8
164/8
wanted [17] 23/2 23/16 26/2 26/3 26/3 28/24
28/25 40/15 46/8 70/11 91/24 102/14 109/15
127/1 127/2 139/13 160/17
wants [4] 29/8 44/25 97/7 127/9
warned [1] 9/4
was [437]
wasn't [6] 28/24 39/24 96/4 112/11 132/22
135/17
water [4] 43/12 99/20 115/21 115/22
wave [1] 153/9
waved [1] 153/6
way [31] 20/5 21/1 21/9 23/22 27/24 33/13
33/13 35/6 35/9 36/21 37/5 37/20 39/18
58/11 74/5 79/6 83/16 84/11 84/24 90/10
91/14 91/15 94/6 120/19 136/2 140/25
152/16 152/17 152/20 156/11 168/16
ways [3] 16/13 21/7 132/22
we [180]
we'll [26] 5/2 61/24 61/25 63/3 64/13 64/18
64/24 64/24 64/25 79/11 79/12 86/25 87/3
87/20 88/5 88/6 89/21 91/1 109/1 130/2
145/5 146/7 156/7 165/1 175/12 175/12
we're [39] 2/4 6/1 6/2 6/7 7/9 7/7 7/21 13/23
21/1 23/6 34/19 40/11 41/21 41/22 49/19

58/18 86/22 87/4 88/4 95/5 96/19 97/22
98/10 105/2 112/16 118/18 121/5 125/12
125/13 135/20 135/21 156/7 156/14 156/19
157/13 157/17 174/24 175/4 176/14
we've [2] 5/10 88/14
wealthy [4] 18/10 59/14 60/4 60/6
wear [1] 150/7
wearing [1] 150/6
wedding [22] 10/9 23/16 23/19 27/11 30/3
30/9 32/3 32/3 32/3 56/11 56/13 56/17 68/10
68/13 69/3 69/7 69/14 69/24 70/12 75/22
75/24 76/3
weddings [5] 21/5 23/25 24/1 68/21 68/25
wee [1] 19/8
week [8] 3/19 7/4 16/20 18/9 82/19 82/20
83/1 138/5
weeks [14] 3/25 8/14 9/13 15/8 28/2 78/21
124/13 124/14 125/2 125/2 125/11 125/14
131/10 131/12
weight [1] 10/25
welcome [1] 157/10
well [38] 3/4 20/21 22/9 25/4 38/18 40/21
41/2 45/4 46/1 61/18 64/22 74/5 83/14 92/18
92/23 94/7 95/1 95/10 98/6 103/23 103/25
112/6 115/19 115/20 115/21 115/21 115/22
117/21 118/9 125/4 126/12 128/24 131/18
138/4 139/14 164/20 165/7 170/6
wells [1] 118/14
went [40] 7/24 11/19 17/7 21/23 24/16 27/25
28/4 32/13 34/1 42/3 55/19 58/14 70/13
70/14 70/15 73/15 81/15 82/3 82/4 82/7 86/9
119/22 122/11 124/3 125/9 125/25 126/3
131/2 131/5 131/7 135/11 139/17 143/25
150/22 155/19 162/18 163/14 163/15 163/18
163/19
were [203]
weren't [1] 135/16
WFK [1] 1/3
what [261]
what's [21] 28/8 31/13 36/20 36/23 43/4 44/3
47/22 48/1 50/13 53/3 60/25 89/9 89/10 95/8
113/14 153/19 162/5 166/15 169/25 170/10
174/4
whatever [13] 3/17 6/4 26/17 38/15 40/6
40/19 49/24 74/17 87/6 88/19 111/5 131/4
138/18
wheat [7] 133/19 133/22 133/22 134/1 134/1
134/4 134/6
when [193]
whenever [2] 122/22 140/1
where [102] 7/11 11/19 12/10 18/16 19/3
21/6 23/20 27/16 27/17 29/4 29/16 30/10
30/14 36/13 38/13 38/14 51/20 52/16 53/8
53/8 53/18 54/7 54/11 61/12 61/15 69/3
70/25 73/14 75/7 76/20 78/20 82/4 82/10
90/10 91/1 93/15 93/20 94/4 96/1 96/18
96/21 101/8 107/16 107/22 115/17 125/8
125/23 126/14 126/16 128/16 131/12 131/21
133/18 133/25 140/18 144/15 149/7 149/18
149/19 151/15 151/22 154/17 154/18 154/22
154/22 155/1 155/5 155/9 155/13 155/19
157/21 158/6 163/13 164/17 164/18 165/7
167/11 167/20 167/23 168/9 168/10 168/11
168/17 168/19 169/2 169/4 169/13 169/19
169/20 170/17 170/18 170/19 170/22 171/5
171/11 171/17 171/21 171/24 172/1 172/3
172/8 173/23
Where's [1] 148/1
Whereupon [1] 176/16
wherever [3] 110/4 135/10 139/25
whether [24] 4/6 17/16 34/21 34/22 37/22
37/23 53/20 70/3 70/12 70/13 72/2 76/2
78/24 84/16 85/10 93/9 97/13 98/6 98/12

