```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    ------------------------------------x
      UNITED STATES OF AMERICA,
 3
                                           13 CR 150(WFK)
 4             versus
                                           U.S. Courthouse
 5    MOHAMMAD AJMAL CHOUDHRY,             225 Cadman Plaza East
                                           Brooklyn, NY 11201
 6                       Defendant.        June 25, 2014
      ------------------------------------x
 7

 8                   CRIMINAL CAUSE FOR JURY TRIAL

 9           BEFORE THE HONORABLE WILLIAM F. KUNTZ, II

10                 UNITED STATES DISTRICT JUDGE

11                          APPEARANCES

12    For the Government:        LORETTA E. LYNCH
                                 United States Attorney
13                               Eastern District of New York
                                 271 Cadman Plaza East
14                               Brooklyn, New York 11201
                                 BY:  AMANDA HECTOR, ESQ.
15                                     MARGARET GANDY, ESQ.
                                       RICHARD TUCKER, ESQ.
16                                     Assistant U.S. Attorneys

17    For the Defendant:         FEDERICK SOSINSKY, ESQ.
                                 45 Broadway, 30th Floor
18                               New York, New York 10006

19    Punjabi Interpreters:      Ashutosh Mishra
                                 Ravi Kotru
20

21    Court Reporter:            LISA SCHMID, CCR, RMR
                                 Official Court Reporter
22                               225 Cadman Plaza East
                                 Brooklyn, New York 11201
23                               Phone:  718-613-2644
                                 Fax:  718-613-2379
24
      Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.
```

```
 1                    (In open court, outside the presence of the jury.)
 2              THE CLERK:  All rise.  We're here for day three of the
 3    trial.  USA versus Choudhry, Docket Number 13 CR 150.
 4              Counsel, may you please state your appearances for the
 5    record?
 6              MS. HECTOR:  Amanda Hector, Margaret Gandy and Richard
 7    Tucker for the government, along with Special Agent Matthew
 8    McGuire.  Good morning, Your Honor.
 9              THE COURT:  Good morning.  Please be seated.
10              MR. SOSINSKY:  Fred Sosinsky for Mr. Choudhry.  Good
11    morning, sir.
12              THE COURT:  Good morning sir.  Please be seated.
13              And Mr. Choudhry is coming in now.  Yes.  Please.
14              Good morning, sir.
15              Please be seated.
16              Do we have any preliminary issues to address before we
17    bring the jury in?
18              MS. HECTOR:  Just one thing.
19              THE COURT:  Yes?
20              MS. HECTOR:  Just a point of clarification -- and I
21    and apologize.  We probably should have made this clear to the
22    Court, in advance.  But there was some confusion yesterday
23    about defense counsel was I think doing an impeachment by prior
24    inconsistent statements --
25              THE COURT:  Yes?
```

```
 1         MS. HECTOR:  -- based on notes from the agent, and I
 2    just wanted to make clear to the court that the materials he
 3    was using is part of 3500 material that was provided to the
 4    Court and defense counsel, and what those represent are sort of
 5    underlying handwritten notes from meeting where agents took
 6    notes as well as then the agents type up a sort of copy or a
 7    summary of the interview and not a transcript.  So I just
 8    wanted to make that clear.
 9         THE COURT:  That, I knew, and the reason I was
10    bringing the examination to a close on that point is,
11    Mr. Sosinksy, you have had ample opportunity to request the
12    witness to address the question of the conversation.  She
13    addressed it on direct, she addressed it on cross, but if the
14    prosecution and defense counsel wish to have a stipulated fact
15    go to the jury, that there was an occasion on which the witness
16    told the agents that she, rather than the person she was
17    speaking to, terminated that particular conversation.  In other
18    words, the point that you said you wanted to address, I
19    wouldn't have a problem if two sides wanted to have that as a
20    stipulated fact and we'll put that before the jury.
21         Now, I understood that you were working from 3500
22    material and not transcripts.  But it just seems to me of
23    that's point you're getting to, that could either be done by a
24    simple stipulation of the fact that there was on that one
25    occasion, if there was one occasion, a statement by the witness
```

```
 1    that she terminated the telephone conversation.

 2           Or if a conversely, Mr. Sosinsky wants to have the

 3    witness back on his case to ask that one question, did there

 4    come a time when you told the agents that you terminated that

 5    conversation, the witness can say, yes, no, or I don't know,

 6    which seem to me that if, if fact, there was such an occasion,

 7    you might as well put it in a stipulated fact.  That's simply

 8    something that you and the prosecution can talk about.

 9           But as I often said to my law clerks and courtroom

10    deputy or perhaps some consider me a clown, this isn't my first

11    rodeo.  So I was aware of the fact that you were not working

12    from deposition transcripts in a multibillion dollar takeover

13    case, rather than 3500 material.  So in any event --

14           MS. HECTOR:  Well, we'll discuss --

15           THE COURT:  Yes.  Either way, you can work it out.  It

16    seems to me if that's the only point, then you can address it,

17    I think, simply by a stipulated fact, to the extent there is a

18    statement in the 3500 materials where he told an agent at some

19    point, according to the agent's note, that's she hung up the

20    phone.  Who hung up on who?  Well, it's not the first time that

21    people had raised about that in he said/she said conversation.

22           Okay.  Anything else?

23           MS. HECTOR:  No, Your Honor.

24           THE COURT:  All right.  Please be seated, sir.

25    Actually, you can stand up 'til we bring the jury in, and we'll
```

```
 1   bring the jury in now.

 2              (Discussion off the record.)

 3              THE CLERK:  All rise.

 4              (Jury enters.)

 5              THE COURT:  Good morning, ladies and gentlemen of the

 6   jury.  Again, I thank you for your patience.  We have been

 7   going over some technical points with the lawyers.  Please be

 8   seated.  We're now ready to start.  I think we can move things

 9   along with some alacrity.

10              Please sit down.  I'm going to ask you whether you had

11   spoken with anyone about your testimony or your -- or the case

12   since leaving the witness stand yesterday evening?

13              THE WITNESS:  No, Your Honor.

14              THE COURT:  Okay.  Thank you.

15              You may continue your examination, counsel.

16              MR. TUCKER:  Thank you, Your Honor.

17                      DIRECT EXAMINATION(CONTINUED)

18   BY MR. TUCKER:

19   Q    Agent Heck, when we broke yesterday, you were testifying

20   about how you participated, along with other agents, in the

21   arrest of the defendant on February 25th, 2013.  Do you

22   remember that.

23   A    Yes, I do.

24   Q    After the defendant's arrest, and after you received word

25   about the murders in Pakistan, did you and other U.S.
```

```
 1    government officials begin to make arrangements to bring Shujat

 2    Abbas and his surviving family members to the United States?

 3    A    We did.

 4    Q    Why did you do that?

 5    A    One, for their safety, and two, as potential witnesses to

 6    our ongoing investigation.

 7    Q    What did you do?

 8    A    We started the paperwork process for what is known as a

 9    significant public benefit parole.

10    Q    What is significant public benefit parole?

11    A    A significant public benefit parol allows the U.S.

12    government to bring persons into the United States, gives them

13    temporary authorization to be present in the United States.

14    Q    What kind of process do you have to go through as

15    requesting agent to obtain significant public benefit parole --

16              MR. SOSINSKY:  Objection, Your Honor.

17              THE COURT:  Overruled.

18    BY MR. TUCKER:

19    Q    -- for someone?

20    A    As the requesting agent, I have to complete some internal

21    paperwork.  That internal paperwork then goes to the head of

22    our office, known as the Special Agent in charge, here in New

23    York, and he either concurs or approved, and so he approved and

24    that paperwork then goes to our Washington, D.C. headquarters

25    on the concurrence.
```

```
 1   Q    What kind of vetting process do you go through for someone

 2   who's being considered for significant public benefit?

 3                MR. SOSINSKY:  Objection.

 4                THE COURT:  Overruled.

 5   A    There's a vetting process where other entities receive the

 6   names of person that we may want to bring to the United States,

 7   on a signature public benefit parole, and those entities make

 8   sure, along with us, that there's no public safety or national

 9   security interest for those persons to enter the United States,

10   regardless of where they're from.

11   BY MR. TUCKER:

12   Q    You're referring to U.S. government entities that operate

13   both within the United States and outside the U.S.?

14   A    Yes, and other government agencies as well.

15   Q    When someone receives significant public benefit parole,

16   does that mean that they get to stay inside the United States

17   indefinitely?

18   A    No, it does not.

19   Q    How long is the term for significant public benefit parole?

20   A    The term is usually one year.

21   Q    Can that be renewed?

22   A    It can be renewed.

23   Q    Does someone on parole have formal immigration status in

24   the United States?

25   A    They do not have a formal immigration status while here in
```

```
 1   the United States.
 2   Q    Under what circumstances can they be removed from the
 3   United States?
 4              MR. SOSINSKY:  Objection.
 5              THE COURT:  Overruled.
 6   A    They could be removed from the United States once the
 7   criminal investigation has completed, primarily.
 8   BY MR. TUCKER:
 9   Q    Do they have to be removed at that point?
10   A    They don't have to be removed.  It is incumbent upon the
11   people who receive the significant public benefit parole to
12   find legal status here in the United States, if they choose to
13   remain here.
14   Q    Did Shujat Abbas and his surviving family receive this
15   significant public benefit parole that you have been testifying
16   about?
17   A    Yes, Shujat Abbas, his sister Seemab Asghar, his sister
18   Nayab Asghar, and this mother Rukhsana Kousar received
19   significant public benefit paroles.
20   Q    When were they granted that parole?
21   A    March of 2013.
22   Q    When did they arrive in the United States?
23   A    March of 2013.
24   Q    Is that about March 28?
25   A    That sounds correct, yes.
```

```
 1   Q    When Shujat and his family left Pakistan to come to the

 2   United States, in March 2013, were you and other U.S. agents

 3   monitoring their efforts to fly out of Pakistan?

 4   A    Yes, myself, along with another agent here domestically, as

 5   well as some department of state agents overseas.

 6   Q    Did you make any efforts to determine whether they would

 7   actually be permitted to fly out of Pakistan?

 8   A    We did.  We wanted to ensure that their safety was primary

 9   concern leaving Pakistan, yes.

10   Q    What did you do?

11            MR. SOSINSKY:  Objection.

12            THE COURT:  Overruled.

13   A    We contacted the U.S. embassy in Lahore, Pakistan to ensure

14   that they, as much as possible, could get on the plane without

15   any problems.

16   BY MR. TUCKER:

17   Q    Why did you do that?

18   A    We were worried for their safety and worried as well for

19   the possible connection the Choudhry family had --

20            MR. SOSINSKY:  Objection.

21            THE COURT:  Overruled.

22   A    -- to the Pakistani government.

23   BY MR. TUCKER:

24   Q    Were Shujat and his surviving family members in Pakistan

25   able to get on that plane and leave the country?
```

```
1    A    Yes, they were.

2    Q    Once they arrived in the United States, what public

3    assistance have Shujat and his family received?

4    A    Yes, once they came into the United States, they were given

5    assistance, provided lodging, as long as meals and incidental

6    expenses.

7    Q    How much did they receive for meals and incidental

8    expenses?

9    A    Total, I believe it was about $8,300.

10   Q    Does the Asghar family, Shujat and his family, do they have

11   authorization to work in the United States while their parole

12   is pending?

13   A    So, when I first completed the paperwork, we put in for

14   what is known as employment authorization cards for Shujat

15   Abbas, Seemab Asghar, and Rukhsana Kousar, we did not put in

16   for Nayab Asghar due to her age, I believe she was 17 at the

17   time.

18   Q    Did they receive work authorization?

19   A    Shujat Abbas did, as well as his sister Seemab Asghar.

20   Q    Why did you get work authorization for those individuals?

21             THE COURT:  Please use the mike --

22             MR. TUCKER:  I apologize, Your Honor.

23             THE COURT:  -- you too are drifting away.

24             MR. TUCKER:  My apologies, Your Honor.

25             THE COURT:  Put the question again, and we'll have an
```

```
 1   answer that the jury can hear.
 2   BY MR. TUCKER:
 3   Q    Why did you obtain work authorization for those
 4   individuals?
 5   A    We wanted them to have their own livelihood and not rely on
 6   government assistance was the goal.
 7   Q    At the conclusion of these proceedings, what will happen to
 8   Shujat and his family?
 9            MR. SOSINSKY:  Objection.
10            THE COURT:  Overruled.
11   A    They're significant public benefit parole will end, will
12   expire, and it's incumbent upon them, if they choose to stay in
13   the United States, to find a legal means to stay here.  If they
14   choose to go home, they can go home, or wherever they choose to
15   go.
16   Q    What are some of the legal means by which they could
17   theoretically stay here?
18   A    They could work with their attorneys or whoever they deem
19   see fit, and they can either apply for asylum.  If amnesty
20   comes up along, they can apply for Amnesty or they could
21   attempt to get some type of other visa.
22   Q    And in the most basic terms, what is asylum?
23   A    It allows the person to stay here in the United States.
24   Primarily, we see a lot of cases, they can claim what is known
25   as credible fear.
```

1    Q    As part of the parole process, and the investigation more

2    generally, have you and other agents been attempting to monitor

3    what, if anything, the Pakistan authorities have been doing in

4    response to the murders?

5            MR. SOSINSKY:  Objection, Your Honor.

6            THE COURT:  Overruled.

7    A    Again, yes, initially we attempted to find out how much

8    information we could obtain from the U.S. embassy overseas, as

9    far as what the Pakistan government was doing as pertained to

10   this investigation.

11   BY MR. TUCKER:

12   Q    Have you encountered any difficulties with that process?

13           MR. SOSINSKY:  Objection.

14           THE COURT:  Overruled.

15   A    Yes, they haven't been responding to the legal request.

16           THE COURT:  They have or they've not?

17           THE WITNESS:  Have not responded to a legal request.

18           THE COURT:  Who in Pakistan do you address those

19   requests to, local police or international levels or state

20   department levels?  How does that work?

21           THE WITNESS:  From my understanding, sir, it's based

22   on the U.S. government and the Pakistan government.

23           THE COURT:  So it's U.S. government to Pakistan

24   government, not local cops to local cops?

25           THE WITNESS:  That's my understanding.

LISA SCHMID, CCR, RMR

```
1              THE COURT:  Go ahead.
2              MR. TUCKER:  Thank you, Your Honor.
3   BY MR. TUCKER:
4   Q    One more question on that point, is your understanding that
5   the U.S. government has made a formal request to the Pakistan
6   government for information about their investigation?
7   A    That's what I was -- yes.
8   Q    When was that request made?
9   A    Around September 2013.
10  Q    To date, has there been any response to that request from
11  the Pakistan government?
12  A    There has not.
13  Q    Did the U.S. investigation into the incidents in Pakistan
14  and the defendant continue even after the defendant was
15  arrested?
16  A    Yes, it did.
17  Q    Now, as part of your role in that investigation, did you
18  conduct a consent search on a cellular phone belonging to
19  someone named Jamil Afzal Choudhry?
20  A    Yes, I did.
21  Q    What is Jamil Afzal Choudhry's relationship to the
22  defendant?
23  A    Jamil Afzal Choudhry is the defendant's nephew, the son of
24  Mohammad Afzal Choudhry.
25  Q    What is a consent search?
```

1  A    A consent search is when one party allows us and agrees us

2  a search, their belongings or whatever property that we deem

3  that we wanted to search.  And we obtain that usually in

4  writing.

5  Q    So, when you say "us" in this context, you're referring to

6  federal agents?

7  A    That is correct.

8  Q    On what date did you conduct the consent search of Jamil

9  Afzal Choudhry cellular phone?

10 A    I believe it was April 1st, 2013.

11 Q    Prior to conducting that consent search, did you ask Jamil

12 Afzal Choudhry to complete new paperwork?

13 A    We did, we showed him a consent to search form, his

14 attorney was present as well, and along with an interpreter,

15 who presented the form to them, and the interpreter interpreted

16 what was on the document and he eventually signed the document?

17        MR. TUCKER:  Your Honor, could I request that the Elmo

18 be turned on and just the witnesses' screen at this point?

19        THE COURT:  Yes.

20        THE CLERK:  (Complies.)

21 BY MR. TUCKER:

22 Q    Agent Heck, I'm showing you what's been marked for

23 identification as Government Exhibit 402.  Do you recognize

24 this document?

25 A    Yes, I do.

LISA SCHMID, CCR, RMR

```
 1    Q    What is it?

 2    A    It is a consent to search form that Jamil Afzal Choudhry

 3    signed.

 4    Q    Does this document bear your signature, among others?

 5    A    Yes.  It does.

 6    Q    Is this a fair and accurate copy of the form that you used

 7    in obtaining the consent of Jamil Afzal Choudhry on April 1st,

 8    2013?

 9    A    Yes.

10         MR. TUCKER:  Your Honor, the government moves to admit

11    Government Exhibit 402.

12         MR. SOSINSKY:  Without objection.

13         THE COURT:  It's admitted.

14         MR. TUCKER:  May we publish, Your Honor?

15         THE COURT:  You may.

16         (Exhibit published to the jury.)

17    BY MR. TUCKER:

18    Q    Agent Heck, please explain to the jury how you used this

19    form in connection with your request to obtain consent to

20    search Jamil Afzal Choudhry's cell phone.

21    A    Yes, we showed him this form, he agreed to sign it, and

22    then we asked permission to download the contents of his

23    cellular telephone using what is known as a Cellebrite machine.

24         THE COURT:  Would you spell that, at least

25    phonetically?
```

```
 1              THE WITNESS:  Yes, I believe the spelling is Charlie,
 2     echo, lima, lima, echo --
 3              THE COURT:  Also known as C-E-L-L -- what's with you
 4     guys?  Vehicles?  They're cars.  C-E-L-L, all right?
 5              THE WITNESS:  C-E-L-L-E-B-R-I-T-E.  My apologies.
 6              THE COURT:  That's all right.
 7     BY MR. TUCKER:
 8     Q   Agent Heck, before we get to the Cellebrite, looking still
 9     at Government's Exhibit 402, this text here in the middle, can
10     you read that for the jury, please?
11     A   Yes.  "These officers are authorized by me to take any
12     letters, papers, materials, or any other items, property, which
13     they may desire.  The written permission is being given by me
14     to the above officers, voluntarily without promises or threats
15     being made."
16     Q   And does Jamil Afzal Choudhry's signature appear on this
17     document?
18     A   Yes, it does.
19     Q   Can you indicate for where that is?
20     A   (Complies.)
21     Q   For the record, you're circling where -- next to where it
22     says, "signature"?
23     A   That is correct.
24     Q   And does your signature appear on this document?
25     A   Yes, it does.
```

```
1    Q    Please indicate that?

2    A    Yeah, it's in the witness section (complies).

3    Q    Thank you, Agent Heck.

4              Now, you mentioned a moment ago that once you obtained

5    Jamil Afzal Choudhry's consent to search the cellular phone,

6    you used a device called a Cellebrite device.  Could you please

7    explain to the jury what a Cellebrite device does?

8    A    Yes, the Cellebrite device downloads the contents of a

9    cellular telephone so we can download photographs, pictures --

10   photographs, text messages, rent call logs, whatever is

11   contained on that cellular telephone, or we can attempt to

12   extract from it.

13   Q    What does the Cellebrite device look like?

14   A    Cellebrite device is probably no bigger than this binder

15   here, a little -- been that the binder here.

16             THE COURT:  By "no bigger than this binder," how big

17   is the binder?

18             THE WITNESS:  Approximately, six to eight inches long,

19   not exact, couple inches in height.  It's a pretty bulky

20   device.

21   BY MR. TUCKER:

22   Q    Is it portable?

23   A    It is portable.

24   Q    And how does it connect with a cellular phone?

25   A    It connects through a USB port type thing, where you plug
```

1    in a cord and that cord fits a certain type of cellular

2    telephone.

3    Q    How long does it take to download the data from a cellular

4    phone using a Cellebrite device?

5    A    These approximate times, it just depends on how much data

6    is on the actual cellular telephone, anywhere from 10 minutes,

7    to 45 meant, to an hour.  That number greatly -- it's great.

8    It just depends on how much stuff is on the cellular telephone.

9    Q    Once the Cellebrite device download is complete, does the

10   Cellebrite generate a forensic report of the data that was

11   contained on the cellular phone?

12   A    Yes, it contains a report, yes.

13        MR. TUCKER:  Now, if we could just turn off the jury's

14   screens for a moment?

15        THE COURT:  Yes.

16        THE CLERK:  (Complies.)

17   BY MR. TUCKER:

18   Q    Agent Heck, I'm showing you what's being marked for

19   identification as Government's Exhibit 403.  Do you recognize

20   this document?

21   A    Yes, I do.

22   Q    What is it?

23   A    It is a examination report, the phone report from Jamil

24   Afzal Choudhry's cellular telephone.

25   Q    This is data collected per using that Cellebrite device

```
 1    that you have been testifying about?

 2    A    That is correct.

 3    Q    Have you had an opportunity to review this document before

 4    today?

 5    A    Yes, I have.

 6    Q    And is this document about 33 pages?

 7    A    Yes, it is.

 8    Q    Exactly 33 pages, in fact?

 9    A    It is exactly 33 pages.

10         MR. TUCKER:  Your Honor, the government moves to admit

11    Government's Exhibit 403 into evidence.

12         MR. SOSINSKY:  No objection.

13         THE COURT:  It's admitted.  You may publish.

14         (Exhibit published to the jury.)

15         MR. TUCKER:  Thank you, Your Honor.

16    BY MR. TUCKER:

17    Q    Agent Heck, just a few point about this.  Please explain to

18    the jury what is shown here on the very front of Government

19    Exhibit 403?

20    A    Just showing the details about the type of phone that is

21    used and the extraction date that we conducted the extraction

22    of the cellular phone.

23    Q    When you say "extraction," that's just the process you were

24    talking about as downloading the data?

25    A    That is correct.
```

LISA SCHMID, CCR, RMR

```
 1            THE COURT:  Counsel, let him finish the answer.  Don't
 2   talk over him or you'll drive the court reporter crazy.
 3            MR. TUCKER:  I apologize, Your Honor.
 4            THE COURT:  It's all right.
 5   BY MR. TUCKER:
 6   Q   Agent Heck, the next section, what does it say here at the
 7   bottom of the page?
 8   A   I'm sorry, phone contacts.
 9   Q   And so these next pages of Government Exhibit 403, what are
10   these items listed here?
11   A   Those are the phone contacts Jamil Afzal Choudhry had in
12   his phone at the time we downloaded the content.
13   Q   And do -- does this Cellebrite device capture the name
14   corresponds with the phone number that's in the cell phone's
15   address book?
16   A   Yes, that's the only way I've seen it.
17   Q   And looking now at page 26 of Government's Exhibit 403,
18   what is this list here in the middle of the page?
19   A   It's listed as the phone incoming calls list.
20   Q   And what about here, this is page 29?  I apologize.
21   A   I can barely see it.  Thank you.  Phone outgoing calls
22   list.
23   Q   So, does the Cellebrite device, in addition to capturing
24   phone numbers, also capture -- I'm sorry, the phone numbers
25   from the address book, does it also capture the phone numbers
```

```
 1    that were called and have called the phone recently?
 2    A    That is correct.
 3              MR. TUCKER:  Just one moment, Your Honor.
 4              THE COURT:  Yes, of course.
 5              MR. TUCKER:  (Confers with co-counsel.)
 6              Your Honor.  I have nothing further.
 7              THE COURT:  All right.  Your witness?
 8              MR. SOSINSKY:  Judge, can I just confer with the
 9    government for a moment --
10              THE COURT:  Sure.
11              MR. SOSINSKY:  -- about one issue?
12                (Confers with Mr. Tucker.)
13              Judge, I have no questions of the witness.
14              THE COURT:  Thank you, you may step down, sir.
15              All right.  Would you call your next witness, please?
16              MS. GANDY:  The government calls Immigration Officer
17    Alana Morel.
18              THE COURT:  And would you spell the name, please, for
19    the reporter?
20              MS. GANDY:  Sure.  A-L-A-N-A, M-O-R-E-L.
21              THE COURT:  Thank you.
22              THE CLERK:  Just stand and raise your right hand.
23              (Witness sworn.)
24              THE COURT:  Please be seated, ma'am, and state your
25    full name and spell it slowly and clearly for the court
```

 1   reporter, okay?

 2           THE WITNESS:  Sure.

 3           THE COURT:  Thank you.

 4           THE WITNESS:  It's Alana C. Morel.  First name is

 5   spelled, A-L-A-N-A.  Last name, Morel, M-O-R-E-L.

 6           THE COURT:  Thank you.

 7           You may inquire, counsel.

 8           MS. GANDY:  Thank you, Your Honor.

 9                        DIRECT EXAMINATION

10   BY MS. GANDY:

11   Q    Good morning, Ms. Morel.

12   A    Good morning.

13   Q    Where are you currently employed?

14   A    I currently work for the Department of Homeland Security,

15   Citizenship Immigration Services, FDNS, which is Fraud

16   Detection and National Security.

17   Q    Can you explain to the jury what United States citizenship

18   and Immigration Services does?

19   A    We process immigration forms.

20   Q    And specifically, the area of that agency that you're

21   assigned to, what do you do there?

22   A    As a fraud -- working in the Fraud Detention National

23   Security Unit, we conduct administrative investigations in

24   regards to possible fraud and national security issues.

25   Q    What position do you hold within the Department of Homeland

MOREL/DIRECT/GANDY

 1  Security?

 2  A    I'm an immigration officer.

 3  Q    And as an immigration officer, do you perform the duties

 4  that you just described the agency as being responsible for?

 5  A    Yes.

 6  Q    Prior to becoming an immigration officer within the

 7  Department of Homeland Security, did you hold another position

 8  in the agency?

 9  A    Yes, I was an asylum officer.

10  Q    And how long did you perform work as an asylum officer?

11  A    For four years.

12  Q    What were your general duties and responsibilities as an

13  asylum officer?

14  A    As an asylum officer adjudicated asylum cases which are

15  individuals that are here in the country as refugees that

16  are --

17         THE COURT:  I'm going to ask you to channel your inner

18  Lord Vader and not your inner Diane Keaton by talking quickly,

19  okay?  So just slow it down.  Thank you.

20         All right.  Would you please read the question and the

21  answer back to the point that I interrupted and then continue

22  your answer.

23         Madam reporter, please?

24         (Record read.)

25         THE COURT:  Okay.  As an asylum officer --

LISA SCHMID, CCR, RMR

1   A   As an asylum officer, I adjudicated asylum claims.  And

2   those are individuals that are refugees here in the United

3   States and are afraid to return to their home country.

4   BY MS. GANDY:

5   Q   After performing for a year as an asylum officer, when did

6   you become an immigration officer within the agency?

7   A   In January 2012.

8   Q   So, fair to say you have been doing this work for a little

9   over two years now?

10  A   Yes, correct.

11  Q   In the time that you've worked as a immigration officer

12  with the United States Citizenship and Immigration Services

13  Agency, have you become familiar with the form known as the

14  I-130 form?

15  A   Yes.

16  Q   What is the I-130 form?

17  A   The I-130 form is a petition for alien relative.

18  Q   What benefit does an I-130 form offer?

19  A   It actually does not offer a benefit.

20  Q   Can you explain what it does do?

21  A   It's basically the beginning steps for any individual that

22  would like to immigrate to the United States.

23  Q   What agency issues the I-130 form?

24  A   The USCIS.

25  Q   That's the agency you work for, is that correct?

MOREL/DIRECT/GANDY

```
1    A    Yes.
2    Q    Is the I-130 form considered an official immigration
3    document of the USCIS?
4    A    Yes, it is.
5    Q    And is a person who hopes to immigrate to the United States
6    required under immigration laws and regulations to file that
7    step as a -- excuse me, file that form as a first step in the
8    process towards immigration?
9    A    Yes, they are.
10   Q    Who can file an I-130 form?
11   A    A U.S. citizen or a legal permanent resident.
12   Q    What is the person who files the form referred to as in the
13   process?
14   A    A petitioner.
15   Q    On whose behalf can a petitioner file an I-130 form?
16   A    They can file on behalf of a spouse, a child, parent or a
17   sibling.
18   Q    And is that why it's called the "Petition for an Alien
19   Relative"?
20   A    Yes.
21   Q    What does it mean to be an alien relative in the context of
22   the USCIS work?
23   A    It would mean any immediate relative -- an immediate
24   relative.
25   Q    And what is that person referred to as in the process of an
```

1  I-130 form being adjudicated?

2  A    Beneficiary.

3  Q    You mentioned that a U.S. citizen is one person who's

4  authorized to file an I-130 form on behalf of an alien

5  relative, is that right?

6  A    Yes.

7  Q    What are the different methods by which somebody can become

8  a United States citizen?

9  A    The first method would be if they were born here in the

10  United States, or if they naturalized, meaning that they were

11  born in another country and entered the United States lawfully

12  and filed for citizenship at some point.

13  Q    Does a petitioner have to reside in the United States at

14  the time that they file an I-130 form on behalf of a relative?

15  A    They do not.

16  Q    Does a beneficiary, the relative who's hoping to get

17  immigration status have to be in the United States at the time

18  that the petition is filed?

19  A    No.

20  Q    Fair to say that both the petitioner and beneficiary can

21  either be in the United States or elsewhere when this process

22  begins?

23  A    Yes, that's correct.

24  Q    Generally speaking, what kind of information is a

25  petitioner required to provide to the USCIS when filing an

1    I-130 petition?

2    A    Well, it would depend on the relationship or the relative

3    relationship.  So let say, for example, if it's a spousal

4    relationship, then they would have to provide a information

5    regarding their spouse, when they were married.  If it's a

6    child, then they would provide information regarding their

7    child.

8    Q    Are you familiar with something called a G325A form?

9    A    Yes.

10   Q    What is that?

11   A    That is a biographical form submitted along with the I-130.

12   Q    What agency issues the G-325A form?

13   A    USCIS.

14   Q    And again, is that an official immigration document that

15   individuals looking to immigrate to the United States need to

16   file with the agency in order to facilitate that process?

17   A    Yes.

18   Q    Generally speaking, what kind of information is detailed on

19   a G-325A form?

20   A    It would be specific to that particular person.  So, we

21   would be looking for information regarding their parents,

22   address history, employment history, et cetera.

23   Q    Is the petitioner required to submit any supporting

24   documentation when they submit an I-130 petition?

25   A    Yes.  And again, it would be case specific, so depending on

1    the relationship.  If it's a spousal relationship, we would

2    require a marriage certificate.  If it's a birth of a child,

3    then we would also -- we would like to see a birth certificate.

4    Q   In the event that somebody -- a United States citizen is

5    married to a non-United States citizen, and is seeking to

6    get -- or is filing an I-130 petition on that person's behalf,

7    what happens if their marriage certificate or birth certificate

8    is in a foreign language because it's issued in a foreign

9    government?

10   A   We would request a translated form.

11   Q   Would that be required to be submitted along with the

12   original copy from the foreign government?

13   A   Yes.

14   Q   Once a petitioner has completed an I-130 form, gathered the

15   necessary supporting documentation, can you describe for us the

16   process by which the form is filed and processed by USCIS?

17   A   Sure.  It can be sent to two different locations, which we

18   call a lockbox.  There's one location in Arizona and another in

19   Chicago, depending on where the individual lives.

20           Once it's sent to that location, it's -- the fees are

21   collected and it's redistributed to a service center, and

22   depending on where that individual lives.  Once it's at the

23   service center, that's usually when the I-130 petition would be

24   adjudicated.

25   Q   What happens at step one of the process when the

1   application or the petition is first received by either the

2   Chicago office or the Phoenix, Arizona office?

3   A   The individuals at that location would ensure that the

4   proper documentation has been received, and again, they would

5   then distribute it to the proper service center.

6   Q   At what point in the process is the payment that's

7   submitted along with the petition deposited or submitted?

8   A   When it's first received at the lockbox.

9   Q   And is the payment a necessary prerequisite to the petition

10  moving on to step 2 in the process?

11  A   Yes.

12  Q   You mentioned that from there, the petition moves on to a

13  service center, right?

14  A   Yes.

15  Q   What happens at the service center?

16  A   At the service center, an immigration service officer will

17  review the petition and determine whether or not the person

18  qualifies for the -- I'm sorry, whether or not the petition can

19  be approved.

20  Q   At some point in this process, does the petitioner receive

21  confirmation that the petition has been received by the USCIS?

22  A   Yes, they would receive a notice.

23  Q   In reviewing an I-130 petition at the service center, what,

24  generally speaking, are the reviewing employees looking for?

25  A   The reviewing employees want to make sure that the

1  relationship, whether it's a spousal relationship, a child,

2  brother or sister, whether it's a valid relationship, and so

3  they will go ahead and review any documentation that was sent

4  along with the application.

5  Q   In making that determination, does the USCIS and its

6  employees rely on the content of, for example, the G-325A form

7  that's submitted?

8  A   Yes.

9  Q   So they're relying on the answers that are provided on the

10 I-130 petition itself?

11 A   Yes.

12 Q   And does it rely on the authenticity of the supporting

13 documentation that's provided?

14 A   Yes.

15 Q   Pardon me.  You mentioned that it's an Immigration Services

16 officer who reviews these petitions at that point, is that

17 correct?

18 A   Yes.

19 Q   And what would happen in an instance where an Immigration

20 Services officer reviews a petition and sees that areas are

21 blank or it's incomplete?

22 A   Then that Immigration Service officer would either return

23 the actual application and packet back to the applicant or just

24 send a notice indicating that certain information is missing.

25 Q   Is fair to say the application would not be approved with

1    an incomplete application?

2    A    It would not be approved.

3    Q    And what would happen if an Immigration Services officer

4    believed or found conclusively that the petition or any of the

5    supporting documentation had false information in it?

6    A    Well, two things can happen, it would depend on whether or

7    not the beneficiary and the petitioner are here in the United

8    States.

9                So if, let's say, they were here in the United States,

10    then the immigration service officer would forward the case to

11    the district office closest to the applicant and request for an

12    in-person interview, or that case will be forwarded to the unit

13    where I currently work at, which is the fraud section in

14    national security.

15    Q    When a petition gets referred to your unit, what happens to

16    it?

17    A    We then go ahead and conduct an administrative

18    investigation.

19    Q    And again, is it fair to say that in either of those two

20    scenarios, if there is a suspected fraud or false information

21    provided, or there is conclusive proof that there's fraud or

22    false information provided, that the petition would not be

23    approved and move on in the process?

24                MR. SOSINSKY:  Objection to the form.  Compound.

25                THE COURT:  It is compound.  Why don't you break it in

1  half?

2           MS. GANDY:  Sure, Your Honor.

3  BY MS. GANDY:

4  Q   In the event that there is suspected fraud or false

5  information in a petition, is it fair to say that it would not

6  be approved?

7  A   Yes, it would not be approved.

8  Q   And certainly, if there's found to be or proven to be false

9  or fraudulent information in a petition, it would also not be

10 approved, right?

11 A   Correct.

12 Q   If an immigration services officer reviews a petition and

13 finds everything is in order, and the petition is approved,

14 what happens next?

15 A   Then that person, the beneficiary, would be placed in

16 queue, they would receive a visa number.

17          THE COURT:  They would be placed in --

18          THE WITNESS:  In queue.

19          THE COURT:  What does that mean?

20          THE WITNESS:  Meaning that they would receive a visa

21 number and then when their visa number becomes available, they

22 would be able to go through what we call consular processing.

23          THE COURT:  By placed in queue, you mean they would be

24 placed in a line to receive service?  Is that what you mean?

25          THE WITNESS:  Yes.  Correct.

MOREL/DIRECT/GANDY

```
 1              THE COURT:  Go ahead.
 2   BY MS. GANDY:
 3   Q   So focusing specifically now on a scenario where the
 4   beneficiary is residing outside of the United States, once the
 5   I-130 petition has been approved, it's necessary for them to go
 6   through the visa process at that point?
 7   A   Yes, that's correct.
 8   Q   And how is that process handled, by what agency?
 9   A   By the Department of State.
10   Q   Is an approved I-130 form a necessary prerequisite to a
11   person in that situation starting the visa process?
12   A   Yes.
13   Q   On an approved I-130 petition alone, does that person have
14   permission to enter the United States?
15   A   No.
16   Q   Is it the visa that affords them that permission,
17   ultimately?
18   A   Yes.
19   Q   If they go through that process?
20   A   Yes.
21   Q   When a petitioner submits an I-130 petition, are they under
22   an obligation to complete it accurately?
23   A   Yes.
24   Q   Why is that?
25   A   Because it's important for the government to know the
```

MOREL/DIRECT/GANDY

1    individual, not only the individual that's receiving the

2    benefit, but as well as the person that is requesting for this

3    benefit to be received to a particular person.

4    Q    Is the petitioner put on notice of their duty to complete

5    the form accurately?

6    A    Yes, they are.

7    Q    How are they put on notice?

8    A    On the actual form, on the actual I-130, on the second page

9    at the bottom, just right before they sign their name there is

10   a brief statement that explains how important it is for them to

11   give the accurate information.

12   Q    Officer Morel, in anticipation of your testimony here, were

13   you asked to review a particular I-130 petition prior to

14   testifying?

15   A    Yes, I was.

16   Q    And are I-130 petitions filed with the United States

17   Citizenship and Immigration Services kept in the regular course

18   of business?

19   A    Yes, they are.

20   Q    Is it part of the regular course of business for that

21   agency to maintain accurate file files of any petition that's

22   filed with the agency?

23   A    Yes.

24   Q    And are the employees of the agency under a business

25   obligation to maintain those files accurately?

MOREL/DIRECT/GANDY

1    A    Yes.

2    Q    Are they understand a similar duty to enter information

3    into the databases of the agency accurately?

4    A    Yes.

5    Q    And is that done at or around the time that the petition is

6    received by the agency?

7    A    Yes.

8    Q    I'd like to now what show you what I premarked as

9    Government Exhibit 501 for identification.

10            MS. GANDY:  It's a physical document, Your Honor, with

11   multiple pages, so if I could I ask that the witness be shown

12   it?

13            THE COURT:  All right.

14            Mr. Jackson, would you?

15            THE CLERK:  (Complies.)  Thank you.

16            (Handing.) Here you go, ma'am.

17   BY MS. GANDY:

18   Q    If you could just take a minute to look through that, I'll

19   ask you a few questions.

20   A    Sure.

21   Q    Officer Morel, did you have a chance to review the content

22   of Government Exhibit 501 as it's been premarked prior to

23   testifying here today?

24   A    Yes.

25   Q    Are you familiar with the contents of that exhibit?

```
 1   A   Yes.

 2   Q   What is it?

 3   A   It a an I-130 petition as well as supplemental documents

 4   provided.

 5   Q   And is that collection of documents recognizable to you as

 6   a file that's maintained by the USCIS?

 7   A   Yes.

 8   Q   And the file, excuse me, was maintained by the agency as

 9   part of the regular course of business as you just explained?

10   A   Yes.

11        MS. GANDY:  Your Honor, at this time I offer into

12   evidence, Government Exhibit 501.

13        MR. SOSINSKY:  No objection, sir.

14        THE COURT:  No objection.  It's admitted.  You may

15   publish it to the jury.

16        (Exhibit published to the jury.)

17        MS. GANDY:  Meet you halfway.

18        THE CLERK:  That's okay.  (Handing.)

19   BY MS. GANDY:

20   Q   And, Officer Morel, I'm going to publish this on the

21   screen, if you could, at this point, I would just like to go a

22   little quickly and you can explain to us what the contents of

23   this file are.  So what are we looking at up here on the first

24   page?

25   A   This is the actual I-130.  The petition for alien relative.
```

MOREL/DIRECT/GANDY

```
1   Q   I'm going to flip it over to show you the back of this
2   page.  What are we looking at here?
3   A   This is a second page of the form -- of the same form.
4   Q   Next, the second page of this exhibit, what are we looking
5   at here?
6   A   This is a G-325, biographical information.
7   Q   And I believe we have a several copies of that.  So, skip
8   ahead.
9            What is the this portion of the file?  There we go,
10  what is this portion of the file?
11  A   Certificate of Naturalization.
12           THE COURT:  It's upside down, ma'am.
13           MS. GANDY:  I haven't touched anything, so I'm
14  confused.
15           THE COURT:  I'm not saying you did it.
16           THE CLERK:  Hold on.  It's malfunctioning.
17           THE COURT:  Okay.  So the picture is sideways, but the
18  written language is properly displayed, I gather.  Is there an
19  overlay to this?  You have one picture that seems to be upright
20  and one that seems to be on its side.  What does the original
21  look like, Counsel?
22           MS. GANDY:  There it is, Your Honor.
23           THE COURT:  Why don't we move the overlay so the
24  jury --
25           MS. GANDY:  Sure.
```

LISA SCHMID, CCR, RMR

```
 1            THE COURT:  I don't know what that's doing there.
 2            Can you see now, ladies and gentlemen of the jury,
 3     clearly or clearer at least?
 4            Okay.  Can you focus it a bit?
 5            MS. GANDY:  Sure, Your Honor.  (Complies.)
 6            THE COURT:  And center it.  I think on the left side,
 7     you have got part of it covered up, okay.  Are you looking --
 8     there you go.
 9     BY MS. GANDY:
10     Q    And, Officer Morel, what are we looking at here?
11     A    This is -- I'm sorry, this is a certificate of
12     naturalization.
13     Q    In whose name is this certificate?
14     A    Amina Ajmal.
15     Q    Turning to the next form.  What do we have here?
16     A    This is also another G-325, biographical information
17     pertaining to the beneficiary.
18            THE COURT:  Still have that little piece of --
19            MS. GANDY:  Yes, Your Honor.
20            THE COURT:  Okay.  Put that wherever it's supposed to
21     be because it's covering up part of the document.
22            MS. GANDY:  It's stapled, Your Honor.
23            THE COURT:  All right.
24            MS. GANDY:  I'm just going to fold it back.
25            THE COURT:  Thank you.
```

MOREL/DIRECT/GANDY

```
1    BY MS. GANDY:

2    Q    What do we have here, Ms. Morel?

3    A    This is a translation of the marriage certificate.

4    Q    And here?

5    A    And this is the actual marriage certificate.

6    Q    Fair to say that's in a foreign language?

7    A    Yes.

8              THE COURT:  Do you know what language it is?

9              THE WITNESS:  According to the translator certificate?

10             THE COURT:  Yes.

11             THE WITNESS:  It indicate it's in Urdu.

12             THE COURT:  Would you spell that for the reporter.

13             THE WITNESS:  U-r-d-o (sic).

14             THE COURT:  Go ahead.

15   BY MS. GANDY:

16   Q    And finally, this form at the back.

17   A    This is a birth certificate.

18   Q    In addition, I would like to draw your attention to the

19   back of the file here.  I'm going to remove the clip so you can

20   see it more naturally.  What is this, Ms. Morel?

21   A    This is the actual envelope in which the packet, we

22   received the packet.

23   Q    Where does it indicate that this application was mailed to?

24   A    USCIS, PO Box 804625, Chicago, Illinois.

25   Q    And is that one of the locations that you described to us
```

1  earlier, the lock box?

2  A    Yes.

3  Q    Where does it indicate that this package was mailed from?

4  A    817 Foster Avenue, Brooklyn, New York 11230.

5  Q    In whose name does this purport to be have been mailed

6  from?

7  A    Amina Ajmal.

8  Q    And finally, directing your attention to the upper

9  right-hand corner of this part of the file.  What date does

10 this indicate that the package was mailed from that address to

11 the USCIS?

12 A    December 1st, 2012.

13 Q    On what date was this application received by the USCIS?

14 A    I'm not exactly sure.  I don't have the file in front of

15 me.

16 Q    Do you need to look at it to see?

17 A    Yes, please.

18 Q    I'm going to go back to the first page of the exhibit and

19 ask you whether or not that paperwork indicates to you when it

20 was received.

21 A    Yes.  December 6th, 2012.

22 Q    What are you looking at to make that determination?

23 A    The actual barcode where it says, APP I-130.  And then

24 underneath is a receipt number.  And then right next to the

25 receipt number is the date, December 6th, 2012.

1   Q   At what point in the process is that barcode assigned to

2   this I-130 petition?

3   A   At the service center.

4   Q   Now, relying on this part of the form to begin, who does it

5   indicate is the petitioner on this immigration document?

6   A   Amina Ajmal.

7   Q   Does it indicate her citizenship status?

8   A   It should towards the bottom of that form.  Yes, Section

9   13.

10  Q   Where is she a citizen?

11  A   The United States.

12  Q   Was there any supporting documentation relevant to her

13  citizenship in the application?

14  A   Yes.  There was a certificate of naturalization.

15  Q   Where does this petition state that Amina Ajmal was living

16  at the time the petition was completed and submitted to the

17  government?

18  A   Sure.  Part B, Section two.  It indicates that she was

19  living at 817 Foster Avenue, Brooklyn, New York.

20  Q   If that were not the case, would that information be

21  significant to USCIS?

22  A   Yes.

23  Q   Why?

24  A   Because if the -- that would be false information.

25  Q   Who does this petition indicate is the intended beneficiary

MOREL/DIRECT/GANDY

```
 1   or relative of Amina Ajmal that she's submitting the petition
 2   on behalf of?
 3   A    Abrar Ahmed Babar.
 4          THE COURT:  Can you spell that, please. for the court
 5   reporter.
 6          THE WITNESS:  Sure, it's first name, Abrar, A-B-R-A-R,
 7   middle name, Ahmed, A-H-M-E-D, last name, Babar, B-A-B-A-R.
 8   BY MS. GANDY:
 9   Q    Does this form indicate where he is a citizen?
10   A    Yes, it does.
11   Q    Where does it say?
12   A    I'm sorry.
13   Q    Sorry, am I zoomed in too much?
14   A    If you could zoom in just a little bit more, I'm sorry.
15   Q    Zoom in?
16   A    Yes.
17   Q    Sure.
18   A    So where it says place of birth, it indicates Gujrat,
19   Punjab, Pakistan.
20          THE COURT:  Would you spell that for the reporter.
21          THE WITNESS:  Sure, Gujrat is spelled G-U-J-R-A-T,
22   Punjab, P-U-N-J-A-B, Pakistan.
23   BY MS. GANDY:
24   Q    And directing your attention to box 13 on this form, what
25   does it indicate about his prior visitation to the United
```

LISA SCHMID, CCR, RMR

 1   States?

 2   A    It indicates that he has never been in the United States.

 3   Q    Did you see in this file any supporting documentation

 4   relevant to his citizenship in Pakistan?

 5   A    A birth certificate was submitted.

 6   Q    And what does this indicate is the relationship between the

 7   petitioner, Amina Ajmal, and the beneficiary?

 8   A    It's a spousal relationship.

 9   Q    Pardon me.  Does it indicate when the two individuals were

10   married?

11   A    Yes, it does.

12   Q    Where does it say that?

13   A    Both in Section B and in Section C, number eight,

14   indicating that they were married on March 5th, 2012, in

15   Pakistan.

16   Q    And did you see in this file any supporting documentation

17   relevant to their marriage?

18   A    Yes.  A marriage certificate.

19   Q    And we saw both a copy in English and Urdu, is that right?

20   A    Yes, that is correct.

21   Q    You previously indicated that the petition -- that the

22   petition includes a warning or information explaining to the

23   petitioner how important it is that the document be filled out

24   accurately, is that right?

25   A    Yes, that's correct.

1  Q   Where does that -- where can be that found on the petition?

2  A   On the second page, towards the end.

3        THE COURT:  If you'd just move that microphone a

4  little closer to you and you won't to have pop your head back

5  and forth.

6        THE WITNESS:  Okay.  Thank you.

7        THE COURT:  Right.

8  BY MS. GANDY:

9  Q   Specifically I'd like to draw your attention to Section D,

10  where it's zoomed in on the page, and can you explain to us

11  what you're talking about.  What is the located there?

12  A   Sure.  In Section D, there are three specific points, where

13  it says, "Warning, penalties and your certification."

14  Q   Starting first with the warning, can you read that for us

15  to the jury?

16  A   Sure.

17        THE COURT:  Slowly.

18        THE WITNESS:  Okay.

19        THE COURT:  Please.

20  A   "USCIS investigates claimed relationships and verifies the

21  validity of documents.  USCIS seeks criminal prosecutions when

22  family relationships are falsified to obtain visas."

23  BY MS. GANDY:

24  Q   And, in fact, that's part of the work that you do, is that

25  right?

MOREL/DIRECT/GANDY

1    A    Yes.

2    Q    Directing your attention now to where it states your

3    certification, can you read that for us, please?

4    A    Sure.  "I certify under penalty perjury under the laws of

5    the United States of America that the foregoing is true and

6    correct.  Furthermore, I authorize the release of any

7    information from my records that U.S. Citizenship and

8    Immigration Services needs to determine eligibility for the

9    benefit I am seeking."

10   Q    Is the warning that's stated on this petition considered of

11   significance to the USCIS?

12   A    Yes.

13   Q    Why?

14   A    Because it's important for us to verify the individuals

15   that we're allowing to come into the United States.

16   Q    And the certification that appears on this document, is

17   that considered of significance to the USCIS?

18   A    Yes.

19   Q    Why?

20   A    Because, again, it's important's for us to verify that

21   relationships are valid, and that they're not -- that they're

22   not being entered or falsified in order for a benefit -- I'm

23   sorry, in order for a benefit to be given.

24   Q    And in this instance, what is USCIS' interests in making

25   sure that I-130 petitions are accurately completed and that the

1   supporting documentation is valid?

2   A    That will allows us to verify the actual relationship.

3   Q    On this document in particular, whose name appears in the

4   signature of petitioner line underneath the warning and

5   certification that you just read?

6   A    Amina Ajmal.

7   Q    On what date does it state that that signature was affixed?

8   A    December 1st, 2012.

9   Q    Is a petitioner allowed to have somebody help them to

10  complete an I-130 petition?

11  A    Yes, they are.

12  Q    What kind of help are they allowed to receive?

13  A    If they need -- if, for example, they don't understand

14  English well, they can ask for somebody who may speak the

15  language better or even write the language, allow them to fill

16  out the application.

17  Q    Does the petition require them to indicate anywhere if they

18  have had that kind of help in completing the application?

19  A    Yes.

20  Q    Where does it require that information?

21  A    In Section F, that's on the second page.

22  Q    Can you explain to us what it says?

23  A    It says, signature of person preparing this form if other

24  than the petitioner.

25  Q    And underneath that, what is the declaration?

1    A    "I declare that I prepared this document at the request of

2    the person above.  And that it's based on all information of

3    which I have any knowledge."

4    Q    Why does the USCIS require that information on a petition?

5    A    This is important to us because it will allow us to

6    determine whether or not -- it will allow us to know whether,

7    if they're any -- if there's any discrepancy in the form, we'll

8    be able to further question the applicant in regards to that.

9    Q    If a petitioner had somebody assist them in completing the

10   petition, but failed to indicate that in this section of the

11   petition, would that be significant to USCIS?

12   A    Yes, it would be.

13   Q    Would that be a basis upon which to deny the petition?

14   A    It could be, yes.

15   Q    Be considered a false statement at minimum?

16   A    Yes.

17   Q    On this form in particular, what did the petition indicate

18   about whether or not someone had assisted the petitioner in

19   completing the form?

20   A    It indicated that no one assisted.

21   Q    And drawing your attention now back to the signature line,

22   where we see this signature of Amina Ajmal, the named

23   petitioner on this petition, would it be significant to USCIS

24   consideration of the petition whether or not Amina Ajmal was,

25   in fact, the person who signed this form?

1   A    Yes, it would be.

2   Q    Why would that be significant?

3   A    Well, if the petitioner did not sign the form, then it

4   would not be hers.  We would not consider it an actual petition

5   or application submitted by the petitioner.

6   Q    And in regards to this certification itself, why is it

7   significant if somebody other than the named signatory, in

8   fact, signed it?

9   A    Because according to that certification, that petitioner is

10  certifying that all the statements and everything that they've

11  actually written down is true and it's to the their knowledge.

12  Q    If USCIS is made aware of the fact that someone other than

13  the named signatory signed the document, what happens?

14  A    Then that petition would not be approved.

15  Q    And, in fact, is the person under penalty of perjury

16  according to the certification for having signed in the name

17  that's not their own?

18  A    Yes.

19  Q    Is there any situation in which a petitioner is allowed to

20  authorize somebody else to sign a petition for them?

21  A    No.

22  Q    Would that be considered in violation of the certification

23  contained on this petition?

24  A    Yes.

25  Q    And a basis to deny the application?

```
1    A    Yes.

2              MS. GANDY:  Nothing further, Your Honor.

3              THE COURT:  Your witness.

4              MS. GANDY:  Leave that here?

5              MR. SOSINSKY:  Yes, please.

6                        CROSS-EXAMINATION.

7    BY MR. SOSINSKY:

8    Q    Good morning.

9    A    Good morning.

10   Q    Couple of questions just about the process that you

11   described earlier in connection with the submission of the

12   I-130 form.

13             I'm sorry, Judge.

14             THE COURT:  All right.

15   BY MR. SOSINSKY:

16   Q    You told us that the process would begin as far as the

17   agency is concerned upon receipt of the documents, right, the

18   I-130 along with the supporting documentation, yes?

19   A    Yes.

20   Q    And then you mentioned as well as payment required by law

21   in connection with that application, right?

22   A    Correct.

23   Q    And correct me if I'm wrong, but, based on your knowledge

24   of how the service works, there is a filing fee of, I think

25   today it's $420 in connection with an I-130, or am I wrong
```

MOREL/CROSS/SOSINSKY

1    about the exact amount?

2    A    I'm exactly not sure of the amount.

3    Q    Okay.  But you're aware that there's a filing fee and you

4    made mention of it earlier, right?

5    A    Yes.

6    Q    Okay.  And applicants are directed pursuant to instructions

7    that accompany the form in terms of what forms that payment can

8    take, right?

9    A    Yes.

10   Q    Someone can't send cash through in the mail, for example,

11   US currency or foreign currency, right?

12   A    Yes that's correct.

13   Q    And you're aware that the instructions provide that an

14   applicant has to either send a check which can be a personal

15   check, right?

16   A    Correct.

17   Q    Or can send a money order, bank check or certified check,

18   right?

19   A    Correct.

20   Q    And the applicant is advised, at least according to

21   instructions, that the agency will maintain a copy of that

22   check or payment within its files, although it will not send

23   back, for example, a canceled check to the individual, right?

24   A    I'm not exactly sure of that.

25   Q    Okay.  Let me break that question down, if I could.  In the

LISA SCHMID, CCR, RMR

1  instructions themselves to an applicant, they're advised that

2  the agency will maintain a copy of the payment that's provided

3  that's offered, right?

4  A   I'm not exactly sure how they -- I haven't read the

5  instructions in quite some time.

6  Q   Okay.  But based on your experience, can you tell us then

7  generally -- forget about the instructions for now -- what is

8  the practice of the Immigration Service with regard to

9  documenting how payment is made?

10  A   I'm not exactly sure.

11  Q   And by the way, you were aware that the applicants are

12  instructed to make out a check to the United States Department

13  of Homeland Security, right?  That's who the payment would be

14  made out to?

15  A   Yes.  That, I do know.

16  Q   And okay.  So you described for us that assuming that

17  everything was in order, once the documents are sent to this

18  lockbox, that it would then be sent for someone to review at

19  another facility, right?

20  A   Yes, correct.

21  Q   And can you tell us based on your experience, from the time

22  that the first paperwork is received by the agency, USCIS, in

23  the lockbox, until the time that all of this material is

24  processed and you're doing the things that you described, what

25  is, based on your experience as we sit here today, the

MOREL/CROSS/SOSINSKY

```
 1    approximate time frame before which if the visa was to be
 2    approved, how long that would take?
 3    A    I don't know the answer to that.
 4    Q    Okay.  Would it be fair to say that based on your
 5    understanding, that from the beginning of the process, that is,
 6    when documents are first received by Immigration, until there's
 7    a decision made that someone can be issued a visa, that can
 8    take upwards of a year's time?
 9    A    It can, it depends on the particular case.
10    Q    Okay.  Can you give us any indication of currently as we
11    sit here in 2014, what the CIS tells the public in terms of
12    processing times?
13    A    I cannot.  I'm sorry.
14    Q    In any event, the forms are then reviewed by officers like
15    yourself, once they're sent from the lockbox for review, right?
16    A    By the Immigration Service officer.
17    Q    Okay.  And they're doing the things that you described,
18    right, in terms of reviewing the application, the supporting
19    documentation, making sure all appears to be in order, right?
20    A    Yes.
21    Q    And you then said if at the end of that process, someone is
22    to be approved, you mentioned something involving consular
23    visa?
24    A    Consular processing.
25    Q    Okay, consular processing, that would be where someone who
```

```
 1    is in a foreign country then would have to report to the U.S.

 2    consulate there, and interact act with folks there, right?

 3    A    Yes, that's correct.

 4    Q    Okay.  And what's involved in that process, that is the

 5    consular processing as compared with the work that you do?

 6    A    Because the Department of State is in charge of that and I

 7    do not work for the Department of State, I actually have no

 8    idea what happens during that process.

 9    Q    Okay.  All right.  Would it be fair to say that based on

10    your knowledge of consular processing, that there is an

11    interview process that takes place?

12    A    Yes, definitely.

13    Q    And there is a vetting process there, with the U.S.

14    Consulate in the foreign country prior to approval of someone's

15    visa, right?

16    A    I would assume so.

17          THE COURT:  You would assume so or you don't know?  Do

18    you know?

19          THE WITNESS:  I don't know for sure.

20          THE COURT:  Just say you don't know how it works.

21          THE WITNESS:  Okay.

22          THE COURT:  Go ahead.

23    BY MR. SOSINSKY:

24    Q    One of things, and I think we saw this within the file, one

25    of the things that's required in connection with an I-130
```

1    petition would be the provision by the applicant as well as the

2    potential beneficiary of photographs, right?

3    A    Yes.

4    Q    That's one of the things that are on the instruction form

5    as well, that the applicant needs to submit passport-type

6    photographs as well as those photographs of the beneficiary,

7    right?

8    A    Yes.

9    Q    And in this case, having reviewed the file, we saw the

10   photograph, the actual photographs within the file, right?

11   A    Yes.

12   Q    And although we had to move things around a little bit when

13   going through this, what I'm holding in my hands, I'm sorry if

14   it's upside down, this is, based on your review of the file,

15   passport-type photographs, as you understand it, of the

16   petitioner, Amina Ajmal, right?

17   A    Yes.

18   Q    And there were similar photographs, similar style

19   photographs in there of this person Babar, right, last name,

20   Babar, right?

21   A    Correct.

22   Q    And based on your review of the file, that's what I'm

23   pointing to now, right on the screen?

24   A    Correct.

25   Q    Okay.  And based on your review of the file, both of these

MOREL/CROSS/SOSINSKY

```
 1    photographs appear to have the same type of background, right?
 2    A    Correct.
 3    Q    You don't know whether or not they were taken, for example,
 4    on the very same day at the very same place, do you?
 5    A    I have no idea.
 6    Q    All right.  One of the things you were asked about earlier,
 7    and asked to read to the jury, was the warning that accompanies
 8    this page two of the I-130 application, right?
 9    A    Correct.
10    Q    And between the warning and certification there's also a
11    box there, called penalties, right?
12    A    Correct.
13    Q    And following where it says penalties, you're familiar with
14    what the application contains in terms of the verbiage, right?
15    A    I believe so.
16    Q    It says by law you may be imprisoned for not more than five
17    years or fine $250,000 or both, for entering into a marriage
18    contract for the purpose of evading any provision of the
19    immigration laws, right?
20    A    Correct.
21    Q    And based on your experience, what does that relate to?
22    A    That relates to individuals that marry for the sole purpose
23    of obtaining an immigration benefit.
24    Q    Thank you.  So that if someone gets married and has
25    children and has a family, that's not what this is addressing,
```

```
 1   right?

 2   A    No.

 3   Q    You were asked whether or not this application contains a

 4   signature and we looked at that earlier, right?

 5   A    Yes.

 6   Q    And you were asked the date, it also has a phone number

 7   next to it, does it not?

 8   A    Yes it does.

 9   Q    And that phone number is 718-434-1976?

10   A    Yes.

11   Q    You were asked as well the date upon which the application

12   appears to have been mailed.  And looking up here you said it

13   was December 1st, 2012?

14   A    Correct.

15   Q    And this also indicates that the postage stamp was paid in

16   Brooklyn, New York, right?

17   A    Correct.

18   Q    Okay.  And based on your review of the file and any other

19   entries that were made by CIS, assuming that the form was

20   received as the barcode indicates by the office on -- excuse

21   me, on December 6th, 2012, do you know how far along the

22   process got before somehow there was a stop put to it, based on

23   your review of the file?

24   A    Based on my review of file, it appears that as if the file

25   was never adjudicated.
```

```
1    Q    Okay.  And what do you mean when you say it was never
2    adjudicated?
3    A    Meaning that Immigration Service officer never actually
4    reviewed the file.
5    Q    Okay.  And the process of reviewing the file, I think you
6    told us, would take place as soon as the file was reviewed
7    first at the lockbox facility, right, and all was determined to
8    be in order?
9    A    Yes.
10   Q    And then it would go from there to one of the various field
11   offices for processing, right?
12   A    Actually a service center.
13   Q    Okay.  And so if it was received, if this I-130 was
14   received, in this case it was at the Chicago lockbox, right?
15   A    Initially, yes.
16   Q    Okay.  If it was received there, how soon thereafter would
17   it go out to one of the field offices that's you're describing,
18   that you're talking about?
19   A    The service center?
20   Q    I'm sorry, yeah, the service centers, ma'am.
21   A    It actually don't know.  It depends.
22   Q    What does it depend on?
23   A    It depends on the amount of cases that the lockbox
24   received.
25   Q    Do you know whether this application following December 6th
```

```
 1    made its way to one of those offices?
 2    A    To the service center.
 3    Q    Yeah, it did?
 4    A    It did.
 5    Q    And do you know when that was?
 6    A    Not off the top of my head.
 7    Q    Anything in the file that tells you that?
 8    A    No.
 9              MR. SOSINSKY:  No further questions.  Thank you.
10              THE COURT:  Any redirect?
11              MS. GANDY:  Just briefly, Your Honor.
12                         REDIRECT EXAMINATION
13    BY MS. GANDY:
14    Q    Officer Morel, on cross-examination counsel asked you some
15    questions about payment that's submitted along with an I-130
16    petition, and I would like to just follow up on that.
17              At what point in the process is the payment processed,
18    or submitted by the agency for?
19    A    Once it is received at the lockbox location.
20    Q    And in your work as an Immigration officer, are you
21    personally involved in that process?
22    A    I am not.
23    Q    Have you ever in reviewing files like the one that's been
24    admitted into evidence as Government Exhibit 501, have you ever
25    seen a receipt or some record of the payment having been
```

```
 1  processed maintained in the hard copy file that we have before

 2  us?

 3  A    No, I have not.

 4  Q    That's not part of the common practice of the USCIS?

 5  A    No, it's not.

 6  Q    Defense counsel also asked you some questions about how

 7  long the process takes from the day a petition for an I-130

 8  petitions is filed until the intended beneficiary gets a visa

 9  and gets to immigrate to the United States, and you weren't

10  sure, is that right?

11  A    Yes, that's correct.

12  Q    And I think you explained that the visa process, which is

13  sort of step two in the process, is handled by the State

14  Department, is that right?

15  A    Yes, if the beneficiary is outside the United States.

16  Q    As an immigration officer for USCIS, have you ever been

17  personally involved in the visa application process that the

18  beneficiary must go through before immigrating to the United

19  States?

20  A    No, I have not.

21  Q    And finally, you indicated that having reviewed the file

22  itself, it appeared to you that it had never been adjudicated,

23  is that right?

24  A    Yes, that's correct.

25  Q    What does that mean?
```

MOREL/REDIRECT/GANDY

```
 1   A    When we use the word adjudication, we basically mean

 2   whether or not it's been approved or denied.

 3   Q    And how is it that you can tell that this application in

 4   particular was never adjudicated by the agency?

 5   A    On the first page of the I-130, there's an area where an

 6   immigration service officer would be able to place their

 7   personal stamp, whether or not it has been approved or denied.

 8   Q    Finally, just directing your attention back to the second

 9   page of the application itself, defense counsel asked you some

10   questions about the penalties provision of this document.  Do

11   you remember that?

12   A    Yes.

13   Q    And following the sentence that defense counsel read, it

14   states, in addition, you may be fined up to ten thousand

15   dollars or imprisoned for up to five years or both, for

16   knowingly and willingly falsifying or concealing a material

17   fact or using any false document in submitting this petition.

18   Is that correct?

19   A    Yes, it is.

20   Q    Is the named signatory, the person who signs the petition,

21   is that considered a material fact that's of significance to

22   USCIS in determining how they adjudicate an I-130 petition?

23   A    Yes, it is.

24   Q    Is the other information biographical about address, date

25   of birth, date of marriage, et cetera, is that -- are those
```

```
 1   considered material facts as relevant to this penalties
 2   provision on the form?
 3   A    Yes.
 4            MS. GANDY:  I have nothing further, Your Honor.
 5            THE COURT:  You may step down, thank you.
 6            Ladies and gentlemen of the jury, we're going to take
 7   our fifteen-minute break now.  Do not talk about the case, and
 8   we will continue when you return.  Thank you.
 9            THE WITNESS:  Thank you.
10            (Jury exits.)
11            THE COURT:  You may step down, ma'am.  Thank you.
12            All right.  The jury has left the courtroom.  Do you
13   have any procedural issues?
14            MS. HECTOR:  No, Your Honor.
15            MR. SOSINSKY:  No, sir.
16            THE COURT:  Okay.  See you in 15 minutes, thanks.
17            (Recess.)
18            (Continued on the next page.)
19
20
21
22
23
24
25
```

```
 1            THE COURT:  You may be seated.

 2            We are awaiting Mr. Choudhry's return.

 3            (Pause.)

 4            (Defendant present in courtroom.)

 5            THE COURT:  Would you bring the jury in, please, and

 6    then we will have the next witness called.

 7            (Defendant now present.)

 8            (Jury in at 12:00 p.m.)

 9            THE COURT:  Thank you, ladies and gentlemen of the

10    jury.  Please be seated.

11            The government will call its next witness, please.

12            MR. TUCKER:  Your Honor, the government calls Customs

13    and Border Protection Officer Deep, D-E-E-P, Chopra.

14    C-H-O-P-R-A.

15            THE COURT:  All right.

16    DEEP  CHOPRA,  having been called as a

17       witness, first being duly sworn, was examined and

18       testified as follows:

19            THE COURT:  Please sit down, sir, and I want you to

20    pull this microphone directly to you.  Speak directly into it

21    state and spell your name for the court reporter and then

22    counsel will have some questions.

23            THE WITNESS:  My name is Deep Chopra, D-E-E-P,

24    C-H-O-P-R-A.

25            THE COURT:  And the first name D-E-E-P?
```

CHOPRA/DIRECT/TUCKER

```
1              MR. TUCKER:  That is correct, D-E-E-P.

2              THE COURT:  You may proceed.

3    DIRECT EXAMINATION

4    BY MR. TUCKER

5    Q    Thank you, your Honor.

6              By whom are you employed?

7    A    I work for the U.S. Customs & Border Protection.

8    Q    Is that sometimes calmed CBP?

9    A    That is correct.

10   Q    What is your title with CBP?

11   A    I am a CBP officer, program manager at the New York field

12   office.

13   Q    How long have you been with the Customs & Border

14   Protection?

15   A    I have been with CBP since April of 2002.

16   Q    What does your current assignment with CBP involve?

17   A    I am a CBP officer, program manager with the New York field

18   office.  I work on several national security-related programs,

19   one of them being Systems Access.

20   Q    In the course of your work and employment with CBP, is it

21   your common practice to query CBP databases in response to

22   requests from other law enforcement agencies?

23   A    Yes, it is.

24   Q    Do you have official access to those databases?

25   A    Yes, I do.
```

CHOPRA/DIRECT/TUCKER

1   Q   Have you been trained about how to access those electronic

2   databases?

3   A   Yes, I have been trained.

4   Q   Were you asked to query certain CBP databases in connection

5   with the investigation into the defendant Mohammad Ajmal

6   Choudhry?

7   A   Yes, I was.

8          THE COURT:  What does it mean to query a database in

9   layman's terms?

10         THE WITNESS:  I was asked to query the travel records

11  of the defendant.

12         THE COURT:  What does it mean to query is what I'm

13  saying?

14         THE WITNESS:  I was asked to look up the actual travel

15  inbound and outbound, into the United States and out of the

16  United States.

17         THE COURT:  Thank you.

18         You may proceed.

19         MR. TUCKER:  Thank you, your Honor.

20  Q   What databases were you asked to query or search?

21  A   I was asked to query the TECS, T-E-C-S, which is Treasury

22  Enforcement Communications System.

23  Q   What kind of information is contained in the TECS System?

24  A   The TECS System contains travel information about

25  passengers arriving into the United States and leaving out of

ALLAN SHERMAN, CSR, RPR

1    the United States.

2    Q    What is the source or what are the sources of the

3    information that is contained in the TECS System?

4    A    The TECS System is populated by APIS, which is APIS, the

5    Advanced Passenger Information System.  The APIS system is

6    populated by the airline industry.  The airline industry does

7    this pursuant to regulation by Congress.

8    Q    So in essence, the airlines provide information about

9    flights in and out of the United States?

10   A    That is correct.

11   Q    Is that information that they provide sometimes in certain

12   cases confirmed by Customs & Border Protection interviews of

13   border crossing officers?

14   A    That is correct.

15   Q    Is the information in the TECS database retained and

16   collected by CBP in the ordinary course of business?

17   A    Yes, it is.

18   Q    What kind of information and identifiers were you given to

19   assist you in searching the TECS database for this case?

20   A    I was provided the biographic information, including the

21   last name, first name and date of birth and in certain cases, I

22   was provided with the document number as in the passport

23   number.

24   Q    Is it always a passport number?  Are there other documents

25   that you can sometimes search for?

CHOPRA/DIRECT/TUCKER

1   A    Yes, you can also search based on the LPR card.  That is

2   the legal permanent resident card number.

3   Q    Is that sometimes known as a green card?

4   A    Commonly known as a green card.

5   Q    In accessing these records, did you limit your search or

6   query to a particular time period?

7   A    In the case of this particular search, I was asked to

8   search between January 1st, 2005 until present.

9           MR. TUCKER:  Your Honor, I'd like to show just the

10  witness what has been marked for identification as Government's

11  Exhibit 201, 202, 203 and 204.

12          THE COURT:  Where are they marked?

13          MR. TUCKER:  I'm sorry, your Honor, I can zoom out.

14  They are in the bottom quarter.

15          So that is 204, 203, 202 and 201.

16          THE COURT:  You may show it to the witness.

17  Q    Officer Chopra, do you recognize those documents?

18          THE COURT:  Do them one at a time.

19          What is 201?

20  Q    Let's start with 201.

21          Do you recognize 201?

22  A    Yes, I do.

23          THE COURT:  What is it?  What is 201?

24  Q    What is 201?

25  A    This is a travel record.  And the travel record indicates

CHOPRA/DIRECT/TUCKER

```
 1    it is traveled by --
 2             THE COURT:  Don't read it.  I just want to know what
 3    it is.
 4             Put the next one up.
 5    Q   Now I'm showing you what has been marked for identification
 6    as 202.
 7             Do you recognize that document?
 8    A   Yes, I do.
 9    Q   What is it just generally?
10    A   It's a travel record.
11    Q   I'm now showing you what has been marked for identification
12    as Government's Exhibit 203.
13             Do you recognize that document?
14    A   Yes, I do.
15    Q   What is it just generally?
16    A   That is also a travel record.
17    Q   Now I'm showing you again what has been marked for
18    identification as Government's Exhibit 204.
19             Do you recognize that document?
20    A   Yes, I do.
21    Q   What is it just generally?
22    A   That is also a travel record.
23    Q   Are these travel records that you provided in connection
24    with the queries that you were asked to make by law enforcement
25    in this case?
```

1    A    Yes, these are the travel records I queried in the TECS

2    System and produced from the TECS System myself.

3            MR. TUCKER:  Your Honor, the government moves to admit

4    Government's Exhibit 201, 202, 203 and 204 into evidence.

5            MR. SOSINSKY:  Without objection, sir.

6            THE COURT:  They are admitted.

7            You may publish to the jury.

8            (So marked in evidence Government's Exhibit 201, 202,

9    203 and 204.)

10           MR. TUCKER:  Thank you.

11   Q    Let's start first with what is now in evidence as

12   Government's Exhibit 201, and if we can turn on the jurors'

13   screens.

14           Officer Chopra, before we get into the details of what

15   this record says, could you please tell us what are these black

16   boxes here at the top and in the middle?

17   A    Those are systems access function keys and they have

18   redacted for security reasons.

19   Q    Why did they need to be redacted for security reasons?

20   A    If for some reason someone unauthorized has managed to get

21   access to the TECS System, they can not further understand the

22   system by reading these documents on them if they are

23   unauthorized.

24           THE COURT:  Who did the redactions, you or somebody

25   else?

1           THE WITNESS:  The redactions are done by our CBP

2   office of chief counsel.

3           THE COURT:  So a techie made the redactions?

4           THE WITNESS:  The attorneys, Office of Chief Counsel.

5           THE COURT:  Speak into the mic.

6           The redactions were made by whom?

7           THE WITNESS:  By the Office of Chief Counsel, the

8   attorneys for CBP.

9           THE COURT:  Not the U.S. Attorneys here, but attorneys

10  for your agency, is that right?

11          THE WITNESS:  That is correct.

12          THE COURT:  Go ahead.

13  Q   Thank your Honor.

14          I'm going to zoom in a little bit now here on

15  Government's Exhibit 201.

16          Officer Chopra, what is the name of the individual

17  whose travel this relates to?

18  A   As indicated on the record, I will point out by circling

19  the name, that is, last name Choudhry, first name Mohammad.

20  Q   What is the date of birth that relates to Mohammad

21  Choudhry, this individual here?

22  A   As indicated by the record, the subject's date of birth is

23  January 12, 1953.

24  Q   For the record, is the date of birth underneath where it's

25  listed DOB?

CHOPRA/DIRECT/TUCKER

1   A    That's correct.

2   Q    What does this first page of Government's Exhibit 201 show?

3   A    This is a TECS record indicating outbound travel by

4   Mohammad Choudhry.  And it indicates the flight and the port of

5   departure and port of arrival.

6   Q    What do you mean by outbound travel?

7   A    This is travel out, leaving the United States.

8   Q    What was --

9         THE COURT:  Counsel, you are moving away from the

10  microphone.  Move it towards you.

11  Q    What was the port of departure shown in Government's

12  Exhibit 201?

13  A    The departure location as indicated here is John F. Kennedy

14  Airport out of New York City.

15  Q    That is JFK?

16  A    That is commonly known as JFK Airport.

17  Q    What was the date of this outbound travel according to this

18  document?

19  A    The record date as indicated under the date is June 14,

20  2008.

21  Q    What was the carrier indicated here?

22  A    The flight here was the carrier quote indicates that, and

23  that is Pakistan International Airlines, as commonly stated as

24  PK, and the actual flight number is 712.

25  Q    Now, where it says arrival location Manchester, England,

CHOPRA/DIRECT/TUCKER

1   what is the significance of that?

2   A    This indicates that the flight was scheduled to arrive at

3   Manchester after leaving JFK.

4   Q    Does this record show the final destination of the person

5   who is traveling?

6   A    As per this flight, this person's final destination is

7   indicated as Manchester, England.

8           If there is any further travel, that was not indicated

9   in the TECS record.

10  Q    Is it possible for an individual to take another flight

11  after the flight that is shown in this TECS record?

12  A    I believe so.

13  Q    Okay.

14          I'm showing you now the second page of Government's

15  Exhibit 201.

16          We can move a little more quickly now.

17          What does this record show?

18  A    This is a travel record.  This is an inbound travel record

19  into the United States for subject named Ajmal Choudhry, first

20  name Mohammad, the same name as the previous subject but I

21  would still want to verify the spellings if there is an

22  objection to that.

23  Q    It's Mohammad Choudhry, is that right?

24  A    I'm trying to pronounce that as Choudhry, first name

25  Mohammad.

ALLAN SHERMAN, CSR, RPR

1   Q    What is the date of birth?

2   A    The date of birth indicated in this record is January 12,

3   1953.

4   Q    What was the date for this border crossing?

5   A    The travel date for this border crossing is August 6, 2008.

6   Q    Was this an inbound or outbound record?

7   A    This is inbound travel into the United States.

8   Q    What was the carrier for this flight?

9   A    The carrier name is PK as in Pakistan International

10  Airline, and the flight number is 721.

11  Q    I'm showing you the next page of Government's Exhibit 201.

12       What does this record show?

13  A    This is an outbound travel record out of the United States

14  for subject last name Choudhry, first name Mohammad Ajmal.

15  Q    What is that individual's date of birth?

16  A    That date of birth as indicated here is January 12, 1953.

17  Q    What was the date of travel?

18  A    The date of travel as indicated here is November 29, 2009.

19  Q    Is this an outbound record?

20  A    Yes, this is outbound travel out of the United States.

21  Q    And what is the arrival location listed here?

22  A    Arrival location listed here is DXD, as in the Dubai

23  International Airport.

24  Q    Just so it's clear, these records just show the first

25  destination; CBP doesn't necessarily retain records about

CHOPRA/DIRECT/TUCKER

```
 1   subsequent travel to other countries?

 2           MR. SOSINSKY:  Objection to the form first.

 3           THE COURT:  Overruled.

 4           If you know.

 5   A   Yes, this record indicates the immediate flight out of the

 6   U.S. to any destination.

 7   Q   The next page here, what does this record show?

 8           We're still on Government's Exhibit 201.

 9   A   This record indicates inbound travel for last name

10   Choudhry, first name Mohammad Ajmal.

11   Q   And the date of birth?

12   A   Date of birth is January 12, 1953.

13   Q   And what was the date of this inbound travel?

14   A   The date indicated for this inbound travel is December 15,

15   2009.

16   Q   Now looking at the next page of Government's Exhibit 201.

17   What is shown here?  What is shown in this record, sir?

18   A   This record indicates outbound travel for last name

19   Choudhry, first name Mohammad A.

20   Q   What is the date of birth for that individual?

21   A   The date of birth for that individual is January 12, 1953.

22   Q   And this was an outbound record?

23   A   Yes, this is outbound travel out of the United States.

24   Q   On what date?

25   A   On date September 18, 2012.
```

CHOPRA/DIRECT/TUCKER

1   Q    Now looking at the final page of Government's Exhibit 201,
2   what is shown here?
3   A    We're -- this record indicates inbound travel for subject
4   last name Choudhry, first name Mohammad A.
5   Q    What is the date of birth for that individual?
6   A    The date of birth is January 12, 1953.
7   Q    What was the date for this inbound travel into the United
8   States?
9   A    The travel date as indicated here is November 27, 2012.
10  Q    Officer Chopra, all of the travel records for Government's
11  Exhibit 201, do they all relate to this individual Mohammad
12  Choudhry with the date of birth January 12, 1953?
13  A    I am presuming 201 includes all for Choudhry, Mohammad.
14  Q    We have just looked at all of the pages for 201.
15  A    I'd like to physically see them.
16  Q    Of course.
17          THE COURT:  Mr. Jackson, would you be kind enough to
18  take -- this is just 201 through 204?
19          MR. TUCKER:  This is 201 only, your Honor.
20          THE COURT:  Would you bring 201 up to the witness so
21  he can have the hard copy old school in his hands.
22          Okay, do you have 201 before you, sir?
23          THE WITNESS:  Yes, I do, sir.
24          THE COURT:  Perhaps if you have an additional copy,
25  you can go back to the Elmo so the jury can see 201 and you can

CHOPRA/DIRECT/TUCKER

1    continue your examination.

2             MR. TUCKER:  I have an additional copy.

3             THE COURT:  I thought you might.

4    Q   Officer Chopra just to close out Government's Exhibit 201,

5    do all the pages of this exhibit relate to this individual

6    Mohammad Choudhry with the date of birth January 12, 1953?

7    A   Yes, they do.

8    Q   Thank you.

9             I want to turn your attention now to what is now in

10   evidence as Government's Exhibit 202.

11            Your Honor, with the Court's permission, to make this

12   a little easier, I'm going to hand the witness copies of the

13   remaining exhibits.

14            THE COURT:  Actually, you won't but Mr. Jackson will.

15            MR. TUCKER:  Yes.

16            Thank you, Mr. Jackson.

17            THE COURT:  That's how he keeps in the great shape he

18   is in and I'm in the shape I'm in.

19            Next question.

20   Q   Looking now at what is in evidence as Government's

21   Exhibit 202.

22            Officer Chopra, what is the name of the individual

23   that that record relates to?

24   A   The name of the individual the record relates to is last

25   name Ajmal, first name Amina.

CHOPRA/DIRECT/TUCKER

1  Q   What is Amina Ajmal's date of birth according to this

2  record?

3  A   As per this record, date of birth for the subject is August

4  24, 1990.

5  Q   What kind of record is this, what does it show?

6  A   This is an outbound travel record traveling out of the

7  United States.

8  Q   What is the date of travel?

9  A   Date of travel is June 28, 2007.

10 Q   Now looking at the next page of Government's Exhibit 202.

11 What is the name here?

12 A   Name of subject for this record is Ajmal last name, first

13 name Amina.

14 Q   What is her date of birth?

15 A   Date of birth is August 24, 1990.

16 Q   What was the date of this travel?

17 A   Date of this inbound travel into the United States is

18 August 27, 2007.

19 Q   Now looking at the next page, the third page of

20 Government's Exhibit 202.

21      What does this record show?

22 A   This is a travel record for last name Ajmal, first name

23 Amina.  It's an outbound travel record traveling out of the

24 United States.

25 Q   What is the date of birth for the individual listed here on

 1    the third page?

 2    A    August 24, 1990.

 3    Q    What was the date of travel?

 4    A    The travel date is November 29, 2009.

 5    Q    And is this outbound travel?

 6    A    Yes, sir, this is outbound travel leaving the United

 7    States.

 8    Q    I'm now looking at the fourth and final page of

 9    Government's Exhibit 202.

10         What is the name of the individual to whom this record

11    relates?

12    A    This record relates to last name Ajmal, first name Amina.

13    Q    What is her date of birth?

14    A    August 24, 1990.

15    Q    What is the date of travel shown in this record?

16    A    The travel date indicated as per this record is January 7,

17    2013.

18    Q    Is this inbound or outbound travel?

19    A    This is inbound travel into the United States.

20    Q    Is it fair to say, Officer Chopra, that Government's

21    Exhibit 202, all of these four pages relate to Amina Ajmal,

22    date of birth 08/24/1990?

23    A    Yes.

24    Q    I want to direct your attention now to what is in evidence

25    as Government's Exhibit 203.

CHOPRA/DIRECT/TUCKER

1        What is the name of the individual shown in this

2   record?

3   A    Name indicated in this record is last name Choudhry, first

4   name Mohammad A.

5   Q    What is the date of birth for this individual?

6   A    The name indicated for this record is last name Choudhry,

7   first name Mohammad A.

8   Q    What is the date of birth for this individual?

9   A    The date of birth for this individual is May 1st, 1950.

10  Q    And what is the date of travel shown in this record

11  Government's Exhibit 203?

12  A    Travel date for this exhibit -- as indicated by this

13  exhibit is November 27, 2011.

14  Q    Is it 2011?

15  A    I beg your pardon, it's November 27, 2012.

16  Q    Is this inbound or outbound travel?

17  A    This is inbound travel into the United States.

18  Q    Now Officer Chopra, looking at Government's Exhibit 201 and

19  203, are the dates of birth for these two individuals

20  different?

21  A    Yes, they are different.

22  Q    201's date of birth is -- January 12, 1953 and 203's date

23  of birth is May 1, 1950?

24  A    That is correct.

25  Q    Finally, looking at what is now in evidence as Government's

CHOPRA/DIRECT/TUCKER

1    Exhibit 204, what is the name of the individual whose travel is

2    described in this document?

3    A    Name of the individual, last name Ajmal, first name

4    Nasreen.

5    Q    What is that person's date of birth?

6    A    Date of birth as indicated on the record is January 10,

7    1985.

8    Q    What is the date of travel shown on the first page of

9    Government's Exhibit 204?

10   A    Travel date as indicated on this record is January 28,

11   2006.

12   Q    And was this inbound or outbound travel?

13   A    This is outbound travel leaving the United States.

14   Q    Turn your attention now to the next page of Government's

15   Exhibit 204.

16        What does this page show?

17   A    This is an inbound travel into the United States by

18   subject, last name Ajmal, first name Nasreen, date of birth

19   January 10, 1985 on August 27, 2007.

20   Q    That was inbound travel on that date, August 27, 2007?

21   A    That is correct.

22   Q    Now turning your attention to the next page of Government's

23   Exhibit 204.

24        What does this record show?

25   A    This is an outbound travel leaving the United States for

CHOPRA/DIRECT/TUCKER

1    the subject, last name Ajmal, first name Nasreen.

2              THE COURT:  Slow it down.  Whenever anybody reads,

3    they tend to turn into Woody Allen.  Channel your inner Lord

4    Vader.  Read it slowly.

5    A    This is outbound travel leaving the United States for

6    subject, last name Ajmal, first name Nasreen, date of birth

7    January 10, 1985 for the date January 14, 2009.

8    Q    Again, this was outbound travel on that date?

9    A    That is correct.

10   Q    Finally, turning your attention to the last page of

11   Government's Exhibit 204.  Please tell the jury what this

12   record shows?

13   A    This is an inbound travel record for the subject Ajmal last

14   name, first name Nasreen, date of birth January 10, 1985 for

15   the date May 12, 2011.

16   Q    So again, that is inbound travel into the United States on

17   that date May 12, 2011?

18   A    That is correct.

19   Q    Government's Exhibit 204, all four of the pages relate to

20   this same individual, Nasreen Ajmal, date of birth January 10,

21   1985?

22   A    Yes, it does.

23             MR. TUCKER:  Your Honor, I have nothing further.

24             THE COURT:  Your witness.

25   CROSS-EXAMINATION

ALLAN SHERMAN, CSR, RPR

CHOPRA/DIRECT/TUCKER

```
 1   BY MR. SOSINSKY
 2   Q    Just one question sir.
 3             With regard to the query that you began by testifying
 4   to, you said that in this case, you were asked by the folks who
 5   had the question to search that database for a particular time
 6   period, right?  Yes?
 7   A    That is correct, sir.
 8   Q    I think when you began testifying, at least as I understood
 9   it, you were explaining that for Mohammad Ajmal Choudhry, you
10   searched that TECS database from January 2005 to date, correct?
11   A    That is correct.
12   Q    My only question is:  Was that the same request made for
13   each of the four individuals contained within those four
14   exhibits that are before you, that is, to go through the
15   database from the beginning of January 2005 up until the date
16   of your search?
17   A    That is correct.
18   Q    Did anyone request you to go back --
19             Did anyone at the time of that request ask you to
20   conduct a search going back from 1999 through, for example,
21   today?
22   A    Not to my recollection.
23   Q    Okay.
24             That wasn't the original request and no one since then
25   has asked you to search out those records, right?
```

ALLAN SHERMAN, CSR, RPR

CHOPRA/CROSS/SOSINSKY

```
 1   A   No, I was originally asked to search for records from
 2   January 1, 2005 and post that, that was not requested.
 3             THE COURT:  Anything else?
 4             MR. TUCKER:  No, your Honor.
 5             THE COURT:  Thank you.  You may step down.
 6             Call your next witness.
 7             MS. HECTOR:  The government calls Peg Peterson.
 8             THE COURT:  Would you spell the name.
 9             MS. HECTOR:  Sure.
10             Peg, P-E-G, Peterson is P-E-T-E-R-S-O N.
11   PEG  PETERSON,  having been called as a
12       witness, first being duly sworn, was examined and
13       testified as follows:
14             THE COURT:  Please sit down, Ms. Peterson.
15             I'm going to ask you to pull this microphone. directly
16   in front of you and speak into it.
17             It looks a little like a snake.  It's not.  It won't
18   bite you.  And if you keep your voice up, that way the jurors,
19   counsel, the parties will be able to hear you.
20             Okay, ma'am?
21             THE WITNESS:  Yes.
22             THE COURT:  Please proceed, counsel.
23             MS. HECTOR:  Thank you, your Honor.
24                          DIRECT EXAMINATION
25   BY MS. HECTOR:
```

1    Q    Ms. Peterson, are you currently employed?

2    A    Yes, I am.

3    Q    Who do you work for?

4    A    I work for Western Union Financial Services Incorporated.

5    Q    What position do you hold with Western Union?

6    A    I am a director in our global security division and I

7    manage the team that processes subpoenas for various law

8    enforcement and government agencies.

9    Q    Can you describe generally what a subpoena is?

10   A    It is a legal document asking us to provide information to

11   whatever law enforcement agent has requested it.

12   Q    How long have you been held your current position?

13   A    I was senior manager for two and a half years and was

14   promoted to director about five months ago.

15   Q    What are your duties and responsibilities as director of

16   global security?

17   A    I manage the team that processes the subpoenas.  I meet

18   with government agents to talk about how we can improve our

19   process and I also testify.

20   Q    Does Western Union conduct money transfers?

21   A    We do.

22   Q    Can you describe generally speaking what a money transfer

23   is?

24   A    Yes, it would be an individual going into a location, we

25   have several thousand of them, and you actually go in as an

ALLAN SHERMAN, CSR, RPR

 1    individual sending money to another person who then goes to a

 2    location to pick up the cash.

 3    Q   Are your locations solely in the United States or are they

 4    around the world?

 5    A   We are global.

 6    Q   Are there forms that are required to both send and receive

 7    money through Western Union?

 8    A   Yes, it's called a send pay form.

 9    Q   Are those forms kept in the ordinary course of business of

10    Western Union?

11    A   They are kept within the locations, yes.

12    Q   When individuals send or pick up money, do they need to

13    take certain steps to verify their identity?

14    A   If the transaction is more than $1,000, there is an

15    identification that is required although there are some areas,

16    if the transaction is less than that, the agents themselves may

17    ask for it but the requirement is a thousand.

18    Q   Even if it's not required, in your experience at Western

19    Union, do people sometimes provide their identification even if

20    it's not required?

21    A   Yes.

22    Q   And in those cases, does Western Union sometimes store

23    those records as well?

24    A   Anything that is provided at the time of the transaction is

25    stored with the record.

```
 1  Q    Now, with respect to storing records, how does Western
 2  Union store its records?
 3  A    All of our money transfer records are stored electronically
 4  and they are stored in Charlotte, North Carolina in a server
 5  based environment.
 6  Q    Is it fair to say they are stored in a database?
 7  A    Yes.
 8  Q    Are those records that are stored in that database created
 9  at or near the time of the transactions themselves?
10  A    Yes.  Wherever the transaction is initiated, when it gets
11  to North Carolina, it is converted to Eastern Standard Time
12  using military time.
13  Q    Generally speaking, what types of information is included
14  within the records that Western Union stores?
15  A    The dollar amount.  Every transaction that is initiated is
16  given a money transfer control number and so that is included.
17  And then the information that the sender provides, which is
18  name, address, phone number, all of that information is
19  provided from the sender's side of it and then on the payee's
20  side of it, the same information is required when it's picked
21  up.
22  Q    I'd like to show the witness only what has been marked as
23  Government's Exhibit 1,000.
24        THE COURT:  You may publish it to the witness.
25  Q    Ms. Peterson, I'm asking you to just take a look at what
```

PETERSON/DIRECT/HECTOR

```
 1   you see on your screen.

 2           Do you see that?

 3   A   Yes.

 4   Q   Do you recognize it?

 5   A   Yes, its a CD with my initials on it.

 6   Q   Have you seen that CD before?

 7   A   Yes, I did, this morning.

 8   Q   Did you review the contents?

 9   A   Yes, we did.

10   Q   Generally speaking, what are the contents of that CD?

11   A   There are three money transfer transactions on a

12   spreadsheet that was provided as a result of a subpoena

13   request.

14   Q   The money transaction information that is recorded on that

15   spreadsheet, was that derived from Western Union records?

16   A   Yes, it was.

17   Q   Does your position require you to be familiar with such

18   records?

19   A   Yes, it does.

20   Q   Is it the regular practice of and regular business of

21   Western Union to record the type of information that is

22   included therein?

23   A   Yes.

24           MS. HECTOR:  The government moves to admit into

25   evidence Government's Exhibit 1000.
```

ALLAN SHERMAN, CSR, RPR

```
 1              MR. SOSINSKY:  No objection.

 2              THE COURT:  It's admitted.

 3              You may publish it to the jury.

 4              (So marked in evidence as Government's Exhibit 1000.)

 5   Q   Now Ms. Peterson, I'm going to ask you about various pieces

 6   of information that is part of this record.

 7              Is there anything that would -- any records or

 8   documents maintained by Western Union that would aid you in

 9   your testimony today?

10   A   If we have the legend for the spreadsheet that we are

11   looking at, that would be helpful because I don't always

12   remember all the column titles.

13              MS. HECTOR:  With your Honor's permission, I'd like to

14   provide the witness with 3500 PP-1.

15              THE COURT:  You may do that.

16              Any objection, counsel?

17              MR. SOSINSKY:  To refresh her recollection, no, sir.

18              THE COURT:  Okay.

19              Would you take it to the witness, Mr. Jackson, please.

20   Q   Now Ms. Peterson, the record that we are looking at, fair

21   to say it's in the format of an Excel spreadsheet?

22   A   Yes.

23   Q   As I ask you about the various columns, I'll have my

24   colleagues scroll to the record because it's fair that the

25   entire spreadsheet doesn't fit on one computer screen?
```

PETERSON/DIRECT/HECTOR

1   A    Yes, there are probably 30 columns.

2   Q    Just to talk a little bit about this record.

3         How many money transfers are represented on this

4   record?

5   A    On this record, there are three money transfers

6   represented.

7   Q    Do you see that there are various columns on this

8   spreadsheet denoted A, B, C, D and so forth?

9   A    Yes.

10  Q    Does each column represent a different piece of information

11  about a particular money transfer?

12  A    Yes, it does.

13  Q    So I'd like to ask you about some of the columns and what

14  that column represents.

15  A    Okay.

16  Q    Let's start with the column that is labeled A.

17        What does that column represent?

18  A    That represents the send amount in U.S. dollars.

19  Q    So is it -- does that mean that the money was actually sent

20  in the denomination of U.S. dollars or no?

21  A    Yes.

22  Q    What does -- so that amount is --

23        That column indicates that it was sent in U.S.

24  dollars?

25  A    Yes.

PETERSON/DIRECT/HECTOR

1   Q    What does column B represent?

2   A    Column B is what we call our money transfer control number

3   and it is the number that is assigned to each individual

4   transfer.

5   Q    Is that a number just assigned by Western Union?

6   A    Yes.

7   Q    What about column C?

8   A    Column C is the name that was provided by the sender when

9   the money transfer was initiated.

10  Q    Who provides that information to Western Union?

11  A    The sender.

12  Q    Now directing your attention to column E, can you tell the

13  jury what that column represents?

14  A    That is the phone number that the sender provided at the

15  time of the transaction.

16  Q    Is it fair to say that in this particular record for all

17  three transactions, the phone number is (917)853-7685?

18  A    Yes.

19  Q    Who provides that information to Western Union?

20  A    That would be the sender.

21  Q    What about column F?

22  A    Column F is the date that the transaction was initiated.

23  Q    What about column G?

24  A    Column G represents the time which is again converted into

25  Eastern Standard Time using military.

1    Q    So when you say military, is it fair to say that for the

2    first entry that says 2245, is that 10:45 p.m.?

3    A    Yes.

4    Q    If we can scroll over a little bit, please.  What do

5    columns J, K and L represent?

6    A    Those represent the primary identification that the sender

7    provided at the location at the time of the transaction.

8    Q    Now you'll notice that in some of the cases, in two of the

9    transactions that is blank.  Why would that be?

10   A    Those transactions are less than $1,000 each.

11   Q    In this particular case for the third transaction, the type

12   is one, there is a number and then there is an indication

13   NYSDL.  Do you see that?

14   A    Yes.

15   Q    Do you know what that means?

16   A    The type one indicates a driver's license issued by the

17   United States.

18          The second is the number that was associated with the

19   driver's license.  And column L let's us know that it was a New

20   York State driver's license.

21   Q    If we can just scroll over to show columns O, P, Q, R and

22   S.

23          Can you describe for the jury what is represented in

24   O, P, Q, R and S?

25   A    Those represent the actual address that the sender provided

1    at the time of the initiation of the transfers.  So in this

2    case, the address provided was 817 Foster Avenue in Brooklyn,

3    New York with a zip of 11230 and the send country is indicated

4    as U.S.

5    Q    What about columns T and U?

6    A    That indicates the send currency, so in this case U.S.

7    dollars and then again, the dollar amounts are U.S. dollars.

8    Q    Now directing your attention to column V.  What is

9    represented by column V?

10   A    That is the payee or the receiver, the person picking up

11   the money.

12   Q    Who provides that information to Western Union?

13   A    The sender will put that on the form or provide it when

14   they are doing it and then the payee verifies it when they go

15   to pick up the money.

16   Q    If you can just move over one column to S, do you see that?

17   A    Yes.

18   Q    What does X represent?

19   A    X represents the payee phone number as provided by the

20   person picking up the money.

21   Q    Is it fair to say for the first transaction, the payee name

22   was Mohammad Akmal and the phone number associated was

23   (300)871-5569?

24   A    That's correct.

25   Q    And you said that information is provided by the payee?

```
1    A    Yes.

2    Q    Just to be clear, when you say payee, who is the payee?

3    A    That is the receiver of the funds, the person who is

4    actually at the location picking up the money.

5    Q    And what about column Y?

6    A    Column Y indicates the date that the money was paid out to

7    the receiver.

8    Q    What about Z?

9    A    Z would then indicate the time in Eastern Standard

10   military.

11   Q    If we can just scroll over to A J.

12        Can you tell us what A J represents?

13   A    The column A J represents the paid country where the

14   individual was when they picked up the money.

15   Q    In all three of these instances, it's indicated as PK is

16   that right?

17   A    Yes.

18   Q    Are you familiar with what PK stands for?

19   A    Yes, PK is the country code for Pakistan.

20   Q    Directing your attention to column A K, can you tell us

21   what that represents?

22   A    That represents in U.S. dollars the amount that was paid

23   out to the receiver.

24   Q    Now, it appears that the amount paid out is slightly lower

25   than the amount sent.
```

PETERSON/DIRECT/HECTOR

1           Can you explain why that is?

2    A    That would have -- that would be the fees.

3    Q    Western Union's fees?

4    A    Yes.

5    Q    If we can just scroll to A S through A Y.

6           Can you describe what is represented in columns A S

7    through A Y?

8    A    That represents the actual Western Union agent location,

9    the name of the agent, the address of the agent, the city it

10   was sent and then the state and zip.

11   Q    So is it fair to say that is the location where the sender

12   sent the money from?

13   A    Yes.

14   Q    So in this case, on each occasion it was Houston Street in

15   New York?

16   A    Yes, at the Pay O Matic.

17   Q    What about if you can scroll to column A Z, what does that

18   represent?

19   A    A Z represents the pay agent name.  So where the receiver

20   went to pick up the money, that would be that location.

21   Q    So it could be a business or location that people can

22   receive Western Union funds, is that fair?

23   A    Yes.

24   Q    What about column B B?

25   A    Column B B indicates the pay agent city.

PETERSON/DIRECT/HECTOR

1    Q    What do you mean by the pay agent city?

2    A    So these agent locations were located in Carachi, Kharian

3    and Bhimber.

4    Q    You had already stated that the pay country was Pakistan,

5    is that right?

6    A    That's correct.

7    Q    So Karachi, Pakistan; Kharian, Pakistan and Bhimber,

8    Pakistan, is that fair?

9              THE COURT:  Would you spell the last name, please.

10             MS. HECTOR:  Carachi, C-A-R-A-C-H-I (sic).  Kharian is

11   K-H-A-R-I-A-N and Bhimber B-H-I-M-B-E-R.

12             THE COURT:  Thank you.

13             You may continue.

14   Q    Just if we can scroll back to the beginning of this record,

15   is it fair to say based on this record, that on February 5 --

16   scroll back -- February 5, 2013, someone who presented himself

17   as Mohammad Choudhry with phone number (917)853-7685 and an

18   address of 817 Foster Avenue in Brooklyn sent $900 in U.S.

19   currency and a person who presented himself as Mohammad Akmal

20   with phone number (300)871-5569 picked that money up the

21   following day on February 6 in Karachi Pakistan?

22   A    Yes, that would be correct.

23   Q    And for the second record is it fair to say that back on

24   July 5, 2010, someone who presented himself as Mohammad

25   Choudhry having phone number (917)853-7685 and an address of

PETERSON/DIRECT/HECTOR

1    817 Foster Avenue in Brooklyn, New York, sent $297.65 in U.S.

2    currency and a person who presented himself as Mohammad Akmal

3    picked that money up a few days later on July 8, 2010 in

4    Kharian, Pakistan?

5    A    Yes.

6    Q    And finally, on November 14, 2009, someone who presented

7    himself as Mohammad Choudhry, again having phone

8    number (917)853-7685 and an address of 817 Foster Avenue in

9    Brooklyn, New York, sent $1,218.61 in U.S. currency and a

10   person who presented himself as Choudhry, Javed Iqbal, picked

11   that money up two days later on November 16, 2009 in Bhimber,

12   Pakistan?

13   A    That's correct.

14          MS. HECTOR:  No further questions.

15          THE COURT:  Your witness.

16   CROSS-EXAMINATION

17   BY MR. SOSINSKY

18   Q    Afternoon, ma'am.

19   A    Good afternoon.

20   Q    You said that before you gave the testimony that you just

21   did, that you went over these records this morning, yes?

22   A    Correct.

23   Q    Prior to this morning, had you or your office been asked to

24   conduct a query or a search of the Western Union databases in

25   connection with this same case?

ALLAN SHERMAN, CSR, RPR

PETERSON/CROSS/SOSINSKY

1  A   Yes.

2  Q   And prior to this morning, you had -- when I say you, I

3  don't know if it was you or your office but I'm going to use

4  the word you, you understand what I'm asking, yes?

5  A   Yes.

6  Q   Had you, meaning Western Union, been asked, for example, to

7  provide the results of a database search for a person known as

8  Mohammad Choudhry?

9  A   Yes.

10 Q   And pursuant to that search, you provided certain records

11 that Western Union maintained showing these money transactions

12 over the course of a period of time, correct?

13 A   Yes.

14 Q   And so would it be fair to say that what we just took a

15 look at, the exhibit before you, ma'am, is a portion or part of

16 the records that previously you had produced a run or a

17 database search of, correct?

18 A   Yes.

19 Q   Can you tell the jury what the parameters were, what the

20 instructions previously were in terms of conducting a database

21 search for this same person, Mohammad Choudhry, to see what

22 transactions he had engaged in during that period of time, what

23 were the prior instructions?

24 A   I actually don't have the subpoena in front of me.  I

25 believe --

ALLAN SHERMAN, CSR, RPR

PETERSON/CROSS/SOSINSKY

```
 1            THE COURT:  There is no need to guess.

 2            Do you have the subpoena?

 3            THE WITNESS:  Not in front of me, no.

 4            THE COURT:  Do you recall what the details were of the

 5   subpoena?

 6            Either you do or you don't.

 7            THE WITNESS:  Not completely, no.

 8            THE COURT:  Do you have a copy of the subpoena to show

 9   the witness?

10            MR. SOSINSKY:  I don't have one with me now, sir,

11   right here.

12            I'll do my best to continue.

13   Q   Please do not guess at all when providing answers as the

14   Court just instructed.  Let us know.

15            Okay.

16            Referring to the prior search, would it be fair to say

17   one of the things you do recall was conducting for a particular

18   period of time of years, right, a search for money sent or

19   received by Mohammad Choudhry, correct?

20   A   Yes.

21   Q   And the database system that you testified on direct that

22   Western Union maintains, that is what is called a searchable

23   database, right?

24   A   Correct.

25   Q   And it can be searched, for example, by the name of the
```

ALLAN SHERMAN, CSR, RPR

PETERSON/CROSS/SOSINSKY

1   payor, right?

2   A   Yes.

3   Q   And it could be searched by an address provided for a

4   payor, correct?

5   A   Correct.

6   Q   It could be searched by the name of a payee, right?

7   A   Yes.

8   Q   It could be searched by an address of the payee?

9   A   Right.

10  Q   It could be searched by a phone number that is provided, as

11  you said, sometimes it is at the time someone conducts one of

12  these monetary transactions, right?

13  A   Yes.

14  Q   And so previously, would it be fair to say that you, your

15  office conducted database searches on the things that I just

16  mentioned?

17  A   Yes.

18  Q   And that included from what you recall producing results

19  for a number of individuals, persons, names associated with

20  that same address that was listed on this document as a Foster

21  Avenue address in Brooklyn, New York, right?

22  A   I don't recall if there were other names.

23  Q   You produced records, did you not, showing monetary

24  transactions going back to the year 2005, right?

25  A   That is how far back our database goes.

ALLAN SHERMAN, CSR, RPR

PETERSON/CROSS/SOSINSKY

1   Q    So you produced records of monetary transactions, transfers

2   between New York and Pakistan from 2005 through the time you

3   were asked to conduct that search pursuant to subpoena,

4   correct?

5   A    Yes, if that's what the subpoena asked for.

6   Q    Would it be fair to say that the three monetary

7   transactions that you just testified to, one of which took

8   place in November of 2009, the second which took place in July

9   of 2010 and the final one on February 5, 2013, those

10  transactions, ma'am, with regard to this person Mohammad

11  Choudhry, the name in column C, they represent just a small

12  portion of the results that you previously produced in terms of

13  sending money from New York to Pakistan, correct?

14  A    Yes, they represent a portion.

15  Q    And they represent a portion of the results that were

16  produced for individuals who listed the very same address that

17  is the Foster Avenue address, correct?

18  A    I cannot speak to that exactly.

19  Q    Did you run a query or a search of database records for

20  someone known as Shakeel Choudhry?

21  A    I do not know that.

22  Q    Do you know the names of any of the individuals other than

23  this person, Mohammad Choudhry, that previously that you ran

24  and provided results to the United States government?

25  A    No.

ALLAN SHERMAN, CSR, RPR

PETERSON/CROSS/SOSINSKY

1  Q   All you can talk about today are these three things?

2  A   Correct.

3  Q   And this is, as you said, a small portion of the results

4  produced even for one person, Mohammad Choudhry, correct?

5  A   Yes.

6  Q   The times that are noted on this exhibit, ma'am, you said

7  that they are converted to Eastern Standard Time?

8  A   Yes.

9  Q   If a transaction was made in Eastern Standard Time, that is

10  if we were to do it outside the courthouse here in Brooklyn,

11  New York, the time would be recorded exactly as the transaction

12  took place?

13  A   Correct.

14  Q   So what you are saying is if someone made a transaction

15  other than in the Eastern Standard Time, Western Union would

16  list that as the time would be here in Eastern Standard Time?

17  A   Right.

18        THE COURT:  Ma'am, does that mean that if someone sent

19  something out at 7:00 a.m. in California, it would be recorded

20  as if it were sent out at 10:00 a.m. in New York City?

21        Is that what you mean by recorded in the Eastern

22  Standard Time, putting aside the military aspect of it?

23        THE WITNESS:  Yes.

24        THE COURT:  Go ahead.

25  Q   And all of the transactions that Western Union participates

ALLAN SHERMAN, CSR, RPR

1   in are done in cash, correct?

2   A    Yes.

3   Q    Whatever the local currency is at the location at which

4   someone wishes to transfer funds, right?

5   A    Yes.

6            MR. SOSINSKY:  Thank you, very much.

7            THE COURT:  Anything else?

8            MS. HECTOR:  Nothing further, your Honor.

9            THE COURT:  You may step down, ma'am.

10            Thank you.

11            Please call your next witness.

12            MS. HECTOR:  The government calls Amina Ajmal.

13            THE COURT:  Since it's starting another witness who I

14   suspect will take sometime, why don't we break for lunch and

15   we'll resume at 2:00, ladies and gentlemen of the jury.

16            Does that work for you?

17            We'll see you at 2:00.

18            (Jury out at 12:55 p.m.)

19            THE COURT:  Now that the jury has left the courtroom,

20   do we have any procedural issues?

21            MS. HECTOR:  Not from the government, your Honor.

22            MR. SOSINSKY:  No, your Honor.

23            THE COURT:  See you at 2:00.

24            (Whereupon, there was a luncheon recess.)

25            (Continued on next page.)

PETERSON/CROSS/SOSINSKY

 1              (In open court, outside the presence of the jury.)

 2              (Defendant enters the courtroom.)

 3              THE COURT:  All right.  Please be seated.

 4              Are we ready to call the next witness?

 5              MS. HECTOR:  We are, Your Honor, and we also have --

 6     Your Honor had suggested that the parties confer on a proposed

 7     limiting instruction with respect to the wedding video clips

 8     that show the gunfire.

 9              THE COURT:  Yes?

10              MS. HECTOR:  We have agreed on a proposed

11     stip/limiting instruction, and apologize that half of it is

12     written in handwriting as opposed to typed.

13              THE COURT:  That's all right.  Why don't you hand it

14     to my law clerk, who will hand it to Mr. Jackson, who will hand

15     it to me, if you want me to look at it now.  Okay.

16              Thank you.

17              THE CLERK:  You're welcome, sir.

18              THE COURT:  All right.  I'm going to ask my law clerk

19     to type this up in the form of a stipulation and order, and let

20     me read it into the record, now, just to make sure that I have

21     a statement from each of you on the record that it's agreed

22     upon, but then we'll have the signed version of it where you

23     have signed off as counsel of record as well, okay?  So they'll

24     will be a stipulation and order in formal written format.

25              The stipulation and order will read as follows:

PROCEEDINGS

```
 1    "Ladies and gentlemen of the jury, you're about to be shown

 2    videotape which, among other things, depicts at certain points

 3    certain individuals in possession of and discharging rounds

 4    from firearms during wedding celebrations.  I instruct you that

 5    there is no claim made that by possessing or firing such

 6    firearms at the times depicted in these videos, that anyone has

 7    violated any law in Pakistan.  This evidence is being offered

 8    solely for the purpose of demonstrating the backyard (sic) and

 9    context of testimony, as well as to establish that a certain

10    individual or individuals had access to such firearms at a time

11    or times relevant to this material."

12            Now, the Court has added the words "solely" and the

13    words "of the jury."  Is that acceptable to both sides?

14            MS. HECTOR:  It is, Your Honor.  I just believe when

15    Your Honor said -- meant to say the word "background," I think

16    you accidentally said "backyard."

17            THE COURT:  Well, I may have said "backyard," and

18    that's what I read, but the word is "background," and that's

19    why my law clerk is going to --

20            MS. HECTOR:  Thank you.

21            THE COURT:  -- type this up rather than have me read

22    it, and that you wind up with the backyard/background issue on

23    appeal.

24            All right.  So, I'm going to ask them to put this into

25    stipulation and order form.  Why don't you get that typed up
```

LISA SCHMID, CCR, RMR

PROCEEDINGS

 1   right now.  We'll bring it back to both sides.  You got a form

 2   of order, yes?

 3            THE CLERK:  Yes, Your Honor.

 4            THE COURT:  Mr. Jackson, will this be Court 1, Court

 5   2 --

 6            THE CLERK:  Court Exhibit --

 7            THE COURT:  -- we had a Court 1 earlier, didn't we?

 8            THE CLERK:  Well, that was in the pretrial conference,

 9   Your Honor.

10            THE COURT:  Okay.  So, for here it will be Court 1.

11            THE CLERK:  Correct, Judge.

12            MS. HECTOR:  Your Honor, I called the witness.  So,

13   she is there, and we could bring her in and put her on the

14   stand.

15            THE COURT:  You want to do that now?

16            MS. HECTOR:  Sure.

17            THE COURT:  All right, we'll do that.

18            Please have a seat, ma'am.  We'll pour you some water,

19   and then we will bring in the jury, and then we will get

20   started, okay?

21            Ma'am, hi.  Here you go.

22            All right.  Mr. Jackson, would you please bring in the

23   jury?

24            THE CLERK:  Yes, Your Honor.

25            THE COURT:  And, ma'am, if you need to take a break at

LISA SCHMID, CCR, RMR

PROCEEDINGS

```
 1    any time, drink of water, you just let the court know, and we
 2    will do that, okay?
 3              THE WITNESS:  (Nods head affirmatively.)
 4              THE COURT:  Thanks.
 5              (Pause in proceedings.)
 6              THE COURT:  And when the jury comes in, ma'am, you can
 7    remain seated, you don't have to get up.  Sit there.  And in a
 8    second, ma'am, there's going to be a knock on the door,
 9    Mr. Jackson's going to bring the jury in, you can remain
10    seated, and we'll give you the oath and we'll proceed, so I
11    didn't want you to be startled when you heard the knock behind
12    you.
13              THE CLERK:  All rise.
14              (Jury enters.)
15              THE COURT:  Thank you, ladies and gentlemen of the
16    jury, you may be seated and members of the public may be seated
17    as well.
18              I'm going to ask the witness, I will administer the
19    oath, ma'am, would you please, you can sit there, just raise
20    your right hand.
21              (Witness sworn.)
22              THE WITNESS:  Yes.
23              THE COURT:  Thank you very much.  Answer the questions
24    now you'll be asked by counsel, I'm going to ask you to speak
25    into that microphone, keep your voice up, and counsel will now
```

PROCEEDINGS

```
 1   question.
 2                    DIRECT EXAMINATION.
 3   BY MS. HECTOR:
 4   Q    Would you please state and spell your name for the record.
 5   A    Amina Ajmal, A-M-I-N-A, A-J-M-A-L.
 6   Q    Miss Ajmal, how old are you?
 7   A    Twenty-three.
 8   Q    What was your birth date?
 9   A    August 24, '90.
10   Q    1990?
11   A    Yes.
12   Q    Were you born -- where were you born?
13   A    In Pakistan.
14   Q    Were you born in a particular village?
15   A    Chiryawala.
16   Q    At some point, did you immigrate to the United States?
17   A    Yes.
18   Q    When was that?
19   A    1999.
20   Q    How old were you when you first came to the United States?
21   A    Nine years.
22   Q    When you came to the United States, in 1999, did you come
23   by yourself?
24   A    No.
25   Q    Who did you come with?
```

A. AJMAL/DIRECT/HECTOR

```
 1    A    With my other siblings.

 2    Q    How many sibling do you have?

 3    A    I have three sisters, one brother.

 4    Q    Where do you fall in the order of birth?

 5    A    I'm the youngest one.

 6    Q    Can you please name your brothers and sisters?

 7    A    Shakeel Choudhry, Tasneem Ajmal, Nasreen Ajmal, Yasmin

 8    Ajmal.

 9    Q    How much older is Shakeel Choudhry than you?

10    A    Ten years.

11    Q    How much older is Tasneen, T-A-S-N-E-E-N, than you?

12    A    Eight years.

13    Q    How much older is Nasreen, N-A-S-R-E-E-N, than you?

14    A    Five years.

15    Q    And how much older is Yasmin, Y-A-S-M-I-N, than you?

16    A    Three years.

17    Q    When you came to the United States in 1999, was your mother

18    alive?

19    A    No.

20    Q    When did she die?

21    A    In '94.

22    Q    When you were four?

23    A    Yes.

24    Q    When you came to the U.S., who did you come to live with?

25    A    With my father.
```

A. AJMAL/DIRECT/HECTOR

1  Q   At that point, had you been living with your father in

2  Pakistan?

3  A   No.

4  Q   Miss Ajmal, do you see your father in the room today?

5  A   (Nods head affirmatively.)

6       THE COURT:  You have to just say yes or no, ma'am.

7  I'll make this easier, just going to lower this microphone a

8  little bit, okay?  So, you just speak right in the mic and just

9  answer the question yes or no.  Do you see your father in the

10  court today, ma'am?  Take your time.

11       THE WITNESS:  Yes.

12  BY MS. HECTOR:

13  Q   Can you just point him out or identify him by an item of

14  clothing that he's wearing or where he's been seated?

15  A   He's sitting there.

16  Q   Is he -- where at the table is he sitting?  Is he -- what

17  number on the table if you start at the front and go one, two,

18  three, four?

19  A   Second, second.

20       MS. HECTOR:  Please let the record reflect that the

21  witness has identified the defendant.

22       THE COURT:  The record will reflect that the witness

23  has identified the defendant.  Please continue.

24  BY MS. HECTOR:

25  Q   While you were growing up in Pakistan, until age nine,

A. AJMAL/DIRECT/HECTOR

1    where was your father living?

2    A    In the United States.

3    Q    Did you say in the United States?

4    A    Yes.

5    Q    And while you were living in Pakistan, who raised you?

6    A    My siblings and my other relatives.

7         MS. HECTOR:  Okay.  I'd like to show just the witness

8    certain exhibits that have been marked for identification.

9    BY MS. HECTOR:

10   Q    Ms. Ajmal, if could you look at the screen in front of you

11   and just look at the photographs that I show you in the chart.

12   Government Exhibit 1 for identification, just take a look

13   first, okay?

14   A    (Complies.)

15   Q    Government Exhibit 3 for identification, Government Exhibit

16   4 for identification, Government Exhibit 5 for identification,

17   Government Exhibit 6 for identification, Government Exhibit 7

18   for identification, Government Exhibit 8 for identification,

19   Government Exhibit 9 for identification, Government Exhibit 10

20   for identification, Government Exhibit 11 for identification,

21   Government Exhibit 12 for identification, Government Exhibit 13

22   for identification, Government Exhibit 14 for identification,

23   Government Exhibit 15 for identification, and Government

24   Exhibit 16 for identification.

25         Did you see those photographs in the chart?

A. AJMAL/DIRECT/HECTOR

```
 1  A    Yes.

 2  Q    What do those photographs represent?

 3  A    My family.

 4  Q    Are they all members of your family?

 5  A    Yes.

 6  Q    And does the chart show the familial relationship between

 7  those family members?

 8  A    Yes.

 9       MS. HECTOR:  The government moves into evidence,

10  Government Exhibits 1 and 3 through 16 and also 1A, which is a

11  larger version of Government Exhibit 1.

12       THE COURT:  Any objection?

13       MR. SOSINSKY:  No.

14       THE COURT:  They're admitted.  You may publish them to

15  the jury.

16       (Exhibit published to the jury.)

17  BY MS. HECTOR:

18  Q    Ms. Ajmal, I'm going to ask you to look at the chart that

19  I'm going to put up on the screen, and I'm just going to ask

20  you about various people.

21       Do you see the person identified Ajmal here?

22  A    Yes.

23  Q    Is that your father?

24  A    Yes.

25  Q    Does your father have brothers and sisters?
```

A. AJMAL/DIRECT/HECTOR

1    A    Yes.

2    Q    What are the names of your father's brothers and sisters?

3    A    Afzal, Akmal and Naseem.

4    Q    Is this Afzal that I'm pointing to?

5    A    Yes.

6    Q    Is this Akmal that I'm pointing to?

7    A    Yes.

8    Q    And does this box represent Naseem, your aunt?

9    A    Yes.

10   Q    Okay.  And then you'll notice that there are smaller boxes

11   next to Akmal, one named with the name Zohra in it, and next to

12   Afzal with the name Nusrat or Nasree.  Do you recognize the

13   relationship between Nusrat and Afzal and between Zohra and

14   Akmal?

15   A    Yes.

16   Q    What are their relationships?

17   A    They're husband and wife.

18   Q    So Akmal's married to Zohra, is that right?

19   A    Yes.

20   Q    Afzal's married to Nusrat?

21   A    Yes.

22   Q    And is Nasree a nickname for Nusrat?

23   A    Yes.

24   Q    Okay.  And if you look at the red line between Nusrat and

25   Afzal, that goes down in this direction, do you see what I'm

A. AJMAL/DIRECT/HECTOR

```
 1   pointing to?

 2   A    Yes.

 3   Q    And there's four people listed, Tahseen, T-A-H-S-E-E-N,

 4   Khalil, K-H-A-L-I-L and Jamil, J-A-M-I-L, and Tazeem,

 5   T-A-Z-E-E-M.  Do you see those?

 6   A    Yes.

 7   Q    Are all those four children of Afzal and Nusrat?

 8   A    Yes.

 9   Q    And then you'll also see a red line coming from Ajmal, your

10   father.  Do you see that?

11   A    Yes.

12   Q    And under that line is Shakeel, Yasmin, Nasreen, Tasneem

13   and yourself, Amina.  Do you see that?

14   A    Yes.

15   Q    Are the five of you the children of Ajmal, your father?

16   A    Yes.

17   Q    Okay.  Does Akmal have children that aren't on this chart?

18   A    Yes.

19   Q    Okay.  And your Aunt Naseem, do you see that box?

20   A    Yes.

21   Q    And you see this person under her, Amir Shahzad?

22   A    Yes.

23   Q    Is Amir Shahzad the son of Naseem?

24   A    Yes.

25   Q    Does Naseem also have other children that aren't on this
```

A. AJMAL/DIRECT/HECTOR

1    chart?

2    A    Yes.

3    Q    Okay.  And now you'll see that there's little blue lines

4    between people with the indication spouse.  Do you see that?

5    A    Yes.

6    Q    Does that indicate who's married to each other?

7    A    Yes.

8    Q    Okay.  So, is it fair to say that Shakeel is married to

9    Afzal's daughter, Tahseen, T-A-H-S-E-E-N?

10   A    Yes.

11   Q    And your sister, Nasreen, is married to Afzal's daughter

12   (sic),  Khalil, K-A-H-L-I-L?

13   A    Yes.

14   Q    And Tasneem, T-A-S-N-E-E-M, is married to Afzal's son

15   Jamil?

16   A    Yes.

17   Q    And then Afzal's daughter, Tazeem, T-A-Z-E-E-M, who is she

18   married to?

19   A    Mazhar Iqbal.

20   Q    And what is the relationship between Mazhar Iqbal and Javed

21   Iqbal?

22   A    They're cousins.

23   Q    Do you see yourself down here, Amina Ajmal?

24   A    Yes.

25   Q    And this person that you're connected to by a blue line,

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   Abrar Ahmed Babar, is that currently your husband?

 2   A    Yes.

 3   Q    And who is Nisar Ahmed with respect to Babar?

 4   A    He's his brother.

 5   Q    Okay.  Thank you.

 6             Ms. Ajmal, do you speak Punjabi?

 7   A    Yes.

 8   Q    Can you tell the jury what the term Cha-Cha, C-H-A, C-H-A,

 9   means?

10   A    It means uncle.

11   Q    And when you see the abbreviation C-H, what does that mean

12   to you?

13   A    Choudhry.

14   Q    Can it also sometimes mean Chiryawala?

15   A    No.

16   Q    And with respect to the term Cha-Cha, that you said is

17   uncle, is that term used only for actual uncle, familial uncles

18   of yours?

19   A    No.

20   Q    Who else can that term be used for?

21   A    Some older guy.

22   Q    So if there is an older male in the village, can that

23   person be referred to as Cha-Cha by you even if he's not your

24   familial uncle?

25   A    Yes.
```

A. AJMAL/DIRECT/HECTOR

1    Q    Do you know anyone by the name of Cha-Cha Noor, N-O-O-R?

2    A    No.

3    Q    So, Ms. Ajmal, I'd like to start by talking about the first

4    nine years of your life in Pakistan, can you focus on that

5    time?

6    A    Yes.

7    Q    When you were growing up in Pakistan, did your family all

8    live together in one house?

9    A    Yes.

10   Q    Who lived there with you at the time while you were growing

11   up, before you left for the United States?

12   A    My siblings and my other two uncles' families.

13   Q    Was Akmal living in Pakistan during that time or was he in

14   another country?

15   A    He was in another country.

16   Q    What country was he in?

17   A    Italy.

18   Q    Did he eventually move back to Pakistan from Italy to your

19   knowledge?

20   A    Yes.

21   Q    What year was that?

22   A    2009.

23   Q    Okay.  So while you were growing up those first nine years,

24   was Afzal the oldest male in the house?

25   A    Yes.

A. AJMAL/DIRECT/HECTOR

1   Q   And you said your siblings lived there, is that right?

2   A   Yes.

3   Q   Did any of Afzal's children live there?

4   A   Yes.

5   Q   While you were growing up, what did your family do for

6   work, for money?

7   A   We are farmers and we have a gas agency.

8   Q   When you say gas agency, are you talking about gas for cars

9   or gas for cooking?

10  A   Gas for cooking.

11  Q   Now, while you were -- you mentioned Afzal, is he known by

12  any other name?

13  A   No.

14  Q   Is he referred to as anything besides Afzal?

15  A   Nazim.

16  Q   Is nazim a term for a political position?

17  A   Yes.

18  Q   Now, while you were a child growing up in Pakistan, did you

19  wear traditional Pakistani clothing?

20  A   Yes.

21  Q   What is that entailed for a child up to the age of about

22  nine, a girl child?

23  A   What you mean like?

24  Q   What did you typically wear, what kind of clothing?

25  A   Shalwar kameez.

A. AJMAL/DIRECT/HECTOR

1   Q    Did you say shalwar kameez?

2   A    Yes.

3   Q    I'm going to spell that for you, and I'm going to ask you

4   if that's correct, okay?

5   A    Uh-hum (affirmative response).

6   Q    Is it S-H-A-L-W-A-R, space, K-A-M-E-E-Z?

7   A    Yes.

8   Q    And can you describe what a shalwar kameez is?

9   A    It's a pant and long shirt.

10  Q    Pants and a long shirt?

11  A    Yeah.

12  Q    Okay.  As a child, did you cover your head?

13  A    No.

14  Q    Do women who are older cover their heads in your village?

15  A    Yes.

16  Q    While you were growing up in Pakistan, did you go to a

17  school?

18  A    Yes.

19  Q    Was it an all girl school or was it coed?

20  A    All girl.

21  Q    Was it in your village or outside of your village?

22  A    In the village.

23  Q    Now, I'd like to focus on how your life changed when you

24  moved to the United States at age nine, okay?

25            When you moved to the United States, did you know your

A. AJMAL/DIRECT/HECTOR

1   father well at that time?

2   A    Yes.

3   Q    How did you know him well even though you were living in

4   different places?

5   A    We used to spoke over the phone.

6   Q    You used to speak on the phone?

7   A    Uh-hum (affirmative response).

8   Q    And when you first came to the United States, where did you

9   live?

10  A    On Parkville Avenue in Brooklyn.

11  Q    Parkville?  Is that P-A-R-K-V-I-L-L-E?

12  A    Yes.

13  Q    Who else lived there with you?

14  A    With my siblings and my father.

15  Q    Okay.  Looking back at Government Exhibit 1, are these your

16  five siblings you're referring to, Shakeel, Yasmin, Nasreen,

17  Tazeem and yourself?

18  A    Yes.

19  Q    Okay.  Were there any other adult males in the home besides

20  your father?

21  A    No.

22  Q    Any adult females?

23  A    No.

24  Q    While you were living in the United States, did you always

25  live at the apartment on Parkville Avenue?

A. AJMAL/DIRECT/HECTOR

```
 1   A    No.

 2   Q    Where did you move to?

 3   A    Foster Avenue.

 4   Q    Did you move to a particular address?

 5   A    Yes, 817 Foster Avenue, Brooklyn, New York.

 6   Q    What did your father do for a living in the United States?

 7   A    He drive taxi.

 8   Q    At that time, after you moved to the United States, did you

 9   drive a particular shift, if you remember?

10   A    Overnight.

11   Q    Overnight?

12   A    (Nods head affirmatively.)

13   Q    And after you got to the U.S., did you start attending

14   school?

15   A    Yes.

16   Q    Was that in Brooklyn?

17   A    Yes.

18   Q    What elementary school did you go to?

19   A    PS 192.

20   Q    192?

21   A    (Nods head affirmatively.)  Yes.

22   Q    Did you eventually go to high school in Brooklyn?

23   A    Yes.

24   Q    What high school?

25   A    Bishop Kearney High School.
```

A. AJMAL/DIRECT/HECTOR

1    Q    Bishop Kearney?

2    A    Yes.

3    Q    Can you spell Kearney?

4    A    K-E-A-R-N-E-Y.

5    Q    Is that an all girls high school or is it coed?

6    A    It's all girl.

7    Q    And when you moved to the U.S., was attending school in the

8    U.S. different than school in Pakistan?

9    A    No.

10   Q    How about living in Brooklyn, generally, after you moved

11   here, was it different living in Brooklyn as compared to living

12   in Chiryawala?

13   A    Yes, it was a different place.

14   Q    How was it different?

15   A    Chiryawala is a small village and Brooklyn is a city, and

16   in New York.

17   Q    When you came -- when you first came to the United States,

18   did you know English?

19   A    No.

20   Q    Did you learn it once you came here?

21   A    Yes.

22   Q    And what about after you came here, did you continue to --

23   as a nine year old, did you continue to wear the traditional

24   Pakistani clothing that you described?

25   A    I would wear jeans and school uniform to school.

A. AJMAL/DIRECT/HECTOR

```
 1   Q    And you also wore jeans?

 2   A    Yes, sometimes at home.

 3   Q    At home?

 4   A    Yes.

 5   Q    At some point in your life, did you start wearing the

 6   traditional Pakistani clothing more even though you were in the

 7   U.S.?

 8   A    Yes.

 9   Q    Why was that?

10   A    It was more modest for a growing girl.

11   Q    Did you make friends at school?

12   A    Yes.

13   Q    Did you have friends who are also of Pakistani origin?

14   A    Yes.

15   Q    Did you have friends who weren't of Pakistani origin?

16   A    Yes.

17   Q    Did you complete high school here in Brooklyn?

18   A    Yes.

19   Q    And after high school, did you start college?

20   A    Yeah.

21   Q    Where did you start college?

22   A    Brooklyn College.

23   Q    What was your social life like in high school and when you

24   started college?

25   A    I had some friends in high school, but not that many.  Not
```

A. AJMAL/DIRECT/HECTOR

```
 1    in college, I just started there.

 2    Q    Focusing on that time in sort of late high school, starting

 3    college, did you have a Facebook account?

 4    A    Yes.

 5    Q    Did you have email accounts?

 6    A    Yes.

 7    Q    Did you have your own cell phone?

 8    A    Yes.

 9    Q    Did you communicate with friends on Facebook?

10    A    Yes.

11    Q    Now, during the time that you were living in Brooklyn, and

12    going to school in the U.S., so from age nine to the beginning

13    of college, did your three sisters also live in Brooklyn during

14    that whole time?

15    A    Sorry, can you repeat?

16    Q    Sure.

17           So, focusing on age nine to beginning college, okay,

18    were you living in the United States during that time?

19    A    Yes.

20    Q    And your three sisters, that you had described as coming

21    with you to the U.S., remember?

22    A    Yes.

23    Q    Did they also live in Brooklyn the whole time that you were

24    here?

25    A    No, they went in and out from Pakistan.
```

A. AJMAL/DIRECT/HECTOR

```
 1   Q    Did any of your other sisters attend high school in the
 2   United States?
 3   A    Yes.
 4   Q    Which ones?
 5   A    Yasmin.
 6   Q    Any of your other sisters?
 7   A    No.
 8   Q    Did Yasmin attend college in the United States?
 9   A    No.
10   Q    To your knowledge, did any of your sisters have Facebook
11   accounts?
12   A    No.
13   Q    To your knowledge, did any of your sisters have their own
14   cell phones?
15   A    No.
16   Q    When you were living in the United States, how would you
17   describe your relationship with your father?
18   A    (Pausing.)  We were very close.
19   Q    You were very close?
20   A    (Nods head affirmatively.)
21   Q    How did he treat you?
22   A    He loved me.
23   Q    Sorry?
24   A    He loved me.
25   Q    He loved you?
```

A. AJMAL/DIRECT/HECTOR

```
1    A    (Nods head affirmatively.)

2    Q    And did you love him?

3    A    Yes.

4    Q    And while you were living here in the U.S. -- well, how

5    would you describe your father during that time, like was he

6    traditional or progressive or traditional in some ways,

7    progressive in others?

8    A    Traditional in some of the ways and progressive also.

9    Q    Okay.  In what ways did you see your father as traditional?

10   A    Our lifestyle was traditional.

11   Q    Your lifestyle?

12   A    (Nods head affirmatively.)

13   Q    And what ways did you see him as progressive?

14   A    He wanted me to be educated and I had cell phones and

15   Facebooks, we were allowed to watch TV.

16   Q    And while you were living in the United States, did you

17   become a citizen?

18   A    Yes.

19   Q    Do you remember what year that was?

20   A    2009.

21   Q    While you were living here in the U.S., did you

22   occasionally visit Pakistan?

23   A    Yes.

24   Q    What kind of occasions would you visit Pakistan for?

25   A    Wedding or summer vacation.
```

A. AJMAL/DIRECT/HECTOR

```
 1   Q    Now, at some point in your life, did you come to understand
 2   that you were promised in marriage to someone?
 3   A    At around ten.
 4   Q    I'm sorry?
 5   A    At around ten.
 6   Q    Ten years old?
 7   A    Yeah.
 8   Q    Was it typical in your family that a girl around that age
 9   would be promised to marriage in someone?
10   A    Yes.
11   Q    So, would it be to fair to say that this was somewhere
12   approximately in 2000 that you found this out?
13   A    Yeah, 2001.
14   Q    2001?
15   A    Yeah.
16   Q    Okay.  And who were you promised in marriage to?
17   A    To my cousin, Babar.
18   Q    Is this the person that's indicated on Government Exhibit 1
19   where my finger is right here as Abrar Ahmed Babar?
20   A    Yes.
21   Q    And he's a cousin of yours?
22   A    Yes.
23   Q    Did you know him at that time?
24   A    Yes.
25   Q    Do you remember where you were when you found out that you
```

A. AJMAL/DIRECT/HECTOR

```
 1   were promised in marriage to Babar?

 2   A    I was in Pakistan.

 3   Q    What were you doing in Pakistan at the time?

 4   A    My oldest siblings were getting married.

 5   Q    Who was getting married?

 6   A    Shakeel and Tahseen.

 7   Q    So, Shakeel, here, on the chart?

 8   A    Yes.

 9   Q    And Tahseen?

10   A    Yes.

11   Q    And who were they getting married to?

12   A    Shakeel to Tahseen and Tasneem to Jamil.

13   Q    How did you find out that you were promised to Babar in

14   marriage?

15   A    People would tell.

16   Q    Was it typical in your family for cousins to marry each

17   other?

18   A    Yes.

19   Q    And a wedding in your family, or in your village, is that

20   typically one event, like on one day or does it take place over

21   a period of time?

22   A    A period of time.

23   Q    I'd like to show you, the witness only, what's been marked

24   as Government Exhibit 51A.  And, Ms. Ajmal, I'm going to focus

25   in on it so you can see.  Do you recognize this?
```

A. AJMAL/DIRECT/HECTOR

1   A   I don't see.

2   Q   Can you look on your screen?

3   A   Yeah, it's not there.

4   Q   Oh, I'm sorry.

5          THE CLERK:  She's got to touch the screen.

6          THE COURT:  Just touch the screen, ma'am.  It should

7   pop up here.  No, it's not.  Mr. Jackson, would you come take a

8   look, please.

9          THE CLERK:  Try it.  There it is.

10          THE COURT:  Can you see it now, ma'am?

11          THE WITNESS:  Yes.

12          THE COURT:  There you go.

13   BY MS. HECTOR:

14   Q   Okay.

15          THE COURT:  Thank you, Mr. Jackson.

16          THE CLERK:  You're welcome, Judge.

17   BY MS. HECTOR:

18   Q   I'm going to zoom out a little bit and then zoom in so that

19   you see a little more clearly.  Do you recognize this?

20   A   Yes.

21   Q   Is it something that you have seen before?

22   A   Yes.

23   Q   Does it have your initials on it?

24   A   Yes.

25   Q   Do you know what it is?

A. AJMAL/DIRECT/HECTOR

1    A    It's a video from my brother's wedding.

2              MS. HECTOR:  The government moves to admit Government

3    Exhibit 51A.

4              THE COURT:  Any objection?

5              MR. SOSINSKY:  No, sir.

6              THE COURT:  All right, ladies and gentlemen of the

7    jury, you're going  to see a video and the parties have

8    stipulated to the following:  "It is hereby stipulated and

9    agreed that the following instruction shall be read to the

10   jury:  Ladies and gentlemen of the jury, you are about to be

11   shown videotape which, among other things, depicts at certain

12   points certain individuals in possession of and discharging

13   rounds from firearms during wedding celebrations.  I instruct

14   you that there is no claim made that by possessing or firing

15   such firearms, at the times depicted in these videos, that

16   anyone has violated any law in Pakistan.  This evidence is

17   being offered solely for the purpose of demonstrating the

18   background and context of testimony, as well as to establish

19   that a certain individual or individuals had access to such

20   firearms at a time or times relevant to this trial."

21             And the parties have greed to that, isn't that right,

22   counsel?

23             MS. HECTOR:  Yes, Your Honor.

24             MR. SOSINSKY:  Yes, sir.

25             THE COURT:  Okay, please continue and now.

A. AJMAL/DIRECT/HECTOR

```
 1    BY MS. HECTOR:
 2    Q   Ms. Ajmal, is it fair to say that this disc contains a clip
 3    or just a portion of a wedding video?
 4    A   Yes.
 5    Q   Okay.  And before we play it, is it fair to say that it's
 6    typical in your village for people to fire guns into the air at
 7    weddings?
 8    A   Yes, that's very normal.
 9    Q   Okay.  Is it part of the celebration?
10    A   Yes.
11          MS. HECTOR:  Okay.  And I may ask my colleague to
12    pause at certain points.  If you -- if -- Mr. Jackson, if you
13    could --
14          THE COURT:  Right.  And the video is admitted into
15    evidence.  Here, you can have counsel sign it.  Okay.
16          MR. TUCKER:  Mr. Jackson, could you push prosecution?
17          THE CLERK:  Yeah, sir.
18          MR. TUCKER:  Thank you.
19    BY MS. HECTOR:
20    Q   Okay.  Now, Amina -- Ms. Ajmal, before we start this video,
21    can you repeat again whose wedding this video is from?
22    A   My brother and my sister, in 2009.
23          MS. HECTOR:  Okay.  Let's please play the clip?
24          THE COURT:  And again, the number?
25          MS. HECTOR:  51A.
```

A. AJMAL/DIRECT/HECTOR

```
1              THE COURT:  51A, all right, proceed.
2              (Video played in open court.)
3              MS. HECTOR:  Now, if you could just pause for a
4    second?
5    BY MS. HECTOR:
6    Q    The person in the middle of this screen there, do you
7    recognize that person?
8    A    Yes.
9    Q    Who is that?
10   A    That's my Uncle Akmal.
11   Q    And did you see for a second, and I think he'll come back
12   on, the person that just moved off of the right side of the
13   screen?
14   A    Yes.
15   Q    Did you see that person?
16   A    Yes.
17   Q    Who is that?
18   A    My Uncle Afzal.
19             MS. HECTOR:  Okay.  We can continue playing the video.
20             (Video played in open court.)
21   BY MS. HECTOR:
22   Q    And can tell from this video, Miss Ajmal, where this --
23   where this portion of the celebration took place?
24   A    In Chiryawala.
25   Q    Do you know a more specific location or no?
```

A. AJMAL/DIRECT/HECTOR

```
 1   A    At our house.

 2   Q    Your house?

 3   A    (Nods head affirmatively.)

 4   Q    And is that Afzal on the right part of the video?

 5   A    Yes.

 6   Q    And is fair to say that this is typical at a wedding for

 7   there to be dancing and music of this variety?

 8   A    Yes.

 9              (Video played in open court.)

10   BY MS. HECTOR:

11   Q    Okay.  Now, after -- and you attended that wedding?  Was

12   that in 2001?  Is that right?

13   A    Yes.

14   Q    Okay.  And after attending that wedding, in 2001, did you

15   go back to Brooklyn?

16   A    Yes.

17   Q    Now, if you know, at the time that -- I'll put Government

18   Exhibit 1 back up, but it's also on the board for everyone, in

19   evidence.

20              So, at the time that Shakeel and Tahseen got married

21   in 2001, do you know if at that point, Shakeel and Tahseen were

22   citizens of the U.S.?

23   A    No.

24   Q    You don't know.  Okay.

25              Now, did there come a time that your two other
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1  sisters, Nasreen and Yasmin got married?

 2  A    Yes.

 3  Q    What year was that?

 4  A    2007.

 5  Q    Did they get married at the same time?

 6  A    Yes.

 7  Q    Is that also typical for more than one person to get

 8  married at one time?

 9  A    Yes.

10  Q    And if that happened, would there be a joint wedding

11  celebration?

12  A    Yes.

13  Q    Who did Yasmin get married to?

14  A    Amir Shahzad.

15  Q    That's your Aunt Naseen's son?

16  A    Yes.

17  Q    And who did Nasreen get married to?

18  A    Khalil.

19  Q    And Khalil is your Uncle Afzal's son?

20  A    Yes.

21  Q    Did Yasmin and Nasreen get married in Chiryawala in

22  Pakistan?

23  A    Yes.

24  Q    And do you remember approximately when that wedding took

25  place?
```

A. AJMAL/DIRECT/HECTOR

1    A    In summer of 2007.

2    Q    Summer of 2007?

3    A    Yeah.

4    Q    Did you travel from Brooklyn to Pakistan to attend parts of

5    that wedding celebration?

6    A    Yes.

7    Q    And did the wedding celebration take place on one day or on

8    a series of days?

9    A    Series of days.

10   Q    Where did the wedding celebrations take place for your

11   sisters Yasmin and Nasreen?

12   A    At our house.

13   Q    Did any of the wedding celebrations take place anywhere

14   else?

15   A    We're at Naseen's house.

16   Q    Your house and Naseen's house, any additional locations?

17   A    Shujat's house.

18   Q    Is Shujat another person who was living in Chiryawala?

19   A    Yes.

20   Q    And when you say "Shujat," are you familiar with Shujat's

21   family members' names?

22   A    Yes.

23   Q    Who -- does Shujat have sisters?

24   A    Yes.

25   Q    Who are Shujat's sisters?

A. AJMAL/DIRECT/HECTOR

1    A    Abida, Madeeha, Seemab and Nayab.

2    Q    Abida, Madeeha, Seemab and Nayab?

3    A    Yes.

4    Q    And did Shujat have any nicknames that he went by?

5    A    Shoshi.

6    Q    Can you say that again?

7    A    Shoshi.

8    Q    How would you spell Shoshi?

9    A    S-H-O-S-H-I.

10   Q    And is Shujat a relative of yours?

11   A    No.

12   Q    He's not related to you in any way?

13   A    He's a distant relative.

14   Q    Okay.  Now, why did some of the wedding celebrations for

15   your two sisters take place at Shujat's house?

16   A    He was Amir's friend.

17   Q    He was Amir's friend?

18   A    Yes.

19   Q    And when you refer to Amir, who are you referring to?

20   A    Amir Shahzad.

21   Q    Is that this person?  Again, I'm referring to Government

22   Exhibit 1, is that this Amir Shahzad?

23   A    Yes.

24   Q    Okay.  And why -- why was it that because Shujat and Amir

25   were friends that some of this celebration took place at

A. AJMAL/DIRECT/HECTOR

```
1    Shujat's house?

2    A    Yes.

3    Q    Why is that?

4    A    It's typical, that's tradition.

5    Q    What's the tradition?

6    A    A part of the wedding takes place at friend's house.

7    Q    A part of the wedding takes place at a friend's house?

8    A    Yeah, mehndi, that's all.

9    Q    The celebration is called mehndi?

10   A    Uh-hum (affirmative response).

11   Q    Is mehndi a part of the wedding celebration?

12   A    Yes.

13   Q    How do you spell mehndi?

14   A    M-E-H-N-D-I.

15   Q    Do know the name of Shujat's father?

16   A    Asghar.

17   Q    Did you ever refer to Asghar as something other than just

18   Asghar?

19   A    Yes.

20   Q    What?

21   A    Uncle Asghar.

22        MS. HECTOR:  Okay.  I'd like to show the witness only

23   what's been marked for identification as Government Exhibit 52A

24   and 52B.

25   BY MS. HECTOR:
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   Q   Ms. Ajmal, if could you look at your screen, and then I'm
 2   going to focus in for you.  Do you recognize these two?
 3   A   Nothing is coming up.
 4           THE COURT:  Use the mic.
 5           MS. HECTOR:  I'm sorry.
 6   BY MS. HECTOR:
 7   Q   It's not coming up on your screen?
 8   A   No.
 9           THE COURT:  Try it again, Mr. Jackson.
10           THE CLERK:  Is it up?
11           THE WITNESS:  It blinked and then off again.
12   BY MS. HECTOR:
13   Q   Can you try touching your screen?
14   A   (Shakes head negatively).
15           THE CLERK:  Deny it and then hit it again.  There it
16   is.
17           THE WITNESS:  No.
18   BY MS. HECTOR:
19   Q   Now, do you see it?
20   A   No, it went off again.
21           THE COURT:  Drew, why don't you stay there and we'll
22   get this done?  All right.  If we need to get a technician up
23   here, we'll do it.  Stay there until it's up, please.
24           THE CLERK:  It's disappearing.
25           THE COURT:  All right.  Bring her the disc,
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

1    Mr. Jackson.

2             And ask her if she can identify them, Ms. Hector.

3             THE CLERK:  (Complies.)

4             THE WITNESS:  (Examines exhibit.) Yes.

5    BY MS. HECTOR:

6    Q   Ms. Ajmal, if you could move the microphone a little bit

7    closer to you and try your best to speak up, please, okay?

8    A   (Nods head affirmatively.)

9    Q   Do you recognize those two CDs I just put in front of you?

10   A   Yes.

11   Q   What are they?

12   A   They're my sister's wedding, and their both the same.

13   Q   Did you make a marking on those CDs?

14   A   Yes.

15   Q   Did you mark them after looking and watching them?

16   A   Yes.

17   Q   And when was the -- they're clips of what event?

18   A   My sister's wedding.

19   Q   Okay.

20             MS. HECTOR:  The government moves to admit Government

21   Exhibit 52A and B.

22             THE COURT:  Any objection?

23             MR. SOSINSKY:  None.

24             THE COURT:  They're admitted.  You may publish to the

25   jury.

A. AJMAL/DIRECT/HECTOR

```
 1              MS. HECTOR:  Mr. Jackson, if you wouldn't mind handing
 2    them to my colleagues at the table?
 3              THE CLERK:  (Complies.)
 4              MR. TUCKER:  Thank you, Mr. Jackson.
 5              THE CLERK:  You're welcome.
 6              MS. HECTOR:  If you could start with playing 52A.
 7              So if we could switch to the prosecution computer,
 8    please, Mr. Jackson?
 9              (Video played in open court.)
10              MS. HECTOR:  If you could just pause for a second.
11    BY MS. HECTOR:
12    Q    The person who's dancing towards the middle of the screen,
13    do you recognize that person?
14    A    Yes.
15    Q    Who is that?
16    A    That's my brother.
17    Q    Do you see anyone else that you recognize in this video?
18    A    My Uncle Akmal.
19    Q    Where's your Uncle Akmal in relation to the person dancing
20    in the middle of screen?
21    A    He's standing with him.
22    Q    Is he standing with sort of his head cocked a little and a
23    sort of opening to his shirt?
24    A    Yes.
25    Q    Do you see anyone else you recognized in this video?
```

A. AJMAL/DIRECT/HECTOR

1    A    My brother-in-law, Khalil.

2    Q    Where is Khalil?

3    A    He's also dancing.

4    Q    Is he dancing with your brother, Shakeel?

5    A    Yes.

6    Q    Can you -- I'm not sure if this will work, I didn't

7    realize, see if you can make -- can you put your finger where

8    you see your brother Shakeel?

9    A    (Complies.)

10   Q    There you go.  Okay.

11            Can you put your finger where you see -- indicating

12   for the record, towards the middle of the video screen, could

13   you indicate where you see your Uncle Akmal?

14   A    (Complies.)

15   Q    And I believe you said you saw your brother-in-law, too?

16   A    (Nods head affirmatively.)

17   Q    And which brother-in-law is that?

18   A    Khalil.

19   Q    Khalil.

20            Okay.  Please continue the video.

21            (Video played in open court.)

22            MS. HECTOR:  Now, if we could stop the video for a

23   second.

24   BY MS. HECTOR:

25   Q    Do you see that person firing the gun?

A. AJMAL/DIRECT/HECTOR

1    A    Yes.

2    Q    Do you know who that person is?

3    A    No.

4    Q    Okay.  And can you recognize from this video thus far,

5    where, what location this video took place in?

6    A    Shujat's house.

7    Q    Shujat's house?

8    A    (Nods head affirmatively.)

9    Q    Okay.

10           MS. HECTOR:  Keep going, please.

11           (Video played in open court.)

12   BY MS. HECTOR:

13   Q    And, Ms. Ajmal, it seems like people are throwing something

14   in the air, do you know what that is?

15   A    Money.

16   Q    And is that a traditional part of a wedding celebration?

17   A    Yes

18           MS. HECTOR:  Okay.  If we could move on to Government

19   Exhibit 52B, please.

20           (Video played in open court.)

21           MS. HECTOR:  If we could pause that for a second, or

22   sort of back up a little bit and pause.

23   BY MS. HECTOR:

24   Q    Is fair to say that is also part of the wedding celebration

25   of your sister's in 2007?

A. AJMAL/DIRECT/HECTOR

1   A    Yes.

2   Q    Okay.  And do you recognize the person in this shot?

3   A    Yes.

4   Q    Who is that?

5   A    That's my Uncle Ajmal.

6          MS. HECTOR:  Okay.  Please keep going.

7          (Video played in open court.)

8          MS. HECTOR:  If could you pause for a second?

9   BY MS. HECTOR:

10  Q    Who -- did you see who the person is with the gun in his

11  hands?

12  A    Yes.

13  Q    And who is that?

14  A    That's Cousin Jamil.

15  Q    That is Afzal's son Jamil?

16  A    Yes.

17  Q    Okay.

18         MS. HECTOR:  Please keep going.

19         (Video played in open court.)

20  BY MS. HECTOR:

21  Q    And is what we're seeing what you previously described as

22  typical wedding celebration?

23  A    Yes, that's going on.

24  Q    Okay.  Now, during your sister's wedding celebration, did

25  you see Shujat?

A. AJMAL/DIRECT/HECTOR

1    A    Yes.

2    Q    Had you ever seen Shujat before?

3    A    No.

4    Q    And you say you had never seen him, had you even ever seen

5    him sort of at a distance or walking down the street?

6    A    No.

7    Q    And when you saw Shujat at your sister's wedding in 2007,

8    did you develop any feelings for him?

9    A    Yes.

10    Q    How would you describe the feelings that you developed for

11    him?

12    A    I liked him.

13    Q    I'm sorry?

14    A    I liked him.

15    Q    Ms. Ajmal, if you wouldn't mind just trying to keep your

16    face a little closer to the microphone, so that we can hear

17    you.

18            When you say you liked him, in what way did you like

19    him?

20    A    What you mean?

21    Q    Did you like him as a friend, did you like him as a person,

22    did you like him romantically, did you like him some other way?

23    A    Romantically.

24    Q    I'm sorry?

25    A    Romantically.

A. AJMAL/DIRECT/HECTOR

1   Q    Romantically?

2           Now, you previously told us the names of Shujat's

3   sisters and his father.  Do you also know the name of his

4   mother?

5   A    Yeah.

6   Q    What's name of his mother?

7   A    Rukhsana.

8   Q    Rukhsana.

9           MS. HECTOR:  Excuse me, Your Honor.  I'm showing the

10  witness -- I'm sorry, I'm showing the witness what's already in

11  evidence as Government Exhibit 2.

12          THE COURT:  I have a copy of it here, if you want her

13  to see this or do you want it on the Elmo?

14          MS. HECTOR:  I think we can do it on the Elmo of the

15  Elmo is functioning.

16          THE COURT:  All right.  We'll see if the Elmo is

17  functioning.

18          Can you see it, ma'am?

19          THE WITNESS:  Yes.

20          THE COURT:  Okay.

21  BY MS. HECTOR:

22  Q    And I'm just going to ask you to take a look at this chart

23  and to confirm for me whether it's consistent with your

24  understanding of the relationships between Shujat's siblings

25  and his parents.

A. AJMAL/DIRECT/HECTOR

```
 1    A    Yes.

 2    Q    Okay.  So I'm just going to point, you said that Shujat had

 3    four sisters, is that right?

 4    A    Yes.

 5    Q    And you said you referred to his father as Asghar or Uncle

 6    Asghar?

 7    A    Yes.

 8    Q    And his mother as Rukhsana?

 9    A    Yes.

10    Q    Okay.  Were you friendly at that time, I'm talking about

11    2007, when you went to your sister's wedding, were you friendly

12    with any of Shujat's sisters?

13    A    Yes.

14    Q    Which one or ones?

15    A    Seemab.

16    Q    I'm sorry?

17    A    Seemab.

18    Q    Seemab.  Is that the person I'm pointing to --

19    A    Yes.

20    Q    -- right here?

21    A    Yes.

22    Q    Okay.  Were you very close with her or not close or medium

23    close, how would you describe your relationship?

24    A    Not close.  I just met her there.

25    Q    After your sister's wedding, did you return back to
```

A. AJMAL/DIRECT/HECTOR

1    Brooklyn?

2    A    Yes.

3    Q    And when you returned, is it fair to say that, you said

4    2007, were you about 17?

5    A    Yes.

6    Q    Okay.  After you returned to Brooklyn, did you ever talk on

7    the phone to any of Shujat's sisters?

8    A    Seemab.

9    Q    Did you talk frequently or infrequently or somewhere in

10   between?

11   A    Somewhere in between.

12   Q    Did you make any attempts to get in touch with Shujat?

13   A    Yes.

14   Q    What did you do?

15   A    I got his phone number.

16   Q    How did you get his phone number?

17   A    From Seemab.

18   Q    Why was it that you wanted to get in touch with Shujat?

19   A    (Pausing) I liked him, that's why.

20   Q    I'm sorry?

21   A    I liked him, that's why.

22   Q    Okay.  If could you please try to keep your voice up, Ms.

23   Ajmal.

24         After you got his phone number, did you and Shujat

25   start to communicate?

A. AJMAL/DIRECT/HECTOR

```
 1   A   Yes.
 2   Q   Did there come a time that you communicated regularly?
 3   A   Yes.
 4   Q   In what ways did you communicate?
 5   A   Emails, phone, Facebook.
 6   Q   Did you say Facebook?
 7   A   Yeah.
 8   Q   Okay.  Did you communicate with Shujat openly or in secret?
 9   A   In secret.
10   Q   I'm sorry?
11   A   In secret.
12   Q   Why did you communicate with him secretly?
13   A   That inappropriate in my family.
14   Q   What wasn't appropriate?
15   A   To have friendship with that guy.
16   Q   Did you think at that time that your father would approve
17   of you communicating with Shujat?
18   A   No.
19   Q   Did you tell, at that time, when you first started
20   communicating with him, did you tell any of your siblings that
21   you were communicating with Shujat?
22   A   No.
23   Q   At some point, did your feelings about Shujat become more
24   serious?
25   A   Yes.
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   Q   How serious?

 2   A   I wanted to get married with him.

 3   Q   I'm sorry?

 4   A   I wanted to marry him.

 5   Q   During this time that you were communicating with him and

 6   wanting to marry him, did you think about the fact that you

 7   were promised in marriage to Babar?

 8   A   Yes.

 9   Q   What did you think about that?

10   A   (Pausing.)  What you mean, like?

11   Q   What did you think would happen?

12   A   That I would talk to my father and he would agree.

13   Q   Why did you think that?

14   A   (Pausing) Because he's a distant relative of my father, and

15   we're from same background.  We both are Muslim.

16   Q   When you say he's a distant relative, who's he?

17   A   Shujat.

18   Q   Okay.  At some point, did you decide to talk to your father

19   about your feelings about Shujat?

20   A   Yes.

21   Q   At that point when you decided to talk to your father, what

22   were your intentions with respect to you and Shujat?

23   A   (Pausing).  My father was about to go to Pakistan for

24   visit, so I just wanted to let him know.

25   Q   Why did it matter to you that your father was about to go
```

A. AJMAL/DIRECT/HECTOR

1   to Pakistan for a visit?

2   A   I thought he might talk to Babar's parents and Shujat's

3   parents.

4   Q   And when you say you thought he might talk to Babar's

5   parents and Shujat's parents, what do you mean?

6   A   Like, might -- like I was promised to Babar, so break the

7   engagement.

8   Q   You thought he would break the engagement?

9   A   Yeah.

10  Q   Okay.  Did you, in fact, talk to your father?

11  A   Yes.

12  Q   Do you remember approximately when you talked to your

13  father?

14  A   In spring of 2008.

15  Q   Can you describe the circumstances in which the

16  conversation took place?

17  A   It was over at the house where he was sitting and in the

18  room, and I went to him and told him.

19  Q   What did you say?

20  A   I asked him to break my promise to Uncle Nisar.

21  Q   When you say break your promise to Uncle Nisar, who's Uncle

22  Nisar?

23  A   Babar's father.

24  Q   Looking back at Government Exhibit 1, is this where I'm

25  pointing Nisar, Babar's father?

A. AJMAL/DIRECT/HECTOR

```
 1   A   Yes.

 2   Q   Okay.  What was your father's reaction?

 3   A   (Pausing.)  He was calm.

 4   Q   He was calm?

 5   A   Yes.

 6   Q   What, if anything, did he say?

 7   A   He told me he didn't like Shujat's family, but he also told

 8   me I don't have to marry Babar.  Like it's not time yet, so you

 9   shouldn't be worrying about that now.  But he is not getting

10   married to Babar -- with Shujat.

11   Q   I'm sorry.  Can you repeat that last part?  He is what?

12   A   He's said he would not get me married with Shujat.

13   Q   He would not get you married with Shujat?

14   A   Yeah.

15   Q   Did your father ask you any questions?

16   A   Yeah.  He asked me if I'm touch with Shujat.

17   Q   What did you say?

18   A   No.

19   Q   Was that true?

20   A   No.

21   Q   Did your father ever find out that you were lying?

22   A   Yes.

23   Q   How do you know that he found out that you were lying?

24   A   He asked me.

25   Q   Was it in a conversation that he asked you?
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

| | |
|---|---|
| 1 | A    He confronted me. |
| 2 | Q    Can you tell us about that confrontation? |
| 3 | A    From my phone bill he find out that I was calling Shujat. |
| 4 | Q    He found out from your phone bill that you were calling |
| 5 | Shujat? |
| 6 | A    Yeah. |
| 7 | Q    And what did he say to you? |
| 8 | A    He was mad finally to him and as I'm calling him. |
| 9 | Q    What was your father's demeanor or tone at the time? |
| 10 | A    He was calm, but upset. |
| 11 | Q    At that time, did your father talk to you about the |
| 12 | possibility of marrying anyone else? |
| 13 | A    Yes. |
| 14 | Q    What was that conversation? |
| 15 | A    No, he told me I don't have to marry to Babar, I just |
| 16 | should concentrate on my studies and he doesn't like Shujat's |
| 17 | family.  He doesn't want to hear about them.  But, he told me |
| 18 | like if there's a guy I should talk to him. |
| 19 | Q    Now, at that point, how were you feeling about the |
| 20 | possibility of you and Shujat being together? |
| 21 | A    I was hopeful. |
| 22 | Q    Was there anything about your relationship with your father |
| 23 | at that time that led you to feel hopeful? |
| 24 | A    Yes. |
| 25 | Q    What? |

A. AJMAL/DIRECT/HECTOR

1    A    He was very loving towards me.

2    Q    Sorry?

3    A    He was very loving towards me and he always agreed.

4    Q    Okay.  How would you -- at that point, how would you

5    compare your relationship to your father, to your sister's

6    relationship to your father, if you can?

7              MR. SOSINSKY:  Objection to the form.

8              THE COURT:  Overruled.

9    A    He loves all of us.

10   BY MS. HECTOR:

11   Q    After you -- after your father confronted you about the

12   phone bill, did you continue to contact Shujat?

13   A    Yes.

14   Q    Did there come a time that anyone found out about that?

15   A    Yes.

16   Q    Who found out?

17   A    My cousin, Amir Shahzad.

18   Q    Going, looking back at Government Exhibit 1, the person I'm

19   pointing to right here, is this the Amir Shahzad that you're

20   referring to?

21   A    Yes.

22   Q    Okay.  And is the Amir Shahzad where part of his -- meaning

23   Amir's wedding celebration -- was at Shujat's house because

24   they were friends?

25   A    Yes.

A. AJMAL/DIRECT/HECTOR

```
1    Q    Okay.  After Amir Shahzad confronted you or found out about
2    your communication with Shujat, did you have any further
3    communications with your father about it?
4    A    Yes.
5    Q    What happened?
6    A    He came to me and asked me about it.  And I didn't say
7    anything, which mean yes, I was in touch with him.  And then my
8    father told me, okay, we'll go to Pakistan and fix this.  He
9    mean that to get me the engagement to Shujat.  That's what he
10   told me.
11   Q    Okay.  So he told you that he'll fix this.
12   A    (Nods head affirmatively.)
13   Q    He'll get you engaged with Shujat?
14   A    Yes.
15   Q    Okay.  Did he say anything about why you would go to
16   Pakistan at that time?
17   A    My cousin's wedding was coming up.
18   Q    Whose wedding?
19   A    Fatima.
20   Q    Can you say that name again?
21   A    Fatima.
22   Q    That is F-A-T-I-M-A?
23   A    Yes.
24   Q    Who is Fatima the daughter of?
25   A    Ajmal.
```

A. AJMAL/DIRECT/HECTOR

1   Q    Do you remember approximately when it was that you had this
2   conversation with your father when he indicated that he would
3   set you up with Shujat?
4   A    Yes.  I remember on November 20th, November 20th.
5   Q    Is there anything that makes you think in particular that
6   it was around November 20th?
7   A    I was there.
8   Q    What year was that?
9   A    2009.
10  Q    When was Fatima's wedding going to be held, if you know?
11  A    December 2009.
12  Q    Were you surprised when your father said that he would set
13  things up with Shujat?
14  A    Yes.
15  Q    How did it make you feel?
16  A    Happy.
17  Q    I'm sorry?
18  A    Happy.
19  Q    Did you, in fact, travel to Pakistan with your father to go
20  to Fatima's wedding?
21  A    Yes.
22  Q    How long after that conversation with your father,
23  approximately, were you on a flight to Pakistan?
24  A    About two weeks.
25  Q    Okay.  So, would that have been December 2009, or earlier

A. AJMAL/DIRECT/HECTOR

1   than that?

2   A    December 2009.

3   Q    Are you sure about that date or is that an approximate?

4   A    I'm sure.

5   Q    How long were you planning to stay in Pakistan for Fatima's

6   wedding?

7   A    Two weeks.

8   Q    And other than you and your father, did any of your other

9   family members in Brooklyn travel with you to Pakistan for

10  Fatima's wedding?

11  A    No.

12  Q    At that time, were you taking classes anywhere?

13  A    Brooklyn college.

14  Q    And when you got to Pakistan for Fatima's wedding, where

15  did you and your father stay?

16  A    At our house in Chiryawala.

17  Q    Who else was living there at that time?

18       And if you want, you can refer back to Government

19  Exhibit 1.

20  A    (Complies).  My Uncle Akmal and his family.  Yes.  My Uncle

21  Afzal, Nusrat and Nasreen and her kids.

22  Q    Nasreen and her kids.  So Akmal and his family?

23  A    Yes.

24  Q    So his wife, Zohra?

25  A    Yes.

A. AJMAL/DIRECT/HECTOR

1    Q    And their kids?

2    A    Yes.

3    Q    Afzal and Nusrat?

4    A    Yes.

5    Q    Any of their kids?

6    A    No.

7    Q    And you said Nasreen and her family?

8    A    Yes.

9    Q    Was her husband Khalil there at that time?

10   A    No.  Her kids.

11   Q    Just her children?

12   A    Yeah.

13   Q    Now, at that time, was Shujat living in Pakistan?

14   A    No.

15   Q    Where was he?

16   A    In Dubai.

17   Q    Do you know what he was doing in Dubai?

18   A    He was working with his father.

19   Q    Did you actually attend Fatima's wedding celebrations?

20   A    Yes.

21   Q    Now, during the time that you were in Pakistan for Fatima's

22   wedding celebrations, did you see or notice anything unusual

23   happen?

24   A    I found out that I wasn't going back to U.S. in two weeks.

25   Q    How did you find that out?

A. AJMAL/DIRECT/HECTOR

1   A    People were talking.

2   Q    Did you have any conversations with your father about it?

3   A    Yes.

4   Q    Can you tell us about that conversation?

5   A    I asked him what's going on, like the reason why I came

6   here.  And he told me that you're not going back now.  You will

7   stay here for some time.

8   Q    Did he say anything else to you?

9   A    He told me I'm too Americanized and I need to learn my

10  culture.  I will stay here.

11  Q    What was your father's tone and demeanor like during that

12  conversation?

13  A    He was angry at me, mad at me.

14  Q    How did you feel at that point?

15  A    I was surprised.

16  Q    You were surprised?

17  A    Yes.

18  Q    Did your father leave Pakistan?

19  A    Yes.

20  Q    Did you leave with him?

21  A    No.

22  Q    Did you at that point start living in the family home in

23  Pakistan?

24  A    Yes.

25  Q    Was it with the people you just described as living in the

A. AJMAL/DIRECT/HECTOR

```
 1    house at that time?

 2    A    Yes.

 3    Q    I want to ask you some questions about what it was like

 4    living in Pakistan after your father left, okay?

 5    A    Okay.

 6    Q    Can you describe like physically your family home in

 7    Pakistan?

 8    A    Well, we have a big house.

 9    Q    Is it -- I'm sorry, go ahead.

10    A    And we have a joint family system, where everybody lives

11    together.

12    Q    Does Naseem have her own house?

13    A    Yes.

14    Q    Okay.  Where is Naseen's house in relation to the rest of

15    your family's house?

16    A    It's next to ours.

17    Q    Is your house one building or more than one building?

18    A    More than one building.

19    Q    Did you know where Shujat's home was in Chiryawala?

20    A    Yes.

21    Q    If you were walking between your family home and Shujat's

22    family home, how long would that take, approximately?

23    A    Five minutes.

24    Q    Now, in your house, did you have your own room that you

25    slept in?
```

A. AJMAL/DIRECT/HECTOR

```
 1   A    No.

 2   Q    Who you did you share a room with?

 3   A    With my other cousins.

 4   Q    How many cousins?

 5   A    Isha.  Like -- yeah, Isha.

 6   Q    Is Isha, whose daughter is Isha?

 7   A    Ajmal.

 8   Q    What is Isha's age in relation to yours?

 9   A    She is three years younger.

10   Q    Okay.  And at this time, so we're in 2009, how hold are

11   you?

12   A    Nineteen.

13   Q    When your father left and you stayed in Pakistan, did you

14   ever a cell phone in Pakistan?

15   A    No.

16   Q    To your knowledge, did any of the women in your family home

17   have cell phones?

18   A    No.

19   Q    What about the men, did they have cell phones?

20   A    Yes.

21   Q    Did your family have a land line telephone?

22   A    Yes.

23   Q    Do you remember what the telephone number was?

24   A    544106.

25   Q    544106?
```

A. AJMAL/DIRECT/HECTOR

```
1    A    Yes.

2    Q    Are you familiar with someone named Sain Ashfaq?

3    A    Yes.

4    Q    Who is that?

5    A    He's our servant.

6    Q    I'm sorry?

7    A    He was our servant.

8    Q    Servant?

9    A    Yes.

10   Q    Did he stay in the house?

11   A    Yeah.

12   Q    Did he have any other jobs or positions with respect to

13   your family?

14   A    Over night he worked as a security guard.

15   Q    As a security guard?

16   A    Yes.

17   Q    I'd also like to ask you about these, two referring again

18   to Government Exhibit 1.  These two people down here, Mazhar

19   Iqbal and Virginia Javed Iqbal?

20   A    Yes.

21   Q    You said that Mazhar Iqbal was married to Afzal's daughter

22   Tazeem, is that right?

23   A    Yes.

24   Q    Did Mazhar -- and I'm sorry, Javed is Mazhar's cousin?

25   A    Yes.
```

A. AJMAL/DIRECT/HECTOR

```
 1    Q    Did Mazhar and Javed have their own houses?

 2    A    Yes.

 3    Q    Did they -- would Mazhar visit your family home in

 4    Pakistan?

 5    A    Yes.

 6    Q    Frequently or infrequently?

 7    A    Frequently.

 8    Q    I'm sorry?

 9    A    Frequently.

10    Q    What about Javed Iqbal, would he visit your family home in

11    Chiryawala?

12    A    Yes.

13    Q    Frequently or infrequently?

14    A    Frequently.

15    Q    I want to ask you just about a few additional people, I'm

16    just going to ask you if you recognize the names and if you

17    know who they are.

18              Do you know someone by the name of Abid Reza.

19    A    Yes.

20    Q    Does anyone call him by any other name?

21    A    Molvi.

22    Q    When you say Molvi, how do you spell that?

23    A    M-O-L-V-I.

24    Q    M-O-L-V-I?

25    A    Yeah.
```

A. AJMAL/DIRECT/HECTOR

```
 1   Q    Okay.  Does he hold any position in Chiryawala or in
 2   Pakistan?
 3   A    Yes.
 4   Q    What position?
 5   A    At the time?
 6   Q    Yeah.
 7   A    I don't know, at the time.
 8   Q    Do you know whether he held a position at any time?
 9   A    Now he does.
10   Q    Now he does?
11   A    (Nods head affirmatively.)
12   Q    What position does he hold, to your knowledge?
13   A    MNA.
14   Q    MNA?  What does MNA mean?
15   A    Member National Assembly.
16   Q    Do you know someone who's referred to as Cha-cha Rahman,
17   R-A-H-M-A-N?
18   A    Yes.
19   Q    Who's that?
20   A    That's my father's uncle.
21   Q    And what about Mamo Fiaz, M-A-M-O, space, F-I-A-Z.  Do you
22   know someone by the name of or who's referred to as Mamo Fiaz?
23   A    Yes.
24   Q    Who's that?
25   A    He's my uncle.
```

A. AJMAL/DIRECT/HECTOR

```
1   Q   Who is he related to?

2   A   Nisar.

3   Q   Nisar Babar's father?

4   A   Yes.

5   Q   So referring back to Government Exhibit 1, so, you're

6   married to Babar, right?

7   A   Yeah.

8   Q   Nisar is Babar's father, right?

9   A   Yes.

10  Q   And Mamo Fiaz is who with respect to Nisar?

11  A   Brother.

12  Q   Brother.  Okay.

13          Now, referring to the sort of 2009, to 2000 -- 'til

14  the time, did you eventually leave Pakistan, is that fair?

15  A   Yes.

16  Q   Ms.  Ajmal, if you wouldn't mind, just to make it easier to

17  understand you, if you wouldn't mind sort of sitting up a

18  little and trying to speak clearly into the microphone for me.

19  Okay.  Thank you.

20          During that time period, 2009 until you said you

21  eventually left Pakistan?

22  A   Yes.

23  Q   Do you remember approximately what date you left Pakistan?

24  A   January 2013.

25  Q   Okay.  So from your arrival in you said about
```

A. AJMAL/DIRECT/HECTOR

```
 1    December 2009, through January 2013, were you aware of whether

 2    there was any guns in your family's house?

 3    A   Yes.

 4    Q   To your knowledge, how many guns were in the family's

 5    house?

 6    A   One.

 7    Q   Where was that gun?

 8    A   At our house, but it's not like everybody in Pakistan keeps

 9    a gun at their home.

10    Q   Okay.

11    A   Also.

12    Q   And where is the gun that was in your house?

13    A   In the room.  And my uncle keeps it with his bedside at

14    night.

15    Q   So do you mean it moves?  It's in a room and then it's also

16    by your uncle's bedside?

17            MR. SOSINSKY:  Objection.

18            THE COURT:  Overruled.

19    A   Yes.

20    BY MS. HECTOR:

21    Q   Which uncle?

22    A   Ajmal.

23    Q   Okay.  What room is it in during the day?

24    A   We call it the storeroom.

25    Q   Okay.  What's in the storeroom?
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   A    Blankets, wheat and like everything that is in the bulk.

 2   Q    Blankets and wheat, and everything that is in the bulk?  Is

 3   that what you said?

 4   A    Yeah, like suitcases and stuff for storage.

 5   Q    And do you know where in that room the gun was kept during

 6   the day?

 7   A    Yes, on top of a box-like thing.

 8   Q    What was kept in the box?

 9   A    Wheat.

10   Q    Wheat?

11   A    Yeah.

12   Q    You're sure it's wheat, not something else?

13            MR. SOSINSKY:  Objection.

14            THE COURT:  Overruled.

15   A    It was blankets.

16   BY MS. HECTOR:

17   Q    And is this box you're talking about like a tall box or a

18   low box or do you know?

19   A    Tall box.

20   Q    Taller than you?

21   A    Yeah.

22   Q    Taller than an average man?

23   A    Yeah.

24   Q    Okay.  You said that Sain Ashfaq was a security person at

25   night for your house, is that right?
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   A    Not my house.

 2   Q    What was Sain Ashfaq a security person for?

 3   A    At a telephone tower.

 4   Q    Okay.  Did Sain Ashfaq stay at your house?

 5   A    Not over night, but, he was to stay there, like.

 6   Q    Did Sain Ashfaq work at night or during the day?

 7   A    At night.

 8   Q    And where would Sain Ashfaq -- would Sain Ashfaq generally

 9   sleep during the day or not, if you know?

10   A    I don't know.

11   Q    Okay.  But I'm sorry, I just want to understand, did Sain

12   Ashfaq -- where did Sain Ashfaq where live, where did he call

13   his home?

14   A    At our house.

15   Q    At your house?

16   A    Yeah.

17   Q    Did saeem Ashfaq have a gun, to your knowledge?

18   A    I think so.

19   Q    Now, with respect to the gun that you said was kept in the

20   storeroom, and then with your Uncle Akmal at night, was that

21   a -- if you know, was that a pistol type gun or a long type

22   gun?

23   A    Long.

24   Q    I'm sorry?

25   A    Long gun.
```

A. AJMAL/DIRECT/HECTOR

```
 1    Q    Was it the -- and, again, if you know, was this the time
 2    type of gun that has a strap on it or not?
 3    A    I don't know.
 4    Q    Now, taking you back to sort of 2009, when your father
 5    returns to the U.S. and you stay in Pakistan, can you focus on
 6    that period of time?
 7    A    Okay.
 8    Q    Were you able to communicate with Shujat?
 9    A    Yes.
10    Q    How?
11    A    Through email and cell phone.
12    Q    Whose phone and computer would you use?  You can just say a
13    friend or you don't have to name particular names.
14          MR. SOSINSKY:  Objection, Your Honor.
15          THE COURT:  Overruled.
16    BY MS. HECTOR:
17    Q    Okay.  Whose computer and phone would you use?
18    A    A cousin.
19    Q    During that time when you're left in Pakistan, where is
20    Shujat living?
21    A    In Dubai.
22    Q    Did there ever come a time where you're able to communicate
23    with Shujat in another way?
24    A    Yes.
25    Q    What way was that?
```

A. AJMAL/DIRECT/HECTOR

```
 1    A    I got a cell phone for myself.

 2    Q    I'm sorry?

 3    A    I got a cell phone.

 4    Q    Who helped you get the cell phone?

 5    A    Shujat.

 6    Q    Who paid for the phone?

 7    A    Shujat did.

 8    Q    I'm not asking you any names, but did Shujat -- how did

 9    Shujat get the phone to you, generally?

10    A    Through a neighbor.

11    Q    Do you remember approximately when it was that you were

12    able to get the cell phone?

13    A    February.

14    Q    What year?

15    A    2010.

16    Q    So is it fair to stay that that would have been a couple

17    months after you left Pakistan?

18    A    Yes.

19    Q    And when you got the cell phone -- I mean, I'm sorry.  Is

20    it fair so say that would have been a couple months after you

21    got to Pakistan?

22    A    Yeah.

23    Q    Sorry.  Excuse me.  And when you got the phone, did you

24    tell any of your family members that you had a cell phone?

25    A    No.
```

A. AJMAL/DIRECT/HECTOR

1    Q    Where did you keep this cell phone?

2    A    In the closet in a suitcase.

3    Q    Where would you use it?

4    A    In my house.

5    Q    Who would you talk to on the phone?

6    A    Shujat.

7    Q    Would you use it out in the open?

8    A    No.

9    Q    How often would you talk to Shujat once you had the cell

10   phone, if you can approximate?

11   A    Frequently.

12   Q    I'm sorry?

13   A    Frequently.

14   Q    Ms. Ajmal, I'm just going to ask you again if you could

15   please try to sit up and speak into the microphone as clearly

16   as possible.

17          During this time that you were now living in Pakistan

18   and talking to Shujat frequently, how would you describe your

19   feelings for Shujat?

20   A    I wanted to marry him.

21   Q    Did there come a point in time when your cell phone was

22   discovered?

23   A    Yes.

24   Q    Do you know approximately when that happened?

25   A    Around the summer of 2010.

A. AJMAL/DIRECT/HECTOR

```
 1    Q    Who discovered your phone?

 2    A    My sister.

 3    Q    Which sister?

 4    A    Nasreen.

 5    Q    Did she confront you?

 6    A    Yes.

 7    Q    How much older is Nasreen than you?

 8    A    Five.

 9    Q    Five years?

10    A    Yeah.

11    Q    When your sister confronted you, how would you describe her

12    tone and demeanor?

13    A    She was mad at me.

14    Q    After Nasreen found your phone, did other people in your

15    family learn about the phone as well?

16    A    Yes.

17    Q    And at the time that your phone was discovered, where was

18    Akmal?

19    A    He was in Italy.

20    Q    How long he'd been in Italy?

21    A    A couple of weeks.

22    Q    After Nasreen found your phone, did you get your phone

23    back?

24    A    No.

25    Q    At some point were you able to get another phone?
```

A. AJMAL/DIRECT/HECTOR

```
 1   A    Yes.

 2   Q    Similar method to the first phone?

 3   A    Yes.

 4   Q    How soon after the first phone was discovered were you able

 5   to get the second phone?

 6   A    A couple of weeks.

 7   Q    Now, you mentioned that when your cell phone, when Nasreen

 8   found the phone, Akmal was in Italy, right?

 9   A    Yes.

10   Q    Did Akmal eventually return to Chiryawala?

11   A    Yes.

12   Q    What happened when he came home?

13   A    He confronted me with the phone.

14   Q    I'm going to ask you to speak clearly and slowly, Ms.

15   Ajmal.

16   A    He confronted me with the phone.

17   Q    Can you tell us about what happened?

18   A    He called me in a room.

19   Q    He called you in a room?

20   A    Yes.

21   Q    What room was that?

22   A    Storeroom.

23   Q    Who else was there?

24   A    Naseem and Nasreen.

25   Q    Is that, referring to Government Exhibit 1, is that your
```

A. AJMAL/DIRECT/HECTOR

 1   aunt, Naseem?

 2   A   Yes.

 3   Q   And your sister, Nasreen?

 4   A   Yes.

 5   Q   And happened?

 6   A   He asked me about the phone, how I got it or why am I doing

 7   this.  Or why am I talking to Shujat.

 8   Q   What else happened?

 9   A   And that I will have to marry Babar.

10   Q   And then, I'm sorry?

11   A   I will have to marry Babar.  There's no way that they will

12   let me marry Shujat.

13   Q   Then what happened?

14   A   He hit me.

15   Q   Then what happened?

16   A   Nothing.

17   Q   Nothing else happened?

18   A   He made me say that I will marry Shujat, Babar.

19   Q   Did anything else happen?

20   A   He went -- I wasn't saying -- I wasn't agreeing that I will

21   marry Babar, so he went off and he went to go to get a gun.

22   Q   He went to get the gun?

23   A   Yeah.

24   Q   When you say he went to get the gun, can you describe what

25   you mean by that?

A. AJMAL/DIRECT/HECTOR

1   A   He told me you're to stay here, you will marry Babar or I

2   will kill you, and he got up and he was walking towards where

3   he keeps his gun.

4   Q   What happened next?

5   A   Naseem and my sister stopped him.

6   Q   How did they stop him?

7   A   They came in his way.

8   Q   I'm sorry?

9   A   They came in his way.

10   Q   Did Akmal ever actually touch the gun?

11   A   No.

12   Q   What was -- what were your, besides trying to stop him,

13   what was the general demeanor of your aunt Naseem and your

14   sister Nasreen during that encounter?

15   A   They were worried.  They were screaming and asking me to

16   say yes and I will marry to Babar.

17   Q   How did you feel at that time?

18   A   I was scared.

19   Q   Did you think that Akmal's threats were real?

20   A   At the time, yes.

21   Q   Other than that occasion, was there any other time that

22   your uncle Ajmal hit you?

23   A   Yes, one other time.

24   Q   What -- what did that time concern, like what happened that

25   caused your uncle Ajmal to hit you that second time?

A. AJMAL/DIRECT/HECTOR

```
 1   A    A couple of weeks later I was watching TV, and he was
 2   why -- you should be working, why aren't you doing chores.
 3   Q    What did he hit you with that time?
 4   A    His shoes and hands.
 5   Q    Now, taking you back, you're back to this confrontation in
 6   the storeroom about the cell phone, okay.  At that point, did
 7   you already have that second cell phone?
 8   A    Yes.
 9   Q    Did anyone know about that?
10   A    No.
11   Q    Do you know whether or not your father found out about the
12   cell phone, your cell phone that was discovered?
13   A    I don't know.
14   Q    Did you have any conversations with your father after your
15   cell phone was discovered?
16   A    No.
17   Q    Did your father ever call you on the phone while you were
18   in Pakistan?
19   A    Yes.
20   Q    What do you remember about the times he called you on the
21   phone?
22   A    He call me and threatened me.
23   Q    I'm sorry?
24   A    He called me and threatened me.
25   Q    Can you tell us about that conversation?
```

A. AJMAL/DIRECT/HECTOR

```
 1  A    (Pausing.)  My sister gave me the phone and told me dad
 2  wants to talk to you.  So when I picked the phone, he just
 3  said, I don't want to hear any more complaints from you or
 4  about you, and I will kill you if you do anything wrong now.
 5  Q    At that point -- well, was this before or after your cell
 6  phone was discovered?
 7  A    After.
 8  Q    At that point, had your father ever said anything like that
 9  to you before?
10  A    No.
11  Q    Did you respond to him in any way?
12  A    No, he hung up.
13  Q    What did you do?
14  A    Nothing.
15  Q    During that conversation with your father, when he said
16  that he would kill you, at that time, did you think he was
17  serious?
18  A    I got scared at the time, but I don't think he would have
19  really killed me.
20  Q    Did you -- when you got off the phone with your father, did
21  you tell any of your sisters about that call?
22  A    No.
23  Q    Why not?
24  A    (Pausing).  I don't know.  I didn't tell anybody.
25  Q    Now, during that confrontation with Akmal in the storeroom,
```

A. AJMAL/DIRECT/HECTOR

1    I believe you said that Akmal said there's no way they will or

2    you said there was no way they will let you marry Shujat, is

3    that right?

4    A    Yes.

5    Q    Who did you understand they to be?

6    A    No.  He said they there's no way that we will let you.

7    Q    Who did you understand we to be?

8    A    Everybody in my family, my father, my uncle.

9    Q    After this incident in the storeroom with your uncle Akmal,

10   did your life in Pakistan and Chiryawala change?

11   A    Yes.

12   Q    In what ways?

13   A    Because he got strict with me.

14   Q    I'm sorry?

15   A    He got strict with me, I wasn't allowed to go out or answer

16   phone call.

17   Q    Who got strict with you?

18   A    My uncle.

19   Q    Which uncle?

20   A    Akmal.

21   Q    Now, I'd like to ask you a little bit about Nisar Ahmed,

22   I'm pointing to Government Exhibit 1, Nisar Ahmed, again, is

23   Babar's father, is that right?

24   A    Yes.

25   Q    Did there ever come a time that Nisar confronted you about

A. AJMAL/DIRECT/HECTOR

```
 1   marrying his son, Babar?
 2   A    Yes.
 3   Q    Can you tell us about that incident?
 4   A    (Pausing).  He found out that I wanted to marry -- I didn't
 5   want to marry Babar.  So he came to my house and he talk to my
 6   uncle.
 7   Q    Which uncle?
 8   A    Akmal.
 9   Q    Did Nisar say anything to you?
10   A    He was mad at me for this.
11   Q    Did he say anything to you?
12   A    He told me like I don't know what value is my culture, why
13   am I doing this.
14   Q    Did he express any concern for you?
15   A    He told me I'm worried about what will happen to you if you
16   don't marry to Babar.
17   Q    Now, Ms. Ajmal, if I could just remind you again, please,
18   try your best to sit up a little bit and have the microphone
19   near you.
20   A    Okay.
21   Q    I'd like to just step back a little bit and ask you a few
22   questions about marriage ceremonies in Pakistan.  Okay?
23   A    Okay.
24   Q    Do marriage ceremonies take place on one day or multiple
25   days?
```

A. AJMAL/DIRECT/HECTOR

1  A    Multiple day.

2  Q    Are there multiple ceremonies?

3  A    Yes.

4  Q    Is one of the ceremonies called a nikau?

5  A    Yes.

6  Q    What's nikah?

7  A    Nikah is when a woman and man traditionally becomes husband
8  and wife.

9        MS. HECTOR:  Your Honor, I'll just note that it's --
10  whatever Your Honor desires is, of course, fine, but I'll just
11  note that it's about four o'clock.

12        THE COURT:  Is this an appropriate time to take a
13  brief recess?

14        MS. HECTOR:  It would be.

15        THE COURT:  All right.  Ladies and gentlemen of the
16  jury, we'll take a fifteen-minute recess.  Please do not talk
17  about the case among yourself, thank you.

18        You can sit there for a minute.

19        (Jury exits.)

20        THE CLERK:  Judge, the jury is back.

21        THE COURT:  Why don't we escort -- the jury's left.
22  Why don't we escort the witness from the stand?  All right?

23        (Witness leaves the stand.)

24        THE COURT:  Okay.  Thank you, ma'am.

25        Do we have any procedural issues?  The jury's not

A. AJMAL/DIRECT/HECTOR

1    here.

2              MS. HECTOR:  No, Judge.

3              MR. SOSINSKY:  No, sir.

4              THE COURT:  Okay.  We'll take our fifteen-minute break

5    now.

6              (Recess.)

7              (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A. AJMAL/DIRECT/HECTOR

```
 1                (In open court, outside the presence of the jury.)

 2                (Defendant enters the courtroom.)

 3           THE COURT:  All the parties and counsel are here.

 4   Before we bring in the jury, can I have both counsel sign off

 5   that stipulation that I read, please.

 6           THE LAW CLERK:  They already did, Judge.  Here it is.

 7           THE COURT:   Okay.  Have you got copies for them?  All

 8   right.  And, Ms. Hector, how much longer do you think you're

 9   going to be today with this witness?

10           MS. HECTOR:  I think we can certainly go 'til 5 and I

11   think I won't be finished, but I'll be getting fairly close to

12   finishing.

13           THE COURT:  All right.  So does it make sense to plan

14   to stop about 5:15 today?  Is that a reasonable point?  Or you

15   want to stop at 5?  I just don't want to have any --

16           MS. HECTOR:  We can stop at 5.  I'm fine with stopping

17   at 5.

18           THE COURT:  All right.  We'll plan to stop at 5 today

19   and then we'll resume tomorrow morning at 9:30.

20           MS. HECTOR:  That's great.

21           THE COURT:  Is that acceptable to all counsel?

22           MR. SOSINSKY:  Yes.

23           THE COURT:   Ma'am, please come back to the witness

24   stand.

25           Do we have any procedural issues to discuss before we
```

PROCEEDINGS

 1    bring the jury in?

 2              MS. HECTOR:  Not from the government.

 3              MR. SOSINSKY:  No, sir.

 4              (The witness resumes the witness stand.)

 5              THE COURT:  Okay.  Ma'am, thank you very much.  I

 6    appreciate your keeping your voice up.  God gave me a big mouth

 7    and a loud voice and not everybody has one of those, but do the

 8    best you can.  I appreciate you keeping your voice up, okay,

 9    ma'am?

10              THE WITNESS:  Yes.

11              THE COURT:  Okay, thank you.  Mr. Jackson, why don't

12    you please bring in the jury.

13              We have one of our technicians who has graciously

14    agreed to stand by in case we have any further technical

15    issues.  And I appreciate that, sir, thank you.

16              (Jury enters courtroom.)

17              THE COURT:  Ladies and gentlemen of the jury, thank

18    you.  We're going to go until about 5:00 today, so we're not

19    going to stay terribly late.  I wanted to let you know that

20    right up front.

21              Go ahead, Ms. Hector.

22              MS. HECTOR:  Thank you.

23    DIRECT EXAMINATION (Continued)

24    BY MR. HECTOR:

25    Q   Ms. Ajmal, when we broke, we were talking about marriage

SHERRY BRYANT, RMR, CRR

PROCEEDINGS

```
 1    ceremonies in Pakistan.  Do you remember?
 2    A    Yes.
 3    Q    And I believe I asked you about the ceremony called the
 4    nikkah.  Okay?
 5    A    Yes.
 6    Q    Can you describe again what the nikkah is?
 7    A    Nikkah is when a woman and a man become husband and wife.
 8    Q    Is that a legal ceremony?
 9    A    Yes.
10    Q    Now, Ms. Ajmal, I'm just going to ask you again, please sit
11    up and put your face in front of the microphone so that we can
12    all hear you, okay?
13              Is there certain paperwork associated with a nikkah?
14    A    Yes.
15    Q    What kind of paperwork?
16    A    It's called nikkah nama.
17    Q    It's called, I'm sorry?
18    A    Nikkah nama.
19    Q    Can you -- is nikkah n-i-k-k-a-h?
20    A    Yes.
21    Q    And what's the second word you're saying?
22    A    N-a-m-a.
23    Q    And what is the nikkah nama?
24    A    It's paperwork you have to sign to be -- like both parties
25    involved have to sign.
```

PROCEEDINGS

1    Q    When you say "both parties involved," who's that?

2    A    The bride and the groom.

3    Q    Does anyone else sign, to your knowledge?

4    A    Witnesses.

5    Q    Are guests typically invited to a nikkah?

6    A    Yes.

7    Q    Now, you said that witnesses sign.  Do witnesses have other

8    responsibilities?

9    A    No.

10   Q    Besides the nikkah, are there other celebrations or

11   ceremonies that accompany a wedding in Pakistan?

12   A    Yes.

13   Q    Do the events include a party or celebration?

14   A    Yes.

15   Q    In your family, did the nikkah and the party or celebration

16   happen close in time or far apart?

17   A    For me and my other two sisters, it happened far apart, but

18   usually it's on the same day of the wedding.

19   Q    Why was your nikkah and your sisters' nikkahs far apart

20   from the celebration or party, if you know?

21   A    I think for the visa purpose.

22   Q    What do you mean, "for the visa purpose"?

23   A    So my sisters' husbands can be apply -- can apply for their

24   visa.

25   Q    When you have a nikkah, after the nikkah are you legally

PROCEEDINGS

1   married in Pakistan?

2   A    Yes.

3   Q    During the time that you were in Pakistan, what was your

4   expectation regarding where you would live after you married

5   Babar?

6   A    At Babar's house.

7   Q    And did you think that you would stay in Pakistan with

8   Babar?

9   A    Yes.

10  Q    Did you think that you would ever return to the United

11  States?

12  A    Yes.

13  Q    When did you think you would return to the United States?

14  A    After marriage.

15  Q    To your knowledge, did Babar expect to come to the United

16  States with you after getting married?

17       MR. SOSINSKY:  Objection to the form.

18       THE COURT:  Overruled.  If you know.

19  A    I don't know.

20  Q    You're not sure?

21  A    No.

22  Q    Did you and Babar intend to live separately after the

23  wedding?

24  A    What do you mean?

25  Q    Did you think that after your wedding, you might live

PROCEEDINGS

```
 1   separately from Babar?
 2   A    No.
 3   Q    Did you think you would live together after your wedding?
 4   A    Yes.
 5   Q    At some point, did you find out -- well, at some point did
 6   you have a nikkah with Babar?
 7   A    Yes.
 8   Q    Do you remember when that was?
 9   A    March 2012.
10   Q    How far in advance of your nikkah did you find out that
11   your nikkah was scheduled?
12   A    Two days.
13   Q    Now, in March 2012, would it be fair to say that you had
14   been in Pakistan for two years and a couple of months at that
15   point?
16   A    Yes.
17   Q    Now, you said you found out two days before your nikkah?
18   A    Yes.
19   Q    How did you find out?
20   A    From my aunt.
21   Q    Can you tell us what happened?
22   A    She called me to her house and told me about it.
23   Q    How did you feel when you found out that your nikkah would
24   be in two days?
25   A    I was upset, worried, angry.
```

SHERRY BRYANT, RMR, CRR

PROCEEDINGS

```
1    Q    What, if anything, did you do?

2    A    What did you say?

3    Q    What, if anything, did you do when you found out that your

4    nikkah was scheduled?

5    A    I called Babar.

6    Q    Did you call anyone else?

7    A    I called my brother.

8    Q    Did you call anyone else?

9    A    I called Shujat.

10   Q    Why did you call Babar?

11   A    To tell him I don't want to marry him, why is he letting

12   this happen.

13   Q    I'm sorry?

14   A    To tell him I don't want to marry him, why is he letting

15   this happen.

16   Q    I'd like to direct your attention to the night before your

17   nikkah ceremony.  Do you remember that night?

18   A    Yes.

19   Q    Do you remember where you were that night?

20   A    At my house.

21   Q    Do you remember who else was home with you?

22   A    My aunt, my cousins.

23   Q    Your aunt.  Which aunt?

24   A    Zohra.

25   Q    Anyone else?
```

PROCEEDINGS

```
 1   A    My cousins.  My Uncle Akmal.

 2   Q    Anyone else?

 3   A    My Uncle Afzal at that time.

 4   Q    Was anyone else with you?

 5   A    With me?

 6   Q    Yes.

 7   A    Yes.  My Aunt Naseem and my sister Yasmin.

 8   Q    And what, if anything, happened that night that you

 9   remember?

10   A    My uncle came home.  He was angry, that why I talk to Babar

11   that I don't want to marry him.

12   Q    Which uncle are you referring to?

13   A    Akmal.

14   Q    What, if anything, did you say?

15   A    I told him, I don't want to marry Babar.  And he said,

16   either you marry him -- either you have nikkah with him

17   tomorrow or I will kill you tonight.

18   Q    Then what happened?

19   A    Then he called my father.

20   Q    How do you know that he called your father?

21   A    He said that he would call my father.

22   Q    Did you see him with a phone?

23   A    Yes.

24   Q    Did you see him dial a phone?

25   A    I didn't see him, see -- I couldn't see his phone, like
```

PROCEEDINGS

1    what number he was dialing.

2    Q   Did he appear to be talking to some -- did Akmal appear to

3    be talking to someone on the phone?

4    A   Yes.

5    Q   Did he eventually get off the phone?

6    A   Yes.

7    Q   What, if anything, did he say when he got off the phone?

8    A   He told me, your father gave me -- gave permission to kill

9    you if you don't marry Babar.

10   Q   What happened next?

11   A   Everybody was worried, my sister and her mom, my sister, my

12   aunt.  And they kept telling me to say yes, that you will marry

13   Babar or else my uncle will kill me.

14   Q   Did anyone else come to your house that night?

15   A   My Uncle Nisar and Babar.

16   Q   And when you say your Uncle Nisar and Babar, referring

17   again to Government Exhibit 1, was Babar the person you were

18   going to marry?

19   A   Yes.

20   Q   And Nisar was his father?

21   A   Yes.

22   Q   What happened when Babar and Nisar came?

23   A   He asked me about if I'm going to marry Babar, and I said

24   yes.

25   Q   Who asked you if you were going to marry Babar?

PROCEEDINGS

```
 1   A    My Uncle Nisar.

 2   Q    Did anyone else say anything?

 3   A    I don't remember.

 4   Q    Did you respond?

 5   A    I said yes.

 6   Q    Did your nikkah take place the following day?

 7   A    Yes.

 8   Q    Where did your nikkah take place?

 9   A    I know it was in Chiryawala.

10   Q    Ms. Ajmal, please try to --

11   A    I know it was in Chiryawala.

12   Q    Who attended your nikkah?

13   A    My family and Babar's family.

14   Q    When you say your family, do you remember who in your

15   family?

16   A    My Uncle Akmal and my Aunt Naseem and Zohra and every --

17   the kids.

18   Q    Do you remember who from Babar's family attended?

19   A    His parents.

20   Q    Were there any witnesses?

21   A    Yes.

22   Q    Who were the witnesses?

23   A    Javed and Mazhar.

24   Q    Are they the people down here, Mazhar Iqbal and Javed

25   Iqbal?
```

PROCEEDINGS

```
 1   A    Yes.

 2   Q    Did your father attend your nikkah?

 3   A    No.

 4   Q    Do you know where your father was at the time?

 5   A    In the United States.

 6   Q    I'm sorry?

 7   A    In the United States.

 8   Q    Besides the people you just described, did any guests

 9   attend your nikkah?

10   A    No.

11   Q    Was that typical in your family, to just have the people

12   you just described at a nikkah?

13   A    Nikkah was just a simple ceremony.  We didn't intend to

14   invite any guests.

15   Q    Was that typical that guests weren't invited in your

16   family?

17   A    At the weddings guests are invited, but I wasn't there for

18   my other two sisters' nikkah.  I was in the U.S. at that time.

19   So I don't know how many people were invited at that time.  It

20   was intended to be a simple ceremony.

21   Q    After the nikkah, did you continue to live in your family

22   home in Chiryawala?

23   A    Yes.

24   Q    Was it typical to continue to live in your family home

25   after a nikkah?
```

PROCEEDINGS

```
 1   A    If there is a wedding planned, yes.
 2   Q    In your family, when is it typical -- when does the bride
 3   move in with the groom?
 4   A    After the wedding celebration.
 5   Q    After the celebration?
 6   A    Yes.
 7   Q    So not after the nikkah?
 8   A    No.
 9   Q    How did you feel after your nikkah was over and you were
10   legally married to Babar?
11   A    I was angry and upset.
12   Q    Why were you angry and upset?
13   A    I didn't want to marry him.
14   Q    Did you talk to Shujat after your nikkah?
15   A    A couple of days after.
16   Q    Did you resume -- were you talking to Shujat regularly
17   during that time?
18   A    No.
19   Q    Did there come a point in time when that changed?
20   A    After nikkah, I try not to call him.
21   Q    Why did you try not to call him?
22   A    Because I was married.
23   Q    Did that change after some time?
24   A    Yes.
25   Q    What happened?
```

PROCEEDINGS

```
 1   A    After a couple of weeks, I started calling him again.
 2   Q    After a couple of weeks, when you started calling him
 3   again, did you start talking regularly or not regularly?
 4   A    Regularly.
 5   Q    What was life like for you in your home after your nikkah?
 6   A    Like normal.
 7   Q    When you say "like normal," what do you mean?
 8   A    I wasn't going to school or working or anything, so I
 9   stayed home and just lived there.
10   Q    Was there any change in your life from before the nikkah to
11   after the nikkah?
12   A    Before the nikkah, my Uncle Akmal was strict towards me.
13   After the nikkah, he was kind of relaxed then.  It went back to
14   like normal relationship with a person.
15   Q    Did you speak to your father after the nikkah?
16   A    I did.
17   Q    What were those -- one time or multiple times?
18   A    A couple of times.
19   Q    What were those conversations like?
20   A    Just for a minute or so.  Just like greeting and how are
21   you and that's it.
22   Q    After your nikkah, did you have any hope that you and
23   Shujat could be together?
24   A    No.
25   Q    When you say "no," what do you mean?
```

PROCEEDINGS

1    A    Not in Pakistan.

2    Q    Why not in Pakistan?

3    A    Because I was married to somebody else.

4    Q    Did you have any hope that you might be together in some

5    other way?

6    A    Yes.

7    Q    In what way?

8    A    If I come back to the United States or if we go to another

9    country.

10   Q    At that point, after your nikkah, did you have an

11   understanding of when you might go back to the United States?

12   A    I thought I would go back after the wedding.

13   Q    Did you eventually have -- when you say "after the

14   wedding," what part of the wedding do you mean?

15   A    Like the actual celebration, when I moved to Babar's house.

16   Q    Did you eventually have a celebration?

17   A    Yes.

18   Q    When was that?

19   A    In November 2012.

20   Q    So fair to say about eight months after your nikkah?

21   A    Yes.

22   Q    And about three years after you had started living in

23   Pakistan?

24   A    Yes.

25   Q    Ms. Ajmal, if you could just please -- I'm just reminding

PROCEEDINGS

1   you to keep your voice up and try to speak clearly.

2          Where did your wedding celebration take place?

3   A    I know it was in Chiryawala.

4   Q    Did your father attend your wedding celebration?

5   A    Yes.

6   Q    When your father came to attend your wedding celebration, I

7   assume you saw him?

8   A    Yes.

9   Q    At that point, when had been the last time you saw your

10  father in person?

11  A    When he left from Pakistan.

12  Q    When?

13  A    In 2009, in December.

14  Q    So you hadn't seen him during that three-year period that

15  you were in Pakistan?

16  A    No.

17  Q    And for those three years that you were in Pakistan before

18  your wedding, about how many times had you talked to your

19  father on the phone?

20  A    A couple of times.

21  Q    Do you know whether your father was in touch with other

22  people in your family in Pakistan during that time?

23  A    Yes.

24  Q    How do you know that?

25  A    My Uncle Akmal would talk to him over the cell phone.

SHERRY BRYANT, RMR, CRR

PROCEEDINGS

1   Q   Besides your father, did any of your other family members

2   who were in the U.S. come to your wedding celebration?

3   A   Yes.

4   Q   Who?

5   A   My brother.

6   Q   Were guests invited to your wedding celebration?

7   A   Yes.

8   Q   About how many people attended?

9   A   Three, four hundred.

10  Q   I'm sorry?

11  A   Three, four hundred people.

12  Q   Is that typical for a wedding celebration in your family?

13  A   Yes.

14  Q   Was Shujat's family invited to your wedding?

15  A   No.

16  Q   I'd like to show the witness what has been marked for

17  identification as Government's -- and, Ms. Ajmal, if you could

18  look at your computer screen -- as Government's Exhibits 342,

19  839 and 840.  Ms. Ajmal, if you could look at your computer

20  screen, 342, 839, 840, and I'm sorry, there's one other exhibit

21  for identification, 841.

22          Do you see those?

23  A   Yes.

24  Q   Do you recognize those?

25  A   Yes.

PROCEEDINGS

```
 1    Q    What are they?

 2    A    They're wedding video -- photos.

 3    Q    Photos of whose wedding?

 4    A    Mine.

 5    Q    Do they fairly and accurately depict parts of your wedding?

 6    A    Yes.

 7              MS. HECTOR:  The government moves to admit Government

 8    Exhibit 342, 839, 840 and 841.

 9              THE COURT:  Any objection?

10              MR. SOSINSKY:  No.

11              THE COURT:  They're admitted.  You may publish to the

12    jury.

13              (Government Exhibits 342, 839, 840 and 841 received in

14    evidence.)

15              (Exhibit published to the jury.)

16    Q    Ms. Ajmal, I'm showing you Government Exhibit 342.  Can you

17    describe what we're looking at here?

18    A    At my wedding photos.

19    Q    And I'm pointing to the man in the lower left-hand corner.

20    Who is that?

21    A    That's my father.

22    Q    And I'm pointing to the man in the lower right-hand corner.

23    Who's that?

24    A    That's my Uncle Akmal.

25    Q    And I'm pointing to the man who's standing.  Who's that?
```

PROCEEDINGS

```
 1    A    That's Babar.

 2    Q    And I'm pointing to the woman in the middle on the bottom.

 3    Who's that?

 4    A    That's me.

 5    Q    Now, is it typical or traditional in a Pakistani wedding

 6    for the bride to look down?

 7    A    Yes.

 8    Q    How were you feeling during your wedding?

 9    A    I don't know.

10    Q    Can you describe what emotions you had during your wedding?

11    A    I was sad.

12    Q    I'm showing you what's been marked as Government Exhibit

13    841.  Can you describe what we're looking at in this photo?

14    A    Wedding photo.

15    Q    And, again, who are the two men that are seated on either

16    side of you?

17    A    My father and uncle.

18    Q    And who is this man in red in the upper right-hand side?

19    A    Babar.

20    Q    Showing you Government Exhibit 840, is this another photo

21    from your wedding?

22    A    Yes.

23    Q    And are you in the middle?

24    A    Yes.

25    Q    Showing you Government Exhibit 839, is this another photo
```

PROCEEDINGS

1    from your wedding?

2    A    Yes.

3    Q    And is this you in the middle?

4    A    Yes.

5    Q    And who's seated to your left in the picture?

6    A    Babar.

7    Q    And who are these two women who are seated to your right?

8    A    Cousins.

9         MS. HECTOR:    I'd like to show the witness only

10   what's been marked as Government Exhibit 307 for

11   identification.

12   Q    Ms. Ajmal, I'm showing this to you and I'm going to

13   focus -- if you could look at your screen, I'm going to focus

14   in for you.  Do you recognize this?

15   A    Yes.

16   Q    What is it?

17   A    That's my wedding video.

18   Q    I'm sorry?

19   A    That's my wedding video.

20   Q    And how do you know that?

21   A    I've seen it.

22   Q    And did you put your initials on the CD?

23   A    Yes.

24        MS. HECTOR:   The government moves to admit Government

25   Exhibit 307.

PROCEEDINGS

```
 1              THE COURT:  Any objection?
 2              MR. SOSINSKY:  None, sir.
 3              THE COURT:  You may admit it and publish it to the
 4    jury.
 5              (Government Exhibit 307 received in evidence.)
 6    Q   And, Ms. Ajmal, is it fair to say that that is one of a
 7    sort of series of CDs that had videos from your wedding?
 8    A   Yes.
 9    Q   I'd like to play when it comes up -- Mr. Jackson, if you
10    could put on the prosecution computer, please, and I'd like to
11    play section 1:31:40 to 1:33:10.
12              (Audio and video recording played.)
13    Q   If you could just pause for a second.  Do you know who the
14    person is in this screen right now?
15    A   That's my Uncle Akmal.
16    Q   Okay.
17              (Audio and video recording played.)
18    Q   And if you could just pause again.  Do you know who the
19    person is in the middle of the screen right here?
20    A   That's my Aunt Naseem.
21    Q   I'm sorry?
22    A   That's my Aunt Naseem.
23    Q   Thank you.
24              (Audio and video recording played.)
25    Q   If you could just pause right here.  Can you identify the
```

PROCEEDINGS

```
 1    man who's in the middle of the screen right here?

 2    A    That's my Uncle Nisar.

 3    Q    And when you say "Uncle Nisar," that's Babar's father?

 4    A    Yes.

 5    Q    Thank you.

 6             (Audio and video recording played.)

 7    Q    If you could just stop right there.  You just appeared to

 8    sort of wipe your nose with a tissue.  Did you have a cold or

 9    was there some other reason for that?

10    A    I had a cold.

11    Q    Go on, please.

12             (Audio and video recording played.)

13    Q    Ms. Ajmal, how long -- you said Shakeel came from the U.S.

14    to Pakistan for your wedding; is that right?

15    A    Yes.

16    Q    How long did Shakeel stay in Pakistan after your wedding

17    celebration?

18    A    About two weeks.

19    Q    And what day did your wedding celebration take place?

20    A    November 7, 2012.

21    Q    How long did your father stay in Pakistan after your

22    wedding celebration?

23    A    A month.

24    Q    Do you know around what time he left?

25    A    I don't remember.
```

SHERRY BRYANT, RMR, CRR

PROCEEDINGS

```
 1              MS. HECTOR:   Your Honor, I think -- it's 5:00 and
 2    we're actually at a breaking point, so this might be --
 3              THE COURT:  All right.  Ladies and gentlemen of the
 4    jury, we're going to adjourn for the evening.  Again, do not
 5    talk about the case.  We will resume tomorrow promptly at 9:30
 6    a.m.  Have a quiet and restful evening.  We'll start tomorrow
 7    at 9:30 a.m.
 8              (Jury exits courtroom.)
 9              THE COURT:  Would you escort the witness out, please?
10              (The witness stepped down from the witness stand and
11    withdrew from the courtroom.)
12              THE COURT:  All right.  The jury has left the
13    courtroom; the witness has left the witness stand.  Do we have
14    any procedural issues to address?
15              MS. HECTOR:  Not from the government, Your Honor.
16              MR. SOSINSKY:  No, sir.
17              THE COURT:  All right.  We'll see you tomorrow at 9:30
18    a.m.
19              (Whereupon, the proceedings were adjourned at 5:02
20    p.m. until June 26, 2014 at 9:30 a.m.)
21
22
23
24
25
```

PROCEEDINGS

```
 1

 2

 3    GEX 402                          345
      GEX 403                          349
 4    GEX 501                          366
      GEX 201, 202, 203, 204           398
 5    GEX 1000                         416
      Court Exhibit 1                  434
 6    GEX 1, 3 through 15, 1A          440
      GEX 51A                          458
 7    GEX 52A, GEX 52B                 467
      GEX 342, 839, 840, 841           525
 8    MOREL/DIRECT/GANDY               352
      MOREL/CROSS/SOSINSKY             379
 9    CHOPRA/DIRECT/TUCKER             392
      CHOPRA/CROSS/SOSINSKY            411
10    PETERSON/DIRECT/HECTOR           412
      PETERSON/CROSS/SOSINSKY          425
11    A. AJMAL/DIRECT/HECTOR           436
      A. AJMAL/DIRECT/HECTOR           510
12                                     388
      GEX                              528
13

14

15

16

17

18

19

20

21

22

23

24

25
```

SHERRY BRYANT, RMR, CRR

## $

$1,000 [2] 413/14 415/10
$1,218.61 [1] 424/9
$250,000 [1] 384/17
$297.65 [1] 424/1
$420 [1] 378/25
$8,300 [1] 339/9
$900 [1] 423/18

## '

'90 [1] 435/9
'94 [1] 436/21
'til [3] 333/25 491/13 508/10

## -

------------------------------------x [2] 330/2
330/6

## 0

08/24/1990 [1] 406/22

## 1

1,000 [1] 414/23
10 [7] 347/6 408/6 408/19 409/7 409/14
409/20 438/19
1000 [2] 415/25 416/4
10006 [1] 330/18
10:00 a.m [1] 429/20
10:45 p.m [1] 419/2
11 [1] 438/20
11201 [3] 330/5 330/14 330/22
11230 [2] 369/4 420/3
12 [12] 398/23 401/2 401/16 402/12 402/21
403/6 403/12 404/6 407/22 409/15 409/17
438/21
12:00 p.m [1] 391/8
12:55 p.m [1] 430/18
13 [5] 330/3 331/3 370/9 371/24 438/21
130 [42] 353/14 353/16 353/17 353/18
353/23 354/2 354/10 354/15 355/1 355/4
355/14 356/1 356/11 356/24 357/6 357/14
357/23 358/23 359/10 362/5 362/10 362/13
362/21 363/8 363/13 363/16 365/3 365/25
369/23 370/2 374/25 375/10 378/12 378/18
378/25 382/25 384/8 386/13 387/15 388/7
389/5 389/22
14 [4] 399/19 409/7 424/6 438/23
15 [3] 390/16 402/14 438/23
150 [2] 330/3 331/3
16 [3] 424/11 438/24 439/10
17 [2] 339/16 474/4
18 [1] 402/25
192 [2] 448/19 448/20
1950 [2] 407/9 407/23
1953 [9] 398/23 401/3 401/16 402/12 402/21
403/6 403/12 404/6 407/22
1976 [1] 385/9
1985 [5] 408/7 408/19 409/7 409/14 409/21
1990 [6] 405/4 405/15 406/2 406/14 406/22
435/10
1999 [4] 410/20 435/19 435/22 436/17
1:31:40 [1] 527/11
1:33:10 [1] 527/11
1A [1] 439/10
1st [7] 343/10 344/7 369/12 375/8 385/13
395/8 407/9

## 2

2000 [2] 454/12 491/13
2001 [5] 454/13 454/14 460/12 460/14
460/21
2002 [1] 392/15
2005 [6] 395/8 410/10 410/15 411/2 427/24

428/2
2006 [1] 408/1
2007 [10] 405/9 405/18 408/19 408/20 461/4
462/1 462/2 469/25 471/7 473/11 474/4
2008 [3] 399/20 401/5 477/14
2009 [20] 401/18 402/15 406/4 409/7 424/6
424/11 428/8 444/22 453/20 458/22 482/9
482/11 482/25 483/2 487/10 491/13 491/20
492/1 495/4 522/13
201 [28] 395/11 395/15 395/19 395/20
395/21 395/23 395/24 397/4 397/8 397/12
398/15 399/2 399/12 400/15 401/11 402/8
402/16 403/1 403/11 403/13 403/14 403/18
403/19 403/20 403/22 403/25 404/4 407/18
201's [1] 407/22
2010 [5] 423/24 424/3 428/9 496/15 497/25
2011 [4] 407/13 407/14 409/15 409/17
2012 [15] 353/7 369/12 369/21 369/25
372/14 375/8 385/13 385/21 402/25 403/9
407/15 513/9 513/13 521/19 528/20
2013 [12] 334/21 337/21 337/23 338/2 342/9
343/10 344/8 406/17 423/16 428/9 491/24
492/1
2014 [3] 330/6 381/11 529/20
202 [11] 395/11 395/15 396/6 397/4 397/8
404/10 404/21 405/10 405/20 406/9 406/21
203 [8] 395/11 395/15 396/12 397/4 397/9
406/25 407/11 407/19
203's [1] 407/22
204 [12] 395/11 395/15 396/18 397/4 397/9
403/18 408/1 408/9 408/15 408/23 409/11
409/19
20th [3] 482/4 482/4 482/6
2245 [1] 419/2
225 [2] 330/5 330/22
2379 [1] 330/23
24 [5] 405/4 405/15 406/2 406/14 435/9
25 [1] 330/6
25th [1] 334/21
26 [2] 349/17 529/20
2644 [1] 330/23
27 [6] 403/9 405/18 407/13 407/15 408/19
408/20
271 [1] 330/13
28 [3] 337/24 405/9 408/10
29 [3] 349/20 401/18 406/4
2:00 [1] 430/15 430/17 430/23

## 3

30 [1] 417/1
300 [2] 420/3 423/20
307 [3] 526/10 526/25 527/5
30th [1] 330/17
325 [2] 366/6 367/16
325A [3] 356/12 356/19 359/6
33 [3] 348/6 348/8 348/9
342 [5] 523/18 523/20 524/8 524/13 524/16
3500 [5] 332/3 332/21 333/13 333/18 416/14

## 4

402 [3] 343/23 344/11 345/9
403 [5] 347/19 348/11 348/19 349/9 349/17
45 [2] 330/17 347/7

## 5

501 [4] 364/9 364/22 365/12 387/24
51A [4] 455/24 457/3 458/25 459/1
52A [3] 464/23 466/21 467/6
52B [2] 464/24 469/19
544106 [2] 487/24 487/25
5569 [2] 420/23 423/20
5:00 [2] 509/18 529/1
5:02 [1] 529/19
5:15 [1] 508/14

5th [1] 372/14

## 6

6th [2] 369/21 369/25 385/21 386/25

## 7

712 [1] 399/24
718-434-1976 [1] 385/9
718-613-2379 [1] 330/23
718-613-2644 [1] 330/23
721 [1] 401/10
7685 [4] 418/17 423/17 423/25 424/8
7:00 a.m [1] 429/19

## 8

804625 [1] 368/24
817 [7] 369/4 370/19 420/2 423/18 424/1
424/8 448/5
839 [5] 523/19 523/20 524/8 524/13 525/25
840 [5] 523/19 523/20 524/8 524/13 525/20
841 [4] 523/21 524/8 524/13 525/13
853-7685 [4] 418/17 423/17 423/25 424/8
871-5569 [2] 420/23 423/20

## 9

917 [4] 418/17 423/17 423/25 424/8
9:30 [5] 508/19 529/5 529/7 529/17 529/20

## A

A-B-R-A-R [1] 371/6
A-H-M-E-D [1] 371/7
A-J-M-A-L [1] 435/5
A-L-A-N-A [2] 350/20 351/5
A-M-I-N-A [1] 435/5
a.m [6] 429/19 429/20 529/6 529/7 529/18
529/20
Abbas [5] 335/2 337/14 337/17 339/15
339/19
abbreviation [1] 443/11
Abid [1] 489/18
Abida [2] 463/1 463/2
able [10] 338/25 361/22 376/8 389/6 411/19
495/8 495/22 496/12 498/25 499/4
about [120] 331/23 333/8 333/21 334/11
334/20 334/25 337/16 337/24 339/9 342/6
348/1 348/6 348/17 348/20 348/24 349/20
350/11 371/25 373/11 376/18 378/10 379/1
380/7 384/6 386/18 387/15 388/6 389/10
389/24 390/7 393/1 393/24 394/8 401/25
412/14 412/18 416/5 416/23 417/2 417/11
417/13 418/7 418/21 418/23 420/5 421/5
421/8 422/17 422/24 429/1 432/1 439/20
444/3 445/8 445/21 449/10 449/22 457/10
473/10 474/4 475/23 476/6 476/9 476/19
476/19 476/23 476/25 478/9 479/2 479/11
479/17 479/19 479/22 480/11 480/14 481/1
481/3 481/6 481/15 482/24 483/3 485/2
485/4 486/3 487/19 488/17 489/10 489/15
490/21 491/25 493/17 498/15 499/17 500/6
502/6 502/9 502/11 502/20 502/25 503/4
503/21 504/21 504/25 505/3 505/15 505/22
506/11 506/17 508/14 509/18 509/25 510/3
513/22 516/23 521/20 521/22 522/18 523/8
528/18 529/5
above [2] 345/14 376/2
Abrar [4] 371/3 371/6 443/1 454/19
acceptable [2] 432/13 508/21
access [7] 392/19 392/24 393/1 397/17
397/21 432/10 457/19
accessing [1] 395/5
accidentally [1] 432/16
accompanies [1] 384/7
accompany [2] 379/7 511/11
according [7] 333/19 368/9 377/9 377/16

**A**

according [3] 379/20 399/17 405/1
account [1] 451/3
accounts [2] 451/5 452/11
accurate [3] 344/6 363/11 363/21
accurately [7] 362/22 363/5 363/25 364/3
 372/24 374/25 524/5
act [1] 382/2
actual [17] 347/6 359/23 363/8 363/8 365/25
 368/5 368/21 369/23 375/2 377/4 383/10
 393/14 399/24 419/25 422/8 443/17 521/15
actually [16] 333/25 338/7 353/19 377/11
 382/7 386/3 386/12 386/21 404/14 412/25
 417/19 421/4 425/24 484/19 501/10 529/2
added [1] 432/12
addition [3] 349/23 368/18 389/14
additional [4] 403/24 404/2 462/16 489/15
address [25] 331/16 332/12 332/18 333/16
 341/18 349/15 349/25 356/22 369/10 389/24
 414/18 419/25 420/2 422/9 423/18 423/25
 424/8 427/3 427/8 427/20 427/21 428/16
 428/17 448/4 529/14
addressed [2] 332/13 332/13
addressing [1] 384/25
adjourn [1] 529/4
adjourned [1] 529/19
adjudicate [1] 389/22
adjudicated [8] 352/14 353/1 355/1 357/24
 385/25 386/2 388/22 389/4
adjudication [1] 389/1
administer [1] 434/18
administrative [2] 351/23 360/17
admit [9] 344/10 348/10 397/3 415/24 457/2
 466/20 524/7 526/24 527/3
admitted [10] 344/13 348/13 365/14 387/24
 397/6 416/2 439/14 458/14 466/24 524/11
adult [2] 447/19 447/22
advance [2] 331/22 513/10
Advanced [1] 394/5
advised [2] 379/20 380/1
affirmative [3] 446/5 447/7 464/10
affirmatively [13] 434/3 437/5 448/12
 448/21 452/20 453/1 453/12 460/3 466/8
 468/16 469/8 481/12 490/11
affixed [1] 375/7
affords [1] 362/16
afraid [1] 353/3
after [62] 334/24 334/24 342/14 353/5 400/3
 400/11 448/8 448/13 449/10 449/22 450/19
 460/11 460/14 466/15 473/25 474/6 474/24
 480/11 480/11 481/1 482/22 486/4 496/17
 496/20 498/14 498/22 499/4 502/14 503/5
 503/7 504/9 511/25 512/4 512/14 512/16
 512/22 512/25 513/3 518/21 518/25 519/4
 519/5 519/7 519/9 519/14 519/15 519/20
 519/23 520/1 520/2 520/5 520/11 520/13
 520/15 520/22 521/10 521/12 521/13 521/20
 521/22 528/16 528/21
afternoon [1] 424/18 424/19
Afzal [27] 342/19 342/21 342/23 342/24
 343/9 343/12 344/2 344/7 344/20 345/16
 346/5 347/24 349/11 440/3 440/4 440/12
 440/13 440/25 441/7 444/24 445/11 445/14
 459/18 460/4 483/21 484/3 515/3
Afzal's [9] 440/20 442/9 442/11 442/14
 442/17 445/3 461/19 470/15 488/21
again [36] 334/6 339/25 341/7 356/14 356/25
 358/4 360/19 374/20 396/17 409/8 409/16
 418/24 420/7 424/7 458/21 458/24 463/6
 463/21 465/9 465/11 465/15 465/20 481/20
 488/17 495/1 497/14 504/22 505/17 510/6
 510/10 516/17 520/1 520/3 525/15 527/18

age [8] 339/16 437/25 445/21 446/24 451/12
 529/4
 451/17 454/8 487/8
agencies [3] 336/14 392/22 412/8
agency [25] 351/20 352/4 352/8 353/6
 353/13 353/23 353/25 356/12 356/16 362/8
 363/21 363/22 363/24 364/3 364/6 365/8
 378/17 379/21 380/2 380/22 387/18 389/4
 398/10 445/7 445/8
agent [23] 331/7 332/1 333/18 334/19 335/15
 335/20 335/22 338/4 343/22 344/18 345/8
 346/3 347/18 348/17 349/6 412/11 422/8
 422/9 422/9 422/19 422/25 423/1 423/2
agent's [1] 333/19
agents [11] 332/5 332/6 332/16 333/4 334/20
 338/2 338/5 341/2 343/6 412/18 413/16
ago [2] 346/4 412/14
agree [1] 476/12
agreed [6] 344/21 431/10 431/21 457/9 480/3
 509/14
agreeing [1] 500/20
agrees [1] 343/1
ahead [11] 342/1 359/3 360/17 362/1 366/8
 368/14 382/22 398/12 429/24 486/9 509/21
Ahmed [7] 371/3 371/7 443/1 443/3 454/19
 504/21 504/22
aid [1] 416/8
aided [1] 330/25
air [2] 458/6 469/14
airline [1] 394/6 394/6 401/10
airlines [2] 394/8 399/23
Airport [3] 399/14 399/16 401/23
AJMAL [71] 330/5 367/14 369/7 370/6
 370/15 371/1 372/7 375/6 376/22 376/24
 383/16 393/5 400/19 401/14 402/10 404/25
 405/12 405/22 406/12 406/21 408/3 408/18
 409/1 409/6 409/13 409/20 410/9 430/12
 435/5 435/6 436/7 436/7 436/8 437/4 438/10
 439/18 439/21 441/9 441/15 442/23 443/6
 444/3 455/24 458/2 458/20 459/22 465/1
 466/6 469/13 470/5 471/15 474/23 481/25
 487/7 491/16 492/22 497/14 499/15 501/22
 501/25 505/17 509/25 510/10 517/10 521/25
 523/17 523/19 524/16 526/12 527/6 528/13
Ajmal's [1] 405/1
Akmal [33] 420/22 423/19 424/2 440/3 440/6
 440/11 440/14 441/17 444/13 459/10 467/18
 467/19 468/13 483/20 483/22 494/20 498/18
 499/8 499/10 501/10 503/25 504/1 504/9
 504/20 505/8 515/1 515/13 516/2 517/16
 520/12 522/25 524/24 527/15
Akmal's [2] 440/18 501/19
alacrity [1] 334/9
Alana [2] 350/17 351/4
alien [5] 353/17 354/18 354/21 355/4 365/25
alive [1] 436/18
all [68] 331/2 333/24 334/3 345/4 345/6
 349/4 350/7 350/15 352/20 364/13 367/23
 376/2 377/10 378/14 380/23 381/19 382/9
 384/6 386/7 390/12 391/15 403/10 403/11
 403/13 403/14 404/5 406/21 409/19 414/3
 414/18 416/12 418/16 421/15 426/13 429/1
 429/25 431/3 431/13 431/18 432/24 433/17
 433/22 434/13 439/4 441/7 446/7 446/19
 446/20 449/5 449/6 457/6 459/1 464/8
 465/22 465/25 472/16 480/9 506/15 506/22
 508/3 508/7 508/13 508/18 508/21 510/12
 529/3 529/12 529/17
Allen [1] 409/3
allow [3] 375/15 376/5 376/6
allowed [5] 375/9 375/12 377/19 453/15
 504/15
allowing [1] 374/15

allows [4] 335/11 340/23 343/1 375/2
alone [1] 362/11
along [14] 331/7 334/9 334/20 336/8 338/4
 340/20 343/14 356/11 357/11 358/7 359/4
 378/18 385/21 387/15
already [4] 423/4 472/10 502/7 508/6
also [33] 345/3 349/24 349/25 357/3 361/9
 367/16 384/10 385/6 385/15 388/6 395/1
 396/16 396/22 412/19 431/5 439/10 441/9
 441/25 443/14 450/1 450/13 451/13 451/23
 453/8 460/18 461/7 468/3 469/24 472/3
 478/7 488/17 492/11 492/15
although [3] 379/22 383/12 413/15
always [4] 394/24 416/11 447/24 480/3
am [12] 371/13 374/9 378/25 387/22 392/11
 392/17 403/13 412/2 412/6 500/6 500/7
 505/13
AMANDA [2] 330/14 331/6
AMERICA [2] 330/2 374/5
Americanized [1] 485/9
Amina [21] 367/14 369/7 370/6 370/15 371/1
 372/7 375/6 376/22 376/24 383/16 404/25
 405/1 405/13 405/23 406/12 406/21 430/12
 435/5 441/13 442/23 458/20
Amir [11] 441/21 441/23 461/14 463/19
 463/20 463/22 463/24 480/17 480/19 480/22
 481/1
Amir's [3] 463/16 463/17 480/23
amnesty [2] 340/19 340/20
among [4] 344/4 432/2 457/11 506/17
amount [9] 379/1 379/2 386/23 414/15
 417/18 417/22 421/22 421/24 421/25
amounts [1] 420/7
ample [1] 332/11
and certification [1] 384/10
angry [5] 485/13 513/25 515/10 519/11
 519/12
another [17] 338/4 352/7 355/11 357/18
 367/16 380/19 400/10 413/1 430/13 444/14
 444/15 462/18 495/23 498/25 521/8 525/20
 525/25
answer [8] 340/1 349/1 352/21 352/22 381/3
 434/23 437/9 504/15
answers [2] 359/9 426/13
anticipation [1] 363/12
any [91] 331/16 333/13 338/6 338/15 341/12
 342/10 345/11 345/12 353/21 354/23 356/23
 359/3 360/4 363/21 370/12 372/3 372/16
 374/6 376/3 376/7 376/7 377/19 381/10
 381/14 384/18 385/18 387/10 389/17 390/13
 400/8 402/6 416/7 416/16 428/22 430/20
 432/7 434/1 439/12 445/3 445/12 447/19
 447/22 452/1 452/6 452/10 452/13 457/4
 457/16 462/13 462/16 463/4 463/12 466/22
 471/8 473/12 474/7 474/12 475/20 478/15
 481/2 483/8 484/5 485/2 487/16 488/12
 489/20 490/1 490/8 492/2 496/8 496/24
 501/21 502/14 503/3 503/11 503/21 505/14
 506/25 508/15 508/25 509/14 517/20 518/8
 518/14 520/10 520/22 521/3 524/9
 527/1 529/14
anybody [2] 409/2 503/24
anyone [20] 334/11 410/18 410/19 432/6
 444/1 457/16 467/17 467/25 479/12 480/14
 489/20 502/9 511/3 514/6 514/8 514/25
 515/2 515/4 516/14 517/2
anything [28] 333/22 341/3 366/13 387/7
 411/3 413/24 416/7 430/7 445/14 478/6
 479/22 481/7 481/15 482/5 484/22 485/8
 500/19 503/4 503/8 505/9 505/11 514/1
 514/3 515/8 515/14 516/7 517/2 520/8
anywhere [4] 347/6 375/17 462/13 483/12
apart [3] 511/16 511/17 511/19

# A

**apartment [1]** 447/25
**APIS [3]** 394/4 394/4 394/5
**apologies [2]** 339/24 345/5
**apologize [2]** 331/21 339/22 349/3 349/20 431/11
**APP [1]** 369/23
**appeal [1]** 432/23
**appear [5]** 345/16 345/24 384/1 516/2 516/2
**appearances [2]** 330/11 331/4
**appeared [2]** 388/22 528/7
**appears [6]** 374/16 375/3 381/19 385/12 385/24 421/24
**applicant [8]** 359/23 360/11 376/8 379/14 379/20 380/1 383/1 383/5
**applicants [2]** 379/6 380/11
**application [22]** 358/1 359/4 359/23 359/25 360/1 368/23 369/13 370/13 375/16 375/18 377/5 377/25 378/21 381/18 384/8 384/14 385/3 385/11 386/25 388/17 389/3 389/9
**apply [4]** 340/19 340/20 511/23 511/23
**appreciate [3]** 509/6 509/8 509/15
**appropriate [2]** 475/14 506/12
**approval [1]** 382/14
**approve [1]** 475/16
**approved [18]** 335/23 335/23 358/19 359/25 360/2 360/23 361/6 361/7 361/10 361/13 362/5 362/10 362/13 377/14 381/2 381/22 389/2 389/7
**approximate [4]** 347/5 381/1 483/3 497/10
**approximately [10]** 346/18 454/12 461/24 477/12 482/1 482/23 486/22 491/23 496/11 497/24
**April [3]** 343/10 344/7 392/15
**are [139]** 332/4 339/23 340/16 345/11 349/9 349/11 351/13 352/14 352/15 352/16 353/2 353/2 353/3 354/9 355/7 356/8 357/20 358/24 359/9 359/20 360/7 362/21 363/6 363/7 363/16 363/19 363/24 364/2 364/25 365/23 365/23 366/2 366/4 367/7 367/10 369/22 373/12 373/22 374/21 374/25 375/11 375/12 379/6 380/11 380/17 381/6 381/14 383/4 387/20 389/25 391/2 392/6 394/2 394/24 395/12 395/14 396/23 397/1 397/6 397/15 397/17 397/22 398/1 399/9 407/19 407/21 410/14 412/1 412/15 413/3 413/3 413/5 413/6 413/6 413/9 413/11 413/15 414/3 414/4 414/6 414/8 414/8 415/10 415/11 416/10 416/20 417/1 417/3 417/5 417/7 419/10 420/7 420/14 421/18 429/1 429/6 429/7 429/14 430/1 431/4 431/5 435/6 439/4 440/2 440/10 440/16 441/7 441/15 445/7 445/8 446/14 447/15 450/13 457/10 462/20 462/25 463/19 466/11 469/13 476/15 483/3 487/10 488/2 489/17 506/2 508/3 511/5 511/10 515/21 515/12 517/24 518/17 520/20 524/1 525/15 525/15 525/23 526/7 526/7
**area [2]** 351/20 389/5
**areas [2]** 359/20 413/15
**aren't [3]** 441/17 441/25 502/2
**Arizona [2]** 357/18 358/2
**around [10]** 342/9 364/5 383/12 413/4 454/3 454/5 454/8 482/6 497/25 528/24
**arrangements [1]** 335/1
**arrest [2]** 334/21 334/24
**arrested [1]** 342/15
**arrival [5]** 399/5 399/25 401/21 401/22 491/25
**arrive [2]** 337/22 400/2
**arrived [1]** 339/2
**arriving [1]** 393/25

**as [184]** 332/6 332/6 332/19 333/7 333/9 335/5 335/8 335/14 335/20 335/22 336/14 333/4 338/5 338/14 338/14 338/18 339/5 339/5 339/14 339/19 339/19 340/25 341/1 341/8 341/9 341/9 342/17 343/14 343/23 344/23 345/3 347/19 348/24 349/19 351/22 352/3 352/4 352/10 352/12 352/14 352/15 352/25 353/1 353/5 353/11 353/13 354/7 354/7 354/12 354/25 363/2 363/2 364/8 364/22 365/3 365/5 365/8 365/9 378/16 378/16 378/20 378/20 380/25 381/10 382/5 383/1 383/1 383/5 383/6 383/6 383/15 385/11 385/20 385/24 386/6 386/6 387/20 387/24 388/16 390/1 391/16 391/18 394/22 395/3 395/4 395/10 396/6 396/12 396/18 397/11 398/18 398/22 399/13 399/16 399/19 399/23 399/23 400/6 400/7 400/20 400/24 401/9 401/16 401/18 401/22 403/9 404/10 404/20 405/3 406/25 407/12 407/25 408/6 408/10 410/8 411/11 411/13 412/15 412/25 413/23 414/22 415/12 416/4 416/23 420/4 420/19 421/15 423/17 423/19 423/24 424/2 424/7 424/10 425/7 426/13 427/10 427/20 428/20 429/3 429/11 429/16 429/20 431/12 431/23 431/23 431/25 432/9 432/9 434/17 443/23 445/14 446/12 449/11 449/23 451/20 453/9 453/13 454/19 455/24 457/18 457/18 464/17 464/23 470/21 471/21 471/21 472/11 473/5 473/8 479/8 485/25 488/14 488/15 490/16 490/22 497/15 497/16 498/15 523/17 523/18 525/12 526/10
**Asghar [12]** 337/17 337/18 339/10 339/15 339/16 339/19 464/16 464/17 464/18 464/21 473/5 473/6
**Ashfaq [10]** 488/2 493/24 494/2 494/4 494/6 494/8 494/8 494/12 494/17
**Ashutosh [1]** 330/19
**aside [1]** 429/22
**ask [34]** 333/3 334/10 343/11 352/17 364/11 364/19 369/19 375/14 410/19 411/15 413/17 416/5 416/23 417/13 431/18 432/24 434/18 434/24 439/18 439/19 446/3 458/11 466/2 472/22 478/15 486/3 488/17 489/15 489/16 497/14 499/14 504/21 505/21 510/10
**asked [35]** 344/22 363/13 384/6 384/7 385/3 385/6 385/11 387/14 388/6 389/9 393/4 393/10 393/14 393/20 393/21 395/7 396/24 410/4 410/25 411/1 424/23 425/6 428/3 428/5 434/24 427/20 478/16 478/24 478/25 481/6 485/5 500/6 510/3 516/23 516/25
**asking [5]** 412/10 414/25 425/4 496/8 501/15
**aspect [1]** 429/22
**Assembly [1]** 490/15
**assigned [4]** 351/21 370/1 418/3 418/5
**assignment [1]** 392/16
**assist [2]** 376/9 394/19
**assistance [3]** 339/3 339/5 340/6
**Assistant [1]** 330/16
**assisted [2]** 376/18 376/20
**associated [4]** 419/18 420/22 427/19 510/13
**assume [3]** 382/16 382/17 522/7
**assuming [2]** 380/16 385/19
**asylum [11]** 340/19 340/22 352/9 352/10 352/13 352/14 352/14 352/25 353/1 353/1 353/5
**attempt [2]** 340/21 346/11
**attempted [1]** 341/7
**attempting [1]** 341/2
**attempts [1]** 474/12
**attend [8]** 452/1 452/8 462/4 484/19 518/2 518/9 522/4 522/6
**attended [4]** 460/11 517/12 517/18 523/8
**attending [3]** 448/13 449/7 460/14

**attention [16]** 368/18 369/8 371/24 373/9 374/2 376/21 389/8 404/9 406/24 408/14 408/22 409/10 418/12 420/8 421/20 514/16
**attorney [2]** 330/12 343/14
**attorneys [6]** 330/16 340/18 398/4 398/8 398/9 398/9
**Audio [5]** 527/12 527/17 527/24 528/6 528/12
**August [9]** 401/5 405/3 405/15 405/18 406/2 406/14 408/19 408/20 435/9
**August 24 [4]** 405/15 406/2 406/14 435/9
**August 27 [3]** 405/18 408/19 408/20
**August 6 [1]** 401/5
**aunt [14]** 440/8 441/19 461/15 500/1 501/13 513/20 514/22 514/23 514/23 515/7 516/12 517/16 527/20 527/22
**authenticity [1]** 359/12
**authorities [1]** 341/3
**authorization [5]** 335/13 339/11 339/14 339/18 339/20 340/3
**authorize [2]** 374/6 377/20
**authorized [2]** 345/11 355/4
**available [1]** 361/21
**Avenue [12]** 369/4 370/19 420/2 423/18 424/1 424/8 427/21 428/17 447/10 447/25 448/3 448/5
**average [1]** 493/22
**awaiting [1]** 391/2
**aware [6]** 333/11 377/12 379/3 379/13 380/11 492/1
**away [2]** 339/23 399/9

# B

**B-A-B-A-R [1]** 371/7
**B-H-I-M-B-E-R [1]** 423/11
**Babar [47]** 371/3 371/7 383/19 383/20 443/1 443/3 454/17 454/19 455/1 455/13 476/7 477/6 478/8 478/10 479/15 491/6 500/9 500/11 500/18 500/21 501/1 501/16 505/1 505/5 505/16 512/5 512/8 512/15 512/22 513/1 513/6 514/5 514/10 515/10 515/15 516/9 516/13 516/16 516/17 516/22 516/23 516/25 519/10 525/1 525/19 526/6 516/25 528/3
**Babar's [12]** 477/2 477/4 477/23 477/25 491/3 491/8 504/23 512/6 517/13 517/18 521/15 528/3
**back [45]** 333/3 352/21 359/23 366/1 367/24 368/16 368/19 369/18 373/4 376/21 379/23 389/8 403/25 410/18 410/20 423/14 423/16 423/23 427/24 427/25 433/1 444/18 447/15 459/11 460/15 460/18 469/22 473/25 477/24 480/18 483/18 484/24 485/6 491/5 495/4 498/23 502/5 502/5 505/21 506/20 508/23 520/13 521/8 521/11 521/12
**background [6]** 384/1 432/15 432/18 432/22 457/18 476/15
**backyard [4]** 432/8 432/16 432/17 432/22
**backyard/background [1]** 432/22
**bank [1]** 379/17
**barcode [3]** 369/23 370/1 385/20
**barely [1]** 349/21
**based [19]** 332/1 341/21 376/2 378/23 380/6 380/21 380/25 381/4 382/9 383/14 383/22 383/25 384/21 385/18 385/22 385/24 395/1 414/5 423/15
**basic [1]** 340/22
**basically [2]** 353/21 389/1
**basis [2]** 376/13 377/25
**be [144]** 331/9 331/12 331/15 332/23 333/24 334/7 335/13 336/21 336/22 337/2 337/6 337/9 337/10 338/7 343/18 350/24 354/21 355/9 355/17 355/21 356/20 356/21 356/25 357/11 357/11 357/17 357/23 358/19 359/25

**B**

be... [115] 360/2 360/12 360/22 361/6 361/7
361/8 361/8 361/9 361/15 361/17 361/22
361/23 363/3 364/11 366/19 366/20 367/21
369/5 370/20 370/24 372/23 373/1 374/23
376/8 376/11 376/12 376/13 376/14 376/15
376/23 377/1 377/2 377/4 377/14 377/22
379/14 380/13 380/18 381/1 381/4 381/7
381/19 381/22 381/25 382/9 383/1 384/16
386/8 389/6 389/14 391/1 391/10 397/19
403/17 411/19 412/24 415/17 416/11 418/20
419/9 421/2 422/2 422/20 422/21 423/22
425/14 426/16 426/25 427/3 427/6 427/8
427/10 427/14 428/6 429/11 429/16 429/19
431/3 431/24 432/1 433/4 433/10 434/8
434/11 434/16 434/16 434/24 443/20 443/23
453/14 454/9 454/11 457/9 457/10 460/7
461/10 478/9 482/10 502/2 504/5 504/7
506/14 508/9 508/11 508/11 510/24 511/23
513/13 513/24 516/2 516/3 518/20 520/23
521/4 529/2
bear [1] 344/4
because [17] 357/8 362/25 367/21 370/24
374/14 374/20 376/5 377/9 382/6 416/11
416/24 463/24 476/14 480/23 504/13 519/22
521/3
become [6] 353/6 353/13 355/7 453/17
475/23 510/7
becomes [2] 361/21 506/7
becoming [1] 352/6
bedside [2] 492/13 492/16
been [51] 334/6 337/15 341/2 341/3 341/15
342/10 343/22 346/15 348/1 353/8 358/4
358/21 362/5 364/22 369/5 372/2 385/12
387/23 387/25 388/16 388/22 389/2 389/7
391/16 392/13 392/15 393/1 393/3 395/10
396/5 396/11 396/17 411/11 412/12 414/22
424/23 425/6 437/1 437/14 438/8 455/23
464/23 482/25 496/16 496/20 498/20 513/14
522/9 523/16 525/12 526/10
before [30] 330/9 331/16 332/20 345/8 348/3
363/9 381/1 385/22 388/1 388/18 397/14
403/22 410/14 415/6 424/20 425/15 444/11
456/21 458/5 458/20 471/2 503/5 503/9
508/4 508/25 513/17 514/16 520/10 520/12
522/17
beg [1] 407/15
began [2] 410/3 410/8
begin [3] 335/1 370/4 378/16
beginning [6] 353/21 381/5 410/15 423/14
451/12 451/17
begins [1] 355/22
behalf [6] 354/15 354/16 355/4 355/14 357/6
371/2
behind [1] 434/11
being [13] 336/2 345/13 345/15 347/18 352/4
355/1 374/22 391/17 392/19 411/12 432/7
457/17 479/20
believe [12] 339/9 339/16 343/10 345/1 366/7
384/15 400/12 425/25 432/14 468/15 504/1
510/3
believed [1] 360/4
belonging [1] 342/18
belongings [1] 343/2
beneficiary [14] 355/2 355/16 355/20 360/7
361/15 362/4 367/17 370/25 372/7 383/2
383/6 388/8 388/15 388/18
benefit [20] 335/9 335/10 335/11 335/15
336/2 336/7 336/15 336/19 337/11 337/15
337/19 340/11 353/18 353/19 363/2 363/3
374/9 374/22 374/23 384/23
besides [6] 445/14 447/19 501/12 511/10

518/8 523/1
best [4] 426/12 466/7 505/18 509/8
better [1] 375/15
between [14] 372/6 384/10 395/8 428/2
439/6 440/13 440/13 440/24 442/4 442/20
472/24 474/10 474/11 486/21
Bhimber [4] 423/3 423/7 423/11 424/11
big [3] 346/16 486/8 509/6
bigger [2] 346/14 346/16
bill [3] 479/3 479/4 480/12
binder [4] 346/14 346/15 346/16 346/17
biographic [1] 394/20
biographical [4] 356/11 366/6 367/16 389/24
birth [44] 357/2 357/3 357/7 368/17 371/18
372/5 389/25 394/21 398/20 398/22 398/24
401/1 401/2 401/15 401/16 402/11 402/12
402/20 402/21 403/5 403/6 403/12 404/6
405/1 405/3 405/14 405/15 405/25 406/13
406/22 407/5 407/8 407/9 407/19 407/22
407/23 408/5 408/6 408/18 409/6 409/14
409/20 435/8 436/4
Bishop [2] 448/25 449/1
bit [13] 367/4 371/14 383/12 398/14 417/2
419/4 437/8 456/18 466/6 469/22 504/21
505/18 505/21
bite [1] 411/18
black [1] 397/15
blank [2] 359/21 419/9
blankets [3] 493/1 493/2 493/15
blinked [1] 465/11
blue [2] 442/3 442/25
board [1] 460/18
book [2] 349/15 349/25
border [7] 391/13 392/7 392/13 394/12
394/13 401/4 401/5
born [5] 359/5 355/11 435/12 435/12 435/14
both [15] 336/13 355/20 372/13 372/19
383/25 384/17 389/15 413/6 432/13 433/1
466/12 476/15 508/4 510/24 511/1
bottom [5] 349/7 363/9 370/8 395/14 525/2
box [12] 368/24 369/1 371/24 384/11 440/8
441/19 493/7 493/8 493/17 493/17 493/18
493/19
box-like [1] 493/7
boxes [2] 397/16 440/10
break [10] 360/25 379/25 390/7 430/14
433/25 477/6 477/8 477/20 477/21 507/4
breaking [1] 549/2
bride [3] 511/2 519/2 525/6
brief [2] 363/10 506/13
briefly [1] 387/11
bring [17] 331/17 333/25 334/1 335/1 335/12
336/6 391/5 403/20 433/1 433/13 433/19
433/22 434/9 465/25 508/4 509/1 509/12
bringing [1] 332/10
Broadway [1] 330/17
broke [2] 331/19 509/25
Brooklyn [30] 330/5 330/14 330/22 369/4
370/19 385/16 420/2 423/18 424/1 424/9
427/21 429/10 447/10 448/5 448/16 448/22
449/10 449/11 449/15 450/17 450/22 451/11
451/13 451/23 460/15 462/4 474/1 474/6
483/9 483/13
brother [16] 359/2 436/3 443/4 458/22
467/16 468/1 468/4 468/8 468/15 468/17
491/11 491/12 514/7 523/5
brother's [1] 457/1
brother-in-law [3] 468/1 468/15 468/17
brothers [3] 436/6 439/25 440/2
building [3] 486/17 486/17 486/18
bulk [2] 493/1 493/2
bulky [1] 346/19
business [8] 363/18 363/20 363/24 365/9

394/16 413/9 415/20 422/21

C-A-R-A-C-H-I [1] 423/10
C-E-L-L [2] 345/3 345/4
C-E-L-L-E-B-R-I-T-E [1] 345/5
C-H [1] 443/11
C-H-A [2] 443/8 443/8
C-H-O-P-R-A [2] 391/14 391/24
Cadman [3] 330/5 330/13 330/22
California [1] 429/19
call [22] 346/10 350/15 357/18 361/22
391/11 411/6 418/2 430/11 431/4 489/20
492/24 494/12 502/17 502/22 503/21 504/16
514/6 514/8 514/10 515/21 519/20 519/21
called [27] 346/6 350/1 350/1 354/18 356/8
384/11 391/6 391/16 411/11 413/8 426/22
433/12 464/9 499/18 499/19 502/20 502/24
506/4 510/3 510/16 510/17 513/22 514/5
514/7 514/9 515/19 515/20
calling [5] 479/3 479/4 479/8 520/1 520/2
calls [6] 349/19 349/21 350/16 391/12 411/7
430/12
calm [3] 478/3 478/4 479/10
calmed [1] 392/8
came [20] 339/4 435/20 435/22 436/17
436/24 447/8 449/17 449/17 449/20 449/22
481/6 485/5 499/12 501/7 501/9 505/5
515/10 516/22 522/6 528/13
can [143] 333/5 333/8 333/15 333/16 333/25
334/8 336/21 336/22 337/2 340/1 340/14
340/19 340/20 340/24 345/9 345/19 346/9
346/11 349/21 350/8 351/17 353/20 354/10
354/15 354/16 355/7 355/20 357/15 357/17
358/18 360/6 365/22 367/2 367/4 368/4 368/19
371/4 373/1 373/10 373/14 374/3 375/14
375/22 379/7 379/14 379/17 380/6 380/21
381/7 381/7 381/9 381/10 389/3 394/25
395/1 395/13 397/12 397/21 400/16 403/21
403/25 403/25 403/25 412/9 412/18 412/22
418/12 419/4 419/21 419/23 420/16 421/11
421/12 421/20 422/1 422/5 422/6 422/17
422/21 423/14 425/19 426/25 429/1 434/6
434/9 434/19 436/6 437/13 443/8 443/14
443/20 443/22 444/4 446/8 449/3 451/15
455/25 456/2 456/10 458/15 458/21 459/19
459/22 463/6 465/13 466/2 468/6 468/7
468/7 468/11 469/4 471/16 472/14 472/18
477/15 478/11 479/2 480/6 481/20 483/18
485/4 486/6 495/5 495/12 497/10 499/17
500/24 502/25 505/3 506/18 508/4 508/10
508/16 509/8 510/6 510/11 510/19 511/23
511/23 513/21 524/16 525/10 525/13 527/25
can't [1] 379/10
canceled [1] 379/23
cannot [2] 381/13 428/18
capture [3] 349/13 349/24 349/25
capturing [1] 349/23
Carachi [2] 423/2 423/10
card [4] 395/1 395/2 395/3 395/4
Carolina [2] 414/4 414/11
carrier [4] 399/21 399/22 401/8 401/9
cars [2] 345/4 445/8
case [23] 333/3 333/13 334/11 356/25 360/10
360/12 370/20 381/9 383/9 386/14 390/7
394/19 395/7 396/25 410/4 419/11 420/2
420/6 422/14 422/25 506/17 509/14 529/5
cases [7] 340/24 352/14 386/23 394/12
394/21 413/22 419/8
cash [3] 379/10 413/2 430/1
CAUSE [1] 330/8
caused [1] 501/25

**C**

chip [13] 392/8 392/10 392/11 392/15
392/16 392/17 392/20 392/21 393/4 394/16
398/1 398/8 401/25
CCR [1] 330/21
CD [4] 415/5 415/6 415/10 526/22
CDs [3] 466/9 466/13 527/7
celebration [29] 458/9 459/23 461/11 462/5
462/7 463/25 464/9 464/11 469/16 469/24
470/22 470/24 480/23 511/13 511/15 511/20
519/4 519/5 521/15 521/16 522/2 522/4
522/6 523/2 523/6 523/12 528/17 528/19
528/22
celebrations [8] 432/4 457/13 462/10 462/13
463/14 484/19 484/22 511/10
cell [26] 344/20 349/14 451/7 452/14 453/14
487/14 487/17 487/19 495/11 496/1 496/3
496/4 496/12 496/19 496/24 497/1 497/9
497/21 497/7 502/6 502/7 502/12 502/12
502/15 503/5 522/25
Cellebrite [13] 344/23 345/8 346/6 346/7
346/8 346/13 346/14 347/4 347/9 347/10
347/25 349/13 349/23
cellular [14] 342/18 343/9 344/23 346/5
346/9 346/11 346/24 347/1 347/3 347/6
347/8 347/11 347/24 348/22
center [12] 357/21 357/23 358/5 358/13
358/15 358/16 358/23 367/6 370/3 386/12
386/19 387/2
centers [1] 386/20
ceremonies [6] 505/22 505/24 506/2 506/4
510/1 511/11
ceremony [5] 510/3 510/8 514/17 518/13
518/20
certain [16] 347/1 359/24 393/4 394/11
394/21 413/13 425/10 432/2 432/3 432/9
438/8 457/11 457/12 457/19 458/12 510/13
certainly [2] 361/8 508/10
certificate [14] 357/2 357/3 357/7 357/7
366/11 367/11 367/13 368/3 368/5 368/9
368/17 370/14 372/5 372/18
certification [9] 373/13 374/3 374/16 375/5
377/6 377/9 377/16 377/22 384/10
certified [1] 379/17
certify [1] 374/4
certifying [1] 377/10
cetera [2] 356/22 389/25
cha [10] 443/8 443/8 443/16 443/16 443/23
443/23 444/1 444/1 490/16 490/16
Cha-Cha [5] 443/8 443/16 443/23 444/1
490/16
chance [1] 364/21
change [3] 504/10 519/23 520/10
changed [2] 446/23 519/19
channel [2] 352/17 409/3
charge [2] 335/22 382/6
Charlie [1] 345/1
Charlotte [1] 414/4
chart [8] 438/11 438/25 439/6 439/18 441/17
442/1 455/7 472/22
check [7] 379/14 379/15 379/17 379/17
379/22 379/23 380/12
Chicago [4] 357/19 358/2 368/24 386/14
chief [3] 398/2 398/4 398/7
child [9] 354/16 356/6 356/7 357/2 359/1
445/18 445/21 445/22 446/12
children [7] 384/25 441/7 441/15 441/17
441/25 445/3 484/11
Chiryawala [17] 435/15 443/14 449/12
449/15 459/24 461/21 462/18 483/16 486/19
489/11 490/1 499/10 504/10 517/9 517/11
518/22 522/3

choose [4] 337/12 340/12 340/14 340/14
Chopra [11] 391/13 391/16 391/23 395/17
397/14 398/16 403/10 404/4 404/22 406/20
407/18
chores [1] 502/2
CHOUDHRY [44] 330/5 331/3 331/10
331/13 338/19 342/19 342/23 342/24 343/9
343/12 344/2 344/7 349/11 393/6 398/19
398/21 399/4 400/19 400/23 400/24 401/14
402/10 402/19 403/4 403/12 403/13 404/6
407/3 407/6 410/9 423/17 423/25 424/7
424/10 425/8 425/21 426/19 428/11 428/20
428/23 429/4 436/7 436/9 443/13
Choudhry's [6] 342/21 344/20 345/16 346/5
347/24 391/2
circling [2] 345/21 398/18
circumstances [2] 337/2 477/15
CIS [2] 381/11 385/19
citizen [8] 354/11 355/3 355/8 357/4 357/5
370/10 371/9 453/17
citizens [1] 460/22
citizenship [9] 351/15 351/17 353/12 355/12
363/17 370/7 370/13 372/4 374/7
city [6] 399/14 422/9 422/25 423/1 429/20
449/15
claim [3] 340/24 432/5 457/14
claimed [1] 373/20
claims [1] 353/1
clarification [1] 331/20
classes [1] 483/12
clear [5] 331/21 332/2 332/8 401/24 421/2
clearer [1] 367/3
clearly [5] 350/25 367/3 456/19 491/18
497/15 499/14 522/1
clerk [3] 431/14 431/18 432/19
clerks [1] 333/9
clip [3] 368/19 458/22 458/23
clips [2] 431/7 466/17
close [10] 332/10 404/4 452/18 452/19
473/22 473/22 473/23 473/24 508/11 511/16
closer [3] 373/4 466/7 471/16
closest [1] 360/11
closet [1] 497/2
clothing [5] 437/14 445/19 445/24 449/24
450/6
clown [1] 333/10
co [1] 350/5
co-counsel [1] 350/5
cocked [1] 467/22
code [1] 421/19
coed [2] 446/19 449/5
cold [2] 528/8 528/10
colleague [1] 458/11
colleagues [2] 416/24 467/2
collected [3] 347/25 357/21 394/16
collection [1] 365/5
college [10] 450/19 450/21 450/22 450/24
451/1 451/3 451/13 451/17 452/8 483/13
column [28] 416/12 417/10 417/14 417/16
417/17 417/23 418/1 418/2 418/7 418/8
418/12 418/13 418/21 418/22 418/23 418/24
419/19 420/8 420/9 420/16 421/5 421/6
421/13 421/20 422/17 422/24 422/25 428/11
columns [8] 416/23 417/1 417/7 417/13
419/5 419/21 420/5 422/6
come [23] 334/8 338/1 374/15 435/22 435/25
436/24 454/1 456/7 459/11 460/25 475/2
480/14 495/22 497/21 504/25 508/23 512/15
516/14 519/19 521/8 523/2
comes [3] 340/20 434/6 527/9
coming [6] 331/13 441/9 451/20 465/3 465/7
481/17
common [2] 388/4 392/21

commonly [3] 395/4 399/16 399/23
communicate [7] 451/9 474/25 475/4 475/8
475/12 475/18 495/22
communicated [1] 475/2
communicating [4] 475/17 475/20 475/21
476/5
communication [1] 481/2
communications [2] 393/22 481/3
compare [1] 480/5
compared [2] 382/5 449/11
complaints [1] 503/3
complete [7] 335/20 343/12 347/9 362/22
363/4 375/10 450/17
completed [5] 337/7 339/13 357/14 370/16
374/25
completely [1] 426/7
completing [3] 375/18 376/9 376/19
complies [12] 343/20 345/20 346/2 347/16
364/15 367/5 438/14 466/3 467/3 468/9
468/14 483/20
compound [2] 360/24 360/25
computer [8] 330/25 416/25 467/7 495/12
495/17 523/18 523/19 527/10
computer-aided [1] 330/25
concealing [1] 389/16
concentrate [1] 479/16
concern [3] 338/9 501/24 505/14
concerned [1] 378/17
conclusion [1] 340/7
conclusive [1] 360/21
conclusively [1] 360/4
concurrence [1] 335/25
concurs [1] 335/23
conduct [8] 342/18 343/8 351/23 360/17
410/20 412/20 424/24 428/3
conducted [2] 348/21 427/15
conducting [3] 343/11 425/20 426/17
conducts [1] 427/11
confer [2] 350/8 431/6
conference [1] 433/8
Confers [2] 350/5 350/12
confirm [1] 472/23
confirmation [1] 358/21
confirmed [1] 394/12
confront [1] 498/5
confrontation [3] 479/2 502/5 503/25
confronted [7] 479/1 480/11 481/1 498/11
499/13 499/16 504/25
confused [1] 366/14
confusion [1] 331/22
Congress [1] 394/7
connect [1] 346/24
connected [1] 442/25
connection [9] 338/19 344/19 378/11 378/21
378/25 382/25 393/4 396/23 424/25
connects [1] 346/25
consent [10] 342/18 342/25 343/1 343/8
343/11 343/13 344/2 344/7 344/19 346/5
consider [2] 333/10 377/4
consideration [1] 376/24
considered [8] 336/2 354/2 374/10 374/17
376/15 377/22 389/21 390/1
consistent [1] 472/23
consular [6] 361/22 381/22 381/24 381/25
382/5 382/10
consulate [2] 382/2 382/14
contact [1] 480/12
contacted [1] 338/13
contacts [2] 349/8 349/11
contained [6] 346/11 347/11 377/23 393/23
394/3 410/13
contains [5] 347/12 384/14 385/3 393/24
458/2

# C

content [3] 349/12 359/6 364/21
contents [6] 344/22 346/8 364/25 365/22 415/8 415/10
context [4] 343/5 354/21 432/9 457/18
continue [16] 334/15 342/14 352/21 390/8 404/1 423/13 426/12 437/23 449/22 449/23 457/25 459/19 468/20 480/12 518/21 518/24
CONTINUED [5] 334/17 390/18 430/25 507/7 509/23
contract [1] 384/18
control [2] 414/16 418/2
conversation [14] 332/12 332/17 333/1 333/5 333/21 477/16 478/25 479/14 482/2 482/22 485/4 485/12 502/25 503/15
conversations [3] 485/2 502/14 520/19
conversely [1] 333/2
converted [3] 414/11 418/24 429/7
cooking [2] 445/9 445/10
copies [3] 366/7 404/12 508/7
copy [12] 332/6 344/6 357/12 372/19 379/21 380/2 388/1 403/21 403/24 404/2 426/8 472/12
cord [2] 347/1 347/1
corner [3] 369/9 524/19 524/22
correct [68] 337/25 343/7 345/23 348/2 348/25 350/2 353/10 353/25 355/23 359/17 361/11 361/25 362/7 372/20 372/25 374/6 378/22 378/23 379/12 379/16 379/19 380/20 382/3 383/21 383/24 384/2 384/9 384/12 384/20 385/14 385/17 388/11 388/24 389/18 392/1 392/9 394/10 394/14 398/11 399/1 407/24 408/21 409/9 409/18 410/7 410/10 410/11 410/17 420/24 423/6 423/22 424/13 424/22 425/12 425/17 426/19 426/24 427/4 427/5 428/4 428/13 428/17 429/2 429/4 429/13 430/1 433/11 446/4
corresponds [1] 349/14
could [50] 332/23 337/6 338/14 340/16 340/18 340/20 341/8 343/17 346/6 347/13 364/11 364/18 365/21 371/14 376/14 379/25 397/15 422/21 427/3 427/6 427/8 427/10 433/13 438/10 458/13 458/16 459/3 465/1 466/6 467/6 467/7 467/10 468/12 468/22 469/18 469/21 470/8 474/22 497/14 505/17 520/23 521/25 523/17 523/19 526/13 527/10 527/13 527/18 527/25 528/7
couldn't [1] 515/25
counsel [29] 331/4 331/23 332/4 332/14 334/15 349/1 350/5 351/7 366/21 387/14 388/6 389/9 389/13 391/22 398/2 398/4 398/7 399/9 411/19 411/22 416/16 431/23 434/24 434/25 457/22 458/15 508/3 508/4 508/21
countries [1] 402/1
country [14] 338/25 352/15 353/3 355/11 382/1 382/14 420/3 421/13 421/19 423/4 444/14 444/15 444/16 521/9
couple [13] 346/19 378/10 496/16 496/20 498/21 499/6 502/1 513/14 519/15 520/1 520/2 520/18 522/20
course [10] 350/4 363/17 363/20 365/9 392/20 394/16 403/16 413/9 425/12 506/10
court [31] 330/1 330/21 330/21 331/1 331/22 332/2 332/4 349/2 350/25 371/4 391/21 426/14 431/1 432/12 433/4 433/4 433/6 433/7 433/10 434/1 437/10 459/2 459/20 460/9 467/9 468/21 469/11 469/20 470/7 470/19 508/1
Court's [1] 404/11
courthouse [2] 330/4 429/10

courtroom [10] 333/9 390/12 391/4 430/19 431/2 508/2 509/16 529/8 529/11 529/13
cousin [6] 454/17 454/21 474/14 480/17 488/24 495/18
cousin's [1] 481/17
cousins [7] 442/22 455/16 487/3 487/4 514/22 515/1 526/8
cover [2] 446/12 446/14
covered [1] 367/7
covering [1] 367/16
CR [2] 330/3 331/3
crazy [1] 349/2
created [1] 414/8
credible [1] 340/25
criminal [3] 330/8 337/7 373/21
cross [5] 332/13 378/6 387/14 409/25 424/16
cross-examination [4] 378/6 387/14 409/25 424/16
crossing [3] 394/13 401/4 401/5
culture [2] 485/10 505/12
currency [7] 379/11 379/11 420/6 423/19 424/2 424/9 430/3
current [2] 392/16 412/12
currently [6] 351/13 351/14 360/13 381/10 412/1 443/1
Customs [4] 391/12 392/7 392/13 394/12

# D

D-E-E-P [2] 391/13 391/23 391/25 392/1
D.C [1] 335/24
dad [1] 503/1
dancing [5] 460/7 467/12 467/19 468/3 468/4
data [16] 347/3 347/5 347/10 347/25 348/24
database [16] 393/8 394/15 394/19 410/5 410/10 410/15 414/6 414/8 425/7 425/17 425/20 426/21 426/23 427/15 427/25 428/19
databases [7] 346/3 392/21 392/24 393/2 393/4 393/20 424/24
date [82] 342/10 343/8 348/21 369/9 369/13 369/25 375/7 385/6 385/11 389/24 389/25 394/21 398/20 398/22 398/24 399/17 399/19 399/19 401/1 401/2 401/4 401/5 401/15 401/16 401/17 401/18 402/11 402/12 402/13 402/14 402/20 402/21 402/24 402/25 403/5 403/6 403/7 403/9 403/12 404/6 405/1 405/3 405/8 405/9 405/14 405/15 405/16 405/17 405/25 406/3 406/4 406/13 406/15 406/16 406/22 407/5 407/8 407/9 407/10 407/12 407/22 407/22 408/5 408/6 408/8 408/10 408/18 408/20 409/6 409/7 409/8 409/14 409/15 409/17 409/20 410/10 410/15 418/22 421/6 435/8 483/3 491/23
dates [1] 407/19
daughter [6] 442/9 442/11 442/17 481/24 487/6 488/21
day [15] 331/2 384/4 388/7 423/21 455/20 462/7 492/23 493/6 494/6 494/9 505/24 506/1 511/18 517/6 528/19
days [9] 424/3 424/11 462/8 462/9 505/25 513/12 513/17 513/24 519/15
December [13] 369/12 369/21 369/25 375/8 385/13 385/21 386/25 402/14 482/11 482/25 483/2 492/1 522/13
December 15 [1] 402/14
December 1st [1] 375/8
December 2009 [4] 482/11 482/25 483/2 492/1
December 6th [4] 369/21 369/25 385/21 386/25
decide [1] 476/18
decided [1] 476/21
decision [1] 381/7
declaration [1] 375/25

declare [1] 376/1
deem [2] 340/18 343/2
Deep [3] 391/13 391/16 391/23
defendant [14] 330/6 330/17 334/21 342/14 342/14 342/22 391/4 391/7 393/5 393/11 431/2 437/21 437/23 508/2
defendant's [2] 334/24 342/23
defense [6] 331/23 332/4 332/14 388/6 389/9 389/13
definitely [1] 382/12
demeanor [4] 479/9 485/11 498/12 501/13
demonstrating [2] 432/8 457/17
denied [2] 389/2 389/7
denomination [1] 417/20
denoted [1] 417/8
deny [3] 376/13 377/25 465/15
department [10] 338/5 341/20 351/14 351/25 352/7 362/9 380/12 382/6 382/7 388/14
departure [3] 399/5 399/11 399/13
depend [3] 356/2 360/6 386/22
depending [3] 356/25 357/19 357/22
depends [5] 347/5 347/8 381/9 386/21 386/23
depict [1] 524/5
depicted [2] 432/6 457/15
depicts [2] 432/2 457/11
deposited [1] 358/7
deposition [1] 333/12
deputy [1] 333/10
derived [1] 415/15
describe [19] 357/15 412/9 412/22 419/23 422/6 446/8 452/17 453/5 471/10 473/23 477/15 486/6 497/18 498/11 500/24 510/6 524/17 525/10 525/13
described [13] 352/4 368/25 378/11 380/16 380/24 381/17 408/2 449/24 451/20 470/21 485/25 518/8 518/12
describing [1] 386/17
desire [1] 345/13
desires [1] 506/10
destination [4] 400/4 400/6 401/25 402/6
detailed [1] 356/18
details [3] 348/20 397/14 426/4
Detection [1] 351/16
Detention [1] 351/22
determination [2] 359/5 369/22
determine [4] 338/6 358/17 374/8 376/6
determined [1] 386/7
determining [1] 389/22
develop [1] 471/8
developed [1] 471/10
device [12] 346/6 346/6 346/7 346/8 346/13 346/14 346/20 347/4 347/9 347/25 349/13 349/23
dial [1] 515/24
dialing [1] 516/1
Diane [1] 352/18
did [285]
didn't [10] 433/7 434/11 468/6 478/7 481/6 503/24 505/4 515/25 518/13 519/13
die [1] 436/20
different [10] 355/7 357/17 407/20 407/21 417/10 447/4 449/8 449/11 449/13 449/14
difficulties [1] 341/12
direct [10] 332/13 334/17 351/9 392/3 406/24 411/24 426/21 435/2 509/23 514/16
directed [1] 379/6
directing [7] 369/8 371/24 374/2 389/8 418/12 420/8 421/20
direction [1] 440/25
directly [3] 391/20 391/20 411/15
director [3] 412/6 412/14 412/15

# D

disappearing [1] 465/24
disc [2] 458/2 465/25
discharging [2] 432/3 457/12
discovered [7] 497/22 498/1 498/17 499/4
502/12 502/15 503/6
discrepancy [1] 376/7
discuss [2] 333/14 508/25
Discussion [1] 334/2
displayed [1] 366/18
distance [1] 471/5
distant [3] 463/13 476/14 476/16
distribute [1] 358/5
district [5] 330/1 330/1 330/10 330/13
360/11
division [1] 412/6
do [189] 331/16 334/21 334/23 335/4 335/7
335/14 336/1 336/25 337/9 338/10 338/17
339/10 341/18 343/23 343/25 347/19 347/21
349/13 351/21 351/21 351/25 352/3 353/20
355/15 367/15 368/2 368/8 369/16 373/24
380/15 382/5 382/7 382/17 384/4 385/21
386/1 386/25 387/5 389/10 390/7 390/12
392/24 392/25 395/17 395/18 395/21 395/22
396/7 396/8 396/13 396/14 396/19 396/20
399/6 403/11 403/22 403/23 404/5 404/7
412/3 412/5 412/21 413/12 413/19 415/2
415/4 416/15 417/7 419/4 419/13 419/15
420/16 423/1 426/2 426/4 426/6 426/8
426/12 426/13 426/17 428/21 428/22 429/10
430/20 433/15 433/17 434/2 436/2 436/4
437/4 437/9 439/2 439/21 440/12 440/25
441/5 441/10 441/13 441/19 442/4 442/23
443/6 444/1 445/5 446/14 448/6 453/19
454/25 455/25 456/19 456/25 459/6 459/25
460/21 461/24 464/13 464/15 465/22 465/19
465/23 466/9 467/13 467/17 467/25 468/25
469/2 469/14 470/2 472/3 472/13 472/14
474/14 477/5 477/12 478/23 482/1 484/17
487/23 489/18 489/22 490/8 490/16 490/21
491/23 492/15 493/5 493/18 496/11 497/24
502/11 502/20 503/4 503/13 505/24 506/16
506/25 508/8 508/25 509/7 510/1 511/7
511/13 511/22 512/24 513/8 514/1 514/3
514/17 514/19 514/21 515/20 517/14 517/18
518/4 520/7 520/25 521/14 522/21 522/24
523/22 523/24 524/5 526/14 526/20 527/13
527/18 528/24 529/4 529/13
DOB [1] 398/25
Docket [1] 331/3
document [29] 343/16 343/16 343/24 344/4
345/17 345/24 347/20 348/3 348/6 354/3
356/14 364/10 367/21 370/5 372/23 374/16
375/3 376/1 377/13 389/10 389/17 394/22
396/7 396/13 396/19 399/18 408/2 412/10
427/20
documentation [12]  356/24 357/15 358/4
359/3 359/13 360/5 370/12 372/3 372/16
375/1 378/18 381/19
documenting [1] 380/9
documents [10] 365/3 365/5 373/21 378/17
380/17 381/6 394/24 395/17 397/22 416/8
does [108] 336/16 336/18 336/23 339/10
341/20 344/4 344/5 345/16 345/18 345/24
345/25 346/7 346/13 346/24 347/3 347/9
349/6 349/13 349/23 349/25 351/18 353/18
353/19 353/20 354/21 355/13 355/16 358/20
359/5 359/12 361/19 362/13 366/20 368/23
369/3 369/5 369/9 370/4 370/7 370/15
370/25 371/9 371/10 371/11 371/25 372/6
372/9 372/11 372/12 373/1 375/7 375/17
375/20 376/4 384/21 385/7 385/8 386/22

documentation [12]  388/25 392/16 393/8 393/12 394/6 399/2
400/4 408/17 401/12 402/7 405/5 405/21
408/16 408/24 409/12 412/20 415/22 414/7
415/17 415/19 417/10 417/12 417/17 417/19
417/22 418/1 420/18 422/17 429/18 430/16
436/9 439/25 440/8 441/17 441/25 442/6
443/11 455/20 456/23 462/23 486/12 489/20
490/1 490/9 490/10 490/12 490/14 508/13
511/3 519/2
doesn't [4] 401/25 416/25 479/16 479/17
doing [13] 331/23 341/3 341/9 353/8 367/1
380/24 381/17 420/14 455/3 484/17 500/6
502/2 505/13
dollar [3] 333/12 414/15 420/7
dollars [7] 389/15 417/18 417/20 417/24
420/7 420/7 421/22
domestically [1] 338/4
don't [54] 333/5 337/10 349/1 360/25 366/23
367/1 369/14 375/13 381/3 382/17 382/19
382/20 384/3 386/21 396/2 416/11 425/3
425/24 426/6 426/10 427/22 430/14 431/13
432/25 434/7 456/1 460/24 465/21 478/8
479/15 490/7 494/10 495/3 495/13 502/13
503/3 503/18 503/24 505/12 505/16 506/21
506/22 508/15 509/11 512/19 514/11 514/14
515/11 515/15 516/9 517/3 518/19 525/9
528/25
done [5] 332/23 364/5 398/1 430/1 465/22
door [2] 434/8
down [21] 334/10 350/14 352/19 366/12
377/11 379/25 383/14 390/5 390/15 391/19
409/2 411/5 411/14 430/9 440/25 442/23
471/5 488/18 517/24 525/6 529/10
download [4] 344/22 346/9 347/3 347/9
downloaded [1] 349/12
downloading [1] 348/24
downloads [2] 348/8 346/8
draw [2] 368/18 373/9
drawing [1] 376/21
Drew [1] 465/21
drifting [1] 339/23
drink [1] 434/1
drive [3] 349/2 448/7 448/9
driver's [3] 419/16 419/19 419/20
Dubai [4] 401/22 484/16 484/17 495/21
due [1] 339/16
duly [2] 391/17 411/12
during [29] 382/8 425/22 432/4 444/13
451/11 451/13 451/18 453/5 457/13 470/24
476/5 484/21 485/11 491/20 492/23 493/5
494/6 494/9 495/19 497/17 501/14 503/15
503/25 512/3 519/17 522/14 522/22 525/8
525/10
duties [3] 352/3 352/12 412/15
duty [2] 363/4 364/2
DXD [1] 401/22

# E

each [8] 410/13 417/10 418/3 419/10 422/14
431/21 442/6 455/16
earlier [7] 369/1 378/11 379/4 384/6 385/4
433/7 482/25
easier [3] 404/12 437/7 491/16
East [3] 330/5 330/13 330/22
EASTERN [10] 330/1 330/13 414/11 418/25
421/9 429/7 429/9 429/15 429/16 429/21
echo [2] 345/2 345/2
educated [1] 453/14
efforts [2] 338/3 338/6
eight [4] 346/18 372/13 436/12 521/20
either [13] 332/23 333/15 335/23 340/19
355/21 358/1 359/22 360/19 379/14 426/6
515/16 515/16 525/15

electronic [1] 393/1
electronically [1] 414/3
elementary [1] 448/18
eligibility [1] 374/8
Elmo [6] 343/17 403/25 472/13 472/14
472/15 472/16
else [29] 333/22 377/20 397/25 411/3 430/7
443/20 447/13 462/14 467/17 467/25 479/12
483/17 485/8 493/12 499/23 500/8 500/17
500/19 511/3 514/6 514/8 514/21 514/25
515/2 515/4 516/13 516/14 517/2 521/3
elsewhere [1] 355/21
email [2] 451/5 495/11
Emails [1] 475/5
embassy [2] 338/13 341/8
emotions [1] 525/10
employed [3] 351/13 392/6 412/1
employees [4] 358/24 358/25 359/6 363/24
employment [3] 339/14 356/22 392/20
encounter [1] 501/14
encountered [1] 341/12
end [3] 340/11 373/2 381/21
enforcement [5]  392/22 393/22 396/24 412/8
412/11
engaged [2] 425/22 481/13
engagement [3] 477/7 477/8 481/9
England [2] 399/25 400/7
English [3] 372/19 375/14 449/18
enough [1] 403/17
ensure [3] 338/8 338/13 358/3
entailed [1] 445/21
enter [3] 336/9 362/14 364/2
entered [2] 355/11 374/22
entering [1] 384/17
enters [5] 334/4 431/2 434/14 508/2 509/16
entire [1] 416/25
entities [3] 336/5 336/7 336/12
entries [1] 385/19
entry [1] 419/2
envelope [1] 368/21
environment [1] 414/5
escort [2] 506/21 506/22 529/9
ESQ [4] 330/14 330/15 330/15 330/17
essence [1] 394/8
establish [2] 432/9 457/18
et [2] 356/22 389/25
evading [1] 384/18
even [9] 342/14 375/15 413/18 413/19 429/4
443/23 447/3 450/6 471/4
evening [3] 334/12 529/4 529/6
event [6] 333/13 357/4 361/4 381/14 455/20
466/17
events [1] 511/13
eventually [5]  343/16 444/18 448/22 491/14
491/21 499/10 516/5 521/13 521/16
ever [15] 387/23 387/24 388/16 464/17 471/2
471/4 474/6 478/21 487/14 495/22 501/10
502/17 503/8 504/25 512/10
every [2] 414/15 517/16
everybody [5] 486/10 492/8 504/8 509/7
516/11
everyone [1] 460/18
everything [5] 361/13 377/10 380/17 493/1
493/2
evidence [20] 348/11 365/12 387/24 397/4
397/8 397/11 404/10 404/20 406/24 407/25
415/25 416/4 432/7 439/9 457/16 458/15
460/19 472/11 524/14 527/5
exact [2] 346/19 379/1
exactly [9] 348/8 348/9 369/14 379/2 379/24
380/4 380/10 428/18 429/11
examination [15] 332/10 334/15 334/17
347/23 351/9 378/6 387/12 387/14 392/3

# E

examination... [6] 404/1 409/25 411/24
424/16 435/2 509/23
examined [2] 391/17 411/12
Examines [1] 466/4
example [9] 356/3 359/6 375/13 379/10
379/23 384/3 410/20 425/6 426/25
Excel [1] 416/21
excuse [5] 354/7 365/8 385/20 472/9 496/23
exhibit [104] 343/23 344/11 344/16 345/9
347/19 348/11 348/14 348/19 349/9 349/17
364/9 364/22 364/25 365/12 365/16 366/4
369/18 387/24 395/11 396/12 396/18 397/4
397/8 397/12 398/15 399/2 399/12 400/15
401/11 402/8 402/16 403/1 403/11 404/4
404/5 404/10 404/21 405/10 405/20 406/9
406/21 406/25 407/11 407/12 407/13 407/18
408/1 408/9 408/15 408/23 409/11 409/19
414/23 415/25 416/4 425/15 429/6 433/6
438/12 438/15 438/15 438/16 438/17 438/17
438/18 438/19 438/19 438/20 438/21 438/21
438/22 438/23 438/24 439/11 439/16 447/15
454/18 455/24 457/3 460/18 463/22 464/23
466/4 466/21 469/19 472/11 477/24 480/18
483/19 488/18 491/5 499/25 504/22 516/17
523/20 524/8 524/15 524/16 525/12 525/20
525/25 526/10 526/25 527/5
Exhibit 1,000 [1] 414/23
Exhibit 1000 [2] 415/25 416/4
Exhibit 201 [14] 395/11 397/4 397/12 398/15
399/2 399/12 400/15 401/11 402/8 402/16
403/1 403/11 404/4 407/18
Exhibit 202 [6] 404/10 404/21 405/10 405/20
406/9 406/21
Exhibit 203 [2] 406/25 407/11
Exhibit 204 [7] 396/18 408/1 408/9 408/15
408/23 409/11 409/19
exhibits [6] 404/13 410/14 438/8 439/10
523/18 524/13
exits [3] 390/14 506/19 529/8
expect [1] 512/15
expectation [1] 512/4
expenses [2] 339/6 339/8
experience [5] 380/6 380/21 380/25 384/21
413/18
expire [1] 340/12
explain [9] 344/18 346/7 348/17 351/17
353/20 365/22 373/10 375/22 422/1
explained [2] 365/9 388/12
explaining [2] 372/22 410/9
explains [1] 363/10
express [1] 505/14
extent [1] 333/17
extract [1] 346/12
extraction [3] 348/21 348/21 348/23

# F

F-A-T-I-M-A [1] 481/22
F-I-A-Z [1] 490/21
face [2] 471/16 510/11
Facebook [5] 451/3 451/9 452/10 475/5
475/6
Facebooks [1] 453/15
facilitate [1] 356/16
facility [2] 380/18 386/7
fact [18] 332/14 332/20 332/24 333/6 333/7
333/11 333/17 348/8 373/24 376/25 377/8
377/12 377/15 389/17 389/21 476/6 477/10
482/19
facts [1] 390/1
failed [1] 376/10
fair [38] 344/6 353/8 355/20 359/25 360/19

361/5 368/6 381/4 382/9 406/20 414/6
416/20 416/24 418/16 419/1 420/21 422/11
422/22 423/8 423/15 423/23 425/14 426/16
427/14 428/6 442/8 454/11 458/2 458/5
460/6 469/24 474/3 491/14 496/16 496/20
513/13 521/20 527/6
fairly [2] 508/11 524/5
fall [1] 436/4
false [8] 360/5 360/20 360/22 361/4 361/8
370/24 376/15 389/17
falsified [2] 373/22 374/22
falsifying [1] 389/16
familial [3] 439/6 443/17 443/24
familiar [8] 353/13 356/8 364/25 384/13
415/17 421/18 462/20 488/2
families [1] 444/12
family [55] 335/2 337/14 338/1 338/19
338/24 339/3 339/10 339/10 340/8 373/22
384/25 439/3 439/4 439/7 444/7 445/5 454/8
455/16 455/19 462/21 475/13 478/7 479/17
483/9 483/20 483/22 484/7 485/22 486/6
486/10 486/21 486/22 487/16 487/21 488/13
489/3 489/10 496/24 498/15 504/8 511/15
517/13 517/13 517/14 517/15 517/18 518/11
518/16 518/21 518/24 519/2 522/22 523/1
523/12 523/14
far [9] 341/9 378/16 385/21 427/25 469/4
511/16 511/17 511/19 513/10
farmers [1] 445/7
father [79] 436/25 437/1 437/4 437/9 438/1
439/23 439/25 441/10 441/15 447/1 447/14
447/20 448/6 452/17 453/5 453/9 464/15
472/3 473/5 475/16 476/12 476/14 476/18
476/21 476/23 476/25 477/10 477/13 477/23
477/25 478/15 478/21 479/11 479/22 480/5
480/6 480/11 481/3 481/8 482/2 482/12
482/19 482/22 483/8 483/15 484/18 485/2
485/18 486/4 487/13 491/3 491/8 495/4
502/11 502/14 502/17 503/8 503/15 503/20
504/8 504/23 515/19 515/20 515/21 516/8
516/20 518/2 518/4 520/15 522/4 522/6
522/10 522/19 522/21 523/1 524/21 525/17
528/3 528/21
father's [5] 440/2 478/2 479/9 485/11 490/20
Fatima [3] 481/19 481/21 481/24
Fatima's [7] 482/10 482/20 483/5 483/10
483/14 484/19 484/21
Fax [1] 330/23
FDNS [1] 351/15
fear [1] 340/25
February [6] 334/21 423/15 423/16 423/21
428/9 496/13
February 25th [1] 334/21
February 5 [3] 423/15 423/16 428/9
February 6 [1] 423/21
federal [1] 343/6
FEDERICK [1] 330/17
fee [2] 378/24 379/3
feel [6] 479/23 482/15 485/14 501/17 513/23
519/9
feeling [2] 479/19 525/8
feelings [5] 471/8 471/10 475/23 476/19
497/19
fees [3] 357/20 422/2 422/3
females [1] 447/22
few [6] 348/17 364/19 424/3 489/15 505/21
Fiaz [3] 490/21 490/22 491/10
field [4] 386/10 386/17 392/11 392/17
fifteen [3] 390/7 506/16 507/4
fifteen-minute [3] 390/7 506/16 507/4
file [35] 354/6 354/7 354/10 354/15 354/16
355/4 355/14 356/16 363/21 365/6 365/8

365/23 366/9 366/10 368/19 369/9 369/14
372/3 372/16 382/24 383/9 383/10 383/14
383/22 383/25 385/18 385/23 385/24 385/24
386/4 386/5 386/6 387/7 388/1 388/21
filed [6] 355/12 355/18 357/16 363/16 363/22
388/8
files [5] 354/12 363/21 363/25 379/22 387/23
filing [4] 355/25 357/6 378/24 379/3
fill [1] 375/15
filled [1] 372/23
final [5] 400/4 400/6 403/1 406/8 428/9
finally [8] 368/16 369/8 388/21 389/8 407/25
409/10 424/6 479/8
Financial [1] 412/4
find [10] 337/12 340/13 341/7 455/13 478/21
479/3 484/25 513/5 513/10 513/19
finds [1] 361/13
fine [3] 384/17 506/10 508/16
fined [1] 389/14
finger [3] 454/19 468/7 468/11
finish [2] 349/1
finished [1] 508/11
finishing [1] 508/12
fire [1] 458/6
firearms [6] 432/4 432/6 432/10 457/13
457/15 457/20
firing [3] 432/5 457/14 468/25
first [54] 333/10 333/20 339/13 351/4 354/7
355/9 358/1 358/8 365/23 369/18 371/6
373/14 380/22 381/6 386/7 389/5 391/17
391/25 394/21 397/11 398/19 399/2 400/19
400/24 401/14 401/24 402/2 402/10 402/19
403/4 404/25 405/12 405/22 406/12 407/3
407/7 408/3 408/8 408/18 409/1 409/6
409/14 411/12 419/2 420/21 435/20 438/13
444/3 444/23 447/8 449/17 475/19 499/2
499/4
fit [2] 340/19 416/25
fits [1] 347/1
five [9] 384/16 389/15 412/14 436/14 441/15
447/16 486/23 498/8 498/9
fix [2] 481/8 481/11
flight [11] 399/4 399/22 399/24 400/2 400/6
400/10 400/11 401/8 401/10 402/5 482/23
flights [1] 394/9
flip [1] 366/1
Floor [1] 330/17
fly [2] 338/3 338/7
focus [6] 367/4 444/4 446/23 455/24 465/2
495/5 526/13 526/13
focusing [3] 362/3 451/2 451/17
fold [1] 367/24
folks [2] 382/2 410/4
follow [1] 387/16
following [7] 384/13 386/25 389/13 423/21
457/8 457/9 517/6
follows [3] 391/18 411/13 431/25
foregoing [1] 374/5
foreign [7] 357/8 357/8 357/12 368/6 379/11
382/1 382/14
forensic [1] 347/10
forget [1] 380/7
form [59] 343/13 343/15 344/2 344/6 344/19
344/21 353/13 353/14 353/16 353/17 353/18
353/23 354/2 354/7 354/10 354/12 354/15
355/1 355/4 355/14 356/8 356/11 356/12
356/19 357/10 357/14 357/16 359/6 360/24
362/10 363/5 363/8 366/3 366/3 367/15
368/16 370/4 370/8 371/9 371/24 375/23
376/7 376/17 376/19 376/25 377/3 378/12
379/7 383/4 385/19 390/2 402/2 413/8
420/13 431/19 432/25 433/1 480/7 512/17
formal [4] 336/23 336/25 342/5 431/24

## F

format [2] 416/21 431/24
forms [5] 351/19 379/7 381/14 413/6 413/9
forth [2] 373/5 417/8
forward [1] 360/10
forwarded [1] 360/12
Foster [10] 369/4 370/19 420/2 423/18 424/11
424/8 427/20 428/17 448/3 448/5
found [19] 360/4 361/8 373/1 454/12 454/25
478/23 479/4 480/14 480/16 481/1 484/24
498/14 498/22 499/8 502/11 505/4 513/17
513/23 514/3
four [13] 352/11 406/21 409/19 410/13
410/13 436/22 437/18 441/3 441/7 473/3
506/11 523/9 523/11
fourth [1] 406/8
frame [1] 381/1
fraud [8] 351/15 351/22 351/22 351/24
360/13 360/20 360/21 361/4
fraudulent [1] 361/9
Fred [1] 331/10
frequently [9] 474/9 489/6 489/7 489/9
489/13 489/14 497/11 497/13 497/18
friend [4] 463/16 463/17 471/21 495/13
friend's [2] 464/6 464/7
friendly [2] 473/10 473/11
friends [7] 450/11 450/13 450/15 450/25
451/9 463/25 480/24
friendship [1] 475/15
front [10] 348/18 369/14 411/16 425/24
426/3 437/17 438/10 466/9 509/20 510/11
full [1] 350/25
function [1] 397/17
functioning [2] 472/15 472/17
funds [3] 421/3 422/22 430/4
further [12] 350/6 376/8 378/2 387/9 390/4
397/21 400/8 409/23 424/14 430/8 481/2
509/14
Furthermore [1] 374/6

## G

G-325 [2] 366/6 367/16
G-325A [3] 356/12 356/19 359/6
G-U-J-R-A-T [1] 371/21
G325A [1] 356/8
GANDY [2] 330/15 331/6
gas [5] 445/7 445/8 445/8 445/9 445/10
gather [1] 366/18
gathered [1] 357/14
gave [5] 424/20 503/1 509/6 516/8 516/8
general [2] 352/12 501/13
generally [15] 341/2 355/24 356/18 358/24
380/7 396/9 396/15 396/21 412/9 412/22
414/13 415/10 449/10 494/8 496/9
generate [1] 347/10
gentlemen [12] 334/5 367/2 390/6 391/9
430/15 432/1 434/15 457/6 457/10 506/15
509/17 529/3
get [38] 336/16 338/14 338/25 339/20 340/21
345/8 355/16 357/6 397/14 397/20 432/25
433/19 434/7 461/5 461/7 461/13 461/17
461/21 465/22 465/22 474/12 474/16 474/18
476/2 478/12 478/13 481/9 481/13 496/4
496/9 496/12 498/22 498/25 499/5 500/21
500/22 500/24 514/8
gets [5] 360/15 384/24 388/8 388/9 414/10
getting [7] 332/23 455/4 455/5 455/11 478/9
508/11 512/16
girl [6] 445/22 446/19 446/20 449/6 450/10
454/8
girls [1] 449/5
give [3] 363/11 381/10 434/10

given [5] 339/4 345/13 374/23 394/18 414/16
gives [1] 335/12
global [3] 412/6 412/16 413/5
go [53] 332/15 335/14 336/1 340/14 340/14
340/15 342/1 359/3 360/17 361/22 362/1
362/5 362/19 364/16 365/21 366/9 367/8
368/14 369/18 382/22 386/10 386/17 388/18
398/12 403/25 410/14 410/18 412/25 420/14
429/24 433/21 437/17 446/16 448/18 448/22
456/12 460/15 468/10 476/23 476/25 481/8
481/15 482/19 486/9 500/21 504/15 508/10
509/18 509/21 521/8 521/11 521/12 528/11
goal [1] 340/6
God [1] 509/6
goes [5] 335/21 335/24 413/1 427/25 440/25
going [61] 334/7 334/10 352/17 365/20 366/1
367/24 368/19 369/18 383/13 390/6 398/14
404/12 410/20 411/15 412/24 416/5 425/3
427/24 431/18 432/19 432/24 434/8 434/9
434/18 434/24 437/7 439/18 439/19 439/19
446/3 446/3 451/12 455/24 456/18 457/7
465/2 469/10 470/6 470/18 470/23 472/22
473/2 480/18 482/10 484/24 485/5 485/6
489/16 497/14 499/14 508/9 509/18 509/19
510/10 516/18 516/23 516/25 520/8 526/12
526/13 529/4
Good [11] 331/8 331/9 331/10 331/12 331/14
334/5 351/11 351/12 378/8 378/9 424/19
got [24] 367/7 385/22 433/1 448/13 456/5
460/20 461/1 474/15 474/24 483/14 496/1
496/3 496/19 496/21 496/23 500/6 501/2
503/18 503/20 504/13 504/15 504/17 508/7
516/7
government [93] 330/12 331/7 335/1 335/12
332/12 336/14 338/22 340/6 341/9 341/22
341/22 341/23 341/24 342/5 342/6 342/11
343/23 344/10 344/11 348/10 348/18 349/9
350/9 350/16 357/9 357/12 362/25 364/9
364/22 365/12 370/17 387/24 391/11 391/12
397/3 411/7 412/8 412/18 415/24 428/24
430/12 430/21 438/12 438/15 438/15 438/16
438/17 438/17 438/18 438/19 438/19 438/20
438/21 438/21 438/22 438/23 438/23 439/9
439/10 439/11 447/15 454/18 455/24 457/2
457/2 460/17 463/21 464/23 466/20 466/20
469/18 472/11 477/24 480/18 483/18 488/18
491/5 499/25 504/22 509/2 516/17 524/7
524/7 524/13 524/16 525/12 525/20 525/25
526/10 526/24 526/24 527/5 529/15
Government's [40] 345/9 347/19 348/11
349/17 395/10 396/12 396/18 397/4 397/8
397/12 398/15 399/2 399/11 400/14 401/11
402/8 402/16 403/1 403/10 404/4 404/10
404/20 405/10 405/20 406/9 406/20 406/25
407/11 407/18 407/25 408/9 408/14 408/22
409/11 409/19 414/23 415/25 416/4 523/17
523/18
graciously [1] 509/13
granted [1] 337/20
great [3] 347/7 404/17 508/20
greatly [1] 347/7
greed [1] 457/21
green [2] 395/3 395/4
greeting [1] 520/20
groom [2] 511/2 519/3
growing [8] 437/25 444/7 444/10 444/23
445/5 445/18 446/16 450/10
guard [2] 488/14 488/15
guess [2] 426/1 426/13
guests [6] 511/5 518/8 518/14 518/15 518/17
523/6
Gujrat [2] 371/18 371/21
gun [17] 468/25 470/10 492/7 492/9 492/12

493/5 494/17 494/19 494/21 494/22 494/25
495/2 500/21 500/22 500/24 501/3 501/10
gunfire [1] 431/8
guns [3] 458/6 492/2 492/4
guy [3] 443/21 475/15 479/18
guys [1] 345/4

## H

had [42] 332/11 333/21 334/10 338/19 348/3
349/11 360/5 375/18 376/9 376/18 383/12
388/22 410/5 423/4 424/23 425/2 425/6
425/16 425/22 431/6 432/10 433/7 437/1
450/25 451/20 453/14 457/19 471/2 471/4
471/4 473/2 482/1 496/24 497/9 503/8
513/13 521/22 522/9 522/18 525/10 527/7
528/10
hadn't [1] 522/14
half [3] 361/1 412/13 431/11
halfway [1] 365/17
hand [10] 350/22 369/9 404/12 431/13
431/14 431/14 434/20 524/19 524/22 525/18
handing [3] 364/16 365/18 467/1
handled [2] 362/8 388/13
hands [4] 383/13 403/21 470/11 502/4
handwriting [1] 431/12
handwritten [1] 332/5
happen [11] 347/7 359/19 360/3 360/6
476/11 484/23 500/19 505/15 511/16 514/12
514/15
happened [19] 461/10 481/5 497/24 499/12
499/17 500/5 500/8 500/13 500/15 500/17
501/4 501/24 511/17 513/21 515/8 515/18
516/10 516/22 519/25
happens [7] 357/7 357/25 358/15 360/15
361/14 377/13 382/8
Happy [2] 482/16 482/18
hard [2] 388/1 403/21
has [35] 337/7 342/5 342/10 342/12 357/14
358/4 358/21 362/5 372/2 379/14 384/24
384/25 385/6 389/7 390/12 395/10 396/5
396/11 396/17 397/20 410/25 412/11 414/22
430/19 432/6 432/12 437/21 437/23 457/16
495/2 509/7 509/13 523/16 529/12 529/13
have [166] 331/16 331/21 332/11 332/14
332/19 332/19 333/2 334/6 335/14 335/20
336/23 336/25 337/10 337/15 339/3
339/10 339/25 340/5 341/2 341/3 341/12
341/16 341/17 348/1 348/3 348/5 350/1
350/6 350/13 353/8 353/13 355/13 355/17
356/4 362/13 364/21 366/7 366/19 367/7
367/15 367/18 368/2 369/5 369/14 373/4
375/9 375/18 376/3 382/1 382/7 384/1 384/5
385/12 387/23 387/24 388/1 388/3 388/16
388/20 390/4 390/13 391/6 391/22 392/13
392/15 392/24 393/1 393/3 397/17 403/14
403/21 403/22 403/24 404/2 409/23 412/12
412/25 415/6 416/10 416/23 422/2 425/24
426/2 426/8 426/10 430/20 431/5 431/10
431/20 431/22 431/23 432/17 432/21 433/18
434/7 436/2 436/3 437/6 438/8 439/25
441/17 441/25 445/7 450/13 450/15 451/3
451/5 451/7 452/10 452/13 456/21 456/23
457/7 457/21 458/15 462/23 463/4 472/12
475/15 478/8 479/15 481/2 482/25 485/2
486/8 486/10 486/12 486/24 487/17 487/19
487/21 488/12 489/1 494/17 495/13 496/16
496/20 500/9 500/11 502/7 502/14 503/18
505/18 506/25 508/4 508/7 508/15 508/25
509/13 509/14 510/24 510/25 511/7 511/25
513/6 515/16 518/11 520/22 521/4 521/10
521/13 521/16 528/8 529/6 529/13
haven't [3] 341/15 366/13 380/4
having [8] 377/16 383/9 387/25 388/21

having... [4] 301/16 411/11 425/25 424/7
he [154]  332/2 333/18 333/21 335/23 335/23
343/16 344/21 371/9 372/2 403/21 404/17
404/17 425/22 437/16 437/16 437/16 444/13
444/15 444/16 444/18 445/11 445/14 448/7
452/21 452/22 452/24 452/25 453/5 453/14
463/4 463/16 463/17 467/22 468/4 476/12
476/16 477/2 477/4 477/8 477/17 478/3
478/4 478/6 478/7 478/7 478/7 478/9 478/11
478/12 478/13 478/16 478/23 478/24 478/25
479/1 479/3 479/4 479/7 479/8 479/10
479/15 479/16 479/17 479/17 480/1 480/3
480/3 480/9 481/6 481/8 481/9 481/11
481/15 482/2 482/2 482/12 484/15 484/17
484/18 485/6 485/8 485/9 485/13 488/7
488/10 488/12 488/14 489/10 490/1 490/8
490/9 490/10 490/12 491/1 494/5 494/12
498/19 499/12 499/13 499/16 499/18 499/19
500/6 500/14 500/18 500/20 500/21 500/21
500/22 500/24 501/1 501/2 501/2 501/3
502/1 502/3 502/20 502/22 502/24 503/2
503/12 503/15 503/16 503/16 503/18 504/6
504/13 504/15 505/4 505/5 505/5 505/10
505/11 505/12 505/14 505/15 514/11 514/14
515/10 515/15 515/19 515/20 515/21 515/21
516/1 516/2 516/5 516/7 516/7 516/8 516/23
520/13 522/11 528/24
he'd [1]  498/20
he'll  459/11 481/11 481/13
he's [15]  437/14 437/14 437/15 443/4 443/23
454/21 463/12 463/13 467/21 468/3 476/14
476/16 478/12 488/5 490/25
head [19]  335/21 373/4 387/6 434/3 437/5
446/12 448/12 448/21 452/24 453/1 453/12
460/3 465/14 466/8 467/22 468/16 469/8
481/12 490/11
headquarters [1]  335/24
heads [1]  446/14
hear [6]  340/1 411/19 471/16 479/17 503/3
510/12
heard [1]  434/11
Heck [8]  334/19 343/22 344/18 345/8 346/3
347/18 348/17 349/6
HECTOR [6]  330/14 331/6 466/2 508/8
509/21 509/24
height [1]  346/19
held [3]  412/12 482/10 490/8
help [3]  375/9 375/12 375/18
helped [1]  496/4
helpful [1]  416/11
her [24]  339/16 370/7 370/12 405/14 406/13
416/17 433/13 433/13 441/21 465/25 466/2
472/12 473/22 473/24 483/21 483/22 484/7
484/9 484/10 484/11 486/12 498/11 513/22
516/11
here [89]  331/2 335/22 336/25 337/12 337/13
338/4 340/13 340/17 340/23 345/9 346/15
346/15 348/18 349/6 349/10 349/18 349/20
352/15 353/2 355/9 360/7 360/9 363/12
364/16 364/23 365/23 366/2 366/5 367/10
367/15 368/2 368/4 368/19 378/4 380/25
381/11 385/12 397/16 398/9 398/14 398/21
399/13 399/21 399/22 401/16 401/18 401/21
401/22 402/7 402/17 403/2 403/9 405/11
405/25 426/11 429/10 429/16 433/10 433/21
439/21 442/23 449/11 449/20 449/22 450/17
451/24 453/4 453/21 454/19 455/7 456/7
458/15 465/23 472/12 473/20 480/19 485/6
485/7 485/10 488/18 501/1 507/1 508/3
508/6 517/24 524/17 527/19 527/25 528/1
hereby [1]  457/8

hers [1]  377/4
hi [1]  433/21
high [10]  448/22 448/24 448/25 449/5 450/17
450/19 450/23 450/25 451/2 452/1
him [66]  343/13 344/21 349/1 349/2 437/13
437/13 447/3 453/2 453/13 454/23 467/21
471/4 471/5 471/8 471/11 471/12 471/14
471/18 471/19 471/21 471/21 471/22 471/22
474/19 474/21 475/12 475/20 476/2 476/4
476/5 476/6 476/24 477/18 477/18 477/20
479/8 479/8 479/18 481/7 485/5 485/20
489/20 497/20 501/5 501/6 501/12 503/11
514/11 514/11 514/14 514/14 515/11 515/15
515/16 515/16 515/22 515/24 515/25 519/13
519/20 519/21 520/1 520/2 522/7 522/14
522/25
himself [6]  423/16 423/19 423/24 424/2
424/7 424/10
his [45]  333/3 335/2 337/14 337/17 337/17
338/1 338/24 339/3 339/10 339/19 340/8
343/13 344/22 349/12 371/25 372/4 403/21
443/4 467/22 467/23 470/10 472/3 472/3
472/6 472/25 473/5 473/8 474/15 474/16
474/24 480/22 483/20 483/22 483/24 484/18
492/13 494/13 501/3 501/7 501/9 502/4
505/1 515/25 516/20 517/19
history [2]  356/22 356/22
hit [5]  465/15 500/14 501/22 501/25 502/3
hold [7]  351/25 352/7 366/16 412/5 487/10
490/1 490/12
holding [1]  383/13
home [23]  340/14 340/14 353/3 447/19 450/2
450/3 485/22 486/6 486/19 486/21 486/24
487/16 489/3 489/10 492/9 494/13 499/12
514/21 515/10 518/22 518/24 520/5 520/9
Homeland [4]  351/14 351/25 352/7 380/13
Honor [59]  331/8 333/23 334/13 334/16
335/16 339/22 339/24 341/5 342/2 343/17
344/10 344/14 348/10 348/15 349/3 350/3
350/6 351/8 361/2 364/10 365/11 366/22
367/5 367/19 367/22 378/2 387/11 390/4
390/14 391/12 392/5 393/19 395/9 395/13
397/3 398/13 403/19 404/11 409/23 411/4
411/23 430/8 430/21 430/22 431/5 431/6
432/14 432/15 433/3 433/9 433/12 433/24
457/23 472/9 495/14 506/9 506/10 529/1
529/15
Honor's [1]  416/13
HONORABLE [1]  330/9
hope [2]  520/22 521/4
hopeful [2]  479/21 479/23
hopes [1]  354/5
hoping [1]  355/16
hour [1]  347/7
house [42]  444/8 444/24 460/1 460/2 462/12
462/15 462/16 462/16 462/17 463/15 464/1
464/6 464/7 469/6 469/7 477/17 480/23
483/16 486/1 486/8 486/12 486/14 486/15
486/17 486/24 488/10 492/2 492/5 492/8
492/12 492/15 494/1 494/4 494/14 494/15
497/4 505/5 512/6 513/22 514/20 516/14
521/15
houses [1]  489/1
Houston [1]  422/14
how [96]  334/20 336/19 339/7 341/7 341/20
344/18 346/16 346/24 347/3 347/5 347/8
352/10 362/8 363/7 363/10 372/23 378/24
380/4 380/9 381/2 382/20 385/21 386/16
388/6 389/3 389/22 392/13 393/1 404/17
412/12 412/18 414/1 417/3 427/25 435/6
435/20 436/2 436/9 436/11 436/13 436/15
446/23 447/3 449/10 449/14 452/16 452/21
453/4 455/13 463/8 464/13 471/10 473/23

474/16 476/1 478/23 479/19 480/4 480/4
482/15 482/22 483/5 484/25 485/14 486/22
487/4 487/7 487/20 489/23 491/10 496/8
497/9 497/18 498/7 498/11 498/20 499/4
500/6 501/6 501/17 508/8 513/10 513/19
513/23 515/20 518/19 519/9 520/20 522/18
522/24 523/8 525/8 526/20 528/13 528/16
528/21
hum [3]  446/5 447/7 464/10
hundred [2]  523/9 523/11
hung [3]  333/19 333/20 503/12
husband [5]  440/17 443/1 484/9 506/7 510/7
husbands [1]  511/23

**I**

I'd [20]  364/8 373/9 395/9 403/15 414/22
416/13 417/13 438/7 444/3 446/23 455/23
464/22 488/17 504/21 505/21 514/16 523/16
526/9 527/9 527/10
I'll [8]  364/18 416/23 426/12 437/7 460/17
506/9 506/10 508/11
I'm [130]  334/10 343/22 347/18 349/8
349/24 352/2 352/17 358/18 365/20 366/1
366/13 366/15 367/11 367/24 368/19 369/14
369/18 371/12 371/14 374/22 378/13 378/23
379/2 379/24 380/4 380/10 381/13 383/13
383/13 383/22 386/20 393/12 395/13 396/5
396/11 396/17 398/14 400/14 400/24 401/11
404/12 404/18 404/18 406/8 411/15 414/25
416/5 425/3 425/4 431/18 432/24 434/18
434/24 436/5 439/18 439/19 439/19 440/4
440/6 440/25 446/3 446/3 454/4 455/24
456/4 456/18 463/21 465/1 465/5 468/6
471/13 471/24 472/9 472/10 472/10 472/22
473/2 473/10 473/16 473/18 474/20 475/10
476/3 477/24 478/11 478/16 479/8 480/18
482/17 483/4 485/9 486/9 488/6 488/24
489/8 489/15 494/11 494/24 496/2 496/8
496/19 497/12 497/14 499/14 500/10 501/8
502/23 504/14 504/22 505/15 508/16 510/10
510/17 514/13 516/23 518/6 521/25 523/10
523/20 524/16 524/19 524/22 524/25 525/2
525/12 526/12 526/12 526/13 526/18 527/21
I've [2]  349/16 526/21
I-130 [42]  353/14 353/16 353/17 353/18
353/23 354/2 354/10 354/15 355/1 355/4
355/14 356/1 356/11 356/24 357/6 357/14
357/23 358/23 359/10 362/5 362/10 362/13
362/21 363/8 363/13 363/16 365/3 365/25
369/23 370/2 374/25 375/10 378/12 378/18
378/25 382/25 384/8 386/13 387/15 388/7
389/5 389/22
idea [2]  382/8 384/5
identification [30]  343/23 347/19 364/9
395/10 396/5 396/11 396/18 413/15 413/19
419/6 438/8 438/12 438/15 438/16 438/16
438/17 438/18 438/18 438/19 438/20 438/20
438/21 438/22 438/22 438/23 438/24 464/23
523/17 523/21 526/11
identified [3]  437/21 437/23 439/21
identifiers [1]  394/18
identify [3]  437/13 466/2 527/25
identity [1]  413/13
II [1]  330/9
Illinois [1]  368/24
immediate [3]  354/23 354/23 402/5
immigrate [5]  353/22 354/5 356/15 388/9
435/16
immigrating [1]  388/18
immigration [36]  336/23 336/25 350/16
351/15 351/18 351/19 352/2 352/3 352/6
353/6 353/11 353/12 354/2 354/6 354/8
355/17 356/14 358/16 359/15 359/19 359/22

## I

immigration... [15] 360/3 360/10 361/12
363/17 370/5 374/8 380/8 381/6 381/16
384/19 384/23 386/3 387/20 388/16 389/6
impeachment [1] 331/23
important [5] 362/25 363/10 372/23 374/14
376/5
important's [1] 374/20
imprisoned [2] 384/16 389/15
improve [1] 412/18
in-person [1] 360/12
inappropriate [1] 475/13
inbound [19] 393/15 400/18 401/6 401/7
402/9 402/13 402/14 403/3 403/7 405/17
406/18 406/19 407/16 407/17 408/4 408/17
408/20 409/13 409/16
inches [2] 346/18 346/19
incident [2] 504/9 505/3
incidental [2] 339/5 339/7
incidents [1] 342/13
include [1] 511/13
included [4] 414/13 414/16 415/22 427/18
includes [2] 372/22 403/13
including [1] 394/20
incoming [1] 349/19
incomplete [2] 359/21 360/1
inconsistent [1] 331/24
Incorporated [1] 412/4
incumbent [2] 337/10 340/12
indefinitely [1] 336/17
indicate [19] 345/19 346/1 368/11 368/23
369/3 369/10 370/5 370/7 370/25 371/9
371/25 372/6 372/9 375/17 376/10 376/17
421/9 442/6 468/13
indicated [25] 372/21 376/20 388/21 398/18
398/22 399/13 399/19 399/21 400/7 400/8
401/2 401/16 401/18 402/14 403/9 406/16
407/3 407/6 407/12 408/6 408/10 420/3
421/15 454/18 482/2
indicates [1] 369/19 370/18 371/18 372/2
385/15 385/20 395/25 399/4 399/22 400/2
402/5 402/9 402/18 403/3 417/23 419/16
420/6 421/6 422/25
indicating [4] 359/24 372/14 399/3 468/11
indication [3] 381/10 419/12 442/4
individual [31] 353/21 357/19 357/22 363/1
363/1 379/23 398/16 398/21 400/10 402/20
402/21 403/5 403/11 404/5 404/22 404/24
405/25 406/10 407/1 407/5 407/8 407/9
408/1 408/3 409/20 412/24 413/1 418/3
421/14 432/10 457/19
individual's [1] 401/15
individuals [19] 339/20 340/4 352/15 353/2
356/15 358/3 372/9 374/14 384/22 407/19
410/13 413/12 427/19 428/16 428/22 432/3
432/10 457/12 457/19
industry [2] 394/6 394/6
information [47] 341/8 342/6 355/24 356/4
356/6 356/18 356/21 359/24 360/5 360/20
360/22 361/5 361/9 363/11 364/2 366/6
367/16 370/20 370/24 372/22 374/7 375/20
376/2 376/4 389/24 393/23 393/24 394/3
394/5 394/8 394/11 394/15 394/18 394/20
412/10 414/13 414/17 414/18 414/20 415/14
415/21 416/6 417/10 418/10 418/19 420/12
420/25
infrequently [3] 474/9 489/6 489/13
initially [2] 341/7 386/15
initials [3] 415/5 456/23 526/22
initiated [4] 414/10 414/15 418/9 418/22
initiation [1] 420/1
inner [3] 352/17 352/18 409/3

inquire [1] 351/7
inside [1] 336/16
instance [2] 359/19 374/24
instances [1] 421/15
instruct [2] 432/4 457/13
instructed [2] 380/12 426/14
instruction [4] 383/4 431/7 431/11 457/9
instructions [8] 379/6 379/13 379/21 380/1
380/5 380/7 425/20 425/23
intend [2] 512/22 518/13
intended [3] 370/25 388/8 518/20
intentions [1] 476/22
interact [1] 382/2
interest [1] 336/9
interests [1] 374/24
internal [2] 335/20 335/21
international [4] 341/19 399/23 401/9
401/23
interpreted [1] 343/13
interpreter [2] 343/14 343/15
Interpreters [1] 330/19
interrupted [1] 352/21
interview [3] 332/7 360/12 382/11
interviews [1] 394/12
investigates [1] 373/20
investigation [9] 335/6 337/7 341/1 341/10
342/6 342/13 342/17 360/18 393/5
investigations [1] 351/23
invite [1] 518/14
invited [6] 511/5 518/15 518/17 518/19
523/6 523/14
involve [1] 392/16
involved [5] 382/4 387/21 388/17 510/25
511/1
involving [1] 381/22
Iqbal [10] 424/10 442/19 442/20 442/21
488/19 488/19 488/21 489/10 517/24 517/25
is [592]
Isha [4] 487/5 487/5 487/6 487/6
Isha's [1] 487/8
isn't [2] 333/10 457/21
issue [2] 350/11 432/22
issued [3] 357/8 381/7 419/16
issues [10] 331/16 351/24 353/23 356/12
390/13 430/20 506/25 508/25 509/15 529/14
it [341]
it's [92] 333/20 340/12 341/21 341/23 344/13
346/2 346/19 347/7 348/13 349/4 349/19
351/4 353/21 354/18 356/3 356/5 357/1
357/2 357/8 357/20 357/20 357/21 357/22
358/8 359/1 359/2 359/15 359/21 362/5
362/25 364/10 364/22 365/14 366/12 366/16
367/20 367/21 367/22 368/11 371/6 372/8
373/10 374/14 374/20 376/2 377/11 378/25
383/14 388/5 389/2 396/10 398/24 400/23
401/24 405/23 407/15 411/17 413/8 413/18
413/20 414/20 416/2 416/21 416/24 421/15
430/13 431/21 446/9 449/6 456/3 456/7
457/1 458/5 460/18 464/4 465/7 465/23
465/24 472/23 478/8 486/16 492/8 492/15
492/15 493/12 506/9 506/11 510/16 510/17
510/24 511/18 529/1
Italy [5] 444/17 444/18 498/19 498/20 499/8
item [1] 437/13
items [2] 345/12 349/10
its [7] 359/5 366/20 379/22 387/1 391/11
414/2 415/5
itself [4] 359/10 377/6 388/22 389/9

## J

J-A-M-I-L [1] 441/4
Jackson [19] 364/14 403/17 404/14 404/16
416/19 431/14 433/4 433/22 456/7 456/15

458/12 458/16 465/9 466/1 467/4 467/4
467/8 509/11 527/9
Jackson's [1] 434/9
Jamil [17] 342/19 342/21 342/23 343/8
343/11 344/2 344/7 344/20 345/16 346/5
347/23 349/11 441/4 442/15 455/12 470/14
470/15
January [24] 353/7 395/8 398/23 401/2
401/16 402/12 402/21 403/6 403/12 404/6
406/16 407/22 408/6 408/10 408/19 409/7
409/7 409/14 409/20 410/10 410/15 411/2
491/24 492/1
January 1 [1] 411/2
January 10 [5] 408/6 408/19 409/7 409/14
409/20
January 12 [8] 398/23 401/16 402/12 402/21
403/6 403/12 404/6 407/22
January 14 [1] 409/7
January 1st [1] 395/8
January 2005 [2] 410/10 410/15
January 2012 [1] 353/7
January 2013 [2] 491/24 492/1
January 28 [1] 408/10
January 7 [1] 406/16
Javed [8] 424/10 442/20 488/19 488/24
489/1 489/10 517/23 517/24
jeans [2] 449/25 450/1
JFK [3] 399/15 399/16 400/3
jobs [1] 488/12
John [1] 399/13
joint [2] 461/10 486/10
JUDGE [9] 330/10 350/8 350/13 378/13
433/11 456/16 506/20 507/2 508/6
July [3] 423/24 424/3 428/8
July 5 [1] 423/24
July 8 [1] 424/3
June [4] 330/6 399/19 405/9 529/20
June 14 [1] 399/19
June 28 [1] 405/9
jurors [1] 411/18
jurors' [1] 397/12
jury [70] 330/8 331/1 331/17 332/15 332/20
333/25 334/1 334/4 334/6 340/1 344/16
344/18 345/10 346/7 348/14 348/18 351/17
365/15 365/16 366/24 367/2 373/15 384/7
390/6 390/10 390/12 391/5 391/8 391/10
397/7 403/25 409/11 416/3 418/13 419/23
425/19 430/15 430/18 430/19 431/1 432/1
432/13 433/19 433/23 434/6 434/9 434/14
434/16 439/15 439/16 443/8 457/7 457/10
457/10 466/25 506/16 506/19 506/20 508/1
508/4 509/1 509/12 509/16 509/17 524/12
524/15 527/4 529/4 529/8 529/12
jury's [3] 347/13 506/21 506/25
just [113] 331/18 331/20 332/2 332/7 332/22
343/18 347/5 347/8 347/13 348/17 348/20
348/23 350/3 350/8 350/22 352/2 352/19
359/23 363/9 364/18 365/9 365/21 367/24
371/14 373/3 375/5 378/10 382/20 387/11
387/16 389/8 395/9 396/2 396/9 396/15
396/21 401/24 401/24 403/14 403/18 404/4
410/2 414/25 417/2 418/5 419/21 420/16
421/2 421/11 422/5 423/14 424/20 425/14
426/14 427/15 428/7 428/11 431/20 432/14
434/1 434/19 437/6 437/7 437/8 437/8
437/13 438/7 438/11 438/12 439/19 451/1
456/6 458/3 459/3 459/12 464/17 466/9
467/10 471/15 472/22 473/2 473/24 476/24
479/15 484/11 485/25 489/15 489/16 491/16
494/11 495/12 497/14 503/2 505/17 505/21
506/9 506/10 508/15 510/10 518/8 518/17
518/12 518/13 520/9 520/20 520/20 521/25
521/25 527/13 527/18 527/25 528/7 528/7

## K

K-A-H-E-E-L [1] 442/12
K-A-M-E-E-Z [1] 446/6
K-E-A-R-N-E-Y [1] 449/4
K-H-A-L-I-L [1] 441/4
K-H-A-R-I-A-N [1] 423/11
kameez [3] 445/25 446/1 446/8
Karachi [2] 423/7 423/21
Kearney [3] 448/25 449/1 449/3
Keaton [1] 352/18
keep [9] 411/18 434/25 469/10 470/6 470/18
471/15 474/22 497/1 522/1
keeping [2] 509/6 509/8
keeps [4] 404/17 492/8 492/13 501/3
Kennedy [1] 399/13
kept [7] 363/17 413/9 413/11 493/5 493/8
494/19 516/12
keys [1] 397/17
Khalil [9] 441/4 442/12 461/18 461/19 468/1
468/2 468/18 468/19 484/9
Kharian [4] 423/2 423/7 423/10 424/4
kids [6] 483/21 483/22 484/1 484/5 484/10
517/17
kill [6] 501/2 503/4 503/16 515/17 516/8
516/13
killed [1] 503/19
kind [14] 335/14 336/1 355/24 356/18
375/12 375/18 393/23 394/18 403/17 405/5
445/24 453/24 510/15 520/13
knew [1] 332/9
knock [2] 434/8 434/11
know [80] 333/5 362/25 367/1 368/8 376/6
380/15 381/3 382/17 382/18 382/19 382/20
384/3 385/21 386/21 386/25 387/5 396/2
402/4 419/15 419/19 425/3 426/14 428/21
428/22 434/1 444/1 446/25 447/3 449/18
454/23 456/25 459/25 460/17 460/21 460/24
464/15 469/2 469/14 472/3 476/24 478/23
482/10 484/17 486/19 489/17 489/18 490/7
490/8 490/16 490/22 493/5 493/18 494/9
494/10 494/21 495/1 495/3 497/24 502/9
502/11 502/13 503/24 505/12 509/19 511/20
512/18 512/19 515/20 517/9 517/11 518/4
518/19 522/3 522/21 522/24 525/9 526/20
527/13 527/18 528/24
knowingly [1] 389/16
knowledge [13] 376/3 377/11 378/23 382/10
444/19 452/10 452/13 487/16 490/12 492/4
494/17 511/3 512/15
known [13] 335/8 335/22 339/14 340/24
344/23 345/3 353/13 395/3 395/4 399/16
425/7 428/20 445/11
Kotru [1] 330/19
Kousar [2] 337/18 339/15
KUNTZ [1] 330/9

## L

labeled [1] 417/16
ladies [12] 334/5 367/2 390/6 391/9 430/15
432/1 434/15 457/6 457/10 506/15 509/17
529/3
Lahore [1] 338/13
land [1] 487/21
language [6] 357/8 366/18 368/6 368/8
375/15 375/15
larger [1] 439/11
last [24] 351/5 371/7 383/19 394/21 398/19
401/14 402/9 402/18 403/4 404/24 405/12
405/22 406/12 407/3 407/6 408/3 408/18
409/1 409/6 409/10 409/13 423/9 478/11
522/9
late [2] 451/2 509/19

later [3] 424/3 424/21 502/1
law [15] 333/9 378/20 384/16 392/22 396/24
412/7 412/11 431/18 432/7 432/19
457/16 468/1 468/15 468/17
lawfully [1] 355/11
laws [3] 354/6 374/4 384/19
lawyers [1] 334/7
layman's [1] 393/9
learn [4] 449/20 485/9 498/15
least [4] 344/24 367/3 379/20 410/8
leave [5] 338/25 378/4 485/18 485/20 491/14
leaves [1] 506/23
leaving [9] 334/12 338/9 393/25 399/7 400/3
406/6 408/13 408/25 409/5
led [1] 479/23
left [18] 338/1 367/6 390/12 430/19 444/11
486/4 487/13 491/21 491/23 495/19 496/17
506/21 522/11 524/19 526/5 528/24 529/12
529/13
left-hand [1] 524/19
legal [9] 337/12 340/13 340/16 341/15
341/17 354/11 395/2 412/10 510/8
legally [2] 511/25 519/10
legend [1] 416/10
less [2] 413/16 419/10
let [12] 349/1 356/3 379/25 426/14 431/19
434/1 437/20 476/24 500/12 504/2 504/6
509/19
let's [6] 360/9 395/20 397/11 417/16 419/19
458/23
letters [1] 345/12
letting [2] 514/11 514/14
levels [2] 341/9 341/20
license [3] 419/16 419/19 419/20
life [8] 444/4 446/23 450/5 450/23 454/1
504/10 520/5 520/10
lifestyle [2] 453/10 453/11
like [70] 346/13 353/22 357/3 364/8 365/21
366/21 368/18 373/9 381/14 387/16 387/23
395/9 403/15 411/17 414/22 416/13 417/13
438/7 444/3 445/23 446/23 450/23 453/5
455/20 455/23 464/23 469/13 471/18 471/21
471/21 471/22 471/22 476/10 477/6 477/6
478/7 478/8 479/16 479/18 485/25 486/1
486/3 486/6 487/5 488/17 492/8 493/1 493/4
493/7 493/17 494/5 501/24 503/8 504/21
505/12 505/21 510/24 514/16 515/25 520/5
520/6 520/7 520/14 520/19 520/20 521/15
523/16 526/9 527/9 527/10
liked [5] 471/12 471/14 471/18 474/19
474/21
lima [2] 345/2 345/2
limit [1] 395/5
limiting [1] 431/7 431/11
line [8] 361/24 375/4 376/21 440/24 441/9
441/12 442/25 487/21
lines [1] 442/3
LISA [1] 330/21
list [4] 349/18 349/19 349/22 429/16
listed [9] 349/10 349/19 398/25 401/21
401/22 405/25 427/20 428/16 441/3
little [25] 346/15 353/8 365/22 367/18
371/14 373/4 383/12 398/14 400/16 404/12
411/17 417/2 419/4 437/8 442/3 456/18
456/19 466/6 467/22 469/22 471/16 491/18
504/21 505/18 505/21
live [14] 436/24 444/8 445/3 447/9 447/25
451/13 451/23 494/12 512/4 512/22 512/25
513/3 518/21 518/24
lived [4] 444/10 445/1 447/13 520/9
livelihood [1] 340/5
lives [3] 357/19 357/22 486/10
living [27] 370/15 370/19 437/1 438/1 438/5

444/13 447/3 447/24 448/6 449/10 449/11
449/11 451/14 451/18 452/16 453/4 453/16
453/21 462/18 463/9 484/13 485/22 485/25
486/4 495/20 497/17 521/22
local [4] 341/19 341/24 341/24 430/3
located [2] 373/11 423/2
location [19] 357/18 357/20 358/3 387/19
399/13 399/25 401/21 401/22 412/24 413/2
419/7 421/4 422/8 422/11 422/20 422/21
430/3 459/25 469/5
locations [6] 357/17 368/25 413/3 413/11
423/2 462/16
lock [1] 369/1
lockbox [9] 357/18 358/8 380/18 380/23
381/15 386/7 386/14 386/23 387/19
lodging [1] 339/5
logs [1] 346/10
long [21] 336/19 339/5 346/18 347/3 352/10
381/2 388/7 392/13 412/12 446/9 446/10
482/22 483/5 486/22 494/21 494/23 494/25
498/20 528/13 528/16 528/21
longer [1] 508/8
look [21] 346/13 364/18 366/21 369/16
393/14 414/25 425/15 431/15 438/10 438/11
438/12 439/18 440/24 456/2 456/8 465/1
472/22 523/18 523/19 525/6 526/13
looked [2] 385/4 403/14
looking [28] 345/8 349/17 356/15 356/21
358/24 365/23 366/2 366/4 367/7 367/10
369/22 385/12 402/16 403/1 404/20 405/10
405/19 406/8 407/18 407/25 416/11 416/20
447/15 466/15 477/24 480/18 524/17 525/13
looks [1] 411/17
Lord [2] 352/18 409/3
LORETTA [1] 330/12
lot [1] 340/24
loud [1] 509/7
love [1] 453/2
loved [3] 452/22 452/24 452/25
loves [1] 480/9
loving [2] 480/1 480/3
low [1] 493/18
lower [4] 421/24 437/7 524/19 524/22
LPR [1] 395/1
lunch [1] 430/14
luncheon [1] 430/24
lying [2] 478/21 478/23
LYNCH [1] 330/12

## M

M-A-M-O [1] 490/21
M-E-H-N-D-I [1] 464/14
M-O-L-V-I [2] 489/23 489/24
M-O-R-E-L [2] 350/20 351/5
ma'am [27] 350/24 364/16 366/12 386/20
390/11 411/20 424/18 425/15 428/10 429/6
429/18 430/9 433/18 433/21 433/25 434/6
434/8 434/19 437/6 437/10 456/6 456/10
472/18 506/24 508/23 509/5 509/9
machine [1] 344/23
mad [4] 479/8 485/13 498/13 505/10
Madam [1] 352/23
made [19] 331/21 342/5 342/8 345/15 377/12
379/4 380/9 380/14 381/7 389/13 387/1
398/3 398/6 410/12 429/9 429/14 432/5
457/14 500/18
Madeeha [2] 463/1 463/2
mail [1] 379/10
mailed [5] 368/23 369/3 369/5 369/10 385/12
maintain [4] 363/21 363/25 379/21 380/2
maintained [5] 365/6 365/8 388/1 416/8
425/11
maintains [1] 426/22

Case 1:13-cr-00150-WFK Document 126-1 filed 03/06/14 Page 214 of 225 PageID #: 1188

**M**

make [19] 332/2 332/8 335/1 336/7 338/6
358/25 369/22 380/12 396/24 404/11 431/20
437/7 450/11 466/13 468/7 474/12 482/15
491/16 508/13
makes [1] 482/5
making [3] 359/5 374/24 381/19
male [2] 443/22 444/24
males [1] 447/19
malfunctioning [1] 366/16
Mamo [3] 490/21 490/22 491/10
man [8] 493/22 506/7 510/7 524/19 524/22
524/25 525/18 528/1
manage [2] 412/7 412/17
managed [1] 397/20
manager [3] 392/11 392/17 412/13
Manchester [3] 399/25 400/3 400/7
many [8] 417/3 436/2 450/25 487/4 492/4
518/19 522/18 523/8
March [7] 337/21 337/23 337/24 338/2
372/14 513/9 513/13
March 2013 [1] 338/2
March 28 [1] 337/24
March 5th [1] 372/14
MARGARET [2] 330/15 331/6
mark [1] 466/15
marked [16] 343/22 347/18 395/10 395/12
396/5 396/11 396/17 397/8 414/22 416/4
438/8 455/23 464/23 523/16 525/12 526/10
marking [1] 466/13
marriage [18] 357/2 357/7 368/3 368/5
372/17 372/18 384/17 389/25 454/2 454/9
454/16 455/1 455/14 476/7 505/22 505/24
509/25 512/14
married [34] 356/5 357/5 372/10 372/14
384/24 440/18 440/20 442/6 442/8 442/11
442/14 442/18 455/4 455/5 455/11 460/20
461/1 461/5 461/8 461/13 461/17 461/21
476/2 478/10 478/12 478/13 488/21 491/6
512/1 512/4 512/16 519/10 519/22 521/3
marry [29] 384/22 455/16 476/4 476/6 478/8
479/15 497/20 500/9 500/11 500/12 500/18
500/21 501/1 501/16 504/2 505/4 505/5
505/16 514/11 514/14 515/11 515/15 515/16
516/9 516/12 516/18 516/23 516/25 519/13
marrying [2] 479/12 505/1
material [8] 332/3 332/22 333/13 380/23
389/16 389/21 390/1 432/11
materials [3] 332/2 333/18 345/12
Matic [1] 422/16
matter [1] 476/25
Matthew [1] 331/7
may [39] 331/4 334/15 336/6 344/14 344/15
345/13 348/13 350/14 351/7 365/14 375/14
384/16 389/14 390/5 390/11 391/1 392/2
393/18 395/16 397/7 407/9 407/23 409/15
409/17 411/5 413/16 414/24 416/3 416/15
423/13 430/9 432/17 434/16 434/16 439/14
458/11 466/24 524/11 527/3
May 1 [1] 407/23
May 12 [2] 409/15 409/17
May 1st [1] 407/9
Mazhar [9] 442/19 442/20 488/18 488/21
488/24 489/1 489/3 517/23 517/24
Mazhar's [1] 488/24
McGuire [1] 331/8
me [81] 332/22 333/6 333/10 333/16 345/11
345/13 354/7 359/15 365/8 369/15 372/9
378/23 379/25 385/21 425/24 426/3 426/10
431/15 431/15 431/20 432/21 452/22 452/24
453/14 472/9 472/23 478/7 478/8 478/12
478/16 478/24 479/1 479/15 479/17 480/1

480/3 481/6 481/6 481/8 481/9 481/10 485/6
485/9 485/13 485/13 491/18 496/23 498/13
499/13 499/16 500/6 500/12 500/19
500/18 501/1 501/15 502/22 502/22 502/24
502/24 503/1 503/1 503/19 504/13 504/15
505/10 505/12 505/15 509/6 511/17 513/22
513/22 515/5 516/8 516/8 516/12 516/13
516/23 520/12 525/4
meals [2] 339/5 339/7
mean [33] 336/16 354/21 354/23 361/19
361/23 361/24 386/1 388/25 389/1 393/8
393/12 399/6 417/19 423/1 429/18 429/21
443/11 443/14 445/23 471/20 476/10 477/5
481/7 481/9 490/14 492/15 496/19 500/25
511/22 512/24 520/7 520/25 521/14
meaning [5] 355/10 361/20 386/3 425/6
480/22
means [5] 340/13 340/16 419/15 443/9
443/10
meant [2] 347/7 432/15
mechanical [1] 330/24
medium [1] 473/22
meet [2] 365/17 412/17
meeting [1] 522/16
mehndi [4] 464/8 464/9 464/11 464/13
Member [1] 490/15
members [8] 335/2 338/24 434/16 439/4
439/7 483/9 496/24 523/1
members' [1] 462/21
men [2] 487/19 525/15
mention [1] 379/4
mentioned [9] 346/4 355/3 358/12 359/15
378/20 381/22 427/16 445/11 499/7
messages [1] 346/10
met [1] 473/24
method [2] 355/9 499/2
methods [1] 355/7
mic [3] 398/5 437/8 465/4
microphone [12] 373/3 391/20 399/10
411/15 434/25 437/7 466/6 471/16 491/18
497/15 505/18 510/11
middle [13] 345/9 349/18 371/7 397/16
459/6 467/12 467/20 468/12 525/2 525/23
526/3 527/19 528/1
might [9] 333/7 404/3 477/2 477/4 477/6
512/25 521/4 521/11 529/2
mike [1] 339/21
military [5] 414/12 418/25 419/1 421/10
429/22
mind [4] 467/1 471/15 491/16 491/17
Mine [1] 524/4
minimum [1] 376/15
minute [6] 364/18 390/7 506/16 506/18
507/4 520/20
minutes [3] 347/16 390/16 486/23
Mishra [1] 330/19
Miss [3] 435/6 437/4 459/22
missing [1] 359/24
MNA [3] 490/13 490/14 490/14
modest [1] 450/10
MOHAMMAD [31] 330/5 342/24 393/5
398/19 398/20 399/4 400/20 400/23 400/25
401/14 402/10 402/19 403/4 403/11 403/13
404/6 407/4 407/7 410/9 422/22 423/17
423/19 423/24 424/2 424/7 425/8 425/21
426/19 428/10 428/23 429/4
Molvi [2] 489/21 489/22
mom [1] 516/11
moment [4] 346/4 347/14 350/3 350/9
monetary [4] 427/12 427/23 428/1 428/6
money [32] 379/17 412/20 412/22 413/1
413/7 413/12 414/3 414/16 415/11 415/14
417/3 417/5 417/11 417/19 418/2 418/9

420/11 420/15 420/20 421/4 421/6 421/14
422/12 422/20 423/20 424/3 424/4 425/11
426/18 431/13 445/6 469/15
monitor [1] 341/2
monitoring [1] 338/3
month [1] 528/23
months [5] 412/14 496/17 496/20 513/14
521/20
more [16] 341/1 342/4 368/20 371/14 384/16
400/16 413/14 450/6 450/10 456/10 459/25
461/7 475/23 486/17 486/18 503/3
Morel [11] 350/17 351/4 351/5 351/11
363/12 364/21 365/20 367/10 368/2 368/20
387/14
morning [15] 331/8 331/9 331/11 331/12
331/14 334/5 351/11 351/12 378/8 378/9
415/7 424/21 424/23 425/2 508/19
most [1] 340/22
mother [5] 337/18 436/17 472/4 472/6 473/8
mouth [1] 509/6
move [14] 334/8 360/23 366/23 373/3 383/12
399/10 400/16 420/16 444/18 448/2 448/4
466/6 469/18 519/3
moved [7] 446/24 446/25 448/8 449/7 449/10
459/12 521/15
moves [11] 344/10 348/10 358/12 397/3
415/24 439/9 457/2 466/20 492/15 524/7
526/24
moving [1] 358/10 399/9
Mr [9] 333/2 350/12 403/17 404/14 404/16
416/19 509/11 509/24 527/9
Mr. [18] 331/10 331/13 332/11 364/14 391/2
431/14 433/4 433/22 434/9 456/7 456/15
458/12 458/16 465/9 466/1 467/1 467/4
467/8
Mr. Choudhry [2] 331/10 331/13
Mr. Choudhry's [1] 391/2
Mr. Jackson [13] 364/14 431/14 433/4
433/22 456/7 456/15 458/12 458/16 465/9
466/1 467/1 467/4 467/8
Mr. Jackson's [1] 434/9
Mr. Sosinksy [1] 332/11
Ms [37] 351/11 368/2 368/20 411/14 412/1
414/25 416/5 416/20 438/10 439/18 443/6
444/3 455/24 458/2 458/20 465/1 466/2
466/6 469/13 471/15 474/22 491/16 497/14
499/14 505/17 508/8 509/21 509/25 510/10
517/10 521/25 523/17 523/19 524/16 526/12
527/6 528/13
much [15] 338/14 339/7 341/7 347/5 347/8
371/13 430/6 434/23 436/9 436/11 436/13
436/15 498/7 508/8 509/5
multibillion [1] 333/12
multiple [5] 364/11 505/24 506/1 506/2
520/17
murders [2] 334/25 341/4
music [1] 460/7
Muslim [1] 476/15
must [1] 388/18
my [111] 333/9 333/10 339/24 341/21 341/25
345/5 374/7 383/13 385/24 387/6 391/23
410/12 410/22 415/5 416/23 426/12 431/14
431/18 432/19 436/1 436/25 438/6 438/6
439/3 444/12 444/12 447/14 447/14 454/17
454/19 455/4 457/1 458/11 458/22 458/22
459/10 459/18 466/12 466/18 467/2 467/16
467/18 468/1 470/5 475/13 476/12 476/14
476/23 477/20 479/23 479/16 480/17 481/7
481/17 483/20 483/20 485/9 487/3 490/20
490/25 492/13 494/1 497/4 498/2 501/5
503/1 504/8 504/8 504/8 504/18 505/5 505/5
505/12 511/17 511/23 513/20 514/7 514/20
514/22 514/22 515/1 515/1 515/3 515/7

# M

my... [27] 515/7 515/10 515/19 515/21
516/11 516/11 516/11 516/13 516/15 517/1
517/13 517/16 517/16 518/18 520/12 522/25
523/5 524/18 524/21 524/24 525/17 526/17
526/19 527/15 527/20 527/22 528/2
myself [3] 338/4 397/2 496/1

# N

N-a-m-a [1] 510/22
N-A-S-R-E-E-N [1] 436/13
n-i-k-k-a-h [1] 510/19
N-O-O-R [1] 444/1
nama [3] 510/16 510/18 510/23
name [91] 349/13 350/18 350/25 351/4 351/5
363/9 367/13 369/5 371/6 371/7 371/7 375/3
377/16 383/19 391/21 391/23 391/25 394/21
394/21 398/16 398/19 398/19 398/19 400/20
400/20 400/24 401/9 401/14 401/14 402/9
402/10 402/18 402/19 403/4 403/4 404/22
404/24 404/25 404/25 405/11 405/12 405/12
407/1 407/3 407/3 407/4 407/6 407/6 407/7
408/1 408/3 408/3 408/3 408/18 408/18
409/1 409/1 409/6 409/6 409/14 409/14
411/8 414/18 418/8 420/21 422/9 422/19
423/9 426/25 427/6 428/11 435/4 436/6
440/11 440/12 444/1 445/12 464/15 472/3
472/6 481/20 489/18 489/20 490/22 495/13
named [8] 342/19 376/22 377/7 377/13
389/20 400/19 440/11 488/2
names [10] 336/6 427/19 427/22 428/22
440/2 462/21 472/2 489/16 495/13 496/8
Naseem [14] 440/3 440/8 441/19 441/23
441/25 486/12 499/24 500/1 501/5 501/13
515/7 517/16 527/20 527/22
Naseen's [4] 461/15 462/15 462/16 486/14
Nasree [2] 440/12 440/22
Nasreen [26] 408/4 408/18 409/1 409/6
409/14 409/20 436/7 436/13 441/12 442/11
447/16 461/1 461/17 461/21 462/11 483/21
483/22 484/7 498/4 498/7 498/14 498/22
499/7 499/24 500/3 501/14
national [7] 336/8 351/16 351/22 351/24
360/14 392/18 490/15
naturalization [3] 366/11 367/12 370/14
naturalized [1] 355/10
naturally [1] 368/20
Nayab [4] 337/18 339/16 463/1 463/2
nazim [2] 445/15 445/16
near [2] 414/9 505/19
necessarily [1] 401/25
necessary [4] 357/15 358/9 362/5 362/10
need [9] 356/15 369/16 375/13 397/19
413/12 426/1 433/25 465/22 485/9
needs [2] 374/8 383/5
negatively [1] 465/14
neighbor [1] 496/10
nephew [1] 342/23
never [7] 372/2 385/25 386/1 386/3 388/22
389/4 471/4
new [26] 330/1 330/13 330/14 330/18 330/18
330/22 335/22 343/12 369/4 370/19 385/16
392/11 392/17 399/14 419/19 420/3 422/15
424/1 424/9 427/21 428/2 428/13 429/11
429/20 448/5 449/16
next [31] 345/21 349/6 349/9 350/15 361/14
366/4 367/15 369/24 385/7 390/18 391/6
391/11 396/4 401/11 402/7 402/16 404/19
405/10 405/19 408/14 408/22 411/6 430/11
430/25 431/4 440/11 440/11 486/16 501/4
507/7 516/10

nickname [1] 440/22
nicknames [1] 463/4
night [12] 488/14 493/24 493/25 494/5 494/6
494/7 494/20 514/16 514/17 514/19 515/8
516/14
nikah [2] 506/6 506/7
nikau [1] 506/4
nikkah [45] 510/4 510/6 510/7 510/13
510/16 510/18 510/19 510/23 511/5 511/10
511/15 511/19 511/25 511/25 513/6 513/10
513/11 513/17 513/23 514/4 514/17 515/16
517/6 517/8 517/12 518/2 518/9 518/12
518/13 518/18 518/21 518/25 519/7 519/9
519/14 519/20 520/5 520/10 520/11 520/12
520/13 520/15 520/22 521/10 521/20
nikkahs [1] 511/19
nine [9] 435/21 437/25 444/4 444/23 445/22
446/24 449/23 451/12 451/17
Nineteen [1] 487/12
Nisar [20] 443/3 477/20 477/21 477/22
477/25 491/2 491/3 491/8 491/10 504/21
504/22 504/25 505/9 516/15 516/16 516/20
516/22 517/1 528/2 528/3
no [114] 333/5 333/23 334/13 336/8 336/18
346/14 346/16 348/12 350/13 355/19 362/15
365/13 365/14 376/20 377/21 382/7 384/5
385/2 387/8 387/9 388/3 388/5 388/20
390/14 390/15 410/24 411/1 411/4 416/1
416/17 417/20 424/14 426/1 426/3 426/7
428/25 430/22 432/5 435/24 436/19 437/3
437/6 437/9 439/13 443/15 443/19 444/2
445/13 446/13 447/21 447/23 448/1 449/9
449/19 451/25 452/7 452/9 452/12 452/15
456/7 457/5 457/14 459/25 460/23 463/11
465/8 465/17 465/20 469/3 471/3 471/6
475/18 475/22 478/18 478/20 479/15 483/11
484/6 484/10 484/14 485/21 487/1 487/15
487/18 496/25 497/8 498/24 500/11 501/11
502/10 502/16 503/10 503/12 503/22 504/1
504/2 504/6 504/6 507/2 507/3 509/3 511/9
512/21 513/2 518/3 518/10 519/8 519/18
520/24 520/25 522/16 523/15 524/10 529/16
Nods [13] 434/3 437/5 448/12 448/21 452/20
453/1 453/12 460/3 466/8 468/16 469/8
481/12 490/11
non [1] 392/18
non-United [1] 357/5
None [2] 466/23 527/2
Noor [1] 444/1
normal [4] 458/8 520/6 520/7 520/14
North [2] 414/4 414/11
nose [1] 528/8
not [112] 332/7 332/22 333/11 333/20 336/18
336/25 339/15 340/5 341/16 341/17 341/24
342/12 346/19 352/18 353/19 355/15 358/17
358/18 359/25 360/2 360/7 360/22 361/5
361/7 361/9 363/1 366/15 369/14 369/19
370/20 374/21 374/22 376/6 376/18 376/24
377/3 377/4 377/4 377/14 377/17 379/2
379/22 379/24 380/4 380/10 382/7 384/3
384/16 384/25 385/3 385/7 387/6 387/22
388/3 388/4 388/5 388/20 389/2 389/7 390/7
397/21 398/9 400/8 410/22 411/2 411/17
413/18 413/20 426/3 426/7 426/13 427/23
428/21 430/21 443/23 450/25 450/25 456/3
456/7 463/12 465/7 468/6 473/22 473/24
478/8 478/9 478/12 478/13 485/6 492/8
493/12 494/1 494/5 494/9 495/2 496/8
502/11 503/23 506/16 506/25 509/2 509/7
509/18 512/20 519/7 519/20 519/21 520/3
521/1 521/2 529/4 529/15
note [1] 333/19 506/9 506/11
noted [1] 429/6

notes [2] 332/1 332/5 332/6
nothing [9] 350/6 378/2 390/4 409/23 430/8
463/3 500/10 501/7 503/14
notice [7] 358/22 359/24 363/4 363/7 419/8
440/10 484/22
November [13] 401/18 403/9 406/4 407/13
407/15 424/6 424/11 428/8 482/4 482/4
482/6 521/19 528/20
November 14 [1] 424/6
November 16 [1] 424/11
November 20th [3] 482/4 482/4 482/6
November 27 [3] 403/9 407/13 407/15
November 29 [2] 401/18 406/4
now [99] 331/13 332/21 334/1 334/8 342/17
346/4 347/13 349/17 353/9 362/3 364/8
367/2 370/4 374/2 376/21 380/7 383/23
390/7 391/7 396/5 396/11 396/17 397/11
398/14 399/25 400/14 400/16 402/16 403/1
404/9 404/9 404/20 405/10 405/19 406/8
406/24 407/18 407/25 408/14 408/22 414/1
416/5 416/20 418/12 419/8 420/8 421/24
426/10 430/19 431/15 431/20 432/12 433/1
433/15 434/24 434/25 442/3 445/11 445/18
446/23 451/11 454/1 456/10 457/25 458/20
459/3 460/11 460/17 460/25 463/14 465/19
468/22 470/24 472/2 478/9 479/19 484/13
484/21 485/6 486/24 490/9 490/10 491/13
494/19 495/4 497/17 499/7 502/5 503/4
503/25 504/21 505/17 507/5 510/10 511/7
513/13 513/17 525/5 527/14
number [41] 331/3 347/7 349/14 361/16
361/21 361/21 369/24 369/25 372/13 385/6
385/9 394/22 394/23 394/24 395/2 399/24
401/10 414/16 414/18 418/2 418/3 418/5
418/14 418/17 419/12 419/18 420/19 420/22
423/17 423/20 423/25 424/8 427/10 427/19
437/17 458/24 474/15 474/16 474/24 487/23
516/1
numbers [3] 349/24 349/24 349/25
Nusrat [8] 440/12 440/13 440/20 440/22
440/24 441/7 483/21 484/3
NY [1] 330/5
NYSDL [1] 419/13

# O

o'clock [1] 506/11
oath [2] 434/10 434/19
objection [28] 335/16 336/3 337/4 338/11
338/20 340/9 341/5 341/13 344/12 348/12
360/24 365/13 365/14 397/5 400/22 402/2
416/1 416/16 439/12 457/4 466/22 480/7
492/17 493/13 495/14 512/17 524/9 527/1
obligation [2] 362/22 363/25
obtain [6] 335/15 340/3 341/8 343/3 344/19
373/22
obtained [1] 346/4
obtaining [2] 344/7 384/23
occasion [6] 332/15 332/25 332/25 333/6
422/14 501/21
occasionally [1] 453/22
occasions [1] 453/24
off [12] 334/2 347/13 387/6 431/23 459/12
465/11 465/20 500/21 503/20 508/4 516/5
516/7
offer [3] 353/18 353/19 365/11
offered [3] 380/3 432/7 457/17
office [13] 335/22 358/2 358/2 360/11 385/20
392/12 392/18 398/2 398/4 398/7 424/23
425/3 427/15
officer [41] 350/16 352/2 352/3 352/6 352/9
352/10 352/13 352/14 352/25 353/1 353/5
353/6 353/11 358/16 359/16 359/20 359/22
360/3 360/10 361/12 363/12 364/21 365/20

Case 1:13-cr-00150-WFK Document 116 Filed 06/23/14 Page 216 of 225 PageID #:

# O

officer...[118] 367/10 381/16 386/3 387/14
387/20 388/16 389/6 391/13 392/11 392/17
395/17 397/14 398/16 403/10 404/4 404/22
406/20 407/18
officers [4] 345/11 345/14 381/14 394/13
offices [3] 386/11 386/17 387/1
official [4] 330/21 354/2 356/14 392/24
officials [1] 335/1
often [2] 333/9 497/9
Oh [1] 456/4
okay [134] 333/22 334/14 351/1 352/19
352/25 365/18 366/17 367/4 367/7 367/20
373/6 373/18 379/3 379/6 379/25 380/6
380/16 381/4 381/10 381/17 381/25 382/4
382/9 382/21 383/25 385/18 386/1 386/5
386/13 386/16 390/16 400/13 403/22 410/23
411/20 416/18 417/15 426/15 431/15 431/23
433/10 433/20 434/2 437/8 438/7 438/13
440/10 440/24 441/17 441/19 442/3 442/8
443/5 444/23 446/4 446/12 446/24 447/15
447/19 451/17 453/9 454/16 456/14 457/25
458/5 458/9 458/11 458/15 458/20 458/23
459/19 460/11 460/14 460/24 463/14 463/24
464/2 466/7 466/19 468/10 468/20 469/4
469/9 469/18 470/2 470/6 470/17 470/24
472/20 473/2 473/10 473/22 474/6 474/22
475/8 476/18 477/10 478/2 480/4 480/22
481/1 481/8 481/11 481/15 482/25 486/4
486/5 486/14 487/10 490/1 491/12 491/19
491/25 492/10 492/23 492/25 493/24 494/4
494/11 495/7 495/17 502/6 505/20 505/22
505/23 506/24 507/4 508/7 509/5 509/8
509/11 510/4 510/12 527/16
old [5] 403/21 435/6 435/20 449/23 454/6
older [8] 436/9 436/11 436/13 436/15 443/21
443/22 446/14 498/7
oldest [2] 444/24 455/4
once [14] 337/6 339/2 339/4 346/4 347/9
357/14 357/20 357/22 362/4 380/17 381/15
387/19 449/20 497/9
one [63] 331/18 332/24 332/25 333/3 335/5
336/20 342/4 343/1 350/3 350/11 355/3
357/18 357/25 366/19 366/20 368/25 376/20
382/24 382/24 383/4 384/6 386/10 386/17
387/1 387/23 392/19 395/18 396/4 410/2
410/24 416/25 419/12 419/16 420/16 426/10
426/17 427/11 428/7 428/9 429/4 436/3
436/5 437/17 440/11 444/8 455/20 455/20
461/7 461/8 462/7 473/14 486/17 486/17
486/18 492/6 501/23 505/24 506/4 509/7
509/13 520/17 523/20 527/6
ones [2] 452/4 473/14
ongoing [1] 335/6
only [10] 333/16 349/16 363/1 403/19 410/12
414/22 443/17 455/23 464/22 526/9
open [13] 331/1 431/1 459/2 459/20 460/9
467/9 468/21 469/11 469/20 470/7 470/19
497/7 508/1
opening [1] 467/23
openly [1] 475/8
operate [1] 336/12
opportunity [2] 432/11 348/3
opposed [1] 431/12
order [14] 356/16 361/13 374/22 374/23
379/17 380/17 381/19 386/8 431/19 431/24
431/25 432/25 433/2 436/4
ordinary [2] 394/16 413/9
origin [2] 450/13 450/15
original [3] 357/12 366/20 410/24
originally [1] 411/1
other [53] 332/17 334/20 334/25 336/5
336/14 338/2 340/21 341/2 345/12 375/23
377/7 378/12 385/18 389/24 392/12 394/24
402/1 427/22 428/22 429/15 433/4 436/7
438/6 441/25 442/6 444/12 445/12 447/19
452/1 452/6 455/17 457/11 460/25 464/17
471/22 483/8 483/8 487/3 488/12 489/20
498/4 501/21 501/21 501/23 511/7 511/10
511/17 518/18 521/5 522/21 523/1 523/20
528/9
others [2] 344/4 453/7
our [20] 335/6 335/22 335/24 390/7 398/1
412/6 412/18 414/3 418/2 427/25 453/10
460/1 462/12 483/16 488/5 488/7 492/8
494/14 507/4 509/13
ours [1] 486/16
out [56] 333/15 338/3 338/7 341/7 372/23
375/16 380/12 380/14 386/17 393/15 393/25
394/9 395/13 398/18 399/7 399/14 401/13
401/20 402/5 402/23 404/4 405/6 405/23
410/25 421/6 421/23 421/24 429/19 429/20
430/18 437/13 451/25 454/12 454/25 455/13
456/18 478/21 478/23 479/3 479/4 480/14
480/16 481/1 484/24 484/25 497/7 502/11
504/15 505/4 513/5 513/10 513/17 513/19
513/23 514/3 529/9
outbound [22] 393/15 399/3 399/6 399/17
401/6 401/13 401/19 401/20 402/18 402/22
402/23 405/6 405/23 406/5 406/6 406/18
407/16 408/12 408/13 408/25 409/5 409/8
outgoing [1] 349/21
outside [8] 331/1 336/13 362/4 388/15
429/10 431/1 446/21 508/1
over [17] 334/7 349/2 353/9 366/1 419/4
419/21 420/16 421/11 424/21 425/12 447/5
455/20 477/17 488/14 494/5 519/9 522/25
overlay [2] 366/19 366/23
Overnight [2] 448/10 448/11
Overruled [14] 335/17 336/4 337/5 338/12
338/21 340/10 341/6 341/14 402/3 480/8
492/18 493/14 495/15 512/18
overseas [2] 338/5 341/8
own [7] 340/5 377/17 451/7 452/13 486/12
486/24 489/1

# P

P-A-R-K-V-I-L-L-E [1] 447/11
P-E-G [1] 411/10
P-E-T-E-R-S-O [1] 411/10
P-U-N-J-A-B [1] 371/22
p.m [4] 391/8 419/2 430/18 529/20
package [2] 369/3 369/10
packet [3] 359/23 368/21 368/22
page [35] 349/7 349/17 349/18 349/20 363/8
365/24 366/2 366/3 366/4 369/18 373/2
373/10 375/21 384/8 389/5 389/9 390/18
399/2 400/14 401/11 402/7 402/16 403/1
405/10 405/19 405/19 406/1 406/8 408/8
408/14 408/16 408/22 409/10 430/25 507/7
pages [9] 348/6 348/8 348/9 349/9 364/11
403/14 404/5 406/21 409/19
paid [6] 385/15 421/6 421/13 421/22 421/24
496/6
Pakistan [98] 334/25 338/1 338/3 338/7
338/9 338/13 338/24 341/3 341/9 341/18
341/22 341/23 342/5 342/11 342/13 371/19
371/22 372/4 372/15 399/23 401/9 421/19
423/4 423/7 423/7 423/8 423/21 424/4
424/12 428/2 428/13 432/7 435/13 437/2
437/25 438/5 444/4 444/7 444/13 444/18
445/18 446/16 449/8 451/25 453/22 453/24
455/2 455/3 457/16 461/22 462/4 476/23
477/1 481/8 481/16 482/19 482/23 483/5
483/9 483/14 484/13 484/21 485/18 485/23

486/4 486/7 487/13 487/14 489/4 490/2
491/14 491/21 491/23 492/8 495/5 495/19
496/17 496/21 497/19 502/18 504/10 505/22
510/1 511/11 512/1 512/3 512/7 513/14
521/1 521/2 521/23 522/11 522/15 522/17
522/22 528/14 528/16 528/21
Pakistani [7] 338/22 445/19 449/24 450/6
450/13 450/15 525/5
pant [1] 446/9
Pants [1] 446/10
papers [1] 345/12
paperwork [11] 335/8 335/21 335/21 335/24
339/13 343/12 369/19 380/22 510/13 510/15
510/24
parameters [1] 425/19
pardon [3] 359/15 372/9 407/15
parent [1] 354/16
parents [7] 356/21 472/25 477/2 477/3 477/5
477/5 517/19
Parkville [3] 447/10 447/11 447/25
parol [1] 335/11
parole [13] 335/9 335/10 335/15 336/7
336/15 336/19 336/23 337/11 337/15 337/20
339/11 340/11 341/1
paroles [1] 337/19
part [24] 332/3 341/1 342/17 363/20 365/9
367/7 367/21 369/9 370/4 370/18 373/24
388/4 416/6 425/15 458/9 460/4 464/6 464/7
464/11 469/16 469/24 478/11 480/22 521/14
participated [1] 337/20
participates [1] 429/25
particular [20] 332/17 356/20 363/3 363/13
375/3 376/17 381/9 389/4 395/6 395/7 410/5
417/11 418/16 419/11 426/17 435/14 448/4
448/9 482/5 495/13
parties [7] 411/19 431/6 457/7 457/21 508/3
510/24 511/1
parts [2] 462/4 524/5
party [4] 343/1 511/13 511/15 511/20
Passenger [1] 394/5
passengers [1] 393/25
passport [2] 383/5 383/15 394/24 394/24
passport-type [2] 383/5 383/15
patience [1] 334/6
pause [11] 391/3 434/5 458/12 459/3 467/10
469/21 469/22 470/8 527/13 527/18 527/25
Pausing [9] 452/18 474/19 476/10 476/14
476/23 478/3 503/1 503/24 505/4
pay [6] 413/8 422/16 422/19 422/25 423/1
423/4
payee [9] 420/10 420/14 420/19 420/21
420/25 421/2 421/2 427/6 427/8
payee's [1] 414/19
payment [11] 358/6 358/9 378/20 379/7
379/22 380/2 380/9 380/13 387/15 387/17
387/25
payor [2] 427/1 427/4
Peg [3] 411/7 411/10 411/11
penalties [5] 373/13 384/11 384/13 389/10
390/1
penalty [2] 374/4 377/15
pending [1] 339/12
people [22] 333/21 337/11 413/19 422/21
439/20 441/3 442/4 455/15 458/6 469/13
485/1 485/25 488/18 489/15 498/14 517/24
518/8 518/11 518/19 522/22 523/8 523/11
per [4] 347/25 400/6 405/3 406/16
perform [2] 352/3 352/10
performing [1] 353/5
perhaps [1] 333/10 403/24
period [10] 395/6 410/6 425/12 425/22
426/18 455/21 455/22 491/20 495/6 522/14
perjury [2] 374/4 377/15

**P**

permanent [1] 354/11 395/2
permission [7] 344/22 345/13 362/14 362/16 404/11 416/13 516/8
permitted [1] 338/7
person [63] 332/16 336/6 340/23 354/5 354/12 354/25 355/3 356/20 358/17 360/12 361/15 362/11 362/13 363/2 363/3 375/23 376/2 376/25 377/15 383/19 389/20 400/4 413/1 420/10 420/20 421/3 423/19 424/2 424/10 425/7 425/21 428/10 428/23 429/4 439/21 441/21 442/25 443/23 454/18 459/6 459/7 459/12 459/15 461/7 462/18 463/21 467/12 467/13 467/19 468/25 469/2 470/2 470/10 471/21 473/18 480/18 493/24 494/2 516/17 520/14 522/10 527/14 527/19
person's [3] 357/6 400/6 408/5
personal [2] 379/14 389/7
personally [2] 387/21 388/17
persons [3] 335/12 336/9 427/19
pertained [1] 341/9
pertaining [1] 367/17
Peterson [8] 411/7 411/10 411/11 411/14 412/1 414/25 416/5 416/20
petition [60] 353/17 354/18 355/18 356/1 356/24 357/6 357/23 358/1 358/7 358/9 358/12 358/17 358/18 358/21 358/23 359/10 359/20 360/4 360/15 360/22 361/5 361/9 361/12 361/13 362/5 362/13 362/21 363/13 363/21 364/5 365/3 365/25 370/2 370/15 370/16 370/25 371/1 372/21 372/22 373/1 374/10 375/10 375/17 376/4 376/10 376/11 376/13 376/17 376/23 376/24 377/4 377/14 377/20 377/23 383/1 387/16 388/7 389/17 389/20 389/22
petitioner [25] 354/14 354/15 355/13 355/20 355/25 356/23 357/14 358/20 360/7 362/21 363/4 370/5 372/7 372/23 375/4 375/9 375/24 376/9 376/18 376/23 377/3 377/5 377/9 377/19 383/16
petitions [4] 359/16 363/16 374/25 388/8
Phoenix [1] 358/2
phone [97] 330/23 333/20 342/18 343/9 344/20 346/5 346/24 347/4 347/11 347/23 348/20 348/22 349/8 349/11 349/12 349/14 349/19 349/21 349/24 349/24 349/25 350/1 385/6 385/9 414/18 418/14 418/17 420/19 420/22 423/17 423/20 423/25 424/7 427/10 447/5 447/6 451/7 474/7 474/15 474/16 474/24 475/5 479/3 479/4 480/12 487/14 495/11 495/12 495/17 496/1 496/3 496/4 496/6 496/9 496/12 496/19 496/23 496/24 497/1 497/5 497/10 497/21 498/1 498/14 498/15 498/17 498/22 498/22 498/25 499/2 499/4 499/5 499/7 499/8 499/13 499/16 500/6 502/6 502/7 502/12 502/12 502/15 502/17 502/21 503/1 503/2 503/6 503/20 504/16 515/22 515/24 515/25 516/3 516/5 516/7 522/19 522/25
phone's [1] 349/14
phones [4] 452/14 453/14 487/17 487/19
phonetically [1] 344/25
photo [4] 525/13 525/14 525/20 525/25
photograph [1] 383/10
photographs [13] 346/9 346/10 383/2 383/6 383/8 383/10 383/15 383/18 383/19 384/1 438/11 438/25 439/2
photos [3] 524/2 524/3 524/18
physical [1] 364/10
physically [2] 403/15 486/6
pick [4] 413/2 413/12 420/15 422/20
picked [6] 414/20 421/14 423/20 424/3
424/10 503/2
picking [3] 420/10 420/20 421/4
picture [3] 366/17 366/19 526/5
pictures [3] 346/9
piece [2] 367/18 417/10
pieces [1] 416/5
pistol [1] 494/21
PK [5] 399/24 401/9 421/15 421/18 421/19
place [26] 371/18 382/11 384/4 386/6 389/6 428/8 428/8 429/12 449/13 455/20 459/23 461/25 462/7 462/10 462/13 463/15 463/25 464/6 464/7 469/5 477/16 505/24 517/6 517/8 522/2 528/19
placed [4] 361/15 361/17 361/23 361/24
places [1] 447/4
plan [2] 508/13 508/18
plane [2] 338/14 338/25
planned [1] 519/1
planning [1] 483/5
play [4] 458/5 458/23 527/9 527/11
played [14] 459/2 459/20 460/9 467/9 468/21 469/11 469/20 470/7 470/19 527/12 527/17 527/24 528/6 528/12
playing [2] 459/19 467/6
Plaza [3] 330/5 330/13 330/22
please [69] 331/4 331/9 331/12 331/13 331/15 333/24 334/7 334/10 339/21 344/18 345/10 346/1 346/6 348/17 350/15 350/18 350/24 352/20 352/23 369/17 371/4 373/19 374/3 378/5 391/5 391/10 391/11 391/19 397/15 409/11 411/14 411/22 416/19 419/4 423/9 426/13 430/11 431/3 433/18 433/22 434/19 435/4 436/6 437/20 437/23 456/8 457/25 458/23 465/23 466/7 467/8 468/20 469/10 469/19 470/6 470/18 474/22 497/15 505/17 506/16 508/25 509/12 510/10 517/10 521/25 527/10 528/11 529/9
plug [1] 346/25
PO [1] 368/24
point [47] 331/20 332/10 332/18 332/23 333/16 333/19 337/9 342/4 343/18 348/17 352/21 355/12 358/6 358/20 359/16 362/6 365/21 370/1 387/17 398/18 435/16 437/1 437/13 450/5 454/1 460/21 473/2 475/23 476/18 476/21 479/19 480/4 485/14 485/22 497/21 498/25 502/6 503/5 503/8 508/14 513/5 513/5 513/15 519/19 521/10 522/9 529/2
pointing [12] 383/23 440/4 440/6 441/1 473/18 477/25 480/19 504/22 524/19 524/22 524/25 525/2
points [5] 334/7 373/12 432/2 457/12 458/12
police [1] 341/19
political [1] 445/16
pop [2] 373/4 456/7
populated [2] 394/4 394/6
port [4] 346/25 399/4 399/5 399/11
portable [2] 346/22 346/23
portion [9] 366/9 366/10 425/15 428/12 428/14 428/15 429/3 458/3 459/23
position [10] 351/25 352/7 412/5 412/12 415/17 445/16 490/1 490/4 490/8 490/12
positions [1] 488/12
possessing [2] 432/5 457/14
possession [2] 432/3 457/12
possibility [2] 479/12 479/20
possible [5] 338/14 338/19 351/24 400/10 497/16
post [1] 411/2
postage [1] 385/15
potential [2] 335/5 383/2
pour [1] 433/18
PP [1] 416/14

PP-1 [1] 416/14
practice [4] 380/8 388/4 392/21 415/20
preliminary [1] 331/16
premarked [2] 364/8 364/22
prepared [1] 376/1
preparing [1] 375/23
prerequisite [2] 358/9 362/10
presence [3] 331/1 431/1 508/1
present [5] 335/13 343/14 391/4 391/7 395/8
presented [7] 343/15 423/16 423/19 423/24 424/2 424/6 424/10
presuming [1] 403/13
pretrial [1] 433/8
pretty [1] 346/19
previous [1] 400/20
previously [8] 372/21 425/16 425/20 427/14 428/12 428/23 470/21 472/2
primarily [2] 337/7 340/24
primary [2] 338/8 419/6
prior [11] 331/23 343/11 352/6 363/13 364/22 371/25 382/14 424/23 425/2 425/23 426/16
probably [1] 331/21 346/14 417/1
problem [1] 332/19
problems [1] 338/15
procedural [5] 390/13 430/20 506/25 508/25 529/14
proceed [5] 392/2 393/18 411/22 434/10 459/1
proceedings [4] 330/24 340/7 434/5 529/19
process [41] 335/8 335/14 336/1 336/5 341/1 341/12 348/23 351/19 354/8 354/13 354/25 355/21 356/16 357/16 357/25 358/6 358/10 358/20 360/23 362/6 362/8 362/11 362/19 370/1 378/10 378/16 381/5 381/21 382/4 382/8 382/11 382/13 385/22 386/5 387/17 387/21 388/7 388/12 388/13 388/17 412/19
processed [4] 357/16 380/24 387/17 388/1
processes [2] 412/7 412/17
processing [7] 361/22 381/12 381/24 381/25 382/5 382/10 386/11
produced [8] 330/25 397/2 425/16 427/23 428/1 428/12 428/16 429/4
producing [1] 427/18
program [2] 392/11 392/17
programs [1] 392/18
progressive [4] 453/6 453/7 453/8 453/13
promise [2] 477/20 477/21
promised [7] 454/2 454/9 454/16 455/1 455/13 476/7 477/6
promises [1] 345/14
promoted [1] 412/14
promptly [1] 529/5
pronounce [1] 400/24
proof [1] 360/21
proper [2] 358/4 358/5
properly [1] 366/18
property [2] 343/2 345/12
proposed [2] 431/6 431/10
prosecution [5] 332/14 333/8 458/16 467/7 527/10
prosecutions [1] 373/21
Protection [4] 391/13 392/7 392/14 394/12
proven [1] 361/8
provide [11] 355/25 356/4 356/6 379/13 394/8 394/11 412/10 413/19 416/14 420/13 425/7
provided [25] 332/3 339/5 359/9 359/13 360/21 360/22 365/4 380/2 394/20 394/22 396/23 413/24 414/19 415/12 418/8 418/14 419/7 419/25 420/2 420/19 420/25 425/10 427/3 427/10 428/24
provides [4] 414/17 418/10 418/19 420/12

## P

providing [1] 426/13
provision [4] 383/1 384/18 389/10 390/2
PS [1] 448/19
public [16] 335/9 335/10 335/11 335/15
336/2 336/7 336/8 336/15 336/19 337/11
337/15 337/19 339/2 340/11 381/11 434/16
publish [11] 344/14 348/13 365/15 365/20
397/7 414/24 416/3 439/14 466/24 524/11
527/3
published [5] 344/16 348/14 365/16 439/16
524/15
pull [2] 391/20 411/15
Punjab [2] 371/19 371/22
Punjabi [2] 330/19 443/6
purport [1] 369/5
purpose [6] 384/18 384/22 432/8 457/17
511/21 511/22
pursuant [4] 379/6 394/7 425/10 428/3
push [1] 458/16
put [21] 332/20 333/7 339/13 339/15 339/25
363/4 363/7 367/20 385/22 396/4 420/13
432/24 433/13 439/19 460/17 466/9 468/7
468/11 510/11 526/22 527/10
putting [1] 429/22

## Q

qualifies [1] 358/18
quarter [1] 395/14
queried [1] 397/1
queries [1] 396/24
query [1] 392/21 393/4 393/8 393/10
393/12 393/20 393/21 395/6 410/3 424/24
428/19
question [13] 332/12 333/3 339/25 342/4
352/20 376/8 379/25 404/19 410/2 410/5
410/12 435/1 437/9
questions [13] 350/13 364/19 378/10 387/9
387/15 388/6 389/10 391/22 424/14 434/23
478/15 486/3 505/22
queue [3] 361/16 361/18 361/23
quickly [3] 352/18 365/22 400/16
quiet [1] 529/6
quite [1] 380/5
quote [1] 399/22

## R

R-A-H-M-A-N [1] 490/17
Rahman [1] 490/16
raise [1] 350/22 434/19
raised [2] 333/21 438/5
ran [1] 428/23
rather [3] 332/16 333/13 432/21
Ravi [1] 330/19
reaction [1] 478/2
read [17] 345/10 352/20 352/24 373/14
374/3 375/5 380/4 384/7 389/13 396/2 409/4
431/20 431/25 432/18 432/21 457/9 508/5
reading [1] 397/22
reads [1] 409/2
ready [2] 334/8 431/4
real [1] 501/19
realize [1] 468/7
really [1] 503/19
reason [4] 332/9 397/20 485/5 528/9
reasonable [1] 508/14
reasons [2] 397/18 397/19
recall [4] 426/4 426/17 427/18 427/22
receipt [4] 369/24 369/25 378/17 387/25
receive [13] 336/5 337/11 337/14 337/17
339/18 358/20 358/22 361/16 361/20 361/24
375/12 413/6 422/22
received [23] 334/24 337/18 339/3 358/1

358/4 358/8 358/21 363/3 364/6 368/22
369/13 369/20 380/22 381/6 385/20 386/13
386/14 386/16 386/24 387/19 426/19 527/1
527/5
receiver [5] 420/10 421/3 421/7 421/23
422/19
receives [1] 336/15
receiving [1] 363/1
recently [1] 350/1
recess [5] 390/17 430/24 506/13 506/16
507/6
recognizable [1] 365/5
recognize [21] 343/23 347/19 395/17 395/21
396/7 396/13 396/19 415/4 440/12 455/25
456/19 459/7 465/2 466/9 467/13 467/17
469/4 470/2 489/16 523/24 526/14
recognized [1] 467/25
recollection [2] 410/22 416/17
record [76] 331/5 334/2 345/21 352/24
387/25 395/25 395/25 396/10 396/16 396/22
397/15 398/18 398/22 398/24 399/3 399/19
400/4 400/9 400/11 400/17 400/18 400/18
401/2 401/6 401/12 401/13 401/19 402/5
402/9 402/9 402/17 402/18 402/22 402/3
404/23 404/24 405/2 405/3 405/5 405/6
405/12 405/21 405/22 405/23 406/10 406/12
406/15 406/16 407/2 407/3 407/6 407/10
408/6 408/10 408/24 409/12 409/13 413/25
415/21 416/6 416/20 416/24 417/2 417/4
417/5 418/16 423/14 423/15 423/23 431/20
431/21 431/23 435/4 437/20 437/22 468/12
recorded [5] 330/24 415/14 429/11 429/19
429/21
recording [5] 527/12 527/17 527/24 528/6
528/12
records [25] 374/7 393/10 395/5 396/23
397/1 401/24 401/25 403/10 410/25 411/1
413/23 414/1 414/2 414/3 414/8 414/14
415/15 415/18 416/7 424/21 425/10 425/16
427/23 428/1 428/19
red [3] 440/24 441/9 525/18
redacted [2] 397/18 397/19
redactions [4] 397/24 398/1 398/3 398/6
redirect [2] 387/10 387/12
redistributed [1] 357/21
refer [3] 463/19 464/17 483/18
referred [8] 354/12 354/25 360/15 443/23
445/14 473/5 490/16 490/22
referring [13] 336/12 343/5 426/16 447/16
463/19 463/21 480/20 488/17 491/5 491/13
499/25 515/12 516/16
reflect [2] 437/20 437/22
refresh [1] 410/22
refugees [2] 352/15 353/2
regard [3] 380/8 410/3 428/10
regarding [4] 356/5 356/6 356/21 512/4
regardless [1] 336/10
regards [3] 351/24 376/8 377/6
regular [5] 363/17 363/20 365/9 415/20
415/20
regularly [5] 475/2 519/16 520/3 520/3
520/4
regulation [1] 394/7
regulations [1] 354/6
relate [5] 384/21 403/11 404/5 406/21
409/19
related [3] 392/18 463/12 491/1
relates [7] 384/22 398/17 398/20 404/23
404/24 406/11 406/12
relation [3] 467/19 486/14 487/8
relationship [21] 342/21 356/2 356/3 356/4
357/1 357/1 359/1 359/1 359/2 372/6 372/8
375/2 439/6 440/13 442/20 452/17 473/23

479/22 480/5 480/6 520/14
relationships [5] 373/20 373/22 374/21
440/16 472/24
relative [15] 353/17 354/19 354/21 354/23
354/24 355/5 355/14 355/16 356/2 365/25
371/1 463/10 463/13 476/14 476/16
relatives [1] 438/6
relaxed [1] 520/13
release [1] 374/6
relevant [6] 370/12 372/4 372/17 390/1
432/11 457/20
rely [3] 340/5 359/6 359/12
relying [2] 359/9 370/4
remain [3] 337/13 434/7 434/9
remaining [1] 404/13
remember [25] 334/22 389/11 416/12 448/9
451/21 453/19 454/25 461/24 477/12 482/1
482/4 487/23 491/23 496/11 502/20 510/1
513/8 514/17 514/19 514/21 515/9 517/3
517/14 517/18 528/25
remind [1] 505/17
reminding [1] 521/25
remove [1] 368/19
removed [4] 337/2 337/6 337/9 337/10
renewed [2] 336/21 336/22
rent [1] 346/10
repeat [3] 451/15 458/21 478/11
report [5] 347/10 347/12 347/23 347/23
382/1
reporter [10] 330/21 330/21 349/2 350/19
351/1 352/23 368/12 371/5 371/20 391/21
represent [14] 332/4 417/10 417/17 418/1
419/5 419/6 419/25 420/18 422/18 428/11
428/14 428/15 439/2 440/8
represented [5] 417/3 417/6 419/23 420/9
422/6
represents [1] 417/14 417/18 418/13 418/24
420/19 421/12 421/13 421/21 421/22 422/8
422/19
request [16] 332/11 341/15 341/17 342/5
342/8 342/10 343/17 344/19 357/10 360/11
376/1 410/12 410/18 410/19 410/24 415/13
requested [2] 411/2 412/11
requesting [3] 335/15 335/20 363/2
requests [2] 341/19 392/22
require [5] 357/2 375/17 375/20 376/4
415/17
required [11] 354/6 355/25 356/23 357/11
378/20 382/25 413/6 413/15 413/18 413/20
414/20
requirement [1] 413/17
reside [1] 355/13
resident [2] 354/11 395/2
residing [1] 362/4
respect [6] 414/1 431/7 443/3 443/16 476/22
488/12 491/10 494/19
respond [2] 503/11 517/4
responded [1] 341/17
responding [1] 341/15
response [6] 341/4 342/10 392/21 446/5
447/7 464/10
responsibilities [3] 352/12 412/15 511/8
responsible [1] 352/4
rest [1] 486/14
restful [1] 529/6
result [1] 415/12
results [6] 425/7 427/18 428/12 428/15
428/24 429/3
resume [4] 430/15 508/19 519/16 529/5
resumes [1] 509/4
retain [1] 401/25
retained [1] 394/15
return [8] 353/3 359/22 390/8 391/2 473/25

# R

return [13] 349/6 512/10 512/13
returned [2] 474/3 474/6
returns [1] 495/5
review [14] 348/3 358/17 359/3 363/13
364/21 380/18 381/15 383/14 383/22 383/25
385/18 385/23 385/24 415/8
reviewed [5] 381/14 383/9 386/4 386/6
388/21
reviewing [6] 358/23 358/24 358/25 381/18
386/5 387/23
reviews [3] 359/16 359/20 361/12
Reza [1] 489/18
RICHARD [2] 330/15 331/6
right [129] 333/24 345/4 345/6 349/4 350/7
350/15 350/22 352/20 355/5 358/13 361/10
363/9 364/13 367/23 369/9 369/24 372/19
372/24 373/7 373/25 378/14 378/17 378/21
379/4 379/8 379/11 379/15 379/18 379/23
380/3 380/13 380/19 381/15 381/18 381/19
382/2 382/9 382/15 383/2 383/7 383/10
383/16 383/19 383/20 383/23 384/1 384/6
384/8 384/11 384/14 384/19 385/1 385/4
385/16 386/7 386/11 386/14 388/10 388/14
388/23 390/12 391/15 398/10 400/23 410/6
410/25 421/16 423/5 426/11 426/18 426/23
427/1 427/6 427/9 427/12 427/21 427/24
429/17 430/4 431/3 431/13 431/18 432/24
433/1 433/17 433/22 434/20 437/8 440/18
445/1 454/19 457/6 457/21 458/14 459/1
459/12 460/4 460/12 465/22 465/25 472/16
473/3 473/20 480/19 488/22 491/6 491/8
493/25 499/8 504/3 504/23 506/15 506/22
508/8 508/13 508/18 509/20 524/22 525/18
526/7 527/14 527/19 527/25 528/1 528/7
528/14 529/3 529/12 529/17
right-hand [3] 369/9 524/22 525/18
rise [3] 331/2 334/3 434/13
RMR [1] 330/21
rodeo [1] 333/11
role [1] 342/17
romantically [4] 471/22 471/23 471/25 472/1
room [11] 437/4 477/18 486/24 487/2 492/13
492/15 492/23 493/5 499/18 499/19 499/21
rounds [2] 432/3 457/13
Rukhsana [5] 337/18 339/15 472/7 472/8
473/8
run [2] 425/16 428/19

# S

S-H-A-L-W-A-R [1] 446/6
S-H-O-S-H-I [1] 463/9
sad [1] 525/11
saeem [1] 494/17
safety [4] 335/5 336/8 338/8 338/18
said [44] 332/18 333/9 333/21 333/21 381/21
385/12 410/4 420/25 424/20 427/11 429/3
429/6 432/15 432/16 432/17 443/16 445/1
468/15 473/2 473/5 474/3 478/12 482/12
484/7 488/21 491/20 491/25 493/3 493/24
494/19 503/3 503/8 503/15 504/1 504/1
504/2 504/6 511/7 513/17 515/15 515/21
516/23 517/5 528/13
said/she [1] 333/21
Sain [9] 488/2 493/24 494/2 494/4 494/6
494/8 494/8 494/11 494/12
same [16] 366/3 384/1 384/4 384/4 400/20
409/20 410/12 414/20 424/25 425/21 427/20
428/16 461/5 466/12 476/15 511/18
saw [7] 372/19 382/24 383/9 468/15 471/7
522/7 522/9
say [85] 333/5 343/5 348/23 349/6 353/8

355/20 356/3 359/25 360/9 360/19 361/5
368/6 371/11 372/12 381/4 382/9 382/20
386/1 406/20 414/6 416/12 418/16 419/7
419/1 420/21 421/2 422/11 423/15 423/23
425/2 425/14 426/16 427/14 428/6 432/15
437/6 438/3 442/8 445/8 446/1 454/11 458/2
458/5 460/6 462/20 463/6 469/24 471/4
471/18 474/3 475/6 476/16 477/4 477/19
477/21 478/6 478/17 479/7 481/6 481/15
481/20 485/8 489/22 495/12 496/20 500/18
500/24 501/16 505/9 505/11 511/1 513/13
514/2 515/14 516/7 516/12 516/16 517/2
517/14 520/7 520/25 521/13 521/20 527/6
528/3
saying [5] 366/15 393/13 429/14 500/20
510/21
says [11] 345/22 369/23 371/18 373/13
375/22 375/23 384/13 384/16 397/15 399/25
419/2
scared [2] 501/18 503/18
scenario [1] 362/3
scenarios [1] 360/20
scheduled [3] 400/2 513/11 514/4
SCHMID [1] 330/21
school [22] 403/21 446/17 446/19 448/14
448/18 448/22 448/24 448/25 449/5 449/7
449/8 449/25 449/25 450/11 450/17 450/19
450/23 450/25 451/2 451/12 452/1 520/8
screaming [1] 501/15
screen [24] 343/18 365/21 383/23 415/1
416/25 438/10 439/19 456/2 456/5 456/6
459/6 459/13 465/1 465/7 465/13 467/12
467/20 468/12 512/18 523/20 526/13 527/14
527/19 528/1
screens [2] 347/14 397/13
scroll [8] 416/24 419/4 419/21 421/11 422/5
422/17 423/14 423/16
search [31] 342/18 342/25 343/1 343/2 343/3
343/8 343/11 343/13 344/2 344/20 346/5
393/20 394/25 395/1 395/5 395/7 395/8
410/5 410/16 410/20 410/25 411/1 424/24
425/7 425/10 425/17 425/21 426/16 426/18
428/3 428/19
searchable [1] 426/22
searched [6] 410/10 426/25 427/3 427/6
427/8 427/10
searches [1] 427/15
searching [1] 394/19
seat [1] 433/18
seated [17] 331/9 331/12 331/15 333/24
334/8 350/24 391/1 391/10 431/3 434/7
434/10 434/16 434/16 437/14 525/15 526/5
526/7
second [24] 363/8 366/3 366/4 373/2 375/21
389/8 400/14 419/18 423/23 428/8 434/8
437/19 437/19 459/4 459/11 467/10 468/23
469/21 470/8 499/5 501/25 502/7 510/21
527/13
secret [3] 475/8 475/9 475/11
secretly [1] 475/12
section [12] 346/2 349/6 360/13 370/8
370/18 372/13 372/13 373/9 373/12 375/21
376/10 527/11
security [18] 336/9 351/14 351/16 351/23
351/24 352/1 352/7 360/14 380/13 392/18
397/18 397/19 412/6 412/16 488/14 488/15
493/24 494/2
security-related [1] 392/18
see [66] 340/19 340/24 349/21 357/3 367/2
368/20 369/16 372/3 372/16 376/22 390/16
403/15 403/25 415/1 415/2 417/7 419/13
420/16 425/21 430/17 430/23 437/4 437/9
438/25 439/21 440/25 441/5 441/9 441/10

441/13 441/19 441/21 442/3 442/4 442/23
443/11 453/9 453/13 455/25 456/1 456/10
456/19 457/7 459/11 459/15 465/19 467/11
467/25 468/7 468/8 468/11 468/13 468/25
470/10 470/25 472/13 472/16 472/18 484/22
515/22 515/24 515/25 515/25 515/25 523/22
529/17
seeing [1] 470/21
seeking [2] 357/5 374/9
seeks [1] 373/21
seem [1] 333/6
Seemab [10] 337/17 339/15 339/19 463/1
463/2 473/15 473/17 473/18 474/8 474/17
seems [5] 332/22 333/16 366/19 366/20
469/13
seen [9] 349/16 387/25 415/6 456/21 471/2
471/4 471/4 522/14 526/21
sees [1] 359/20
send [11] 359/24 379/10 379/14 379/17
379/22 413/6 413/8 413/12 417/18 420/3
420/6
sender [9] 414/17 418/8 418/11 418/14
418/20 419/6 419/25 420/13 422/11
sender's [1] 414/19
sending [2] 413/1 428/13
senior [1] 412/13
sense [1] 508/13
sent [17] 357/17 357/20 359/3 380/17 380/18
381/15 417/19 417/23 421/25 422/10 422/12
423/18 424/1 424/9 426/18 429/18 429/20
sentence [1] 389/13
separately [2] 512/22 513/1
September [2] 342/9 402/25
September 18 [1] 402/25
September 2013 [1] 342/9
series [3] 462/8 462/9 527/7
serious [3] 475/24 476/1 503/17
servant [3] 488/5 488/7 488/8
server [1] 414/4
service [21] 357/21 357/23 358/5 358/13
358/15 358/16 358/16 358/23 359/22 360/10
361/24 370/3 378/24 380/8 381/16 386/3
386/12 386/19 386/20 387/2 389/6
services [10] 351/15 351/18 353/12 359/15
359/20 360/3 361/12 363/17 374/8 412/4
set [2] 482/3 482/12
several [3] 366/7 392/18 412/25
Shahzad [9] 441/21 441/23 461/14 463/20
463/22 480/17 480/19 480/22 481/1
Shakeel [15] 428/20 436/7 436/9 441/12
442/8 447/16 455/6 455/7 455/12 460/20
460/21 468/4 468/8 528/13 528/16
Shakes [1] 465/14
shall [1] 457/9
shalwar [3] 445/25 446/1 446/8
shape [2] 404/17 404/18
share [1] 487/2
she [18] 332/12 332/13 332/16 332/16 333/1
333/19 333/21 339/16 370/10 370/18 433/13
436/20 442/17 466/2 487/9 498/5 498/13
513/22
she's [2] 371/1 456/5
shift [1] 448/9
shirt [3] 446/9 446/10 467/23
shoes [1] 502/4
Shoshi [3] 463/5 463/7 463/8
shot [1] 470/2
should [6] 331/21 370/8 456/6 479/16 479/18
502/2
shouldn't [1] 478/9
show [25] 364/8 366/1 395/9 395/16 399/2
400/4 400/17 401/12 401/24 402/7 405/5
405/21 408/16 408/24 414/22 419/21 426/8

show.... [8] 451/8 453/7 438/11 439/6 455/23
464/22 523/16 526/9
showed [2] 343/13 344/21
showing [17] 343/22 347/18 348/20 396/5
396/11 396/17 400/14 401/11 425/11 427/23
472/9 472/10 524/16 525/12 525/20 525/25
526/12
shown [13] 348/18 364/11 399/11 400/11
402/17 402/17 403/2 406/15 407/1 407/10
408/8 432/1 457/11
shows [1] 409/12
Shujat [63] 335/1 337/14 337/17 338/1
338/24 339/3 339/10 339/14 339/19 340/8
462/18 462/20 462/23 463/4 463/10 463/24
470/25 471/2 471/7 473/2 474/12 474/18
474/24 475/8 475/17 475/21 475/23 476/17
476/19 476/22 478/10 478/12 478/13 478/16
479/3 479/5 479/20 480/12 481/2 481/9
481/13 482/3 482/13 484/13 495/8 495/20
495/23 496/5 496/7 496/8 496/9 497/6 497/9
497/18 497/19 500/7 500/12 500/18 504/2
514/9 519/14 519/16 520/23
Shujat's [20] 462/17 462/20 462/25 463/15
464/1 464/15 469/6 469/7 472/2 472/24
473/12 474/7 477/2 477/5 478/7 479/16
480/23 486/19 486/21 523/14
sibling [2] 354/17 436/2
siblings [9] 436/1 438/6 444/12 445/1 447/14
447/16 455/4 472/24 475/20
sic [4] 368/13 423/10 432/8 442/12
side [7] 366/20 367/6 414/19 414/20 459/12
525/16 525/18
sides [3] 332/19 432/13 433/1
sideways [1] 366/17
sign [10] 344/21 363/9 377/3 377/20 458/15
508/4 510/24 510/25 511/3 511/7
signatory [3] 377/7 377/13 389/20
signature [11] 336/7 344/4 345/16 345/22
345/24 375/4 375/7 375/23 376/21 376/22
385/4
signed [8] 343/16 344/3 376/25 377/8 377/13
377/16 431/22 431/23
significance [4] 374/11 374/17 389/21 400/1
significant [16] 335/9 335/10 335/11 335/15
336/2 336/15 336/19 337/11 337/15 337/19
340/11 370/21 376/11 376/23 377/2 377/7
signs [1] 389/20
similar [4] 364/2 383/18 383/18 499/2
simple [3] 332/24 518/13 518/20
simply [3] 333/7 333/17
since [4] 334/12 392/15 410/24 430/13
sir [27] 331/11 331/12 331/14 333/24 341/21
350/14 365/13 390/15 391/19 397/5 402/17
403/22 403/23 406/6 410/2 410/7 416/17
426/10 431/17 457/5 457/24 458/17 507/3
509/3 509/15 527/2 529/16
sister [16] 337/17 337/17 339/19 359/2
442/11 458/22 498/2 498/3 498/11 500/3
501/5 501/14 503/1 515/7 516/11 516/11
sister's [8] 466/12 466/18 469/25 470/24
471/7 473/11 473/25 480/5
sisters [21] 436/3 436/6 439/25 440/2 451/13
451/20 452/1 452/6 452/10 452/13 461/1
462/11 462/23 462/25 463/15 472/3 473/3
473/12 474/7 503/21 511/17
sisters' [3] 511/19 511/23 518/18
sit [11] 334/10 380/25 381/11 391/19 411/14
434/7 434/19 497/15 505/18 506/18 510/10
sitting [4] 437/15 437/16 477/17 491/17
situation [2] 362/11 377/19
six [1] 346/18

skip [1] 366/7
sleep [1] 494/9
slept [1] 486/25
slightly [1] 421/24
slow [2] 352/19 409/2
slowly [4] 350/25 373/17 409/4 499/14
small [3] 428/11 429/3 449/15
smaller [1] 440/10
snake [1] 411/17
so [111] 332/7 333/11 333/13 335/23 339/13
341/23 343/5 346/9 349/9 349/23 352/19
353/8 356/3 356/20 356/25 359/2 359/9
360/9 362/3 364/11 365/23 366/7 366/13
366/17 366/23 368/19 371/18 380/16 382/16
382/17 384/15 384/24 386/13 394/8 395/15
397/8 398/3 400/12 401/24 403/20 403/25
409/16 414/16 416/4 417/8 417/13 417/19
417/22 419/1 420/1 420/6 422/11 422/14
422/19 422/21 423/2 423/7 425/14 427/14
428/1 429/14 431/23 432/24 433/10 433/12
434/10 437/8 440/18 442/8 443/22 444/3
444/23 451/12 451/17 454/11 455/7 455/25
456/18 460/20 467/7 471/16 473/2 476/24
477/6 477/8 481/11 482/25 483/22 483/24
487/10 491/5 491/5 491/25 492/15 494/18
496/16 496/20 500/21 503/2 505/5 508/13
509/18 510/11 511/23 518/19 519/7 520/8
520/20 521/20 522/14 529/2
social [1] 450/23
sole [1] 384/22
solely [4] 413/3 432/8 432/12 457/17
some [43] 331/22 333/10 333/18 334/7 334/9
335/20 338/5 340/16 340/21 355/12 358/20
380/5 387/14 387/25 388/6 389/9 391/22
397/20 413/15 417/13 419/8 433/18 435/16
443/21 450/5 450/25 453/6 453/8 454/1
463/14 463/25 471/22 475/23 476/18 485/7
486/3 498/25 513/5 513/5 516/2 519/23
521/4 528/9
somebody [9] 355/7 357/4 375/9 375/14
376/9 377/7 377/20 397/24 521/3
somehow [1] 385/22
someone [29] 335/19 336/1 336/15 336/23
342/19 376/18 377/12 379/10 380/18 381/7
381/21 381/25 384/24 397/20 423/16 423/24
424/6 427/11 428/20 429/14 429/18 430/4
454/2 454/9 488/2 489/18 490/16 490/22
516/3
someone's [1] 382/14
something [8] 333/8 356/8 381/22 429/19
456/21 464/17 469/13 493/12
sometime [1] 430/14
sometimes [9] 392/8 394/11 394/25 395/3
413/19 413/22 427/11 443/14 450/2
somewhere [3] 454/11 474/9 474/11
son [7] 342/23 441/23 442/14 461/15 461/19
470/15 505/1
soon [3] 386/6 386/16 499/4
sorry [49] 349/8 349/24 358/18 367/11
371/12 371/13 371/14 374/23 378/13 381/13
383/13 386/20 395/13 451/15 452/23 454/4
456/4 465/5 471/13 471/24 472/10 473/16
474/20 475/10 476/3 478/11 480/2 482/17
486/9 488/6 488/24 489/8 494/11 494/24
496/2 496/19 496/23 497/12 500/10 501/8
502/23 504/14 510/17 514/13 518/6 523/10
523/20 526/18 527/21
sort [13] 332/4 332/6 388/13 451/2 467/22
467/23 469/22 471/5 491/13 491/17 495/4
527/7 528/8
Sosinksy [1] 332/11
SOSINSKY [3] 330/17 331/10 333/2
sounds [1] 337/25

source [1] 394/2
sources [1] 394/2
space [2] 446/6 490/21
speak [15] 375/14 391/20 398/5 411/16
428/18 434/24 437/8 443/6 447/6 466/7
491/18 497/15 499/14 520/15 522/1
speaking [7] 332/17 355/24 356/18 358/24
412/22 414/13 415/10
Special [2] 331/7 335/22
specific [4] 356/20 356/25 373/12 459/25
specifically [3] 351/20 362/3 373/9
spell [15] 344/24 350/18 350/25 368/12
371/4 371/20 391/21 411/8 423/9 435/4
446/3 449/3 463/8 464/13 489/22
spelled [2] 351/5 371/21
spelling [1] 345/1
spellings [1] 400/21
spoke [1] 447/5
spoken [1] 334/11
spousal [4] 356/3 357/1 359/1 372/8
spouse [3] 354/16 356/5 442/4
spreadsheet [6] 415/12 415/15 416/10
416/21 416/25 417/8
spring [1] 477/14
stamp [2] 385/15 389/7
stand [11] 333/25 334/12 350/22 433/14
506/22 506/23 508/24 509/4 509/14 529/10
529/13
Standard [8] 414/11 418/25 421/9 429/7
429/9 429/15 429/16 522/17
standing [3] 467/21 467/22 524/25
stands [1] 421/18
stapled [1] 367/22
start [16] 334/8 395/20 397/11 417/16
437/17 444/3 448/13 450/5 450/19 450/21
458/20 467/6 474/25 485/22 520/3 529/6
started [8] 335/8 433/20 450/24 451/1
475/19 520/1 520/2 521/22
starting [4] 362/11 373/14 430/13 451/2
startled [1] 434/11
state [14] 331/4 338/5 341/19 350/24 362/9
370/15 375/7 382/6 382/7 388/13 391/21
419/20 422/10 435/4
stated [3] 374/10 399/23 423/4
statement [5] 332/25 333/18 363/10 376/15
431/21
statements [2] 331/24 377/10
states [105] 330/1 330/2 330/10 330/12 335/2
335/12 335/13 336/6 336/9 336/13 336/16
336/24 337/1 337/3 337/6 337/12 337/22
338/2 339/2 339/4 339/11 340/13 340/23
351/17 353/3 353/12 353/22 354/5 355/8
355/10 355/11 355/13 355/17 355/21 356/15
357/4 357/5 360/8 360/9 362/4 362/14
363/16 370/11 372/1 372/2 374/2 374/5
374/15 380/12 388/9 388/15 388/19 389/14
393/15 393/16 393/25 394/1 394/9 399/7
400/19 401/7 401/13 401/20 402/23 403/8
405/7 405/17 405/24 406/7 406/19 407/17
408/13 408/17 408/25 409/5 409/16 413/3
419/17 428/24 435/16 435/20 435/22 436/17
438/2 438/3 444/11 446/24 446/25 447/8
447/24 448/6 448/8 449/17 451/18 452/2
452/8 452/16 453/10 512/11 512/13 512/16
518/5 518/7 521/8 521/11
status [5] 336/23 336/25 337/12 355/17
370/7
stay [21] 336/16 340/12 340/13 340/17
340/23 465/21 465/23 483/5 483/15 485/7
485/10 488/10 494/4 494/5 495/5 496/16
501/1 509/19 512/7 528/16 528/21
stayed [2] 487/13 520/9
stenography [1] 330/24

# S

**step** [11] 350/14 354/7 354/7 357/25 358/10
388/13 390/5 390/11 411/5 430/9 505/21
**stepped** [1] 529/10
**steps** [2] 353/21 413/13
**still** [4] 345/8 367/18 400/21 402/8
**stip** [1] 431/11
**stip/limiting** [1] 431/11
**stipulated** [6] 332/14 332/20 333/7 333/17
457/8 457/8
**stipulation** [6] 332/24 431/19 431/24 431/25
432/25 508/5
**stop** [9] 385/22 468/22 501/6 501/12 508/14
508/15 508/16 508/18 528/7
**stopped** [1] 501/5
**stopping** [1] 508/16
**storage** [1] 493/4
**store** [2] 413/22 414/2
**stored** [5] 413/25 414/3 414/4 414/6 414/8
**storeroom** [7] 492/24 492/25 494/20 499/22
502/6 503/25 504/9
**stores** [1] 414/14
**storing** [1] 414/11
**strap** [1] 495/2
**street** [2] 422/14 471/5
**strict** [4] 504/13 504/15 504/17 520/12
**studies** [1] 479/16
**stuff** [2] 347/8 493/4
**style** [1] 383/18
**subject** [10] 400/19 400/20 401/14 403/3
405/3 405/12 408/18 409/1 409/6 409/13
**subject's** [1] 398/22
**submission** [1] 378/11
**submit** [3] 356/23 356/24 383/5
**submits** [1] 362/21
**submitted** [10] 356/11 357/11 358/7 358/7
359/7 370/16 372/5 377/5 387/15 387/18
**submitting** [2] 371/1 389/17
**subpoena** [8] 412/9 415/12 425/24 426/2
426/5 426/8 428/3 428/5
**subpoenas** [2] 412/7 412/17
**subsequent** [1] 402/1
**such** [6] 333/6 415/17 432/5 432/10 457/15
457/19
**suggested** [1] 431/6
**suitcase** [1] 497/2
**suitcases** [1] 493/4
**summary** [1] 332/7
**summer** [4] 453/25 462/1 462/2 497/25
**supplemental** [1] 365/3
**supporting** [10] 356/23 357/15 359/12 360/5
370/12 372/3 372/16 375/1 378/18 381/18
**supposed** [1] 367/20
**sure** [35] 336/8 350/10 350/20 351/2 357/17
358/25 361/2 364/20 366/25 367/5 369/14
370/18 371/6 371/17 371/21 373/12 373/16
374/4 374/25 379/2 379/24 380/4 380/10
381/19 382/19 388/10 411/9 431/20 433/16
451/16 468/6 483/3 483/4 493/12 512/20
**surprised** [3] 482/12 485/15 485/16
**surviving** [3] 335/2 337/14 338/24
**suspect** [1] 430/14
**suspected** [2] 360/20 361/4
**switch** [1] 467/7
**sworn** [4] 350/23 391/17 411/12 434/21
**system** [13] 393/22 393/23 393/24 394/3
394/4 394/5 394/5 397/2 397/2 397/21
397/22 426/21 486/10
**systems** [2] 392/19 397/17

# T

**T-A-H-S-E-E-N** [2] 441/3 442/9

**T-A-S-N-E-E-M** [1] 442/14
**T-A-S-N-E-E-N** [1] 436/11
**T-E-Z-E-E-M** [2] 441/5 442/17
**T-E-C-S** [1] 393/21
**table** [3] 437/16 437/17 467/2
**Tahseen** [7] 441/3 442/9 455/6 455/9 455/12
460/20 460/21
**take** [33] 345/11 347/3 364/18 379/8 381/2
381/8 386/6 390/6 400/10 403/18 413/13
414/25 416/19 430/14 433/25 437/10 438/12
455/20 456/7 462/7 462/10 462/13 463/15
472/22 486/22 505/24 506/12 506/16 507/4
517/6 517/8 522/2 528/19
**taken** [1] 384/3
**takeover** [1] 333/12
**takes** [4] 382/11 388/7 464/6 464/7
**taking** [3] 483/12 495/4 502/5
**talk** [25] 333/8 349/2 390/7 412/18 417/2
429/1 474/6 474/9 476/12 476/18 476/21
477/2 477/4 477/10 479/11 479/18 497/5
497/9 503/2 505/5 506/16 515/10 519/14
522/25 529/5
**talked** [2] 477/12 522/18
**talking** [16] 348/24 352/18 373/11 386/18
444/3 445/8 473/10 485/1 493/17 497/18
500/7 509/25 516/2 516/3 519/16 520/3
**talking to** [1] 516/2
**tall** [2] 493/17 493/19
**Taller** [2] 493/20 493/22
**Tasneem** [7] 436/7 441/12 442/14 455/12
**Tasneen** [1] 436/11
**taxi** [1] 448/7
**Tazeem** [4] 441/4 442/17 447/17 488/22
**team** [2] 412/7 412/17
**techie** [1] 398/3
**technical** [2] 334/7 509/14
**technician** [1] 465/22
**technicians** [1] 509/13
**TECS** [14] 393/21 393/23 393/24 394/3
394/4 394/15 394/19 397/1 397/2 397/21
399/3 400/9 400/11 410/10
**telephone** [11] 333/1 344/23 346/9 346/11
347/2 347/6 347/8 347/24 487/21 487/23
494/3
**tell** [25] 380/6 380/21 389/3 397/15 409/11
418/12 421/12 421/19 425/19 443/8 455/15
459/22 475/19 475/20 479/2 485/4 496/24
499/17 502/25 503/21 503/24 505/3 513/21
514/11 514/14
**telling** [2] 516/12
**tells** [2] 381/11 387/7
**temporary** [1] 335/13
**ten** [5] 389/14 436/10 454/3 454/5 454/6
**tend** [1] 409/3
**term** [7] 336/24 360/24 443/8 443/16 443/17
443/20 445/16
**terminated** [3] 332/17 333/1 333/4
**terms** [8] 340/22 379/7 381/11 381/18 384/14
393/9 425/20 428/12
**terribly** [1] 509/19
**testified** [4] 391/18 411/13 426/21 428/7
**testify** [1] 412/19
**testifying** [7] 334/19 337/15 348/1 363/14
364/23 410/3 410/8
**testimony** [6] 334/11 363/12 416/9 424/20
432/9 457/18
**text** [2] 345/9 346/10
**than** [30] 332/16 333/13 346/14 346/16
375/24 377/7 377/12 384/16 413/14 413/16
419/10 421/25 428/22 429/15 432/21 436/9
436/11 436/13 436/15 449/8 461/7 464/17
483/1 483/8 486/17 486/18 490/23 493/22
498/7 501/21

**thank** [53] 334/6 334/14 334/16 342/2 346/3
348/15 349/24 350/14 350/21 351/3 351/6
351/8 352/9 364/15 367/25 373/6 384/24
387/9 390/5 390/8 390/9 390/11 391/9 392/5
393/17 393/19 397/10 398/13 404/8 404/16
411/5 411/23 423/12 430/6 430/10 431/16
432/20 434/15 434/23 443/5 456/15 458/18
467/4 491/19 506/17 506/24 509/5 509/11
509/15 509/17 509/22 527/23 528/5
**thanks** [2] 390/16 434/4
**that** [836]
**that they** [1] 500/11
**that's** [81] 332/23 333/7 333/16 333/19
341/25 342/7 345/6 348/23 349/14 349/16
353/25 355/23 357/23 358/6 359/7 359/13
362/7 363/1 363/21 365/6 365/18 367/1
368/6 372/25 373/24 374/10 375/21 377/17
379/12 380/2 380/3 380/13 382/3 382/25
383/4 383/22 384/25 386/17 387/15 387/23
388/4 388/11 388/24 389/21 399/1 404/17
420/24 423/6 424/13 428/5 431/13 432/18
432/18 446/4 454/18 458/8 459/10 461/15
464/4 464/8 467/16 470/5 470/14 470/23
474/19 474/21 481/9 490/20 508/20 520/21
524/21 524/24 525/1 525/4 526/17 526/19
527/15 527/20 527/22 528/2 528/3
**their** [32] 335/5 338/3 338/8 338/18 339/11
340/5 340/18 342/6 343/2 353/3 356/5 356/6
356/21 357/7 361/21 363/4 363/9 372/17
377/11 377/17 389/6 413/13 413/19 440/16
446/14 452/13 466/12 484/1 484/5 489/1
492/9 511/23
**them** [25] 335/12 340/5 340/12 343/15 362/5
362/16 363/10 375/9 375/15 375/17 376/9
377/20 392/19 395/18 397/22 403/15 412/25
432/24 439/14 466/2 466/15 466/15 467/2
479/17 508/7
**themselves** [3] 380/1 413/16 414/9
**then** [57] 332/6 333/16 335/21 335/24 344/22
352/21 356/4 356/6 357/3 358/5 359/22
360/10 360/17 361/15 361/21 369/23 369/24
377/3 377/14 378/20 380/6 380/18 381/14
381/21 382/1 386/10 391/6 391/21 410/24
413/1 414/17 414/19 419/12 420/7 420/14
421/9 422/10 431/22 433/19 433/19 440/10
441/9 442/17 456/18 465/1 465/11 465/15
481/7 492/15 494/20 500/10 500/13 500/15
508/19 515/18 515/19 520/13
**theoretically** [1] 340/17
**there** [106] 331/22 332/15 332/24 332/25
333/3 333/6 333/17 342/10 342/12 351/21
358/12 360/20 360/21 361/4 363/9 366/9
366/18 366/22 367/1 367/8 370/12 370/14
373/11 373/12 377/19 378/24 382/2 382/2
382/10 382/13 382/13 383/18 383/19 384/11
385/22 386/10 386/16 394/24 400/8 400/21
413/6 413/14 413/15 415/11 416/7 417/17
417/5 417/7 419/12 419/12 426/1 427/22
430/24 432/5 433/13 434/7 434/19 437/15
440/10 443/22 444/10 445/1 445/3 447/13
447/19 451/1 456/3 456/9 456/12 457/14
459/6 460/7 460/25 461/10 465/15 465/21
465/23 468/10 473/24 475/2 479/22 480/14
482/5 482/7 483/17 484/9 492/2 494/5
495/22 497/21 499/23 501/21 504/2 504/25
506/2 506/18 510/13 511/10 517/20 518/17
519/1 519/19 520/9 520/10 528/7 528/9
**there's** [18] 336/5 336/8 357/18 360/21 361/8
376/7 379/3 381/6 384/10 389/5 434/8 441/3
442/3 479/18 500/11 504/1 504/6 523/20
**thereafter** [1] 386/16
**therein** [1] 415/22
**these** [28] 340/7 345/11 347/5 349/9 349/10

**T**

these... [23] 339/16 383/25 395/3 396/23
397/1 397/15 397/22 401/24 406/21 407/17
421/15 423/2 424/21 425/11 427/12 429/1
432/6 447/15 457/15 465/2 488/17 488/18
526/7
they [118] 336/16 336/25 337/2 337/6 337/9
337/10 337/12 337/20 337/22 338/6 338/14
339/1 339/2 339/4 339/4 339/7 339/10
339/18 340/12 340/13 340/14 340/14 340/16
340/18 340/18 340/19 340/20 340/20 340/24
341/15 341/16 345/13 354/9 354/16 355/9
355/10 355/10 355/14 355/15 356/4 356/5
356/6 356/24 358/4 358/22 359/3 360/9
361/16 361/17 361/20 361/21 361/23 362/19
362/21 363/6 363/7 363/9 363/19 364/2
372/14 375/11 375/12 375/13 375/13 375/14
375/17 380/4 384/3 389/22 394/11 395/12
395/14 397/6 397/17 397/19 397/21 397/22
403/11 404/7 407/21 409/3 413/3 413/11
413/12 414/4 414/6 420/14 420/14 421/14
428/11 428/14 428/15 429/7 439/4 451/23
451/25 455/11 461/5 466/11 480/24 487/19
489/3 489/17 500/11 501/6 501/7 501/9
501/15 501/15 504/1 504/2 504/5 504/6
508/6 516/12 517/24 524/1 524/5
they'll [1] 431/23
they're [18] 336/10 340/11 345/4 359/9
374/21 374/21 376/7 380/1 381/15 381/17
439/14 440/17 442/22 466/12 466/17 466/24
524/2 524/11
they've [2] 341/16 377/10
thing [3] 331/18 346/25 493/7
things [15] 334/8 360/6 380/24 381/17
382/24 382/25 383/4 383/12 384/6 426/17
427/15 429/1 432/2 457/11 482/13
think [32] 331/23 333/17 334/8 367/6 378/24
382/24 386/5 388/12 410/8 432/15 459/11
472/14 475/16 476/6 476/9 476/11 476/13
482/5 494/18 501/19 503/16 503/18 508/8
508/10 508/11 511/21 512/7 512/10 512/13
512/25 513/3 529/1
third [3] 405/19 406/1 419/11
this [288]
those [41] 332/4 336/7 336/9 339/20 340/3
341/18 349/11 353/2 360/19 363/25 383/6
387/1 389/25 392/24 393/1 395/17 397/17
410/13 410/25 413/9 413/22 413/23 414/8
419/6 419/10 419/25 428/9 438/25 439/2
439/7 441/5 441/7 444/23 466/9 466/13
509/7 520/17 520/19 522/17 523/22 523/24
though [2] 447/3 450/6
thought [5] 404/3 477/2 477/4 477/8 521/12
thousand [3] 389/14 412/25 413/17
threatened [2] 502/22 502/24
threats [2] 345/14 501/19
three [20] 331/2 373/12 415/11 417/5 418/17
421/15 428/6 429/1 435/7 436/3 436/16
437/18 451/13 451/20 487/9 521/22 522/14
522/17 523/9 523/11
three-year [1] 522/14
through [21] 335/14 336/1 346/25 361/22
362/6 362/19 364/18 379/10 383/13 388/18
403/18 410/14 410/20 413/7 422/5 422/7
428/2 439/10 492/1 495/11 496/10
throwing [1] 469/13
thus [1] 469/4
time [120] 333/4 333/20 339/17 349/12
353/11 355/14 355/17 364/5 365/11 370/16
380/5 380/21 380/23 381/1 381/8 395/6
395/18 410/5 410/19 413/24 414/9 414/11
414/12 418/15 418/24 418/25 419/7 420/1

421/9 425/12 425/22 426/18 427/11 428/2
429/7 429/9 429/11 429/15 429/16 429/24
420/22 432/10 434/1 437/10 444/5 444/10
444/13 447/1 448/8 451/2 451/11 451/14
451/18 451/23 453/5 454/23 455/3 455/21
455/22 457/20 460/17 460/20 460/25 461/5
461/8 473/10 475/2 475/16 475/19 476/5
478/8 479/9 479/11 479/23 480/14 481/16
483/12 483/17 484/9 484/13 484/21 485/7
486/1 487/10 490/5 490/7 490/8 491/14
491/20 495/1 495/6 495/19 495/22 497/17
497/21 498/17 501/17 501/20 501/21 501/23
501/24 501/25 502/3 503/16 503/18 504/25
506/12 511/16 512/3 515/3 518/4 518/18
518/19 519/17 519/19 519/23 520/17 522/9
522/22 528/24
times [12] 347/5 381/12 429/6 432/6 432/11
457/15 457/20 502/20 520/17 520/18 522/18
522/20
tissue [1] 528/8
title [1] 392/10
titles [1] 416/12
today [13] 348/4 364/23 378/25 380/25
410/21 416/9 429/1 437/4 437/10 508/9
508/14 508/18 509/18
together [6] 444/8 479/20 486/11 513/3
520/23 521/4
told [23] 332/16 333/4 333/18 378/16 386/6
472/2 477/18 478/7 478/7 479/15 479/17
481/8 481/10 481/11 485/6 485/9 501/1
503/1 505/12 505/15 513/22 515/15 516/8
tomorrow [5] 508/19 515/17 529/5 529/6
529/17
tone [3] 479/9 485/11 498/12
tonight [1] 515/17
too [4] 339/23 371/13 468/15 485/9
took [10] 332/5 425/14 428/7 428/8 429/12
459/23 461/24 463/25 469/5 477/16
top [3] 387/6 397/16 493/7
Total [1] 339/9
touch [8] 456/5 456/6 474/12 474/18 478/16
481/7 501/10 522/21
touched [1] 366/13
touching [1] 465/13
towards [10] 354/8 370/8 373/2 399/10
467/12 468/12 480/1 480/3 501/2 520/12
tower [1] 494/3
tradition [2] 464/4 464/5
traditional [10] 445/19 449/23 450/6 453/6
453/6 453/8 453/9 453/10 469/16 525/5
traditionally [1] 506/7
trained [2] 393/1 393/3
transaction [14] 413/14 413/16 413/24
414/10 414/15 415/14 418/15 418/22 419/7
419/11 420/21 429/9 429/11 429/14
transactions [13] 414/9 415/11 418/17 419/9
419/10 425/11 425/22 427/12 427/24 428/1
428/7 428/10 429/25
transcript [2] 330/24 332/7
transcription [1] 330/25
transcripts [2] 332/22 333/12
transfer [9] 412/22 414/3 414/16 415/11
417/11 418/2 418/4 418/9 430/4
transfers [5] 412/20 417/3 417/5 420/1 428/1
translated [1] 357/10
translation [1] 368/3
translator [1] 368/9
travel [68] 393/10 393/14 393/24 395/25
395/25 396/10 396/16 396/22 396/23 397/1
398/17 399/3 399/6 399/7 399/17 400/8
400/18 400/18 401/5 401/7 401/13 401/17
401/18 401/20 402/1 402/9 402/13 402/14
402/18 402/23 403/3 403/7 403/9 403/10

405/6 405/8 405/9 405/16 405/17 405/22
405/23 406/3 406/4 406/5 406/6 406/15
406/16 406/18 406/19 407/10 407/12 407/16
407/17 408/1 408/8 408/10 408/12 408/13
408/17 408/20 408/25 409/5 409/8 409/13
409/16 462/4 482/19 483/9
traveled [1] 396/1
traveling [3] 400/5 405/6 405/23
Treasury [1] 393/21
treat [1] 452/21
trial [3] 330/8 331/3 457/20
true [3] 374/5 377/11 478/19
try [11] 456/9 465/9 465/13 466/7 474/22
497/15 505/18 517/10 519/20 519/21 522/1
trying [4] 400/24 471/15 491/18 501/12
TUCKER [3] 330/15 331/7 350/12
turn [5] 347/13 397/12 404/9 408/14 409/3
turned [1] 343/18
trying [3] 367/15 408/22 409/10
TV [2] 453/15 502/1
Twenty [1] 435/7
Twenty-three [1] 435/7
two [34] 332/19 335/5 353/9 357/17 360/6
360/19 370/18 372/9 384/8 388/13 407/19
412/13 419/8 424/11 437/17 444/12 460/25
463/15 465/2 466/9 482/24 483/7 484/24
488/17 488/18 511/17 513/12 513/14 513/17
513/24 518/18 525/15 526/7 528/18
type [16] 332/6 340/21 346/25 347/1 348/20
383/5 383/15 384/1 415/21 419/11 419/16
431/19 432/21 494/21 494/21 495/2
typed [2] 431/12 432/25
types [1] 414/13
typical [13] 454/8 455/16 458/6 460/6 461/7
464/4 470/22 518/11 518/15 518/24 519/2
523/12 525/5
typically [3] 445/24 455/20 511/5

**U**

U-r-d-o [1] 368/13
U.S [46] 330/4 330/16 334/25 335/11 336/12
336/13 338/2 338/13 341/8 341/22 341/23
342/5 342/13 354/11 355/3 374/7 382/1
382/13 392/7 398/9 402/6 417/18 417/20
417/23 420/4 420/6 420/7 421/22 423/18
424/1 424/9 436/24 448/13 449/7 449/8
450/7 451/12 451/21 453/4 453/21 460/22
484/24 495/5 518/18 523/2 528/13
Uh [3] 446/5 447/7 464/10
Uh-hum [3] 446/5 447/7 464/10
ultimately [1] 362/17
unauthorized [2] 397/20 397/23
uncle [47] 443/10 443/17 443/17 443/24
459/10 459/18 461/19 464/21 467/18 467/19
468/13 470/5 473/5 477/20 477/21 477/21
483/20 483/20 490/20 490/25 492/13 492/21
494/20 501/22 501/25 504/8 504/9 504/18
504/19 505/6 505/7 515/1 515/3 515/10
515/12 516/13 516/15 516/16 517/1 517/16
520/12 522/25 524/24 525/17 527/15 528/2
528/3
uncle's [1] 492/16
uncles [1] 443/17
uncles' [1] 444/12
under [10] 337/2 354/6 362/21 363/24 374/4
374/4 377/15 399/19 441/12 441/21
underlying [1] 332/5
underneath [4] 369/24 375/4 375/25 398/24
understand [10] 364/2 375/13 383/15 397/21
425/4 454/1 491/17 494/11 504/5 504/7
understanding [6] 341/21 341/25 342/4
381/5 472/24 521/11
understood [2] 332/21 410/8

## U

uniform [1] 449/25
Union [24] 412/4 412/5 412/20 413/7 413/10
413/19 413/22 414/2 414/14 415/15 415/21
416/8 418/5 418/10 418/19 420/12 422/8
422/22 424/24 425/6 425/11 426/22 429/15
429/25
Union's [1] 422/3
unit [3] 351/23 360/12 360/15
UNITED [103] 330/1 330/2 330/10 330/12
335/2 335/12 335/13 336/6 336/9 336/13
336/16 336/24 337/1 337/3 337/6 337/12
337/22 338/2 339/2 339/4 339/11 340/13
340/23 351/17 353/2 353/12 353/22 354/5
355/8 355/10 355/11 355/13 355/17 355/21
356/15 357/4 357/5 360/7 360/9 362/4
362/14 363/16 370/11 371/25 372/2 374/5
374/15 380/12 388/9 388/15 388/18 393/15
393/16 393/25 394/1 394/9 399/7 400/19
401/7 401/13 401/20 402/23 403/7 405/7
405/17 405/24 406/6 406/19 407/17 408/13
408/17 408/25 409/5 409/16 413/3 419/17
428/24 435/16 435/20 435/22 436/17 438/2
438/3 444/11 446/24 446/25 447/8 447/24
448/6 448/8 449/17 451/18 452/2 452/8
452/16 453/16 512/10 512/13 512/15 518/5
518/7 521/8 521/11
until [10] 380/23 381/6 388/8 395/8 410/15
437/25 465/23 491/20 509/18 529/20
unusual [1] 484/22
up [68] 332/6 333/19 333/20 333/25 340/20
365/23 367/7 367/21 385/12 387/16 389/14
389/15 393/14 396/4 403/20 410/15 411/18
413/2 413/12 414/21 420/10 420/15 420/20
421/4 421/14 422/20 423/20 424/3 424/11
431/19 432/21 432/22 432/25 434/7 434/25
437/25 439/19 444/7 444/11 444/23 445/5
445/18 445/21 446/16 456/7 460/18 465/3
465/7 465/10 465/22 465/23 466/7 469/22
474/22 481/17 482/3 482/13 491/17 497/15
501/2 503/12 505/18 509/6 509/8 509/20
510/11 522/1 527/9
upon [6] 337/10 340/12 376/13 378/17
385/11 431/22
upper [2] 369/8 525/18
upright [1] 366/19
upset [2] 479/10 513/25 519/11 519/12
upside [2] 366/12 383/14
upwards [1] 381/8
Urdu [2] 368/11 372/19
us [39] 336/8 343/1 343/1 343/5 357/15
365/22 368/25 372/10 373/14 374/3 374/14
374/20 375/2 375/22 376/5 376/5 376/6
378/16 379/11 380/6 380/16 380/21 381/10
386/6 388/2 397/15 412/10 419/19 421/12
421/20 426/14 472/2 479/2 480/9 485/4
499/17 502/25 505/3 513/21
USA [1] 331/3
USB [1] 346/25
USCIS [25] 353/24 354/3 354/22 355/25
356/13 357/16 358/21 359/5 365/6 368/24
369/11 369/13 370/21 373/20 373/21 374/11
374/17 376/4 376/11 376/23 377/12 380/22
388/4 388/16 389/22
USCIS' [1] 374/24
use [8] 339/21 389/1 425/3 465/4 495/12
495/17 497/3 497/7
used [8] 344/6 344/18 346/6 348/21 443/17
443/20 447/5 447/6
using [7] 332/3 344/23 347/4 347/25 389/17
414/12 418/25
usually [4] 336/20 343/3 357/23 511/18

## V

vacation [1] 449/25
Vader [2] 352/18 409/4
valid [3] 372/9 374/21 375/1
validity [1] 373/21
value [1] 505/12
variety [1] 460/7
various [6] 386/10 412/7 416/5 416/23 417/7
439/20
Vehicles [1] 345/4
verbiage [1] 384/14
verifies [2] 373/20 420/14
verify [5] 374/14 374/20 375/2 400/21
413/13
version [2] 431/22 439/11
versus [2] 330/4 331/3
very [13] 348/18 384/4 384/4 428/16 430/6
434/23 452/18 452/19 458/8 473/22 480/1
480/3 509/5
vetting [3] 336/1 336/5 382/13
video [34] 431/7 457/1 457/7 458/3 458/14
458/20 458/21 459/2 459/19 459/20 459/22
460/4 460/9 467/9 467/17 467/25 468/12
468/20 468/21 468/22 469/4 469/5 469/11
469/20 470/7 470/19 524/2 526/17 526/19
527/12 527/17 527/24 528/6 528/12
videos [3] 432/6 457/15 527/7
videotape [2] 432/2 457/11
village [9] 435/14 443/22 446/14 446/21
446/21 446/22 449/15 455/19 458/6
violated [2] 432/7 457/16
violation [1] 377/22
Virginia [1] 488/19
visa [17] 340/21 361/16 361/20 361/21 362/6
362/11 362/16 381/1 381/7 381/23 382/15
388/8 388/12 388/17 511/21 511/22 511/24
visas [1] 373/22
visit [6] 453/22 453/24 476/24 477/1 489/3
489/10
visitation [1] 371/25
voice [7] 411/18 434/25 474/22 509/6 509/7
509/8 522/1
voluntarily [1] 345/14

## W

walking [3] 471/5 486/21 501/2
want [26] 336/6 358/25 391/19 396/2 400/21
404/9 406/24 431/15 433/15 434/11 472/12
472/13 479/17 483/18 486/3 489/15 494/11
503/3 505/5 508/15 508/15 514/11 514/14
515/11 515/15 519/13
wanted [15] 332/2 332/8 332/18 332/19
338/8 340/5 343/3 453/14 474/18 476/2
476/4 476/24 497/20 505/4 509/19
wanting [1] 476/6
wants [2] 333/2 503/2
warning [7] 372/22 373/13 373/14 374/10
375/4 384/7 384/10
was [269]
Washington [1] 335/24
wasn't [8] 410/24 475/14 484/24 500/20
500/20 504/15 518/17 520/8
watch [1] 453/15
watching [2] 466/15 502/1
water [2] 433/18 434/1
way [19] 333/15 349/16 380/11 387/1 411/18
463/12 471/18 471/22 495/23 495/25 500/11
501/7 501/9 503/11 504/1 504/2 504/6 521/5
521/7
ways [6] 453/6 453/8 453/9 453/13 475/4
504/12
we [139] 331/16 331/16 331/21 333/25 334/6

334/8 334/19 335/3 335/8 336/6 338/8 338/8
338/13 338/18 339/13 339/25 340/5 340/24
347/7 347/8 353/2 343/3 343/3 343/13
343/13 344/14 344/21 344/22 345/8 346/9
346/11 347/13 348/21 349/12 351/19 351/23
356/20 357/1 357/3 357/3 357/10 357/17
360/17 361/22 365/23 366/2 366/4 366/7
366/9 366/23 367/10 367/15 368/2 368/21
372/19 376/22 377/4 380/25 381/10 382/24
383/9 383/12 385/4 388/1 389/1 389/1 390/8
391/2 391/6 397/12 397/14 400/16 403/14
412/18 412/21 412/24 415/3 415/9 416/10
416/10 416/20 418/2 419/4 419/21 421/11
422/5 423/14 425/14 429/10 430/14 430/20
431/4 431/5 431/5 431/10 433/7 433/7
433/13 433/19 433/19 434/1 445/7 445/7
447/5 452/18 453/15 458/5 458/20 459/19
465/22 467/7 468/22 469/18 469/21 471/16
472/14 476/15 486/8 486/10 492/24 504/6
504/7 506/21 506/22 506/25 508/4 508/10
508/16 508/25 508/25 509/13 509/14 509/25
509/25 510/11 518/13 521/8 529/5 529/13
we'll [23] 332/20 333/14 333/25 339/25
376/7 430/15 430/17 431/22 433/1 433/17
433/18 434/10 434/10 465/21 465/23 472/16
481/8 506/16 507/4 508/18 508/19 529/6
529/17
we're [16] 331/2 334/8 374/15 390/6 402/8
403/3 462/15 470/21 476/15 487/10 509/18
509/18 524/17 525/13 529/2 529/4
wear [4] 445/19 445/24 449/23 449/25
wearing [2] 437/14 450/5
wedding [75] 431/7 432/4 453/25 455/19
457/1 457/13 458/3 458/21 460/6 460/11
460/14 461/10 461/24 462/5 462/7 462/10
462/13 463/14 464/6 464/7 464/11 466/12
466/18 469/16 469/24 470/22 470/24 471/7
473/11 473/25 480/23 481/17 481/18 482/10
482/20 483/6 483/10 483/14 484/19 484/22
511/11 511/18 512/23 512/25 513/3 519/1
519/4 521/12 521/14 521/14 522/2 522/4
522/6 522/18 523/2 523/6 523/12 523/14
524/2 524/3 524/5 524/18 525/5 525/8
525/10 525/14 525/21 526/1 526/17 526/19
527/7 528/14 528/16 528/19 528/22
weddings [2] 458/7 518/17
weeks [9] 482/24 483/7 484/24 498/21 499/6
502/1 520/1 520/2 528/18
welcome [3] 431/17 456/16 467/5
well [34] 332/6 333/7 333/14 333/20 336/14
338/5 338/18 339/19 343/14 356/2 360/6
363/2 365/3 375/14 377/3 378/20 383/1
383/5 383/6 385/11 413/23 431/23 432/9
432/17 433/8 434/17 447/1 447/3 453/4
457/18 486/8 498/15 503/5 513/5
went [13] 422/20 424/21 451/25 463/4
465/20 473/11 477/18 500/20 500/21 500/21
500/22 500/24 520/13
were [135] 332/21 333/11 334/19 337/20
338/2 338/18 338/24 339/1 339/4 348/23
350/1 352/12 355/9 355/10 356/5 360/9
363/12 370/20 372/9 372/14 380/11 383/18
384/3 384/6 385/3 385/6 385/11 385/19
393/4 393/20 394/18 396/24 398/6 410/4
410/9 423/2 425/19 425/20 425/23 426/4
427/22 428/3 428/15 429/10 429/20 435/12
435/12 435/14 435/20 436/22 437/25 438/5
444/7 444/10 444/23 445/5 445/11 445/18
446/16 447/3 447/19 447/24 450/6 451/11
451/18 451/23 452/16 452/18 452/19 453/4
453/15 453/16 453/21 454/2 454/16 454/25
455/1 455/3 455/4 455/11 455/13 460/21
463/25 473/10 473/11 473/22 474/4 475/21

## W

were... [47] 476/5 476/7 476/22 478/21
478/23 479/4 479/19 480/24 482/12 482/23
483/5 483/12 484/21 485/1 485/16 486/21
492/1 492/4 495/8 496/11 497/17 498/25
499/4 501/12 501/15 501/15 501/19 502/17
509/25 512/3 514/19 516/17 516/25 517/20
517/22 518/19 519/9 519/12 519/16 520/17
520/19 522/15 522/17 523/2 523/6 525/8
529/19
weren't [3] 388/9 400/15 518/15
Western [25] 412/4 412/5 412/20 413/7
413/10 413/18 413/22 414/1 414/14 415/15
415/21 416/8 418/5 418/10 418/19 420/12
422/3 422/8 422/22 424/24 425/6 425/11
426/22 429/15 429/25
WFK [1] 330/3
what [359]
what's [15] 343/22 345/3 347/18 382/4
455/23 464/5 464/23 472/6 472/10 485/5
492/25 506/6 510/21 525/12 526/10
whatever [5] 343/2 346/10 412/11 430/3
506/10
wheat [5] 493/1 493/2 493/9 493/10 493/12
when [130] 333/4 334/19 336/15 337/20
337/22 338/1 339/13 342/8 343/1 343/5
348/23 353/5 355/21 355/25 356/5 356/24
357/23 357/25 358/8 360/15 361/21 362/21
369/19 372/9 373/21 381/6 383/12 386/1
387/5 389/1 390/8 410/8 413/12 414/10
414/20 418/8 419/1 420/13 420/14 421/2
421/14 425/2 426/13 432/14 434/6 434/11
435/18 435/20 435/22 436/17 436/20 436/22
436/24 443/11 444/7 445/8 446/23 446/25
447/8 449/7 449/17 449/17 450/23 452/16
454/25 461/24 462/20 463/19 466/17 471/7
471/18 473/11 474/3 475/19 476/16 476/21
477/4 477/12 477/21 482/1 482/2 482/10
482/12 483/14 487/13 489/22 495/4 495/19
496/11 496/19 496/23 497/21 497/24 498/11
499/7 499/7 499/12 500/24 503/2 503/15
503/20 506/7 509/25 510/7 511/1 511/25
512/13 513/8 513/23 514/3 516/7 516/16
516/22 517/14 519/2 519/2 519/19 520/2
520/7 520/25 521/11 521/13 521/15 521/18
522/6 522/9 522/11 522/12 527/9 528/3
Whenever [1] 409/2
where [84] 332/5 333/18 336/5 336/10
345/19 345/21 345/21 346/25 351/13 357/19
357/22 359/19 360/13 362/3 368/23 369/3
369/23 370/10 370/15 371/9 371/11 371/18
372/12 373/1 373/1 373/10 373/12 374/2
375/20 376/22 381/25 384/13 389/5 395/12
398/24 399/25 421/13 422/11 422/19 431/22
435/12 436/4 437/14 437/16 438/1 447/8
448/2 450/21 454/19 454/25 459/22 459/23
462/10 468/2 468/7 468/11 468/13 469/5
477/17 477/24 480/22 483/14 484/15 486/10
486/14 486/19 492/7 492/12 493/5 494/8
494/12 494/12 494/12 495/19 495/22 497/1
497/3 498/17 501/2 512/4 514/19 517/8
518/4 522/2
Where's [1] 467/19
Whereupon [2] 430/24 529/19
wherever [3] 340/14 367/20 414/10
whether [22] 334/10 338/6 358/17 358/18
359/1 359/2 360/6 369/19 376/6 376/6
376/18 376/24 384/3 385/3 386/25 389/2
389/7 472/23 490/8 492/1 502/11 522/21
which [39] 332/15 333/6 340/16 345/12
351/15 352/14 355/7 357/16 357/17 360/13
368/21 376/3 376/13 377/19 379/14 381/1
385/11 388/12 393/21 394/4 414/17 418/24
428/7 428/8 430/3 432/2 439/10 452/4
457/11 468/17 473/14 477/15 481/7 492/2
498/3 504/19 505/7 514/23 515/12
while [15] 336/25 339/11 437/25 438/5
444/10 444/23 445/5 445/11 445/18 446/16
447/24 453/4 453/16 453/21 502/17
who [96] 333/20 333/20 337/11 341/18
343/15 354/5 354/10 354/12 359/16 370/4
370/25 375/14 376/25 380/13 381/25 389/20
397/24 400/5 410/4 412/3 413/1 418/10
418/19 420/12 421/2 421/3 423/16 423/19
423/24 424/6 424/10 428/16 430/13
431/14 431/14 435/25 436/24 438/5 442/17
443/3 443/20 444/10 446/14 447/13 450/13
450/15 454/16 455/5 455/11 459/9 459/17
461/13 461/17 462/18 462/23 462/25 463/19
467/15 469/2 470/4 470/10 470/10 470/13
480/16 481/24 483/17 487/2 488/4 489/17
491/1 491/10 496/4 496/6 497/5 498/1
499/23 504/5 504/7 504/17 509/13 514/21
516/25 517/12 517/14 517/18 517/22 523/2
523/4 524/20 525/15 525/18 526/7 526/7
527/13 527/18
who's [18] 336/2 355/3 355/16 442/6 467/12
476/16 477/21 490/16 490/19 490/22 490/24
511/1 524/23 524/25 524/25 525/3 526/5
528/1
whoever [1] 340/18
whole [2] 451/14 451/23
whom [3] 392/6 398/6 406/10
whose [12] 354/15 367/13 369/5 375/3
398/17 408/1 458/21 481/18 487/6 495/12
495/17 524/3
why [52] 335/4 338/17 339/20 340/3 354/18
356/25 362/24 366/23 370/23 374/13 374/19
376/4 377/2 377/6 397/19 419/9 422/1
430/14 431/13 432/19 432/25 450/9 463/14
463/24 463/24 464/3 465/21 474/18 474/19
474/21 475/12 476/13 476/25 481/15 485/5
500/6 500/7 502/2 502/2 503/23 505/12
506/21 506/22 509/11 511/19 514/10 514/11
514/14 515/10 519/12 519/21 521/2
wife [4] 440/17 483/24 506/8 510/7
will [53] 337/7 340/11 340/11 358/16 359/3
360/12 375/2 376/5 376/6 379/21 379/22
380/2 390/8 391/6 391/11 391/22 398/18
404/14 411/19 420/13 430/14 431/14 431/14
431/24 431/25 433/4 433/10 433/19 433/19
434/2 434/18 434/25 437/22 468/6 485/6
485/10 500/9 500/11 500/11 500/18 500/20
501/1 501/2 501/16 503/4 504/1 504/2 504/6
505/15 515/17 516/12 516/13 529/5
WILLIAM [1] 330/9
willingly [1] 389/16
wind [1] 432/22
wipe [1] 528/8
wish [1] 332/14
wishes [1] 430/4
withdrew [1] 529/11
within [10] 336/13 351/25 352/6 353/6
379/22 382/24 383/10 410/13 413/11 414/14
without [4] 338/14 344/12 345/14 397/5
witness [55] 332/12 332/15 332/25 333/3
333/5 334/12 346/2 350/7 350/13 350/15
350/23 364/11 378/3 391/6 391/11 391/17
395/10 395/16 403/20 404/12 409/24 411/6
411/12 414/22 414/24 416/14 416/19 424/15
426/9 430/11 430/13 431/4 433/12 434/18
434/21 437/21 437/22 438/7 455/23 464/22
472/10 472/10 506/22 506/23 508/9 508/23
509/4 509/4 523/16 526/9 529/9 529/10
529/10 529/13 529/13

witnesses [4] 335/5 511/4 511/7 517/20
517/22
witnesses [1] 343/18
woman [3] 506/7 510/7 525/2
women [3] 446/14 487/16 526/7
won't [4] 373/4 404/14 411/17 508/11
Woody [1] 409/3
word [6] 334/24 389/1 425/4 432/15 432/18
510/21
words [3] 332/18 432/12 432/13
wore [1] 450/1
work [26] 333/15 339/11 339/18 339/20
340/3 340/18 341/20 351/14 352/10 353/8
353/25 354/22 360/13 373/24 382/5 382/7
387/20 392/7 392/18 392/20 412/3 412/4
430/16 445/6 468/6 494/6
worked [2] 353/11 488/14
working [6] 332/21 333/11 351/22 484/18
502/2 520/8
works [2] 378/24 382/20
world [1] 413/4
worried [6] 338/18 338/18 501/15 505/15
513/25 516/11
worrying [1] 478/9
would [156] 338/6 344/24 350/15 350/18
352/20 353/22 354/23 355/9 356/2 356/4
356/6 356/20 356/21 356/24 356/25 357/1
357/3 357/10 357/11 357/23 358/3 358/4
358/22 359/19 359/22 359/25 360/2 360/3
360/6 360/10 360/24 361/6 361/7 361/9
361/15 361/16 361/17 361/20 361/22 361/23
364/14 365/21 368/12 368/18 370/20 370/24
371/20 376/11 376/12 376/13 376/23 377/1
377/2 377/4 377/4 377/14 377/22 378/16
380/13 380/18 381/2 381/4 381/25 382/1
382/9 382/16 382/17 383/1 386/6 386/10
386/16 387/16 389/6 391/5 400/21 403/17
403/20 411/8 412/24 416/7 416/8 416/11
416/19 418/20 419/9 421/9 422/2 422/2
422/20 423/9 423/22 425/14 426/16 427/14
428/6 429/11 429/15 429/16 429/19 433/22
434/19 435/4 449/25 452/16 453/5 453/24
454/9 454/11 455/15 456/7 461/10 463/8
471/10 473/23 475/16 476/11 476/12 476/12
477/8 478/12 478/13 480/4 480/4 481/15
482/2 482/12 482/25 486/22 489/3 489/10
494/8 494/8 495/12 495/17 496/16 496/20
497/3 497/5 497/7 497/9 497/18 498/11
503/16 503/18 506/14 512/4 512/7 512/10
512/13 513/3 513/13 513/23 515/21 521/12
522/25 529/9
would be [1] 361/22
wouldn't [5] 332/19 467/1 471/15 491/16
491/17
write [1] 375/15
writing [1] 343/4
written [5] 345/13 366/18 377/11 431/12
431/24
wrong [3] 378/23 378/25 503/4

## Y

Y-A-S-M-I-N [1] 436/15
Yasmin [11] 436/7 436/15 441/12 447/16
452/5 452/8 461/1 461/13 461/21 462/11
515/7
yeah [32] 346/2 386/20 387/3 446/11 450/20
454/7 454/13 454/15 456/3 458/17 462/3
464/8 472/5 475/7 477/9 478/14 478/16
479/6 484/12 487/5 488/11 489/25 490/6
491/7 493/4 493/11 493/21 493/23 494/16
496/22 498/10 500/23
year [10] 336/20 353/5 427/24 444/21 449/23
453/19 461/3 482/8 496/14 522/14

## Y

year's [1]  381/8
years [19]  352/11 353/9 384/17 389/15
412/13 426/18 435/21 436/10 436/12 436/14
436/16 444/4 444/23 454/6 487/9 498/9
513/14 521/22 522/17
yes [498]
yesterday [3]  331/22 334/12 334/19
yet [1]  478/8
YORK [25]  330/1 330/13 330/14 330/18
330/18 330/22 335/23 369/4 370/19 385/16
392/11 392/17 399/14 419/20 420/3 422/15
424/1 424/9 427/21 428/2 428/13 429/11
429/20 448/5 449/16
you [1094]
you'd [1]  373/3
you'll [6]  349/2 419/8 434/24 440/10 441/9
442/3
you're [31]  332/23 336/12 343/5 345/21
351/20 373/11 379/3 379/13 380/24 384/13
386/17 386/18 431/17 432/1 442/25 447/16
456/16 457/7 467/5 480/19 485/6 491/5
493/12 493/17 495/19 495/22 501/1 502/5
508/8 510/21 512/20
you've [1]  353/11
younger [1]  487/9
youngest [1]  436/5
your [400]
your Honor [10]  391/12 395/9 395/13 397/3
398/13 404/11 409/23 430/8 430/21 430/22
your Honor's [1]  416/13
yours [4]  443/18 454/21 463/10 487/8
yourself [6]  381/15 435/23 441/13 442/23
447/17 506/17

## Z

zip [2]  420/3 422/10
Zohra [6]  440/11 440/13 440/18 483/24
514/24 517/16
zoom [6]  371/14 371/15 395/13 398/14
456/18 456/18
zoomed [2]  371/13 373/10