```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3
                                         13 CR 150(WFK)
 4              versus
                                         U.S. Courthouse
 5   MOHAMMAD AJMAL CHOUDHRY,            225 Cadman Plaza East
                                         Brooklyn, NY 11201
 6                     Defendant.        June 26, 2014
     ------------------------------------x
 7

 8                  CRIMINAL CAUSE FOR JURY TRIAL

 9            BEFORE THE HONORABLE WILLIAM F. KUNTZ, II

10                  UNITED STATES DISTRICT JUDGE

11                          APPEARANCES

12   For the Government:          LORETTA E. LYNCH
                                  United States Attorney
13                                Eastern District of New York
                                  271 Cadman Plaza East
14                                Brooklyn, New York 11201
                                  BY:  AMANDA HECTOR, ESQ.
15                                     MARGARET GANDY, ESQ.
                                       RICHARD TUCKER, ESQ.
16                                     Assistant U.S. Attorneys

17   For the Defendant:           FEDERICK SOSINSKY, ESQ.
                                  45 Broadway, 30th Floor
18                                New York, New York 10006

19   Punjabi Interpreters:        Ashutosh Mishra
                                  Ravi Kotru
20                                Manju Verma

21   Court Reporter:              LISA SCHMID, CCR, RMR
                                  Official Court Reporter
22                                225 Cadman Plaza East
                                  Brooklyn, New York 11201
23                                Phone:  718-613-2644
                                  Fax:  718-613-2379
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

```
 1              (In open court, outside the presence of the jury.)
 2              THE CLERK:  All rise.  We're here for day four of
 3     criminal trial, USA versus Choudhry, Docket Number 13 CR 150.
 4              Counsel, will you please state your appearances for
 5     the record?
 6              MR. TUCKER:  Rich Tucker, Amanda Hector and Margaret
 7     Gandy for the United States.  With us today is Special Agent
 8     Matthew McGuire from the Diplomatic Security Service.  Good
 9     morning, Your Honor.
10              THE COURT:  Good morning.
11              MR. SOSINSKY:  For Mr. Choudhry, Fred Sosinsky,
12     S-O-S-I-N-S-K-Y.  Mr. Choudhry is now joining us.
13              THE COURT:  Good morning.
14              And the record should note that the interpreters are
15     here as well, as they have been every day during the pretrial
16     proceedings and during the trial.
17              Please be seated, ladies and gentlemen.  Thank you.
18              Before we bring the jury in, do we have any procedural
19     issues that we need to address?
20              MS. HECTOR:  Not from the government, Your Honor.
21              MR. SOSINSKY:  No, sir.
22              THE COURT:  Okay.  I'm going ask the witness to come
23     back to the stand now, please.
24              Bring in the jury.
25              And we have copies of the stipulation and order that
```

```
 1    counsel agreed to yesterday for your file.

 2             (Discussion off the record.)

 3             THE COURT:  I believe some of our technical issues

 4    have been resolved with respect to the translation.  Are they

 5    working now, Mr. Sosinksy?

 6             MR. SOSINSKY:  I'm advised as much, sir, yes.

 7             THE COURT:  Okay.  That's good.  I had a word with the

 8    techie, and they were very helpful.

 9             MR. SOSINSKY:  I'm sure they were.

10             THE COURT:  Good morning, ma'am.  How you are?

11             THE WITNESS:  (Nods head affirmatively.)

12             THE COURT:  We'll bring in the jury in a minute, okay?

13    If you need anything, just let me know, all right?

14             THE CLERK:  All rise.

15             (Jury enters.)

16             THE COURT:  Good morning, ladies and gentlemen of the

17    jury.  Thank you for being here and being here promptly.

18    Please be seated.  And we are continuing with the examination

19    of the witness.  Thank you.

20                    DIRECT EXAMINATION

21    BY MS. HECTOR:

22    Q   Ms. Akmal, when we broke for the day yesterday, we were

23    talking about the time period after your wedding celebration,

24    right?

25    A   Yes.
```

A. AJMAL/DIRECT/HECTOR

1    Q    Could you please speak up?

2    A    Yes.

3    Q    And could you remind us what day your wedding celebration

4    took place?

5    A    November 7th, 2012.

6    Q    And how long did Shakeel stay in Pakistan, approximately,

7    after your wedding celebration?

8    A    About two weeks.

9    Q    And what about your dad, how long did he stay,

10   approximately, in Pakistan after your wedding celebration?

11   A    About a month.

12   Q    At some point after your wedding celebration, did you

13   become aware of any efforts being made to obtain a U.S.

14   immigration status for Babar?

15            MR. SOSINSKY:  Objection to the form.

16            THE COURT:  Overruled.

17   A    Yes.

18   BY MS. HECTOR:

19   Q    Did Shakeel ever contact you about that?

20   A    For the pictures.

21   Q    When Shakeel -- so, did Shakeel contact you?

22   A    Yes.

23   Q    Did he contact you in person about it or by phone?

24   A    By phone.

25   Q    At the point that he contacted you, where was Shakeel?

A. AJMAL/DIRECT/HECTOR

```
1    A    In the United States.

2    Q    So, he was already back in the United States?

3    A    Yes.

4    Q    And can you tell us about that conversation?

5    A    He asked me for the pictures.

6    Q    When you say he asked you for the pictures, what do you

7    mean?

8    A    He needed my pictures.

9    Q    Did he tell you what type of pictures he needed?

10   A    Small.

11   Q    Did he tell you what the pictures were for?

12   A    Yes, for the visa.

13   Q    Can you tell us about the conversation, what did he say,

14   what did you say --

15   A    (No response).

16   Q    -- generally?

17   A    I told him I have my pictures in Brooklyn house and he

18   said, "Okay.  Just go get new ones."

19   Q    At some point, did you get new pictures taken?

20   A    Yes.

21   Q    Were they passport photos?

22   A    Yes.

23   Q    Did you have those taken in Pakistan?

24   A    Yes.

25   Q    At the point that you had those taken, where was your
```

A. AJMAL/DIRECT/HECTOR

```
 1   father?
 2   A    He was in Pakistan.
 3   Q    Once the photos were taken, did you personally keep them in
 4   your possession?
 5   A    No.
 6   Q    Who kept them, if you know?
 7   A    I don't know.
 8   Q    Do you know what was done with your passport photos?
 9   A    I think they were used for the visa.
10   Q    Were you around the day that your father left from Pakistan
11   to go back to the United States?
12   A    Yes.
13   Q    Did you see anyone hand anything to him that day?
14   A    I'm not sure.
15   Q    When your father left Pakistan to go back to the United
16   States, did anyone go with him to your knowledge?
17   A    My Uncle Afzal.
18   Q    To your knowledge, had your Uncle Afzal ever been in the
19   United States before that?
20   A    No.
21   Q    To your knowledge, did your Uncle Afzal go with your father
22   to the United States?
23   A    Yes.
24   Q    While you were in Pakistan, did you ever see any
25   immigration paperwork for Babar?
```

A. AJMAL/DIRECT/HECTOR

1    A    No.

2    Q    While you were in Pakistan, did you ever sign any U.S.

3    immigration paperwork for Babar?

4    A    No, but I can I say something?

5    Q    Certainly?

6    A    I didn't sign any immigration paperwork, but I don't see it

7    as a visa fraud, because I was aware of the process and I

8    didn't say anything.  I pretended that I want to be with Babar,

9    and so my family -- and I told my brother and other relatives

10   that I do want to come back to the United States.  So it's

11   obvious that if I come back, my husband will come with me.

12   Q    Okay.

13   A    So --

14   Q    Okay.

15   A    -- That's why I don't see this as visa fraud because I was

16   aware of it and I didn't say anything.

17   Q    Okay.

18   A    And in my family, men do take care of like everything.  For

19   my sisters, my dad took care of the visa process.  I don't know

20   how to do this.  So that's why they took it.  I don't see it as

21   a visa fraud.

22   Q    Did anyone ever ask you explicitly if they could sign your

23   name on immigration paperwork for Babar?

24   A    I don't remember, no.

25   Q    But what you're saying, it's not surprising to you that

A. AJMAL/DIRECT/HECTOR

```
 1   visa paperwork or immigration paperwork for Babar was filed,

 2   fair?

 3           MR. SOSINSKY:  Objection to the form of that question,

 4   Your Honor.

 5           THE COURT:  Overruled.

 6   A   No.

 7   BY MS. HECTOR:

 8   Q   Ms. Ajmal, I'm showing you what's already in evidence as

 9   Government Exhibit 501.  It's going to come up on your computer

10   screen, okay?  Do you see this document?

11   A   Yes.  Yes.

12   Q   And I'm going to flip it around and show you the second

13   page of this document, and I'm going to ask you to take a look

14   at this second page where there's a signature of petitioner,

15   and it says, "Amina Ajmal."  Do you see that?

16   A   Yes.

17   Q   Did you ever see this paperwork while you were in Pakistan?

18   A   I don't remember.  I don't think so.

19   Q   Where were you when you first saw this document?

20   A   I was at the U.S. Attorney's Office.

21   Q   Was that when you were in the United States?

22   A   Yes.

23   Q   Did members of the U.S. Attorney's Office show you this

24   document then?

25   A   Yes.
```

A. AJMAL/DIRECT/HECTOR

1    Q    Was that the first time you saw this document?

2    A    Yes.

3    Q    Do you see I'm pointing to the portion of this document,

4    Government Exhibit, I'm sorry, 501, where there's a little

5    envelope with pictures in it, do you see that?

6    A    Yes.

7    Q    And I'm going to take one of those pictures out so that you

8    can see it.  Just excuse me for a second.

9              Do you see that photo, Ms. Ajmal?

10   A    Yes.

11   Q    Do you recognize it?

12   A    Yes.

13   Q    Is this the photo that you took in Pakistan after that

14   conversation with your brother, Shakeel?

15   A    Yes.

16   Q    I'd like to point out some other parts of this document to

17   you and ask you some questions about it, okay?

18   A    Okay.

19   Q    Do you see where it says, "If filing for your husband or

20   wife, give last address at which you lived together."  Do you

21   see that?

22   A    Yes.

23   Q    And there's an address in Pakistan, do you see that?

24   A    Yes.

25   Q    Do you know what that address is?

A. AJMAL/DIRECT/HECTOR

```
 1   A    That's our village address.
 2   Q    And it says, "From March 2012 to November 2012," do you see
 3   that?
 4   A    Yes.
 5   Q    Is that the time period between your nikah and your wedding
 6   celebration?
 7   A    Yes.
 8   Q    Did you live together with Babar between your nikah and
 9   your wedding celebration?
10   A    No.
11   Q    I'm going to show you a little further down, where it says,
12   "Signature of participant -- of petitioner, Amina Ajmal, dated
13   December 1st, 2012."  Were you living in Pakistan as of
14   December 1st, 2012?
15   A    Yes.
16   Q    And do you see the phone number there?
17   A    Yes.
18   Q    Do you recognize that phone number?
19   A    Yes.
20   Q    Is that a U.S. phone number?
21   A    Yes.
22   Q    Whose phone number is that?
23   A    A house phone number.
24   Q    When you say your house phone number --
25   A    Brooklyn.
```

A. AJMAL/DIRECT/HECTOR

1    Q    I'm sorry?

2    A    Brooklyn house phone number.

3    Q    I'm going to focus your attention on another part of the

4    application or the petition, which is a United States of

5    America Certificate of Naturalization.  Do you recognize this

6    document?

7    A    Yes.

8    Q    Is it your Certificate of Naturalization?

9    A    Yes.

10   Q    And were you naturalized in 2009?

11   A    Yes.

12   Q    And did you sign this document?

13   A    Yes.

14   Q    Is that your signature?

15   A    Yes.

16   Q    I'm going to point your attention to another page of this

17   the document, where it's titled, "G- 325A, Biographical

18   Information."  Do you see that?

19   A    Yes.

20   Q    And do you see here where it says, "Applicant's residence

21   last five years, list present address first."  Do you see that?

22   A    Yes.

23   Q    And do you see that it says, "817 Foster Avenue, Brooklyn,

24   New York, August 2008 to the present."  Do you see that?

25   A    Yes.

A. AJMAL/DIRECT/HECTOR

1   Q   Is 817 Foster Avenue your father's house in Brooklyn?

2   A   Yes.

3   Q   Did you live at 817 Foster Avenue for the period 2008 'til

4   December 1st, 2010?

5   A   No.

6   Q   Were you living in Pakistan for the majority of that time?

7   A   Yes.

8   Q   I'm sorry, I think I misspoke.  I'll just repeat it.

9        It says, "817 Foster Avenue, Brooklyn, New York.

10  August 2008 to the present," and the date on this document is

11  December 1st, 2012, not 2010.  Do you see that?

12  A   Yes.

13  Q   And for the time period between 2008 and 2012, in December,

14  is it fair to say that for the majority of that time, you were

15  living in Pakistan, not at 817 Foster Avenue in Brooklyn, is

16  that fair?

17  A   Yes.

18  Q   I'd like to focus your attention on this part of the

19  document.  It's an attachment, these two pages, page one and

20  page two, do you see that?

21  A   Yes.

22  Q   Can you tell us what this document is?

23  A   That's my marriage certificate.

24  Q   Is the certificate that you described happen at the nikah?

25  A   Yes.

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

1    Q    Did you sign this certificate?

2    A    Yes.

3    Q    Is that your signature on the certificate?

4    A    Yes.

5    Q    After your wedding celebration, so not after your nikah,

6    but after your wedding celebration, did you move in with Babar

7    and his family?

8    A    Yes.

9    Q    What was your relationship like with Babar after you moved

10   in together?

11   A    (Pausing).  We were just like strangers.

12   Q    Did you talk to each other?

13   A    Not much.

14   Q    Did you think that after your wedding celebration, you

15   would be allowed to move to the United States?

16   A    Yes.

17   Q    Were you allowed to move to the United States after your

18   wedding celebration?

19   A    No.

20   Q    Why not?

21   A    I guess we were newlyweds at the time and Babar couldn't

22   come to the United States, maybe that's why they wanted me to

23   live there.

24   Q    Did anyone tell you anything about anything that you'd have

25   to do before moving to the United States?

A.  AJMAL/DIRECT/HECTOR

```
 1   A    (Pausing).  I wasn't happy with him, so, like my family
 2   wanted me to live with him happily and accept the marriage.
 3   Q    What does it mean to live with him happily and accept the
 4   marriage?
 5   A    (Pausing).  I didn't accept him as my husband.
 6   Q    What does it mean to you to not accept him as your husband?
 7   A    (Pausing).  Couldn't consummate the marriage.
 8   Q    At some point, did you start to consider the possibility of
 9   leaving Pakistan without anyone's permission?
10   A    Yes.
11   Q    Did you discuss your plans with anyone?
12   A    Shujat.
13   Q    Why did you discuss your plans with Shujat?
14   A    Only he can help me escape.
15   Q    I'm sorry?
16   A    He could help me escape.
17   Q    Why did you need help?
18   A    (Pausing).  I didn't want to do it myself.
19   Q    Besides Shujat, did you try to get help from anyone else?
20   A    No.
21   Q    Did you ever contact any entities for help?
22   A    U.S. Embassy.
23   Q    Did you receive any advice from the embassy?
24   A    Yes.
25   Q    What was the advice?
```

A. AJMAL/DIRECT/HECTOR

```
 1              MR. SOSINSKY:  Objection to statements.
 2              THE COURT:  Overruled.
 3   A   They told me to bring my NICOP with me.
 4   BY MS. HECTOR:
 5   Q   What's a NICOP?
 6   A   It's a Pakistani identity card.
 7   Q   A NICOP is a Pakistani identity card?
 8   A   Yes.
 9   Q   What was your understanding as to why you needed a NICOP?
10   A   I wasn't able to leave Pakistan without that.
11   Q   At that time, did you have access to your NICOP?
12   A   No.
13   Q   Did you know where your NICOP was?
14   A   No.
15   Q   Did there come a point in time when that changed?
16   A   Yes.
17   Q   What happened?
18   A   I got ahold of my NICOP for -- to vote in election.
19   Q   I'm sorry.  Can you say that a little more clearly?
20   A   I got ahold of it, onto my NICOP.
21   Q   How did you get ahold of your NICOP?
22   A   From -- to vote in election.
23   Q   To vote in an election?  Is that what you said?
24   A   Yes.
25   Q   Can you explain to the jury what the relationship was
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   between your NICOP and voting?
 2   A    I needed that for -- to vote in election there, and it was
 3   my identity card.
 4   Q    Did there come a time where you were going to vote in
 5   Pakistan?
 6   A    Yes.
 7   Q    Do you remember when that was, approximately?
 8   A    In the beginning of December, 2012.
 9   Q    Who gave you your NICOP to vote?
10   A    My Aunt Zohra.
11   Q    Once you had your NICOP, did you come up with a plan to
12   leave Pakistan?
13   A    Yes.
14   Q    Who was involved in developing that plan with you?
15   A    Shujat.
16   Q    Anyone else?
17   A    No.
18   Q    What was the plan?
19   A    That he will drive me to embassy or U.S. Consulate, and
20   from there we come to the United States.
21   Q    How would he get you?
22   A    In the car.
23   Q    Where would Shujat pick you up?
24   A    Outside the village.
25   Q    I'm sorry?
```

A. AJMAL/DIRECT/HECTOR

```
 1   A    Outside the village.
 2   Q    Did you have a plan as to when you would leave, what time
 3   of day?
 4   A    In the evening.
 5   Q    Was there any particular reason you picked the evening?
 6   A    (Pausing).  Everyone's busy with dinner, it's dinnertime,
 7   so that's why.
 8   Q    I'm sorry?
 9   A    Everyone -- it was a dinnertime, so everyone was busy, so
10   that's why.
11   Q    Why did it matter that it was dinner and everyone was busy?
12   A    So no one notices or see anyone.
13   Q    When you decided on this plan, where was Shujat at the
14   time?
15   A    He was in Pakistan.
16   Q    Was he in Chiryawala?
17   A    No.
18   Q    How long had he been gone from Chiryawala at that point?
19   A    About a month.
20   Q    Do you know why he was gone from Chiryawala?
21   A    (Pausing).  So when I leave, he's not blamed.
22   Q    Did there come a time of day that you put your plan into
23   action?
24   A    Yes.
25   Q    Did you leave Chiryawala?
```

A. AJMAL/DIRECT/HECTOR

1   A    Yes.

2   Q    At the time that you left, were you living in Babar's house

3   or your family's house?

4   A    Babar's house.

5   Q    How far was Babar's house from your family's house?

6   A    A couple of minutes walk.

7   Q    At the time that you left, can you tell us who was living

8   at your family's house at the time.

9        MS. HECTOR:  And I'm going to put up Government

10  Exhibit 1 for -- that's in evidence.  And the board 1A is also

11  in front of the jury.

12        (Exhibit published to the jury.)

13  BY MS. HECTOR:

14  Q    Who was living at your family's house as of the day that

15  you left?

16  A    My Uncle Akmal, his wife, and children.  And my sister

17  Tasneen and her children.

18  Q    So Akmal and his wife, is his wife, Zohra?

19  A    Yes.

20  Q    How many of his children were living in your family's home

21  in Pakistan at that time?

22  A    Two daughters and two sons.

23  Q    How old was the youngest, approximately, at that time?

24  A    Seven.

25  Q    And you said your sister Tasneen, sorry?

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1   A    Yes.

 2   Q    And her children?

 3   A    Yes.

 4   Q    How many children were with her at that time in the house?

 5   A    Three.

 6   Q    How old was the youngest?

 7   A    Three.

 8   Q    How old was the second youngest?

 9   A    Six.

10   Q    Was the youngest child, the three year old, in school at

11   that time?

12   A    No.

13   Q    Were there any servants living in your home, in your

14   family's home in Pakistan at that time?

15   A    Two.

16   Q    Which servant, men or women?

17   A    Two men.

18   Q    Was Sain Ashfaq one of them?

19   A    Yes.

20   Q    Was there any additional servants that came during the day?

21   A    A woman.

22   Q    And during that time, right before you left, was it typical

23   that someone would be home during the day in your house -- in

24   your family's house in Pakistan?

25   A    Yes, but it's also possible that no one was at home at some
```

A. AJMAL/DIRECT/HECTOR

1    time.

2    Q    Now, I'd like to direct your attention to that day that you

3    left, okay?

4    A    Okay.

5    Q    Do you remember what day it was?

6    A    January 4, 2013.

7    Q    Do you remember the actual moment that you walked out of

8    the door of Babar's home?

9    A    Yes.

10   Q    How did you feel at that moment that you left?

11   A    (Pausing).  I was upset, confused.

12   Q    At that point, did you think that you would see your family

13   again?

14   A    I didn't know.

15   Q    Did you have a place where you were going to meet Shujat?

16   A    Yes.

17   Q    How far was that place from your home or Babar's home?

18   A    A couple of minutes walk.

19   Q    Did you walk to that location?

20   A    Yes.

21   Q    Was Shujat there?

22   A    Yes.

23   Q    What did you do when you got to the location with Shujat?

24   A    I got into the car and left.

25   Q    At that point, how long had it been since you had seen

A. AJMAL/DIRECT/HECTOR

```
 1   Shujat in person, in close proximity?
 2   A    I never saw him in person before.
 3   Q    Well, did you see him the time you met him at your sister's
 4   wedding?
 5   A    Yes.
 6   Q    Were there any occasions during the three years that you
 7   were in Pakistan that you would see him on the street or at a
 8   market or at a wedding?
 9   A    Yes.
10   Q    Had you have been -- since the time of your sister's
11   wedding, had you ever been that physically -- in that sort of
12   physical proximity to Shujat since that time?
13   A    No.
14   Q    After you got into the car, where did the two of you head?
15   A    Lahore.
16   Q    Why Lahore?
17   A    Because there was U.S. Consulate.
18   Q    While you were driving, did you make any phone calls?
19   A    Yes.
20   Q    How long after you were driving did you make a phone call?
21   A    About half an hour.
22   Q    Where did you call?
23   A    My family house in Chiryawala.
24   Q    Why did you call your family house in Chiryawala?
25   A    To let them know I left.
```

A. AJMAL/DIRECT/HECTOR

```
1    Q   Why did you want to let them know that you left?

2    A   (Pausing).  I didn't want everybody know that I had left,

3    so I wanted to give a heads up to my family.

4    Q   Was there any reason you wanted to give them a heads up?

5    A   So they could cover it and tell people that I had gone to

6    U.S. and my house in Brooklyn.

7    Q   Why was it important to you to give your family an

8    opportunity to cover it?

9    A   (Pausing).  It was embarrassing if everybody finds out.

10   Q   At that point, where did you think you'd go once you got to

11   the United States?

12   A   (Pausing).  I thought I would stay at someplace for a

13   couple of days and then go to my house in Brooklyn.

14   Q   At some point, did your thought that you could go to your

15   house in Brooklyn change?

16   A   Yes.

17   Q   While you were driving, did Shujat receive any phone calls?

18   A   He got a call from his father.

19   Q   Did he get more than one phone call on the ride or just

20   one?

21   A   One time.

22   Q   Could you hear the other people on the phone when he would

23   get phone calls?

24   A   No.

25   Q   Did you call the embassy or the consulate at any point?
```

A. AJMAL/DIRECT/HECTOR

1    A    Yes.

2    Q    Did Shujat call the embassy or the consulate at any point?

3    A    Yes.

4    Q    How long did it take you to get to Lahore?

5    A    About four hours.

6    Q    Do you remember, approximately, what time of day it was

7    when you got to Lahore?

8    A    One in the morning.

9    Q    Did you stay in Lahore that night?

10   A    Yes.

11   Q    I want to talk about the next morning, okay?  Did you have

12   any money on you at that time?

13   A    No.

14   Q    Did you do anything to try to get money?

15   A    I tried to sell a necklace.

16   Q    Did you try to sell any other jewelry?

17   A    No.

18   Q    Were you able to sell your necklace?

19   A    No.

20   Q    Did you leave any of the jewelry that you had on you with

21   Shujat?

22   A    My necklace.

23   Q    Why did you do that?

24   A    So he could sell it and give money to me next day.

25   Q    Was he ever able to give money to you the next day?

A. AJMAL/DIRECT/HECTOR

```
 1   A    No.
 2   Q    Were you in touch with officials from the U.S. consulate
 3   that morning?
 4   A    Yes.
 5   Q    Did you meet with people from the U.S. consulate that day?
 6   A    Yes.
 7   Q    Logistically speaking, how did you meet up with people from
 8   the U.S. consulate?
 9   A    They came in a van, they parked in front of us.  So I went
10   to their car.
11   Q    You went from the car with Shujat to the car with people
12   from the consulate?
13   A    Yes.
14   Q    Did Shujat come with you to the car with the consulate
15   people?
16   A    No.
17   Q    Shujat's a Pakistani citizen, is that right?
18   A    Yes.
19   Q    Before you left Shujat's car, did Shujat tell you where he
20   was planning to go?
21   A    To a friend, I don't know exactly where.
22   Q    At some point after you met up with people from the U.S.
23   consulate, did you go to the airport?
24   A    Yes.
25   Q    Did you get on a flight to the United States?
```

A. AJMAL/DIRECT/HECTOR

```
 1    A    Yes.

 2    Q    How did you pay for your flight to the United States?

 3    A    I took a loan.

 4    Q    Do you know who that loan was from?

 5    A    U.S. government.

 6    Q    About how long after you met up with officials from the

 7    U.S. consulate were you on a flight to the United States?

 8    A    Next day.

 9    Q    Did anyone accompany you to the airport?

10    A    Consulate people.

11    Q    Did anyone accompany you on the flight?

12    A    No.

13    Q    When you arrived in the United States, was someone there to

14    meet you?

15    A    Yes.

16    Q    Did that person take you to a location?

17    A    Yes.

18    Q    For how long, approximately, did you stay at that first

19    location?

20    A    Six months.

21    Q    After you got to the United States, did you make any calls

22    to any of your family members?

23    A    I called my brother next day.

24    Q    Did you call his cell phone or his home phone?

25    A    His cell phone.
```

A. AJMAL/DIRECT/HECTOR

1   Q    What was your purpose in calling him?

2   A    To let them know that I'm in the United States, and I'm not

3   in Pakistan, and I came here on my own there, and --

4   Q    Why was it -- I'm sorry, I didn't want to cut you off.

5   A    That's it.

6   Q    If you could please try to sit up and speak into the

7   microphone, and speak clearly and loudly if you can?

8        Why was it important -- was it important to you to

9   tell your brother that you came of your own will?

10  A    (Pausing).  I don't know.  I just know that.

11  Q    Do you know why you told him that?

12  A    (Pausing).  He get to -- took care of me, so I didn't want

13  them to blame him for that.

14  Q    Did there come a point in time when you talked to your

15  sister?

16  A    Yes.

17  Q    Which sister?

18  A    Nasreen.

19  Q    Was Nasreen in the United States or Pakistan or somewhere

20  else at that time?

21  A    In the United States.

22  Q    What phone did you call her on?

23  A    Homeland line.

24  Q    Is that the phone at Foster Avenue?

25  A    Yes.

A. AJMAL/DIRECT/HECTOR

1   Q    When you called the land line, did you have any knowledge

2   of who would answer the phone?

3   A    (Pausing).  I believe my sister or sister-in-law would

4   answer.

5   Q    Why did you think that?

6   A    Mostly they answer the land line.

7   Q    Please try to speak clearly and loudly if you can.

8        Do you remember when you called your sister?

9   A    (Pausing).  A couple of weeks after I came here.

10  Q    Why did you call your sister when you called her?

11  A    Because my family was threatening Shujat's family in

12  Pakistan.

13  Q    Was there anything specific that had happened that caused

14  you to call your sister at that time?

15       MR. SOSINSKY:  Objection to hearsay.

16       THE COURT:  Overruled.

17  A    Somebody shot at their -- at his parents' car.

18  BY MS. HECTOR:

19  Q    You mentioned that when you first left your home or Babar's

20  home in Chiryawala, you thought that after you got to the

21  United States, after a little bit, you'd return to your home or

22  you might return to your home in Brooklyn, right?

23  A    Yes.

24  Q    And you said that plan changed, that idea changed at some

25  point?

A. AJMAL/DIRECT/HECTOR

```
 1    A    Yes.

 2    Q    Why did that idea change?

 3    A    Because my leaving the house was not a secret anymore,

 4    everybody knew from Chiryawala.  So there was no point in going

 5    out.

 6    Q    Why does the fact of whether it's a secret or not impact

 7    whether you go to your family home in Brooklyn?

 8    A    Because like if everybody knows that they already -- I

 9    already dishonored them, so there's no point to claim that now.

10    Q    And if it were a secret, what would that mean to you?

11    A    (Pausing).  I could go home.

12    Q    Why?

13    A    (Pausing).  And pretend that I didn't leave on my own.

14    Q    What do you mean?

15    A    Like -- (Pausing).  I don't know.

16    Q    Can you explain what you mean?

17    A    (Pausing).  So then my family's not dishonored.

18    Q    If no one knows, then maybe your family is not dishonored,

19    is that what you're saying?

20    A    Yes.

21    Q    After you got to the United States, did there come a time

22    when you contacted law enforcement agents?

23    A    Yes.

24    Q    Why did you contact agents?

25              MR. SOSINSKY:  Objection.
```

A. AJMAL/DIRECT/HECTOR

```
 1              THE COURT:  Overruled.
 2    A   (Pausing).  My family was threatening Shujat's family, and
 3    I wanted them to prevent that.
 4    BY MS. HECTOR:
 5    Q   Did you also meet with prosecutors from the United States
 6    attorneys office?
 7    A   Yes.
 8    Q   Did agents and prosecutors ask you to tell them about the
 9    events leading up to your departure from Pakistan?
10    A   Yes.
11    Q   Did you answer their questions?
12    A   Yes.
13    Q   When you spoke to agents and prosecutors, did you meet with
14    them one time or many times?
15    A   Many times.
16    Q   Were you a hundred percent truthful with them about the
17    circumstances that led you to leave Pakistan?
18    A   No.
19    Q   What weren't you truthful about?
20    A   About my and Shujat's relationship.
21    Q   What about your and Shujat's relationship?
22    A   I told them he just help me as a friend, that's all.
23    Q   I'm sorry?
24    A   I told him he just help me as a friend.
25    Q   Did you have to change parts of your story to be consistent
```

A. AJMAL/DIRECT/HECTOR

1    with that lie?

2             MR. SOSINSKY:  Objection to --

3             THE COURT:  Overruled.

4    A    Yes.

5    BY MS. HECTOR:

6    Q    Why did you lie about that?

7    A    (Pausing).  It was personal and I was embarrassed to talk

8    about it.

9    Q    Any other reasons?

10   A    No.

11   Q    Did agents and prosecutors tell you not to discuss the

12   content of your meetings with them with anyone?

13   A    Yes.

14   Q    Did they tell you that multiple times?

15   A    Yes.

16   Q    Did you follow that direction?

17   A    No.

18   Q    Who did you discuss the content of your meetings with?

19   A    Shujat.

20   Q    At some point, did you decide to tell agents and

21   prosecutors about the true nature of your relationship with

22   Shujat?

23   A    Yes.

24   Q    What is the current status of your relationship with

25   Shujat?

A. AJMAL/DIRECT/HECTOR

1  A    (Pausing).  I want to marry him.

2  Q    Are you still together with him?

3  A    Yes.

4  Q    What, if anything, are you doing about your marriage to

5  Babar?

6  A    I'm applying for annulment.

7  Q    I'm sorry?

8  A    I'm applying for annulment.

9  Q    When you met with agents and prosecutors, did you tell them

10  about the conversation you had with your father when he

11  threatened to kill you?

12  A    Yes.

13  Q    At some point later, did you tell agents and prosecutors

14  that your father hadn't directly threatened you?

15  A    Yes.

16  Q    Why did you do that?

17  A    I forgot.

18  Q    Did you really forget?

19  A    (Pausing).  I was mad at him first, but now I pray for him.

20  Q    Ms. Ajmal, did your father directly threaten to kill you in

21  a phone conversation while you were in Pakistan?

22  A    He did once, but I don't think he mean it.

23  Q    Ms. Ajmal, do you still love your father?

24  A    Yes.

25  Q    Do you want to be testifying here today?

A. AJMAL/DIRECT/HECTOR

```
 1    A    No.
 2    Q    Did there come a point in time when agents asked you to
 3    record telephone conversations with your father?
 4    A    Yes.
 5    Q    Did you agree to do that?
 6    A    Yes.
 7    Q    Did you do it?
 8    A    Yes.
 9    Q    Did those conversations take place in English or in
10    Punjabi?
11    A    In Punjabi.
12    Q    Did you call your father at home or on his cell phone?
13    A    On his cell phone.
14    Q    Did you ever call your father at home during recorded
15    conversations?
16    A    I think so.
17    Q    What's your family's home number in Brooklyn?
18    A    718-434-1976.
19    Q    I'm sorry, could you say that a little more slowly?
20    A    718-434-1976.
21    Q    What's your father's cell phone number?
22    A    917-853-7685.
23    Q    Do you know where your father was when you had those
24    conversations with him?
25    A    At home and sometimes at work.
```

A. AJMAL/DIRECT/HECTOR

1    Q    When you say at working, where do you mean?

2    A    Driving a taxi.

3    Q    When you made those recorded calls, who was in the room

4    with you?

5    A    Agents and my lawyers.

6    Q    After you would make a call, would you tell the agents what

7    happened during the call?

8    A    Yes.

9    Q    Do you remember approximately how many recordings you made?

10   A    Four or five.

11   Q    Do you remember approximately when you made those

12   recordings?

13   A    In February 2013.

14   Q    Do you remember what was the last day that you made a

15   recording?

16   A    February 27th, 2013.

17   Q    Are you sure of that date?

18   A    No.

19   Q    Have you spoken to your father since the last recorded

20   conversation you made?

21   A    No.

22   Q    Ms. Ajmal, I want to ask you about some references and

23   words that were used during the recorded conversations with

24   your father.  Okay?

25   A    Okay.

A. AJMAL/DIRECT/HECTOR

1   Q   When you refer to Uncle Asghar, who is that?

2   A   Shujat's father.

3   Q   When you refer to Golli, G-O-L-L-I, who is that?

4   A   That's my cousin, Tahseen.

5   Q   Can you tell spell her name?

6   A   T-A-H-S double E-N.

7   Q   Looking at Government Exhibit 1, is that this person right

8   here?

9   A   Yes.

10  Q   Who is Nasree?

11  A   That's my Aunt Nusrat.

12  Q   Is that Nusrat up here on Government Exhibit 1?

13  A   Yes.

14  Q   What about the term "Apa," A-P-A, what does that mean?

15  A   That's her.

16  Q   I'm sorry?

17  A   That's her also.

18  Q   You refer to Nusrat or Nasree as Apa?

19  A   Yes.

20  Q   And when you and your father refer to Shoshi, who do you

21  understand that to be?

22  A   Shujat.

23  Q   What about the term "Mamo"?

24  A   Mamo is Nisar.

25  Q   Is that, looking at Government Exhibit 1, that is Nisar,

A. AJMAL/DIRECT/HECTOR

1    Babar's father?

2    A    Yes.

3    Q    What about the term "Chachoo"?  C-H-A-C-H-O-O?

4    A    That's my Uncle Akmal.

5    Q    Who is Sheeno?

6    A    My aunt.

7    Q    Can you describe in a little more detailed who that person

8    is?  Like who she's married to or who --

9    A    She's my mother's sister.

10   Q    Mazhar Iqbal down here?

11   A    Yes.

12   Q    Who is Geegee, G-E-E-G-E-E?

13   A    He's my cousin.

14   Q    Do you remember mentioning someone by the name of Aslam in

15   a conversation with your father?

16   A    Yes.

17   Q    Is Aslam someone who lives in Chiryawala?

18   A    Yes.

19   Q    In your understanding, did Aslam's daughter run away at

20   some point?

21   A    Yes.

22   Q    Were there rumors and gossip around the village about that?

23   A    Yes.

24   Q    What's the rumor?

25           MR. SOSINSKY:  Objection, Judge, to rumor.

A. AJMAL/DIRECT/HECTOR

```
1              THE COURT:  Overruled.
2    A    That she run away and she's been killed.
3    BY MS. HECTOR:
4    Q    Do you have any personal knowledge of whether that's true
5    or not?
6    A    No.
7    Q    When you were a little girl living in Brooklyn, were you
8    aware of any relationship between one of your sisters and a man
9    who lived in the United States?
10   A    (Pausing).
11   Q    Strike that.  I'm going to direct your attention to some
12   transcripts of the calls that are in evidence.
13             MS. HECTOR:  And I'm going to ask if the Court would
14   mind if I provided Ms. Ajmal with a copy of the transcripts.
15   They're in evidence as Government Exhibits 101, 102, 103, 104,
16   105, and 106.
17             THE COURT:  You may do that through Mr. Jackson.
18             MS. HECTOR:  (Handing.)
19             THE COURT:  And do you wish to publish to it the jury
20   at the same time on the Elmo, ma'am?
21             MS. HECTOR:  I will, Your Honor.
22             THE COURT:  All right.  Thank you.  These documents
23   are already in evidence, ladies and gentlemen of the jury.
24             THE CLERK:  (Handing to the witness.)
25
```

A. AJMAL/DIRECT/HECTOR

1    BY MS. HECTOR:

2    Q    Now Ms. Ajmal, I'm going to ask you some questions and when

3    you do, I'll direct you to a particular page or particular

4    exhibit, okay?

5    A    Okay.

6    Q    Have you had opportunities to listen to the recorded calls

7    that you made with your father?

8    A    Yes.

9    Q    And have you also had opportunities to review transcripts

10   of those calls?

11   A    Yes.

12   Q    Okay.  I'd like to start by directing your attention to

13   Government Exhibit 101.  Ms. Ajmal, do you see that one in

14   front of you, it says, February 15th, 2013, in the middle of

15   the first page?

16   A    Yes.

17   Q    Okay.  I'm going to ask you to turn to page three.  And for

18   the jurors I will also put it on the Elmo.  So if you don't

19   want to go to your transcript book, it will also be on the

20   screen.  Oh, I'm sorry, I'll use my unmarked copy.

21   A    (Peruses document.)

22   Q    And I'm going to direct you to a particular passage which

23   I'm going to read and then I'm going to ask you some questions

24   about it.

25        Defendant:  "My daughter, quietly come to your home.

A. AJMAL/DIRECT/HECTOR

```
 1   I am living like a dead person.  Don't humiliate me any
 2   further.  Whatever you want, I will do it."
 3            Amina:  "You told me this earlier, too.  You wasted
 4   three years of mine."
 5            Defendant:  "I told you before, and I apologize for
 6   what I promised you before.  I am asking you to forgive me.
 7   Come back.  I have been humiliated previously too, two times
 8   both over here and there.  And now, I find no place in the
 9   world to live any longer.  If you come home, I will be happy.
10   I will touch your feet, I am begging you come and look what
11   condition I am in, you would die.  Come."
12            Do you see that?
13   A   Yes.
14   Q   Amina, what did you mean when you said, "You wasted three
15   years of mine"?
16   A   When he left me in Pakistan.
17   Q   I'm sorry.  If could you please speak into the microphone.
18   A   When he left me in Pakistan.
19   Q   The three years you were in Pakistan?
20   A   Yes.
21   Q   When your father said, "I have been humiliated previously,
22   too.  Two times, both over here and there."
23            What did that mean to you?
24   A   (Pausing).  I don't know.
25   Q   You do not know.  Is that what you're saying?
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
 1  A   (Pausing).  I think he's talking about when I left.  And
 2  when my sister left.
 3  Q   Was there a time your sister left?
 4  A   Yes.
 5  Q   I'd like to direct your attention to the transcript marked
 6  Government Exhibit 102.  And dated on the front, February 20th,
 7  2013.  So five days later.
 8  A   (Peruses document.)
 9  Q   Okay.  I want to direct your attention to about the middle
10  of the page where you start by saying, "Whatever you are doing
11  in Pakistan, please stop that."  Do you see that?
12  A   Yes.
13  Q   Okay.  Please move the microphone closer to your mouth.
14  A   (Complies).
15  Q   I'm going to read the passage that I'm going to ask you
16  about.
17          Amina:  "Whatever you are doing in Pakistan, please
18  stop that."
19          Defendant:  "What am I doing in Pakistan?"
20          Amina:  "To them."
21          Defendant:  "Until I find you, I won't stop.  Until I
22  find you, nothing is going to stop.  I am going to kill their
23  whole family."
24          Amina:  "Why would you kill them?  You know I came by
25  myself and I have nothing to do with them and I" --
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
1              Defendant:  "There is only one thing.  Come home.  I
2    swear to God, no harm will be done to you if you come back
3    home.  No one will bother you.  Until I find you, I -- I will
4    go kill all their members one by one."
5              Do you see that?
6    A    Yes.
7    Q    When your father said, "I'm going to kill their whole
8    family," whose family did you understand him to be referring
9    to?
10   A    Shujat.
11   Q    And when your father said, "I will go kill all their
12   members one by one," whose family did you understand him to be
13   referring to?
14   A    Shujat.
15   Q    Please turn to the next page, page four.
16   A    (Peruses document.)
17   Q    I'm going to read the passage I'm going to ask you about.
18             Amina:  "Stop all the things that you're doing in
19   Pakistan."
20             Defendant:  "What?"
21             Amina:  "All the threats, killing and all of the stuff
22   you are doing."
23             Defendant:  "Threats?"
24             Amina:  "Yes, the ones that you have made to Uncle
25   Asghar."
```

A. AJMAL/DIRECT/HECTOR

```
 1              Defendant:  "Who gave the threats, huh?"

 2              Amina:  "All those bullets that you are shooting on

 3   them."

 4              Defendant:  "What are we doing to them?"

 5              Amina:  "Bullets that you have shot at them."

 6              Defendant:  "I will keep shooting at them until you

 7   come back home.  I will kill myself and also make sure I kill

 8   all of them."

 9              Now, Amina, when you said -- when you said, "The

10   threats," and your father said, "Threats?"  And you said, "Yes,

11   the ones you have made to Uncle Asghar," who is Uncle Asghar?

12   A    Shujat's father.

13   Q    And when you said the bullets that you have shot at them,

14   what were you referring to?

15   A    (Pausing.)  When they were shot at his parents' car.

16   Q    Okay.  I'd like to now direct your attention to Government

17   Exhibit 103 in evidence.  Which is also dated February 20th,

18   2013.  Can you turn to that one, Ms. Ajmal?

19   A    Yes. (Peruses document.)

20   Q    Please turn to page four.

21   A    (Peruses document.)

22   Q    I'm going read the passage I'm referring to.  It's two

23   lines from the top.

24              Amina:  "I cried for three years.  I told them I did

25   not want to do this.  But they never listened to me.  They did
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
1    all this to me."
2            Afzal:  "Who did it?"
3            Amina:  "My father and Chachoo."
4            Afzal.  "Huh?"
5            Amina:  "It all happened because of my father.  I
6    cried for three years, telling them I did not want to live
7    there.  I do not want to get married."
8            Do you see that?
9    A   Yes.
10   Q   Okay.  Now, who is Afzal?
11   A   He is my father's older brother.
12   Q   Okay.  Is he also the one you said is sometimes referred to
13   as nazim?
14   A   Yes.
15   Q   Okay.  And when you said, "I cried for three years," what
16   three years were you referring to?
17   A   When I was in Pakistan.
18   Q   When you said, "They never listened to me.  They did all of
19   this to me."  And Afzal said "Who did it?"  And you said, "My
20   father and Chachoo."  Who were you referring to when you said
21   Chachoo?
22   A   My Uncle Akmal.
23   Q   Please turn to the next page.
24   A   (Peruses document.)
25   Q   I'm going read the first three lines.
```

A. AJMAL/DIRECT/HECTOR

1          Afzal:  "We will do everything according to your

2    wishes.  Come back home, my daughter, while I am here.  Very

3    good, you were one of the smart ones and look what an unwise

4    thing you did.  Everyone is crying.  Here, talk Nasree, okay?"

5          Amina:  "No.  First you have to stop shooting at them.

6    Then I will see."

7          Afzal:  "Forget about the shooting.  When you do such

8    things, God only knows what would happen next.  My daughter,

9    come home.  Talk to Nasree.  She is crying, talk to her."

10          Amina, who is Nasree?

11   A   My Aunt Nasree.

12   Q   That is Afzal's wife?

13   A   Yes.

14   Q   Can you turn to Government Exhibit 104, that is also dated

15   February 20th, 2013.  Please turn to page six.

16   A   (Peruses document.)

17   Q   And I'm going to start towards the bottom of the page, five

18   lines up:

19          Amina:  "If I come, they will kill me."

20          Nasree:  "No.  No.  Nobody can kill you.  Nobody will

21   kill you, kids are young, there is no one left who can kill,

22   just come back quietly."

23          Amina:  "Uncle Akmal was going to kill me over there."

24          Nasree:  "Huh?"

25          Amina:  "Uncle."

A. AJMAL/DIRECT/HECTOR

1          Nasree:  "No.  No.  Uncle can't kill you in Pakistan.
2    How would Uncle kill you?  He cannot come here."
3          Amina:  "Uncle said he will kill me with my father's
4    permission."
5          Nasree:  "Huh?"
6          Amina:  "He said this, that with his permission he
7    will kill."
8          Nasree:  "No, Uncle is not going to kill you.  Come
9    back."
10          Amina:  "Not like this.  Ask them to stop doing all
11    that, then I will think about it."
12          Amina, in this passage, what uncle were you referring
13    to?
14    A   Akmal.
15    Q   When you said Uncle said he will kill me with my father's
16    permission, are you referring to a specific incident?
17    A   The night before the nikah.
18    Q   When Nasree said to you, "Uncle can't kill you in Pakistan,
19    how would uncle kill you?  He cannot come here," what did you
20    understand Nasree to mean by here?
21    A   In the United States.
22    Q   Please turn to page eight.
23    A   (Peruses document.)
24    Q   Starting at the bottom, the last two passages.
25          Afzal:  "Oh, daughter, stop this nonsense.  There is

A. AJMAL/DIRECT/HECTOR

1   no use of talking nonsense, my child, you just come home.  Just

2   tell us where you are, and me and Nasree will come and get you.

3   We will come and get you.  Ask the people you're living with,

4   or anyone else.  If somebody, this is a custom of the world,

5   that if somebody disgraces someone's daughter, this is a matter

6   of honor, my child.  Either they die, or they're ruined."

7           Amina:  "Nobody disgraced me.  I came on my own.

8   Nobody was involved."

9           Amina, is it true that no one was involved in helping

10  you get to the United States?

11  A   No.

12  Q   Was Shujat involved?

13  A   Yes.

14  Q   Why did you not tell Afzal that?

15  A   I felt ashamed.

16  Q   Was there any other reason?

17  A   I don't know.

18  Q   If I could direct your attention to Government Exhibit 105.

19  A   (Peruses document.)

20  Q   This is a call from the next day, February 21st, 2013.

21  Please turn to page two.

22  A   (Peruses document.)

23  Q   Starting with the two lines at the bottom of the page.

24          Defendant:  "Come home.  Come back, my daughter."

25          Amina:  "If I come back, what will you do?"

A. AJMAL/DIRECT/HECTOR

```
 1              Defendant:
 2              MS. HECTOR:  I believe we have lost our connection.
 3    It might -- I might have accidentally hit, yes.  Seems to be
 4    coming back.  As long as the screen.  Great.
 5              Apologize.
 6    BY MS. HECTOR:
 7    Q   So just back on the last page.
 8              "Come back "-- Defendant:  "Come back, my daughter."
 9              Amina:  "If I come back, what will you do?"
10              Defendant:  "I'll do nothing.  Come back, my child."
11              Amina:  "You will kill them."
12              Defendant:  "Who?"
13              Amina:  "Them, uncle Asghar and all."
14              Defendant:  "Leave them.  Why would I kill them?"
15              Amina:  "Because you said this yesterday."
16              Defendant:  "Yes.  Only if you don't return home."
17              Amina:  "But they have nothing to do with my coming
18    over here.  I" --
19              Defendant:  "Whether they had a hand in all this or
20    not, I have been humiliated in front of the entire community
21    and my siblings.  If you come back, I will have some kind of an
22    excuse for face saving.  Just come home, and save me from this
23    humiliation."
24              Amina:  "How can this happen now?  What's done can't
25    be undone now."
```

A. AJMAL/DIRECT/HECTOR

1            Defendant:  "No.  Even if you come back now, we can be

2    saved.  Parents of the daughters who run away from their home

3    can never sleep peaceful at night.  It's acceptable that their

4    son runs away, but when a daughter runs away, their parents are

5    demeaned forever, who are those people you are staying with?"

6            Amina, when you said to your father, "You will kill

7    them," who were you referring to?

8            Well, strike that.  I'll ask it this way.

9            When you said "you will kill them, them, Uncle Asghar

10   and all," who were you referring to?

11   A    Shujat's father and his family.

12   Q    I'm sorry?

13   A    Shujat's father and his family.

14   Q    When your father said, "I have been humiliated in front of

15   the entire community and my siblings, if you come back I will

16   have some kind of an excuse for face saving.  And -- when a

17   daughter runs away, their parents are demeaned forever," what

18   the did you understand your father to be saying to you, what

19   did you take that to mean when your father said, "if you come

20   back, I'll have an excuse for face saving"?

21   A    (Pausing.)  Can I explain, it's a dishonor, so --

22   Q    What would change if you came back, in your understanding

23   of this conversation?

24   A    I don't know.

25   Q    Do you have any understanding of what your father meant by

A. AJMAL/DIRECT/HECTOR

```
1    face saving?

2    A    (Pausing).  It's dishonor if a daughter runs away from

3    family, so, if I come home, then it's fine.

4    Q    If you could turn to the following page, page four.

5    A    (Peruses document.)

6    Q    Amina:  "Have you filed for your visa?"

7              Defendant:  "Everything will be done.  You come back."

8              Amina:  "Have you filed for his visa?"

9              Defendant:  I -- I am promise you, I am your mother as

10   well as your father.  Just come back before something happens."

11             Amina:  "What will you do?"

12             Defendant:  "I will kill them, I will kill one of

13   them."

14             Who did you understand to be them, when your father

15   said, "I will kill them, I will kill one of them"?

16   A    Shujat's family.

17   Q    Please turn to page six.

18   A    (Peruses document.)

19   Q    Well, I'm sorry, starting at page five.

20             Last three lines on page five.

21             Amina:  "I am not coming home, Daddy."

22             Defendant:  "Fine.  It's your choice.  I can't ask you

23   for anything, I am helpless here."

24             Amina:  "You should" --

25             Defendant:  "Watch them, your father will go to jail."
```

A. AJMAL/DIRECT/HECTOR

```
 1              Amina:  "Why would you go to jail?"

 2              Defendant:  "Your father will go to jail."

 3              Amina:  "Why?"

 4              Defendant:  I will end up in jail because it's written

 5    in my fate.  If it's in your father's fate, neither you nor

 6    anyone else can stop it from happening."

 7              Amina:  "Why, what will you do?"

 8              Defendant:  "I will kill each and every one of them."

 9              Amina:  "But why?  I have told you that they -- I've

10    told you they have nothing to do with this.  I came here on my

11    own."

12              Defendant:  "Oh, yeah.  Aside, right there on the

13    left, you paying cash.  Thank you.  Have a nice night.  Okay.

14    Now let me make it clear to you."

15              Amina:  "Yes."

16              Defendant:  "Take note of one thing."

17              Amina:  "What?"

18              Defendant:  "If you don't come back, I will kill each

19    and every one of them.  I will go to jail, the entire family

20    will go to jail."

21              Sorry.  "If you don't come back, I will kill each and

22    every one of them.  I will go to jail.  The entire family will

23    go to jail.  Once they will be killed, then they will catch,

24    write it down."

25              Do you see that passage?
```

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

```
1    A    Yes.

2    Q    Again, when your father was saying, "I will kill each and

3    every one of them," who did you understand that to mean?

4    A    Shujat's family.

5    Q    Were you worried about Shujat when you were having these

6    calls with your father?

7    A    I don't remember.

8    Q    Were you communicating with Shujat at the time?

9    A    Yes.

10   Q    Ms. Ajmal, were you fearful for Shujat's safety?

11   A    No.  I don't know what I remember.

12   Q    I'm sorry?

13   A    I don't remember.

14   Q    You don't remember if you fearful for Shujat's family?

15   A    (Pausing).  I wasn't fearful for his family.

16   Q    Were you fearful for Shujat?

17   A    Yes.

18   Q    Please turn to page eight.

19   A    (Peruses document.)

20   Q    Defendant:  "Can anyone kill their own children?  Whatever

21   you have done in the past, did I ever touch you, I never did

22   this.  Have I have touched you or hit you before in spite of

23   all the things you did?"

24            Amina -- and let me just ask you, Amina, Miss Ajmal,

25   did your father ever hit you.
```

A. AJMAL/DIRECT/HECTOR

```
 1   A    No.

 2   Q    Okay.

 3            Amina:  "But you asked Chachoo to kill me."

 4            Defendant:  "I asked Chachoo?"

 5            Amina:  "Yes."

 6            Defendant:  "I asked Chachoo just to calm down the

 7   situation."

 8            Amina:  "But he was about to kill me."

 9            Defendant:  "Oh, come on.  Nobody was going to kill

10   you.  We were just trying to scare and frighten you.  Giving a

11   threat is not killing.  No one kills their own children.  It is

12   just a threat to scare.  I mean, the support was asked from

13   you.  These were your maternal grandparents, these were your

14   maternal grandparents.  I though you would live happily.  They

15   will be in their home living happily, others are happy in their

16   houses.  A person living in his own house is always satisfied.

17   I was looking for your happiness, I will be satisfied.  He is

18   your maternal uncle's son and he is your uncle."

19            Who is -- when your father was saying he is your

20   maternal uncle's son, who is referring to?

21   A    Babar.

22   Q    When you said, "You asked Chachoo to kill me," who were you

23   referring to when you said Chachoo?

24   A    Uncle Akmal.

25   Q    Ms. Ajmal, when you were having these conversations with
```

A. AJMAL/DIRECT/HECTOR

1   your father, did you think that you personally would be killed

2   if you went home to Brooklyn?

3   A   No.

4   Q   Did you think that you could be killed while you were in

5   the United States?

6   A   No.

7   Q   When you were in Pakistan, were you fearful that you could

8   be killed in Pakistan?

9   A   (Pausing.)  I got scared when my uncle threatened me, but I

10   never actually believed that he would kill me.

11   Q   If you could turn to page 12.

12   A   (Peruses document.)

13   Q   At the top:

14        Defendant:  "If you keep on living" -- and we're still

15   on Government Exhibit, just for the record, Government Exhibit

16   105, which is a phone call on February 21, 2013.

17        Top of page 12.

18        Defendant:  "If you keep on living outside the home,

19   things will get worse.  I've waited for two months, I wanted to

20   find him but couldn't.  But now, I am going to go and find him

21   myself."

22        Amina:  "Why, what will you do?"

23        Defendant:  "I will shoot him."

24        Amina:  "Why will you shoot him?"

25        Defendant:  It's my choice.  I will leave either on

LISA SCHMID, CCR, RMR

A. AJMAL/DIRECT/HECTOR

 1    Monday or Tuesday."

 2            Amina:  "The situation will get worse."

 3            Defendant:  "Let it be."

 4            Amina.  "Have you filed for visa?"

 5            Defendant:  "Huh?"

 6            Amina:  "Have you filed for visa?"

 7            Defendant:  "Yes, visa was filed."

 8            Amina:  "Who has done it?"

 9            Defendant:  "I did."

10          Amina, when your father said, "I have waited for two

11    months, I wanted to find but couldn't.  But now I am going to

12    go and find him myself," who did you understand the him to be

13    that your father was referring to?

14    A    Shujat.

15    Q    And when you said "have you filed for visa," and your

16    father said, "I did it," whose visa were you referring to?

17    A    Babar.

18    Q    Were you referring to paperwork that would allow Babar to

19    come to the United States?

20    A    Yes.

21    Q    Page 13.

22    A    (Peruses document.)

23    Q    About the middle of the page.

24            Amina:  "You will kill me."

25            Defendant:  "I have told you not only one time,

A. AJMAL/DIRECT/HECTOR

```
 1    hundreds of times.  No one will kill you.  Who is going to kill
 2    you.  No one will kill you."
 3              Amina:  "Cha-cha Aslam left and he killed her."
 4              Defendant:  "Well, that was in Pakistan.  You are in
 5    America.  She was Aslam's daughter but this is Ajmal's, this is
 6    America.  If you want to see us alive, come back.  And if you
 7    don't care for our lives, then forget it.  Stay wherever you
 8    are.  That's why.  Shakeel, Naseen, the entire family's lives
 9    are depending on you.  The decision is yours.  If you are far
10    away, I will book you a ticket by using the card.  Come to the
11    airport and you will be will be picked up, but if you're close
12    by, I will come myself and pick you up in the car.  This is my
13    promise to you.  I have never sworn on your mother, but now I
14    swear on your mother.  I will not to you here.  I -- it's not
15    even in my control to send you back.  I'll keep you here for
16    two, four, five, ten years, four.  Do you think I will send you
17    back in two or three years?  I will keep you here."
18              Amina, the Aslam that you're referring to there, is
19    that the Aslam that you stated earlier there were rumors about
20    his daughter in Pakistan and what happened to her?
21    A    Yes.
22    Q    Please turn to page 14.
23    A    (Peruses document.)
24    Q    Amina:  "Now I am not going to be back anyway."
25              Defendant:  "I will -- I'll not send you back.  I
```

A. AJMAL/DIRECT/HECTOR

1  don't have the face left to do so.  You will stay here and no

2  one can be beat or kill anyone here.  It's not like Pakistan

3  where you bribe and you use money to get someone killed.  Here,

4  if anyone kills someone, you will be detained.  I have been

5  humiliated before here and don't want it to happen again.  The

6  last time I had a fight with Ladiyan people because they

7  taunted me that I can't find my daughter first before I talked

8  to them.  You know about that fight with Ladiyan people,

9  right?"

10        Amina:  "Hum."

11        Defendant:  "Okay.  I am not going to leave them like

12  this.  I have had firings done on them three times.  And they

13  did not stop.  Whenever I get a chance, I will kill them."

14        Amina, when the defendant referred to the Ladiyan

15  people who taunted me that I can't find my daughter before I

16  talked to them, which daughter did you understand your father

17  to be referring to?

18  A    A village in Pakistan.

19  Q    What did you understand your father's reference to mean?

20  A    (Pausing.)  What do you mean?

21  Q    Ms. Ajmal, is Ladiya a place?

22  A    Yes.

23  Q    A place where?

24  A    In Pakistan.

25  Q    Do you have an understanding of what your father meant when

A. AJMAL/DIRECT/HECTOR

1    he said that Ladiyan people had taunted him about your sister?

2    A    That's the only time I hear, when I had the conversation

3    with him, so.

4    Q    Did you have an understanding from the phone calls with

5    your father that you had, the recorded phone calls, of was your

6    father was referring to about a dispute with the Ladiyan

7    people?

8    A    Yeah.

9    Q    What was your understanding?

10   A    That they taunted my father and they had a fight.

11   Q    Did you have an understanding based on your calls with your

12   father about what the taunting concerned or was about?

13           MR. SOSINSKY:  Objection to form.

14           THE COURT:  Overruled.

15   A    My sister.

16   BY MS. HECTOR:

17   Q    Did you have an understanding of what about your sister?

18           MR. SOSINSKY:  Objection.

19           THE COURT:  Overruled.

20   A    That she left us.

21   BY MS. HECTOR:

22   Q    Okay.  Sorry.  I think I was here.

23           Amina:  "Hum."

24           Defendant:  "Okay.  I am not going to leave them like

25   this.  I had firings done on them three times and they did not

A. AJMAL/DIRECT/HECTOR

```
 1   stop.  Whenever I get a chance, I will kill them."
 2          Amina:  "Will you still do it if I come back home?"
 3          Defendant:  "Huh?"
 4          Amina:  "Will you still do it if I come back home?"
 5          Defendant:  "What?"
 6          Amina:  "If I come back home, will you still do it?"
 7          Defendant:  "Oh, no, if you come back home, then no.
 8   I am talking about Ladiyan.  If you come back we're saved, if
 9   you do not come back, then there is only death."
10          Amina:  "Okay.  I will call back again."
11          Defendant:  "What?"
12          Amina:  "Okay.  I will call back again."
13          Defendant:  "Think over it with a cool mind, daughter.
14   I have sworn on your mother, I've sworn or your mother, no one
15   will touch you.  Wipe this thought from your mind, just come
16   back as soon as you can."
17          Amina:  "Hum, okay."
18          Defendant:  "Tell your decision -- tell me your
19   decision tonight."
20          Do you see that?
21   A   Yes.
22   Q   When you said to your father, "If I come back home, will
23   you still do it," what did you mean by it?
24   A   Threaten Shujat's family.
25   Q   When your father said "tell me your decision tonight," did
```

A. AJMAL/DIRECT/HECTOR

1   you tell him a decision that night?

2   A    No.

3   Q    Amina, I'd like you to turn to the final transcript, which

4   is four days later, Government Exhibit 106.  It's dated

5   February 25th, 2013.  Do you see that?

6   A    Yes. (Peruses document.)

7   Q    Please turn to page three.  About the middle of the page.

8   A    (Peruses document.)

9   Q    Defendant: "Come back home right now.  We will be spared.

10  Just come.  It's final."

11          Amina: "Now there's no way left.  You have already

12  killed them."

13          Defendant: "Even now, come back home.  Otherwise, all

14  of us will be killed.  And so will they."

15          Amina: "Did you kill?"

16          Defendant: "How can we kill?"

17          Amina: "Then how were they killed?"

18          Defendant: "How do I know?"

19          Amina: "You were threatening them, who else could

20  have done it?"

21          Defendant: "How do I know?  There are hundreds of

22  people involved.  They blame us, it could be someone else."

23          Amina:  "Nobody else could have done this, Father.

24  You were the one threatening them."

25          Amina, when you said, "how were they killed," who were

A. AJMAL/DIRECT/HECTOR

```
 1   you referring to having been killed?

 2   A    Shujat's father and sister.

 3   Q    Can you name Shujat's father and sister?

 4   A    Asghar and Madeeha.

 5   Q    Can you turn to page five.

 6   A    (Peruses document.)

 7   Q    Amina:  "You killed them, Father."

 8        Defendant:  "I did not kill them.  Why do you keep

 9   repeating the same thing, that I killed them.  Even if I did

10   kill them, isn't a person supposed to kill that being when he

11   finds out that his daughter ran away because of him?  If had I

12   killed them" --

13        Amina:  "What is their fault?  I came by myself."

14        Defendant:  "They helped my daughter to leave.  This

15   is their fault."

16        Amina:  "They did not.  I came here by my own

17   consent."

18        Amina, when you said, "You killed them, Father," who's

19   the them you were referring to?

20   A    Shujat's father and sister.  But I only hear this from

21   Shujat.  I don't know what happened, who killed them.  I only

22   hear this from Shujat at the time.

23   Q    Amina, when you said "I came by myself," and your father

24   said, "They helped my daughter to leave.  This is their fault."

25   And you said, "they did not.  I came here by my own consent."
```

A. AJMAL/DIRECT/HECTOR

```
 1   Was I true that no one in Asghar's family helped you come here?
 2   A    No.
 3   Q    Please turn to page nine.
 4   A    (Peruses document.)
 5   Q    Defendant:  "I am not going to spare anyone.  I swore on
 6   your mother, but you didn't respect it.  But I swear on my
 7   mother now, and will keep that promise.  I will not leave a
 8   single member of their family alive.  My name is tainted
 9   everywhere.  In newspapers, on TV channels.  But I am a man
10   with no honor, my daughters are whores.  I have no place to
11   show my face with dignity.  You still have time, think about
12   it.  In the next 24 hours, call me.  Wherever you are.  If
13   you're close by, I will pick you up.  If you're far away, I
14   will send you air fare, come back home."
15           Amina:  "What will you do after another 24 hours?"
16           Defendant:  "After 24 hours, something else will
17   happen.  Another person will be gone.  Is he coming today?"
18           Amina:  "How do you know that he came?"
19           Defendant:  "Because he has to attend his father's
20   funeral in the morning.  He will not return home after the
21   funeral.  Okay.  Come back.  All right?"
22           Amina:  "You killed his father because you knew he
23   would come to his father's funeral and then you can kill him,
24   too."
25           Defendant:  "When he comes to attend the funeral, he
```

A. AJMAL/DIRECT/HECTOR

```
 1    should kill the person who killed his father.  But what do I
 2    have to do with that?  He won't go back even in the presence of
 3    police."
 4            Amina, when your father said "Is he coming today,
 5    because he has to attend his father's funeral in the morning,"
 6    who did you understand your father to be referring to?
 7    A    Shujat.
 8            (Pause in proceedings.)
 9    BY MS. HECTOR:
10    Q    Amina --
11            MS. HECTOR:  No further questions.
12            THE COURT:  We will take our morning break now, 15
13    minutes again.  Ladies and gentlemen, do not talk about the
14    case.  We will resume with cross-examination of the witness.
15            (Jury exits.)
16            THE COURT:  You may have the witness step down.
17            Mr. Jackson, would you escort the witness?
18            (Jury exits.)
19            THE COURT:  All right.  The jury has left the
20    courtroom.  Do have we have any procedural issues?
21            MR. TUCKER:  Your Honor, one issue I forgot this
22    morning.  We had additional media requests for other exhibits.
23    I understand the Court's ruling we can turn over exhibits that
24    have been introduced into evidence.
25            THE COURT:  I continue to be guided by the First
```

A. AJMAL/DIRECT/HECTOR

```
 1   Amendment of the United States Constitution.  Once exhibits are
 2   in evidence here, you may turn them over to the press.
 3             MR. TUCKER:  I understand.
 4             THE COURT:  You may turn them over the public.  This
 5   is the United States America.  We do that here.
 6             MR. TUCKER:  Thank you, Your Honor.
 7             THE COURT:  You're welcome.  Anything else?
 8             MS. HECTOR:  No, Your Honor.
 9             THE COURT:  Anything else?  Okay.  Fifteen minutes.
10             (Recess.)
11             (Continued on the next page.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

A. AJMAL/DIRECT/HECTOR

```
 1                (In open court, outside the presence of the jury.)
 2                THE COURT:  After the defendant comes out, we'll have
 3      the witness return to the stand for cross-examination.
 4                You may begin the cross-examination, Mr. Sosinsky, as
 5      soon as we bring the jury in.
 6                (Jury in at 12:05 p.m.)
 7                THE COURT:  Thank you, ladies and gentlemen of the
 8      jury.  You may be seated.  And now we're about to have
 9      cross-examination.
10                You may proceed, sir.
11      CROSS-EXAMINATION
12      BY MR. SOSINSKY
13      Q   Ms. Ajmal, would you agree that in the very first phone
14      call that you made to your father with federal agents sitting
15      next to you, within 10 seconds you said to your father:  You
16      will kill my if I come home, right, that's one of the very
17      first things you said within seconds of that call beginning
18      after greeting one another?
19      A   I don't remember.
20      Q   Do you have Exhibit 101, the same one we were using before,
21      do you have that still in front of you?
22      A   Yes.
23      Q   And if you turn to the second page of Exhibit 101, would it
24      be fair to say looking at the bottom of that page after
25      greeting one another, when your father asks where you were, and
```

1   you said:  I'm here, he then said to you:  Why don't you come

2   home?  And your response to him then was:  You will kill me,

3   right?

4   A   Yes.

5   Q   Now, you told the jury this morning that you did not think

6   that at your dad's home in Brooklyn, the home where you lived

7   you told us until 2009, that your father or anyone there would

8   kill you, right?

9   A   Yes.

10  Q   And yet this was, other than the greeting you passed to one

11  another, this was the very first thing you said to your father,

12  right?

13  A   Yes.

14  Q   And so would it be fair to say that when you used the word,

15  and I realize it was in Punjabi, but when you used the word

16  kill, you were not speaking the truth at that moment about what

17  you really were thinking, right?

18  A   Yes.

19  Q   So when you said to your daddy:  You will kill me, you knew

20  when you said that that that wasn't true, right?

21  A   Yes.

22  Q   And your father's response when you said that to him within

23  seconds of beginning the call was, and this is on page 3, this

24  is, of course, the translation, that the question doesn't even

25  arise, right, that was the first thing he said to you when you

```
 1    said that to him, right?
 2    A    Yes.
 3    Q    And did you not repeat throughout this conversation with
 4    him with agents sitting next to you this refrain that if you
 5    were to go back to your daddy's house in Brooklyn, that he
 6    would kill you?
 7    A    Yes.
 8    Q    And you did not mean that when you said that, right, you
 9    were not speaking the truth about reality when you put those
10    words down, right?
11    A    Yes.
12    Q    And every time that you said to your father in this very
13    first conversation:  If I come back, I'll know you'll kill me,
14    you knew that that was not true, right?
15    A    Yes.
16    Q    And your father kept telling you not only in this
17    conversation but in the succeeding conversations, every time
18    you said that to him, that that was not true, no one was going
19    to touch you in any way that would be offensive, right, no one
20    would harm you, right?
21    A    Yes.
22    Q    And not only did your father the very first time you called
23    him with agents sitting next to you tell you that he would not
24    harm you in any way but if you look at the middle of page
25    three, do you have that before you?
```

```
 1    A    Yes.
 2    Q    Do you recall your father telling you the very first time
 3    you called him on February 15, 2013 with federal agents sitting
 4    next to you that if you have any concern at all about what you
 5    kept repeating, that is that he would kill you if you went
 6    home, that you can go to the police and tell them whatever it
 7    is your fears are, right?
 8    A    Yes.
 9    Q    So when the prosecutor was asking you earlier about what
10    you understood things that you said and your father said to you
11    during the course of this conversation, when your dad said to
12    you:  You can seek police protection when you come here, you
13    understood that that meant if anyone is telling you that your
14    father, me, is going to hurt you, harm you, kill you, go to the
15    police first, tell them what your concerns are but please come
16    home, right?
17    A    Yes.
18    Q    And he explained to you just a couple of lines down after
19    he had first said you can seek police protection when you come
20    here and that should solve the matter, he once again repeated
21    to you:  Come back, get police protection, go to the police,
22    that's what you understood he was saying to you, right?
23    A    Yes.
24    Q    Turning to page 4, the top of that page, once again your
25    father says to you:  Get police protection, come home, right?
```

```
 1   A    Yeah.

 2   Q    Come home, we can talk about anything, come home, right?

 3   A    Yes.

 4   Q    The middle of the page, the middle of the page, once again,

 5   he says to you:  Get police protection, you understood that

 6   that meant when he said it that time, as he had before, that

 7   that meant go to the police if you have any concerns about what

 8   you can keep saying to him about you're going to kill me,

 9   you're going to kill me, go to the police but then please come

10   home, right?

11   A    Yes.

12   Q    Now, throughout the subsequent calls, the calls that came

13   after that, there were other instances in which you once again

14   said to your father:  If I come home, you'll kill me, right?

15   A    Yes.

16   Q    And would the same be true for those calls, that when you

17   said those things, you knew that your father was not going to

18   harm you if you returned to the house in Brooklyn, right?

19   A    Yes.

20   Q    In fact, you told the jury this morning that in all of your

21   years, the close relationship you had with your father, that

22   never once did he lift a hand to you, never once, right?

23   A    Yes.

24   Q    Yes, meaning that is correct?

25   A    Yes.
```

```
 1   Q    Your Uncle Akmal in Pakistan who is one of your dad's
 2   brothers, however, you told the jury did lift a hand to you a
 3   couple of times, right?
 4   A    Yes.
 5   Q    You father never did that, right?
 6   A    Yes.
 7   Q    When you spoke with other members of your family when they
 8   got on the phone in the instances in which you called what you
 9   said is the land line, the one where your sister picked up, you
10   recall those conversations, right, with other members of your
11   family?
12   A    Yes.
13   Q    Every one in those phone calls was telling you when you
14   would say to them things like if I come home, you'll kill me or
15   I'll be killed, everyone was telling you just come home, no one
16   is going to harm you in any way here, right?
17   A    Yes.
18   Q    And despite what you were saying to them, you had the same
19   understanding, that is, if you were to go home to Brooklyn, no
20   one was going to harm you in the least, right?
21   A    Yes.
22   Q    Your father in one of those calls I think on the 21st of
23   February 2013 told you that he was going to go to Pakistan in a
24   couple of days himself to do something, right?
25   A    Yes.
```

```
 1    Q    In fact he told you I'm going to go over there myself on

 2    Monday or Tuesday and you said to him:  Why, dad, I'm here,

 3    there is no need to go or words to that effect, right?

 4    A    Yes.

 5    Q    And he said:  Because it's my choice.  This is what I want

 6    to do.  I'm going to go over there and Monday or Tuesday,

 7    right?

 8    A    Yes.

 9    Q    And you know that never happened, right, your father didn't

10    go to Pakistan or get tickets or make any arrangements

11    whatsoever to go to the Pakistan, right?

12    A    Yes.

13    Q    But it's something he said to you on these phone calls with

14    federal agents sitting right next to you, right?

15    A    Yes.

16    Q    Now, the prosecutor asked you earlier today about a plan, I

17    think the question was whether you and Shujat Abbas had

18    developed a plan so that you could leave Pakistan and go

19    somewhere else.

20          Do you remember being asked questions about that this

21    morning?

22    A    Yes.

23    Q    And I believe you told us yesterday that you had planned as

24    far back as 2008 to marry Shujat Abbas, right, talking about

25    you now?
```

ALLAN SHERMAN, CSR, RPR

```
 1   A    Yes.
 2   Q    And you had planned as far back as 2008 to marry Shujat
 3   Abbas and to be able to live with him somewhere, right?
 4   A    Yes.
 5   Q    And in 2012, would it be fair to say that part of the plan
 6   that you and Shujat Abbas developed was that you and he would
 7   lie to the United States consulate or embassy regarding the
 8   nature of your relationship?
 9   A    I am not clear, but I don't think we lied.  We just didn't
10   tell them.
11   Q    When you say you didn't tell them, you were asked by
12   members of the U.S. Embassy or U.S. Consulate certain
13   information about what had transpired such that you were
14   seeking their assistance, right?
15   A    Yes.
16   Q    And one of the things you told them was that you had a
17   cousin who was helping you to leave the country, right?
18   A    Yes.
19   Q    By the way, it is true that Shujat Abbas is a cousin,
20   right, you say relative?
21   A    Yes, a distant.
22   Q    So let me ask you again, when you say that you did not tell
23   the members of the consulate and embassy that you and Shujat
24   Abbas had this romantic relationship as you described it
25   yesterday, would it be fair to say you were asked by members of
```

```
 1   the consulate and embassy what, if any, relationship there was

 2   between you and he, right?

 3   A   I don't remember.

 4   Q   Isn't it a fact that you were concerned that if you were to

 5   tell the truth as it were to the folks at the United States

 6   embassy, the consulate, that you feared you might not be able

 7   to leave Pakistan, right?

 8   A   No.

 9   Q   I'm sorry?

10   A   No.

11   Q   Did you tell them a story about concern over your family in

12   Pakistan poisoning your food and killing you?

13   A   No.

14   Q   You were speaking with Shujat Abbas before you left

15   Pakistan, right?

16   A   Yes.

17   Q   You were speaking with him about what each of you might say

18   to members of the consulate and embassy with regard to the plan

19   you had developed to leave, right?

20   A   Yes.

21   Q   And one of the things that was said in that regard was that

22   your family was planning or had been poisoning your food,

23   right?

24   A   I never said that.

25   Q   My question was:  Did you discuss with Shujat Abbas him
```

```
 1   relaying that information to the U.S. embassy or consulate in

 2   this effort to leave the country?

 3   A    I don't think so.

 4   Q    Did you lie to individuals connected with your plan to

 5   leave Pakistan?

 6   A    What do you mean?

 7   Q    Were there certain organizations in Pakistan that you and

 8   Shujat Abbas had been involved with or in touch with who were

 9   assisting you to leave the country?

10   A    Not in Pakistan.

11   Q    Non-governmental organizations?

12   A    Not in Pakistan.

13   Q    Did you lie to non-governmental organizations wherever they

14   were with regard to you and Shujat's relationship?

15   A    Yes.

16   Q    And you did that from the very inception, from the very

17   beginning --

18   A    We didn't lie but they never asked us so we didn't told

19   them.

20   Q    So did you lie or did you not lie?

21   A    No.

22   Q    Your lying began once you met with lawyers, is that fair to

23   say?

24   A    I didn't told them about our relationship but I didn't lie

25   at the time.
```

```
 1   Q    Let's just focus if we could on the time period when you

 2   first entered the United States in January of 2013 now.

 3             At some point you were in touch with lawyers, right?

 4   A    Yes.

 5   Q    And the lawyers amongst other things inquired of you, they

 6   asked you about your relationship with this fellow Shujat

 7   Abbas, right?

 8   A    Agents --

 9   Q    We'll get to the agents.  I'm first asking you to focus on

10   lawyers before they were agents.

11             Did you lie to the lawyers?

12   A    I don't remember.

13   Q    So although you don't remember whether you lied to the

14   lawyers, you do remember that you lied to federal agents, yes?

15   A    Yes.

16   Q    And when you say that you lied to federal agents, would it

17   be fair to say that you lied from the first time that you had

18   contact with them, that is sometime in February of 2013, from

19   that date through the meetings that you had through August of

20   2013, right?  So from February to August of 2013, I think the

21   prosecutor asked you you had numerous meetings with federal

22   grants and prosecutors, lawyers, right, you had numerous

23   meetings?

24   A    Yes.

25   Q    My question is throughout that time period, that is from
```

```
1    February through August 2013, you lied to federal agents and

2    prosecutors, right?

3    A    Yes.

4    Q    And let me ask you this, at the very first meeting you had

5    with federal agents and prosecutors, they explained to you how

6    important it was that you were honest with them, truthful with

7    them about anything that was asked, right?

8    A    Yes.

9    Q    And they explained not only was it important that you be

10   truthful with them about everything that you were asked about

11   but that if you were not, that you could get into a lot of

12   trouble, right?

13   A    Yes.

14   Q    They told you you could go to jail, you could be committing

15   a serious crime, right did they explain to you that you could

16   be committing a serious crime if you were lying to federal

17   agents?

18   A    Yes.

19   Q    And after hearing those instructions and learning that you

20   could get into a lot of trouble under the law here in the

21   United States for lying to federal agents, you lied to them,

22   right?

23   A    Yes.

24   Q    And each time you met with federal agents, you lied about

25   certain things, correct during that time period, February
```

1    through August 2013?

2    A    Yes.

3    Q    And by the way, you met with federal agents for a period of

4    time before you first met with federal prosecutors, right,

5    there were a few meetings just with agents, yes?

6    A    Yes.

7    Q    So you lied, you continued to lie after those meetings with

8    federal agents when you met with federal prosecutors

9    thereafter, correct?

10   A    Yes.

11   Q    And the prosecutors explained to you that, as the agents

12   had, that if you during your meetings with them, if you lied to

13   them, that you could be prosecuted for making false statements,

14   right?

15   A    Yes.

16   Q    And you understood what they were saying, correct?

17   A    Yes.

18   Q    And the same type of warnings were given to you at the

19   beginning of each time you met with the government from

20   February through August 2013, right?

21   A    Yes.

22   Q    Each time you were warned about the things I just asked you

23   about, correct?

24   A    Not each time but at the end.

25   Q    And one of the other things that you were specifically

ALLAN SHERMAN, CSR, RPR

1   instructed about was that you should not speak to anybody about

2   the questions or answers that you were providing to federal

3   agents during the course of those meetings that took place

4   between February and August of 2013, right?

5   A    Yes.

6   Q    And you were told that repeatedly throughout your meetings

7   during that time period, right?

8   A    Yes.

9   Q    And you understood what the agents and the prosecutors were

10  telling you about not reaching out to anybody and discussing

11  what it is that you were telling them during the course of your

12  meetings with them, right?

13  A    Yes.

14  Q    And would it be fair to say that beginning with the very

15  first meeting you had with anyone in law enforcement, with

16  federal agents beginning in February, beginning of February --

17  let me be clear, beginning at the beginning of February 2013,

18  after hearing that admonition that you were not to speak with

19  anyone about what you were describing at those meetings, at

20  that meeting, you and Shujat Abbas discussed what it was that

21  you were asked and what you said in response to those

22  questions, right?

23  A    Yes.

24  Q    And after that first meeting, I think it was on February 7,

25  2013, after each subsequent meeting that you had during that

1   period of time February through August of 2013, every time you

2   met with federal agents or federal prosecutors, after the

3   meeting, you called Shujat Abbas or Shujat Abbas called you and

4   you specifically went over exactly what was asked and what your

5   answers were to those people, correct?

6   A   Most of the time.

7   Q   And when you did that, you were doing it for the purpose of

8   making sure that both of you were telling a similar account,

9   correct?

10  A   Yes.

11  Q   And during this period of time when agents and federal

12  prosecutors were telling you that you were not to discuss

13  anything being discussed at the meetings with Shujat Abbas,

14  they were also asking you specific questions about when was the

15  last time you spoke with Shujat Abbas, correct?

16  A   I don't remember.

17  Q   Do you remember at the beginning of each meeting with the

18  government agents asking you, prosecutors asking you:  Have you

19  heard from Shujat Abbas?

20  A   I don't remember.

21  Q   Do you recall telling federal agents and prosecutors

22  information about contacts between you and Shujat Abbas that

23  had taken place after the conclusion of each meeting you had

24  with the government?

25  A   I didn't told them that I was sharing information with

```
 1   Shujat Abbas, that I was telling him about the meeting.
 2   Q   I understand that you didn't tell the government anything
 3   about your conversations with Shujat Abbas.  My question is:
 4   When between February and August of 2013, just focusing on that
 5   time period now if we could, at each meeting you had with
 6   federal prosecutors and agents, in addition to reminding you
 7   that you had to be honest, truthful with them and what could
 8   happen if you were not, they would ask you each time have you
 9   heard from Shujat Abbas, has he called you, have you called
10   him, do you remember each meeting --
11   A   I don't know.
12   Q   -- talking about your contacts since the time of the last
13   meeting with Shujat Abbas?
14           THE COURT:  You have to let him finish the question
15   before you answer it.
16           So would you read the question back and then we'll
17   have the witness answer the question.
18           (Record read.)
19           THE COURT:  Why don't you put another question.  That
20   is sort of convoluted.
21   A   I don't remember.
22           THE COURT:  All right.  She doesn't remember.
23           Let's move on.  You have 20 constituent parts there.
24           Go ahead.
25   Q   When you met with the government after receiving those
```

ALLAN SHERMAN, CSR, RPR

```
 1  warnings, would you tell the government about instances in
 2  which you heard from Shujat Abbas?
 3  A    No, they asked me about him, what I hear from him.  I only
 4  talked about myself.
 5  Q    Did you tell them between February and August 2013 that
 6  after each meeting that you had with the government, that you
 7  and Shujat Abbas were going over all of the things that were
 8  discussed?
 9  A    I didn't tell them.
10  Q    There came a time when you did tell the government that
11  that was exactly what had been going on between February and
12  August 2013, right?
13  A    Yes.
14  Q    And that was right around that, the end of that period that
15  I'm asking about, August of 2013, right?
16  A    Yes.
17  Q    Now, you had during that time period, you had told the
18  government a story about how it was that your father came to
19  learn about contact between you and Shujat Abbas prior to
20  November of 2009, right?
21  A    Yes.
22  Q    And you told the jury yesterday that there was a time in
23  2008 or 2009 that you were excited about being -- planning to
24  marry Shujat Abbas and at some point you went to your father,
25  you made sure there was no one else home at the time and you
```

ALLAN SHERMAN, CSR, RPR

```
 1   sat down with him and discussed with him the fact that you

 2   wanted to marry Shujat Abbas thinking that your father would

 3   have no problem with that because he was a cousin, he was a

 4   Muslim like yourself and that that could occur, do you remember

 5   telling the jury that yesterday, right?

 6   A   Yes.

 7   Q   During the time period February through August 2013, that's

 8   not the story you told the government about how it was that you

 9   and your father were discussing Shujat Abbas and marriage back

10   in Brooklyn, right, you told them a different story, did you

11   not?

12   A   Yes.

13   Q   So yesterday when you told the jury that you developed this

14   plan to marry Shujat Abbas and you sat your father down

15   believing that he would approve of such a thing and you could

16   just switch things around, substitute husbands or engagements

17   and that everything would be okay between February and 2013 of

18   August 2013, you were telling the government that that didn't

19   happen, right?

20   A   Yes.

21   Q   In fact what happened was that your dad found out that you

22   were communicating with Shujat Abbas, right?

23   A   Yes.

24   Q   That he accused you at that time of wanting to marry Shujat

25   Abbas based on this contact, right?
```

```
 1   A    Yes.
 2   Q    And that hearing that, you said nothing to your father,
 3   right?
 4   A    Yes.
 5   Q    In fact you told the government during that period of time
 6   from February through August 2013 at these meetings that when
 7   the issue of Shujat Abbas first came up, you told your father
 8   I'm not interested in marrying anyone, nobody am I interested
 9   in marrying; it's not a situation of wanting to March Shujat
10   Abbas versus your husband Baber, you just weren't interested in
11   marriage at all, right?
12   A    Yes.
13   Q    That's what you told the government for six months when you
14   met with them repeatedly in the beginning of 2013 through
15   August of 2013, right?
16   A    Yes.
17   Q    Now, you decided that you no longer could be lying to the
18   government in August 2013 because you learned in one or more of
19   your conversations with Shujat Abbas, forgive me, that he had
20   decided to tell the truth at that point in time, right?
21   A    Yes, we both.
22   Q    Let me ask you this, when you said we both, it would be
23   fair to say that the decision for Shujat Abbas to tell the
24   truth was his decision, right, that was something he decided,
25   right?
```

1   A   Yes, I think that he would go first into the truth.

2   Q   And so were it not for you talking with Shujat Abbas about

3   him telling, as you said, the truth, you were not at that point

4   in time going to tell the truth, were you?

5   A   We both decided.

6   Q   It was after Shujat Abbas said something to you about the

7   truth that you decided to tell the truth, right?

8   A   Yes, we both did.

9        MR. SOSINSKY:  Your Honor, if we can put up on the

10  screen Government's Exhibit 1.

11       Thank you, sir.

12       Yesterday.

13  Q   Yesterday the prosecutor put before you this diagram of

14  your family and I just want to ask you a couple of questions

15  about it.

16       Okay?

17  A   Okay.

18  Q   You said you have three sisters and a brother, right?

19  A   Yes.

20  Q   Your brother is, his name is Shakeel?

21  A   Yes.

22  Q   And your sister's names are Nasreen, Tazeem and Yasmin,

23  right?

24  A   Yes.

25  Q   And if we were to, just working down on Government's

```
 1    Exhibit 1, let me ask you first starting with your brother

 2    Shakeel, can you tell us how many children Shakeel has?

 3    A    Three.

 4    Q    And those children are with his wife Tahseen?

 5    A    Yes.

 6    Q    Who appears right next to him, right?

 7    A    Yes.

 8    Q    And the next one down is your sister Nasreen.  She has how

 9    many children?

10    A    Two.

11    Q    By the way, you know the names of your brother's children,

12    right?

13    A    Yes.

14    Q    And how old they are?

15    A    Yes.

16    Q    And Nasreen has how many children?

17    A    Two.

18    Q    And you know their names and how old they are, right?

19    A    Yes.

20    Q    And your sister Tasneem?

21    A    Yes.

22    Q    How many children does Tasneem have?

23    A    Three.

24    Q    And you know their names and how old they are, right?

25    A    Yes.
```

ALLAN SHERMAN, CSR, RPR

```
1    Q    And at times your brother and sisters have resided in the
2    family home in Brooklyn, right, at times?
3    A    Yes.
4    Q    And at times your family has resided in the family home
5    back in the village in Pakistan, right?
6    A    Yes.
7    Q    And I think you mentioned yesterday that with regard to
8    each of your siblings, each of them was married over in
9    Pakistan as you were, right?
10   A    Yes.
11   Q    And each of them had a similar type ceremony and
12   celebration, celebrations following the actual marriage
13   ceremony, right?
14   A    Yes.
15   Q    Each of them had a nikah, right?
16   A    Yes.
17   Q    And each of them had the celebration or parties that we saw
18   some evidence of yesterday, right?
19   A    Yes.
20   Q    And following that, as we just went through, they had
21   children, that is, the husband and wife, the members of your
22   family, they had children who are now your father's
23   grandchildren, correct?
24   A    Yes.
25   Q    And following the marriages that took place in Pakistan I
```

```
 1    think you mentioned yesterday that either the husband or wife,

 2    the spouses of your brother and sisters, came to the United

 3    States on visas, right?

 4    A    Yes.

 5    Q    If they weren't already U.S. citizens, right?

 6    A    Yes.

 7    Q    And indeed you attended at least a number of the weddings

 8    within your family, you told us yesterday, right, you went to

 9    your brother Shakeel's wedding?

10    A    Yes.

11    Q    Which took place at the same time as one of your sisters,

12    right?

13    A    Yes.

14    Q    Then subsequently you went to your other sister's wedding

15    some years later, right?

16    A    Yes.

17    Q    Over in Pakistan, yes?

18    A    Yes.

19    Q    And would it be fair to say throughout your time at the

20    house in Brooklyn --

21            Withdrawn.

22            Before you lived at Foster Avenue, you mentioned

23    another address you had lived previously with your family,

24    right?

25    A    Yes.
```

```
1    Q    Also in Brooklyn, right?

2    A    Yes.

3    Q    And at both of those addresses, while you were there, you

4    were aware that your father worked as a yellow taxi cab driver,

5    right?

6    A    Yes.

7    Q    And he would work six, seven days a week, right?

8    A    Yes.

9    Q    And he would typically work overnight shifts, right?

10   A    Yes.

11   Q    Where he would come home and then sleep during much of the

12   daytime, right?

13   A    Yes.

14   Q    And work much of the nighttime, right?

15   A    Yes.

16   Q    There were times that that wasn't the case, right, where he

17   would work other hours depending on other people who would also

18   share use of the yellow cab, right?

19   A    Maybe yes.

20   Q    Well, did other people share and also drive that yellow

21   taxi cab?

22   A    Yes.

23   Q    And in addition to your father driving a cab, your brother

24   Shakeel drove a cab?

25   A    Yes.
```

```
 1    Q    And they would send from time to time money back home to
 2    Pakistan for the use of other members of the family, correct?
 3    A    Yes.
 4    Q    And because Pakistan is far away and it is very expensive
 5    to call on either a land line or a cell phone internationally,
 6    you know from your time here that what you would do and what
 7    the family would do when calling Pakistan was use calling
 8    cards, right?
 9    A    Yes.
10    Q    And you knew that your dad and other members of your family
11    throughout the time you were here in Brooklyn, they called over
12    to Pakistan regularly, right, speak with other family members,
13    right?
14    A    Yes.
15    Q    There were times when your sisters were over there and you
16    were in New York, right?
17    A    Yes.
18    Q    There were times when you were over in Pakistan, what you
19    said, during the summers and for some other vacations and stays
20    and you had other family members back in New York, right?
21    A    Yes.
22    Q    And you guys would call one another on the telephone from
23    time to time, right?
24    A    Yes.
25    Q    And stay in touch?
```

1    A    Yes.

2    Q    It was common in your house for people to be calling

3    Pakistan to speak with all sorts of relatives over there,

4    right?

5    A    Yes.

6    Q    Now, yesterday you were shown a clip, a portion of a

7    videotape that you told us you recognized as having been taken

8    at a wedding celebration at Shujat Abbas' home in Chiryawala,

9    Pakistan, correct?

10   A    Yes.

11   Q    And the short clip that was viewed, that was played

12   yesterday here in court showed first what appear to be men

13   dancing at you said Shujat Abbas' house, right?

14   A    Yes.

15   Q    And it also showed money being thrown in the air in

16   celebration, right?

17   A    Yes.

18   Q    And it also showed guns, firearms being shot off from the

19   roof of Shujat Abbas' home in the village, right?

20   A    Yes.

21   Q    And you have, before the government called you as a witness

22   and during the course of the many, many meetings you've had

23   prior to yesterday, you viewed among other things the videotape

24   or the digital tape of that wedding, right?

25   A    Yes.

```
 1          MR. SOSINSKY:  Judge, we have a stipulation between

 2   the parties with regard to the full videotape from which the

 3   excerpt was taken.

 4          MS. HECTOR:  We have no objection to admitting

 5   Government's Exhibit 52.

 6          THE COURT:  It's admitted.

 7          You may publish.

 8          MR. SOSINSKY:  Thank you and I apologize for not doing

 9   that in advance, judge.

10          THE COURT:  Okay.

11          (So marked in evidence as Government's Exhibit 52.)

12   Q   Have you seen what was marked previously as Government's

13   Exhibit -- 52 A and B, the clips from 52 that were shown to you

14   yesterday, those you have reviewed and I think you initialed it

15   or wrote your name?

16   A   Yes.

17          MR. SOSINSKY:  Your Honor, I'm going to give this to

18   the government and then if we can switch to the prosecutor's

19   laptop to play a portion.

20          THE COURT:  Yes, of course.

21          MR. SOSINSKY:  Do we have this up on the screen?

22          Yes.  Thank you.

23          We are going to start if we could at about the eight

24   minute mark of the second file.  I think it was denominated B,

25   judge.
```

ALLAN SHERMAN, CSR, RPR

```
 1              THE COURT:  The record will so reflect.
 2   Q   This is part of what we viewed yesterday, correct?
 3   A   Yes.
 4   Q   There are drum players, drummers and people dancing around,
 5   musicians?
 6   A   Yes.
 7   Q   Now, if you take a look at the screen here --
 8              Is this up by everyone's screen?
 9              Yes.
10              We can just stop there for a moment.
11              This is part of the same videotape that was made
12   inside of Shujat Abbas' home you told us yesterday, right?
13   A   Yes.
14   Q   And in this video taken within Shujat Abbas' home, and you
15   know from viewing this prior to today, there are any number of
16   firearms, what look like rifles or machine guns present there,
17   correct?
18   A   Yes.
19   Q   Do you know any of the people?  Do you recognize any of the
20   people on the screen presently?
21   A   No.
22              MR. SOSINSKY:  Can we continue to play it.
23              (Whereupon, a videotape was played.)
24   Q   We can stop it.
25              I'll ask you to cue it a little prior to the minute
```

```
 1   mark, sir.

 2          Start at about 730.

 3          Good.

 4          (Whereupon, a videotape was played.)

 5          MR. SOSINSKY:  We can stop there.

 6   Q    Those are not members of your family, right, Ms. Ajmal?

 7   A    That is my cousin in the back.

 8   Q    I'm sorry, in the back?

 9   A    Yes.

10   Q    Can you point to where you're pointing?  Can you point on

11   your screen to where you are saying you are seeing your cousin.

12          (Witness indicates.)

13   Q    The gentleman next to the individual on the furthest left

14   of the screen, yes?

15   A    Yes.

16   Q    And this is -- what we're looking at again, this is inside

17   Shujat Abbas' home, yes?

18   A    Yes.

19   Q    And this is you recall it from 2007?

20   A    Yes.

21          THE COURT:  Which cousin is that, do you know?

22          THE WITNESS:  My brother-in-law Jamil.

23   Q    Let me ask you this:  Yesterday we also saw a videotape

24   that was taken at the family home, your family home at a

25   different wedding, right?
```

```
 1    A    Yes.

 2    Q    And you viewed that video before, right?

 3    A    Yes.

 4    Q    And that was taken during the wedding celebration at your

 5    family home, right?

 6    A    Yes.

 7    Q    You told us yesterday that after your father went back to

 8    Brooklyn in November or December, forgive me, of 2009, that you

 9    were provided at some point with a cellular phone, right?

10    A    Yes.

11    Q    And I think you also said that the women in the home didn't

12    have their own cell phones, right?

13    A    Yes.

14    Q    You attended the wedding of your cousin, your first cousin

15    Fatima when you flew over to Pakistan in November of 2009,

16    right?

17    A    December, yes.

18    Q    In December of 2009?

19    A    Yes.

20    Q    And you were at that wedding I take it?

21    A    Yes.

22    Q    Where did that wedding celebration take place?

23    A    At our house and her husband's house.

24    Q    Following the wedding celebration, you were together on

25    various occasions with Fatima, correct?
```

ALLAN SHERMAN, CSR, RPR

```
 1   A    Yes.

 2   Q    And indeed you were able to use her cell phone to make

 3   certain calls during that period of time, right?

 4   A    Yes, one time.

 5   Q    I'm sorry?

 6   A    One time.

 7   Q    Isn't it a fact you told federal agents that you were able

 8   for a period of time to use Fatima's cell phone to call Shujat

 9   Abbas?

10   A    I think one or two times.

11   Q    And in addition to using Fatima -- by the way, Fatima is a

12   woman, right?

13   A    Yes.

14   Q    In addition to using Fatima's cell phone, you were given

15   Fatima's computer or laptop in order to go on to the internet

16   and communicate by E-mail and on Facebook, right?

17   A    E-mail account, yes, from her husband's laptop.

18   Q    And her cell phone, right?

19   A    Yes.

20   Q    By the way, did you apply for a New York State drivers

21   permit at some point during the year 2011?

22   A    Not 11.

23   Q    I'm sorry?

24   A    Not in 11, 2009.

25   Q    Now, when a person -- based on your experience, when a
```

1    person swears on the life of a dead or close relative, that has

2    a particular significance, does it not, in your culture?

3    A    Yes.

4    Q    And that's something that you have previously advised the

5    government about, right?

6    A    Yes.

7    Q    And in at least one of the telephone calls with your father

8    on February 25, 2013, you asked him after he said certain

9    things to you whether he swore that what he was saying to you

10   was true, right, was the truth?

11   A    Yes.

12   Q    Right?

13   A    Yes.

14   Q    And can you tell us when you did that, that was because, as

15   you just explained, you understood that at least within your

16   family and your culture, that if someone was going to swear on

17   the life of, for example, your mother or their mother, that

18   what they were saying had significance, right?

19   A    Yes.

20   Q    And that's why you asked your father during that phone

21   conversation whether or not he swore that what he was telling

22   you was the truth, right?

23   A    Yes.

24   Q    And throughout that conversation on February 25, 2013, your

25   father denied to you that he was involved in the shootings that

ALLAN SHERMAN, CSR, RPR

```
 1   had taken place on that date, February 25, 2013, in the village
 2   of Chiryawala, right?
 3   A    Yes.
 4   Q    And he did that repeatedly throughout that conversation,
 5   right?
 6   A    Yes.
 7   Q    And would it be fair to say that he told you numerous times
 8   throughout that conversation that he was not involved in those
 9   shootings, correct?
10   A    Yes.
11   Q    And one of those times was the time I was just asking you
12   about where you asked him after he had already told you
13   numerous times that he was not involved whether he swore that
14   was the case, right?
15   A    Yes.
16   Q    And he swore to you that he was not involved in what had
17   happened, right?
18   A    Yes.
19   Q    And after that, you continued to press him and ask him the
20   same question that you had just asked him, whether he swore to
21   the truth of, right?
22   A    Yes.
23   Q    And you recall from having reviewed that phone call a
24   number of times before you came here today that at some point
25   he said to you:  Why did you have me swear and then you keep
```

```
 1   saying to me that I was involved, right?

 2   A   Yes.

 3   Q   And he continued to tell you that he was not involved,

 4   correct?

 5   A   Yes.

 6   Q   He swore that he did not kill anyone there and that we did

 7   not kill anyone there, right?

 8   A   Yes.

 9   Q   He swore we are not involved and I swear we are not

10   involved, correct?

11   A   Yes.

12   Q   Then you asked about whether he or they did things in the

13   past and he told you after he swore; no, we did not do this in

14   the past, right?

15   A   I don't remember.

16   Q   Well, you have it before you.

17          That is at page 5, judge, on Exhibit 106, the middle

18   of the page.

19          THE COURT:  Could you read the question back.

20          (Record read.)

21   Q   Now take a look at page five of Exhibit 106.

22          In the middle of the page you see where you inquire of

23   him:  Did you do this in the past?  And then he says again in

24   Punjabi as translated:  No, we did not do it in the past,

25   right?
```

```
 1   A    Yes.
 2   Q    And by the time you hung up the phone -- withdrawn.
 3            When you were on the phone with your father on that
 4   date, February 25, 2013, as far as you knew, you were the only
 5   one in that room listening, recording to this conversation who
 6   spoke and understood Punjabi, right?
 7   A    Yes.
 8   Q    So afterwards when you hung up the phone, you told the
 9   federal agents who were with you that your father denied that
10   he was in involved in whatever had gone on February 25, 2013,
11   right?
12   A    Yes.
13   Q    That was your understanding based on having just hung up
14   the phone with him, right?
15   A    Yes.
16   Q    And you said earlier today that your original plan when you
17   came up with it was that you would come back to the U.S. and go
18   to your dad's home where you had your brother and sister and
19   their children living, right, that was what your thinking was?
20   A    Yes.
21   Q    Isn't it true that what your plan was to marry Shujat Abbas
22   when you left the home in Pakistan, isn't that a fact?
23   A    Yes.
24   Q    So when you say that your plan was to return home to your
25   daddy's house in Brooklyn, that's not true, right?
```

```
1    A    That's also true.

2    Q    So your plan was to marry Shujat Abbas, right?

3    A    Yes.

4    Q    I'm sorry?

5    A    Yes.

6    Q    And your plan also was to go to your dad's home with your

7    brother and sister and their children and your uncle and aunt

8    at that point in time were as well?

9    A    Yes.

10        MR. SOSINSKY:  Your Honor, I don't know if you want to

11   break for lunch but it would be a logical time.

12        THE COURT:  How much more do you have with this

13   witness?

14        MR. SOSINSKY:  Probably half an hour to 40 minutes,

15   your Honor.

16        THE COURT:  All right, ladies and gentlemen, we'll

17   break and we'll come back at 2:15.

18        Please do not talk about the case.

19        Thank you.

20        (Jury out at 1:08 p.m.)

21        THE COURT:  Mr. Jackson, would you escort the witness

22   as well.

23        The jury has left the courtroom.

24        Do we have any other procedural issues to address

25   while the jury is out?
```

1          MR. TUCKER:  Your Honor, one scheduling issue.

2          It sounds like there is not an issue if Mr. Sosinsky's

3    cross is only another 35 minutes but the government's next

4    witness is an expert.  She is actually traveling

5    internationally tomorrow.

6          Mr. Sosinsky and I have discussed it.  He tells me if

7    by 3:00 he is not complete, if this works for your Honor, we

8    would take her out of order and then he would complete his

9    cross.

10         THE COURT:  What makes more sense?  You are the guys

11   and gals trying the case.  You tell me.

12         MR. TUCKER:  I think we have a deal if he is not done

13   at 3:00, we will put on the next witness.

14         THE COURT:  I don't want to interrupt the witness at

15   3:00 if he has 10 minutes left because somebody has travel

16   plan.

17         You folks will have a nice chat about this over lunch

18   and when we come back, you will either take the witness who

19   travels or you will continue your cross-examination.

20         I used to hate it when judges micromanaged my cases in

21   terms of witness order when the judges didn't know the nuances,

22   and I don't know the nuances so I'll defer to you.

23         MR. TUCKER:  Understood.

24         Thank you, your Honor.

25         THE COURT:  Anything else?

```
1            MR. TUCKER:  No, your Honor.

2            MR. SOSINSKY:  No, your Honor.

3            We're adjourned.

4            (Whereupon, there was a luncheon recess.)

5            (Continued on next page.)
```

```
 1                (In open court, outside the presence of the jury.)
 2            THE CLERK:  All rise.  Judge Kuntz is now presiding.
 3            THE COURT:  Good afternoon.  I understand the jury is
 4    ready to be brought in.  Good afternoon, sir.  Do we have any
 5    preliminary issues before we resume?
 6            MS. HECTOR:  Not from the government.
 7            THE COURT:  Scheduling or otherwise?
 8            MR. TUCKER:  Your Honor, we have conferred -- defense
 9    counsel estimates he has 45 minutes left.  I think given this
10    time of the day, we can make this work.  So he's going to
11    complete his examination and then we'll call the next witness.
12            THE COURT:  I defer to experienced counsel when it
13    comes to scheduling issues.
14            MR. SOSINSKY:  Judge, just to clarify, we're going to
15    finish with the witness?
16            MR. TUCKER:  That's correct, with redirect as well.
17            MR. SOSINSKY:  Yes.
18            MR. TUCKER:  Okay.
19            THE COURT:  We're not going to have summations this
20    afternoon?  No.  I understand.
21            THE CLERK:  Ready, Judge.
22            THE COURT:  If we don't have anything to address.
23            MR. TUCKER:  Should we go get the witness first?
24            THE COURT:  I was going to say, we'll get the jury and
25    we'll get the witness.
```

1              MR. TUCKER:  The witness is being got.

2              THE COURT:  You now understand my reference to my

3     colleague, Nick Garaufis this summer?

4              MR. TUCKER:  Yes, Your Honor.

5              THE COURT:  There's a saying in certain communities,

6     if it weren't for bad luck, I'd have no luck at all, and how I

7     think that may apply to my colleague, whichever it may mean.

8              (Witness enters.)

9              THE COURT:  Thank you, ma'am, please have a seat.

10    Okay.

11             THE CLERK:  All rise.

12             (Jury enters.)

13             THE COURT:  Thank you again, ladies and gentlemen of

14    the jury.  I appreciate it.  Please be seated and we'll

15    continue with the cross-examination of the witness.

16    BY MR. SOSINSKY:

17    Q   You recall on the next to the last call, that you made to

18    your father in February 2013, where you asked him once again

19    questions regarding whether or not the visa was filed, right?

20    A   Yes.

21    Q   And in that conversation --

22             MR. SOSINSKY:  This is -- Your Honor, I'm referring to

23    the transcript found at Government Exhibit 105, on page 12.

24    BY MR. SOSINSKY:

25    Q   If you have that before you.  Exhibit 105, page 12.

1   A   (Peruses document).   Yes.

2   Q   You asked your father whether he had filed for a visa,

3   right?

4   A   Yes.

5   Q   Your father indicated, "Yes, the visa -- the visa was

6   filed," right?

7   A   Yes.

8   Q   You asked who did it.  And he said he did it, right?

9   A   Yes.

10  Q   And then you asked him, "When I don't live with him, why

11  have you filed for his" -- and then there's some unintelligible

12  and then "visa," right?

13  A   Yes.

14  Q   And after that, the bottom of page your father says to you,

15  "What difference does it make, if he doesn't get approved, he

16  won't come.  That would be the end of the story, he won't come.

17  He is not dying to come to America."  Who, as you understand

18  the conversation, who was the "he" that your father is

19  referring to in that conversation?

20  A   Babar.

21  Q   Your husband?

22  A   Yes.

23  Q   And your father goes onto say, "This won't happen now

24  anyway, the circumstances are bad now.  If you don't want to

25  live with him" -- and then it says, "Unintelligible.  I promise

1    I will do whatever you want.  We'll get you married to whoever

2    you want, except him," and then "unintelligible."  You see

3    those references at the bottom of that page 12?

4    A    Yes.

5    Q    You were married, I think you said, religiously and

6    officially in March of 2012, right?

7    A    Yes.

8    Q    Specifically on March 5th of 2012?

9    A    Yes.

10   Q    And it's your understanding that although you were

11   officially married in March 2012, that the visa application was

12   submitted sometime in December of 2012, that would be nine

13   months later, right?

14   A    Yes.

15   Q    And it is true, and you may have mentioned this earlier,

16   that when one gets married in Pakistan, and has the nikah

17   ceremony, that there are official records kept of such

18   ceremonies, right?

19   A    Yes.

20   Q    And individuals, like those getting married and their

21   families, can obtain a official certified copies of the

22   marriage certificate such that they can utilize that if they

23   wish to in the future, right?

24   A    Yes.

25   Q    And to your knowledge, such a certificate, much like one

1     that you were shown earlier that's part of Government Exhibit

2     501, that certificate was issued, to your knowledge, at around

3     the time of the wedding ceremony, the marriage ceremony,

4     correct?

5     A     Yes.

6     Q     Now, you told us that you recall sometime after the wedding

7     celebration -- which was in December of 2012, right?

8     A     Yes.

9     Q     Okay.  Sometime after the wedding celebration, that you had

10    a phone conversation with your brother Shakeel, right?

11    A     Yes.

12    Q     And the subject of that phone conversation was that they

13    were putting together the visa application to be sent in and it

14    required passport-type photographs to go along with it, right?

15    A     Yes.

16    Q     And you understood what he was talking about, right?

17    A     Yes.

18    Q     And you suggested, when he spoke with you, that there might

19    be passport-type photographs in the drawer in your bedroom back

20    in Brooklyn, right?

21    A     Yeah, in Brooklyn house.

22    Q     Okay.  And there was some discussion between you and your

23    brother Shakeel about the fact that even if there were some

24    older photographs, that you could take a new one to be

25    submitted with the application, correct?

1    A    Yes.

2    Q    And after that discussion, you and your husband went to a

3    store or I guess a -- somewhere in the market, in the next

4    village over, and both of you had passport-style photos taken

5    that we've taken a look at, right?

6    A    Yes.

7    Q    And what I'm pointing to, it's back inside of the plastic

8    envelope, but those are the photographs that you were

9    questioned about earlier today that were taken on the date that

10   I'm talking about, right?

11   A    Yes.

12   Q    Now, you were also shown earlier this document.

13        MR. SOSINSKY:  Part of the same packet within the same

14   exhibit, Your Honor.

15   BY MR. SOSINSKY:

16   Q    This is a photograph that you took here in Brooklyn, back

17   in -- sometime prior to April 2009, right?

18   A    Yes.

19   Q    Also a passport-type photograph, right?

20   A    Yes.

21   Q    And also before you took this trip to Pakistan in December

22   of 2009, right?

23   A    Yes.

24   Q    And in this call, back to the transcript on page 12, when

25   your father says to you, during this conversation, "I promise I

```
 1   will do whatever you want.  We'll get you married to whoever

 2   you want, except him."  You recall your father saying that,

 3   right?

 4   A    Yes.

 5   Q    I'm sorry?

 6   A    Yes.

 7   Q    And the "him" that's being referred to is Shujat Abbas,

 8   right?

 9   A    Yes.

10   Q    And your response to him when he says that is, "Forget the

11   marriage, I don't want to get married," right?

12   A    Yes.

13   Q    You see that there, right?

14   A    Yes.

15   Q    Now, that statement by you, as it was made in

16   February 2013, that you didn't want to get married at all, that

17   was not true, that was false, right?

18   A    Yes.

19   Q    In fact, you very much wanted to get married since sometime

20   in 2008 to this fellow Shujat Abbas, right?

21   A    Yes.

22   Q    And while you were in Pakistan, did you have occasion to

23   attend other weddings other than your own?

24   A    Yes.

25   Q    I'm talking about from 2009 until 2013.
```

1    A    Yes.

2    Q    And by the way, when your wedding celebration occurred,

3    would it be fair to say that at or around the same time, there

4    were also three or four other weddings within the extended

5    family that were celebrated on consecutive days?

6    A    Yes.

7    Q    I'm sorry?

8    A    Yes.

9    Q    And Shujat Abbas has a sister named Abida?

10   A    Yes.

11   Q    And his sister Abida is younger or older than Shujat Abbas?

12   A    Younger.

13   Q    And so Abida, there came a time when she was married,

14   right?

15   A    Yes.

16   Q    And you were aware of that, right?

17   A    Yes.

18   Q    Did you attend her wedding?

19   A    No.

20   Q    Did you attend her nikah?

21   A    No.

22   Q    The wedding took place in January 2012, right?

23   A    Yes.

24   Q    And in January 2012, you learned that she had been married

25   off, right?

1    A    Yes.

2    Q    And you learned at that point in time, that Shujat Abbas's

3    parents began focusing their attentions on finding a proper

4    suitor for their son, Shujat, right?

5    A    Yes.

6    Q    So, after Abida's marriage in January of 2012, it was

7    Shujat Abbas's turn to get married, right, as you understood

8    it?

9    A    Yeah.

10   Q    His parents then had to look for a wife for him, right?

11   A    Yes.

12   Q    And you spoke with him about that topic, did you not?  You

13   spoke with Shujat Abbas about that, right?

14   A    Yes.

15   Q    And you were very, very upset with the fact that his

16   parents were looking around for his wife, right?

17   A    Yes.

18   Q    You knew that his parents were asking various members of

19   their extended family to see if an alliance or arrangement

20   could be made with one of the girls to marry Shujat Abbas,

21   right?

22   A    Yes.

23   Q    In fact, you knew something, did you not, about his family

24   asking Javed Iqbal's cousin whether the daughter would marry

25   Shujat Abbas, right?

1    A    Yes.

2    Q    And this is in January of 2012, that someone's asking Javed

3    Iqbal's cousin for the daughter's hand in marriage with their

4    very son, right?  That's the time frame I'm asking about.

5    A    Before that also.

6    Q    Before that also?

7    A    Yeah.

8    Q    And during that time period, that is, after Abida's wedding

9    in January 2012, and moving through the year 2012, you and

10   Shujat Abbas spoke frequently, did you not?

11   A    Yes.

12   Q    In fact, beginning in March of 2012, around the time of

13   your nikah, the religious and official marriage ceremony,

14   beginning at that point in time, through the remainder of the

15   year, you and Shujat Abbas spoke almost daily, correct?

16   A    Yes.

17   Q    And you and Shujat Abbas spoke throughout that time period

18   about the plan that you had to marry Shujat Abbas, right?

19   A    Yes.

20   Q    And you continued to hear information that Shujat Abbas's

21   family were asking other people about their daughters in

22   marrying Shujat Abbas, correct?

23   A    Yes.

24   Q    And there came a time when -- as we move through 2012, when

25   Shujat Abbas actually told you that although his parents were

ALLAN SHERMAN, CSR, RPR

```
 1    lining up a wife for him, that he was trying to avoid that,

 2    right?

 3    A    At Abida's wedding, yes.

 4    Q    That he was trying to avoid that so that you and he could

 5    get married, right?

 6    A    Yes.

 7    Q    And it is your testimony that throughout the time period

 8    that I'm asking you about, that is, when you and Shujat Abbas

 9    continued to have these continued discussions of getting

10    married and his parents looking for another bride for him, that

11    you were still thinking that you and Shujat Abbas would be able

12    to get married, right?

13    A    Yes.

14    Q    And that was after all the things you told the jury

15    yesterday had already gone on in Pakistan by that point in

16    time, right?

17    A    Yes.

18    Q    It is your testimony before the jury that you believed, as

19    we're getting into the middle of -- well, up until March of

20    2012, that you would still be able to convince your father that

21    you could marry Shujat Abbas, right?

22    A    Yes.

23    Q    And you swear that that's the truth, right?

24    A    Yes.

25    Q    Now, there came a point in time, you told the prosecutor
```

1  yesterday, that you realized that you and Shujat Abbas could

2  not get married in Pakistan, right?

3  A    Yes.

4  Q    But that you were planning to find another place where you

5  could have this life together, right?

6  A    Yes.

7  Q    Where you would be married, right?

8  A    Yes.

9  Q    And before we went to lunch, you told us that that very

10 thought, that is, that you could still be married with Shujat

11 Abbas and have a life together, that was on your mind when you

12 left Pakistan, right?

13 A    Yes.

14 Q    It was on your mind that that would be your goal, at the

15 same time you tell us that your thinking was that you would

16 return home to your dad's house on Foster Avenue in Brooklyn,

17 right?  You said you had both of those things on your mind at

18 that time, right?

19 A    Yes.

20 Q    The night you ran off from your husband Babar's home, at

21 some point you were in the City of Lahore, right?

22 A    Yes.

23 Q    And you had made arrangements by that point to go to the

24 U.S. consulate, right?

25 A    Yes.

1   Q    And the U.S. consulate advised you that you could come in

2   to them at any time, meaning no matter the hour, right?

3   A    Yes.

4   Q    And that if you did that, and went through whatever process

5   there was there, that they would provide protection for you,

6   safe harbor for you there at the consulate in Lahore, right?

7   A    Yes.

8   Q    And that night, would it be fair to say that you and Shujat

9   Abbas stayed in a hotel room together?

10  A    (Pausing).  Yes.

11  Q    And that was a decision that you and Shujat Abbas made

12  after speaking with the consulate and being told by them,

13  "You're welcome to come in at any time, our doors are open and

14  we can meet with you," right?

15  A    Yes.

16  Q    I'm sorry?

17  A    Yes.

18  Q    You told us that at around that time as well, that you gave

19  Shujat Abbas some jewelry that had been acquired in connection,

20  I take it, with your wedding, right?

21  A    Yes.

22  Q    Okay.  And you gave it to him to see if he could sell it

23  and then meet you at some point to give you the money, right?

24  A    Yes.

25  Q    Now, when you first spoke with federal agents in this case,

1    in or about February of 2013, did you tell them that you had

2    met, in person, with Shujat Abbas in approximately February of

3    2010, in Pakistan?

4    A    No.

5    Q    Did you tell federal agents, on that date, that you met

6    with your cousin Shujat Abbas to ask him for help?

7    A    No.

8    Q    Did you tell them a few days later that in February --

9    excuse me, did you tell them a few days later in February of

10   2013, that in November of 2012, you met again with Shujat

11   Abbas?

12   A    No.

13   Q    Of course, the time frame that I'm asking you about, that

14   is, when you were speaking with federal agents in February of

15   2013, that was the time frame that you told the jury earlier

16   that you had been lying to them, right, in February 2013?

17   A    Yes.

18   Q    There were plans made for you and Babar to be married in

19   March of 2011, a full year before the time when you actually

20   did have the nikah ceremony and get married then, correct?

21   A    There was rumors.

22   Q    I'm sorry?

23   A    There was rumors, but nobody really told me.

24   Q    You understood that plans had been made for you and other

25   family members to be married at that time, right?

ALLAN SHERMAN, CSR, RPR

1    A    Yes.

2    Q    You learned that the date in February 2011 was postponed

3    for some reason, correct?

4    A    I learned from my cousins, but no other person, nobody

5    really told me.

6    Q    From whoever it is that you learned, you learned that that

7    date, when you would be formally married, was postponed from

8    when it was originally contemplated in March of 2011, right?

9    A    Yes.

10   Q    I'm sorry?

11   A    Yes.

12   Q    By the way, you always considered your home in Brooklyn to

13   be your residence, your home, right, on Foster Avenue?

14   A    Yeah.

15   Q    I'm sorry?

16   A    Yes.

17   Q    Okay.  Can you --

18   A    Yes.

19   Q    Can I trouble to you sit up and just lean into the

20   microphone, thank you.

21        You always considered Foster Avenue to be your legal

22   domicile, right, that is the place where you reside?

23   A    Before, yes.

24   Q    Ms. Ajmal, based on the time you spent in Pakistan, it

25   would be fair to say that Shujat Abbas's family has lots of

```
1    properties in Pakistan, correct?

2    A    Yes.

3    Q    And the prosecutor asked you certain questions earlier

4    about certain understandings that you had of familial

5    relationships, and the like, let me ask you this with regard to

6    those lots of properties in Pakistan, that the Abbas family

7    owned:  It was your understanding that if the Abbas family was

8    killed, that that property would be given to Javed Iqbal,

9    Mazhar Iqbal and Shahid Iqbal, right, that was your

10   understanding?

11   A    That's what I hear from Shujat, but I don't know, I don't

12   really know about that.

13   Q    When you say "from Shujat," from Shujat Abbas, that's what

14   he told you at some point in time, right, that the property

15   would pass in that fashion if the family wasn't there, right?

16   A    Yes.

17   Q    The time frame when you were in Pakistan from the time you

18   got there, until the time of your wedding celebration, your

19   Uncle Afzal lived in that home as well, right?

20   A    Yes.

21   Q    He lived in that home as well with his wife, when you were

22   asked some questions about earlier, Nusrat or Nasree as she was

23   referred to?

24   A    Yes.

25   Q    And with regard to Nusrat or Nasree, you told the jury
```

1    yesterday that your mother passed away when you were a young

2    child, right?

3    A    Yes.

4    Q    And would it be fair to say that Nasree, your Aunt Nasree,

5    raised you like a mother, right?

6    A    Yes.

7    Q    You were very, very close with her, right?

8    A    Yes.

9    Q    And you were close with your Uncle Afzal, her husband, as

10   well, right?

11   A    Yes.

12        MR. SOSINSKY:  Forgive me, Judge.

13        (Pause in proceedings.)

14        MR. SOSINSKY:  No further questions.

15        THE COURT:  Any redirect?

16        MS. HECTOR:  Briefly, Your Honor.

17                    REDIRECT EXAMINATION

18   BY MS. HECTOR:

19   Q    Ms. Ajmal, on cross-examination you were asked some

20   questions about your father indicating that you should seek

21   police protection if you were fearful during your recorded

22   calls with him, do you remember that?

23   A    Yes.

24   Q    At the time that you first started recording phone calls

25   with your father, you had already contacted law enforcement

ALLAN SHERMAN, CSR, RPR

A. AJMAL/REDIRECT/HECTOR

 1   agents, correct?

 2   A    Yes.

 3   Q    Since you've been in the United States, have you disclosed

 4   where you lived to any of your family members?

 5   A    No.

 6           MS. HECTOR:  No further questions.

 7           THE COURT:  You may step down, ma'am.  Thank you.

 8           MR. SOSINSKY:  Your Honor, can we have a -- before the

 9   next witness comes in, can we just have a brief sidebar?

10   Really take 10 seconds.

11           THE COURT:  Try to keep sidebars to a minimum.  This

12   may be one of the first, but we're going to have a sidebar,

13   briefly.

14           (Sidebar.)

15

16

17

18

19

20

21

22

23

24

25

A. AJMAL/REDIRECT/HECTOR

1          THE COURT:  Okay.  Speak over the white noise..

2          MR. SOSINSKY:  First, I apologize because I could have

3  done this before we started, so I do apologize.  I just wanted

4  to preserve my objection to the calling of the expert on the

5  topics that we have already addressed, but I have to do it on

6  the record, and I didn't want to do it in front of the jury.

7  That's all.

8          THE COURT:  I think you've already done that with

9  respect to your objection.

10          MR. SOSINSKY:  I think the law requires that I

11  contemporaneously do it.  Anyway, that's all, Judge.  Thank

12  you.

13          THE COURT:  Is that the next expert?

14          MS. HECTOR:  Yes.

15          THE COURT:  Okay.

16          (End of sidebar conference.)

17          (Continued on the next page.)

18

19

20

21

22

23

24

25

A. AJMAL/REDIRECT/HECTOR

1           (In open court.)

2           MR. TUCKER:  Your Honor, the government calls

3    Professor Katherine Ewing.

4           THE COURT:  Before you sit, ma'am, can you raise your

5    right hand?

6           (Witness sworn.)

7           THE WITNESS:  Thank you.

8           THE COURT:  Welcome, professor.  Please state your

9    name and since you've been identified as a professor, would you

10   state where you are a professor and spell your name for the

11   reporter?  And then counsel will have some questions for you.

12          I will ask you to speak directly into the microphone,

13   and as I say to most witnesses, channel your inner Lord Vader

14   and speak slowly and distinctly, as opposed to your inner Diane

15   Keaton and speed rapidly, okay?

16          THE WITNESS:  Yes.

17          THE COURT:  Go ahead.

18          THE WITNESS:  My name is Katherine Pratt Ewing, and I

19   am a professor at Columbia University.

20          THE COURT:  Would you spell your name, please?

21          THE WITNESS:  Oh, sorry.  Katherine,

22   K-A-T-H-E-R-I-N-E, middle name Pratt, P-R-A-T-T, Ewing,

23   E-W-I-N-G.

24          THE COURT:  And since I earlier made reference to the

25   mythical Ewing family of Texas, let's just be clear:  You're

EWING/DIRECT/GANDY

```
1    not one of J.R.'s relatives, is that right?
2           THE WITNESS:  That is absolutely true.  I've been
3    asked many times, but I am not.
4           THE COURT:  Well, thank you, we'll get that on the
5    record.  Please proceed.
6           MR. TUCKER:  Thank you, Your Honor.
7                        DIRECT EXAMINATION
8    BY MR. TUCKER:
9    Q    Good afternoon, professor.
10   A    Good afternoon.
11   Q    What's your title at Columbia University?
12   A    Professor of religion.
13   Q    Do you have any other assignments or responsibilities at
14   Columbia?
15   A    Yes, I'm the director of the Center for the Study of
16   Religion and Sexuality.  And I'm also the MA coordinator of the
17   Institute for South Asia Studies at Columbia.
18   Q    And when you say "MA," what are you referring to?
19   A    Master of arts in South Asian studies.
20   Q    How long have you been a professor?
21   A    I've been a professor for approximately 25 years.
22   Q    On what topics has your research focused?
23   A    My research has focused primarily on Muslims, my original
24   Ph.D. dissertation research was in Pakistan on Muslims,
25   different interpretations of Islam, and particularly focused on
```

EWING/DIRECT/TUCKER

1   practices -- practices surrounding sufism and local

2   interpretations of Islam.  I've also worked on Muslim migrants

3   in Europe, specifically in Germany and some in the Netherlands,

4   and I've done research among South Asian Muslims in the United

5   States.

6   Q    Besides English, what other languages do you speak?

7   A    I speak with varying degrees of competency Urdu, Turkish,

8   French, German, and had an acquaintance with Punjabi, but I

9   would -- I'm not very good at that at this point in my life.

10  Q    Where did you attend college?

11  A    Tufts University, just outside of Boston, Massachusetts.

12  Q    Where did you obtain your more advanced degrees?

13  A    I got a master's -- a master of arts in anthropology at

14  Boston University and then moved to the University of Chicago

15  and got a Ph.D. in anthropology.

16  Q    What's anthropology?

17  A    Anthropology is the study of other societies, cultural

18  practices in other societies, it includes several branches,

19  archeology, physical anthropology, linguistics and cultural

20  anthropology, and my is in cultural anthropology, which means

21  the study of living societies and cultural practices.

22  Q    How do the cultural anthropologists get information as part

23  of their studies?

24  A    There are a number of methods that we use.  We do

25  interviewing, I've done pretty extensive interviewing,

ALLAN SHERMAN, CSR, RPR

EWING/DIRECT/TUCKER

1    collecting life histories, oral history, people's knowledge

2    about the world around them.  Another key method is participant

3    observation, actually living with some of the people that you

4    study, either in the neighborhood with people or sometimes even

5    living with specific families, and I have spent quite a bit of

6    time doing all of those things.

7              In addition to other sources of data, such as

8    newspapers and, these days, the internet is an important source

9    for anthropologists.

10   Q    What led you to focus your studies on South Asia and Islam?

11   A    I was interested in cultural differences in concepts of

12   self and different understanding of and experiences of

13   religion, and actually originally I was planning to study in

14   India, but because of the visa situation when I was first doing

15   research in the mid-1970s, I ended up working in Pakistan and

16   becoming an expert on Islam.

17   Q    What was your doctoral dissertation about?

18   A    It was called the pir or sufi saint in Pakistani Islam, and

19   it was about local people who are healers or seen as sometimes

20   even miracle workers, and their understandings about what they

21   do in everyday society in Pakistan.

22   Q    How did you go about researching that dissertation?

23   A    Well, I spent -- I was there for at one time continuously

24   for a year-and-a-half.  And I lived with a couple of different

25   families in neighborhoods, lived with families who had

 1    different understandings of what a beard is with a sufi saint

 2    and what legitimate practices are, and would go out into the

 3    neighborhood, into -- I was living in the City of Lahore in the

 4    Punjab, and I would go out into the neighborhood and see what

 5    the sort of neighborhood politics were surrounding he's sufi

 6    saints and shrines, and then out to other cities in the regio

 7    and tracing networks to go out to a couple of villages as well.

 8    Q    Did you ever visit the area of Gujrat, that's G-U-J-R-A-T,

 9    in Punjab?

10    A    Yes, I did.  As a matter of fact, the family that I lived

11    the longest with in Lahore actually had their roots in a

12    village outside of Gujrat.  And I also went to a specific

13    shrine in that city called Shah Dola Shah and I interviewed the

14    caretaker of that shrine and the family associated with that

15    shrine.

16    Q    Did you later expand your doctoral dissertation into a book

17    about Pakistan?

18    A    Sort of.  I turned the dissertation into a series of four

19    articles, and took some of the material and used it in a book

20    that I published in 1997.  But there was a lot of new material

21    and a new approach that I used in the book as well.

22    Q    Approximately how many academic articles have you written

23    over the course of your career?

24    A    Approximately 45 articles.

25    Q    How many books have you written?

```
 1   A    I've written two single-authored books, and published two
 2   edited volumes.
 3   Q    What was the last time that you lived for an extended
 4   period in Pakistan?
 5   A    In the mid-1980s.
 6   Q    Have you continued to monitor events in Pakistan since
 7   then?
 8   A    Yes.  I continued to for various reasons.  I'm involved in
 9   a project -- a new project involving sufi practices, the saints
10   that I was talking about earlier.  And I have students who are
11   actively doing research in Pakistan now.
12   Q    Do you continue to work with other academics who are
13   studying in Pakistan as well?
14   A    Yes, I do.  I have a colleague at Columbia right across the
15   hall from me who goes back and forth between Pakistan and the
16   United States.  He's from Pakistan.
17   Q    And you said you oversee graduate students who are studying
18   in Pakistan?
19   A    Yes, and one of those graduate students is in Lahore right
20   now.
21   Q    Are you currently working on a project relating to topic of
22   honor?
23   A    Yes.  I'm doing a -- it's a kind of online encyclopedia
24   article that the title is Honor, and it is about different --
25   it basically an annotated bibliography where I'm summarizing
```

EWING/DIRECT/TUCKER

1    the existing literature on the concept of honor.

2    Q    Is it honoring in any particular context?

3    A    Focused specifically on the Muslim world, so it's broader

4    than Pakistan, but Pakistan is certainly an important part of

5    it.

6    Q    And what's the organization or the company for whom you're

7    preparing this online bibliography?

8    A    Oxford University Press.

9    Q    What have you done in preparation specifically for your

10   testimony here today?

11   A    I've reviewed recent literature on Pakistani legal system,

12   sort of recent -- some of it I've done actually for this honor

13   article, but recent changes in legislation.  I've looked at the

14   activities of women's rights groups, and generally looked

15   through the -- a lot of media publications in the last several

16   years about women, family, and the law in Pakistan.

17   Q    Have you directly participated in the government's

18   investigation in this particular case?

19   A    No.

20   Q    Have you reviewed any of the government's evidence in this

21   case?

22   A    No.

23   Q    Are you being paid by the government in connection with

24   your testimony here today?

25   A    Yes, I am.

1    Q    What's your hourly rate?

2    A    $400 an hour.

3    Q    And approximately how many hours have you spent in

4    preparation for your testimony here today?

5    A    Approximately six to seven hours.

6    Q    Have you testified previously as an expert?

7    A    Yes, I have.

8    Q    On what topics just generally?

9    A    Generally, on immigration case -- an asylum case, and on

10   sort of gender relations among Pakistanis in connection with a

11   criminal investigation.

12   Q    In that criminal investigation where you testified, by

13   which side were you retained?

14   A    The defense.

15   Q    And so you said you also provided expert information and

16   testimony in an immigration proceeding as well?

17   A    Yes.

18   Q    Is that an asylum proceeding?

19   A    Yes, it was.

20           MR. TUCKER:  Your Honor, at this time, I request that

21   the Court certify the witness as an expert in Pakistani

22   cultural processes, family dynamics and gender and sexuality

23   amongst Muslims.

24           THE COURT:  Any objection?

25           MR. SOSINSKY:  Just subject to discussion again.

1    That's all, Judge.

2             THE COURT:  Does that mean you object?

3             MR. SOSINSKY:  Yes.

4             THE COURT:  Overruled.  She's an expert.

5             You may testify.  Go ahead.

6             MR. TUCKER:  Thank you, Your Honor.

7    BY MR. TUCKER:

8    Q    Professor, approximately how many people live in Pakistan?

9    A    Approximately a little more than 185 million.

10   Q    Is Pakistan divided into states like the United States?

11   A    It's divided into provinces.

12   Q    How many provinces?

13   A    There are four provinces and then other territories that

14   are administered somewhat differently.

15            MR. TUCKER:  Your Honor, if could show something just

16   to the witness?

17            THE COURT:  You may.

18   BY MS. HECTOR:

19   Q    Professor, I'm showing you --

20            THE COURT:  No, that's not just to the witness.

21            MR. TUCKER:  Oops, sorry.  I apologize.

22            THE COURT:  Wait until Mr. Jackson tells you clear

23   sailing.

24            Is it clear sailing?

25            THE CLERK:  It's good now.

1    BY MR. TUCKER:

2    Q    Professor, I'm showing you what's been marked for

3    identification as Government's Exhibit 30.  You see that?

4    A    Yes, I do.

5    Q    Do you're recognize this document?

6    A    Yes.

7    Q    Is this a map?

8    A    Yes, it is.

9    Q    What does this map show?

10   A    It shows the Country of Pakistan, indicates its provinces,

11   and its place in the geographical region.

12   Q    Does this map fairly and accurately represent the provinces

13   of Pakistan and its location in the region?

14   A    Mostly.  There's one change since this map was published

15   that was -- it says, "Northwest Frontier Provinces."

16   Q    What's that called now?

17   A    It is a called Pakhtunkwa -- sorry, Khyber Pakhtunkwa.

18   Q    Would you spell that for the court reporter?

19   A    K-H-Y-B-E-R, P-A-K-H-T-U-N-K-W-A.

20            THE COURT:  When was that change made, approximately?

21            THE WITNESS:  2010.

22            THE COURT:  So this map was presumably done before

23   then?

24            THE WITNESS:  Yes, presumably, I don't believe that

25   the territorial boundaries have changed.

EWING/DIRECT/TUCKER

```
 1   BY MR. TUCKER:
 2   Q   Besides that update, is this map otherwise accurate as far
 3   as you can tell, professor?
 4   A   As far as I can tell.
 5           MR. TUCKER:  Your Honor, I'm going to move to make
 6   Government's Exhibit 30 and 30A, which is larger image of that
 7   same map?
 8           THE COURT:  Any objection?
 9           MR. SOSINSKY:  No.
10           THE COURT:  It's admitted.  You may publish to the
11   jury?
12           MR. TUCKER:  Thank you, Your Honor.
13           (Exhibit published to the jury.)
14   BY MR. TUCKER:
15   Q   Professor, first can we start by talking -- can you please
16   show the jury where the area in Pakistan has been renamed that
17   you've just testified about, and you can tap on your screen to
18   indicate that.
19   A   Okay.  This -- I don't know what this -- this area here,
20   which says, "Northwest Frontier," is the area that I was
21   talking about, where the name has changed.
22   Q   And so for the record, you're indicating in the upper
23   left-hand corner of Government's Exhibit 30?
24           THE COURT:  Actually, it looks to me to be the upper
25   right-hand corner.
```

 1   A   Well, it's the whole area, a little bit lower than where I

 2   actually -- this -- I don't know if I can change it now, but

 3   the -- it happens to be pointing to northern border by mistake

 4   of the province that I'm talking about.

 5              MR. TUCKER:  Your Honor, to completely correct it.

 6   BY MR. TUCKER:

 7   Q   The upper right-hand corner of Government's Exhibit 30, but

 8   sort of the upper left-hand corner of Pakistan perhaps?

 9   A   Yes.

10              THE COURT:  Why don't we just agree that it says,

11   "Northwest Frontier," is that what it says?

12              MR. TUCKER:  Yes, Your Honor.

13              THE WITNESS:  Yes.

14              THE COURT:  Can we agree on that, Mr. Sosinsky?

15              MR. SOSINSKY:  Yes, sir.

16              THE COURT:  Ladies and gentlemen of the jury, she's

17   referring to the Northwest Frontier area.

18              Go ahead, please.

19   BY MR. TUCKER:

20   Q   Now, Professor, you indicated that Pakistan is comprised of

21   a number of provinces, did I understand you right?

22   A   Yes, that's correct.

23   Q   Would you please explain to the jury where those provinces

24   are?

25   A   Okay.  Well, there's the one we just talked about.  What

1  says on the map, "Northwest Frontier."  There is the Punjab.

2  Should I point?

3       THE COURT:  Professor, if it would help you, I don't

4  trust the lawyers with these light sabers, but if it would help

5  you, I have a laser pointer.  Don't zap anyone over there.

6  Okay?  Keep it above the head.  All right?

7       THE WITNESS:  Thank you.

8       THE COURT:  Point it that way, and if that aids you in

9  your testimony, use it and then give it to back to me.

10       THE WITNESS:  Okay.

11       THE COURT:  Okay.  No.  You've got to point it to the

12  big map over there.

13       THE WITNESS:  Oh.

14       THE COURT:  All right?  Keep it up high.

15  A   Okay.  So this is the Punjab, which is the largest

16  province.  The second largest province in terms of -- I'm

17  saying in terms of population.  The second largest province is

18  Sindh.

19       THE COURT:  Would you spell that?

20       THE WITNESS:  S-I-N-D-H.

21       THE COURT:  Go ahead.

22       THE WITNESS:  Right there.  And then there's also

23  would Balochistan.

24       THE COURT:  Would you spell that, please?

25       THE WITNESS:  On this map it's B-A-L-O-C-H-I-S-T-A-N.

EWING/DIRECT/TUCKER

1    And then Khyber Pakhtunkwa which is -- says, "Northwest

2    Frontier," on this map.

3          And then there are additional tribal -- federally

4    administered tribal territories which are kind of along the

5    border with Afghanistan and additional areas up in here that

6    are also administered differently than the provinces.

7    BY MR. TUCKER:

8    Q    Professor, you testified a few moments about an area called

9    Gujrat, do you remember that?

10   A    Yes.

11   Q    Can you please show the jury on Government's Exhibit 30,

12   where Gujrat is approximately?

13   A    Well, if I can see -- this is Lahore where I spent most of

14   my time, Gujrat Aadowal is a large city right there.  Gujrat is

15   approximately right there (indicating), somewhat smaller city

16   north of -- northwest of Gujrat -- I mean Gujrat Aadowal.

17   Sorry.

18   Q    Professor, please provide the jury with a little bit of

19   background about how Pakistani's political borders came to be?

20   A    Yes.  Before 1947, all of India was controlled by the

21   British empire, and in 1947, the British gave India its

22   independence and at that time, Pakistan was split from India as

23   a -- intended as a homeland for Muslims, a secular-based

24   homeland for Muslims.

25   Q    Professor, you also indicated that Punjab was the largest

1  province in terms of population?

2  A    Yes.

3  Q    How do Pakistani urban centers differ from more rural areas

4  of the country?

5  A    Well, they are, of course, socially more complex.  There

6  are people in -- of course, the different urban -- the

7  different cities are different from each other, but they tend

8  to be more culturally mixed.  There are major educational

9  institutions.  And the villages tend to be more socially

10 homogeneous, although there are still things like in the Punjab

11 there are, for example, caste differences within villages,

12 which mean that people have different inter-seminary

13 orientation depending on their caste.  This is also true in the

14 cities, but there's other factors that may be played, stronger

15 role.

16 Q    Professor, when you say "homogeneous," what do you mean by

17 that?

18 A    I mean that -- that there are sore of maybe -- not maybe,

19 but there are definitely stronger sort of expectations in terms

20 of people's everyday behavior than in the cities where people

21 can move more anonymously.

22 Q    Do rural areas of Pakistan tend to be more socially

23 conservative?

24 A    Yes, they tend to be.  Although, there's also the fact that

25 there's quite a bit of movement between the village and cities,

EWING/DIRECT/TUCKER

```
 1    and then there are also towns that are kind of in between

 2    villages and cities.  And with this movement, families, for

 3    example, can be connected.  You know, a village family also has

 4    urban connections and that sort of thing.

 5    Q   Are you familiar with the term panchayat?

 6    A   Yes.

 7    Q   What is a panchayat?

 8    A   Well, in -- traditionally in, and still in India, it was a

 9    form of local -- sort of local council for conflict resolution

10    and regulating affairs, usually of a village or a caste.  In

11    Pakistan today, panchayats are not an official part of the

12    government structure, even at the local level.

13    Q   So if there are not an official part, what function do they

14    serve today, in Pakistan?

15    A   Well, for -- if there are -- if we're talking about a

16    village, if there are sort of elders in the village who have

17    control over the -- over the village, then this is one of the

18    ways that they administer this control because it's not an

19    elected body.

20          They -- also, people sometimes turn to the panchayat

21    because the court system gets clogged and it may take too long

22    to resolve a dispute through the official court system.

23    Q   And I think you explained this a little bit, please tell

24    the jury about who tends to be part of a panchayat?

25    A   So these would be some of the most powerful, often older
```

ALLAN SHERMAN, CSR, RPR

1    men, in the village who have strong influence and often

2    economic and/or political influence, often those are

3    associated.  Dominant castes tend to be more powerful than more

4    subordinate castes.  And it's sometimes different people or

5    could be the same people as elected -- an elected village

6    council.

7    Q    Have you heard the term nazim or nazim before?

8    A    Yes.

9    Q    That's a N-A-Z-I-M?

10   A    Yes.

11   Q    What is a nazim?

12   A    Well, a nazim actually means a kind of leader or head.

13   This is a part of official local government.  A nazim can be at

14   any one of three different levels.  There's the broader

15   district, and then there's a more local unit, and then the

16   union council which are at the village level or usually a large

17   village and surrounding smaller villages, and so a nazim,

18   there's a nazim at each level.

19   Q    What is a nazim responsible for?

20   A    Well again, depends on the level, so the local union

21   council nazims are -- become a representative to the next

22   larger unit of government.  They are also responsible for local

23   infrastructure, local administration of -- things like roads,

24   public works kind of thing.

25             The nazim at the district level is -- actually has

EWING/DIRECT/TUCKER

1    control or has supervisory authority over the appointment of

2    police and has some control of the educational level as well.

3    Q   Are relations between men and women in Pakistani families

4    different than they're in the United States?

5    A   Yes.  There is an expert element -- expectation of gender

6    segregation, especially in rural areas, but it also plays out

7    in certain families and in certain settings in urban areas too,

8    so that even a very modern family in the city will have the

9    house arrangements set up so that women can remain secluded if

10   there are male visitors.  So the idea is that in these kind of

11   domestic settings, men and women who are not part of the

12   immediate family do not interact.

13   Q   And what's the reasoning behind that?

14   A   Well, the -- it's not just reasoning, but it's a practice

15   that is sort if everyday reality, is what people expect their

16   lives to be like.  But the idea is that men and women have

17   different social worlds, different social lives.  And there is

18   also the idea that men and women, sex should only occur

19   outside -- sorry, inside of marriage, and therefore,

20   unnecessary contact between men and women is prevented when

21   possible.

22        One of ways that it's prevented, women do go outside

23   the home, but women are -- and again, I'm making real

24   generalization here, among certain communities, women are

25   expected to cover themselves when they go outside the home so

 1    that they can't be seen.

 2          But other women are more -- don't wear any kind of

 3    coverings, especially in urban areas and in -- sometimes in

 4    villages when they're seen as part of a -- you know, sort of

 5    belong to the village, then women are always expected to cover

 6    even.

 7    Q    What you do you mean by "cover"?

 8    A    Again, styles of covering vary.  Sometimes it's only a --

 9    sort of a shawl or scarf that you wear over your head.  Some

10    women wear full -- like a full black, what's called a burqa,

11    B-U-R-Q-A, which has kind of see -- in the traditional style in

12    Pakistan has been -- there's kind of see-through layers that

13    prevent people from seeing your face, but you can see out, and

14    gauze type of cover.

15          And then it, you know, covers the body completely, and

16    then if you are in the presence of people who can see your

17    face, then you can just throw off the gauze and be seen.

18    Q    Is premarital dating typical in traditional Pakistani

19    culture?

20    A    No.

21    Q    Why is that?

22    A    Well, the customary way of arranging marriages or having

23    marriages happens through the parents arranging a marriage,

24    parents or other relatives.  And that's sore of the expectation

25    that young people have, that their parents will find the best

EWING/DIRECT/TUCKER

 1    spouse for them.

 2    Q    So what is an arranged marriage?

 3    A    Okay.  It's when the parents or other relatives find either

 4    amongst relatives or amongst their social circles, or even via

 5    a matchmaker, find a suitable spouse for their child.  And

 6    usually they are looking for somebody who -- where the families

 7    are compatible, where the level of education is comparable,

 8    where the potential spouses will be compatible with each other.

 9    And often, especially in urban areas, and actually probably

10    more pervasively at this point, the -- increasingly there is

11    the consent of the -- or the -- the prospective spouses will

12    meet in the presence of other family members and decide whether

13    this is the person that they like.

14    Q    Is fair to say that all arranged marriages are not forced

15    marriages?

16    A    Yes.

17    Q    There's a difference?

18    A    There's a big deference between an arranged marriage and a

19    forced marriage.

20    Q    Besides compatibility of the spouses --

21    A    Uh-hum (affirmative response).

22    Q    -- what other types of considerations come into play when

23    parties are arranging a marriage?

24    A    Well, there are quite a number of factors that can come

25    into play.  These include the relationship of the parents with

ALLAN SHERMAN, CSR, RPR

1    relatives or another family, where they may have talked about,

2    you know, you have got a -- maybe even in early childhood, you

3    have got a son and I've got a daughter, and, you know, I think

4    wouldn't it be nice if they married.  Sometimes there will be

5    economic considerations where a father, for example, is

6    politically important and makes a commitment to somebody who is

7    important for their political career.  Sometimes there are

8    economic considerations where if the -- if the father, you

9    know, makes a deal with somebody, so there can be a lot of

10   factors that -- that contribute to the decision.

11   Q   Are arranged marriages between cousins a common practice?

12   A   Yes, in Pakistan, and it is talked about as the preferred

13   form of marriage.  And in terms of actual statistics of how

14   many actually marry cousins, that's a little bit less certain,

15   or I don't have a specific data on that, but I think it

16   certainly talks about as a cultural practice that ideally we

17   would arrange a marriage with a cousin, doesn't necessarily

18   have to be a first cousin.

19        The stated ideal is what's called a parallel cousin,

20   where the father and his brother have spouses -- I mean have

21   children who they arrange to marry.  And one of reasons this

22   was an ideal, was to the keep resources in the family, to keep

23   land together, for example.

24   Q   Is there any basis in Islam as well for this practice of

25   having first cousins marry each other?

1    A    Yes, it's not in the Qur'an, which is kind of the source --

2    the prime source of what Islam is.  But people turn to the

3    practices of the profit Mohammad, who received the Qur'an at

4    the beginning of Islam.

5            And so he married a cousin, he married his daughter to

6    a cousin -- to her cousin.  And there are other companions of

7    profit that also married a cousin.

8    Q    What is a dowry?

9    A    A dowry is money and goods that a -- the family of the

10   bride conveys with the bride to the family of the groom.  So

11   it's money, it can be household goods, gold, things like that.

12   Q    Can caste be a factor in arranging a marriage?

13   A    Yes, in fact, it is an important factor for many families.

14   Q    What is caste?

15   A    Okay.  Caste is something that is more characteristic.  We

16   think of caste in association with India, but it is a social

17   system in which there are different social groups that are

18   arranged by occupation and are emdogamous, which means you

19   marry within this group and --

20           THE COURT:  What was that word you used?

21   A    Emdogamous, E --

22           THE COURT:  Would you please spell that one?

23   A    Yes, E-M-D-O-G-A-M-O-U-S.

24           THE COURT:  Thank you.  Go ahead.

25   A    So in India, it has traditionally been seen as the way the

1   society is organized.  In Islam does not acknowledge caste as

2   an official -- Islam teaches that everybody is equal and

3   therefore caste is not sort of a legitimate way of organizing

4   society, but practice, caste is important, and certainly in the

5   eastern part of Pakistan in the Punjab.  When you move more

6   towards the western part of Pakistan and have tribal relations,

7   clan-type relations are more central.

8   Q   How does caste factor into the process of arranging a

9   marriage?

10  A   So you're supposed to choose a spouse or your parents

11  choose a spouse for their child from within that caste or even

12  within a subcaste.

13  Q   Why is that?

14  A   Because it's what's expected.  It's -- it is a way of

15  maintaining your status, you have to marry somebody of equal

16  status.

17  Q   Do arranged marriages occur among Pakistani immigrants to

18  cultures in the United States and in Europe?

19  A   Yes, very often.

20  Q   What are some of the factors that can take effect in that

21  process of arranging marriages among Pakistani immigrants?

22  A   Well, often the -- it is an important for -- to -- for the

23  parents to find a spouse who is of equivalent social status,

24  educational background, and usually, it is a process here where

25  there is a kind of a negotiation between the -- the children

EWING/DIRECT/TUCKER

1    and the parents in terms of who will be an acceptable partner.

2    So parents may rule out somebody that they say is not

3    acceptable, for example, if they are of a different caste or

4    even different religion.  But then usually the children also

5    have a say about whether this person is okay or they would

6    rather the parents find somebody else.

7    Q    What happens if either the man or the woman refuses to go

8    forward with an arranged marriage?

9    A    Okay.  In my experience in Pakistani families, and I've

10   actually seen this happen, when the parents don't approve of

11   the choice of a child, in other words, that there's a

12   disagreement between the parents about whether somebody is a

13   suitable person or not, often they'll be kind of behind the

14   scene negotiations to make it work out.  In other words, the

15   parents will tell their friends something about the potential

16   spouse that makes the person more acceptable to their friends

17   and associates.  And as long as it's kind of quiet and behind

18   the scenes, there's usually some kind of accommodation that can

19   be made.

20   Q    What is it important for a such accommodation to happen

21   quietly and behind the scenes?

22   A    Well, the -- the -- one of the things that characterizes

23   Pakistani families is that one has to sort of maintain a

24   certain kind of respect by following certain social patterns

25   and expectations.  And the way of doing this is to -- and one

EWING/DIRECT/TUCKER

1    that I saw personally, for example, the person that actually

2    the daughter had chosen, did not fit into that category of the

3    same caste.  But they made and they were concerned that it

4    would look like a love marriage and so they basically gave

5    reasons for why they, to the parents, had chosen this person

6    for -- for their daughter, and since it was advantageous in

7    other ways, everybody thought it was a good idea.

8    Q    What do you mean by love marriage?

9    A    Okay.  This is often in Pakistan there is a sharp contrast

10   in sort of popular conversation between an arranged marriage

11   and a love marriage, which means that the man and the woman

12   have met outside of these arrangements that the parents are

13   setting up and have fallen in love and marry for that reason,

14   but usually, families, as I was saying, turn what looks like a

15   love marriage into an arranged marriage, in other words as long

16   is the parents are participating in the process, it becomes an

17   arranged marriage.

18   Q    Why would they want to do that, why would they want to make

19   a love marriage appear like an arranged marriage?

20   A    So that they maintain their respectability as a family.

21   Q    How does honor bear on this concept of arranged marriage in

22   Pakistan?

23   A    Well, honor -- it is -- honor, there are many sources of

24   honor, one of them is being able to ensure that -- to control

25   over your children and what they do.  So part of it will be the

ALLAN SHERMAN, CSR, RPR

EWING/DIRECT/TUCKER

1    jobs that they get, the education they get, and also

2    controlling the sexuality of their, well, wives and daughters.

3    Q    Why is there honor associated with controlling the

4    sexuality of wives and daughters?

5    A    Because that's -- well, it's one of ways that honor is

6    defined.   It shows your masculinity, it shows your -- another

7    reason is that in Islam, marriage out -- sex outside of

8    marriage is strictly prohibited.   And therefore, people who

9    have sex outside of marriage are not good Muslims, and that's

10   another way of violating one's honor as a family.

11   Q    How does the concept of keeping promises factor into

12   arranged marriages?

13   A    Well, it can be important in that if a -- if a father, for

14   example, has made a promise to a relative, or one of his

15   associates, business associates, or such, then, you know, as

16   anywhere, going back on one's promise is -- it can affect your

17   honor.

18   Q    In an instance where a woman is promised or betrothed to a

19   man, what can happen if she becomes romantically involved with

20   another man?

21   A    Well, as I said, usually the family tries to work it out in

22   one way or another.   They may certainly try to prevent the

23   relationship, but sometimes, they will try to change the story

24   so to speak so that it appears as if the family has, in fact,

25   arranged the marriage.

ALLAN SHERMAN, CSR, RPR

EWING/DIRECT/TUCKER

1    Q    Besides trying to change the story, as you just described,

2    are there sometimes efforts to obtain mediation?

3    A    Yes.

4    Q    Please tell us about that.

5    A    Okay.  So one of things that -- the mediation can be at

6    many levels.  So, you can get relatives to step in and try to

7    mediate in a sense of try to make everybody in the family

8    happy, when that's possible.  Sometimes there are alliances of

9    women in a village, for example, who will say -- you know,

10   argue from Islam that, you know, we need to -- they can take

11   different positions, either the girl needs to conform or that

12   the family should not force a girl into a marriage that she

13   doesn't want.  A village Panchayat can mediate in the sense

14   that they can -- the case can come to them and they will --

15   it's a rule one way or the other.  And as I said, this is kind

16   of outside the formal channels of government, but, you know,

17   it's -- and it really depends on -- on the merits of the case,

18   and the politics of -- of the village or the town in terms of

19   what happens and what kind of decisions are made.

20   Q    Does the issue of how progressed the arranged marriage

21   process is, factor into what can happen if there are efforts to

22   not proceed with the arranged marriage?

23   A    Yes, certainly there are several stages of marriage, so,

24   you know, this initial promise can happen -- when there is an

25   initial promise, it can happen, you know, even when the

ALLAN SHERMAN, CSR, RPR

EWING/DIRECT/TUCKER

1    children are young, and then there's an engagement, and then

2    there's a nikah, which is the actual signing of the contract of

3    marriage, and I should emphasize that a marriage is a contract.

4    It's not an irrevocable sacrament, and -- but at that point,

5    the wife, that's the new wife, has not yet gone to live with

6    her husband's family.  And then there's a point where they go

7    to the husband's family and have a public celebration, and then

8    there's the actual consummation of the marriage.

9    Q    At the nikah stage --

10   A    Uh-hum (affirmative response).

11   Q    Which is what you said is essentially the creation of this

12   contract, what happens?

13   A    Okay.  The parents or the fathers, usually, get together.

14   The children are present, usually in different rooms, and at a

15   certain point, so they prepared this contract, and usually

16   there's a religious functionary that's present, and then they

17   go to the daughter and ask her permission in effect, they ask

18   her if she agrees to the marriage, and this is an important

19   aspect of the Islam.  And then -- and then -- and she signs, so

20   they all sign the terms of this contract.

21   Q    How does what stage you're in, of these various stages you

22   have been explaining, factor into what happens if there is an

23   effort to stop or avoid the arranged marriage?

24   A    Well, of course once the marriage is consummated, then

25   clearly it's a bigger deal for the marriage not to happen.  But

1    divorce is possible, so even if its gone all the way to the

2    actual living together, it's possible for them to divorce.

3            And earlier on, the nikah can be broken.  And if they

4    are not yet together, then obviously the social consequences

5    are a little less if -- they're still significant, but maybe

6    less significant than they are later in the process.

7    Q    What do you mean when you say the social consequences can

8    be significant?

9    A    Well, the -- there are a lot of things that people do to

10   prepare for a wedding.  And if those plans go astray, there are

11   costs involved, there are -- and the family can feel

12   embarrassment if the plans and the announced wedding doesn't go

13   through as planned.  So, it can be -- it can produce shame for

14   the family.

15           (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

EWING/DIRECT/TUCKER

```
1    DIRECT EXAMINATION (Continued)
2    BY MR. TUCKER:
3    Q   Professor, I want to ask you a few questions now about what
4    can happen after the public celebration of a marriage, okay?
5    A   Yes.
6    Q   Where a woman becomes romantically involved with another
7    man outside of an arranged marriage after this wedding
8    celebration, can that sometimes result in violence?
9    A   It -- occasionally, yes, it can.
10   Q   Does it always result in violence?
11   A   No.
12   Q   What are some of the other things besides violence that can
13   happen?
14   A   Well, the families can accept what's happened.  And if a
15   marriage has already occurred, there can be a divorce.  If the
16   marriage has not yet occurred, they can call it off and accept
17   that this new person -- they can, as I said, sort of present it
18   to their friends and relatives as something that they played a
19   role -- I mean, usually the story is that it's something that
20   they played a role in facilitating would be the change in
21   story.
22          But sometimes, you know, it's the -- as in, you know,
23   anywhere, it can be very upsetting for a family and especially
24   a father to have his will crossed, and so there can be
25   violence.
```

EWING/DIRECT/TUCKER

```
1   Q    What are some of the circumstances where violence might
2   occur?
3   A    Well, if a father, for example -- well, if the family
4   has -- if the marriage is to a relative and the family has a
5   lot of sort of ties with this -- with their relatives and
6   breaking off the marriage disrupts those ties, it can be very
7   upsetting for the family.
8        If -- can you ask the question again, sir?
9   Q    Of course.
10       THE COURT:  Why don't you read the question back, and
11  then maybe we could take a ten-minute break.  Would that be
12  appropriate?  A ten-minute break and then we'll finish up at 5,
13  okay?  So read the question back, we'll have an answer, and
14  then we'll take our ten minute break, comfort break.
15       (Question read.)
16  A    So I'll answer this question.  So other circumstances might
17  be if the father, for example, has made a promise to somebody
18  and there's going to be financial loss or political loss
19  because of the commitment, he may lose face in his community as
20  well.  So, you know, his honor is challenged by this.
21       But, as I said, unless there are other factors that
22  play a role in the father's decision, like economic factors and
23  political factors, or his personality and he may be -- you
24  know, sort of feel that he has to have all the authority in the
25  family, for example.  And so if his will is crossed, he may
```

 1   just fly off the handle, for example, or sort of enlist others

 2   to carry out his will.

 3             THE COURT:  All right.  We'll take our ten-minute

 4   break.  Do not talk about the case.  And, Professor, do not

 5   talk with anyone about your testimony during the break, and

 6   we'll see you in ten minutes.

 7             (Jury exits courtroom.)

 8             THE COURT:  You may step down.  Okay.  We'll take ten

 9   minutes.

10             (The witness steps down from the witness stand.)

11             (Recess.)

12             (In open court, outside the presence of the jury.)

13             (Defendant enters the courtroom.)

14             THE COURT:  Would the witness come back to the stand,

15   please, and then we'll bring the jury in.

16             (The witness resumes the witness stand.)

17             MS. GANDY:   Your Honor, may I just address a quick

18   issue that just occurred to me?  Our next witness has some

19   health considerations and finds it difficult to not -- she

20   needs frequent restroom breaks.  Is it okay with Your Honor if

21   she indicates during her testimony that she's hit that moment

22   that she needs a break?

23             THE COURT:  I just turned 64, so all she has to do is

24   say "64" and I will get it.

25             MS. GANDY:  Thank you, Your Honor.

1          THE COURT:  That will be our little secret code.

2          MS. GANDY:  Fair enough.

3          THE COURT:  Or "birthday," if she doesn't want to make

4    it unduly personal.

5          (Jury enters courtroom.)

6          THE COURT:  Thank you, ladies and gentlemen of the

7    jury.  Look carefully before you sit down.  You never know

8    who's been in this courtroom during the break.  Thank you for

9    your patience and we're going to wrap up at 5, as we promised

10   before.

11         Please continue with your examination.

12         MR. TUCKER:  Thank you, Your Honor.

13   BY MR. TUCKER:

14   Q   Professor Ewing, before we took our break, you were

15   testifying about circumstances in which violence could be the

16   result of a disrupted arranged marriage.  Do you remember that?

17   A   Yes.

18   Q   Who could be the targets of such violence?

19   A   Well, the -- the daughter could be the target, or the

20   daughter's spouse or the -- I mean the daughter's -- person

21   that the daughter is involved with.  Other relatives could also

22   be involved.

23   Q   So first starting with the daughter, just to be clear, are

24   you referring to one of the participants in the arranged

25   marriage?

1   A    Yes, one of the participants in the arranged marriage who

2   breaks the arranged marriage.

3   Q    And who else is a possible target?

4   A    Well, the person that she's romantically involved with.  It

5   could be other family members if they are somehow involved in

6   the sort of breaking the arranged marriage.

7   Q    Other family members of whom?

8   A    Either the person she's romantically involved with or even

9   her own family.

10  Q    Who typically would commit such violence?

11  A    The father or the brother or other male relatives.

12  Sometimes women can be involved as well in committing the

13  violence.

14  Q    In what way?

15  A    Well, they may -- I mean, there are cases of mothers-in-law

16  who commit violence against their daughters-in-law, for

17  example.

18  Q    How frequently does this type of violence stemming from

19  disrupted arranged marriages occur in Pakistan?

20  A    Well, violence stemming specifically from disrupted

21  arranged marriages is difficult to say.  Actual murders of a

22  daughter that's gone astray or has violated the honor of the

23  family more generally in one way or another, approximately, I

24  think last year it was about a little under 690.

25  Q    What are your sources for that number in Pakistan?

1    A    Human Rights Commission gave that particular figure.

2    Statistics are -- and murders are easier to identify statistics

3    in terms of than violence more generally, because some -- some

4    violence goes unreported and, in fact, some murders can go

5    unreported.

6            But the rate of murders of women in the family by

7    relatives, in terms of reported murders, is actually lower than

8    the rate of murders in the United States by husbands,

9    boyfriends.

10   Q    Why is the reporting rate lower in Pakistan?

11   A    Because of the -- I think the idea that in some areas,

12   especially rural areas, that men have the right to control

13   their daughters and the sexuality of the women in their family.

14   There are also often collusions between the police and

15   important families in -- well, in the villages especially, but

16   also in cities.

17   Q    Has there been legislation in Pakistan addressing violence,

18   in the context of arranged marriage?

19   A    Yes.

20   Q    Please tell us about that.

21   A    Well, in -- as I mentioned in the beginning of my

22   testimony, the laws of Pakistan when Pakistan was founded were

23   basically secular.  They were a carryover from the British

24   system.  In the 1970s, the -- a concern developed with law

25   conforming with Islamic law or Shariat, which has various

1    spellings, but S-h-a-r-i-a-t.

2            And so -- and it became an important political issue,

3    so in 1979, there were Islamic laws passed that actually really

4    worked against women.  They were called the Hudood Ordinances,

5    H-u-d-o-o-d.  And it meant that any kind of sex outside of

6    marriage in one particular ordinance.  Often women were being

7    blamed for their own rape, being raped and that sort of thing.

8            And then in 1997, there was another law passed to make

9    punishment for violence more consistent with Islamic law, at

10   least certain interpretations of Islamic law.  And that's one

11   of the big issues in Pakistan today is interpreting Islam.

12   It's not that there's simply one interpretation.

13           And so this law basically allowed a family to -- if

14   they -- if a member of a family was a victim of violence, it

15   allowed that family to forgive the perpetrator is one of the

16   things that allowed.  But in -- and so sometimes that was --

17   really worked to the disadvantage of women who were subject to

18   violence, because often the perpetrator and the victim were

19   part of the same family or same extended family, relatives in

20   other words.

21           Then the secular government, subsequent secular

22   governments and active human rights and women's rights groups

23   have pushed changes in the law since then.  So in 2004, 2005,

24   2006, new laws were passed that basically reduced the impact of

25   the 1997 law.

1    Q    With respect first to that 1997 law, what was the mechanism

2    or some of the mechanisms that allowed victims to forgive

3    perpetrators?

4    A    Well, you could -- one of the primary mechanisms was that

5    the perpetrator could pay money to the victim's family.

6    Q    Is that called any particular name or term?

7    A    Yes.  That's -- well, it's the -- the law is Qisas and

8    Diyat, and so the Diyat is the compensation.

9    Q    And what is Diyat?  How do you spell Diyat?

10   A    D-i-y-a-t.

11   Q    Is there a relationship between this concept of Diyat and

12   blood money?

13   A    Well, of course, blood money, yes.  I mean, it's -- yes,

14   it's a fairly closely linked idea.

15   Q    Now directing your attention to the 2005 laws that you were

16   mentioning, are those laws consistently enforced in Pakistan?

17   A    No, they're not, although there are increasingly public

18   movements to enhance enforcement of these laws.  But one of the

19   problems is sometimes the police are not interested in

20   enforcing them, because they feel -- they may feel that the

21   honor of the -- they may side with the perpetrators of the

22   violence.

23   Q    Professor Ewing, how does violence address the dishonor

24   that occurs when an arranged marriage is violated or disrupted?

25   A    Well, part of the -- I mean, a common statement that people

1    make is that my -- you know, I have been shamed or I have to

2    restore my honor or the family's honor.  I think part of the

3    logic is that in terms of certain cultural practices in

4    Pakistan and certain principles that masculinity and honor are

5    linked with being able to assert one's authority and control

6    even when it's emotionally painful.

7            In other words, you may, for example, love a daughter

8    and yet feel that you have to do this because to prevent -- or

9    to demonstrate that you're strong, that you're a strong man.

10           MR. TUCKER:  I have nothing further, Your Honor.

11           THE COURT:  Your witness.

12           MR. SOSINSKY:  I have no questions for the witness.

13   Thank you.

14           THE COURT:  Thank you, Professor, you may step down.

15   You are excused.  Next witness, please.

16           MS. GANDY:   Your Honor, the government calls

17   Rukhsana Kousar.

18           THE COURT:  I will ask you to spell that as she comes

19   in.

20           MS. GANDY:  R-u-k-h-s-a-n-a K-o-u-s-a-r.

21           THE COURT:  Thank you.

22           MS. GANDY:  The witness will be with us momentarily,

23   Your Honor.  She's occupied at the moment.

24           (Pause in the proceedings.)

25           (Witness sworn.)

1          THE COURT:  Thank you.  The record should reflect,

2     ladies and gentlemen of the jury, you can see we are using the

3     services of the previously sworn interpreter.  The questions

4     will be asked in English.  They will be interpreted.  Please

5     have a seat, Ms. Kousar.  They will be interpreted into the

6     language of the witness, which is?

7          THE INTERPRETER:  Punjabi.

8          THE COURT:  Punjabi, and then translated, the answers

9     translated from Punjabi into English.  I state that not so much

10    for you folks, because you're here and you're seeing it, as

11    well as for the record.

12         Okay.  Please proceed, Ms. Gandy.

13         MS. GANDY:  Thank you, Your Honor.

14         Ms. Verma, if I may ask that you move the microphone a

15    little closer to you since you are the one that the jury will

16    understand.

17         THE INTERPRETER:  Is that okay?

18         MS. GANDY:  Yes.  We'll let you know if we can't hear

19    you clearly.

20         THE INTERPRETER:  All right.

21         RUKHSANA KOUSAR,

22              called by the Government, having been first

23    duly sworn, was examined and testified as follows:

24    DIRECT EXAMINATION

25    BY MS. GANDY:

```
1    Q    Good afternoon, Ms. Kousar.

2    A    Good afternoon.

3    Q    What country are you currently living in?

4    A    America.

5    Q    How long have you lived in the United States?

6    A    One year and three months.

7    Q    Why did you come to the United States?

8    A    As a witness.

9    Q    Are you a citizen of the United States?

10   A    No.

11   Q    Where were you born?

12   A    Barnala, Azad Kashmir.  B-a-r-n-a-l-a.  Azad, A-z-a-d.

13   Kashmir, K-a-s-h-m-i-r.

14   Q    And is that an area bordering Pakistan?

15   A    Yes.

16   Q    How old are you, Ms. Kousar?

17   A    About 48, 49 years old.

18   Q    Are you a citizen of Pakistan?

19   A    Yes.

20   Q    As a child, did you attend school in Pakistan?

21   A    Yes.

22   Q    How old were you when you stopped attending school?

23   A    About 17 and a half or 18 years old.  I don't remember

24   exactly how old I was.

25   Q    When you left school at about 17 or 18 years old, did you
```

1    get married?

2    A    Yes.

3    Q    To whom did you get married?

4    A    Choudhry Mohammad Asghar.  C-h-o-u-d-h-r-y, Mohammad,

5    M-o-h-a-m-m-a-d, Asghar, A-s-g-h-a-r.

6    Q    What year did you and your husband get married?

7    A    '84.

8    Q    Is that 1984?

9    A    Yes.

10   Q    And going forward, is it okay if I refer to your husband as

11   Asghar?

12   A    Yes.

13   Q    Where did your marriage to Asghar take place?

14   A    In Chiryawala.

15   Q    And is Chiryawala the place where you grew up?

16   A    No.  Barnala.

17   Q    What is Barnala?

18   A    Barnala is a town or a big city.

19   Q    And approximately how far away from Chiryawala is Barnala?

20   A    I don't remember exactly how long does it take, but if you

21   have your own vehicle, it takes about half an hour.  If you go

22   on bus, then it takes about one hour.

23   Q    Where did your husband grow up, Asghar?

24   A    In Chiryawala.

25   Q    And prior to your marriage to Asghar that took place in

1    Chiryawala, who decided that you and Asghar would be married?

2    A    I saw him and he saw me.  Then his father and my mother,

3    they decided.

4    Q    And was your father alive at the time that you and Asghar

5    were married?

6    A    No.

7    Q    After you and Asghar were married in Chiryawala, where did

8    you live?

9    A    For two months in Chiryawala.

10   Q    And in whose house in Chiryawala did you live?

11   A    In Asghar's house.

12   Q    Was that his family home?

13   A    Yes.

14   Q    Who else lived in that home with you?

15   A    My husband's sisters and his father.

16   Q    You said that you lived in that home for about two months

17   after getting married; is that right?

18   A    Yes.

19   Q    Where did you move to after those two months?

20   A    Dubai.

21   Q    Why did you move to Dubai?

22   A    My husband had job over there.

23   Q    What kind of job did your husband have in Dubai?

24   A    He was shovel operator.  He had government job over there.

25   Q    And what year was this that you moved to Dubai?

1    A    '84.

2    Q    After you and Asghar were married and moved to Dubai, did

3    you have any children with him?

4    A    Yes.

5    Q    How many children did you have?

6    A    Five.

7            MS. GANDY:    I'm now going to publish, Your Honor, if

8    I might, Government Exhibit 2 that's in evidence.

9            THE COURT:  Yes, you may publish it to the jury and

10   the witness.

11           (Exhibit published to the jury and witness.)

12   Q    Ms. Kousar, can you see the picture on your screen there?

13   A    Yes.

14   Q    Do you recognize the people that are shown in these

15   photographs?

16   A    Can you make it a little larger a little bit?

17   Q    Sure.  I can zoom it in for you.

18           THE COURT:  We have a smaller version of Exhibit 2, if

19   that would be helpful.

20           MS. GANDY:    Thank you, Your Honor.

21           THE COURT:  You can place that in front of the witness

22   if she would find that of use.  It's the same document.

23   A    Okay.  All right.  It's my husband on the first on the left

24   side.

25   Q    This man that I'm pointing to here?

KOUSAR/DIRECT/GANDY

1    A    Yes.

2    Q    And who is your oldest child with Asghar?

3    A    Shujat Abbas.

4    Q    And is this a picture of Shujat here on the bottom

5    left-hand corner?

6    A    Yes.  This one (indicating).

7    Q    How old is Shujat?

8    A    On this month, the 17th, he turned 26 years old.

9    Q    What country does Shujat live in currently?

10   A    In America.

11   Q    Turning to the next picture, who is this that I'm pointing

12   at?

13   A    Abida Asghar.

14   Q    How old is Abida Asghar?

15   A    Twenty-four years.  She's two years younger to Shujat.

16   Q    And what -- does Abida currently live in the United States?

17   A    She lives in Spain, but she is currently over here.  She's

18   visiting.

19   Q    Turning to the next photograph, who is this?

20   A    Madeeha Asghar.

21   Q    And is she your third oldest child?

22   A    Yes.

23   Q    Is your daughter Madeeha still with us, Ms. Kousar?

24   A    No.

25   Q    When did Madeeha die?

KOUSAR/DIRECT/GANDY

```
 1   A    February 25th, 2013.
 2   Q    And where did that happen?
 3   A    In Chiryawala.
 4   Q    How old was she when she passed away?
 5   A    She's two years younger to the older child to her.  Maybe
 6   21, you can say.
 7   Q    Ms. Kousar, looking at the next photograph, who is this
 8   that I'm pointing to?
 9   A    Seemab Asghar.
10   Q    And how old is Seemab Asghar?
11   A    Twenty years old.
12   Q    What country does she currently live in?
13   A    In America.
14   Q    And finally, on the right-hand side, the bottom right-hand
15   corner, who is this, Ms. Kousar?
16   A    Nayab Asghar.
17   Q    How old is Nayab Asghar?
18   A    First of this month, she turned 18.
19   Q    What country does she currently live in?
20   A    In America.
21   Q    And, Ms. Kousar, your husband Mohammad Asghar who we
22   started with, is he still with us?
23   A    No.
24   Q    When did he pass away?
25   A    February 25th, 2013.
```

SHERRY BRYANT, RMR, CRR

1    Q    Where did that occur?

2    A    In Chiryawala.

3    Q    Ms. Kousar, where were each of your five children with

4    Asghar born?

5    A    In Dubai.

6    Q    And you said you moved to Dubai in 1984; is that right?

7    A    Right.

8    Q    How many years did you and Asghar and the children live in

9    Dubai?

10   A    I lived there for about 17 or 18 years, and my husband had

11   been living before me there.

12   Q    When did you move back to Pakistan?

13   A    I don't remember the year.

14   Q    You thought it was about 17 or 18 years after you moved to

15   Dubai, though, is that right?

16   A    Yes.

17   Q    Would it be fair to say it was sometime around 2001 then?

18   A    Yes, maybe it was 2001.  I don't remember exactly what

19   year.

20   Q    When you moved back to Pakistan from Dubai, who moved back

21   to Pakistan with you?

22   A    My children.

23   Q    Where did you live in Pakistan when you returned?

24   A    My mother had passed away and first we went to Barnala.

25   Q    How long did you stay in Barnala after your mother passed

KOUSAR/DIRECT/GANDY

1  away?

2  A    For two weeks.

3  Q    After those two weeks, where did you live?

4  A    In Chiryawala, in my house.

5  Q    You said you moved back to Pakistan with your children.

6  Where was Asghar during that time?

7  A    In Dubai.

8  Q    Why did he stay in Dubai if you and the children moved back

9  to Pakistan?

10  A    Because he had a job there.

11  Q    Did Asghar eventually move back to Pakistan to live with

12  you?

13  A    He used to come and visit us.

14  Q    And at some point, did he move back to Pakistan

15  permanently?

16  A    Yes.

17  Q    Do you remember when that happened?

18  A    Two years before he died.

19  Q    So would it be fair to say around 2011?

20  A    Yes, two years before that.

21  Q    What happened with Asghar's work in Dubai when he returned

22  to Pakistan?

23  A    Shujat was doing that.

24  Q    And was Shujat living in Dubai during that period?

25  A    Yes.

1          MS. GANDY:   Your Honor, shall I continue?

2          THE COURT:  How much longer do you have with the

3    witness?

4          MS. GANDY:  This is a rather long witness, Your Honor.

5          THE COURT:  Then I think it's 5:00 and I promised you

6    a 5:00 adjournment.  We will adjourn today at 5.  We will

7    resume tomorrow at 9:30 promptly.  Please, ladies and

8    gentlemen, do not talk about the case, read anything about it.

9    I will see you tomorrow at 9:30 a.m.  Thank you.

10          (Jury exits courtroom.)

11          (The witness steps down from the witness stand and

12    withdraws from the courtroom.)

13          THE COURT:  All right.  The jury has left the

14    courtroom.  Is there anything else we need to discuss today?

15          MS. GANDY:  Not from the government, Your Honor.

16          MR. SOSINSKY:  Nothing from the defense.

17          THE COURT:  We'll resume at 9:30 tomorrow morning.

18          MR. TUCKER:  Thank you, Your Honor, have a good day.

19          THE COURT:   And you.

20          (Whereupon, the proceedings were adjourned at 5:03

21    p.m. until June 27, 2014 at 9:30 a.m.)

22

23

24

25

KOUSAR/DIRECT/GANDY

```
A. AJMAL/DIRECT/HECTOR        534
A. AJMAL/CROSS/SOSINSKY       594
A. AJMAL/REDIRECT/HECTOR      648
EWING/DIRECT/GANDY            651
EWING/DIRECT/TUCKER          652
KOUSAR/DIRECT/GANDY          689
GEX 52                       620
```

**$**

$400 [1] 657/2

**'**

'84 [2] 690/7 692/1
'til [1] 542/3

**-**

------------------------------------x [2] 531/2
531/6

**1**

10 [3] 593/15 629/15 648/10
10006 [1] 531/18
101 [4] 566/15 567/13 593/20 593/23
102 [2] 566/15 569/6
103 [2] 566/15 571/17
104 [2] 566/15 573/14
105 [5] 566/16 575/18 582/16 632/23 632/25
106 [4] 566/16 584/4 626/17 626/21
11 [2] 623/22 623/24
11201 [3] 531/5 531/14 531/22
12 [6] 582/11 582/17 632/23 632/25 634/3
636/24
12:05 p.m [1] 593/6
13 [3] 531/3 532/3 583/21
14 [1] 584/22
15 [2] 591/12 596/3
150 [2] 531/3 532/3
15th [1] 567/14
17 [4] 689/23 689/25 695/10 695/14
17th [1] 693/8
18 [5] 689/23 689/25 694/18 695/10 695/14
185 million [1] 658/9
1947 [2] 663/20 663/21
1970s [2] 653/15 684/24
1976 [2] 562/18 562/20
1979 [1] 685/3
1980s [1] 655/5
1984 [2] 690/8 695/6
1997 [4] 654/20 685/8 685/25 686/1
1:08 p.m [1] 628/20
1A [1] 548/10
1st [4] 540/13 540/14 542/4 542/11

**2**

20 [1] 608/23
2001 [2] 695/17 695/18
2004 [1] 685/23
2005 [2] 685/23 686/15
2006 [1] 685/24
2007 [1] 621/19
2008 [8] 541/24 542/3 542/10 542/13 599/24
600/2 609/23 637/20
2009 [11] 541/10 594/7 609/20 609/23 622/8
622/15 622/18 623/24 636/17 636/22 637/25
2010 [4] 542/4 542/11 644/3 659/21
2011 [5] 623/21 644/19 645/2 645/8 696/19
2012 [24] 534/5 540/2 540/2 540/13 540/14
542/11 542/13 546/8 600/5 634/6 634/8
634/11 634/12 635/7 638/22 638/24 639/6
640/2 640/9 640/9 640/12 640/24 641/20
644/10
2013 [48] 550/6 563/13 563/16 567/14 569/7
571/18 573/15 575/20 582/16 588/5 596/3
598/23 603/2 603/18 603/20 603/20 604/1
605/1 605/20 606/4 606/17 606/25 607/1
608/4 609/5 609/12 609/15 610/7 610/17
610/18 611/6 611/14 611/15 611/18 624/8
624/24 625/1 627/4 627/10 632/18 637/16
637/25 644/1 644/10 644/15 644/16 694/1
694/25
2014 [2] 531/6 697/21

20th [3] 569/6 571/17 573/15
21 [2] 582/16 604/6
21st [2] 575/20 598/22
225 [2] 531/5 531/22
2379 [1] 531/23
24 [3] 590/12 590/15 590/16
25 [6] 624/8 624/24 625/1 627/4 627/10
651/21
25th [3] 588/5 694/1 694/25
26 [2] 531/6 693/8
2644 [1] 531/23
27 [1] 697/15
271 [1] 531/13
27th [1] 563/16
2:15 [1] 628/17

**3**

30 [5] 659/3 660/6 660/23 661/7 663/11
30A [1] 660/6
30th [1] 531/17
325A [1] 541/17
35 [1] 629/3
3:00 [2] 629/13 629/15
3:00 he [1] 629/7

**4**

40 [1] 628/14
45 [3] 531/17 631/9 654/24
48 [1] 689/17
49 [1] 689/17

**5**

501 [3] 538/9 539/4 635/2
52 [4] 619/5 619/11 619/13 619/13
5:00 [2] 697/5 697/6
5:03 [1] 697/20
5th [1] 634/8

**6**

64 [2] 681/23 681/24
690 [1] 683/24

**7**

718-434-1976 [2] 562/18 562/20
718-613-2379 [1] 531/23
718-613-2644 [1] 531/23
730 [1] 621/2
7685 [1] 562/22
7th [1] 534/5

**8**

817 [5] 541/23 542/1 542/3 542/9 542/15

**9**

917-853-7685 [1] 562/22
9:30 [4] 697/7 697/9 697/17 697/21

**A**

A-P-A [1] 564/14
A-s-g-h-a-r [1] 690/5
A-z-a-d [1] 689/12
a.m [2] 697/9 697/21
Aadowal [2] 663/14 663/16
Abbas [67] 599/17 599/24 600/3 600/6
600/19 600/24 601/14 601/25 602/8 603/7
606/20 607/3 607/3 607/13 607/15 607/19
607/22 608/1 608/3 608/9 608/13 609/2
609/7 609/19 609/24 610/2 610/9 610/14
610/22 610/25 611/7 611/10 611/19 611/23
612/2 612/6 613/9 627/21 628/2 637/7
637/20 638/9 638/11 639/13 639/20 639/25
640/10 640/15 640/17 640/18 640/22 640/25
641/8 641/11 641/21 642/1 642/11 643/9
643/11 643/19 644/2 644/6 644/11 646/6

646/7 646/13 693/3
Abbas's [6] 618/8 618/13 618/19 620/12
620/14 621/7
Abbas's [4] 639/2 639/7 640/20 645/25
Abida [6] 638/9 638/11 638/13 693/13
693/14 693/16
Abida's [3] 639/6 640/8 641/3
able [11] 545/10 553/18 553/25 600/3 601/6
623/2 623/7 641/11 641/20 674/24 687/5
about [158] 533/23 534/8 534/9 534/11
534/19 534/23 535/4 535/13 539/17 543/24
547/19 551/21 553/5 553/11 555/6 559/9
559/16 559/19 559/20 559/21 560/6 560/8
560/21 561/4 561/10 563/22 564/14 564/23
565/3 565/22 567/24 569/1 569/9 569/16
570/17 573/7 574/11 580/5 581/8 583/23
584/19 585/8 586/1 586/6 586/12 586/12
586/17 587/8 588/7 590/11 591/13 593/8
594/16 595/9 596/4 596/9 597/2 597/7 597/8
599/16 599/20 599/24 600/13 601/11 601/17
602/24 603/6 604/7 604/10 604/10 604/24
605/22 605/23 606/1 606/1 606/10 606/19
607/14 607/22 608/1 608/3 608/12 609/1
609/3 609/4 609/15 609/18 609/19 609/23
610/8 612/2 612/6 612/15 619/23 621/2
624/5 625/12 626/12 628/18 629/17 635/16
635/23 636/9 636/10 637/25 639/12 639/13
639/23 640/4 640/18 640/21 641/8 644/1
644/13 646/4 646/12 646/22 647/20 653/2
653/17 653/19 653/20 653/22 654/17 655/10
655/24 656/16 660/17 660/21 661/4 661/25
663/8 663/19 665/15 665/24 670/1 670/12
670/16 673/5 673/12 673/15 676/4 679/3
681/4 681/5 682/15 683/24 684/20 689/17
689/23 689/25 690/21 690/22 691/16 695/10
695/14 697/8 697/8
above [1] 662/6
absolutely [1] 651/2
academic [1] 654/22
academics [1] 655/12
accept [6] 544/2 544/3 544/5 544/6 679/14
679/16
acceptable [4] 577/3 673/1 673/3 673/16
access [1] 545/11
accidentally [1] 576/3
accommodation [2] 673/18 673/20
accompany [2] 555/9 555/11
according [1] 573/1
account [2] 607/8 623/17
accurate [1] 660/2
accurately [1] 659/12
accused [1] 610/24
acknowledge [1] 672/1
acquaintance [1] 652/8
acquired [1] 643/19
across [1] 655/14
action [1] 547/23
active [1] 685/22
actively [1] 655/11
activities [1] 656/14
actual [7] 550/7 614/12 670/13 677/2 677/8
678/2 683/21
actually [18] 582/10 629/4 640/25 644/19
653/3 653/13 654/11 656/12 660/24 661/2
666/12 666/25 669/9 670/14 673/10 674/1
684/7 685/3
addition [5] 608/6 616/23 623/11 623/14
653/7
additional [4] 549/20 591/22 663/3 663/5
address [11] 532/19 539/20 539/23 539/25
540/1 541/21 615/23 628/24 631/22 681/17
686/23
addressed [1] 649/5

## A

addresses [1] 616/1
addressing [1] 684/17
adjourn [1] 697/6
adjourned [2] 630/3 697/20
adjournment [1] 697/6
administer [1] 665/18
administered [3] 658/14 663/4 663/6
administration [1] 666/23
admitted [2] 619/6 660/10
admitting [1] 619/4
admonition [1] 606/18
advance [1] 619/9
advanced [1] 652/12
advantageous [1] 674/6
advice [2] 544/23 544/25
advised [3] 533/6 624/4 643/1
affairs [1] 665/10
affect [1] 675/16
affirmative [2] 669/21 677/10
affirmatively [1] 533/11
Afghanistan [1] 663/5
after [61] 533/23 534/7 534/10 534/12
539/13 543/5 543/5 543/6 543/9 543/14
543/17 551/14 551/20 554/22 555/6 555/21
557/9 557/20 557/21 558/21 563/6 590/15
590/16 590/20 593/2 593/18 593/24 596/18
597/13 604/19 605/7 606/18 606/24 606/25
607/2 607/23 608/25 609/6 612/6 622/7
624/8 625/12 625/19 626/13 633/14 635/6
635/9 636/2 639/6 640/8 641/14 643/12
679/4 679/7 691/7 691/17 691/19 692/2
695/14 695/25 696/3
afternoon [7] 631/3 631/4 631/20 651/9
651/10 689/1 689/2
afterwards [1] 627/8
Afzal [13] 536/17 536/18 536/21 572/2 572/4
572/10 572/19 573/1 573/7 574/25 575/14
646/19 647/9
Afzal's [1] 573/12
again [21] 550/13 580/2 585/5 587/10 587/12
591/13 596/20 596/24 597/4 597/13 600/22
621/16 622/3 632/13 632/18 644/10 657/25
666/20 667/23 668/8 680/8
against [2] 683/16 685/4
Agent [1] 532/7
agents [44] 558/22 558/24 559/8 559/13
560/11 560/20 561/9 561/13 562/2 563/5
563/6 593/14 595/4 595/23 596/3 599/14
603/8 603/9 603/10 603/14 603/16 604/1
604/5 604/17 604/21 604/24 605/3 605/5
605/8 605/11 606/3 606/9 606/16 607/2
607/11 607/18 607/21 608/6 623/7 627/9
643/25 644/5 644/14 648/1
agree [4] 562/5 593/13 661/10 661/14
agreed [1] 533/1
agrees [1] 677/18
ahead [6] 608/24 650/17 658/5 661/18
662/21 671/24
ahold [3] 545/18 545/20 545/21
aided [1] 531/25
aids [1] 662/8
air [1] 590/14 618/15
airport [3] 554/23 555/9 584/11
AJMAL [20] 531/5 538/8 538/15 539/9
540/12 561/20 561/23 563/22 566/14 567/2
567/13 571/18 580/10 580/24 581/25 585/21
593/13 621/6 645/24 647/19
Ajmal's [1] 584/5
Akmal [9] 533/22 548/16 548/18 565/4
572/22 573/23 574/14 581/24 598/1
alive [3] 584/6 590/8 691/4

all [51] 532/2 533/13 533/14 559/22 566/22
570/4 570/11 570/18 570/19 570/21 571/2
571/8 572/1 572/5 572/18 574/10 576/13
576/19 577/10 580/23 588/13 590/21 591/19
596/4 597/20 608/22 609/7 611/11 618/3
628/16 631/2 632/6 632/11 637/16 641/14
649/7 649/11 653/6 658/1 662/6 662/14
663/20 669/14 677/20 678/1 680/24 681/3
681/23 688/20 692/23 697/13
alliance [1] 639/19
alliances [1] 676/8
allow [1] 583/18
allowed [6] 543/15 543/17 685/13 685/15
685/16 686/2
almost [1] 640/15
along [2] 635/14 663/4
already [3] 535/2 538/8 558/8 558/9 566/23
588/11 615/5 625/12 641/15 647/25 649/5
649/8 679/15
also [48] 548/10 549/25 559/5 564/17 567/9
567/18 567/19 571/7 571/17 572/12 573/14
607/14 616/1 616/17 616/20 618/15 618/18
621/23 622/11 628/1 628/6 636/12 636/19
636/21 638/4 640/5 640/6 646/19 652/2
654/12 657/15 662/22 663/6 663/25 664/13
664/24 665/1 665/3 665/20 666/22 667/6
667/18 671/7 673/4 675/1 682/21 684/14
684/16
although [6] 603/13 634/10 640/25 664/10
664/24 686/17
always [5] 581/16 645/12 645/21 668/5
679/10
am [24] 568/1 568/6 568/10 568/11 569/19
569/22 573/2 578/9 578/9 578/21 578/23
582/20 583/11 584/24 585/11 586/24 587/8
590/5 590/9 600/9 611/8 650/19 651/3
656/25
AMANDA [2] 531/14 532/6
Amendment [1] 592/1
AMERICA [10] 531/2 541/5 584/5 584/6
592/5 633/17 689/4 693/10 694/13 694/20
Amina [88] 538/15 540/12 568/3 568/14
569/17 569/20 569/24 570/18 570/21 570/24
571/2 571/5 571/9 571/24 572/3 572/5 573/5
573/10 573/19 573/23 573/25 574/3 574/6
574/10 574/12 575/7 575/9 575/25 576/9
576/11 576/13 576/15 576/17 576/24 577/6
578/6 578/8 578/11 578/21 578/24 579/1
579/3 579/7 579/9 579/15 579/17 580/24
580/24 581/3 581/5 581/8 582/22 582/24
583/2 583/4 583/6 583/8 583/10 583/24
584/3 584/18 584/24 585/10 585/14 586/23
587/2 587/4 587/6 587/10 587/12 587/17
588/3 588/11 588/15 588/17 588/19 588/23
588/25 589/7 589/13 589/16 589/18 589/23
590/15 590/18 590/22 591/4 591/10
among [6] 618/23 652/4 657/10 667/24
672/17 672/21
amongst [4] 603/5 657/23 669/4 669/4
and/or [1] 666/2
annotated [1] 655/25
announced [1] 678/12
annulment [2] 561/6 561/8
anonymously [1] 664/21
another [22] 541/3 541/16 590/15 590/17
593/18 593/25 594/11 608/19 615/23 617/22
629/3 641/10 642/4 653/2 670/1 675/6
675/10 675/20 675/22 679/6 683/23 685/8
answer [8] 557/2 557/4 557/6 559/11 608/15
608/17 680/13 680/16
answers [1] 606/2 607/5 688/8
anthropologists [2] 652/22 653/9
anthropology [7] 652/13 652/15 652/16

652/17 652/19 652/20 652/20
any [57] 532/18 534/13 536/24 537/2 537/6
541/21 544/23 547/5 549/13 549/20 551/6
551/18 552/4 552/17 552/25 553/2 553/12
553/16 553/20 555/21 555/22 557/1 560/9
566/4 566/8 568/1 568/9 575/16 577/25
591/20 595/19 595/24 596/4 597/7 598/16
599/10 601/1 620/15 620/19 620/19 628/24
631/4 643/2 643/13 647/15 648/4 651/13
656/2 656/20 657/24 660/8 666/14 668/2
670/24 685/5 686/6 692/3
anybody [2] 606/1 606/10
anymore [1] 558/3
anyone [26] 536/13 536/16 537/22 543/24
544/11 544/19 546/16 547/12 555/9 555/11
560/12 575/4 579/6 580/20 585/2 585/4
590/5 594/7 596/13 606/15 606/19 611/8
626/6 626/7 662/5 681/5
anyone's [1] 544/9
anything [20] 533/13 536/13 537/8 537/16
543/24 543/24 553/14 557/13 561/4 578/23
592/7 592/9 597/2 604/7 607/13 608/2
629/25 631/22 697/8 697/14
anyway [3] 584/24 633/24 649/11
anywhere [2] 675/16 679/23
Apa [2] 564/14 564/18
apologize [6] 568/5 576/5 619/8 649/2 649/3
658/21
appear [1] 618/12 674/19
appearances [2] 531/11 532/4
appears [1] 613/6 675/24
Applicant's [1] 541/20
application [4] 541/4 634/11 635/13 635/25
apply [2] 623/20 632/7
applying [2] 561/6 561/8
appointment [1] 667/1
appreciate [1] 632/14
approach [1] 654/21
appropriate [1] 680/12
approve [1] 610/15 673/10
approved [1] 633/15
approximately [21] 534/6 534/10 546/7
548/23 553/6 555/18 563/9 563/11 644/2
651/21 654/22 654/24 657/3 657/5 658/8
658/9 659/20 663/12 663/15 683/23 690/19
April [1] 636/17
April 2009 [1] 636/17
archeology [1] 652/19
are [147] 532/14 533/4 533/10 533/18 561/2
561/4 563/17 566/12 566/23 569/10 569/17
570/22 571/2 571/4 573/21 574/16 575/2
577/4 577/5 577/5 577/17 581/15 584/4
584/8 584/9 584/9 588/21 590/10 590/12
592/1 596/7 596/15 612/22 613/4 613/14
613/18 613/24 614/22 619/23 620/4 620/15
621/6 621/11 621/11 626/9 626/9 629/10
633/24 634/17 636/8 643/13 650/10 651/18
652/24 653/19 654/2 655/10 655/12 655/17
655/21 656/23 658/13 658/14 661/24 663/3
663/4 663/6 664/5 664/6 664/7 664/8 664/10
664/11 664/18 664/19 665/1 665/5 665/7
665/11 665/13 665/15 666/12 666/16 666/16
666/21 666/22 667/3 667/10 667/11 667/23
667/24 668/2 668/5 668/16 669/6 669/7
669/14 669/23 669/24 670/7 670/11 671/6
671/17 671/17 671/18 672/7 672/20 673/3
674/12 674/16 674/23 675/9 676/2 676/8
676/19 676/21 676/23 677/1 677/14 678/4
678/5 678/6 678/9 678/10 678/11 679/12
680/1 680/21 682/23 683/5 683/15 683/25
684/2 684/2 684/14 686/16 686/17 686/19
687/4 687/15 688/2 688/15 689/3 689/9
689/16 689/18 692/14

## A

area [8] 634/8 660/16 660/19 660/20 661/17 661/17 663/8 689/14
areas [9] 663/5 664/3 664/22 667/6 667/7 668/3 669/9 684/11 684/12
argue [1] 676/10
arise [1] 594/25
around [14] 536/10 538/12 565/22 609/14 610/16 620/4 635/2 638/3 639/16 640/12 643/18 653/2 695/17 696/19
arrange [2] 670/17 670/21
arranged [27] 669/2 669/14 669/18 670/11 671/18 672/17 673/8 674/10 674/15 674/17 674/19 674/21 675/12 675/25 676/20 676/22 677/23 679/7 682/16 682/24 683/1 683/2 683/6 683/19 683/21 684/18 686/24
arrangement [1] 639/19
arrangements [4] 599/10 642/23 667/9 674/12
arranging [6] 668/22 668/23 669/23 671/12 672/8 672/21
arrived [1] 555/13
article [2] 655/24 656/13
articles [3] 654/19 654/22 654/24
arts [2] 651/19 652/13
as [115] 532/15 532/15 533/6 537/7 537/15 537/20 538/8 540/13 544/5 544/6 545/9 547/2 548/14 559/22 559/24 564/18 566/15 572/13 576/4 576/4 578/9 578/10 587/16 587/16 593/4 593/5 597/6 599/23 599/24 600/2 600/2 600/24 601/5 605/11 612/3 614/9 614/20 615/11 616/4 618/7 618/21 619/11 619/12 624/14 626/24 627/4 627/4 628/8 628/22 631/16 633/17 637/15 639/7 640/24 641/18 643/18 646/19 646/21 646/22 647/9 650/9 650/13 652/22 652/22 653/7 653/19 654/7 654/10 654/21 655/13 657/6 657/16 657/21 659/3 660/2 660/3 660/4 660/4 663/22 663/23 665/5 667/2 668/4 670/12 670/16 670/24 671/25 672/1 673/17 673/17 674/14 674/15 674/20 675/10 675/15 675/21 675/24 676/1 676/15 678/13 679/17 679/18 679/22 680/19 680/21 682/9 683/12 684/21 687/18 688/10 688/11 688/23 689/8 689/20 690/10
Asghar [30] 564/1 570/25 571/11 571/11 576/13 577/9 589/4 590/4 690/5 690/11 690/13 690/23 690/25 691/1 691/4 691/7 692/2 693/2 693/13 693/14 693/20 694/9 694/10 694/16 694/17 694/21 695/4 695/8 696/6 696/11
Asghar's [3] 590/1 691/11 696/21
ashamed [1] 575/15
Ashfaq [1] 549/18
Ashutosh [1] 531/19
Asia [2] 651/17 653/10
Asian [2] 651/19 652/4
Aside [1] 579/12
ask [35] 532/22 537/22 538/13 539/17 559/8 563/22 566/13 567/2 567/17 567/23 569/15 570/17 574/10 575/3 577/8 578/22 580/24 600/22 604/4 608/8 611/22 612/14 613/1 620/25 621/23 625/19 644/6 646/5 650/12 677/17 677/17 679/3 680/8 687/18 688/14
asked [35] 535/5 535/6 562/2 581/3 581/4 581/6 581/12 581/22 599/16 599/20 600/11 600/25 602/18 603/6 603/21 604/7 604/10 605/22 606/21 607/4 609/3 624/8 624/20 625/12 625/20 626/12 632/18 633/2 633/8 633/10 646/3 646/22 647/19 651/3 688/4
asking [15] 568/6 596/9 603/9 607/14 607/18 607/18 609/15 625/11 639/18 639/24 640/2

640/4 640/21 641/8 644/13
asks [1] 593/25
Aslam [5] 565/14 565/17 584/3 584/18 584/19
Aslam's [2] 565/19 584/5
aspect [1] 677/19
assert [1] 687/5
assignments [1] 651/13
assistance [1] 600/14
Assistant [1] 602/9
assisting [1] 602/9
associated [3] 654/14 666/3 675/3
associates [3] 673/17 675/15 675/15
association [1] 671/16
astray [1] 678/10 683/22
asylum [1] 657/9 657/18
attachment [1] 542/19
attend [8] 590/19 590/25 591/5 637/23 638/18 638/20 652/10 689/20
attended [2] 615/7 622/14
attending [1] 689/22
attention [11] 541/3 541/16 542/18 550/2 566/11 567/12 569/5 569/9 571/16 575/18 686/15
attentions [1] 639/3
Attorney [1] 531/12
Attorney's [2] 538/20 538/23
attorneys [2] 531/16 559/6
August [18] 541/24 542/10 603/19 603/20 604/1 605/1 605/20 606/4 607/1 608/4 609/5 609/12 609/15 610/7 610/18 611/6 611/15 611/18
August 2013 [9] 604/1 605/1 605/20 609/5 609/12 610/7 610/18 611/6 611/18
aunt [6] 546/10 564/11 565/6 573/11 628/7 647/4
authored [1] 655/1
authority [3] 667/1 680/24 687/5
Avenue [10] 541/23 542/1 542/3 542/9 542/15 556/24 615/22 642/16 645/13 645/21
avoid [3] 641/1 641/4 677/23
aware [6] 534/13 537/7 537/16 566/8 616/4 638/16
away [11] 565/19 566/2 577/2 577/4 577/4 577/17 578/2 584/10 589/11 590/13 617/4 647/1 690/19 694/4 694/24 695/24 696/1
Azad [2] 689/12 689/12

## B

B-A-L-O-C-H-I-S-T-A-N [1] 662/25
B-a-r-n-a-l-a [1] 689/12
B-U-R-Q-A [1] 668/11
Babar [34] 534/16 536/25 537/3 537/8 537/23 538/1 540/8 543/6 543/9 543/21 561/5 581/21 583/17 583/18 633/20 644/18
Babar's [8] 548/2 548/4 548/5 550/8 550/17 557/19 565/1 642/20
Baber [1] 611/10
back [83] 533/2 533/25 536/11 536/15 537/10 537/11 568/7 570/2 571/7 573/2 573/22 574/9 575/24 575/25 576/4 576/7 576/8 576/8 576/9 576/10 576/21 577/1 577/15 577/20 577/22 578/7 578/10 579/18 579/21 584/6 584/15 584/17 584/24 584/25 587/2 587/4 587/6 587/7 587/8 587/9 587/10 587/12 587/16 587/22 588/9 588/13 590/14 590/21 591/2 595/5 595/13 596/21 599/24 600/2 608/16 614/5 617/17 619/4 608/15 612/13 615/22 618/21 622/2 625/24 626/16 631/5 632/25 636/21 640/5 640/6 641/18 642/9 644/18 645/23 649/3 650/4 659/22 663/20 666/7 682/7 682/10 682/14 695/11 696/18 696/20
began [2] 602/22 639/3
begging [1] 568/10
begin [1] 593/4
beginning [16] 546/8 593/17 594/23 602/17 605/19 606/14 606/16 606/16 606/17 606/17 607/17 611/14 640/12 640/14 671/4 684/21
behavior [1] 664/20
behind [4] 667/13 673/13 673/17 673/21
being [17] 533/17 533/17 534/13 589/10

bad [2] 632/6 633/24
Balochistan [4] 662/23
Barnala [7] 689/12 690/16 690/17 690/18 690/19 695/24 695/25
based [6] 586/11 610/25 623/25 627/13 645/24 663/23
basically [5] 655/25 674/4 684/23 685/13 685/24
basis [1] 670/24
be [148] 532/17 533/18 537/8 543/15 549/23 559/25 561/25 564/21 567/19 568/9 570/2 570/8 570/12 576/3 576/25 577/1 577/18 578/7 578/14 579/23 581/15 581/17 582/1 582/4 582/8 583/3 583/12 584/11 584/11 584/24 585/2 585/4 585/17 588/9 588/14 588/22 590/17 591/6 591/25 593/8 593/24 594/14 595/19 597/16 598/15 600/3 600/5 600/25 601/6 603/17 604/9 604/14 604/16 605/13 606/14 606/17 608/7 610/17 611/17 611/22 615/19 618/2 618/12 625/7 628/11 631/4 632/14 633/16 635/13 635/19 635/24 638/3 639/20 641/11 641/20 642/7 642/10 642/14 643/8 644/18 644/25 645/7 645/13 645/21 645/25 646/8 647/4 648/12 650/25 660/24 661/3 663/19 664/8 664/9 664/22 664/24 665/3 665/24 665/25 666/3 666/5 666/13 667/16 668/1 668/17 669/8 670/4 670/4 670/9 670/18 671/11 671/12 673/1 673/13 673/19 674/25 675/13 676/5 678/3 678/8 678/13 679/15 679/20 679/23 679/24 680/6 680/11 680/17 680/18 680/23 682/1 682/15 682/18 682/19 682/22 682/23 683/5 683/12 687/22 688/4 688/4 688/5 691/1 692/19 695/17 696/19
bear [1] 674/21
beard [1] 654/1
beat [1] 585/2
became [1] 685/2
because [34] 537/7 537/15 551/17 557/11 558/3 558/8 572/5 576/15 579/4 585/6 589/11 590/19 590/22 591/5 599/5 610/3 611/18 617/4 624/14 629/15 649/2 653/14 665/18 665/21 672/14 675/5 680/19 684/3 684/11 685/18 686/20 687/8 688/10 696/10
become [2] 534/13 666/21
becomes [3] 674/16 675/19 679/6
becoming [1] 653/16
bedroom [1] 635/19
been [38] 532/15 533/4 536/18 547/18 550/25 551/10 551/11 566/2 568/7 568/21 576/20 577/14 585/4 589/1 591/24 601/22 602/8 609/11 618/7 638/24 643/19 644/16 644/24 648/3 650/9 651/2 651/20 651/21 659/2 660/16 668/12 671/25 677/22 682/8 684/17 687/1 688/22 695/11
before [49] 531/9 532/18 536/19 543/25 549/22 551/2 554/19 568/5 568/6 574/17 578/10 580/22 585/5 585/7 585/15 593/20 595/25 597/6 601/14 603/10 605/4 608/15 612/13 615/22 618/21 622/2 625/24 626/16 631/5 632/25 636/21 640/5 640/6 641/18 642/9 644/19 645/23 648/8 649/3 650/4 659/22 663/20 666/7 682/7 682/10 682/14 695/11 696/18 696/20
began [2] 602/22 639/3
begging [1] 568/10
begin [1] 593/4
beginning [16] 546/8 593/17 594/23 602/17 605/19 606/14 606/16 606/16 606/17 606/17 607/17 611/14 640/12 640/14 671/4 684/21
behavior [1] 664/20
behind [4] 667/13 673/13 673/17 673/21
being [17] 533/17 533/17 534/13 589/10

**B**

being... [13]   559/20 607/13 609/23 618/15
618/18 632/1 637/7 643/12 656/23 674/24
685/6 685/7 687/5
believe [5]   533/3 557/3 576/2 599/23 659/24
believed [2]   582/10 641/18
believing [1]   610/15
belong [1]   668/5
besides [6]   544/19 652/6 660/2 669/20 676/1
679/12
best [1]   668/25
betrothed [1]   675/18
between [27]   540/5 540/8 542/13 546/1
566/8 601/2 606/4 607/22 608/4 609/5
609/11 609/19 610/17 619/1 635/22 655/15
664/25 665/1 667/3 667/20 669/18 670/11
672/25 673/12 674/10 684/14 686/11
bibliography [2]   655/25 656/7
big [4]   662/12 669/18 685/11 690/18
bigger [1]   677/25
Biographical [1]   541/17
birthday [1]   682/3
bit [8]   557/21 653/5 661/1 663/18 664/25
665/23 670/14 692/16
black [1]   668/10
blame [2]   556/13 588/22
blamed [2]   547/21 685/7
blood [2]   686/12 686/13
board [1]   548/10
body [2]   665/19 668/15
book [5]   567/19 584/10 654/16 654/19
654/21
books [2]   654/25 655/1
border [2]   661/3 663/5
bordering [1]   689/14
borders [1]   663/19
born [2]   689/11 695/4
Boston [2]   652/11 652/14
both [10]   568/8 568/22 607/8 611/21 611/22
612/5 612/8 616/3 636/4 642/17
bother [1]   570/3
bottom [8]   573/17 574/24 575/23 593/24
633/14 634/3 693/4 694/14
boundaries [1]   659/25
boyfriends [1]   684/9
branches [1]   652/18
break [12]   591/12 628/11 628/17 680/11
680/12 680/14 680/14 681/4 681/5 681/22
682/8 682/14
breaking [2]   680/6 683/6
breaks [2]   681/20 683/2
bribe [1]   585/3
bride [3]   641/10 671/10 671/10
brief [1]   648/9
briefly [2]   647/16 648/13
bring [6]   532/18 532/24 533/12 545/3 593/5
681/15
British [3]   663/21 663/21 684/23
broader [2]   656/3 666/14
Broadway [1]   531/17
broke [1]   533/22
broken [1]   678/3
Brooklyn [34]   531/5 531/14 531/22 535/17
540/25 541/2 541/23 542/1 542/9 542/15
552/6 552/13 552/15 557/22 558/7 562/17
566/7 582/2 594/6 595/5 597/18 598/19
610/10 614/2 615/20 616/1 617/11 622/8
627/25 635/20 635/21 636/16 642/16 645/12
brother [19]   537/9 539/14 555/23 556/9
572/11 612/18 612/20 613/1 614/1 615/2
615/9 616/23 621/22 627/18 628/7 635/10
635/23 670/20 683/11

**C**

brother's [1]   613/17
brother-in-law [1]   621/22
brothers [1]   598/2
brought [1]   631/4
bullets [3]   571/2 571/5 571/13
burqa [1]   668/10
bus [1]   690/22
business [1]   675/15
busy [3]   547/6 547/9 547/11

C-H-A-C-H-O-O [1]   565/3
C-h-o-u-d-h-r-y [1]   690/4
cab [5]   616/4 616/18 616/21 616/23 616/24
Cadman [3]   531/5 531/13 531/22
call [31]   551/20 551/22 551/24 552/18
552/19 552/25 553/2 555/24 556/22 557/10
557/14 562/12 562/14 563/6 563/7 575/20
582/16 587/10 587/12 590/12 593/14 593/17
594/23 617/5 617/22 623/8 625/23 631/11
632/17 636/24 679/16
called [23]   555/23 557/1 557/8 557/10
595/22 596/3 598/8 607/3 607/3 608/9 608/9
617/11 618/21 653/18 654/13 659/16 659/17
663/8 668/10 670/19 685/4 686/6 688/22
calling [5]   556/1 617/7 617/7 618/2 649/4
calls [24]   551/18 552/17 552/23 555/21 563/3
566/12 567/6 567/10 580/6 586/4 586/5
586/11 597/12 597/12 597/16 598/13 598/22
599/13 623/3 624/7 647/22 647/24 650/2
687/16
calm [1]   581/6
came [25]   549/20 554/9 556/3 556/9 557/9
569/24 575/7 577/22 579/10 589/13 589/16
589/23 589/25 590/18 597/12 609/10 609/18
611/7 615/2 625/24 627/17 638/13 640/24
641/25 663/19
can [114]   535/4 535/13 537/4 539/8 542/22
544/14 545/19 545/25 548/7 556/7 557/7
558/16 564/5 565/7 571/18 573/14 573/20
573/21 576/24 577/1 577/3 577/21 579/6
580/20 585/2 587/16 588/16 589/3 589/5
590/23 591/23 596/6 596/12 596/19 597/2
597/8 612/9 613/2 619/18 620/10 620/22
620/24 621/5 621/10 621/10 624/14 631/10
634/21 634/22 643/14 645/17 645/19 648/8
648/9 650/4 660/3 660/4 660/15 660/15
660/17 661/12 661/14 663/11 663/13 664/21
665/3 666/13 667/9 668/13 668/16 668/17
669/24 670/9 671/11 671/12 672/20 673/18
675/13 675/16 675/19 676/5 676/6 676/10
676/13 676/14 676/14 676/21 676/24 676/25
678/3 678/7 678/11 678/13 678/13 679/4
679/8 679/9 679/12 679/14 679/15 679/16
679/17 679/23 679/24 680/6 680/8 683/12
684/4 688/2 692/12 692/16 692/17 692/21
694/6
can't [8]   574/1 574/18 576/24 578/22 585/7
585/15 668/1 688/15
cannot [2]   574/2 574/19
car [11]   546/22 550/24 551/14 554/10 554/11
554/11 554/14 554/19 557/17 571/15 584/12
card [4]   545/6 545/7 546/3 584/10
card [1]   617/8
care [4]   537/18 537/19 556/12 584/7
career [2]   654/23 670/7
carefully [1]   682/7
caretaker [1]   654/14
carry [1]   681/2
carryover [1]   684/23
case [11]   591/14 616/16 625/14 628/18
629/11 643/25 656/18 656/21 657/9 657/9
676/14 676/17 681/4 697/8

cases [2]   629/20 683/15
cash [1]   578/13
caste [14]   664/11 664/13 665/10 671/12
671/14 671/15 671/16 672/1 672/3 672/4
672/8 672/11 673/3 674/3
castes [2]   666/3 666/4
catch [1]   579/23
category [1]   674/2
CAUSE [1]   531/8
caused [1]   557/13
CCR [1]   531/21
celebrated [1]   638/5
celebration [25]   533/23 534/3 534/7 534/10
534/12 540/6 540/9 543/5 543/6 543/14
543/18 614/12 614/17 618/8 618/16 622/4
622/22 622/24 635/7 635/9 638/2 646/18
677/7 679/4 679/8
celebrations [1]   614/12
cell [11]   555/24 555/25 562/12 562/13
562/21 617/5 622/12 623/2 623/8 623/14
623/18
cellular [1]   622/9
Center [1]   651/15
centers [1]   664/3
central [1]   672/7
ceremonies [1]   634/18
ceremony [7]   614/11 614/13 634/17 635/3
635/3 640/13 644/20
certain [18]   600/12 602/7 604/25 623/3
624/8 632/5 646/3 646/4 667/7 667/7 667/24
670/14 673/24 673/24 677/15 685/10 687/3
687/4
certainly [6]   537/5 656/4 670/16 672/4
675/22 676/23
certificate [9]   541/5 541/8 542/23 542/24
543/1 543/3 634/22 634/25 635/2
certified [1]   634/21
certify [1]   657/21
cha [2]   584/3 584/3
Cha-cha [1]   584/3
Chachoo [9]   565/3 572/3 572/20 572/21
581/3 581/4 581/6 581/22 581/23
challenged [1]   680/20
chance [2]   585/13 587/1
change [10]   552/15 558/2 559/25 577/22
659/14 659/20 661/2 675/23 676/1 679/20
changed [5]   545/15 557/24 557/24 659/25
660/21
changes [2]   656/13 685/23
channel [1]   650/13
channels [2]   590/9 676/16
characteristic [1]   671/15
characterizes [1]   673/22
chat [1]   629/17
Chicago [1]   652/14
child [12]   549/10 575/1 575/6 576/10 647/2
669/5 672/11 673/11 689/20 693/2 693/21
694/5
childhood [1]   670/2
children [30]   548/16 548/17 548/20 549/2
549/4 580/20 581/11 613/2 613/4 613/9
613/11 613/16 613/22 614/21 614/22 627/19
628/7 670/21 672/25 673/4 674/25 677/1
677/14 692/3 692/5 695/3 695/8 695/22
696/5 696/8
Chiryawala [22]   547/16 547/18 547/20
547/25 551/23 551/24 557/20 558/4 565/17
618/8 625/2 690/14 690/15 690/19 690/24
691/1 691/7 691/9 691/10 694/3 695/2 696/4
choice [4]   578/22 582/25 599/5 673/11
choose [2]   672/10 672/11
chosen [2]   674/2 674/5
CHOUDHRY [5]   531/5 532/3 532/11 532/12

# C

CHOUDARY... [1] 690/4
circles [1] 669/4
circumstances [5] 559/17 633/24 680/1 680/16 682/15
cities [7] 654/6 664/7 664/14 664/20 664/25 665/2 684/16
citizen [3] 554/17 689/9 689/18
citizens [1] 615/5
city [7] 642/21 654/3 654/13 663/14 663/15 667/8 690/18
claim [1] 558/9
clan [1] 672/7
clan-type [1] 672/7
clarify [1] 631/14
clear [7] 579/14 600/9 606/17 650/25 658/22 658/24 682/23
clearly [5] 545/19 556/7 557/7 677/25 688/19
clip [2] 618/6 618/11
clips [1] 619/13
clogged [1] 665/21
close [7] 551/1 584/11 590/13 597/21 624/1 647/7 647/9
closely [1] 686/14
closer [2] 569/13 688/15
code [1] 682/1
colleague [3] 632/3 632/7 655/14
collecting [1] 653/1
college [1] 652/10
collusions [1] 684/14
Columbia [5] 650/19 651/11 651/14 651/17 655/14
come [99] 532/22 537/10 537/11 537/11 538/9 543/22 545/15 546/4 546/11 546/20 547/22 554/14 556/14 558/21 562/2 567/25 568/7 568/9 568/10 568/11 570/1 570/2 571/7 573/2 573/9 573/19 573/22 574/2 574/8 574/19 575/1 575/2 575/3 575/24 575/24 575/25 576/8 576/8 576/9 576/10 576/21 576/22 577/1 577/15 577/19 578/3 578/7 578/10 579/18 579/21 581/9 583/19 584/6 584/10 584/12 587/2 587/4 587/6 587/7 587/8 587/9 587/15 587/22 588/8 588/10 588/13 590/1 590/14 590/21 590/23 593/16 594/1 595/13 596/12 596/15 596/19 596/21 596/25 597/2 597/2 597/9 597/14 598/14 598/15 616/11 627/17 628/17 629/18 633/16 633/16 633/17 643/1 643/13 669/22 669/24 676/14 681/14 681/9 689/7 696/13
comes [5] 590/25 593/2 631/13 648/9 687/18
comfort [1] 680/14
coming [5] 576/4 576/17 578/21 590/17 591/4
Commission [1] 684/1
commit [2] 683/10 683/16
commitment [2] 670/6 680/19
committing [3] 604/14 604/16 683/12
common [5] 618/2 670/11 686/25
communicate [1] 623/16
communicating [2] 580/8 610/22
communities [2] 632/6 667/24
community [3] 576/20 577/15 680/19
companions [1] 671/6
company [1] 656/6
comparable [1] 669/7
compatibility [1] 669/20
compatible [2] 669/7 669/8
compensation [1] 686/8
competency [1] 652/7
complete [3] 629/7 629/8 631/11
completely [2] 661/5 668/15
complex [1] 664/5

Complies [1] 569/14
comprised [1] 661/20
computer [3] 531/25 538/9 623/15
computer-aided [1] 531/25
concept [4] 656/1 674/2 675/11 686/11
concepts [1] 653/11
concern [3] 596/4 601/11 684/24
concerned [3] 586/12 601/4 674/3
concerns [2] 596/15 597/7
conclusion [1] 607/23
condition [1] 568/11
conference [1] 649/16
conferred [1] 631/8
conflict [1] 665/9
conform [1] 676/11
conforming [1] 684/25
confused [1] 550/11
connected [2] 602/4 665/3
connection [4] 576/2 643/19 656/23 657/10
connections [1] 665/4
consecutive [1] 638/5
consent [3] 589/17 589/25 669/11
consequences [2] 678/4 678/7
conservative [1] 664/23
consider [1] 544/8
considerations [4] 669/22 670/5 670/8 681/19
considered [2] 645/12 645/21
consistent [2] 559/25 685/9
consistently [1] 686/16
constituent [1] 608/23
Constitution [1] 592/1
consulate [23] 546/19 551/17 552/25 553/2 554/2 554/5 554/8 554/12 554/14 554/23 555/7 555/10 600/7 600/12 600/23 601/1 601/6 601/18 602/1 642/24 643/1 643/6 643/12
consummate [1] 544/7
consummated [1] 677/24
consummation [1] 677/8
contact [9] 534/19 534/21 534/23 544/21 558/24 603/18 609/19 610/25 667/20
contacted [1] 534/25 558/22 647/25
contacts [2] 607/22 608/12
contemplated [1] 645/8
contemporaneously [1] 649/11
content [2] 560/12 560/18
context [2] 656/2 684/18
continue [7] 591/25 620/22 629/19 632/15 655/12 682/11 697/1
continued [13] 592/11 605/7 625/19 626/3 630/5 640/20 641/9 641/9 649/17 655/6 655/8 678/15 679/1
continuing [1] 533/18
continuously [1] 632/13
contract [5] 677/2 677/3 677/12 677/15 677/20
contrast [1] 674/9
contribute [1] 670/10
control [8] 584/15 665/17 665/18 667/1 667/2 674/24 684/12 687/5
controlled [1] 663/20
controlling [2] 675/2 675/3
conversation [25] 535/4 535/13 539/14 561/10 561/21 563/20 565/15 577/23 586/2 595/3 595/13 595/17 596/11 624/21 624/24 625/4 625/8 627/5 632/21 633/18 633/19 635/10 635/12 636/25 674/10
conversations [10] 562/3 562/9 562/15 562/24 563/23 581/25 595/17 598/10 608/3 611/19
conveys [1] 671/10
convince [1] 641/20

convoluted [1] 608/20
cool [1] 587/13
coordinator [1] 651/16
copies [2] 532/25 634/21
copy [2] 566/14 567/20
corner [6] 660/23 660/25 661/7 661/8 693/5 694/15
correct [28] 597/24 604/25 605/9 605/16 605/23 607/5 607/9 607/15 614/23 617/2 618/9 620/2 620/17 622/25 625/9 626/4 626/10 631/16 635/4 635/25 640/15 640/22 644/20 645/3 646/1 648/1 661/5 661/22
costs [1] 678/11
could [55] 534/1 534/3 537/22 544/16 552/5 552/14 552/22 553/24 556/6 558/11 562/19 568/17 575/18 578/4 582/4 582/7 582/11 588/19 588/22 588/23 599/18 603/1 604/11 604/14 604/14 604/15 604/20 605/13 608/5 608/7 610/4 610/15 611/17 619/23 626/19 635/24 639/20 641/4 641/21 642/1 642/5 642/10 643/1 643/22 649/2 658/15 666/5 680/11 682/15 682/18 682/19 682/21 683/5 686/4 686/5
couldn't [4] 543/21 544/7 582/20 583/11
council [4] 665/9 666/6 666/16 666/21
counsel [5] 532/4 533/1 631/9 631/12 650/11
country [9] 600/17 602/2 602/9 659/10 664/4 689/3 693/9 694/12 694/19
couple [10] 548/6 550/18 552/13 557/9 596/18 598/3 598/24 612/14 653/24 654/7
course [13] 594/24 596/11 606/3 606/11 618/22 619/20 644/13 654/23 664/5 664/6 677/24 680/9 686/13
court [14] 531/1 531/21 531/21 532/1 566/13 593/1 618/12 631/1 650/1 657/21 659/18 665/21 665/22 681/12
Court's [1] 591/23
Courthouse [1] 531/4
courtroom [9] 591/20 628/23 681/7 681/13 682/5 682/8 697/10 697/12 697/14
cousin [20] 564/4 565/13 600/17 600/19 610/3 621/7 621/11 621/21 622/14 622/14 639/24 640/3 644/6 670/17 670/18 670/19 671/5 671/6 671/6 671/7
cousins [4] 645/4 670/11 670/14 670/25
cover [5] 552/5 552/8 667/25 668/5 668/7 668/14
covering [1] 668/8
coverings [1] 668/3
covers [1] 668/15
CR [2] 531/3 532/3
creation [1] 677/11
cried [3] 571/24 572/6 572/15
crime [2] 604/15 604/16
criminal [4] 531/8 532/3 657/11 657/12
cross [10] 591/14 593/3 593/4 593/9 593/11 629/3 629/9 629/19 632/15 647/19
cross-examination [8] 591/14 593/3 593/4 593/9 593/11 629/19 632/15 647/19
crossed [2] 679/24 680/25
crying [2] 573/4 573/9
cue [1] 620/25
cultural [9] 652/17 652/19 652/20 652/21 652/22 653/11 657/22 670/16 687/3
culturally [1] 664/8
culture [3] 624/2 624/16 668/19
cultures [1] 672/18
current [1] 560/24
currently [7] 655/21 689/3 693/9 693/16 693/17 694/12 694/19
custom [1] 575/4
customary [1] 668/22
cut [1] 556/4

**D**

D-i-y-a-r [1] 686/10
dad [6] 534/9 537/19 596/11 599/2 610/21 617/10
dad's [5] 594/6 598/1 627/18 628/6 642/16
daddy [2] 578/21 594/19
daddy's [2] 595/5 627/25
daily [1] 640/15
dancing [2] 618/13 620/4
data [2] 653/7 670/15
date [9] 542/10 563/17 603/19 625/1 627/4 636/9 645/2 645/2 645/7
dated [5] 540/12 569/6 571/17 573/14 588/4
dating [1] 668/18
daughter [32] 565/19 567/25 573/2 573/8 574/25 575/5 575/24 576/8 577/4 577/17 578/2 584/5 584/20 585/7 585/15 585/16 587/13 589/11 589/14 589/24 639/24 670/3 671/5 674/2 674/6 677/17 682/19 682/21 682/23 683/22 687/7 693/23
daughter's [1] 640/3 682/20 682/20
daughters [8] 548/22 577/2 590/10 640/21 675/2 675/4 683/16 684/13
daughters-in-law [1] 683/16
day [23] 532/2 532/15 533/22 534/3 536/10 536/13 547/3 547/22 548/14 549/20 549/23 550/2 550/5 553/6 553/24 553/25 554/5 555/8 555/23 563/14 575/20 631/10 697/18
days [9] 552/13 569/7 588/4 598/24 616/7 638/5 644/8 644/9 653/8
daytime [1] 616/12
dead [2] 568/1 624/1
deal [3] 629/12 670/9 677/25
death [1] 587/9
December [12] 540/13 540/14 542/4 542/11 542/13 546/8 622/8 622/17 622/18 634/12 635/7 636/21
decide [2] 560/20 669/12
decided [8] 547/13 611/17 611/20 611/24 612/5 612/7 691/1 691/3
decision [10] 584/9 587/18 587/19 587/25 588/1 611/23 611/24 643/11 670/10 680/22
decisions [1] 676/19
defendant [69] 531/6 531/17 567/25 568/5 569/19 569/21 570/1 570/20 570/23 571/1 571/4 571/6 575/24 576/1 576/8 576/10 576/12 576/14 576/16 576/19 577/1 578/7 578/9 578/12 578/22 578/25 579/2 579/4 579/8 579/12 579/16 579/18 580/20 581/4 581/6 581/9 582/14 582/18 582/23 582/25 583/3 583/5 583/7 583/9 583/25 584/4 584/25 585/11 585/14 586/24 587/3 587/5 587/7 587/11 587/13 587/18 588/9 588/13 588/16 588/18 588/21 589/8 589/14 590/15 590/16 590/19 590/25 593/2 681/13
defense [3] 631/8 657/14 697/16
defer [2] 629/22 631/12
deference [1] 669/18
defined [1] 675/6
definitely [1] 664/19
degrees [2] 652/7 652/12
demeaned [2] 577/5 577/17
demonstrate [1] 687/9
denied [2] 624/25 627/9
denominated [1] 619/24
departure [1] 559/9
depending [3] 584/9 616/17 664/13
depends [2] 666/20 676/17
describe [1] 565/7
described [3] 542/24 600/24 676/1
describing [1] 606/19
despite [1] 598/18

detailed [1] 565/7
detained [1] 585/4
developed [5] 599/18 600/6 601/19 610/19 684/24
developing [1] 546/14
diagram [1] 612/13
Diane [1] 650/14
did [239]
didn't [26] 537/6 537/8 537/16 544/5 544/18 550/14 552/2 556/4 556/12 558/13 590/6 599/9 600/9 600/11 602/18 602/18 602/24 602/24 607/25 608/2 609/9 610/18 622/11 629/21 637/16 649/6
die [3] 568/11 575/6 693/25
died [1] 696/18
differ [1] 664/3
difference [2] 633/15 669/17
differences [2] 653/11 664/11
different [21] 610/10 621/25 651/25 653/12 653/24 654/1 655/24 664/6 664/7 664/7 664/12 666/4 666/14 667/4 667/17 667/17 671/17 673/3 673/4 676/11 677/14
differently [2] 658/14 663/6
difficult [2] 681/19 683/21
digital [1] 618/24
dignity [1] 590/11
dinner [2] 547/6 547/11
dinnertime [2] 547/6 547/9
Diplomatic [1] 532/8
direct [12] 533/20 550/2 566/11 567/3 567/22 569/5 569/9 571/16 575/18 651/7 679/1 688/24
directing [2] 567/12 686/15
direction [1] 560/16
directly [4] 561/14 561/20 650/12 656/17
director [1] 651/15
disadvantage [1] 685/17
disagreement [1] 673/12
disclosed [1] 648/3
discuss [7] 544/11 544/13 560/11 560/18 601/25 607/12 697/14
discussed [5] 606/20 607/13 609/8 610/1 629/6
discussing [2] 606/10 610/9
discussion [4] 533/2 635/22 636/2 657/25
discussions [1] 641/9
disgraced [1] 575/7
disgraces [1] 575/5
dishonor [3] 577/21 578/2 686/23
dishonored [1] 558/9 558/17 558/18
dispute [2] 586/6 665/22
disrupted [4] 682/16 683/19 683/20 686/24
disrupts [1] 680/6
dissertation [5] 651/24 653/17 653/22 654/16 654/18
distant [1] 600/21
distinctly [1] 650/14
district [6] 531/1 531/1 531/10 531/13 666/15 666/25
divided [2] 658/10 658/11
divorce [3] 678/1 678/2 679/15
Diyat [5] 686/8 686/8 686/9 686/9 686/11
do [166] 532/18 535/6 536/8 537/10 537/18 537/20 538/10 538/15 539/3 539/5 539/9 539/11 539/19 539/20 539/23 539/25 540/2 540/16 540/18 541/5 541/18 541/20 541/21 541/23 541/24 542/11 542/20 543/25 544/18 546/7 547/20 550/5 550/7 550/23 553/6 553/14 553/23 555/4 556/11 557/8 558/14 561/16 561/23 561/25 562/5 562/7 562/23 563/1 563/9 563/11 563/14 564/20 565/14 566/4 566/17 566/19 567/3 567/13 568/2 568/12 568/25 569/11 569/25 570/5 571/25

572/7 572/8 573/1 573/7 575/25 576/9 576/10 576/10 577/25 578/11 579/7 579/10 579/25 580/22 584/16 585/1 585/20 585/25 587/2 587/6 587/9 587/20 587/20 587/23 588/5 588/18 588/22 589/8 590/15 590/18 591/1 591/2 591/11 592/20 592/5 593/20 593/21 595/25 596/2 598/24 599/6 599/20 602/6 603/14 607/17 607/21 608/10 610/4 617/6 617/7 619/21 620/19 620/19 621/21 626/13 626/23 626/24 628/12 628/18 628/24 631/4 634/1 637/1 647/22 649/3 649/5 649/6 649/11 651/13 652/6 652/22 652/24 653/21 655/12 655/14 659/4 659/5 663/9 664/3 664/16 664/22 665/13 667/12 667/22 668/7 672/17 674/8 674/18 674/25 678/7 678/9 681/4 681/4 681/23 682/16 686/9 687/8 692/14 696/17 697/2 697/8
Docket [1] 532/3
doctoral [2] 653/17 654/16
document [37] 538/10 538/13 538/19 538/24 539/1 539/3 539/16 541/6 541/12 541/17 542/10 542/19 542/22 567/21 569/8 570/16 571/19 571/21 572/24 573/16 574/23 575/19 575/22 578/5 578/18 580/19 582/12 583/22 584/23 588/6 588/8 589/6 590/4 633/1 636/12 659/5 692/22
documents [1] 566/22
does [24] 544/3 544/6 558/6 564/14 613/22 624/2 633/15 658/2 659/9 659/12 672/1 672/8 674/21 675/11 676/20 677/21 679/10 683/18 686/23 690/20 693/9 693/16 694/12 694/19
doesn't [7] 594/24 608/22 633/15 670/17 676/13 678/12 682/3
doing [16] 561/14 569/10 569/17 569/19 570/18 570/22 571/4 574/10 607/7 619/8 653/6 653/14 655/11 655/23 673/25 696/23
Dola [1] 654/13
domestic [1] 667/11
domicile [1] 645/22
Dominant [1] 666/3
don't [64] 536/7 537/6 537/15 537/19 537/20 537/24 538/18 538/18 554/21 556/10 558/15 561/22 567/18 568/1 568/24 575/17 576/16 577/24 579/18 579/21 580/7 580/11 580/13 580/14 584/7 585/1 585/5 589/21 593/19 594/1 600/9 601/3 602/3 603/12 603/13 607/16 607/20 608/11 608/19 608/21 626/15 628/10 629/14 629/22 631/12 633/10 633/24 637/11 646/11 646/11 659/24 660/19 661/2 661/10 662/3 662/5 668/2 670/15 673/10 680/10 689/23 690/20 695/13 695/18
done [18] 536/8 570/2 576/24 578/7 580/21 583/8 585/12 586/25 588/20 588/23 629/12 649/3 649/8 652/4 652/25 656/9 656/12 659/22
door [1] 550/8
doors [1] 643/13
double [1] 564/6
down [17] 540/11 565/10 579/24 581/6 591/16 595/10 596/18 610/1 610/14 612/25 613/8 648/7 681/8 681/10 682/7 687/14 697/11
dowry [2] 671/8 671/9
drawer [1] 635/19
drive [2] 546/19 616/20
driver [1] 616/4
drivers [1] 623/20
driving [5] 551/18 551/20 552/17 563/2 616/23
drove [1] 616/24
drum [1] 620/4
drummers [1] 620/4

## D

Dubai [11p] 691/20 691/21 691/23 691/25
692/2 695/5 695/6 695/9 695/15 695/20
696/7 696/8 696/21 696/24
duly [1] 688/23
during [35] 532/15 532/16 549/20 549/22
549/23 551/6 562/14 563/7 563/23 596/11
604/25 605/12 606/3 606/7 606/11 606/25
607/11 609/17 610/7 611/5 616/11 617/19
618/22 622/4 623/3 623/21 624/20 636/25
640/8 647/21 681/5 681/21 682/8 696/6
696/24
dying [1] 633/17
dynamics [1] 657/22

## E

E-M-D-O-G-A-M-O-U-S [1] 671/23
E-mail [2] 623/16 623/17
E-N [1] 564/6
E-W-I-N-G [1] 650/23
each [27] 543/12 579/8 579/18 579/21 580/2
601/17 604/24 605/19 605/22 605/24 606/25
607/17 607/23 608/5 608/8 608/10 609/6
614/8 614/8 614/11 614/15 614/17 664/7
666/18 669/8 670/25 695/3
earlier [15] 568/3 584/19 596/9 599/16
627/16 634/15 635/1 636/9 636/12 644/15
646/3 646/22 650/24 655/10 678/3
early [1] 670/2
easier [1] 684/2
East [3] 531/14 531/13 531/22
eastern [3] 531/1 531/13 672/5
economic [4] 666/2 670/5 670/8 680/22
edited [1] 655/2
education [2] 669/7 675/1
educational [3] 664/8 667/2 672/24
effect [3] 599/3 672/20 677/17
effort [2] 602/2 677/23
efforts [3] 534/13 676/2 676/21
eight [3] 574/22 580/18 619/13
either [10] 575/6 582/25 615/1 617/5 629/18
653/4 669/3 673/7 676/11 683/8
elders [1] 665/16
elected [3] 665/19 666/5 666/5
election [4] 545/18 545/22 545/23 546/2
element [1] 667/5
Elmo [2] 566/20 567/18
else [18] 544/19 546/16 556/20 575/4 579/6
588/19 588/22 588/23 590/16 592/7 592/9
599/19 609/25 629/25 673/6 683/3 691/14
697/14
embarrassed [1] 560/7
embarrassing [1] 552/9
embarrassment [1] 678/12
embassy [12] 544/22 544/23 546/19 552/25
553/2 600/7 600/12 600/23 601/1 601/6
601/18 602/1
emdogamous [2] 671/18 671/21
emotionally [1] 687/6
emphasize [1] 677/3
empire [1] 663/21
encyclopedia [1] 655/23
end [5] 579/4 605/24 609/14 633/16 649/16
ended [1] 653/15
enforced [1] 686/16
enforcement [4] 558/22 606/15 647/25
686/18
enforcing [1] 686/20
engagement [1] 677/1
engagements [1] 610/16
English [4] 562/9 652/6 688/4 688/9
enhance [1] 686/18

enlist [1] 681/1
enough [1] 682/2
ensure [1] 674/24
entered [1] 603/2
enters [5] 533/15 632/8 632/12 681/13 682/5
entire [6] 576/20 577/15 579/19 579/22
584/8
entities [1] 544/21
envelope [2] 539/5 636/8
equal [2] 672/2 672/15
equivalent [1] 672/23
escape [1] 544/14 544/16
escort [2] 591/17 628/21
especially [6] 667/6 668/3 669/9 679/23
684/12 684/15
ESQ [4] 531/14 531/15 531/15 531/17
essentially [1] 677/11
estimates [1] 631/9
Europe [2] 652/3 672/18
even [20] 577/1 584/15 588/13 589/9 591/2
594/24 635/23 653/4 653/20 665/12 667/8
668/6 669/4 670/2 672/11 673/4 676/25
678/1 683/8 687/6
evening [2] 547/4 547/5
events [2] 559/9 655/6
eventually [1] 637/11
ever [13] 534/19 536/18 536/24 537/2 537/22
538/17 544/21 551/11 553/25 562/14 580/21
580/25 654/8
every [9] 532/15 579/8 579/19 579/22 580/3
595/12 595/17 598/13 607/1
everybody [1] 552/2 552/9 558/4 558/8
672/2 674/7 676/7
everyday [3] 653/21 664/20 667/15
everyone [5] 547/9 547/9 547/11 573/4
598/15
everyone's [1] 547/6 620/8
everything [5] 537/18 573/1 578/7 604/10
610/17
everywhere [1] 590/9
evidence [12] 538/8 548/10 566/12 566/15
566/23 571/17 591/24 592/2 614/18 619/11
616/20 692/8
Ewing [6] 650/3 650/18 650/22 650/25
682/14 686/23
exactly [6] 554/21 607/4 609/11 689/24
690/20 695/18
examination [16] 533/18 533/20 591/14
593/3 593/4 593/9 593/11 629/19 631/11
632/15 647/17 647/19 651/7 679/1 682/11
688/24
examined [1] 688/23
example [15] 624/17 664/11 665/3 670/5
670/23 673/3 674/1 675/14 676/9 680/3
680/17 680/25 681/1 683/17 687/7
except [1] 634/2 637/2
excerpt [1] 619/3
excited [1] 609/23
excuse [5] 539/8 576/22 577/16 577/20 644/9
excused [1] 687/15
exhibit [38] 538/9 539/4 548/10 548/12
564/7 564/12 564/25 567/4 567/13 569/6
571/17 573/14 575/18 582/15 582/15 588/4
593/20 593/23 612/10 613/1 619/5 619/11
619/13 626/17 626/21 632/23 632/25 635/1
636/14 659/3 660/6 660/13 660/23 661/7
663/11 692/8 692/11 692/18
Exhibit 1 [2] 612/10 613/1
Exhibit 101 [2] 593/20 593/23
Exhibit 106 [2] 626/17 626/21
Exhibit 52 [2] 619/5 619/11
exhibits [4] 566/15 591/22 591/23 592/1
existing [1] 656/1

exits [4] 591/15 591/18 661/7 697/10
expand [1] 654/16
expect [1] 667/15
expectation [2] 667/5 668/24
expectations [2] 664/19 673/25
expected [3] 667/25 668/5 672/14
expensive [1] 617/4
experience [2] 623/25 673/9
experienced [1] 631/12
experiences [1] 652/12
expert [9] 629/4 649/4 649/13 653/16 657/6
657/15 657/21 658/4 667/5
explain [2] 545/25 558/16 577/21 604/15
661/23
explained [6] 596/18 604/5 604/9 605/11
624/15 665/23
explaining [1] 677/22
explicitly [1] 537/22
extended [4] 638/4 639/19 655/3 685/19
extensive [1] 652/25

## F

face [9] 576/22 577/16 577/20 578/1 585/1
590/11 668/13 668/17 680/19
Facebook [1] 623/16
facilitating [1] 679/20
fact [19] 558/6 597/20 599/1 601/4 610/1
610/21 611/5 623/7 627/22 635/23 637/19
639/15 639/23 640/12 654/10 664/24 671/13
675/24 684/4
factor [6] 671/12 671/13 672/8 675/11
676/21 677/22
factors [7] 664/14 669/24 670/10 672/20
680/21 680/22 680/23
fair [21] 538/2 542/14 542/16 593/24 594/14
600/5 600/25 602/22 603/17 606/14 611/23
615/19 625/7 638/3 643/8 645/25 647/4
669/14 682/2 695/17 696/19
fairly [2] 659/12 686/14
fallen [1] 674/13
false [2] 605/13 637/17
familial [1] 646/4
familiar [1] 665/5
families [14] 634/21 653/5 653/25 653/25
665/2 667/3 667/7 669/6 671/13 673/9
673/23 674/14 679/14 684/15
family [104] 537/9 537/18 543/7 544/1
550/12 551/23 551/24 552/3 552/7 555/22
557/11 557/11 558/7 558/18 559/2 559/2
569/23 570/8 570/8 570/12 577/11 577/13
578/3 578/16 579/19 579/22 580/4 580/14
580/15 587/24 590/1 590/8 598/7 598/11
601/11 601/22 612/14 614/2 614/4 614/4
614/22 615/8 615/23 617/2 617/7 617/10
617/12 617/20 621/6 621/24 621/24 622/5
624/16 638/5 639/19 639/23 640/21 644/25
645/25 646/6 646/7 646/15 648/4 650/25
654/10 654/14 656/16 657/22 665/3 667/8
667/12 669/12 670/1 670/22 671/9 671/10
674/20 675/10 675/21 675/24 676/7 676/12
677/6 677/7 678/11 678/14 679/23 680/3
680/4 680/7 680/25 683/5 683/7 683/9
683/23 684/6 684/13 685/13 685/14 685/15
685/19 685/19 686/5 691/12
family's [11] 548/3 548/5 548/8 548/14
548/20 549/14 549/24 558/17 562/17 584/8
687/2
far [11] 548/5 550/17 584/9 590/13 599/24
600/2 617/4 627/4 660/2 660/4 690/19
fare [1] 590/14
fashion [1] 646/15
fate [2] 579/5 579/5
father [121] 536/1 536/10 536/15 536/21

# F

father... [117] 552/18 561/10 561/14 561/20
561/23 562/3 562/12 562/14 562/23 563/19
563/24 564/2 564/20 565/1 565/15 567/7
568/21 570/7 570/11 571/10 571/12 572/3
572/5 572/20 577/6 577/11 577/13 577/14
577/18 577/19 577/25 578/10 578/14 578/25
579/2 580/2 580/6 580/25 581/19 582/1
583/10 583/13 583/16 585/16 585/25 586/5
586/6 586/10 586/12 587/22 587/25 588/23
589/2 589/3 589/7 589/18 589/20 589/23
590/22 591/1 591/4 591/6 593/14 593/15
593/25 594/7 594/11 595/12 595/16 595/22
596/2 596/10 596/14 596/25 597/14 597/17
597/21 598/5 598/22 599/9 609/18 609/24
610/2 610/9 610/14 611/2 611/7 616/4
616/23 622/7 624/7 624/20 624/25 627/3
627/9 632/18 633/2 633/5 633/14 633/18
633/23 636/25 637/2 641/20 647/20 647/25
670/5 670/8 670/20 675/13 679/24 680/3
680/17 683/11 691/2 691/4 691/15
father's [13] 542/1 562/21 572/11 574/3
574/15 579/5 585/19 590/19 590/23 591/5
594/22 614/22 680/22
fathers [1] 677/13
Fatima [4] 622/15 622/25 623/11 623/11
Fatima's [3] 623/8 623/14 623/15
fault [3] 589/13 589/15 589/24
Fax [1] 531/23
feared [1] 601/6
fearful [6] 580/10 584/10 580/15 580/16
582/7 647/21
fears [1] 596/7
February [44] 563/13 563/16 567/14 569/6
571/17 573/15 575/20 582/16 588/5 596/3
598/23 603/18 603/20 604/1 604/25 605/20
606/4 606/16 606/16 606/17 606/24 607/1
608/4 609/5 609/11 610/7 610/17 611/6
624/8 624/24 625/1 627/4 627/10 632/18
637/16 644/1 644/2 644/8 644/9 644/14
644/16 645/2 694/1 694/25
February 15 [1] 596/3
February 15th [1] 567/14
February 2011 [1] 645/2
February 2013 [6] 563/13 598/23 606/17
632/18 637/16 644/16
February 20th [3] 569/6 571/17 573/15
February 21 [1] 582/16
February 25th [1] 575/20
February 25 [5] 624/8 624/24 625/1 627/4
627/10
February 27th [1] 563/16
February 7 [1] 606/24
federal [27] 593/14 596/3 599/14 603/14
603/16 603/21 604/1 604/5 604/16 604/21
604/24 605/3 605/4 605/8 605/8 606/2
606/16 607/2 607/2 607/11 607/21 608/6
623/7 627/9 643/25 644/5 644/14
federally [1] 663/3
FEDERICK [1] 531/17
feel [6] 550/10 678/11 680/24 686/20 686/20
687/8
feet [1] 568/10
fellow [2] 603/6 637/20
felt [1] 575/15
few [5] 605/5 644/8 644/9 663/8 679/3
Fifteen [1] 592/9
fight [3] 585/6 585/8 586/10
figure [1] 684/1
file [2] 533/1 619/24
filed [11] 538/1 578/6 578/8 583/4 583/6
583/7 583/15 632/19 633/2 633/6 633/11

filing [1] 539/19
final [2] 588/2 588/10
finally [1] 694/14
financial [1] 680/18
find [16] 568/8 569/21 569/22 570/3 582/20
582/20 583/11 583/12 585/7 585/15 642/4
668/25 669/3 669/5 672/23 673/6 692/22
finding [1] 639/3
finds [3] 552/9 589/11 681/19
fine [2] 578/7 579/11
finish [3] 608/14 631/15 680/12
firearms [2] 618/18 620/16
firings [2] 585/12 586/25
first [47] 538/19 539/1 541/21 555/18 557/19
561/19 567/15 572/14 573/5 585/7 591/25
593/13 593/17 594/11 594/25 595/13 595/22
596/2 596/15 596/19 603/2 603/9 603/17
604/4 605/4 606/15 606/24 611/7 612/1
613/1 618/12 622/14 631/23 643/25 647/24
648/12 649/2 653/14 660/15 670/18 670/25
682/23 686/1 688/22 692/23 694/18 695/24
fit [1] 674/2
five [11] 541/21 563/10 569/7 573/17 578/19
578/20 584/16 589/5 626/21 692/6 695/3
flew [1] 622/15
flight [4] 554/25 555/2 555/7 555/11
flip [1] 538/12
Floor [1] 531/17
fly [1] 681/1
focus [5] 541/3 542/18 603/1 603/9 653/10
focused [1] 651/22 651/23 651/25 656/3
focusing [2] 608/4 639/3
folks [5] 601/5 629/17 688/10
follow [1] 560/16
following [6] 578/4 614/12 614/20 614/25
622/24 673/24
follows [1] 688/23
food [2] 601/12 601/22
force [1] 676/12
forced [2] 669/14 669/19
forever [2] 577/5 577/17
forget [6] 561/18 573/7 584/7 637/10
forgive [6] 568/6 611/19 622/8 647/12
685/15 686/2
forgot [2] 561/17 591/21
form [5] 534/15 538/3 586/13 665/9 670/13
formal [1] 676/16
formally [1] 645/7
forth [1] 655/15
forward [2] 673/8 690/10
Foster [10] 541/23 542/1 542/3 542/9 542/15
556/24 615/22 642/16 645/13 645/21
found [2] 610/21 632/23
founded [1] 684/22
four [13] 532/2 553/5 563/10 570/15 571/20
578/4 584/16 584/16 588/4 638/4 654/18
658/13 693/15
frame [4] 640/4 644/13 644/15 646/17
fraud [3] 537/7 537/15 537/21
Fred [1] 532/11
French [1] 652/8
frequent [1] 681/20
frequently [2] 640/10 683/18
friend [3] 554/21 559/22 559/24
friends [3] 673/15 673/16 679/18
frighten [1] 581/18
front [9] 548/11 554/9 567/14 569/6 576/20
577/14 593/21 646/9 692/21
Frontier [6] 659/15 660/20 661/11 661/17
662/1 663/2
full [4] 619/2 644/19 668/10 668/10
function [1] 665/13
functionary [1] 677/16

funeral [5] 590/20 590/21 590/23 590/25
591/5
further [6] 540/11 568/2 591/11 647/14
648/6 687/10
furthest [1] 621/13
future [1] 634/23

# G

G-E-E-G-E-E [1] 565/12
G-O-L-L-I [1] 564/3
G-U-J-R-A-T [1] 654/8
gals [1] 629/11
GANDY [5] 531/15 532/7 687/20 688/12
688/25
Garaufis [1] 632/3
gauze [2] 668/14 668/17
gave [7] 546/9 571/1 643/18 643/22 663/21
674/4 684/1
Geegee [1] 565/12
gender [3] 657/10 657/22 667/5
generalization [1] 667/24
generally [6] 535/16 656/14 657/8 657/9
683/23 684/3
gentleman [1] 621/13
gentlemen [11] 532/17 533/16 566/23 591/13
593/7 628/16 632/13 661/16 682/6 688/2
697/8
geographical [1] 659/11
German [1] 652/8
Germany [1] 652/3
get [51] 535/18 535/19 544/19 545/21 546/21
552/19 552/23 553/4 553/14 554/25 556/12
572/7 575/2 575/3 575/10 582/19 583/2
585/3 585/13 587/1 596/21 596/25 597/5
599/10 603/9 604/11 604/20 631/23 631/24
631/25 633/15 634/1 637/1 637/11 637/16
637/19 639/7 641/5 641/12 642/2 644/20
651/4 652/22 675/1 675/1 676/6 677/13
681/24 690/1 690/3 690/6
gets [2] 634/16 665/21
getting [4] 634/20 641/9 641/19 691/17
girl [3] 566/7 676/11 676/12
girls [1] 639/20
give [9] 539/20 552/5 552/4 552/7 553/24
553/25 619/17 643/23 662/9
given [4] 605/18 623/14 631/9 646/8
Giving [1] 581/10
go [66] 535/18 536/11 536/15 536/16 536/21
552/10 552/13 552/14 554/20 554/23 558/7
558/11 567/19 570/4 570/11 578/25 579/1
579/2 579/19 579/20 579/22 579/23 582/20
583/12 591/2 595/5 596/6 596/14 596/21
597/7 597/9 598/19 598/23 599/1 599/3
599/6 599/10 599/11 599/18 604/14 608/24
612/1 623/15 627/17 628/6 631/23 635/14
642/23 650/17 653/22 654/2 654/4 654/7
658/5 661/18 662/21 667/22 667/25 671/24
673/7 677/6 677/10 678/10 678/12 684/4
690/21
goal [1] 642/14
God [2] 570/2 573/8
goes [3] 633/23 655/15 684/4
going [66] 532/22 538/9 538/12 538/13 539/7
540/11 541/3 541/16 546/4 548/9 550/15
558/4 566/11 566/13 567/2 567/17 567/22
567/23 567/23 569/15 569/15 569/22 569/22
570/7 570/17 570/17 571/22 572/25 573/17
573/23 574/8 581/9 582/20 583/11 584/1
584/24 585/11 586/24 590/5 595/18 596/14
597/8 597/9 597/17 598/16 598/20 598/23
599/1 599/6 609/7 609/11 612/4 619/17
619/23 624/16 631/10 631/14 631/19 631/24
648/12 660/5 675/16 680/18 682/9 690/10

**G**

going... [1] 692/7
gold [1] 671/11
Golli [1] 564/3
gone [9] 547/18 547/20 552/5 590/17 627/10
641/15 677/5 678/1 683/22
good [19] 532/8 532/10 532/13 533/7 533/10
533/16 573/3 621/3 631/3 631/4 651/9
651/10 652/9 658/25 674/7 675/9 689/1
689/2 697/18
goods [2] 671/9 671/11
gossip [1] 565/22
got [21] 545/18 545/20 550/23 550/24 551/14
552/10 552/18 553/7 555/21 557/20 558/21
582/9 598/8 632/1 646/18 652/13 652/15
662/11 670/2 670/3 670/3
government [50] 531/12 532/20 538/9 539/4
548/9 555/5 564/7 564/12 564/25 566/15
567/13 569/6 571/16 573/14 575/18 582/15
582/15 588/4 605/19 607/18 607/24 608/2
608/25 609/1 609/6 609/10 609/18 610/8
610/18 611/5 611/3 611/18 618/21 619/18
624/5 631/6 632/23 635/1 650/2 656/23
665/12 666/13 666/22 676/16 685/21 687/16
688/22 691/24 692/8 697/15
government's [13] 612/10 612/25 619/5
619/11 619/12 629/3 656/17 656/20 659/3
660/6 660/23 661/7 663/11
governmental [2] 602/11 602/13
governments [1] 685/22
graduate [2] 655/17 655/19
grandchildren [1] 614/23
grandparents [2] 581/13 581/14
grants [1] 603/22
Great [1] 576/4
greeting [3] 593/18 593/25 594/10
grew [1] 690/15
groom [1] 671/10
group [1] 671/19
groups [3] 656/14 671/17 685/22
grow [1] 690/23
guess [2] 543/21 636/3
guided [1] 591/25
Gujrat [8] 654/8 654/12 663/9 663/12
663/14 663/14 663/16 663/16
guns [1] 618/18 620/16
guys [2] 617/22 629/10

**H**

H-u-d-o-o-d [1] 685/5
had [97] 533/7 535/25 536/18 546/11 547/18
550/25 550/25 551/10 551/11 552/2 552/5
553/20 557/13 561/10 562/23 567/6 567/9
576/19 585/6 585/12 586/1 586/2 586/5
586/10 586/25 589/11 591/22 596/19 597/6
597/21 598/18 599/17 599/23 600/2 600/13
600/16 600/24 601/19 601/22 602/8 603/17
603/19 603/21 603/22 604/4 605/12 606/15
606/25 607/23 607/23 608/5 608/7 609/6
609/11 609/17 609/17 611/19 614/11 614/15
614/17 614/20 614/22 615/23 617/20 618/22
624/18 625/1 625/12 625/16 625/20 627/10
627/18 633/2 635/9 636/4 638/24 639/10
640/18 641/15 642/17 642/23 643/19 644/1
644/16 644/24 646/4 647/25 652/8 653/25
654/11 674/2 674/5 691/24 691/24 695/10
695/24 696/10
hadn't [1] 561/14
half [5] 551/21 628/14 653/24 689/23 690/21
hall [1] 655/15
hand [13] 536/13 576/19 597/22 598/2 640/3
650/5 660/23 660/25 661/7 661/8 693/5

694/14 694/14
Handing [2] 566/18 566/24
handle [1] 681/1
happen [18] 542/24 573/8 576/24 585/5
590/17 608/8 610/19 633/23 673/10 673/20
675/19 676/21 676/24 676/25 677/25 679/4
679/13 694/2
happened [12] 545/17 557/13 563/7 572/5
584/20 589/21 599/9 610/21 625/17 679/14
696/17 696/21
happening [1] 579/6
happens [7] 570/18 661/3 668/23 673/7
676/19 677/12 677/22
happily [4] 544/2 544/3 581/14 581/15
happiness [1] 581/17
happy [4] 544/1 568/9 581/15 676/8
harbor [1] 643/6
harm [7] 570/2 595/20 595/24 596/14 597/18
598/16 598/20
has [44] 583/8 590/19 591/5 591/19 608/9
613/2 613/8 613/16 614/4 624/1 628/23
629/15 629/15 631/9 634/16 638/9 645/25
651/22 651/23 660/16 660/21 665/3 666/25
667/1 667/2 668/11 668/12 671/25 673/23
675/14 675/24 677/5 679/15 679/16 680/4
680/4 680/17 680/24 681/18 681/23 683/22
684/17 684/25 697/13
hate [1] 629/20
have [178]
having [9] 580/5 581/25 589/1 618/7 625/23
627/13 668/22 670/25 688/22
he [159] 534/9 534/23 534/25 535/2 535/5
535/6 535/8 535/9 535/9 535/11 535/13
535/17 536/2 544/14 544/16 546/19 546/21
547/15 547/16 547/18 547/20 552/18 552/19
552/22 552/23 553/25 554/19 556/12 559/22
559/24 561/10 561/22 561/22 568/16 568/18
572/11 572/12 574/2 574/3 574/6 574/6
574/15 574/19 581/8 581/17 581/18 581/19
582/10 584/3 586/1 589/10 590/17 590/18
590/19 590/20 590/22 590/25 590/25 591/2
591/4 591/5 594/1 594/25 595/5 595/23
596/5 596/18 596/19 596/20 596/22 597/5
597/6 597/6 597/22 598/23 599/1 599/5
599/13 600/6 601/2 608/9 610/3 610/3
610/15 610/24 611/19 611/24 612/1 616/7
616/9 616/11 616/16 624/8 624/9 624/9
624/21 624/21 624/25 625/4 625/7 625/8
625/12 625/13 625/13 625/16 625/16 625/20
625/25 626/3 626/3 626/6 626/6 626/9
626/12 626/13 626/13 626/23 627/10 629/6
629/7 629/8 629/12 629/15 631/9 633/2
633/8 633/8 633/15 633/15 633/16 633/17
633/18 635/16 635/18 637/10 641/1 641/4
641/4 643/22 646/14 646/21 671/5 671/15
680/19 680/23 680/24 680/25 691/2 691/24
691/24 693/8 694/22 694/24 696/8 696/10
696/13 696/14 696/18 696/21
he's [6] 547/21 565/13 569/1 631/10 654/5
655/16
head [5] 533/11 551/14 662/6 666/12 668/9
heads [2] 552/3 552/4
healers [1] 653/19
health [1] 681/19
hear [8] 552/22 586/2 589/20 589/22 609/3
640/20 646/11 688/18
heard [4] 607/19 608/9 609/2 666/7
hearing [3] 604/19 606/18 611/2
hearsay [1] 557/15
HECTOR [3] 531/14 532/6 647/18
help [10] 544/14 544/16 544/17 544/19
544/21 559/22 559/24 644/6 662/3 662/4
helped [1] 589/14 589/24 590/1

helpful [2] 533/8 692/19
helping [2] 575/9 600/17
helpless [1] 578/23
her [27] 548/17 549/2 549/4 556/22 557/10
564/5 564/15 564/17 573/9 584/3 584/20
622/23 623/2 623/17 623/18 629/8 638/18
638/20 647/7 647/9 671/6 677/6 677/17
677/18 681/21 683/9 694/5
here [57] 532/2 532/15 533/17 533/17 541/20
556/3 557/9 561/25 564/8 564/12 565/10
568/8 568/22 573/2 573/4 574/2 574/19
574/20 576/18 578/23 579/10 584/14 584/15
584/17 585/1 585/2 585/3 585/5 586/22
589/16 589/25 590/1 592/2 592/5 594/1
596/12 596/20 598/16 599/2 604/20 617/6
617/11 618/12 620/7 625/24 636/16 656/10
656/24 657/4 660/19 663/5 667/24 672/24
688/10 692/25 693/4 693/17
high [1] 662/14
him [79] 535/17 536/13 536/16 544/1 544/2
544/3 544/5 544/6 551/2 551/3 551/3 551/7
556/1 556/11 556/13 559/24 561/1 561/2
561/19 561/19 562/24 570/8 570/12 582/20
582/20 582/23 582/24 583/12 583/12 586/1
586/3 588/1 589/11 590/23 594/2 594/22
595/1 595/4 595/18 595/23 596/3 597/8
599/2 600/3 601/17 601/25 608/1 608/10
608/14 609/3 609/6 610/1 610/1 612/3 613/6
624/8 625/12 625/19 625/19 625/20 626/23
627/14 632/18 633/10 633/10 633/25 634/2
637/2 637/7 637/10 639/10 639/12 641/1
641/10 643/22 644/6 647/22 691/2 692/3
himself [1] 598/24
his [53] 543/7 548/16 548/18 548/18 548/20
552/18 555/24 555/24 555/25 557/17 562/12
562/13 571/15 574/6 577/11 577/13 578/8
580/15 581/16 584/20 589/11 590/19 590/22
590/23 591/1 591/5 611/24 612/20 613/4
629/8 631/11 633/11 638/11 639/10 639/15
639/16 639/18 639/23 640/25 641/10 646/21
670/20 671/5 675/14 679/24 680/19 680/20
680/23 680/25 681/2 691/2 691/12 691/15
histories [1] 653/1
history [1] 653/1
hit [4] 576/3 580/22 580/25 681/21
home [88] 548/20 549/13 549/14 549/23
549/25 550/8 550/17 550/17 555/24 557/19
557/20 557/21 557/22 558/7 558/11 562/12
562/14 562/17 562/25 567/25 568/9 570/1
570/3 571/7 573/2 573/9 575/1 575/24
576/16 576/22 577/2 578/3 578/21 581/15
582/2 582/18 587/2 587/4 587/6 587/7
587/22 588/9 588/13 590/14 590/20 593/16
594/2 594/6 594/6 596/6 596/16 596/25
597/2 597/2 597/10 597/14 598/14 598/15
598/19 609/25 614/2 614/4 616/11 617/1
618/8 618/19 620/12 620/14 621/17 621/24
621/24 622/5 622/11 627/18 627/22 627/24
628/6 642/16 642/20 645/12 645/13 646/19
646/21 667/23 667/25 691/12 691/14 691/16
homeland [3] 556/23 663/23 663/24
homogeneous [2] 664/10 664/16
honest [2] 604/6 608/7
honor [65] 532/9 532/20 538/4 566/21 575/6
590/10 591/21 592/6 592/8 612/9 619/17
628/10 628/15 629/1 629/7 629/24 630/1
630/2 631/8 632/4 632/22 636/14 647/16
648/8 650/2 651/6 655/22 655/24 656/1
656/12 657/20 658/6 658/15 660/5 660/12
661/5 661/12 674/21 674/23 674/23 674/24
675/3 675/5 675/10 675/17 680/20 681/17
681/20 681/25 682/12 683/22 686/21 687/2
687/2 687/4 687/10 687/16 687/23 688/13

# H

honor... [6] 692/7 692/20 697/1 694/7 697/15 697/18
HONORABLE [1] 531/9
honoring [1] 656/2
hotel [1] 643/9
hour [5] 551/21 628/14 643/2 657/2 690/21 690/22
hourly [1] 657/1
hours [7] 553/5 590/12 590/15 590/16 616/17 657/3 657/5
house [36] 535/17 540/23 540/24 541/2 542/1 548/2 548/3 548/4 548/5 548/5 548/8 548/14 549/4 549/23 549/24 551/23 551/24 552/6 552/13 552/15 558/3 581/16 595/5 597/18 615/20 618/2 618/13 622/23 622/23 627/25 635/21 642/16 667/9 691/10 691/11 696/4
household [1] 671/11
houses [1] 581/16
how [78] 533/10 534/6 534/9 537/20 545/21 546/21 547/18 548/5 548/20 548/23 549/4 549/6 549/8 550/10 550/17 550/25 551/20 553/4 554/7 555/2 555/6 555/18 563/9 574/2 574/19 576/24 588/16 588/17 588/18 588/21 588/25 590/18 604/5 609/18 610/8 613/2 613/8 613/14 613/16 613/18 613/22 613/24 628/12 632/6 651/20 652/22 653/22 654/22 654/25 657/3 658/8 658/12 663/19 664/3 670/13 672/8 674/21 675/11 676/20 677/21 683/18 686/9 686/23 689/5 689/16 689/22 689/24 690/19 690/20 692/5 693/7 693/14 694/4 694/10 694/17 695/8 695/25 697/2
however [1] 598/2
Hudood [1] 685/4
huh [6] 571/1 572/4 573/24 574/5 583/5 587/3
hum [5] 585/10 586/23 587/17 669/21 677/10
human [2] 684/1 685/22
humiliate [1] 568/1
humiliated [5] 568/7 568/21 576/20 577/14 585/5
humiliation [1] 576/23
hundred [1] 559/16
hundreds [2] 584/1 588/21
hung [3] 627/2 627/8 627/13
hurt [1] 596/14
husband [19] 537/11 539/19 544/5 544/6 611/10 614/21 615/1 633/21 636/2 642/20 647/9 690/6 690/10 690/23 691/22 691/23 692/23 694/21 695/10
husband's [5] 622/23 623/17 677/6 677/7 691/15
husbands [2] 610/16 684/8

# I

I'd [8] 539/16 542/18 550/2 567/12 569/5 571/16 588/3 632/6
I'll [13] 542/8 567/3 567/20 576/10 577/8 577/20 584/15 584/25 595/13 598/5 620/25 629/22 680/16
I'm [92] 532/22 533/6 533/9 536/14 538/8 538/12 538/13 539/3 539/4 539/7 540/11 541/1 541/3 541/16 542/8 544/15 545/19 546/25 547/8 548/9 556/2 556/2 556/4 559/23 561/6 561/7 561/8 562/19 564/16 566/11 566/13 567/2 567/17 567/20 567/22 567/23 567/23 568/17 569/15 569/15 570/7 570/17 570/17 571/22 571/22 572/25 573/17 577/12 578/19 580/12 594/1 599/1 599/2 599/6 601/9 603/9 609/15 611/8 619/17

621/8 623/5 623/23 628/4 632/22 636/7 636/10 637/5 637/25 638/7 640/4 641/8 643/16 644/13 644/22 645/16 645/15 651/15 651/16 652/9 655/8 655/23 655/25 658/19 659/2 660/5 661/4 662/16 667/23 692/7 692/25 693/11 694/8
I've [14] 579/9 582/19 587/14 651/2 651/21 652/2 652/4 652/25 655/1 656/11 656/12 656/13 670/3 673/9
idea [8] 557/24 558/2 667/10 667/16 667/18 674/7 684/11 686/14
ideal [2] 670/19 670/22
ideally [1] 670/16
identification [1] 659/3
identified [1] 650/9
identify [1] 684/2
identity [3] 545/6 545/7 546/3
II [1] 531/9
image [1] 660/6
immediate [1] 667/12
immigrants [1] 672/17 672/21
immigration [8] 534/14 536/25 537/3 537/6 537/23 538/1 657/9 657/16
impact [3] 586/6 685/24
important [17] 552/7 556/8 556/8 604/6 604/9 653/8 656/4 670/6 670/7 671/13 672/4 672/22 673/20 675/13 677/18 684/15 685/2
inception [1] 602/16
incident [1] 574/10
include [1] 669/25
includes [1] 652/18
increasingly [2] 669/10 686/17
indeed [2] 615/7 623/2
independence [1] 663/22
India [7] 653/14 663/20 663/21 663/22 665/8 671/16 671/25
indicate [1] 660/18
indicated [3] 633/5 661/20 663/25
indicates [2] 621/12 659/10 681/21
indicating [4] 647/20 660/22 663/15 693/6
individual [1] 621/13
individuals [2] 602/4 634/20
influence [2] 666/1 666/2
information [8] 541/18 600/13 602/1 607/22 607/25 640/20 652/22 657/15
infrastructure [1] 666/23
initial [2] 676/24 676/25
initialed [1] 611/4
inner [2] 650/13 650/14
inquire [1] 626/22
inquired [1] 603/5
inside [4] 620/12 621/16 636/7 667/19
instance [1] 612/2
instances [3] 597/13 598/8 609/1
Institute [1] 651/17
institutions [1] 664/9
instructed [1] 606/1
instructions [1] 604/19
intended [1] 663/23
inter [1] 664/12
inter-seminary [1] 664/12
interact [1] 667/12
interested [5] 611/8 611/8 611/10 653/11 686/19
internationally [2] 617/5 629/5
internet [2] 623/15 653/8
interpretation [1] 685/12
interpretations [3] 651/25 652/2 685/10
interpreted [2] 688/4 688/5
interpreter [1] 688/3
interpreters [2] 531/19 532/14
interpreting [1] 685/11
interrupt [1] 629/14

interviewed [1] 654/13
interviewing [2] 652/25 652/25
introduced [1] 591/24
investigation [3] 656/18 657/11 657/12
involved [25] 546/14 575/8 575/9 575/12 588/22 602/8 624/25 625/8 625/13 625/16 626/1 626/3 626/9 626/10 627/10 655/8 675/19 678/11 679/6 682/21 682/22 683/4 683/5 683/8 683/12
involving [1] 655/9
Iqbal [4] 565/10 646/8 646/9 646/9
Iqbal's [2] 639/24 640/3
irrevocable [1] 677/4
is [306]
Islam [14] 651/25 652/2 653/10 653/16 653/18 670/24 671/2 671/4 672/1 672/2 675/7 676/10 677/19 685/11
Islamic [4] 684/25 685/3 685/9 685/10
isn't [5] 589/10 601/4 623/7 627/21 627/22
issue [7] 591/21 611/7 629/1 629/2 676/20 681/18 685/2
issued [1] 635/2
issues [7] 532/19 533/3 591/20 628/24 631/5 631/13 685/11
it [249]
it's [63] 537/10 537/25 538/9 541/17 542/19 545/6 547/6 549/25 558/6 571/22 577/3 577/21 578/2 578/3 578/22 579/4 579/5 582/25 584/14 585/2 588/4 588/10 599/5 599/13 611/9 619/6 634/10 636/7 655/23 656/3 658/11 658/25 660/10 661/1 662/25 665/18 666/4 667/14 667/22 668/8 669/3 671/1 671/1 672/14 672/14 673/17 675/5 676/15 676/17 677/4 677/25 678/2 679/19 679/22 685/12 686/7 686/13 686/14 687/6 692/22 692/23 697/5
its [5] 659/10 659/11 659/13 663/21 678/1

# J

J.R.'s [1] 651/1
Jackson [4] 566/17 591/17 628/21 658/22
jail [9] 578/25 579/1 579/2 579/4 579/19 579/20 579/22 579/23 604/14
Jamil [1] 621/22
January [7] 550/6 603/2 638/22 638/24 639/6 640/2 640/9
January 2012 [2] 638/22 640/9
January 4 [1] 550/6
Javed [3] 639/24 640/2 646/8
jewelry [3] 553/16 553/20 643/19
job [4] 691/22 691/23 691/24 696/10
jobs [1] 675/1
joining [1] 532/12
judge [12] 531/10 565/25 619/1 619/9 619/25 626/17 631/2 631/14 631/21 647/12 649/11 658/1
judges [2] 629/20 629/21
June [2] 531/6 697/21
jurors [1] 567/18
jury [57] 531/8 532/1 532/18 532/24 533/12 533/15 533/17 545/25 548/11 548/12 566/19 566/23 591/15 591/18 591/19 593/1 593/5 593/6 593/8 594/5 597/20 598/2 609/22 610/5 610/13 628/20 628/23 628/25 631/1 631/3 631/24 632/12 632/14 641/14 641/18 644/15 646/25 649/6 660/1 660/13 660/16 661/16 661/23 663/11 663/18 665/24 681/7 681/12 681/15 682/5 682/7 688/2 688/15 692/9 692/11 697/10 697/13
just [60] 533/13 535/18 539/8 542/8 543/11 552/19 556/10 559/22 559/24 573/22 575/1 575/1 576/7 576/22 578/10 580/24 581/6 581/10 581/12 582/15 587/15 588/10 596/18

# J

**just...** [13] 570/15 600/9 603/1 605/5 605/22
608/4 610/16 611/10 612/14 612/25 614/20
620/10 624/15 625/11 625/20 627/13 631/14
645/19 648/9 649/3 650/25 652/11 657/8
657/25 658/15 658/20 660/17 661/10 661/25
667/14 668/17 676/1 681/1 681/17 681/18
681/23 682/23

# K

**K-a-s-h-m-i-r** [1] 689/13
**K-A-T-H-E-R-I-N-E** [1] 650/22
**K-H-Y-B-E-R** [1] 659/19
**K-o-u-s-a-r** [1] 687/20
**Kashmir** [2] 689/12 689/13
**Katherine** [3] 650/3 650/18 650/21
**Keaton** [1] 650/15
**keep** [15] 536/3 571/6 582/14 582/18 584/15
584/17 589/8 590/7 597/8 625/25 648/11
662/6 662/14 670/22 670/22
**keeping** [1] 675/11
**kept** [4] 536/6 595/16 596/5 634/17
**key** [1] 653/2
**Khyber** [2] 659/17 663/1
**kids** [1] 573/21
**kill** [69] 561/11 561/20 569/22 569/24 570/4
570/7 570/11 571/7 571/7 573/19 573/20
573/21 573/21 573/23 574/1 574/2 574/3
574/7 574/8 574/15 574/18 574/19 576/11
576/14 577/6 577/9 578/12 578/12 578/15
578/15 579/8 579/18 579/21 580/2 580/20
581/3 581/8 581/9 581/22 582/10 583/24
584/1 584/1 584/2 585/2 585/13 587/1
588/15 588/16 589/8 589/10 589/10 590/23
591/1 593/16 594/2 594/8 594/16 594/19
595/6 595/13 596/5 596/14 597/8 597/9
597/14 598/14 626/6 626/7
**killed** [21] 566/2 579/23 582/1 582/4 582/8
584/3 585/3 588/12 588/14 588/17 588/25
589/1 589/7 589/9 589/12 589/18 589/21
590/22 591/1 598/15 646/8
**killing** [3] 570/21 581/11 601/12
**kills** [2] 581/11 585/4
**kind** [21] 576/21 577/16 655/23 663/4 665/1
666/12 666/24 667/10 668/2 668/11 668/12
671/1 672/25 673/13 673/17 673/18 673/24
676/15 676/19 685/5 691/23
**knew** [9] 558/4 592/22 594/19 595/14 597/17
617/10 627/4 639/18 639/23
**know** [67] 533/13 536/6 536/7 536/8 537/19
539/25 545/13 547/20 550/14 551/25 552/1
552/2 554/21 555/4 556/2 556/10 556/10
556/11 558/15 562/23 568/24 568/25 569/24
575/17 577/24 580/11 585/8 588/18 588/21
589/21 590/18 595/13 599/9 608/11 613/11
613/18 613/24 617/6 620/15 620/19 621/21
628/10 629/21 629/22 646/11 646/12 660/19
661/2 665/3 668/4 668/15 670/2 670/3 670/9
675/15 676/9 676/10 676/16 676/24 676/25
679/22 679/22 680/20 680/24 682/7 687/1
688/18
**knowledge** [8] 536/16 536/18 536/21 557/1
564/4 634/25 635/2 653/1
**knows** [3] 558/8 558/18 573/8
**Kotru** [1] 531/19
**Kousar** [11] 687/17 688/5 688/21 689/1
689/16 692/12 693/23 694/7 694/15 694/21
695/3
**KUNTZ** [2] 531/9 631/2

# L

**ladies** [11] 532/17 533/16 566/23 591/13
593/7 628/16 632/13 661/16 682/6 688/2

697/7
**Ladiya-H** 585/21
**Ladiyan** [6] 585/6 585/8 585/14 586/1 586/6
587/8
**Lahore** [11] 551/15 551/16 553/4 553/7
553/9 642/21 643/6 654/3 654/11 655/19
663/13
**land** [5] 551/1 557/6 598/9 617/5 670/23
**language** [1] 688/6
**languages** [1] 652/6
**laptop** [3] 619/19 623/15 623/17
**large** [2] 663/14 666/16
**larger** [3] 660/6 666/22 692/16
**largest** [4] 662/15 662/16 662/17 663/25
**laser** [1] 567/6
**last** [14] 539/20 541/21 563/14 563/19
574/24 576/7 578/20 585/6 607/15 608/12
632/17 655/3 656/15 683/24
**later** [9] 561/13 569/7 588/4 615/15 634/13
644/8 644/9 654/16 678/6
**law** [20] 557/3 558/22 604/20 606/15 621/22
647/25 649/10 656/16 683/15 683/16 684/24
684/25 685/8 685/9 685/10 685/13 685/23
685/25 686/1 686/7
**laws** [6] 684/22 685/3 685/24 686/15 686/16
686/18
**lawyers** [9] 563/5 602/22 603/3 603/5 603/10
603/11 603/14 603/22 662/4
**layers** [1] 668/12
**leader** [1] 666/12
**leading** [1] 559/9
**lean** [1] 645/19
**learn** [1] 609/19
**learned** [7] 611/18 638/24 639/2 645/2 645/4
645/6 645/6
**learning** [1] 604/19
**least** [5] 598/20 615/7 624/7 624/15 685/10
**leave** [22] 545/10 546/12 547/2 547/21
547/25 553/20 558/13 559/17 576/14 582/25
585/11 586/24 589/14 589/24 590/7 599/18
600/17 601/7 601/19 602/2 602/5 602/9
**leaving** [2] 544/9 558/3
**led** [2] 559/17 653/10
**left** [39] 531/10 536/15 548/2 548/7 548/15
549/22 550/3 550/10 550/24 551/25 552/1
552/2 554/19 557/19 568/16 568/18 569/1
569/2 569/3 573/21 579/13 584/3 585/1
586/20 588/11 591/19 601/14 621/13 627/22
628/23 629/15 631/9 642/12 660/23 661/8
689/25 692/23 693/5 697/13
**left-hand** [3] 660/23 661/8 693/5
**legal** [2] 645/21 656/11
**legislation** [2] 656/13 684/17
**legitimate** [2] 654/2 672/3
**less** [3] 670/14 678/5 678/6
**let** [16] 533/13 551/25 552/1 556/2 579/14
580/24 583/3 600/22 604/4 606/17 608/14
611/22 613/1 621/23 646/5 688/18
**let's** [3] 603/1 608/23 650/25
**level** [7] 665/12 666/16 666/18 666/20
666/25 667/2 669/7
**levels** [2] 646/14 676/6
**lie** [11] 560/1 560/6 600/7 602/4 602/13
602/18 602/20 602/20 602/24 603/11 605/7
**lied** [10] 600/9 603/13 603/14 603/16 603/17
604/1 604/21 604/24 605/7 605/12
**life** [6] 624/1 624/17 642/5 642/11 652/9
653/1
**lift** [2] 597/22 598/2
**light** [1] 662/4
**like** [38] 537/18 539/16 542/18 543/9 543/11
544/1 550/2 558/8 558/15 565/8 567/12
568/1 569/5 571/16 574/10 585/2 585/11

586/24 588/3 598/14 610/4 620/16 629/2
634/20 634/25 646/5 647/5 658/10 664/10
666/23 667/16 668/10 669/13 671/11 674/4
674/14 674/19 680/22
**line** [5] 556/23 557/1 557/6 598/9 617/5
**lines** [12] 571/23 572/25 573/18 575/23
578/20 596/18
**linguistics** [1] 652/19
**lining** [1] 641/1
**linked** [2] 686/14 687/5
**LISA** [1] 531/21
**list** [1] 541/21
**listen** [1] 567/6
**listened** [2] 571/25 572/18
**listening** [1] 627/5
**literature** [2] 656/1 656/11
**little** [19] 539/4 540/11 545/19 557/21
562/19 565/7 566/7 620/25 658/9 661/1
663/18 665/23 670/14 678/5 682/1 683/24
688/15 692/16 692/16
**live** [23] 540/8 542/3 543/23 544/2 544/3
568/9 572/6 581/14 600/3 633/10 633/25
658/8 677/5 691/8 691/10 693/9 693/16
694/12 694/19 695/8 695/23 696/3 696/11
**lived** [16] 539/20 566/9 594/6 615/22 615/23
646/19 646/21 648/4 653/24 653/25 654/10
655/3 689/5 691/14 691/16 695/10
**lives** [6] 565/17 584/7 584/8 667/16 667/17
693/17
**living** [24] 540/13 542/6 542/15 548/2 548/7
548/14 548/20 549/13 566/7 568/1 575/3
581/15 581/16 582/14 582/18 627/19 652/21
653/3 653/5 654/3 678/2 689/3 695/11
696/24
**loan** [2] 555/3 555/4
**local** [10] 652/1 653/19 665/9 665/9 665/12
666/13 666/15 666/20 666/22 666/23
**location** [5] 550/19 550/23 555/16 555/19
659/13
**logic** [1] 687/3
**logical** [1] 628/11
**Logistically** [1] 556/7
**long** [17] 534/6 534/9 547/18 550/25 551/20
553/4 555/6 555/18 576/4 651/20 665/21
673/17 674/15 689/5 690/20 695/25 697/4
**longer** [3] 568/9 611/17 697/2
**longest** [1] 654/11
**look** [11] 538/13 568/10 573/3 595/24 620/7
620/16 626/21 636/5 639/10 674/4 682/7
**looked** [2] 656/13 656/14
**looking** [9] 564/7 564/25 581/17 593/24
621/16 639/16 641/10 669/6 694/7
**looks** [2] 660/24 674/14
**Lord** [1] 650/13
**LORETTA** [1] 531/12
**lose** [1] 680/19
**loss** [2] 680/18 680/18
**lost** [1] 576/2
**lot** [7] 604/11 604/20 654/20 656/15 670/9
678/9 680/5
**lots** [2] 645/25 646/6
**loudly** [2] 556/7 557/7
**love** [8] 561/23 674/4 674/8 674/11 674/13
674/15 674/19 687/7
**lower** [3] 661/1 684/7 684/10
**luck** [2] 632/6 632/6
**lunch** [3] 628/11 629/17 642/9
**luncheon** [1] 630/4
**lying** [5] 602/22 604/16 604/21 611/17
644/16

# M

**M-o-h-a-m-m-a-d** [1] 690/5

**M**

MX [2] 651/16 651/18
ma'am [5] 533/10 566/20 632/9 648/7 650/4
machine [1] 620/16
mad [1] 561/19
made [26] 534/13 563/3 563/9 563/11 563/14
563/20 567/7 570/24 571/11 593/14 609/25
620/11 632/17 637/15 639/20 642/23 643/11
644/18 644/24 650/24 659/20 673/19 674/3
675/14 676/19 680/17
Madeeha [4] 589/4 693/20 693/23 693/25
mail [2] 623/16 623/17
maintain [2] 673/23 674/20
maintaining [1] 672/15
major [1] 664/8
majority [2] 542/6 542/14
make [18] 551/18 551/20 555/21 563/6 571/7
579/14 599/10 623/2 631/10 633/15 660/5
673/14 674/18 676/7 682/3 685/8 687/1
692/16
makes [4] 629/10 670/6 670/9 673/16
making [3] 605/13 607/8 667/23
male [2] 667/10 683/11
Mamo [2] 564/23 564/24
man [9] 566/8 590/9 673/7 674/11 675/19
675/20 679/7 687/9 692/25
Manju [1] 531/20
many [23] 548/20 549/4 559/14 559/15 563/9
613/2 613/9 613/16 613/22 618/22 618/22
651/3 654/22 654/25 657/3 658/8 658/12
670/14 671/13 674/23 676/6 692/5 695/8
map [11] 659/7 659/9 659/12 659/14 659/22
660/2 660/7 662/1 662/12 662/25 663/2
March [9] 540/2 611/9 634/6 634/8 634/11
640/12 641/19 644/19 645/8
March 2012 [2] 540/2 634/11
March 5th [1] 634/8
MARGARET [2] 531/15 532/6
mark [2] 619/24 621/1
marked [4] 569/5 619/11 619/12 659/2
market [2] 551/8 636/3
marriage [66] 542/23 544/2 544/4 544/7
561/4 610/9 611/11 614/12 634/22 635/3
637/11 639/6 640/3 640/13 667/19 668/23
669/2 669/18 669/19 669/23 670/13 670/17
671/12 672/9 673/8 674/4 674/8 674/10
674/11 674/15 674/15 674/17 674/19 674/19
674/21 675/7 675/8 675/9 675/25 676/12
676/20 676/22 676/23 677/3 677/3 677/8
677/18 677/23 677/24 677/25 679/4 679/7
679/15 679/16 680/4 680/6 682/16 682/25
683/1 683/2 683/6 684/18 685/6 686/24
690/13 690/25
marriages [11] 614/25 668/22 668/23 669/14
669/15 670/11 672/17 672/21 675/12 683/19
683/21
married [37] 565/8 572/7 614/8 634/1 634/5
634/11 634/16 634/20 637/1 637/11 637/16
637/19 638/13 638/24 639/7 641/5 641/10
641/12 642/2 642/7 642/10 644/18 644/20
644/25 645/7 670/4 671/5 675/21 690/11
690/3 690/6 691/1 691/5 691/7 691/17 692/2
marry [19] 561/1 599/24 600/2 609/24 610/2
610/14 610/24 627/21 628/2 639/20 639/24
640/18 641/21 670/21 670/25 671/19
672/15 674/13
marrying [3] 611/8 611/9 640/22
masculinity [2] 675/6 687/4
Massachusetts [1] 652/11
master [2] 651/19 652/13
master's [1] 652/13
matchmaker [1] 669/5

material [2] 654/19 654/20
maternal [4] 581/13 581/14 581/18 581/20
matter [1] 547/11 575/5 596/20 643/2 654/10
Matthew [1] 532/8
may [33] 566/17 591/16 592/2 592/4 593/4
593/8 593/10 619/7 632/7 632/7 634/15
648/7 648/12 658/5 658/17 660/10 664/14
665/21 670/17 673/2 675/22 680/19 680/23
680/25 681/8 681/17 683/15 686/20 686/21
687/7 687/14 688/14 692/9
maybe [10] 543/22 558/18 616/19 664/18
664/18 670/2 678/5 680/11 694/5 695/18
Mazhar [2] 565/10 646/9
McGuire [1] 532/8
me [76] 533/13 535/5 537/11 539/8 543/22
544/2 544/14 544/16 545/3 545/3 546/19
553/24 556/12 559/22 559/24 568/1 568/3
568/6 568/16 568/18 571/25 572/1 572/18
572/19 573/19 573/23 574/3 574/15 575/2
575/7 576/22 579/14 580/24 581/3 581/8
581/22 582/9 582/10 583/24 585/7 585/15
587/18 587/25 590/12 594/2 594/19 595/13
596/14 597/8 597/9 597/14 598/14 600/22
604/4 606/17 609/3 611/19 611/22 613/15
621/23 622/8 625/25 626/1 629/6 629/11
644/9 644/23 645/5 646/5 647/12 655/15
660/24 662/9 681/18 691/2 695/11
mean [35] 535/7 544/3 544/6 558/10 558/14
558/16 561/22 563/1 564/14 568/14 568/23
574/20 577/19 580/3 581/12 585/19 585/20
587/23 595/8 602/6 632/7 658/2 663/16
664/12 664/16 664/18 668/7 670/20 674/8
678/7 679/19 682/20 683/15 686/13 686/25
meaning [1] 597/24 643/2
means [4] 652/20 666/12 671/18 674/11
meant [6] 577/25 585/25 596/13 597/6 597/7
685/5
mechanical [1] 531/24
mechanism [1] 686/1
mechanisms [2] 686/2 686/4
media [2] 591/22 656/15
mediate [2] 676/7 676/13
mediation [2] 676/2 676/5
meet [9] 550/15 554/5 554/7 555/14 559/5
559/13 643/14 643/23 669/12
meeting [13] 604/4 606/15 606/20 606/24
606/25 607/3 607/17 607/23 608/1 608/5
608/10 608/13 609/6
meetings [15] 560/12 560/18 603/19 603/21
603/23 605/5 605/7 605/12 606/3 606/6
606/12 606/19 607/13 611/6 618/22
member [1] 590/8 685/14
members [22] 538/23 555/22 570/4 570/12
598/7 598/10 600/12 600/23 600/25 601/18
614/21 617/2 617/10 617/12 617/20 621/6
639/18 644/25 648/4 669/12 683/5 683/7
men [11] 537/18 549/16 549/17 618/12 666/1
667/3 667/11 667/16 667/18 667/20 684/12
mentioned [6] 557/19 614/7 615/1 615/22
634/15 684/21
mentioning [2] 565/14 686/16
merits [1] 676/17
met [17] 551/3 554/22 555/6 561/9 602/22
604/24 605/3 605/4 605/8 605/19 607/2
608/25 611/14 644/2 644/5 644/10 674/12
method [1] 652/24
methods [1] 652/24
micromanaged [1] 629/20
microphone [6] 556/7 568/17 569/13 645/20
650/12 688/14
mid [2] 653/15 655/5
mid-1970s [1] 653/15
mid-1980s [1] 655/5

middle [11] 567/14 569/9 583/23 588/7
595/24 597/4 597/4 626/15 626/22 641/19
650/22
might [9] 557/22 576/3 576/3 601/6 601/17
635/18 680/1 680/16 692/8
migrants [1] 652/2
million [1] 658/9
mind [6] 566/14 587/13 587/15 642/11
642/14 642/17
mine [2] 568/4 568/15
minimum [1] 648/11
minute [7] 533/12 619/24 620/25 680/11
680/12 680/14 681/3
minutes [10] 548/6 550/18 591/13 592/9
628/14 629/3 629/15 631/9 681/6 681/9
miracle [1] 653/20
Mishra [1] 531/19
Miss [1] 580/24
misspoke [1] 542/8
mistake [1] 661/3
mixed [1] 664/8
modern [1] 667/8
MOHAMMAD [5] 531/5 671/3 690/4 690/4
694/21
moment [6] 550/7 550/10 594/16 620/10
681/21 687/23
momentarily [1] 687/22
moments [1] 663/8
Monday [3] 583/1 599/2 599/6
money [13] 553/12 553/14 553/24 553/25
585/3 617/1 618/15 643/23 671/9 671/11
686/5 686/12 686/13
monitor [1] 655/6
month [4] 534/11 547/19 693/8 694/18
months [9] 555/20 582/19 583/11 611/13
634/13 689/6 691/9 691/16 691/19
more [27] 545/19 552/19 562/19 565/7
611/18 628/12 629/10 652/12 658/9 664/3
664/5 664/8 664/9 664/21 664/22 666/3
666/3 666/15 668/2 669/10 671/15 672/5
672/7 673/16 683/23 684/3 685/9
morning [16] 532/9 532/10 532/13 533/10
533/16 553/8 553/11 554/3 590/20 591/5
591/12 591/22 594/5 597/20 599/21 697/17
most [4] 607/6 650/13 663/13 665/25
Mostly [2] 557/6 659/14
mother [14] 578/9 584/13 584/14 587/14
587/14 590/6 590/7 624/17 624/17 647/1
647/5 691/2 695/24 695/25
mother's [1] 565/9
mothers [1] 683/15
mothers-in-law [1] 683/15
mouth [1] 569/13
move [15] 543/6 543/15 543/17 569/13
608/23 640/24 660/5 664/21 672/5 688/14
691/19 691/21 695/12 696/11 696/14
moved [10] 543/9 652/14 691/25 692/2 695/6
695/14 695/20 695/20 696/5 696/8
movement [2] 664/25 665/2
movements [1] 686/18
moving [2] 543/25 640/9
Mr [9] 532/11 532/12 593/4 628/21 629/2
629/6 661/14 679/2 682/13
Mr. [4] 533/5 566/17 591/17 658/22
Mr. Jackson [3] 566/17 591/17 658/22
Mr. Sosinksy [1] 533/5
Ms [29] 533/22 538/8 539/9 561/20 561/23
563/22 566/14 567/13 571/18 580/10 581/25
585/21 593/13 621/6 645/24 647/18 647/19
687/20 688/5 688/12 688/25 689/1 689/16
692/12 693/23 694/7 694/15 694/21 695/3
Ms. [2] 567/2 688/14
Ms. Ajmal [1] 567/2

**M**

Ms. Verna [1] 686/11
much [9] 533/6 543/13 616/11 616/14 628/12 634/25 637/19 688/9 697/2
multiple [1] 560/14
murders [6] 683/21 684/2 684/4 684/6 684/7 684/8
musicians [1] 620/5
Muslim [3] 610/4 622/2 656/3
Muslims [7] 651/23 651/24 652/4 657/23 663/23 663/24 675/9
my [111] 535/8 535/17 536/17 537/9 537/9 537/11 537/18 537/19 537/19 542/23 544/1 544/5 545/3 545/18 545/20 546/3 546/10 548/16 548/16 551/23 552/3 552/6 552/13 553/22 555/23 556/3 557/3 557/11 558/3 558/13 558/17 559/2 559/20 563/5 564/4 564/11 565/4 565/6 565/9 565/13 567/20 567/25 569/2 572/3 572/5 572/11 572/19 572/22 573/2 573/8 573/11 574/3 574/15 575/1 575/6 575/7 575/24 576/8 576/10 576/17 576/21 577/15 579/5 579/10 582/9 582/25 584/12 584/15 585/7 585/15 586/10 586/15 589/14 589/16 589/24 589/25 590/6 590/8 590/10 590/11 593/16 599/5 601/25 603/25 608/3 621/7 621/22 629/20 632/2 632/2 632/7 645/4 649/4 650/18 651/23 651/23 652/9 652/20 663/14 673/9 684/21 687/1 687/2 691/2 691/15 691/22 692/23 695/10 695/22 695/24 696/4
myself [10] 544/18 569/25 571/7 582/21 583/12 584/12 583/13 589/23 599/1 609/4
mythical [1] 650/25

**N**

N-A-Z-I-M [1] 666/9
name [14] 537/23 564/5 565/14 589/3 590/8 612/20 619/15 650/9 650/10 650/18 650/20 650/22 660/21 686/6
named [1] 638/9
names [4] 612/22 613/11 613/18 613/24
Naseen [1] 584/8
Nasree [18] 564/10 564/18 573/4 573/9 573/10 573/11 573/20 573/24 574/1 574/5 574/8 574/18 574/20 575/2 646/22 646/25 647/4 647/4
Nasreen [5] 556/18 556/19 612/22 613/8 613/16
Naturalization [2] 541/5 541/8
naturalized [1] 541/10
nature [2] 560/21 600/8
Nayab [2] 694/16 694/17
nazim [10] 572/13 666/7 666/7 666/11 666/12 666/13 666/17 666/18 666/19 666/25
nazims [1] 666/21
necessarily [1] 670/17
necklace [3] 553/15 553/18 553/22
need [6] 532/19 533/13 544/17 599/3 676/10 697/14
needed [4] 535/8 535/9 545/9 546/2
needs [3] 676/11 681/20 681/22
negotiation [1] 672/25
negotiations [1] 673/14
neighborhood [4] 653/4 654/3 654/4 654/5
neighborhoods [1] 653/25
neither [1] 579/5
Netherlands [1] 562/3
networks [1] 654/7
never [14] 551/2 571/25 572/18 577/3 580/21 582/10 584/13 597/22 597/22 598/5 599/9 601/24 602/18 682/7
new [20] 531/1 531/13 531/14 531/18 531/18 531/22 535/18 535/19 541/24 542/9 617/16 617/20 623/20 635/24 654/20 654/21 655/9 677/5 679/17 685/24
newlyweds [1] 543/21
newspapers [2] 590/9 653/8
next [35] 553/11 553/24 553/25 555/8 555/23 570/15 572/23 573/8 575/20 590/12 592/11 593/15 595/4 595/23 596/4 599/14 613/6 613/8 621/13 629/3 629/13 630/5 631/11 632/17 636/3 640/9 649/13 649/17 666/21 678/15 681/18 687/15 693/11 693/19 694/7
nice [3] 579/13 629/17 670/4
Nick [1] 632/3
NICOP [12] 545/3 545/5 545/7 545/9 545/11 545/13 545/18 545/20 545/21 546/1 546/9 546/11
night [7] 553/9 574/17 577/3 579/13 588/1 642/20 643/8
nighttime [1] 616/14
nikah [13] 540/5 540/8 542/24 543/5 574/17 614/15 634/16 638/20 640/13 644/20 677/2 677/9 678/3
nine [2] 590/3 634/12
Nisar [2] 564/24 642/5
no [115] 532/21 535/15 536/5 536/20 537/1 537/4 537/24 538/6 540/10 542/5 543/19 544/20 545/12 545/14 546/17 547/12 547/17 549/12 549/25 551/13 552/24 553/13 553/17 553/19 554/1 554/16 555/12 558/4 558/9 558/18 559/18 560/10 560/17 562/1 563/18 563/21 566/6 568/8 570/2 570/3 573/5 573/20 573/20 573/21 574/1 574/1 574/8 581/11 582/3 582/6 584/1 584/2 585/1 587/7 587/7 587/14 588/2 588/11 590/1 590/2 590/10 590/10 591/11 592/8 595/18 595/19 598/15 598/19 599/3 601/8 601/10 601/13 602/21 609/3 609/25 610/3 611/17 619/4 620/21 626/13 626/24 630/1 630/2 631/20 632/6 638/19 638/21 643/2 644/4 644/7 644/12 645/4 647/14 648/5 648/6 656/19 656/22 658/20 660/9 662/11 668/20 679/11 686/17 687/12 689/10 690/16 691/6 693/24 694/23
nobody [9] 573/20 573/20 575/7 575/8 581/9 588/23 611/8 644/23 645/4
Nods [1] 533/11
noise [1] 649/1
non [2] 602/11 602/13
non-governmental [2] 602/11 602/13
nonsense [2] 574/25 575/1
north [1] 663/16
northern [1] 661/3
northwest [7] 659/15 660/20 661/11 661/17 662/1 663/1 663/16
not [141] 532/20 536/14 537/25 542/11 542/15 543/5 543/13 543/20 544/6 547/21 556/2 558/3 558/6 558/17 558/18 560/11 566/5 568/25 571/25 572/6 572/7 574/8 574/10 575/14 576/20 578/21 581/11 583/25 584/14 584/14 584/24 584/25 585/2 585/11 585/13 586/24 586/25 587/9 589/8 589/16 589/25 590/5 590/7 590/10 590/13 594/5 594/16 595/3 595/8 595/9 595/14 595/16 595/18 595/22 595/23 597/17 600/9 600/22 601/6 602/10 602/12 602/20 604/9 604/11 605/24 606/1 606/10 606/18 607/12 608/8 610/8 610/11 611/8 611/9 612/2 612/3 619/8 621/6 623/22 623/24 624/2 624/21 625/8 625/13 625/16 626/3 626/6 626/7 626/9 626/9 626/13 626/24 627/25 628/18 629/2 629/7 629/12 631/6 631/19 632/19 633/17 637/17 639/12 639/23 640/10 642/2 651/1 651/3 652/9 658/20 664/18 665/11 665/13 665/18 667/1 667/12 667/14 669/14 671/1 672/17 672/3 673/2 673/11 674/2 675/9 676/12 676/22 677/4 677/5 677/25 678/4 679/16 681/4 681/4 681/19 685/12 686/17 686/19 688/9 697/8 697/15
note [2] 532/14 579/16
nothing [8] 569/22 569/25 576/10 576/17 579/10 611/2 687/10 697/16
notices [1] 547/12
November [6] 534/5 540/2 609/20 622/8 622/15 644/10
November 2012 [1] 540/2
November 7th [1] 534/5
now [56] 532/12 532/23 533/5 550/2 558/9 561/19 567/2 568/8 571/9 571/16 572/10 576/24 576/25 577/1 579/14 582/20 583/11 584/13 584/24 588/9 588/11 588/13 590/7 591/12 593/8 594/5 597/12 599/16 599/25 603/2 608/5 609/17 611/17 614/22 618/6 620/7 623/25 626/21 631/2 632/2 633/23 633/24 635/6 636/12 637/15 641/25 643/25 655/11 655/20 658/25 659/16 661/2 661/20 679/3 686/15 692/7
nuances [2] 629/21 629/22
number [17] 532/3 540/16 540/18 540/20 540/22 540/23 540/24 541/2 562/17 562/21 615/7 620/15 625/24 652/24 661/21 669/24 683/25
numerous [4] 603/21 603/22 625/7 625/13
Nusrat [5] 564/11 564/12 564/18 646/22 646/25
NY [1] 531/5

**O**

object [1] 658/2
objection [14] 534/15 538/3 545/1 557/15 558/25 560/2 565/25 586/13 586/18 619/4 649/4 649/9 657/24 660/8
observation [1] 653/3
obtain [4] 534/13 634/21 652/12 676/2
obvious [1] 537/11
obviously [1] 678/4
occasion [1] 637/22
occasionally [1] 679/9
occasions [2] 551/6 622/25
occupation [1] 671/18
occupied [1] 687/23
occur [6] 610/4 667/18 672/17 680/2 683/19 695/1
occurred [4] 638/2 679/15 679/16 681/18
occurs [1] 686/24
off [9] 533/2 556/4 618/18 638/25 642/20 668/17 679/16 680/6 681/1
offensive [1] 595/19
office [3] 538/20 538/23 559/6
official [9] 531/21 634/17 634/21 640/13 665/11 665/13 665/22 666/13 672/2
officially [2] 634/6 634/11
officials [2] 554/2 555/6
often [11] 665/25 666/1 666/2 669/9 672/19 672/22 673/13 674/9 684/14 685/6 685/18
Oh [7] 567/20 574/25 579/12 581/9 587/7 650/21 662/13
okay [70] 532/22 533/7 533/12 535/18 537/12 537/14 537/17 538/10 539/17 539/18 550/3 550/4 553/11 563/24 563/25 567/4 567/5 567/12 567/17 569/9 569/13 571/16 572/10 572/12 572/15 573/4 579/13 581/2 585/11 586/22 586/24 587/10 587/12 587/17 590/21 592/9 610/17 612/16 612/17 619/10 631/18 632/10 635/9 635/22 643/22 645/17 649/1 649/15 650/15 660/19 661/25 662/6

# O

okay ... [18] 662/10 662/11 662/15 669/3
671/15 673/5 673/9 674/9 675/6 677/13
679/4 680/13 681/8 681/20 688/12 688/17
690/10 692/23
old [20] 548/23 549/6 549/8 549/10 613/14
613/18 613/24 689/16 689/17 689/22 689/23
689/24 689/25 693/7 693/8 693/14 694/4
694/10 694/11 694/17
older [5] 572/11 635/24 638/11 665/25 694/5
oldest [2] 693/2 693/21
once [15] 536/3 546/11 552/10 561/22
579/23 592/1 596/20 596/24 597/4 597/13
597/22 597/22 602/22 632/18 677/24
one [105] 539/7 542/19 547/12 549/18
549/25 552/19 552/20 552/21 553/8 558/18
559/14 566/8 567/13 570/1 570/3 570/4
570/4 570/12 570/12 571/18 572/12 573/3
573/21 575/9 578/12 578/15 579/8 579/16
579/19 579/22 580/3 581/11 583/25 584/1
584/2 585/2 587/14 588/24 590/1 591/21
593/16 593/18 593/20 593/25 594/10 595/18
595/19 598/1 598/9 598/13 598/15 598/20
598/22 600/16 601/25 605/25 609/25 611/18
613/8 615/11 617/22 623/4 623/6 623/10
624/7 625/11 627/5 629/1 634/16 634/25
635/24 639/20 648/12 651/1 653/23 655/19
659/14 661/25 665/17 666/14 667/22 670/21
671/22 673/22 673/23 673/25 674/24 675/5
675/14 675/22 676/5 676/15 682/24 683/1
683/23 685/6 685/10 685/12 685/15 686/4
686/18 688/15 689/6 690/22 693/6
one's [3] 675/10 675/16 687/5
ones [4] 535/18 570/24 571/11 573/3
online [1] 655/23 656/7
only [17] 544/14 570/1 573/8 576/16 583/25
586/2 587/9 589/20 589/21 595/16 595/22
604/9 609/3 627/4 629/3 667/18 668/8
Oops [1] 658/21
open [6] 532/1 593/1 631/1 643/13 650/1
681/12
operator [1] 691/24
opportunities [2] 567/6 567/9
opportunity [1] 552/8
opposed [1] 650/14
oral [1] 653/1
order [4] 532/25 623/15 629/8 629/21
ordinance [1] 685/6
Ordinances [1] 685/4
organization [1] 656/6
organizations [3] 602/7 602/11 602/13
organized [1] 672/1
organizing [1] 672/3
orientation [1] 664/13
original [2] 627/16 651/23
originally [2] 645/8 653/13
other [63] 537/9 539/16 543/12 552/22
553/16 560/9 575/16 591/22 594/10 597/13
598/7 598/10 603/5 605/25 615/14 616/17
616/17 616/20 617/2 617/10 617/12 617/19
617/20 618/23 628/24 637/23 637/23 638/4
640/21 644/24 645/4 651/13 652/6 652/17
652/18 653/7 654/6 655/12 658/13 664/7
664/14 668/2 668/24 669/3 669/8 669/12
669/22 670/25 671/6 673/11 673/14 674/7
674/15 676/15 679/12 680/16 680/21 682/21
683/5 683/7 683/11 685/20 687/7
others [2] 581/15 681/1
otherwise [3] 588/13 631/7 660/2
our [13] 533/3 540/1 576/2 584/7 591/12
602/24 622/23 643/13 680/14 681/3 681/18
682/1 682/14

out [23] 539/7 539/16 552/9 552/9 558/5
589/11 593/2 606/10 619/21 628/20 628/25
620/8 654/2 654/6 654/7 667/6 668/5
673/2 673/14 675/7 675/21 681/2
outside [18] 532/1 546/24 547/1 582/18
593/1 631/1 652/11 654/12 667/19 667/22
667/25 674/12 675/7 675/9 676/16 679/7
681/12 685/5
over [34] 568/8 568/22 573/23 576/18 587/13
591/23 592/2 592/4 599/1 599/6 601/11
607/4 609/7 614/8 615/17 617/11 617/15
617/18 618/3 622/15 629/17 636/4 649/1
654/23 662/5 662/12 665/17 665/17 667/1
668/9 674/25 691/22 691/24 693/17
overnight [1] 616/9
Overruled [10] 534/16 538/5 545/2 557/16
559/1 560/3 566/1 586/14 586/19 658/4
oversee [1] 655/17
own [15] 556/3 556/9 558/13 575/7 579/11
580/20 581/11 581/16 589/16 589/25 622/12
637/23 683/9 685/7 690/21
owned [1] 646/7
Oxford [1] 656/8

# P

P-A-K-H-T-U-N-K-W-A [1] 659/19
P-R-A-T-T [1] 650/22
p.m [3] 593/6 628/20 697/21
packet [1] 636/13
page [55] 538/13 538/14 541/16 542/19
542/20 567/3 567/15 567/17 569/10 570/15
570/15 571/20 572/23 573/15 573/17 574/22
575/21 575/23 576/7 578/4 578/4 578/17
578/19 578/20 580/18 582/11 582/17 583/21
583/23 584/22 588/7 588/7 589/5 590/3
592/11 593/23 593/24 594/23 595/24 596/24
596/24 597/4 597/4 626/17 626/18 626/21
626/22 630/5 632/23 632/25 633/14 634/3
636/24 649/17 678/15
page 3 [1] 594/23
page 4 [1] 596/24
page 5 [1] 626/17
pages [1] 542/19
paid [1] 656/23
painful [1] 687/6
Pakhtunkwa [3] 659/17 659/17 663/1
Pakistan [134] 534/6 534/10 535/23 536/2
536/10 536/15 536/24 537/2 538/17 539/13
539/23 540/13 542/6 542/15 544/9 545/10
546/5 546/12 547/15 548/21 549/14 549/24
551/7 556/3 556/19 557/12 559/9 559/17
561/21 568/16 568/18 568/19 569/11 569/17
569/19 570/19 572/17 574/1 574/18 582/7
582/8 584/4 584/20 585/2 585/18 585/24
598/1 598/23 599/10 599/11 599/18 601/7
601/12 601/15 602/5 602/7 602/10 602/12
614/5 614/9 614/25 615/17 617/2 617/4
617/7 617/12 617/18 618/3 618/9 622/15
627/22 634/16 636/21 637/22 641/15 642/2
642/12 644/3 645/24 646/1 646/6 646/17
651/24 653/15 653/21 654/17 655/4 655/6
655/11 655/13 655/15 655/16 655/18 656/4
656/4 656/16 658/8 658/10 659/10 659/13
660/16 661/8 661/20 663/22 664/22 665/11
665/14 668/12 670/12 672/5 672/6 674/9
674/22 683/19 683/25 684/10 684/17 684/22
684/22 685/11 686/16 687/4 689/14 689/18
689/20 695/12 696/21 695/23 696/5
696/9 696/11 696/14 696/22
Pakistani [13] 545/6 545/7 554/17 653/18
656/11 657/21 664/3 667/3 668/18 672/17
672/21 673/9 673/23
Pakistani's [1] 663/19

Pakistanis [1] 657/10
panchayat [5] 665/5 665/7 665/20 665/24
676/13
panchayats [1] 665/11
paperwork [8] 536/25 537/3 537/6 537/23
538/1 538/1 538/17 583/18
parallel [1] 670/19
parents [26] 577/2 577/4 577/17 639/3
639/10 639/16 639/18 640/25 641/10 668/23
668/24 668/25 669/3 669/25 672/10 672/23
673/1 673/2 673/6 673/10 673/12 673/15
674/5 674/12 674/16 677/13
parents' [2] 557/17 571/15
parked [1] 554/9
part [21] 541/3 542/18 600/5 620/2 620/11
635/1 636/13 652/22 656/4 665/11 665/13
665/24 666/13 667/11 668/4 672/5 672/6
674/25 685/19 686/25 687/2
participant [2] 540/12 653/2
participants [2] 682/24 683/1
participated [1] 656/17
participating [1] 674/16
particular [10] 547/5 567/3 567/3 567/22
624/2 656/2 656/18 684/1 685/6 686/6
particularly [1] 651/25
parties [3] 614/17 619/2 669/23
partner [1] 673/1
parts [3] 539/16 559/25 608/23
pass [2] 646/15 694/24
passage [6] 567/22 569/15 570/17 571/22
574/12 579/25
passages [1] 574/24
passed [8] 594/10 647/1 685/3 685/8 685/24
694/4 695/24 695/25
passport [6] 535/21 536/8 635/14 635/19
636/4 636/19
passport-style [1] 636/4
passport-type [3] 635/14 635/19 636/19
past [5] 580/21 626/13 626/14 626/23 626/24
patience [1] 682/9
patterns [1] 673/24
Pause [3] 591/8 647/13 687/24
Pausing [33] 543/11 544/1 544/5 544/7
544/18 547/6 547/21 550/11 552/2 552/9
552/12 556/10 556/12 557/3 557/9 558/11
558/13 558/15 558/17 559/2 560/7 561/1
561/19 566/10 568/24 569/1 571/15 577/21
578/2 580/15 582/9 585/20 643/10
pay [2] 555/2 686/5
paying [1] 579/13
peaceful [1] 577/3
people [43] 552/5 552/22 554/5 554/7 554/11
554/15 554/22 555/10 575/3 577/5 585/6
585/8 585/15 586/1 586/7 588/22 607/5
616/17 616/20 618/2 620/4 620/19 620/20
640/21 653/3 653/4 653/19 658/8 664/6
664/12 664/20 665/20 666/4 666/5 667/15
668/13 668/16 668/25 671/2 675/8 678/9
686/25 692/14
people's [2] 653/1 664/20
percent [1] 559/16
perhaps [1] 661/8
period [23] 533/23 540/5 542/3 542/13 603/1
603/25 604/25 605/3 606/7 607/1 607/11
608/5 609/14 609/17 610/7 611/5 623/3
623/8 640/8 640/17 641/7 655/4 696/24
permanently [1] 696/15
permission [5] 544/9 574/4 574/6 574/16
677/17
permit [1] 623/21
perpetrator [3] 685/15 685/18 686/5
perpetrators [2] 686/3 686/21
person [25] 534/23 551/1 551/2 555/16 564/7

## P

person...[20] 565/7 568/1 581/16 589/10
590/17 591/1 623/25 624/1 644/2 645/4
669/13 673/5 673/13 673/16 674/1 674/5
679/17 682/20 683/4 683/8
personal [3] 560/7 566/4 682/4
personality [1] 680/23
personally [3] 536/3 582/1 674/1
Peruses [21] 567/21 569/8 570/16 571/19
571/21 572/24 573/16 574/23 575/19 575/22
578/5 578/18 580/19 582/12 583/22 584/23
588/6 588/8 589/6 590/4 633/1
pervasively [1] 669/10
petition [1] 541/4
petitioner [2] 538/14 540/12
Ph.D [2] 651/24 652/15
phone [48] 531/23 534/23 534/24 540/16
540/18 540/20 540/22 540/23 540/24 541/2
551/18 551/20 552/17 552/19 552/22 552/23
555/24 555/25 555/25 556/22 556/24 557/2
561/21 562/12 562/13 562/21 582/16 586/4
586/5 593/13 598/8 598/13 599/13 617/5
622/9 622/2 623/8 623/14 623/18 624/20
625/23 627/2 627/3 627/8 627/14 635/10
635/12 647/24
phones [1] 622/12
photo [2] 539/9 539/13
photograph [4] 636/16 636/19 693/19 694/7
photographs [5] 635/14 635/19 635/24 636/8
692/15
photos [4] 535/21 536/3 536/8 636/4
physical [2] 551/12 652/19
physically [1] 551/11
pick [3] 546/23 584/12 590/13
picked [3] 547/5 584/11 598/9
picture [3] 692/12 693/4 693/11
pictures [10] 534/20 535/5 535/6 535/8 535/9
535/11 535/17 535/19 539/5 539/7
pir [1] 653/18
place [22] 534/4 550/15 550/17 562/9 568/8
585/21 585/23 590/10 606/3 607/23 614/25
615/11 622/22 625/1 638/22 642/4 645/22
659/11 690/13 690/15 690/25 692/21
plan [20] 546/11 546/14 546/18 547/2 547/13
547/22 557/24 599/16 599/18 600/5 601/18
602/4 610/14 627/16 627/21 627/24 628/2
628/6 629/16 640/18
planned [3] 599/23 600/2 678/13
planning [5] 554/20 601/22 609/23 642/4
653/13
plans [6] 544/11 544/13 644/18 644/24
678/10 678/12
plastic [1] 636/7
play [5] 619/19 620/22 669/22 669/25 680/22
played [6] 618/11 620/23 621/4 664/14
679/18 679/20
players [1] 620/4
plays [1] 667/6
Plaza [3] 531/5 531/13 531/22
please [46] 532/4 532/17 532/23 533/18
534/1 556/6 557/7 568/17 569/11 569/13
569/17 570/15 571/20 572/23 573/15 574/22
575/21 578/17 580/18 584/22 588/7 590/3
596/15 597/9 628/18 632/9 632/14 650/8
650/20 651/5 660/15 661/18 661/23 662/24
663/11 663/18 665/23 671/22 676/4 681/15
682/11 684/20 687/15 688/4 688/12 697/7
point [51] 534/12 534/25 535/19 535/25
539/16 541/16 544/8 545/15 547/18 550/12
550/25 552/10 552/14 552/25 553/2 554/22
556/14 557/25 558/4 558/9 560/20 561/13
562/2 565/20 603/3 609/24 611/20 612/3

621/10 621/10 622/9 623/21 625/24 628/9
639/2 640/14 641/15 641/25 642/21 643/23
643/23 646/16 652/9 662/2 662/8 662/11
669/10 677/4 677/6 677/15 696/14
pointer [1] 662/5
pointing [7] 539/3 621/10 636/7 661/3
692/25 693/11 694/8
poisoning [2] 601/12 601/22
police [15] 591/3 596/6 596/12 596/15
596/19 596/21 596/21 596/25 597/5 597/7
597/9 647/21 667/2 684/14 686/19
political [6] 663/19 666/2 670/7 680/18
680/23 685/2
politically [1] 670/6
politics [2] 654/1 676/18
popular [1] 674/10
population [2] 662/17 664/1
portion [3] 539/3 618/6 619/19
positions [1] 676/11
possession [1] 536/4
possibility [1] 544/8
possible [6] 549/25 667/21 676/8 678/1 678/2
683/3
postponed [2] 645/2 645/7
potential [2] 669/8 673/15
powerful [2] 655/25 666/3
practice [5] 667/14 670/11 670/16 670/24
672/4
practices [8] 652/1 652/1 652/18 652/21
654/2 655/9 671/3 673/5
Pratt [2] 650/18 650/22
pray [1] 561/19
preferred [1] 670/12
preliminary [1] 631/5
premarital [1] 668/18
preparation [2] 656/9 657/4
prepare [1] 678/10
prepared [1] 677/15
preparing [1] 656/7
presence [7] 532/1 591/2 593/1 631/1 668/16
669/12 681/12
present [7] 541/21 541/24 542/10 620/16
677/14 677/16 679/17
presently [2] 620/20
preserve [1] 649/4
presiding [1] 531/12
press [3] 592/2 625/19 656/8
presumably [2] 659/22 659/24
pretend [1] 558/13
pretended [1] 537/8
pretrial [1] 532/15
pretty [1] 652/25
prevent [4] 559/3 668/13 675/22 687/8
prevented [1] 667/20 667/22
previously [7] 568/7 568/21 615/23 619/12
624/4 657/6 688/3
primarily [1] 651/23
primary [1] 686/4
prime [1] 671/2
principles [1] 687/4
prior [6] 609/19 618/23 620/15 620/25
636/17 690/25
probably [1] 628/14 669/9
problem [1] 610/3
problems [1] 686/19
procedural [3] 532/18 591/20 628/24
proceed [4] 593/10 651/5 676/22 688/12
proceeding [2] 657/16 657/18
proceedings [6] 531/24 532/16 591/8 647/13
687/24 697/20
process [9] 537/7 537/19 643/4 672/8 672/21
672/24 674/16 676/21 678/6
processes [1] 657/22

produce [1] 678/13
produced [1] 521/25
professor [25] 650/3 650/6 650/9 650/10
650/19 651/9 651/12 651/20 651/21 658/8
658/19 659/2 660/3 660/15 661/20 662/3
663/8 663/18 663/25 664/16 679/3 681/4
682/14 686/23 687/14
profit [2] 671/3 671/7
progressed [1] 676/20
prohibited [1] 675/8
project [3] 655/9 655/9 655/21
promise [6] 578/9 584/13 590/7 633/25
636/25 675/14 675/16 676/24 676/25 680/17
promised [4] 568/6 675/18 682/9 697/5
promises [1] 675/11
promptly [2] 533/17 697/7
proper [1] 639/3
properties [2] 646/1 646/6
property [2] 646/8 646/14
prosecuted [1] 605/13
prosecutor [6] 596/9 599/16 603/21 612/13
641/25 646/3
prosecutor's [1] 619/18
prosecutors [19] 559/5 559/8 559/13 560/11
560/21 561/9 561/13 603/22 604/2 604/5
605/4 605/8 605/11 606/9 607/2 607/12
607/18 607/21 608/6
prospective [1] 669/11
protection [7] 596/12 596/19 596/21 596/25
597/5 643/5 647/21
provide [2] 643/5 663/18
provided [3] 566/14 622/9 657/15
providing [1] 606/2
province [5] 661/4 662/16 662/16 662/17
664/1
provinces [9] 658/11 658/12 658/13 659/10
659/12 659/15 661/21 661/23 663/6
proximity [2] 551/1 551/12
public [5] 592/4 666/24 677/7 679/4 686/17
publications [1] 656/15
publish [5] 566/19 619/7 660/10 692/7 692/9
published [6] 548/12 654/20 655/1 659/14
660/13 692/11
punishment [1] 685/9
Punjab [7] 654/4 654/9 662/1 662/15 663/25
664/10 672/5
Punjabi [10] 531/19 562/10 562/11 594/15
626/24 627/6 652/8 688/7 688/8 688/9
purpose [2] 556/1 607/7
pushed [1] 685/23
put [8] 547/22 548/9 567/18 595/9 608/19
612/9 612/13 629/13
putting [1] 635/13

## Q

Qisas [1] 686/7
question [17] 538/3 594/24 599/17 601/25
603/25 608/3 608/14 608/16 608/17 608/19
625/20 626/19 680/8 680/10 680/13 680/15
680/16
questioned [1] 636/9
questions [20] 539/17 559/11 567/2 567/23
591/11 599/20 606/2 606/22 607/14 612/14
632/19 646/3 646/22 647/14 647/20 648/6
650/11 679/3 687/12 688/3
quick [1] 681/17
quiet [1] 673/17
quietly [3] 567/25 573/22 673/21
quite [3] 653/5 664/25 669/24
Qur'an [2] 671/1 671/3

## R

R-u-k-h-s-a-n-a [1] 687/20

# R

raise [1] 650/4
raised [1] 647/5
ran [2] 589/11 642/20
rape [1] 685/7
raped [1] 685/7
rapidly [1] 650/15
rate [4] 657/1 684/6 684/8 684/10
rather [2] 673/6 697/4
Ravi [1] 531/19
reaching [1] 606/10
read [13] 567/23 569/15 570/17 571/22
 572/25 608/16 608/18 626/19 626/20 680/10
 680/13 680/15 697/8
ready [2] 631/4 631/21
real [1] 667/23
reality [2] 595/9 667/15
realize [1] 594/15
realized [1] 642/1
really [9] 561/18 594/17 644/23 645/5
 646/12 648/10 676/17 685/3 685/17
reason [6] 547/5 552/4 575/16 645/3 674/13
 675/7
reasoning [2] 667/13 667/14
reasons [4] 560/9 655/8 670/21 674/5
recall [8] 596/2 598/10 607/21 621/19 625/23
 632/17 635/6 637/2
receive [2] 544/23 552/17
received [1] 671/3
receiving [1] 608/25
recent [3] 656/11 656/12 656/13
recess [3] 592/10 630/4 681/11
recognize [6] 539/11 540/18 541/5 620/19
 659/5 692/14
recognized [1] 618/7
record [13] 532/5 532/14 533/2 562/3 582/15
 608/18 620/1 626/20 649/6 651/5 660/22
 688/1 688/11
recorded [8] 531/24 562/14 563/3 563/19
 563/23 567/6 586/5 647/21
recording [3] 563/15 627/5 647/24
recordings [2] 563/9 563/12
records [1] 634/17
redirect [3] 631/16 647/15 647/17
reduced [1] 685/24
refer [5] 564/1 564/3 564/18 564/20 690/10
reference [3] 585/19 632/2 650/24
references [2] 563/22 634/3
referred [4] 572/12 585/14 637/7 646/23
referring [26] 570/8 570/13 571/14 571/22
 572/16 572/20 574/12 574/16 577/7 577/10
 581/20 581/23 583/13 583/16 583/18 584/18
 585/17 586/6 589/1 589/19 591/6 632/22
 633/19 651/18 661/17 682/24
reflect [2] 620/1 688/1
refrain [1] 595/4
refuses [1] 673/7
regard [7] 601/18 601/21 602/14 614/7 619/2
 646/5 646/25
regarding [2] 600/7 632/19
regio [1] 654/6
region [2] 659/11 659/13
regularly [1] 617/12
regulating [1] 665/10
relating [1] 655/21
relations [4] 657/10 667/3 672/6 672/7
relationship [17] 543/9 545/25 559/20
 559/21 560/21 560/24 566/8 597/21 600/8
 600/24 601/1 602/14 602/24 603/6 669/25
 675/23 686/11
relationships [1] 646/5
relative [4] 600/20 624/1 675/14 680/4

relatives [14] 537/9 618/3 651/1 668/24
 669/3 669/4 670/1 676/6 679/18 680/5
 682/21 683/11 684/7 685/19
relaying [1] 602/1
religion [4] 651/12 651/16 653/13 673/4
religious [2] 640/13 677/16
religiously [1] 634/5
remain [1] 667/9
remainder [1] 640/14
remember [37] 534/22 538/18 546/7 550/5
 550/7 553/6 557/8 563/9 563/11 563/14
 565/14 580/7 580/11 580/13 580/14 593/19
 599/20 601/3 603/12 603/13 603/14 607/16
 607/17 607/20 608/10 608/21 608/22 610/4
 626/15 647/22 663/9 682/16 689/23 690/20
 695/13 695/18 696/17
remind [1] 534/3
reminding [1] 608/6
renamed [1] 664/16
repeat [2] 542/8 595/3
repeated [1] 596/20
repeatedly [3] 606/6 611/14 625/4
repeating [2] 589/9 596/5
reported [1] 684/7
reporter [4] 531/21 531/21 650/11 659/18
reporting [1] 684/10
represent [1] 659/12
representative [1] 666/21
request [1] 657/20
requests [1] 591/22
required [1] 635/14
requires [1] 649/10
research [6] 651/22 651/23 651/24 652/4
 652/15 655/11
researching [1] 653/22
reside [1] 645/22
resided [2] 614/1 614/4
residence [2] 541/20 645/13
resolution [1] 665/9
resolve [1] 665/22
resolved [1] 533/4
resources [1] 670/22
respect [5] 533/4 590/6 649/9 673/24 686/1
respectability [1] 674/20
response [7] 535/15 594/2 594/22 606/21
 637/10 669/21 677/10
responsibilities [1] 651/13
responsible [2] 666/19 666/22
restore [1] 687/2
restroom [1] 681/20
result [3] 679/8 679/10 682/16
resume [1] 591/14 631/5 697/7 697/17
resumes [1] 681/16
retained [1] 657/13
return [7] 557/21 557/22 576/16 590/20
 593/3 627/24 642/16
returned [3] 597/18 695/23 696/21
review [1] 567/9
reviewed [4] 619/14 625/23 656/11 656/20
Rich [1] 532/6
RICHARD [1] 531/15
ride [1] 552/19
rifles [1] 620/16
right [253]
right-hand [4] 660/25 661/7 694/14 694/14
rights [4] 656/14 684/1 685/22 685/22
rise [4] 532/2 533/14 631/2 632/11
RMR [1] 531/21
roads [1] 666/23
role [4] 664/15 679/19 679/20 680/22
romantic [1] 600/24
romantically [4] 675/19 679/6 683/4 683/8
roof [1] 618/19

room [3] 563/3 627/5 643/9
rooms [1] 673/14
roots [1] 654/11
ruined [1] 575/6
Rukhsana [2] 687/17 688/21
rule [2] 673/2 676/15
rumor [2] 565/24 565/25
rumors [4] 565/22 584/19 644/21 644/23
run [3] 565/19 566/2 577/2
runs [4] 577/4 577/4 577/17 578/2
rural [4] 664/3 664/22 667/6 684/12

# S

S-h-a-r-i-a-t [1] 685/1
S-I-N-D-H [1] 662/20
S-O-S-I-N-S-K-Y [1] 532/12
sabers [1] 662/4
sacrament [1] 677/4
safe [1] 643/6
safety [1] 580/10
said [95] 535/18 545/23 548/25 557/24
 568/14 568/21 570/7 570/11 571/9 571/9
 571/10 571/10 571/13 572/12 572/15 572/18
 572/19 572/19 572/20 574/3 574/6 574/15
 574/15 574/18 576/15 577/6 577/9 577/14
 577/19 578/15 581/22 581/23 583/10 583/15
 583/16 586/1 587/22 587/25 588/25 589/18
 589/23 589/24 589/25 591/4 593/15 593/17
 594/1 594/1 594/11 594/19 594/20 594/22
 594/25 595/1 595/8 595/12 595/18 596/10
 596/10 596/11 596/19 597/6 597/14 597/17
 598/9 599/2 599/5 599/13 601/21 601/24
 606/21 611/2 611/22 612/3 612/6 612/18
 617/19 618/13 622/11 624/8 625/25 627/16
 633/8 634/5 642/17 655/17 657/15 675/21
 676/15 677/11 679/17 680/21 691/16 695/6
 696/5
sailing [2] 658/23 658/24
Sain [1] 549/18
saint [2] 653/18 654/1
saints [2] 654/6 655/9
same [19] 566/20 589/9 593/20 597/16
 598/18 605/18 615/11 620/11 625/20 636/13
 636/13 638/3 642/15 660/7 666/5 674/3
 685/19 685/19 692/22
sat [2] 610/1 610/14
satisfied [2] 581/16 581/17
save [1] 576/22
saved [2] 577/2 587/8
saving [4] 576/22 577/16 577/20 578/1
saw [8] 538/19 539/1 551/2 614/17 621/23
 674/1 691/2 691/2
say [48] 535/6 535/13 535/14 537/4 537/8
 537/16 540/24 542/14 545/19 562/19 563/1
 593/24 594/14 598/14 600/5 600/11 600/20
 600/22 600/25 601/17 602/23 603/16 603/17
 606/14 611/23 615/19 625/7 627/24 631/24
 633/23 638/3 643/8 645/25 646/13 647/4
 650/13 651/18 664/16 669/14 673/2 673/5
 676/9 678/7 681/24 683/21 694/6 695/17
 696/19
saying [19] 537/25 558/19 568/25 569/10
 577/18 580/2 581/19 596/22 597/8 598/18
 605/16 621/11 624/9 624/18 626/1 632/5
 662/17 674/14
says [21] 538/15 539/19 540/2 540/11 541/20
 541/23 542/9 567/14 596/25 597/5 626/23
 633/14 633/25 636/25 637/10 659/15 660/20
 661/10 661/11 662/1 663/1
scare [2] 581/10 581/12
scared [1] 582/9
scarf [1] 668/9

**S**

scene [1] 673/14
scenes [2] 673/18 673/21
scheduling [3] 629/1 631/7 631/13
SCHMID [1] 531/21
school [4] 549/10 689/20 689/22 689/25
screen [12] 538/10 567/20 576/4 612/10 619/21 620/7 620/8 620/20 621/11 621/14 660/17 692/12
seat [2] 632/9 688/5
seated [4] 532/17 533/18 593/8 632/14
secluded [1] 667/9
second [8] 538/12 538/14 539/8 549/8 593/23 619/24 662/16 662/17
seconds [4] 593/15 593/17 594/23 648/10
secret [4] 558/3 558/6 558/10 682/1
secular [4] 663/23 684/23 685/21 685/21
secular-based [1] 663/23
Security [1] 532/8
see [54] 536/13 536/24 537/6 537/15 537/20 538/10 538/15 538/17 539/3 539/5 539/8 539/9 539/19 539/21 539/23 540/2 540/16 541/18 541/20 541/21 541/23 541/24 542/11 542/20 547/12 550/12 551/3 551/7 567/13 568/12 569/11 570/5 572/8 573/6 579/25 584/6 587/20 588/5 626/22 634/2 637/13 639/19 643/22 654/4 659/3 663/13 668/11 668/12 668/13 668/16 681/6 688/2 692/12 697/9
see-through [1] 668/12
seeing [3] 621/11 668/13 688/10
seek [3] 596/12 596/19 647/20
seeking [1] 600/14
Seemab [2] 694/9 694/10
Seems [1] 576/3
seen [8] 550/25 619/12 653/19 668/1 668/4 668/17 671/25 673/10
segregation [1] 667/6
self [1] 653/12
sell [5] 553/15 553/16 553/18 553/24 643/22
seminary [1] 664/12
send [5] 584/15 584/16 584/25 590/14 617/1
sense [3] 629/10 676/7 676/13
sent [1] 635/13
series [1] 654/18
serious [2] 604/15 604/16
servant [1] 549/16
servants [2] 549/13 549/20
serve [1] 665/14
Service [1] 532/8
services [1] 688/3
set [1] 674/13
setting [1] 674/13
settings [2] 667/7 667/11
seven [3] 548/24 616/7 657/5
several [3] 652/18 656/15 676/23
sex [4] 667/18 675/7 675/9 685/5
sexuality [5] 651/16 657/22 675/2 675/4 684/13
Shah [2] 654/13 654/13
Shahid [1] 646/9
Shakeel [13] 534/6 534/19 534/21 534/21 534/25 539/14 584/8 612/20 613/2 613/2 616/24 635/10 635/23
Shakeel's [1] 615/9
shall [1] 697/1
shame [1] 678/13
shamed [1] 687/1
share [2] 616/18 616/20
Shariat [1] 684/25
sharing [1] 607/25
sharp [1] 674/9

shawl [1] 668/9
she [29] 566/2 573/9 584/5 586/20 608/22 613/8 629/14 630/3 646/22 675/19 676/12 677/18 677/19 681/19 681/21 681/22 681/23 682/3 687/18 692/22 693/17 693/17 693/21 694/4 694/4 694/12 694/18 694/19
she's [12] 565/8 565/9 566/2 658/4 661/16 681/21 683/4 683/8 687/23 693/15 693/17 694/5
Sheeno [1] 565/5
shifts [1] 616/9
shoot [2] 582/23 582/24
shooting [4] 571/2 571/6 573/5 573/7
shootings [2] 624/25 625/9
short [1] 618/11
Shoshi [1] 564/20
shot [5] 557/17 571/5 571/13 571/15 618/18
should [12] 532/14 578/24 591/1 596/20 606/1 631/23 647/20 662/2 667/18 676/12 677/3 688/1
shovel [1] 691/24
show [8] 538/12 538/23 540/11 590/11 658/15 659/9 660/16 663/11
showed [3] 612/12 618/15 618/18
showing [3] 538/8 658/19 659/2
shown [5] 618/6 619/13 635/1 636/12 692/14
shows [3] 659/10 675/6 675/6
shrine [3] 654/13 654/14 654/15
shrines [1] 654/6
Shujat [115] 544/12 544/13 544/19 546/15 546/23 547/13 550/15 550/21 550/23 551/1 551/12 552/17 553/2 553/21 554/11 554/14 554/19 560/19 560/22 560/25 564/22 570/10 570/14 575/12 580/5 580/8 580/16 583/14 589/21 589/22 591/7 599/17 599/24 600/2 600/6 600/19 600/23 601/14 601/25 602/8 603/6 606/20 607/3 607/3 607/13 607/15 607/19 607/22 608/1 608/3 608/9 608/13 609/2 609/7 609/19 609/24 610/2 610/9 610/14 610/22 610/24 611/7 611/9 611/19 611/23 612/2 612/6 618/8 618/13 618/19 620/12 620/14 621/17 623/8 627/21 628/2 637/7 637/20 638/9 638/11 639/2 639/4 639/7 639/13 639/20 639/25 640/10 640/15 640/17 640/18 640/20 640/22 640/25 641/8 641/11 641/21 642/1 642/10 643/8 643/11 643/19 642/4 644/6 644/10 645/25 646/11 646/13 646/13 693/3 693/4 693/7 693/9 693/15 696/23 696/24
Shujat's [19] 554/17 554/19 557/11 559/2 559/20 559/21 564/2 571/12 577/11 577/13 578/16 580/4 580/10 580/14 587/24 589/2 589/3 589/20 602/14
siblings [3] 576/21 577/15 614/8
side [4] 657/13 686/21 692/24 694/14
sidebar [4] 648/9 648/12 648/14 649/16
sidebars [1] 648/11
sign [6] 537/2 537/6 537/22 541/12 543/1 677/20
signature [4] 538/14 540/12 541/14 543/3
significance [2] 624/2 624/18
significant [3] 678/5 678/6 678/8
signing [1] 677/2
signs [1] 677/19
similar [2] 607/8 614/11
simply [1] 685/12
since [14] 550/25 551/10 551/12 563/19 608/12 637/19 648/3 650/9 650/24 655/6 659/14 674/6 685/23 688/15
Sindh [1] 662/18
single [2] 590/8 655/1
single-authored [1] 655/1
sir [8] 532/21 533/6 593/10 612/11 621/1

631/4 661/15 680/8
sister [25] 548/16 548/25 556/15 556/17 557/3 557/3 557/8 557/10 557/14 565/9 569/2 569/3 586/1 586/15 586/17 589/2 589/3 589/20 598/9 613/8 613/20 627/18 628/7 638/9 638/11
sister's [4] 551/3 551/10 612/22 615/14
sister-in-law [1] 557/3
sisters [8] 537/19 566/8 612/18 614/1 615/2 615/11 617/15 691/15
sit [4] 556/6 645/19 650/4 682/7
sitting [5] 593/14 595/4 595/23 596/3 599/14
situation [4] 581/7 583/2 611/9 653/14
six [7] 549/9 555/20 573/15 578/17 611/13 616/7 657/5
sleep [1] 577/3 616/11
slowly [2] 562/19 650/14
Small [1] 535/10
smaller [3] 663/15 666/17 692/18
smart [1] 573/3
so [106] 534/21 535/2 537/9 537/10 537/13 537/20 538/18 539/7 543/5 544/1 547/7 547/9 547/9 547/12 547/21 548/18 552/3 552/5 553/24 554/9 556/12 558/4 558/9 558/17 562/16 567/18 569/7 576/7 577/21 578/3 585/1 586/3 588/14 594/14 594/19 596/9 599/18 600/22 602/3 602/18 602/20 603/13 603/20 605/7 608/16 610/13 612/2 619/11 620/1 627/8 627/24 628/2 629/22 631/10 638/13 639/6 641/4 649/3 656/3 657/15 659/22 660/22 662/15 665/13 665/25 666/17 666/20 667/8 667/9 667/10 667/25 669/2 670/9 671/5 671/10 671/25 672/12 673/2 674/4 674/20 674/25 675/24 675/24 676/5 676/6 676/23 677/15 677/19 678/1 678/13 679/24 680/13 680/16 680/16 680/20 680/25 681/23 682/23 685/2 685/3 685/13 685/16 685/23 686/8 688/9 696/19
social [9] 667/17 667/17 669/4 671/16 671/17 672/23 673/24 678/4 678/7
socially [3] 664/5 664/9 664/22
societies [3] 652/17 652/18 652/21
society [3] 653/21 672/1 672/4
solve [1] 596/20
some [56] 533/3 534/12 535/19 539/16 539/17 544/8 549/25 552/14 554/22 557/24 560/20 561/13 563/22 565/20 566/11 567/2 567/23 576/21 577/16 603/3 609/24 614/18 615/15 617/19 622/9 623/21 625/24 633/11 635/22 635/23 642/21 643/19 643/23 645/3 646/14 646/22 647/19 650/11 652/3 653/3 654/19 656/12 665/25 667/2 668/9 672/20 673/18 679/12 680/1 681/18 684/3 684/3 684/4 684/11 686/2 696/14
somebody [12] 557/17 575/4 575/5 629/15 669/6 670/6 670/9 672/15 673/2 673/6 673/12 680/17
somehow [1] 683/5
someone [8] 549/23 555/13 565/14 565/17 585/3 585/4 588/22 624/16
someone's [2] 575/5 640/2
someplace [1] 552/12
something [14] 537/4 578/10 590/16 598/24 599/13 611/24 612/6 624/4 639/23 658/15 671/15 673/15 679/18 679/19
sometime [7] 603/18 634/12 635/6 635/9 636/17 637/19 695/17
sometimes [18] 562/25 572/12 653/4 653/19 665/20 666/4 668/3 668/8 670/4 670/7 675/23 676/2 676/8 679/8 679/22 683/12 685/16 686/19
somewhat [2] 658/14 663/15
somewhere [4] 556/19 599/19 600/3 636/3

Case 1:13-cr-00150-WFK Document 137 Filed 03/22/17 Page 188 of 190 PageID #: 1385

son [6] 577/4 581/18 581/20 639/4 640/4 670/3
sons [1] 548/22
soon [2] 587/16 593/5
sore [2] 664/18 668/24
sorry [36] 539/4 541/1 542/8 544/15 545/19 546/25 547/8 548/25 556/4 559/23 561/7 562/19 564/16 567/20 568/17 577/12 578/19 579/21 580/12 586/22 601/9 621/8 623/5 623/23 628/4 637/5 638/7 643/16 644/22 645/10 645/15 650/21 658/21 659/17 663/17 667/19
sort [23] 551/11 608/20 654/5 654/18 656/12 657/10 661/8 664/19 665/4 665/9 665/16 667/15 668/4 668/9 672/3 673/23 674/10 679/17 680/5 680/24 681/1 683/6 685/7
sorts [1] 618/3
Sosinksy [1] 533/5
SOSINSKY [5] 531/17 532/11 593/4 629/6 661/14
Sosinsky's [1] 629/2
sounds [1] 629/2
source [3] 653/8 671/1 671/2
sources [3] 653/7 674/23 683/25
South [4] 651/17 651/19 652/4 653/10
Spain [1] 693/17
spare [1] 590/5
spared [1] 588/9
speak [15] 534/1 556/6 556/7 557/7 568/17 606/1 606/18 617/12 618/3 649/1 650/12 650/14 652/6 652/7 675/24
speaking [7] 554/7 594/16 595/9 601/14 601/17 643/12 644/14
Special [1] 532/7
specific [6] 557/13 574/16 607/14 653/5 654/12 670/15
specifically [7] 605/25 607/4 634/8 652/3 656/3 656/9 683/20
speed [1] 650/15
spell [9] 564/5 650/10 650/20 659/18 662/19 662/24 671/22 686/9 687/18
spellings [1] 685/1
spent [5] 645/24 653/5 653/23 657/3 663/13
spite [1] 580/22
split [1] 663/22
spoke [11] 539/12 598/7 607/15 627/6 635/18 639/12 639/13 640/10 640/15 640/17 643/25
spoken [1] 563/19
spouse [7] 669/1 669/5 672/10 672/11 672/23 673/16 682/20
spouses [5] 615/2 669/8 669/11 669/20 670/20
stage [2] 677/9 677/21
stages [2] 676/23 677/21
stand [6] 532/23 593/3 681/10 681/14 681/16 697/11
start [7] 544/8 567/12 569/10 573/17 619/23 621/2 660/15
started [3] 647/24 649/3 694/22
starting [5] 574/24 575/23 578/19 613/1 682/23
state [5] 532/4 623/20 650/8 650/10 688/9
stated [2] 584/19 670/19
statement [2] 637/15 686/25
statements [2] 545/1 605/13
states [55] 531/1 531/2 531/10 531/12 532/7 535/1 535/2 536/11 536/16 536/19 536/22 537/10 538/21 541/4 543/15 543/17 543/22 543/25 546/20 552/11 554/25 555/2 555/7 555/13 555/21 556/2 556/19 556/21 557/21

558/21 559/5 566/9 574/21 575/10 582/5 583/19 592/1 592/5 600/7 601/5 603/2 604/21 615/3 648/3 652/5 655/16 658/10 658/10 667/4 672/18 684/8 689/5 689/7 689/9 693/16
statistics [3] 670/13 684/2 684/2
status [5] 534/14 560/24 672/15 672/16 672/23
stay [10] 534/6 534/9 552/12 553/9 555/18 584/7 585/1 617/25 695/25 696/8
stayed [1] 643/9
staying [1] 577/5
stays [1] 617/19
stemming [2] 683/18 683/20
stenography [1] 531/24
step [5] 591/16 648/7 676/6 681/8 687/14
steps [2] 681/10 697/11
still [17] 561/2 561/23 582/14 587/2 587/4 587/6 587/23 590/11 593/21 641/11 641/20 642/10 664/10 665/8 678/5 693/23 694/22
stipulation [2] 532/25 619/1
stop [15] 569/11 569/18 569/21 569/22 570/18 573/5 574/10 574/25 579/6 585/13 587/1 620/10 620/24 621/5 677/23
stopped [1] 689/22
store [1] 636/3
story [10] 559/25 601/11 609/18 610/8 610/10 633/16 675/23 676/1 679/19 679/21
strangers [1] 543/11
street [1] 551/7
strictly [1] 675/8
strike [2] 566/11 577/8
strong [3] 561/9 587/9 687/9
stronger [2] 664/14 664/19
structure [1] 665/12
students [3] 655/10 655/17 655/19
studies [3] 651/17 651/19 652/3 653/10
study [5] 651/15 652/17 652/21 653/4 653/13
studying [2] 655/13 655/17
stuff [1] 570/21
style [2] 636/4 668/11
styles [1] 668/8
subcaste [1] 672/12
subject [3] 635/12 657/25 685/17
submitted [2] 634/12 635/25
subordinate [1] 666/4
subsequent [3] 597/12 606/25 685/21
subsequently [1] 615/14
substitute [1] 610/16
succeeding [1] 595/17
such [11] 573/7 600/13 610/15 634/17 634/22 634/25 653/7 673/20 675/15 682/18 683/10
sufi [4] 653/18 654/1 654/5 655/9
sufism [1] 652/1
suggested [1] 635/18
suitable [2] 669/5 673/13
suitor [1] 639/4
summarizing [1] 655/25
summations [1] 631/19
summer [1] 632/3
summers [1] 617/19
supervisory [1] 667/1
support [1] 581/12
supposed [2] 589/10 672/10
sure [7] 539/9 536/14 563/17 571/7 607/8 609/25 692/17
surprising [1] 559/25
surrounding [3] 652/1 654/5 666/17
swear [7] 570/2 584/14 590/6 624/16 625/25 626/9 641/23
swears [1] 624/1
switch [1] 610/16 619/18

swore [9] 590/5 624/9 624/21 625/13 625/16 625/20 626/6 626/9 626/13
sworn [7] 584/13 587/14 587/14 650/6 687/25 688/3 688/23
system [5] 656/11 665/21 665/22 671/17 684/24

T

T-A-H-S [1] 564/6
Tahseen [2] 564/4 613/4
tainted [1] 590/8
take [27] 537/18 538/13 539/7 553/4 555/16 562/9 577/19 579/16 591/12 620/7 622/20 622/22 626/21 629/8 629/18 635/24 643/20 648/10 665/21 672/20 676/10 680/11 680/14 681/3 681/8 690/13 690/20
taken [14] 535/19 535/23 535/25 536/3 607/23 618/7 619/3 620/14 621/24 622/4 625/1 636/4 636/5 636/9
takes [2] 690/21 690/22
talk [12] 543/12 553/11 560/7 573/4 573/9 573/9 591/13 597/2 628/18 681/4 681/5 697/8
talked [7] 556/14 585/7 585/16 609/4 661/25 670/1 670/12
talking [15] 533/23 569/1 575/1 587/8 599/24 608/12 612/2 635/16 636/10 637/25 655/10 660/15 660/21 661/4 665/15
talks [1] 670/16
tap [1] 660/17
tape [1] 618/24
target [2] 682/19 683/3
targets [1] 682/18
Tasneem [1] 613/20 613/22
Tasneen [2] 548/17 548/25
taunted [4] 585/7 585/15 586/1 586/10
taunting [1] 586/12
taxi [3] 563/2 616/4 616/21
Tazeem [1] 612/22
teaches [1] 672/2
techie [1] 533/8
technical [1] 533/3
telephone [3] 562/3 617/22 624/7
tell [56] 535/4 535/9 535/11 535/13 542/22 543/24 548/7 552/5 554/19 556/9 559/8 560/11 560/14 560/20 561/9 561/13 563/6 564/5 575/2 575/14 587/18 587/18 587/25 588/1 595/23 596/6 596/15 600/10 600/11 600/22 601/5 601/11 608/2 609/1 609/5 609/9 609/10 611/20 611/23 612/4 612/7 613/2 624/14 626/3 629/11 642/15 644/1 644/5 644/8 644/9 660/3 660/4 665/23 675/4 676/4 684/20
telling [16] 572/6 595/16 596/2 596/13 598/13 598/15 606/10 606/11 607/8 607/12 607/21 608/1 610/5 610/18 612/3 624/21
tells [2] 629/6 658/22
ten [7] 584/16 680/11 680/12 680/14 681/3 681/6 681/8
ten-minute [3] 680/11 680/12 681/3
tend [5] 664/7 664/9 664/22 664/24 666/3
tends [1] 665/24
term [6] 564/14 564/23 565/3 665/5 666/7 686/6
terms [12] 629/21 662/16 662/17 664/1 664/19 670/13 673/1 676/18 677/20 684/3 684/7 687/3
territorial [1] 659/25
territories [2] 658/13 663/4
testified [5] 657/6 657/12 660/17 663/8 688/23
testify [1] 658/5
testifying [2] 561/25 682/15

# T

testimony [10]  641/7 641/18 656/10 656/24
657/4 657/16 662/9 681/5 681/21 684/22
Texas [1]  650/25
than [14]  552/19 594/10 637/23 638/11
656/4 658/9 661/1 663/6 664/20 666/3 667/4
678/6 684/3 684/7
thank [36]  532/17 533/17 533/19 566/22
579/13 592/6 593/7 612/11 619/8 619/22
628/19 629/24 632/9 632/13 645/20 648/7
649/11 650/7 651/4 651/6 658/6 660/12
662/7 671/24 681/25 682/6 682/8 682/12
687/13 687/14 687/21 688/1 688/13 692/20
697/9 697/18
that [779]
that in [1]  684/11
that's [52]  533/7 537/15 537/20 540/1 542/23
543/22 547/7 547/10 548/10 556/5 559/22
564/4 564/11 564/15 564/17 565/4 566/4
584/8 586/2 593/16 596/22 610/7 611/13
624/4 624/20 627/25 628/1 631/16 635/1
637/7 640/4 641/23 646/11 646/13 649/7
649/11 654/8 658/1 658/20 661/22 666/9
668/24 670/14 675/5 675/9 676/8 677/5
677/16 683/22 685/10 686/7 692/8
their [53]  554/10 557/17 559/11 569/22
570/4 570/7 570/11 577/2 577/3 577/4
577/17 580/20 581/11 581/15 581/15 589/13
589/15 589/24 590/8 600/14 613/18 613/24
622/12 624/17 627/19 628/7 634/20 639/3
639/4 639/19 640/3 640/21 652/23 653/20
654/11 664/13 667/15 668/25 669/4 669/5
670/7 672/11 673/15 673/16 674/6 674/20
675/2 679/18 680/5 683/16 684/13 684/13
685/7
them [108]  536/3 536/6 549/18 551/25 552/1
552/4 556/2 556/13 558/9 559/3 559/8
559/14 559/16 559/22 560/12 561/9 569/20
569/24 569/25 571/3 571/4 571/5 571/6
571/8 571/13 571/24 572/6 573/5 574/10
576/11 576/13 576/14 576/14 577/7 577/9
577/9 578/12 578/13 578/14 578/15 578/15
578/25 579/8 579/19 579/22 580/3 585/8
585/11 585/12 585/13 585/16 586/24 586/25
587/1 588/12 588/19 588/24 589/7 589/8
589/9 589/10 589/12 589/18 589/19 589/21
592/2 592/4 596/6 596/15 598/14 598/18
600/10 600/11 600/16 601/11 602/19 602/24
603/18 604/6 604/7 604/10 604/21 605/12
605/13 606/11 606/12 607/25 608/7 609/5
609/9 610/10 611/14 614/8 614/11 614/15
614/17 643/2 643/12 644/1 644/8 644/9
644/16 653/2 669/1 674/24 676/14 678/2
686/20
themselves [1]  667/25
then [75]  538/24 552/13 558/17 558/18
567/23 573/6 574/11 578/3 579/23 584/7
587/7 587/9 588/17 590/23 594/1 594/2
597/9 608/16 615/14 616/11 619/18 625/25
626/12 626/23 629/8 631/11 633/10 633/11
633/12 633/25 634/2 639/10 643/23 644/20
650/11 652/14 654/6 655/7 658/13 659/23
662/9 662/22 663/1 663/3 665/1 665/17
666/15 666/15 668/5 668/15 668/16 668/17
673/4 675/15 677/1 677/1 677/6 677/7
677/16 677/19 677/19 677/24 678/4 680/11
680/12 680/14 681/15 685/8 685/21 685/23
688/8 690/22 691/2 695/17 697/5
there [142]  540/16 543/23 545/15 546/2
546/4 546/20 547/5 547/22 549/13 549/20
550/21 551/6 551/17 552/4 555/13 556/3
556/14 557/13 558/4 558/21 562/2 565/22
568/8 568/22 569/3 570/1 572/7 573/21
573/23 574/25 575/16 579/12 584/18 584/19
587/9 588/21 591/7 597/13 599/1 599/3
599/6 601/1 602/7 605/5 608/23 609/10
609/22 609/25 616/3 616/16 617/15 617/15
617/18 618/3 620/4 620/10 620/15 620/16
621/5 626/6 626/7 629/2 630/4 634/17
635/18 635/22 635/23 637/13 638/3 638/13
640/24 641/25 643/5 643/5 643/6 644/18
644/21 644/23 646/15 646/18 652/24 653/23
654/20 658/13 662/1 662/5 662/12 662/22
663/3 663/14 664/5 664/8 664/10
664/11 664/18 664/19 665/1 665/13 665/15
665/16 667/5 667/10 667/17 669/10 669/24
670/4 670/7 670/9 670/24 671/6 671/17
672/25 674/9 674/23 675/3 676/2 676/8
676/21 676/23 676/24 677/22 678/9 678/10
678/11 679/15 679/24 680/21 683/15 684/14
684/17 685/3 685/8 686/11 686/17 691/22
691/24 692/12 695/10 695/11 696/10 697/14
there's [28]  534/11 539/4 539/23 558/9
588/11 632/5 633/11 659/14 661/25 662/22
664/14 664/24 664/25 666/14 666/15 666/18
668/12 669/17 669/18 673/11 673/18 677/1
677/2 677/6 677/8 677/16 680/18 685/12
thereafter [1]  605/9
therefore [3]  667/19 672/3 675/8
these [18]  542/19 566/22 580/5 581/13
581/13 581/25 599/13 611/6 641/9 653/8
662/4 665/25 667/10 669/25 674/12 677/21
686/18 692/14
they [125]  532/15 533/4 533/8 533/9 535/21
536/9 537/20 537/22 543/22 545/3 552/5
554/9 554/9 557/6 558/8 560/14 571/15
571/25 571/25 572/18 572/18 573/19 575/6
576/17 576/19 579/9 579/10 579/23 579/23
581/14 585/6 585/12 586/10 586/10 586/25
588/14 588/17 588/22 588/25 589/14 589/16
589/24 589/25 598/7 602/13 602/18 603/5
603/10 604/5 604/9 604/14 604/15 605/16
607/14 608/8 609/3 613/14 613/18 613/24
614/20 614/22 615/5 617/1 617/11 624/18
626/12 634/22 634/22 635/12 643/5 653/20
664/5 664/7 664/24 665/13 665/18 665/20
666/22 667/25 668/1 669/6 669/13 670/1
670/4 670/21 673/2 673/3 673/5 674/3 674/3
674/4 674/5 674/18 674/18 674/20 674/25
675/1 675/1 675/22 675/23 676/10 676/14
676/14 676/17 675 677/16 677/16 677/20
678/3 678/6 679/16 679/17 679/18 679/20
683/5 683/15 684/23 685/4 685/14 686/20
686/20 686/21 688/4 688/5 691/3
they'll [1]  673/13
they're [6]  566/15 575/6 667/4 668/4 678/5
686/17
thing [10]  570/1 573/4 579/16 589/9 594/11
594/25 610/15 665/4 666/24 685/7
things [30]  570/18 573/8 580/23 582/19
593/17 596/10 597/17 598/14 600/16 601/21
603/5 604/25 605/22 605/25 609/7 610/16
618/23 624/9 626/12 641/14 642/17 653/6
664/10 666/23 671/11 673/22 676/5 678/9
679/12 685/16
think [45]  536/9 538/18 542/8 543/14 550/12
550/10 557/5 561/22 562/16 569/1 574/11
582/1 582/4 584/16 586/22 587/13 590/11
594/5 598/22 599/17 600/9 602/3 603/20
606/24 612/11 614/7 615/1 619/14 619/24
622/11 623/10 629/12 631/9 632/7 634/5
649/8 649/10 665/23 670/3 670/15 671/16
683/24 684/11 687/2 697/5
thinking [5]  594/17 610/2 627/19 641/11
642/15
third [1]  693/21
this [176]
those [43]  535/23 535/25 539/7 562/9 562/23
563/3 563/11 567/10 571/2 577/5 595/9
597/16 597/17 598/10 598/13 598/22 604/19
605/7 606/3 606/19 606/25 607/5 608/25
613/4 616/3 619/14 621/6 625/8 625/11
634/3 634/20 636/8 642/17 646/6 653/6
655/19 661/23 666/2 678/10 680/6 686/16
691/19 696/3
though [2]  581/14 695/15
thought [7]  552/12 552/14 557/20 587/15
642/10 674/7 695/14
threat [2]  581/11 581/12
threaten [2]  561/20 587/24
threatened [3]  561/11 561/14 582/9
threatening [4]  557/11 559/2 588/19 588/24
threats [5]  570/21 570/23 571/1 571/10
571/10
three [25]  549/5 549/7 549/10 551/6 567/17
568/4 568/14 568/19 571/24 572/6 572/15
572/16 572/25 578/20 584/17 585/12 586/25
588/7 595/25 612/18 613/3 613/23 638/4
666/14 689/6
through [20]  566/17 603/19 603/19 604/1
605/1 605/20 607/1 610/7 611/6 611/14
614/20 640/9 640/14 640/24 643/4 656/15
665/22 668/12 668/23 678/13
throughout [11]  595/3 597/12 603/25 606/6
615/19 617/11 624/24 625/4 625/8 640/17
641/7
throw [1]  668/17
thrown [1]  618/15
ticket [1]  584/10
tickets [1]  599/10
ties [2]  680/5 680/6
time [129]  533/23 539/1 540/5 542/6 542/13
542/14 543/21 545/11 545/15 546/4 547/2
547/14 547/22 548/2 548/7 548/8 548/21
548/23 549/4 549/11 549/14 549/22 550/1
551/3 551/10 551/12 552/21 553/6 553/12
556/14 556/20 557/14 558/21 559/14 562/2
566/20 569/3 580/8 583/25 585/6 586/2
589/22 590/11 595/12 595/17 595/22 596/2
597/6 602/25 603/1 603/17 603/25 604/24
604/25 605/4 605/19 605/22 605/24 606/7
607/1 607/1 607/6 607/11 607/15 608/5
608/8 608/12 609/10 609/17 609/22 609/25
610/7 610/24 611/5 611/20 612/4 615/11
615/19 617/1 617/1 617/6 617/11 617/23
617/23 623/3 623/4 623/6 623/8 625/11
627/2 628/8 628/11 631/10 635/3 638/3
638/13 639/2 640/4 640/8 640/12 640/14
640/17 640/24 641/7 641/16 641/25 642/15
642/18 643/2 643/13 643/18 644/13 644/15
644/19 644/25 645/24 646/14 646/17 646/17
646/18 647/24 653/6 653/23 655/3 657/20
663/14 663/22 691/4 696/6
times [21]  559/14 559/15 560/14 568/7
568/22 584/1 585/12 586/25 598/3 614/1
614/2 614/4 616/16 617/15 617/18 623/10
625/7 625/11 625/23 625/24 651/3
title [1]  651/11 655/24
titled [1]  541/17
today [17]  532/7 561/25 590/17 591/4 599/16
620/15 625/24 627/16 636/9 656/10 656/24
657/4 665/11 665/14 685/11 697/6 697/14
together [13]  539/20 540/8 543/10 561/2
622/24 635/13 642/5 642/11 643/9 670/23
677/13 678/2 678/4
told [54]  535/17 537/9 545/3 556/11 559/22
559/24 568/3 568/5 571/24 579/9 579/10
583/25 594/5 594/7 597/20 598/2 598/23

**T**

told... [37] 591/7 599/23 600/16 602/18
602/24 604/14 606/6 607/25 609/17 609/22
610/8 610/10 610/13 611/5 611/7 611/13
615/8 618/7 620/12 622/7 623/7 625/7
625/12 626/13 627/8 635/6 640/25 641/14
641/25 642/9 643/12 643/18 644/15 644/23
645/5 646/14 646/25
tomorrow [4]  629/5 697/7 697/9 697/17
tonight [2]  587/19 587/25
too [6]  568/3 568/7 568/22 590/24 665/21
667/7
took [15]  534/4 537/19 537/20 539/13 555/3
556/12 606/3 614/25 615/11 636/16 636/21
638/22 654/19 682/14 690/25
top [4]  571/23 582/13 582/17 596/24
topic [2]  639/12 655/21
topics [3]  649/5 651/22 657/8
touch [8]  554/2 568/10 580/21 587/15 595/19
602/8 603/3 617/25
touched [1]  580/22
towards [2]  573/17 672/6
town [2]  676/18 690/18
towns [1]  665/1
tracing [1]  654/7
traditional [2]  668/11 668/18
traditionally [2]  665/8 671/25
transcript [6]  531/24 567/19 569/5 588/3
632/23 636/24
transcription [1]  531/25
transcripts [3]  566/12 566/14 567/9
translated [3]  626/24 688/8 688/9
translation [2]  533/4 594/24
transpired [1]  600/13
travel [1]  629/15
traveling [1]  629/4
travels [1]  629/19
trial [3]  531/8 532/3 532/16
tribal [3]  663/3 663/4 672/6
tried [1]  553/15
tries [1]  675/21
trip [1]  636/21
trouble [3]  604/12 604/20 645/19
true [17]  560/21 566/4 575/9 590/1 594/20
595/14 595/18 597/16 600/19 624/10 627/21
627/25 628/1 634/15 637/17 651/2 664/13
trust [1]  662/4
truth [14]  594/16 595/9 601/5 611/20 611/24
612/1 612/3 612/4 612/7 612/7 624/10
624/22 625/21 641/23
truthful [5]  559/16 559/19 604/6 604/10
608/7
try [10]  544/19 553/14 553/16 556/6 557/7
648/11 675/22 675/23 676/6 676/7
trying [5]  581/10 629/11 641/1 641/4 676/1
TUCKER [4]  531/15 532/6 679/2 682/13
Tuesday [3]  583/1 599/2 599/6
Tufts [1]  652/11
Turkish [1]  652/7
turn [26]  567/17 570/15 571/18 571/20
572/23 573/14 573/15 574/22 575/21 578/4
578/17 580/18 582/11 584/22 588/3 588/7
589/5 590/3 591/23 592/2 592/4 593/23
639/7 665/20 671/2 674/14
turned [4]  654/18 681/23 693/8 694/18
Turning [3]  596/24 693/11 693/19
TV [1]  590/9
Twenty [2]  693/15 694/11
Twenty-four [1]  693/15
two [32]  534/8 542/19 542/20 548/22 548/22
549/15 549/17 551/14 568/7 568/22 571/22
574/24 575/21 575/23 582/19 583/10 584/16

584/17 613/10 613/17 623/10 655/1 655/1
691/9 691/16 691/19 693/15 694/5 696/2
696/3 696/18 696/20
type [9]  535/9 605/18 614/11 635/14 635/19
636/19 668/14 672/7 683/18
types [1]  669/22
typical [2]  549/22 668/18
typically [2]  616/9 683/10

**U**

U.S [24]  531/4 531/16 534/13 537/2 538/20
538/23 540/20 544/22 546/19 551/17 552/6
554/2 554/5 554/8 554/22 555/5 555/7
600/12 600/12 602/1 615/5 627/17 642/24
643/1
Uh [2]  669/21 677/10
Uh-hum [2]  669/21 677/10
uncle [29]  536/17 536/18 536/21 548/16
564/1 565/4 570/24 571/11 571/11 572/22
573/23 573/25 574/1 574/2 574/3 574/8
574/12 574/15 574/18 574/19 576/13 577/9
581/18 581/24 582/9 598/1 628/7 646/19
647/9
uncle's [2]  581/18 581/20
under [6]  604/20 683/24
understand [20]  564/21 570/8 570/12 574/20
577/18 578/14 580/3 583/12 585/16 585/19
591/6 591/23 592/3 608/2 631/3 631/20
632/2 633/17 661/21 688/16
understanding [15]  545/9 565/19 577/22
577/25 585/25 586/4 586/9 586/11 586/17
598/19 627/13 634/10 646/7 646/10 653/12
understandings [3]  646/4 653/20 654/1
understood [12]  596/10 596/13 596/22 597/5
605/16 606/9 624/15 627/6 629/23 635/16
639/7 644/24
undone [1]  576/25
unduly [1]  682/4
unintelligible [3]  633/11 633/25 634/2
union [2]  666/15 666/20
unit [2]  666/15 666/22
UNITED [54]  531/1 531/2 531/10 531/12
532/7 535/1 535/2 536/11 536/15 536/19
536/22 537/10 538/21 541/4 543/15 543/17
543/22 543/25 546/20 552/11 554/25 555/2
555/7 555/13 555/21 556/2 556/19 556/21
557/21 558/21 559/5 566/9 574/21 575/10
582/5 583/19 592/1 592/5 600/7 601/5 603/2
604/21 615/2 648/3 652/4 655/16 658/10
667/4 672/18 684/8 689/5 689/7 689/9
693/16
University [6]  650/19 651/11 652/11 652/14
652/14 656/8
unless [1]  680/21
unmarked [1]  567/20
unnecessary [1]  667/20
unreported [2]  684/4 684/5
until [10]  569/21 569/21 570/3 571/6 594/7
637/25 641/19 646/18 658/22 697/21
unwise [1]  573/3
up [39]  534/1 538/9 546/11 546/23 548/9
552/3 552/14 552/22 555/6 556/6 559/9
564/12 573/18 579/4 584/11 584/12 590/13
598/9 611/7 612/9 619/21 620/8 627/2 627/8
627/13 627/17 641/1 641/19 645/19 653/15
662/14 663/5 667/9 674/13 680/12 682/9
690/15 690/23
update [1]  606/2
upper [4]  660/22 660/24 661/7 661/8
upset [2]  550/11 639/15
upsetting [2]  679/23 680/7
urban [6]  664/3 664/6 665/4 667/7 668/3
669/9

Urdu [1]  652/7
us [32]  532/7 532/12 534/3 535/4 535/13
542/22 548/7 554/9 575/2 584/6 586/20
588/14 588/22 594/7 599/23 602/18 613/2
615/8 618/7 620/12 622/7 624/14 635/6
642/9 642/15 643/18 676/4 684/20 687/22
693/23 694/22 696/13
USA [1]  532/3
use [11]  567/20 575/1 585/3 616/18 617/2
617/7 623/2 623/8 652/24 662/9 692/22
used [9]  536/9 563/23 594/14 594/15 629/20
654/19 654/21 671/20 696/13
using [5]  584/10 593/20 623/11 623/14 688/2
usually [12]  665/10 666/16 669/6 672/24
673/4 673/18 674/14 675/21 677/13 677/14
677/15 679/19
utilize [1]  634/22

**V**

vacations [1]  617/19
Vader [1]  650/13
van [1]  554/9
various [5]  622/25 639/18 655/8 677/21
684/25
vary [1]  668/8
varying [1]  652/7
vehicle [1]  690/21
Verma [2]  531/20 688/14
version [1]  692/18
versus [3]  531/4 532/3 611/10
very [25]  533/8 573/2 593/13 593/16 594/11
595/12 595/22 596/2 602/16 602/16 604/4
606/14 617/4 637/19 639/15 639/15 640/4
642/9 647/7 647/7 652/9 667/8 672/19
679/23 680/6
via [1]  669/4
victim [2]  685/14 685/18
victim's [1]  686/5
victims [1]  686/2
video [2]  620/14 622/2
videotape [7]  618/7 618/23 619/2 620/11
620/23 621/4 621/23
viewed [4]  618/11 618/23 620/2 622/2
viewing [1]  620/15
village [24]  540/1 546/24 547/1 565/22
585/18 614/5 618/19 625/1 636/4 654/12
664/25 665/3 665/10 665/16 665/16 665/17
666/1 666/5 666/16 666/17 668/5 676/9
676/13 676/18
villages [7]  654/7 664/9 664/11 665/2 666/17
668/4 684/15
violated [2]  683/22 686/24
violating [1]  675/10
violence [20]  679/8 679/10 679/12 679/25
680/1 682/15 682/18 683/10 683/13 683/16
683/18 683/20 684/3 684/4 684/17 685/9
685/14 685/18 686/22 686/23
visa [22]  535/12 536/9 537/7 537/15 537/19
537/21 538/1 578/6 578/8 583/4 583/6 583/7
583/15 583/16 632/19 633/2 633/5 633/5
633/12 634/11 635/13 653/14
visas [1]  615/3
visit [2]  654/8 696/13
visiting [1]  693/18
visitors [1]  667/10
volumes [1]  655/2
vote [6]  545/18 545/22 545/23 546/2 546/4
546/9
voting [1]  546/1

**W**

Wait [1]  658/22
waited [2]  582/19 583/10

# W

walk [3] 548/6 550/18 550/19
walked [1] 550/7
want [36] 537/8 537/10 544/18 552/1 552/2
 553/11 556/4 556/12 561/1 561/25 563/22
 567/19 568/2 569/9 571/25 572/6 572/7
 584/6 585/5 599/5 612/14 628/10 629/14
 633/24 634/1 634/2 637/1 637/2 637/11
 637/16 649/6 674/18 674/18 676/13 679/3
 682/3
wanted [10] 543/22 544/2 552/3 552/4 559/3
 582/19 583/11 610/2 637/19 649/3
wanting [2] 610/24 611/9
warned [1] 605/22
warnings [2] 605/18 609/1
was [259]
was shovel [1] 691/24
wasn't [6] 544/1 545/10 580/15 594/20
 616/16 646/15
wasted [2] 568/3 568/14
Watch [1] 578/25
way [24] 577/8 588/11 595/19 595/24 598/16
 600/19 605/3 613/11 623/11 623/20 638/2
 645/12 662/8 668/22 671/25 672/3 672/14
 673/25 675/10 675/22 676/15 678/1 683/14
 683/23
ways [4] 665/18 667/22 674/7 675/5
we [96] 532/18 532/18 532/19 532/25 533/18
 533/22 533/22 543/11 543/21 546/20 571/4
 573/1 575/3 576/2 577/1 581/10 588/9
 588/16 591/12 591/14 591/20 591/22 591/23
 592/5 593/5 593/20 597/2 600/9 600/9
 602/18 602/18 603/1 608/5 611/21 611/22
 612/5 612/8 612/9 612/25 614/17 614/20
 619/1 619/4 619/18 619/21 619/23 619/23
 620/2 620/10 620/22 620/24 621/5 621/23
 626/6 626/9 626/9 626/13 626/24 628/24
 629/7 629/12 629/13 629/18 631/4 631/5
 631/8 631/10 631/22 631/23 640/24 642/9
 643/14 648/8 648/9 649/3 649/5 652/4
 652/24 660/15 661/10 661/14 661/25 670/16
 671/15 676/10 680/11 682/9 682/14 688/2
 688/18 692/18 694/21 695/24 697/6 697/6
 697/14
we'll [22] 533/12 593/2 603/9 608/16 628/16
 628/17 631/11 631/24 631/25 632/14 634/1
 637/1 651/4 680/12 680/13 680/14 681/3
 681/6 681/8 681/15 688/18 697/17
we're [12] 532/2 582/14 587/8 593/8 621/16
 630/3 631/14 631/19 641/19 648/12 665/15
 682/9
we've [1] 636/5
wear [3] 668/2 668/9 668/10
wedding [37] 533/23 534/3 534/7 534/10
 534/12 540/5 540/9 543/5 543/6 543/14
 543/18 551/4 551/8 551/11 615/9 615/14
 618/8 618/24 621/25 622/4 622/14 622/20
 622/22 622/24 635/3 635/6 635/9 638/2
 638/18 638/22 640/8 641/3 643/20 646/18
 678/10 678/12 679/7
weddings [3] 615/7 637/23 638/4
week [1] 616/7
weeks [4] 534/8 557/9 696/2 696/3
welcome [3] 592/7 643/13 650/8
well [60] 532/15 551/3 577/8 578/10 578/19
 584/4 616/20 626/16 628/8 628/22 631/16
 641/19 643/18 646/19 646/21 647/10 651/4
 653/23 654/7 654/21 655/13 657/16 661/1
 661/25 663/13 664/5 665/8 665/15 666/12
 666/20 667/2 667/14 668/22 669/24 670/24
 672/22 673/22 674/23 675/2 675/5 675/13
 675/21 677/24 678/9 679/14 680/3 680/3
680/20 682/19 683/4 683/12 683/15 683/20
684/15 684/21 686/4 686/7 686/13 686/25
688/11
went [15] 554/9 554/11 582/2 596/5 607/4
 609/24 614/20 615/8 615/14 622/7 636/2
 642/9 643/4 654/12 695/24
were [199]
weren't [4] 559/19 611/10 615/5 632/6
western [1] 672/6
WFK [1] 531/3
what [187]
what's [17] 538/8 545/5 562/17 562/21
 565/24 576/24 651/11 652/16 656/6 657/1
 659/2 659/16 667/13 668/10 670/19 672/14
 679/14
whatever [9] 568/2 569/10 569/17 580/20
 596/6 627/10 634/1 637/1 643/4
whatsoever [1] 599/11
when [179]
Whenever [2] 585/13 587/1
where [77] 534/25 535/25 538/14 538/19
 539/4 539/19 540/11 541/17 541/20 545/13
 546/4 546/23 547/13 550/15 551/14 551/22
 552/10 554/19 554/21 562/23 563/1 569/10
 575/2 585/3 585/23 593/25 594/6 598/9
 616/11 616/16 621/10 621/11 622/22 625/12
 626/22 627/18 632/18 642/4 642/7 645/22
 648/4 650/10 652/10 652/12 655/25 657/12
 660/16 660/21 661/1 661/23 663/12 663/13
 664/20 669/6 669/7 669/8 670/1 670/5 670/8
 670/20 672/24 675/18 677/6 679/6 680/1
 689/11 690/13 690/15 690/23 691/7 691/19
 694/2 695/1 695/3 695/23 696/3 696/6
Whereupon [4] 620/23 621/4 630/4 697/20
wherever [3] 584/7 590/12 602/13
whether [17] 558/6 558/7 566/4 576/19
 599/17 603/13 624/9 624/21 625/13 625/20
 626/12 632/19 633/2 639/24 669/12 673/5
 673/12
which [35] 539/20 541/4 549/16 556/17
 567/22 571/17 582/16 585/16 588/3 597/13
 598/8 609/2 615/11 619/2 621/21 635/7
 652/20 657/13 660/6 660/20 662/15 663/1
 663/4 664/12 666/16 668/11 671/1 671/17
 671/18 674/11 677/2 677/11 682/15 684/25
 688/6
whichever [1] 632/7
while [11] 536/24 537/2 538/17 551/18
 552/17 561/21 573/2 582/4 616/3 628/25
 637/22
white [1] 649/1
who [93] 536/6 546/9 546/14 548/7 548/14
 555/4 557/2 560/18 563/3 564/1 564/3
 564/10 564/20 565/5 565/7 565/8 565/8
 565/12 565/17 566/9 571/1 571/11 572/2
 572/10 572/19 572/20 573/10 573/21 576/12
 577/2 577/5 577/7 577/10 578/14 580/3
 581/19 581/20 581/22 583/8 583/12 584/1
 585/15 588/19 588/25 589/21 591/1 591/6
 598/1 600/17 602/8 613/6 614/22 616/17
 627/5 627/9 629/18 633/8 633/17 633/18
 653/19 653/23 655/10 655/12 655/15 655/17
 665/16 665/24 666/11 668/11 668/6 669/6
 670/6 670/21 671/3 672/2 673/1 675/8
 676/9 682/18 683/1 683/3 683/10 683/16
 685/17 691/11 694/13 693/2 693/11 693/19
 694/7 694/15 694/21 695/20
who's [2] 589/18 682/8
whoever [3] 634/1 637/1 645/6
whole [3] 569/23 570/7 661/1
whom [3] 656/6 683/7 690/3
whores [1] 590/10
whose [5] 540/22 570/8 570/12 583/16
691/10
why [56] 537/15 537/20 543/20 543/22
 543/23 544/5 545/9 547/7 547/10 547/11
 547/20 551/16 551/24 552/1 552/7 553/23
 556/4 556/8 556/11 557/5 557/10 558/2
 558/6 558/12 558/24 560/6 561/16 569/24
 575/14 576/14 579/1 579/3 579/7 579/9
 582/22 582/24 584/8 589/8 594/1 599/2
 608/19 624/20 625/25 633/10 661/10 668/21
 672/13 674/5 674/18 674/18 675/3 680/10
 684/10 689/7 691/21 696/8
wife [14] 539/20 548/16 548/18 548/18
 573/12 613/4 614/21 615/1 639/10 639/16
 641/1 646/21 677/5 677/5
will [133] 532/4 537/11 546/19 556/9 566/21
 567/18 567/19 568/2 568/9 568/10 570/2
 570/3 570/3 570/11 571/6 571/7 573/1 573/6
 573/19 573/20 574/3 574/7 574/11 574/15
 575/2 575/3 575/25 576/9 576/11 576/21
 577/6 577/9 577/15 578/7 578/11 578/12
 578/12 578/15 578/15 578/25 579/2 579/4
 579/7 579/8 579/18 579/19 579/20 579/21
 579/22 579/22 579/23 579/23 580/2 581/15
 581/17 582/19 582/22 582/23 582/24 582/25
 583/2 583/24 584/1 584/2 584/10 584/11
 584/11 584/12 584/14 584/16 584/17 584/25
 585/1 585/4 585/13 587/1 587/2 587/4 587/6
 587/10 587/12 587/15 587/22 588/9 588/14
 588/14 590/7 590/7 590/13 590/14 590/15
 590/16 590/17 590/20 591/12 591/14 593/16
 594/2 594/19 620/1 629/13 629/17 629/18
 629/19 634/1 637/1 650/11 650/12 667/8
 668/25 669/8 669/11 670/4 673/1 673/15
 674/25 675/23 676/9 676/14 679/24 680/25
 681/2 681/24 682/1 687/18 687/22 688/4
 688/4 688/5 688/15 697/6 697/6 697/9
WILLIAM [1] 531/9
Wipe [1] 587/15
wish [2] 566/19 634/23
wishes [1] 573/2
withdrawn [2] 615/21 627/2
withdraws [1] 697/12
within [12] 593/15 593/17 594/22 615/8
 620/14 624/15 636/13 638/4 664/11 671/19
 672/11 672/12
without [2] 544/9 545/10
witness [49] 532/22 533/19 566/24 591/14
 591/16 591/17 593/3 608/17 618/21 621/12
 628/13 628/21 629/4 629/13 629/14 629/18
 629/21 631/11 631/15 631/23 631/25 632/1
 632/8 632/15 648/9 650/6 657/21 658/16
 658/20 681/10 681/10 681/14 681/16 681/16
 681/18 687/11 687/12 687/15 687/22 687/25
 688/6 689/8 692/10 692/11 692/21 697/3
 697/4 697/11 697/11
witnesses [1] 650/13
wives [2] 675/2 675/4
woman [6] 549/21 623/12 673/7 674/11
 675/18 679/6
women [22] 549/16 622/11 656/16 667/3
 667/9 667/11 667/16 667/18 667/20 667/22
 667/23 667/24 668/2 668/5 668/10 676/9
 683/12 684/6 684/13 685/4 685/6 685/17
women's [2] 656/14 685/22
won't [5] 569/21 591/2 633/16 633/16 633/23
word [4] 533/7 594/14 594/15 671/20
words [8] 563/23 595/10 599/3 673/11
 673/14 674/15 685/20 687/7
work [10] 562/25 616/7 616/9 616/14 616/17
 631/10 655/12 673/14 675/21 696/21
worked [4] 616/4 652/2 685/4 685/17
workers [1] 653/20
working [5] 533/5 563/1 612/25 653/15

## W

working... [1] 635/1
works [2] 629/7 666/24
world [4] 568/9 575/4 653/2 656/3
worlds [1] 667/17
worried [1] 580/5
worse [2] 582/19 583/2
would [113] 543/15 546/21 546/23 547/2
549/23 550/12 551/7 552/12 552/22 557/2
557/3 558/10 563/6 563/6 566/13 568/11
569/24 573/8 574/2 574/19 576/14 577/22
579/1 581/14 582/1 582/10 583/18 590/23
591/17 593/13 593/23 594/7 594/14 595/6
595/19 595/20 595/23 596/5 597/16 598/14
600/5 600/6 600/25 603/16 606/14 608/8
608/16 609/1 610/2 610/15 610/17 611/22
612/1 615/19 616/7 616/9 616/11 616/17
616/17 617/1 617/6 617/7 617/22 625/7
627/17 628/11 628/21 629/8 629/8 633/16
634/12 638/3 639/24 641/11 641/20 642/7
642/14 642/15 643/5 643/8 645/7 645/25
646/8 646/15 647/4 650/9 650/20 652/9
654/2 654/4 659/18 661/23 662/3 662/4
662/19 662/23 662/24 665/25 670/17 671/22
673/5 674/4 674/18 674/18 679/20 680/11
681/14 683/10 691/1 692/19 692/22 695/17
696/19
wouldn't [1] 670/4
wrap [1] 682/9
write [1] 579/24
written [4] 579/4 654/22 654/25 655/1
wrote [1] 619/15

## Y

Yasmin [1] 612/22
yeah [7] 579/12 586/8 597/1 635/21 639/9
640/7 645/14
year [12] 549/10 623/21 640/9 640/15 644/19
653/24 683/24 689/6 690/6 691/25 695/13
695/19
year-and-a-half [1] 653/24
years [28] 541/21 551/6 568/4 568/15 568/19
571/24 572/6 572/15 572/16 584/16 584/17
597/21 615/15 651/21 656/16 689/17 689/23
689/25 693/8 693/15 693/15 694/5 694/11
695/8 695/10 695/14 696/18 696/20
yellow [3] 616/4 616/18 616/20
yes [470]
yesterday [25] 533/1 533/22 576/15 599/23
600/25 609/22 610/5 610/13 612/12 612/13
614/7 614/18 615/1 615/8 618/6 618/12
618/23 619/14 620/2 620/12 621/23 622/7
641/15 642/1 647/1
yet [5] 594/10 677/5 678/4 679/16 687/8
YORK [11] 531/1 531/13 531/14 531/18
531/18 531/22 541/24 542/9 617/16 617/20
623/20
you [1362]
you'd [3] 543/24 552/10 557/21
you'll [3] 595/13 597/14 598/14
you're [24] 537/25 558/19 568/25 570/18
575/3 584/11 584/18 590/13 590/13 592/7
597/8 597/9 621/10 643/13 650/25 656/6
659/5 660/22 672/10 677/21 687/9 687/9
688/10 688/10
you've [6] 618/22 648/3 649/8 650/9 660/17
662/11
young [4] 573/21 647/1 668/25 677/1
younger [4] 638/11 638/12 693/15 694/5
youngest [4] 548/23 549/6 549/8 549/10
your [437]
your Honor [5] 612/9 619/17 628/10 628/15

629/7
yours [1] 584/9
yourself [1] 610/4

## Z

zap [1] 662/5
Zohra [2] 546/10 548/18
zoom [1] 692/17