UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

    - against -                                                       13 Cr. 150 (WFK)

MOHAMMAD AJMAL CHOUDHRY,              **NOTICE OF APPEARANCE**

                         Defendant.
----------------------------------------------------------X

       Undersigned counsel hereby notes her appearance on behalf of defendant MOHAMMAD AJMAL CHOUDHRY in the above captioned matter and requests that she receive Notices of Electronic Filing in this case.

Dated:  New York, New York
          October 10, 2014

                                                  Respectfully submitted,

                                                  _____*/S/*_____
                                                  Ying Stafford, Esq.
                                                  276 Fifth Avenue, Suite 501
                                                  New York, New York 10001
                                                  (212) 689-3858 voice
                                                  (212) 689-0669 facsimile
                                                  ying@staffordesq.com