112/1 135/3 150/16 151/1 151/5
which [28] 3/25 12/22 30/3 32/8 42/14 45/4
50/14 55/21 63/7 63/11 63/15 63/22 64/12
88/18 91/8 91/21 93/8 93/21 96/23 98/2
123/2 131/9 132/22 142/23 148/12 148/15
165/25 172/16
whichever [1] 157/12
while [19] 6/7 10/5 13/16 15/12 18/23 20/9
23/3 52/5 55/12 67/6 80/18 80/20 80/23
88/17 89/24 89/25 100/1 107/13 126/7
whisper [2] 88/20 89/3
who [133] 3/2 5/9 5/19 5/21 6/2 8/10 8/14
8/19 9/22 12/16 13/9 14/22 16/2 17/22 17/24
17/25 18/11 18/14 18/20 21/10 21/20 21/22
22/4 22/8 23/13 23/14 24/14 26/1 26/7 31/1
34/10 34/12 35/11 36/3 36/5 36/22 37/3
37/15 39/13 39/13 39/13 40/8 40/13 46/16
50/4 50/21 50/25 51/2 51/4 51/6 51/8 52/5
52/22 56/2 56/4 56/20 56/22 58/2 58/5 60/24
66/2 66/8 67/4 67/6 67/12 68/1 71/4 72/4
73/8 75/19 77/2 77/6 77/9 80/10 80/23 81/9
83/24 85/13 85/22 86/6 97/5 101/1 101/11
101/20 101/23 105/16 105/19 106/15 107/25
108/3 108/11 108/17 110/7 110/9 110/11
110/13 112/20 115/9 116/2 116/24 117/21
124/23 126/18 127/3 127/24 129/6 129/7
129/15 130/12 134/10 134/12 136/1 138/19
139/17 143/18 151/9 151/12 152/12 153/3
155/3 157/24 159/8 159/19 159/25 160/14
160/14 160/17 160/23 161/5 161/18 163/7
163/25 164/9 164/15 174/8
who's [3] 60/21 106/17 116/4
whoever [3] 117/11 138/17 138/17
whole [14] 16/15 20/11 26/25 29/21 67/24
68/13 80/12 103/10 103/14 115/25 132/15
132/23 144/16 144/17
whom [2] 37/5 39/12
whose [8] 19/7 86/1 86/2 105/11 113/21
163/16 166/25 170/15
why [58] 16/7 20/22 24/16 27/25 36/22 38/1
38/22 39/4 46/2 54/18 61/21 64/11 69/7
74/16 78/4 78/10 78/12 79/10 81/14 82/12
82/14 82/16 82/24 83/1 87/2 89/9 89/20
91/18 97/4 98/10 98/23 102/19 108/13
112/11 113/20 113/24 116/22 117/7 119/8
122/20 122/24 123/10 124/1 124/14 124/19
128/4 132/3 133/20 135/17 137/13 137/13
137/16 146/13 155/5 155/9 156/8 168/16
172/20
wields [1] 18/7
wife [3] 18/22 31/11 37/12
will [133] 4/15 5/13 5/25 7/5 7/12 7/12 7/14
7/16 8/1 8/4 9/6 9/6 9/7 10/1 12/14 12/19
13/4 14/19 14/21 14/23 14/25 14/25 15/2
15/6 15/7 15/9 15/14 15/15 15/18 15/18
15/23 16/4 16/7 16/9 16/12 17/4 17/16 17/22
17/23 18/6 21/11 21/15 22/13 22/21 23/3 23/7
24/3 24/7 24/8 24/11 25/6 25/11 26/5 26/7
26/12 26/17 27/10 27/20 28/16 29/1 29/19
29/20 32/20 33/3 34/1 34/25 35/9 36/17
37/20 38/22 38/23 39/1 41/4 41/11 41/16
42/5 42/14 43/3 43/20 48/17 49/18 49/21
49/23 53/22 58/2 62/1 64/9 64/12 69/9 79/6
79/8 87/16 89/2 89/2 92/2 93/3 96/1 96/14
97/2 97/20 98/6 98/12 98/24 99/25 102/19
111/7 111/8 120/13 123/18 127/17 127/18
127/21 127/22 128/14 129/25 130/1 130/1
130/5 130/5 130/9 146/3 147/8 149/2 156/16
156/16 156/23 156/25 156/25 157/2 169/18
175/5 175/9 175/11
WILLIAM [4] 1/9 2/2 42/25 88/2
window [1] 122/6
wine [1] 75/3

**W**

wishes [1] 10/25
withdrew [1] 4/10
within [23] 18/20 20/2 20/10 20/17 20/18
20/20 21/2 21/5 21/14 21/18 22/17 25/2
30/21 30/25 31/20 31/23 34/25 36/2 66/23
71/17 92/5 92/5 113/3
without [12] 2/24 4/22 11/9 11/13 40/11
77/18 84/10 112/4 130/22 131/2 131/4
135/22
witness [46] 5/12 5/21 16/24 21/22 37/7
42/15 42/23 43/23 48/5 48/7 48/14 48/21
53/3 63/2 64/4 64/9 64/24 88/18 90/25 93/16
94/11 97/14 99/14 99/19 119/24 120/1 145/2
146/4 146/5 147/3 147/5 147/9 148/4 148/5
159/22 164/24 169/15 171/20 171/23 172/2
172/5 172/7 172/10 172/12 174/22 175/9
witnessed [1] 28/12
witnesses [11] 5/13 5/13 6/3 16/23 20/21
20/21 29/4 29/25 30/7 37/9 98/21
woman [1] 28/16
women [2] 21/14 71/19
won't [4] 16/14 39/19 43/1 134/4
word [4] 158/12 171/14 171/18 172/6
words [3] 16/6 39/18 134/18
wore [3] 143/25 144/7 144/22
work [11] 19/17 28/17 38/6 49/23 54/19
54/21 54/23 54/24 133/5 136/9 136/12
worked [2] 8/9 151/9
working [6] 7/15 19/13 27/14 54/1 90/6
176/5
workout [1] 114/15
works [4] 18/8 79/6 141/8 159/9
world [10] 14/1 20/10 20/14 30/18 42/8 42/8
42/9 42/9 104/21 132/23
worried [4] 34/7 40/3 40/6 115/6
worse [1] 15/10
worth [1] 25/23
would [134] 2/17 2/22 3/7 3/23 3/25 4/13
5/18 9/13 10/9 10/12 10/14 11/2 11/15 13/18
16/11 16/21 17/10 19/7 19/8 19/16 21/19
22/16 26/6 26/8 26/9 26/9 26/11 26/11 26/16
26/17 26/21 27/2 27/2 27/3 27/3 27/9 29/6
31/16 31/16 31/16 31/25 32/7 34/8 34/12
40/24 41/18 43/2 43/6 48/13 49/8 52/25
55/10 57/13 58/19 61/17 70/19 70/20 73/25
73/25 74/11 79/4 83/14 84/6 84/9 86/20
86/22 90/22 90/24 91/15 92/7 92/20 92/21
92/22 95/2 95/11 97/4 99/16 100/16 111/10
112/20 113/4 117/10 119/9 122/24 132/23
133/2 134/3 135/21 136/7 136/11 136/19
136/24 138/14 138/20 138/20 138/23 138/23
139/1 139/1 139/4 139/9 139/10 139/15
140/4 140/9 140/12 140/15 140/21 140/25
141/4 141/5 142/21 142/24 143/20 143/21
143/21 144/23 144/24 146/4 146/6 147/15 150/7
150/12 150/12 151/16 152/2 152/3 156/6
156/8 156/12 156/18 156/18 156/19 171/8
174/20
wouldn't [3] 38/2 43/22 91/25
write [3] 9/7 97/23 99/2
writing [1] 91/9
written [3] 122/10 122/20 122/24
wrong [2] 31/20 117/12

**X**

Xs [1] 171/6

**Y**

Yasmin [2] 55/23 56/2
yeah [34] 45/2 45/9 47/4 47/15 48/11 49/5
50/10 54/1 56/1 58/17 106/11 108/14 110/20
113/5 114/7 115/2 115/13 116/3 117/15
118/2 118/4 118/25 119/16 120/6 134/17
136/23 137/2 137/20 139/11 140/6 140/8
142/25 143/15 144/4
year [14] 8/10 11/17 13/13 13/15 30/9 30/9
50/12 56/13 56/16 109/6 109/8 109/10
109/16 133/20
years [21] 8/8 9/16 9/17 10/5 10/17 10/24
17/20 20/25 22/2 22/12 23/14 23/15 23/23
27/19 55/3 66/5 66/7 69/20 69/21 73/16 74/9
yell [1] 49/21
yelled [2] 119/13 119/15
yellow [5] 8/11 8/24 27/14 148/19 169/5
yes [319]
yet [4] 32/20 88/13 96/20 120/5
YORK [12] 1/1 1/13 1/14 1/18 1/18 1/22
8/10 8/12 9/19 19/14 29/11 32/8
you [1068]
you'd [3] 43/12 49/15 170/22
you'll [62] 18/2 18/6 18/12 18/14 18/22 19/3
19/6 19/9 19/11 19/17 19/20 19/24 20/13
20/20 20/24 21/4 21/9 22/20 23/22 24/14
25/9 25/16 25/22 27/24 28/9 29/13 29/23
30/2 30/5 30/7 30/12 30/15 31/18 31/23 32/1
32/4 32/11 32/18 33/14 33/19 33/25 34/8
34/15 35/6 35/18 36/13 36/25 37/5 38/15
39/8 39/16 39/22 39/23 39/23 39/25 39/25
40/18 40/18 40/20 43/13 91/4 149/2
you're [28] 17/3 31/9 40/2 40/3 40/6 40/14
45/10 50/18 90/4 92/10 92/16 96/9 96/10
109/10 124/23 149/19 155/17 156/10 156/19
157/10 157/12 157/14 157/15 157/15 171/5
171/15 171/18 175/3
you've [3] 91/5 101/20 164/25
young [11] 8/18 8/19 9/21 10/2 15/1 18/22
22/8 28/16 71/18 71/19 102/18
younger [2] 21/21 69/18
youngest [5] 8/12 50/21 50/22 50/25 51/6
your [404]
your Honor [5] 64/5 64/17 76/13 80/5 86/18
yours [2] 98/25 134/19
yourself [7] 36/19 37/22 43/13 119/3 140/15
141/5 163/21
yourselves [1] 175/2

**Z**

Zameer [18] 37/8 134/11 134/12 134/21
135/6 135/7 135/13 135/13 136/1 136/2
136/4 136/19 136/22 137/3 153/4 153/11
161/11 167/6