1344

1     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - X
3
      UNITED STATES OF AMERICA,    :   13-CR-150 (WFK)
4                                  :
                                   :
5                                  :
         -against-                 :   United States Courthouse
6                                  :   Brooklyn, New York
                                   :
7                                  :
      MOHAMMAD AJMAL CHOUDHRY,     :   July 2, 2014
8                                  :   9:30 a.m.
            Defendant.             :
9                                  :
                                   :
10    - - - - - - - - - - - - - - X

11          TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
           BEFORE THE HONORABLE WILLIAM F. KUNTZ, II
12                 UNITED STATES DISTRICT JUDGE

13               A P P E A R A N C E S :

14    For the Government:   LORETTA E. LYNCH
                            United States Attorney
15                          Eastern District of New York
                            271 Cadman Plaza East
16                          Brooklyn, New York 11201
                      BY:  AMANDA HECTOR, ESQ.
17                         MARGARET E. GANDY, ESQ.
                          RICHARD M. TUCKER, ESQ.
18                        Assistant United States Attorneys

19    For the Defendant:   FREDERICK L. SOSINSKY, ESQ.
                           45 Broadway, 30th Floor
20                         New York, New York  10006

21    Interpreters:        Ashutosh Mishra / Ravi Kotru

22    Court Reporter:      Marie Foley, RPR, CRR
                           Official Court Reporter
23                            Telephone: (718) 613-2596
                              Facsimile: (718) 613-2648
24                            E-mail: Marie_Foley@nyed.uscourts.gov

25    Proceedings recorded by computerized stenography.  Transcript
      produced by Computer-aided Transcription.

*Proceedings*                                                        1345

 1          (In open court, outside the presence of the jury.)

 2          COURTROOM DEPUTY:  We're here for day eight of the

 3   jury trial, USA versus Choudhry, Case No. 13-CR-150.

 4          Counsel, may you please state your appearances for

 5   the record.

 6          MS. HECTOR:  Amanda Hector, Margaret Gandy and

 7   Richard Tucker for the Government, along with Special Agent

 8   Matthew Maguire, Department of State.

 9          MR. TUCKER:  Good morning Your Honor.

10          THE COURT:  Good morning.

11          MR. SOSINSKY:  For Mr. Choudhry, Fred Sosinsky.

12          Mr. Choudhry is on his way out with the marshals.

13          (Defendant enters.)

14          THE COURT:  Mr. Choudhry, you're here.  Good

15   morning.

16          THE DEFENDANT:  Good morning, sir.  How are you?

17          THE COURT:  Good.  How are you, sir?

18          THE DEFENDANT:  Good, thank you.

19          THE COURT:  Good.  Nice to talk with you.  You may

20   be seated as well.

21          Before we get started, counsel, you should have

22   before you Court's 5A and Court's 6A, which are the proposed

23   jury charge and verdict sheets that incorporate all the

24   changes that you had requested and that have been agreed upon

25   or, in one instance I believe, were entered over an objection,

*Proceedings*                                                       1346

1   but it is what we talked about yesterday, and my colleagues

2   are handing out to you the Court's 5A and 6A.

3            (Court's Exhibits 5A and 6A were received in

4   evidence.)

5            THE COURT:  So that's the first point.

6            Secondly, I understand that you are still working on

7   the mother of all translations with respect to Defendant's

8   Exhibit B; is that correct?

9            THE CLERK:  D.

10           THE COURT:  Defendant's Exhibit D, as in David; is

11   that correct, counsel?

12           MS. HECTOR:  Yes, Your Honor.  We've been trying

13   diligently to satisfy the Court's order.  We received a copy

14   of a translation this morning, provided it to defense counsel,

15   but we noticed that there was sort of an inversion of the map,

16   and so we communicated with the translation service.  They

17   understand the urgency and they are working on rectifying the

18   issue.

19           THE COURT:  As Henry Higgins noted in My Fair Lady,

20   and the Hebrews do it backwards, which is absolutely

21   frightening, referring to translations where you read from

22   right to left.

23           I gather that was an issue?

24           MS. HECTOR:  Maybe that was the issue.  I don't know

25   what the issue was.

*Proceedings*                                                      1347

1          THE COURT:  Is that the issue, that the language was

2     right to left and therefore the map?

3          MR. SOSINSKY:  We don't know.

4          MS. HECTOR:  Perhaps.  That's a good idea.  I don't

5     know.  It looks inverted, but only portions were inverted.

6          THE COURT:  I think that may have been driving the

7     question, that it was a right-to-left iteration of the

8     language, not that my Urdu and Punjabi are to be relied upon,

9     because they're not.

10          Okay.  What else do we have to address this morning

11     before we bring the jury in?

12          MR. SOSINSKY:  Well, judge, with regard to

13     Defendant's D it is, right?

14          THE COURT:  Is that right?

15          MR. SOSINSKY:  The document.

16          THE COURT:  Yes.

17          MR. SOSINSKY:  Okay.  Now that we've had a working

18     translation provided to us, there are, in the document itself,

19     in addition to the diagram which was where we began this

20     journey a few days ago with the discussion about this, there

21     are statements in here identifying, as per witnesses, the

22     names of alleged perpetrators in the case, and to that extent,

23     I would object to putting a document in, that portion of the

24     document in that contains a prior consistent statement of at

25     least Rukhsana Kousar and Seemab.

*Proceedings*                                                    1348

1        THE COURT:  I'm sorry, I thought you wanted the

2   document in.

3        As I understand it, I thought you wanted the

4   document in, but now that you've got a more fulsome

5   translation, you would like to have a redacted version put it,

6   is that what you're saying?

7        MR. SOSINSKY:  Just so the record is clear, the only

8   thing that I wished to address was the indication on the

9   diagram itself that the witnesses that I just named, Rukhsana

10  Kousar and her daughter Seemab Kousar, were standing and

11  observing the shooting and that was it.

12       THE COURT:  Well, you wanted to put, just to be

13  clear, you wanted to put the document in evidence so that the

14  jury could see that there was that statement in the document?

15       MR. SOSINSKY:  Actually, judge, as we began, and I

16  trust the record will reflect this, I wanted to ask the

17  witness questions and Your Honor didn't want me to do that.  I

18  understand that --

19       THE COURT:  I ruled against you on that, but I said

20  the next best thing, I would have thought, would have been to

21  have had the document that, I take it, supports your position,

22  is that right, or does it not support your position?

23       MR. SOSINSKY:  No, no, the document -- the diagram,

24  the map itself, if you were, clearly supports my position that

25  those two witnesses who have previously been called by the

*Proceedings*                                                      1349

1    Government, according to this report, put themselves in quite

2    a different place when making the observations.

3             THE COURT:  Let's stop right there.

4             MR. SOSINSKY:  Yes.

5             THE COURT:  I am admitting, or readmitting or

6    re-readmitting, that portion of the document for that purpose,

7    and you can argue that to the jury in your summations.  So

8    that's in evidence, okay.

9             Now, if you're saying to me that there's some other

10   portion of the document, once you see the translation, that

11   you don't want in, I'm prepared to put it in in a redacted

12   fashion, if that is what you want.  So it seems to me that

13   with respect to this document, why don't you, it's over the

14   Government's objection because the Government's objected to

15   the document coming in at all and that objection is certainly

16   not waived, but why don't you redact the document to the

17   extent that you're comfortable, and I will admit that redacted

18   version and the jury can have that with them in evidence?

19            So now it's just down to the question of timing.

20   What's your timeline with respect to getting it to them?

21            MR. SOSINSKY:  I think if I could, in fairness, I

22   think first we should wait to get the actual, and I think it

23   may only be a matter of a little bit, you know, final

24   translation done so I know exactly what I should address, but

25   in the meantime, I can certainly begin going through this,

*Proceedings*                                                1350

1  understanding that there may be additional changes that come

2  in.

3          THE COURT:  Sure.

4          MR. SOSINSKY:  And if that's how Your Honor is ready

5  to proceed, then I say nothing more.

6          THE COURT:  All right.  I'll hear from the

7  prosecutors on this.

8          MS. HECTOR:  Your Honor, if that's the Court's

9  ruling, then we would ask that only the portion, that it be

10  completely redacted except for the portion that the defense

11  counsel is arguing impeaches the witness.

12          Again, our position is is that it is unclear that

13  the witness made this statement, it's not impeachment, but

14  Your Honor has ruled on that, and we need to keep it in the

15  general format so that the Government is not prejudiced and

16  can make the argument that there's no indication that this

17  particular statement came from Rukhsana Kousar.

18          So perhaps we can work with defense counsel to see

19  if we can come to an agreed-upon redaction plan.

20          THE COURT:  All right.  Well, this is a further

21  continuation of the stipulation discussion that started the

22  other day and then broke down when Secretary of State Kerry

23  couldn't complete the deal.

24          All right.  What else do we have to deal with by way

25  of preliminaries before we bring in the jury?

*Proceedings*                                                    1351

1    MR. SOSINSKY:  At this juncture, other than dealing

2    with this issue, Your Honor, the defense is prepared to rest.

3        THE COURT:  Well, should we then delay bringing in

4    the jury until you work this out, or should we bring in the

5    jury, go forward with summations and the jury charge?

6        MR. SOSINSKY:  I would ask that we try to work this

7    out, and hopefully we'll have an updated version coming in

8    shortly so that if the Government wishes to address this in

9    their summation, which they're going to begin with, that they

10   can fairly and I can understand what the argument will be

11   based on what's in the form.  I'm not looking to put this over

12   for hours and hours, but if it can be a little while, I would

13   appreciate that, and I can gather my thoughts.

14       THE COURT:  Well, the court ordered it to be done in

15   24 hours and here we are 24 hours later and it's not done.  So

16   I did my best.  Why don't you give me a sense as to do you

17   want to confer as to how much longer it will be and how you

18   want to proceed?

19       MR. SOSINSKY:  May I?

20       THE COURT:  Of course.

21       (Pause in the proceedings for discussion held off

22   the record among counsel.)

23       MS. GANDY:  Your Honor, at your convenience, we may

24   be able to resolve at least part of the outstanding issue

25   while we wait for the final sketches to be corrected.

*Proceedings*                                              1352

1          THE COURT:  I'm at your convenience.  I'm at your

2     disposal.

3          MS. GANDY:  Thank you, Your Honor.

4          Having heard counsel's proposal to redact portions

5     of the document, we have reviewed it again and it's our

6     position that the reason we're having this conversation in the

7     first place is because of the possibility that counsel missed

8     an opportunity to raise an area of impeachment with Rukhsana

9     Kousar regarding information contained in this sketch, and

10    specifically that was that on the sketch a letter has been

11    placed on the sketch suggesting that she and her daughter were

12    standing in a different location when they observed the

13    shooting or moments after the shooting than they testified

14    that they were.

15         The Government at this point, as Your Honor knows,

16    we object to the document coming in.  I'm not going to belabor

17    that issue, we've moved on from that.  But in the posture that

18    we are currently in, it's our position that it would be

19    appropriate to admit to the jury only the line item entry that

20    contains that limited piece of impeachment material.

21    Everything else is admissible hearsay, the source of which is

22    unclear.  It's a unauthenticated police document.  You know,

23    we take it on their word that it is, but it's unauthenticated.

24    Therefore, anything beyond that one area of possible

25    impeachment is beyond the scope of the consideration that

*Proceedings*                                                    1353

1    needs to be addressed in order to insure that the defendant

2    was not prejudiced by his inability to read this document

3    while she was still on the stand.

4           So the Government has put that on paper, our

5    proposed redactions, which basically would produce for the

6    jury the caption of the document so that they have some

7    context of what they're looking at, it would continue to

8    include the line item F, which is where it states "This is the

9    spot from where complainant Rukhsana Kousar and witness Seemab

10   Asghar witnessed the incident," the signatory line at the end

11   so that they see who it purports prepared the document, and

12   the accompanying sketch where it's clear that line item F is

13   represented by the letter F on the sketch.

14          I'd also note, Your Honor that what we have here

15   across these pages are duplications of the same substantive

16   information.  It's two different sketches, one has a lettering

17   system, one has a numbering system, but that the relevant

18   impeachment material, if it is in fact impeachment material,

19   is consistent across the two, and therefore we would suggest

20   that entering just the first of the two sketches and all of

21   the accompanying translation I've just outlined would suffice

22   in satisfying the issue that needed to be remedied, which was

23   counsel's inability to cross her on that one line item entry.

24          It's our understanding that defense counsel is

25   hoping to include more than that, and I think that at that

*Proceedings*                                                           1354

1    point we get into a sort of a picking and choosing that is not

2    consistent with the posture we're in, which is that he wanted

3    to ask one question of impeachment that was not available to

4    him at the time because he had not yet translated the

5    document, even though he'd received it certainly well in

6    advance of trial.  I don't think there's any dispute about

7    that, and therefore I think it becomes unfair at some point if

8    we're cutting out things that may be favorable to the

9    witness's testimony, leaving in things that are impeaching of

10   the witness's testimony, and then also leaving in, you know,

11   random other entry line items for various other purposes.

12          The only issue on the table is whether or not he had

13   full impeachment ability of the witness and therefore what

14   goes before the jury should be limited.

15          THE COURT:  I'll hear from the defense counsel.

16          MR. SOSINSKY:  Yes.  Your Honor, as we discussed

17   earlier today, the concern is that in the report, there are

18   statements here about identifying, as I said earlier, certain

19   named individuals and that that would be inappropriate.

20          However, and I'm mindful of the fact that the Court

21   already put in evidence the document in the Urdu form, which

22   of course the jury couldn't possibly understand yet.

23          THE COURT:  You never know.

24          Go ahead.

25          MR. SOSINSKY:  You're right.  Especially if they

*Proceedings*                                                    1355

1    can't read right to left.

2              THE COURT:  Especially.

3              MR. SOSINSKY:  The two documents themselves are not

4    the same.  In fact, the first report does not have or purport

5    to have measurements between particular locations marked on

6    the diagram.  The second report incorporates much of that

7    information, but also then puts in perspective, for example,

8    where the witnesses were standing and the distance between

9    that and certain other locations.  That, it seems to me, is

10   important information that the jury should have from this, and

11   the other stuff in here, once we hopefully can redact the

12   consistent report of a witness or witnesses with regard to the

13   alleged perpetrators of this crime, do not prejudice the

14   Government in the least.  They are things like "this is the

15   spot where this body was located, this is the spot where this

16   body was located."  But what they do do, pardon the

17   expression, is they certainly put in context what the jury

18   could not otherwise understand by looking at a diagram that

19   contains a number of different letters on one or numbers on

20   the other.  At least --

21             THE COURT:  Let me ask you this, Mr. Sosinsky.  Do

22   you have an iteration of this document that you are prepared

23   to offer to the Court?

24             MR. SOSINSKY:  Yes, sir.

25             THE COURT:  What is your iteration of the document

*Proceedings*                                                    1356

1   that you're prepared to offer to the Court?

2           MR. SOSINSKY:  I can hand it up, and the only

3   proviso I would say is that for present purposes, I marked it

4   with a black pen.

5           THE COURT:  That's okay.

6           MR. SOSINSKY:  But it would defeat the purpose,

7   obviously, if the jury could see there.  So we can do a better

8   redaction job if Your Honor agrees with the ruling.

9           THE COURT:  I just want to see what you would have

10  go to the jury.

11          MR. SOSINSKY:  Okay.

12          THE COURT:  And then before you give it to the

13  Court, show it to the prosecutors.

14          MR. SOSINSKY:  I did.

15          THE COURT:  And let me see what they object to.

16          MR. SOSINSKY:  Okay.

17          THE COURT:  All right.  So you've got your version

18  that you would like to go to the jury.

19          MR. SOSINSKY:  Yes, sir.

20          THE COURT:  Now, Madam Prosecutor, why don't you

21  show what you would like to have excised from his proposed

22  version?

23          MR. SOSINSKY:  They did that already.

24          THE COURT:  Can you do that on his document?

25          MR. SOSINSKY:  They did that.

*Proceedings*                                                    1357

1      THE COURT:  In other words, I want to know what

2  Mr. Sosinsky is proposing and I want to know what you are

3  proposing so I can see where the difference lies and where

4  there is no opposition subject to your general opposition to

5  the document coming in.

6      Does that make sense to you?

7      MS. GANDY:  Yes, Your Honor.

8      THE COURT:  I would like to see that piece of paper

9  so we take it out of the ether and bring it into the realm of

10 actual trial.

11     MR. SOSINSKY:  May I hand this up?

12     THE COURT:  Why don't you hand it to opposing

13 counsel so they can mark it up?

14     MR. TUCKER:  You want one document?

15     THE COURT:  I want one document that I can look at

16 and see what the defense is proposing and one document to see

17 what the prosecution is not über objecting to, if I may use

18 that technical term.

19     (Pause in the proceedings for discussion held off

20 the record among counsel.)

21     MS. GANDY:  Your Honor, I'm prepared to hand that up

22 with our additions.  I've made an indication on the note that

23 the red-line edits, proposed edits, are the Government's.  The

24 black-line proposed edits are the defense.

25     THE COURT:  Why don't you hand it back to

*Proceedings*                                                    1358

1   Mr. Sosinsky and I'll ask Mr. Sosinsky to hand it to Mr.

2   Jackson once he's had a chance to review it.

3           (Pause in the proceedings.)

4           MS. GANDY:  Your Honor, just to make it very clear,

5   the Government's proposal is actually that the whole second

6   sketch and translation be redacted, but I didn't do that on

7   here so that Your Honor could see --

8           THE COURT:  Well, why don't you just lightly do it

9   on there so Mr. Sosinsky at least knows and I know what you're

10  proposing to redact, which is what we're doing now.  Just draw

11  a line through so I know what you suggest is out and he knows

12  what you suggest is out and then I'll look at it and then I'll

13  rule.

14          MS. GANDY:  Your Honor, I've done a hashmark line

15  across each of the pages that we propose come out all

16  together.  Underneath that, however, if Your Honor is inclined

17  to do that document at all, you'll see the limited information

18  we would propose be presented to the jury, which again really

19  suggests that one issue of impeachment that I put on the

20  record earlier.  So our argument is twofold, I suppose.

21          I'm also providing the Court with a clean copy so

22  that you can read what is underneath the black-line edits that

23  counsel did in case it is instructed --

24          THE COURT:  Show it to Mr. Sosinsky first.

25          MS. GANDY:  Sure.

*Proceedings*                                                    1359

1              (Pause in the proceedings.)

2              THE COURT:  Mr. Jackson, if you can hand that up to

3    me, please.

4              COURTROOM DEPUTY:  Certainly, Your Honor (handing.)

5              (Pause in the proceedings.)

6              THE COURT:  All right.  Here's what the Court is

7    going to do.  I'm going to admit into evidence and present to

8    the jury the version of this alleged police report in English

9    that reflects the redactions of both the defense and the

10   Government, that is to say the ultimate cut-down version of

11   this document is what is going to go to the jury.  And both

12   sides have your objections preserved to what the Court is

13   doing.

14             That being said, what I now need you to do is to put

15   pen to paper, scissors and paste, and give the Court a clean

16   document that I can attach that will be the document that goes

17   to the jury.  So why don't you, Mr. Jackson, hand this back,

18   and I want both sides to agree that what is the result of the

19   scissors and paste exercise is that overlap of materials, and

20   both sides preserve their objections to the document.

21             MR. SOSINSKY:  Judge, can I just ask one thing --

22             THE COURT:  Sure.

23             MR. SOSINSKY:  -- to guide me during my summation?

24             THE COURT:  No, can we just do this first.  Let's

25   get the document squared away so you see what the document

*Proceedings*                                      1360

1   actually looks like, and then you can ask your questions about

2   the summation.  Let's get the piece of paper put to bed so

3   both sides can see it and know what it's looking like, and

4   then I'm happy to address any questions about summation.

5           So sit together at counsel table and get it done.

6           (Pause in the proceedings. )

7           MR. SOSINSKY:  Can we address one thing about this,

8   judge, just so we can get this right?

9           THE COURT:  Yes, that would be nice.

10          MR. SOSINSKY:  As I informed the Court, and as the

11  Court may have noticed, there were two police reports, one of

12  which had measurements and one which did not.  Although we had

13  disagreement and Your Honor has ruled with regard to the

14  information that can or cannot be provided, can I presume that

15  Your Honor, because that document itself also had the

16  information regarding where the witnesses claim to have been

17  standing, that that report itself in redacted fashion,

18  pursuant to Your Honor's ruling, will come in?

19          THE COURT:  What is the view of the Government with

20  respect to that?

21          MS. GANDY:  Twofold, Your Honor.  One is that the

22  second document is unnecessary, as it is substantively for the

23  limited issue that we have raised completely duplicative of

24  the first document and therefore the first document suffices.

25          If Your Honor is going to allow the second version

*Proceedings*                                                    1361

1    to come in, it's our position that the measurements would be

2    an inappropriate inclusion because, of course, they certainly

3    don't come from the witness whose testimony counsel is seeking

4    to impeach.  It's clearly that those measurements were done by

5    the police.

6              THE COURT:  So the first point that you're making is

7    that it's duplicative; is that correct?

8              MS. GANDY:  And therefore unnecessary.

9              THE COURT:  I'm going to accept the Government's

10   position with respect to that.

11             Does that guide you in terms of what the document

12   should look like now, both sides?   Like it or not, does that

13   guide you?   Please do it.

14             MR. SOSINSKY:  It must.

15             THE COURT:  Thank you.

16             So mark it up, scissors and paste, Crayola, hand it

17   up to the Court.

18             (Pause in the proceedings for discussion held off

19   the record among counsel.)

20             MR. SOSINSKY:  Judge, can we just mark, just for

21   posterity, what was handed up to the Court for the record as

22   the defendant's proposed --

23             THE COURT:  Absolutely, yes.

24             MR. SOSINSKY:  Thank you.

25             THE COURT:  You're welcome.

*Proceedings*                                                      1362

1          In fact, I understood your position to be that the

2    entire report is what you had proposed go in initially, right?

3          MR. SOSINSKY:  No.

4          THE COURT:  No?

5          MR. SOSINSKY:  No.

6          THE COURT:  Okay.

7          All right.  Yes, you may do that.  Fine.  Just give

8    it an appropriate number or letter and perhaps sequential

9    number.

10         MR. SOSINSKY:  I believe it's E.

11         (Pause in the proceedings for discussion held off

12   the record among counsel.)

13         MS. HECTOR:  Your Honor, could I potentially send

14   this to one of your clerks to print?   We just got a revised

15   copy.

16         THE COURT:  Absolutely.

17         So what you're sending is the version that the Court

18   will present to the jury; is that correct?

19         MS. HECTOR:  Well, that we can redact so it fixes

20   the map hopefully.  It's a little hard to read on my

21   BlackBerry, but that's what it purports to be.

22         THE COURT:  Okay.

23         MS. HECTOR:  Thank you.

24         (Pause in the proceedings.)

25         THE COURT:  Are we good?

*Proceedings* 1363

1        MS. GANDY:  I think, we are, Your Honor.  I think we

2   just need to ask that your law clerk photocopy it.

3        THE COURT:  No problem.

4        How is it to be marked, just so it's clear?  This is

5   going to be Defendant's Exhibit?

6        MR. SOSINSKY:  D-3.

7        THE COURT:  This will be D-2 because D is the

8   original language version, but the one that's going to go into

9   the jury is going to be -- I think we should, just to avoid

10  any confusion as to what's before the jury, let's just have

11  the version that's going in to the jury, the English version,

12  marked with the same exhibit number.  Fair enough?

13       MS. GANDY:  That's fine, Your Honor.  Just to be

14  very clear, the originally marked Defendant's Exhibit D had

15  four pages.

16       THE COURT:  Right.

17       MS. GANDY:  We've now agreed that we're reducing it

18  to the first two pages.

19       THE COURT:  Right.

20       MS. GANDY:  And this English translation corresponds

21  with the first two pages, which is what I understand that the

22  jury will see.

23       THE COURT:  Right.

24       Is that acceptable?

25       And we will have, for the record, the other

*Proceedings* 1364

1  iterations of this document that you've been going back and
2  forth on today marked with subsequent numbers, such as D-1,
3  D-2, D-3. I think for clarity's sake it just makes sense to
4  say to the jury "You have Exhibit D as we promised you you
5  would have. This is Exhibit D. It's in English." That's the
6  one they're going to get, and then with respect to your
7  record, you will have the other iterations of it.
8         Does that make sense?
9         MR. SOSINSKY: It makes sense. However, can I
10 suggest that we staple together the Urdu version which is in
11 evidence, you showed the jury, you had Mr. Jackson put it up
12 on the Elmo yesterday, and this English translation which you
13 told the jury they would be getting?
14        THE COURT: Right.
15        MR. SOSINSKY: They're just part of the same
16 exhibit, which I think is what you're saying.
17        THE COURT: But I'm also saying in the event that
18 there's someone on the jury who suddenly develops a facility
19 with Urdu, I don't want that person going in and saying well,
20 you know, the four-page version says X as opposed to the
21 English version. I don't know whether there's anyone on that
22 jury who speaks Urdu or not.
23        MR. SOSINSKY: Right.
24        THE COURT: And now is the not the time to find out.
25        MR. SOSINSKY: So what do you propose doing with the

*Proceedings*                                                    1365

1   document that yesterday we published to the jury in Urdu?

2           THE COURT:  Well, we published to the jury in Urdu,

3   and I'm going to say this has been substituted.

4           MR. SOSINSKY:  Okay.

5           THE COURT:  You can say you object.  That's fine.

6           MR. SOSINSKY:  I was just trying to follow what the

7   Court planned, that's all.

8           THE COURT:  In other words, the only thing that the

9   jury is going to see is the English iteration.  It will still,

10  however, be part of the record, the original four pages in

11  Urdu.  Various interstitial copies that counsel talked about

12  and you can mark those as D-1, D-2, D-3, son of D-1, D-2,

13  however you want to mark them for the record, but the only one

14  that's going to go into the jury is this English translation,

15  two-page iteration that we're talking about now.

16          Is that fair enough?

17          MR. SOSINSKY:  Yes.

18          MS. GANDY:  Yes.

19          THE COURT:  Is that clear?

20          MR. SOSINSKY:  Yes.  I just wanted to make clear

21  that Ms. Gandy said previously that we've agreed that whatever

22  the record shows is the case.  We haven't agreed.  Your Honor

23  has ruled.

24          THE COURT:  My understanding is you guys have

25  disagreed and object to everything that the Court has done

*Proceedings*                                          1366

1  with respect to this document.  You've disagreed with the

2  Court's ruling with respect to calling the witness again.

3  You've disagreed with respect to the four-page version, the

4  Urdu version, the Punjab version, the English version.  Both

5  sides have their objections well-noted for whatever purpose.

6  You've preserved everything, total disagreement with what the

7  Court has done.

8           Can I make it any clearer?

9           MS. GANDY:  No, Your Honor.

10          THE COURT:  Everything is preserved.

11          MS. GANDY:  Thank you, Your Honor.

12          What is this that you've just handed Mr. Jackson?

13          MR. SOSINSKY:  That is a document that Your Honor

14  earlier requested that set forth the parties' positions with

15  regard to the proposed redactions.

16          THE COURT:  Let's mark this.  How should this be

17  marked?

18          MR. SOSINSKY:  I think we agreed it would be, at the

19  time, D-2.

20          THE COURT:  All right.  This is going to be D-2.

21          MR. SOSINSKY:  And that D-1 --

22          THE COURT:  Hang on.  Let's just try to keep this

23  straight.  One second.

24          D-2 is what Mr. Jackson has here.  Mark it, please,

25  as D-2.  This is part of the record.

*Proceedings*                                                    1367

1          Now, what goes to the jury is going to be the

2    two-page English iteration which will be marked as Exhibit D.

3          (Pause.)

4          THE COURT:  All right.

5          Counsel are agreed as to what the Court is now

6    marking as Defendant's Exhibit D, correct?

7          MR. SOSINSKY:  Yes.

8          MS. GANDY:  Yes, Your Honor.

9          THE COURT:  Fine.

10         MS. HECTOR:  Your Honor, one more issue that I think

11    we should accomplish outside the presence of the jury.

12         THE COURT:  Yes, ma'am.

13         MS. HECTOR:  It's my understanding from defense

14    counsel's statements that defendant has chosen not to testify,

15    but I think it would be prudent to put on the record that he

16    has a right to do so and that he has decided not to testify in

17    this case.

18         THE COURT:  You may be seated.

19         What's your response, Mr. Sosinsky?

20         MR. SOSINSKY:  I've advised the Court that the

21    defense rests.  If Your Honor wishes to make a separate

22    inquiry, you'll do whatever you feel is appropriate.

23         THE COURT:  Mr. Choudhry, do you understand that you

24    have a right to testify?

25         THE DEFENDANT:  I understand that, but it's okay, I

*Proceedings*                                                    1368

1  don't want to testify.

2          THE COURT:  You understand that you're not compelled

3  to testify, that no one is attempting to compel you to

4  testify, but you have the right to testify, do you understand

5  that?

6          THE DEFENDANT:  I understand, yes.

7          THE COURT:  And you understand that the Government

8  is required to prove its case beyond a reasonable doubt, do

9  you understand that, sir?

10          THE DEFENDANT:  I understand, sir.

11          THE COURT:  And have you had an opportunity to

12  discuss your decision as to whether or not you will testify or

13  not with your counsel, sir?

14          THE DEFENDANT:  I have.

15          THE COURT:  Do you need additional time to discuss

16  your decision not to testify in this proceeding with your

17  counsel, sir?

18          THE DEFENDANT:  That's correct, sir, I don't want to

19  testify.

20          THE COURT:  Are you sure you don't need additional

21  time to talk with your counsel about this?

22          (Discussion held off the record between defense

23  counsel and the defendant.)

24          THE COURT:  Again, sir, the question is do you need

25  additional time to discuss whether you should testify or not

*Proceedings*                                           1369

1   testify with your counsel?   Do you need additional time to

2   discuss that?

3              THE DEFENDANT:  No, Your Honor.

4              THE COURT:  You do not need additional time; is that

5   correct?

6              THE DEFENDANT:  No, sir.

7              THE COURT:  All right.  Should we bring the jury in?

8              MR. TUCKER:  I think so, Your Honor.  The last issue

9   I think before we get going, as Your Honor would probably

10  anticipate, I'm going to be using the court's, with the

11  Court's permission, the courtroom presentation system in my

12  summation.  I've conferred with defense counsel already and

13  presented him with, in advance, a copy of the images that I'm

14  going to be showing to the jury which are in evidence and

15  excerpts from the trial transcript.  I just wanted Your Honor

16  to know so Your Honor won't be surprised.

17             THE COURT:  Well, it won't surprise me.  And as I

18  previously indicated, I've issued the bench warrant for the

19  techie, who is here, so in the event there was any problem

20  with the technology, we have someone here to address it.

21             MS. GANDY:  Your Honor, I also brought hard copies,

22  having listened to Your Honor's warning about that in the

23  past.  So just in case, we're covered.

24             THE COURT:  I'm just old school, so I appreciate

25  that.  But I take it the Elmo is working.  I take it the Power

*Proceedings*                                                      1370

1   Points are work.  I take it the electricity is working, but

2   I've got candles in the back just in case we have to go

3   ultimate 1850s with respect to the technology.

4             Is there anything else before we bring in the jury?

5             MR. TUCKER:  Not from the Government.

6             MR. SOSINSKY:  Could I just have one moment?

7             THE COURT:  Of course.

8             (Pause in the proceedings.)

9             THE COURT:  Is there anything else while my

10  colleague is making copies of Exhibit D in English?

11            MR. TUCKER:  No, Your Honor.

12            THE COURT:  Anything else, sir?

13            MR. SOSINSKY:  No.

14            (Pause.)

15            MR. SOSINSKY:  Judge, actually, there is.

16            THE COURT:  I knew there would be.  Go ahead.

17            MR. SOSINSKY:  I don't think the Government would,

18  but I'm just raising it with the Court.  Before we broke

19  yesterday, Your Honor's first intention was to have me call

20  yet another witness at the end of the day.

21            THE COURT:  If you wished to.  You're certainly not

22  compelled to call any witnesses.

23            MR. SOSINSKY:  But the point is before we broke, you

24  asked the defense if we had any other witnesses, and I

25  provided a name.  I didn't look at last night's transcript,

*Proceedings*                                                1371

1   but the point is I've not called any witnesses.

2          THE COURT:  You have not called that witness.

3   You've called other witnesses.

4          MR. SOSINSKY:  I'm talking about after that,

5   correct.

6          THE COURT:  I understood you to say you just didn't

7   call any witnesses, and certainly unless I'm really having a

8   bad experience, you have called witnesses in this case.

9          MR. SOSINSKY:  That's true.

10         THE COURT:  Go ahead.

11         MR. SOSINSKY:  And I remember it vividly, sir.

12         THE COURT:  Good.

13         MR. SOSINSKY:  I just want to make sure that there's

14  no comment to the jury on the name that was mentioned at the

15  close of evidence.  It's not evidence.  It's nothing.

16         THE COURT:  When you say there's no comment on the

17  name, that doesn't mean if he has something to say about the

18  name of the person.

19         MR. SOSINSKY:  No, no, not the name in connection

20  with the case itself, but the fact that the defense at that

21  moment before you then sent the jury home had provided the

22  court reporter with the name.  That's all I'm raising now.

23  Obviously they can utilize whatever name they want in their

24  summation, but not that the defense didn't call somebody.

25         THE COURT:  Did you make that statement in the

*Proceedings*                                    1372

1  presence of the jury, that you were going to call that

2  witness?

3          MR. SOSINSKY:  Well, you asked me and as I said it,

4  the prosecutor stood up and asked for a least a ten minute

5  recess and then you decided to send the jury home.

6          THE COURT:  Well, here's my question, sir.  Did you

7  state the name of the witness --

8          MR. SOSINSKY:  That's what I said.

9          THE COURT:  Wait a minute.

10         Did you state the name of the witness that you were

11  going to call in front of the jury?

12         MR. SOSINSKY:  At that moment I did, sir.  So I'm

13  raising --

14         THE COURT:  So now, you having done that, the

15  question is what would you like this Court to do, if anything,

16  with respect to what you did yesterday afternoon in saying you

17  were going to call this next witness?   What would you like

18  the Court to do?

19         MR. SOSINSKY:  I'm not asking you to do anything

20  other than to preclude argument about that statement

21  yesterday, which is not evidence, and you'll tell the jurors

22  what the lawyers said, I know you will, including today, is

23  not evidence of anything, right?

24         THE COURT:  What the lawyers have said is not

25  evidence of anything.

*Proceedings*                                              1373

1        So I will now turn to the prosecutors.  Do you

2  intend to aver to the fact that yesterday evening a name was

3  mentioned of the next witness who, for whatever reason, is not

4  being called now?

5              MR. TUCKER:  Absolutely not, Your Honor.

6              THE COURT:  Well, there you go.  No problem.

7              Anything else?

8              MR. TUCKER:  No, Your Honor.

9              THE COURT:  Anything else, sir?  Are we ready to

10 proceed with the jury being brought in for continuation of the

11 trial?

12             MR. TUCKER:  Yes, sir.

13             THE COURT:  All right.  Mr. Jackson, please bring

14 the jury in.

15             COURTROOM DEPUTY:  I will do so, Your Honor.

16             (Pause in the proceedings.)

17             MR. TUCKER:  And, Your Honor, I understand that the

18 defense will rest and then I will begin.  Is that the Court's

19 wish?

20             THE COURT:  If the defense rests, the defense will

21 rest and then the Court will announce who is going first in

22 summations.

23             MR. TUCKER:  Thank you, Your Honor.  I am actually

24 doing the Government's summation.  Ms. Hector is doing the

25 rebuttal, just for Your Honor's information.

*Proceedings* 1374

1        THE COURT:  Well, it's nice of you to let the Court

2   know that you wish to reserve time for rebuttal and to request

3   that of the Court.  Your request is granted.

4        MR. TUCKER:  Thank you, Your Honor.

5        THE COURT:  Some lawyers neglect to request rebuttal

6   from the Court and sometimes find out that they don't have it.

7   So it's always good to request time for rebuttal of the Court.

8        It's also good to indicate that the prosecution

9   wishes to go first because sometimes the prosecution wishes to

10  go last and have the defendant go first since the burden of

11  proof beyond a reasonable doubt rests always with the

12  Government.  Some judges I know make the defendants go first

13  if they wish to make a summation.  So it's never good to

14  presume who goes first.  It's never good to presume whether or

15  not rebuttal will be allowed because you never know until you

16  know.

17        MR. TUCKER:  Thank you, Your Honor.

18        THE COURT:  You're welcome.

19        Just so we're clear, the Government will go first,

20  then the defense if it wishes to make a statement in

21  summation, then there will be rebuttal time reserved.  That is

22  the order of summations.

23        MR. TUCKER:  Understood, Your Honor.

24        THE COURT:  Anything else from either side before

25  the jury comes in?

*Proceedings*                                          1375

1          MR. TUCKER:  No, Your Honor.

2          THE COURT:  Very well.

3          (Pause in the proceedings.)

4          COURTROOM DEPUTY:  All rise.

*Proceedings*                                                     1376

1         (Jury enters the courtroom.)

2         THE COURT:  Good morning, ladies and gentlemen of

3    the jury.  Thank you for your patience and your promptness.

4    Please be seated.

5         I have been meeting with the lawyers since a little

6    bit before 9:30 this morning, and we're now ready to proceed.

7         MR. SOSINSKY:  Your Honor, the defense would offer

8    Defendant's D in evidence.

9         THE COURT:  It is admitted.

10        (Defendant's Exhibit D was received in evidence.)

11        MR. SOSINSKY:  And with that, the defense rests,

12   sir.

13        THE COURT:  Thank you.

14        Ladies and gentlemen of the jury, we will now

15   proceed to summations.  As I told you in the beginning,

16   summations are not evidence.  They are arguments of counsel.

17   We will first hear from the prosecutors.  We will then hear

18   from defense counsel, who are not required to, but obviously

19   have a right to make a summation statement, and then there

20   will be a briefly rebuttal from the Government.

21        So with that, please proceed.

22        MR. TUCKER:  Thank you, Your Honor.

23        THE COURT:  I will begin as I always do by saying

24   please speak clearly in the microphone.

25        MR. TUCKER:  Yes, Your Honor.

*Summation / Tucker*                                                1377

1        THE COURT:  Thank you.

2   SUMMATION BY

3   MR. TUCKER:

4        MR. TUCKER:  Good morning, ladies and gentlemen.

5        From the front seat of his yellow taxicab, the

6   defendant planned, directed, and executed murder.  Even as he

7   drove unsuspecting New Yorkers to their destinations in

8   Brooklyn and Manhattan, he was calling shots in Pakistan.

9   Filled with rage, he plotted and he schemed, he made threats

10  and he set deadlines.  He lectured about honor and he promised

11  bloodshed, and from six thousand miles away, he delivered

12  death.

13       The defendant made no secret of who he wanted to

14  kill - he said it over and over again - he wanted to kill

15  Shujat Abbas, the boy who had helped his daughter Amina run

16  away from the marriage that the defendant had arranged, the

17  boy who had humiliated the defendant in front of his family

18  and the rest of his village, but the defendant and the man in

19  Pakistan working under his direction could not find Shujat

20  Abbas, so they chose the people closest to him, Shujat's

21  family: his father, Mohammad Asghar, this is Government's

22  Exhibit 17, father of five, and Shujat's little sister

23  Madeeha, a 22 year old school teacher, this is Government's

24  21.

25       On the defendant's orders, they gunned down Asghar

1    and Madeeha.  They poked Madeeha with the barrels of their

2    guns to make sure that she was dead, and they left the bodies

3    in the gutter of a Chiryawala street like trash, and this all

4    happened because this defendant could not wait any longer to

5    show exactly what it means, exactly what happens to anyone who

6    crosses Mohammad Ajmal Choudhry and the rest of his family, to

7    teach a lesson, to send a message, to prove his honor to

8    Rukhsana, to Seemab, to Nayab, to the rest of the Asghar

9    family and to the whole village.

10          These were the defendant's words on February 21st,

11   2013, four days before the murder.  This is Government's

12   Exhibit 105.  The defendant said:  "I will lay down three of

13   their bodies.  I'll pick three of them if you do not come

14   back.  As long as you're outside the home, my honor is at

15   stake.  If you come back, then everything will be fine.  If I

16   survive, I will live.  Getting humiliated and living is not a

17   life."

18          And true to his threat, the defendant was not

19   satisfied with just the murders of Asghar and Madeeha.  He

20   promised Amina that he would see to it that Shujat himself

21   died for the humiliation that he had caused.  The defendant's

22   plot to murder stopped only when the agents put him in

23   handcuffs.

24          As Judge Kuntz has explained, these are closing

25   arguments, and my summation this morning is my chance to talk

*Summation / Tucker*                                      1379

1   with you about the evidence in this case, to match up the

2   testimony and the exhibits to the charges in the indictment,

3   and to demonstrate how we've proved beyond a reasonable doubt

4   that the defendant is guilty of the crimes charged.

5           Now, during this summation, I'm not going to go over

6   every piece of evidence, every page of testimony.  You've all

7   been paying careful attention, that's been obvious.  As I

8   speak with you this morning, you may think of other evidence,

9   of other testimony that's relevant or important, and I may

10  mention something that you hadn't thought about and that you

11  want to take a closer look at for yourselves, and ladies and

12  gentlemen, I encourage you do that because, as Judge Kuntz has

13  explained, you are the judges of the facts.  It's your job to

14  consider all of the evidence, use your common sense, and reach

15  a just verdict in this case.

16          Now, as you know, the defendant is charged with

17  three crimes: conspiracy to murder in a foreign country,

18  submitting that fraudulent I-130 petition, and committing

19  threats in interstate commerce.

20          Let's talk about the first charge: conspiracy to

21  commit murder in a foreign country.  Now, Judge Kuntz is going

22  to instruct you on the law.  He has the final word on the law.

23  I may periodically and in passing briefly mention a legal

24  concept, and I do that solely because I want to explain why I

25  believe certain evidence and certain testimony is relevant to

*Summation / Tucker* 1380

1    your analysis, but Judge Kuntz's word on the law controls, and

2    if something I say is different from how he instructs you,

3    obviously you should follow Judge Kuntz's instructions.

4         I expect that the Court is going to explain that at

5    the most basic level, a conspiracy is an agreement to commit

6    and accomplish an illegal goal.  Now, this charge of

7    conspiring to commit murder in a foreign country is an

8    important reason why this case has been charged here in

9    federal court, and it's why a jury sitting in Brooklyn has

10   been presented with evidence of criminal activities not only

11   that happened here in the Eastern District of New York, but

12   also evidence of violence and bloodshed that occurred

13   thousands of miles away in Pakistan.

14        This law and the reasoning behind this law are not

15   unusual or surprising.  It is a crime to stand on American

16   soil and plot to murder people in another country, just the

17   same way as it would be illegal for someone to conspire to

18   commit a murder in California or in Manhattan from your house

19   in Queens.  And ultimately, even though you've heard evidence

20   about a different culture in a far away place, your task here

21   is the same that juries have accomplished in this country for

22   hundreds of years.  You will follow the same legal rules and

23   use the same mental tools that all juries do.  While in this

24   jury box, you've been presented with evidence, the testimony

25   of witnesses who came into this court and testified before

*Summation / Tucker*                                              1381

1   you, the physical evidence, the photographs, the documents,

2   and once you've heard the lawyers' arguments and the Court's

3   instruction on the law, you will deliberate and render a just

4   verdict based on that evidence.

5           Now, here the defendant was part of a conspiracy to

6   murder Shujat and members of his family in Pakistan.  The

7   reasons, the motives behind this conspiracy are tied to events

8   that set in motion seven years ago.  Amina, visiting Pakistan,

9   saw Shujat at a wedding and something happened.  It's a story

10  that everybody in this courtroom can relate to, it's a story

11  that happens thousands of times a day in this country, in

12  Pakistan, and all the countries in between.  Amina, then 16

13  years old, developed a crush, and she started calling Shujat

14  and they started talking on the Internet, by e-mail, by

15  Facebook, and a crush turned into something more, it turned

16  into love, blind, foolish, stupid love.  But the defendant had

17  promised that Amina would marry a different boy.  He had given

18  his word to his siblings and Nisar Ahmed that Amina would

19  marry Nisar's son Babar.

20          Now, Amina loved, and of course continues to love,

21  her father very much, and she is the baby of the family and

22  she is accustomed to getting what she wanted.  So she

23  believed, obviously naively, that she would eventually marry

24  Shujat, notwithstanding the fact that she had been promised to

25  another man.  But there she made a terrible miscalculation.

*Summation / Tucker*                                    1382

1   When the defendant discovered that Amina and Shujat had been

2   talking on the phone, he brought Amina to Pakistan and then he

3   told her that she was too Americanized and that she needed to

4   learn her culture, her Pakistani culture.  So the defendant

5   left her there.  He took her away from her country, her

6   friends, her college.  He left this 19 year old American

7   citizen in Pakistan for three years, and over that time, Amina

8   and her father didn't see each other, they barely spoke on the

9   phone.  The defendant didn't come to Pakistan and Amina didn't

10  leave, couldn't leave.  Knowing that she was disobeying her

11  father, she still found ways to stay in contact with Shujat.

12  He snuck her a cellphone and sometimes they would see each

13  other for a few fleeting minutes on the village streets.  But

14  Amina's family discovered that she and Shujat were still

15  talking.  They discovered that secret cellphone.

16        Akmal, the defendant's brother, the man charged by

17  the defendant with making sure that Amina learned her

18  Pakistani culture, told Amina that she would not be marrying

19  Shujat, she would marry Babar as had been promised, and if

20  Amina had any hope that her father could be persuaded to let

21  her choose her own husband, the defendant put that question to

22  rest in a brief telephone call, one of only a handful that he

23  and Amina had over that three-year period.

24        This is from Amina's direct examination, pages 502

25  and 503, and she's testifying about that conversation.

*Summation / Tucker*                                          1383

1          "Question:  Can you tell us about that conversation?

2          " Answer:  (Pausing.)   My sister gave me the phone

3    and told me dad wants to talk to you.  So when I picked the

4    phone, he just said, I don't want to hear any more complaints

5    from you or about you, and I will kill you if you do anything

6    wrong now.

7          "Question:  At that point, had your father ever said

8    anything like that to you before?

9          "Answer:  No.

10         "Question:  Did you respond to him in any way?

11         "Answer:  No, he hung up.

12         You heard that after that, Amina learned that her

13   nikah had been scheduled, that ceremony where the marriage is

14   legally formalized, it had been scheduled two days in advance.

15   So Amina called Babar.  She told Babar that she did not want

16   to marry him, and when Akmal confronted Amina about that

17   conversation with Babar, Amina would not back down.  So Akmal

18   called his brother, the defendant, and you recall what

19   happened.  This is from page 516 of the transcript, Amina's

20   direct examination.

21         "Question:  What, if anything, did he" - Akmal -

22   "say when he got off the phone?

23         "Answer:  He told me, your father gave me -- gave

24   permission to kill you if you don't marry Babar.

25         "Question:  What happened next?

1          "Answer:  Everybody was worried, my sister and her

2    mom, my sister, my aunt.  They kept telling me to say yes,

3    that you will marry Babar or else my uncle will" - Akmal -

4    "will kill me."

5          Of course Amina gave in after that.  The nikah went

6    forward, went forward on such short notice that the defendant

7    wasn't even there.  And for a time, Amina tried to forget

8    about Shujat and then in November, there was the public

9    wedding celebration.  This is Government's Exhibit 841.

10          (The above-referred to exhibit was published.)

11          MR. TUCKER:  And the defendant, he was there for

12    that.  And after that wedding celebration, as you heard,

13    certain things were expected of Amina.  She was expected to

14    live with Babar as husband and wife, and she was expected to

15    consummate the marriage, and Amina did not want to do those

16    things.

17          So she and Shujat ran away.  One night in early

18    January 2013, she jumped into Shujat's car and they sped off

19    into the darkness together.  Even amid all the confused

20    feelings that Amina must have been experiencing at that

21    moment, sadness about leaving her home, excitement about being

22    with the person that she really loved, Amina thought about her

23    family's reputation, their honor.  She called her home in

24    Chiryawala to, as she put it, give them a heads-up about what

25    she was doing.  She told them that she was returning to the

*Summation / Tucker*                                              1385

1   United States with the help of the U.S. consulate, and she did

2   this, as she explained to you, to give her family a way to

3   save face, to explain that Amina's return to the United States

4   was their decision and not her rebellion.  That was not how

5   the defendant and his family wanted to handle things.  They

6   quickly saw through Amina's claim that Shujat wasn't involved

7   in her escape.  So the defendant and his family sent Javed

8   Iqbal to the Asghar house.  Javed called Shujat, spoke with

9   him on the phone, and told him to bring Amina back, and then

10  Javed brought Asghar to that face-to-face meeting with Akmal,

11  and in that meeting, Akmal told Asghar that if Amina wasn't

12  returned immediately, Akmal and his family would humiliate and

13  molest Asghar's young daughters.

14          Now, as you heard from Seemab and Rukhsana, these

15  events left Asghar and his family terrified and confused.

16  Remember, Shujat wasn't around.  He was with Amina.  It was

17  Asghar, Rukhsana, and their three young daughters, and the

18  family doesn't know exactly what's going on.  They don't know

19  the full details about Amina and Shujat's relationship, the

20  fact that they have been secretly communicating for six years,

21  but Asghar and his family did know that the Choudhrys are very

22  powerful, they're very influential, and they are angry.

23          This is testimony from Seemab Asghar, pages 77 and

24  78 in the transcript.

25          "Question:  Okay.  How did you feel personally when

1    you found out that Amina had left?

2              "Answer:  I was scared.

3              "Question:  Why were you scared?

4              "Answer:  So actually Amina was a girl from Ajmal's

5    family.  So they were really powerful.  So in case if you have

6    trouble with Choudhry's family, that means you are causing a

7    great, great trouble for you in the future."

8              So in the middle of the night, with Akmal's threat

9    ringing in his ears, Asghar takes his wife and his three young

10   daughters to stay in Kotla.  Of course that wasn't a

11   sustainable solution.  The family's home, the girls' school,

12   their livelihood are in Chiryawala.  So after a few days, they

13   return home and as Seemab told you, danger was everywhere.

14   People were talking about this in town.  The family was

15   afraid, and Amina is still missing.

16             As you remember, a few weeks later on January 25th,

17   2013, the Asghar family had traveled to Barnala for a funeral.

18   Now, as you've heard, funerals in Pakistan take place over the

19   course of several days, but even as they were trying to grieve

20   over the loss of their family member, Asghar and the rest of

21   his family are talking about the Choudhrys.  They're thinking

22   about the Choudhrys.  And I submit it's hard to imagine that

23   they were thinking about much else during these days.  And as

24   the family sat together that following day, January 26th,

25   discussing this growing feud, Javed Iqbal calls Asghar and

*Summation / Tucker*                                1387

1  tells him:  We want all of you to come back to Chiryawala to

2  discuss this matter.  And then Akmal got on the phone and

3  Akmal was angry, and he was clear:  Bring back Amina or we

4  will kill Shujat.

5         Now, at this point, as they both testified, Rukhsana

6  and Seemab were sensing trouble.  Even in Javed's seemingly

7  innocent offer to get everybody together to discuss this, they

8  smelled a trap and they begged Asghar to not go or at least to

9  involve the police, but Asghar still believed that with

10 Javed's help he could reason with the Choudhrys.  He still

11 didn't realize the extent of the relationship between Shujat

12 and Amina.  He doesn't know that Shujat's been involved in

13 Amina's disappearance.  He still thinks this is all a big

14 misunderstanding.

15        So Asghar and Rukhsana left their daughters in

16 Barnala and drove back to Chiryawala in their Jeep, and as

17 they passed that well just outside of their village, Akmal

18 opened fire, leaving their car, their Jeep riddled with bullet

19 holes.  This is Government's Exhibit 834.

20        And who was Akmal with on this day on January 26th?

21 Babar, Amina's husband, Nisar Ahmed, Babar's father, Mazhar

22 Iqbal, Afzal's son-in-law and Javed's cousin, Sain Ashfaq, a

23 servant for the Choudhrys who lived in the Choudhrys' home.

24        As Rukhsana testified, she and Asghar barely escaped

25 with their lives that day.  Those bullets came within inches

*Summation / Tucker*                                      1388

1   of killing him.  She told you that they went into the

2   dashboard.  She told you it was God who saved them on that

3   day.

4           Seemab learned about that ambush when her father

5   called her later that day and told her that Akmal and his

6   group had attacked them.  So Seemab, then 19 years old, called

7   Javed herself and she confronted him, and Javed denies knowing

8   anything about this ambush.  Javed told Seemab, "I have been

9   sleeping for the past two hours."  Nevermind that it's early

10  in the evening at this point, Javed said he's sleeping.  But

11  then Seemab pointed out that Mazhar Iqbal, Javed's cousin, was

12  present for that ambush, and in response to that, Javed tells

13  Seemab, "I've been talking with Mazhar for the past two

14  hours," and when Seemab confronts Javed with this obvious

15  contradiction, what happens?  Javed gets off the phone.

16          Now, in the days that follow, obviously the Asghars

17  were more afraid than ever.  Now it wasn't just threats.  The

18  Choudhrys had proven that they were willing to take deadly

19  action to carry out their threats.  They were afraid to leave

20  their home, they were afraid to send their daughters to

21  school, and that fear was amplified even further when Javed

22  came over to the house a few days later, and you heard that

23  when Javed came inside the Asghar house, he was already on his

24  cellphone with Afzal, the defendant's brother, the Nazim, the

25  Mayor.  Javed demanded that Asghar speak with Afzal directly.

*Summation / Tucker*                                    1389

1   Now, Afzal's a politician.  He makes an offer: if Amina comes

2   home, everything will be peaceful like it was before, but then

3   the defendant gets on the line.  The defendant hammers the

4   point home.  He's not subtle, he doesn't make an offer.

5          This is Seemab's direct examination, page 129, and

6   she's testifying about what the defendant said.

7          "Answer:  Sure.  He said, "if Our daughter will not

8   come back to the home, we will kill all five of you, otherwise

9   we will find your son and we'll kill him or if that is not an

10  option, just leave Chiryawala and get out of Chiryawala."  And

11  further he said, "This time we attack on your car, it was

12  threatening, but next time we will -- we will shoot all in the

13  chest or all five of you."

14         "Question:  So this is -- I'm sorry, can you repeat

15  the last part?

16         "Answer:  Sure.  He said, "This time we shoot on

17  your car.  It was threaten, but next time we will shoot in the

18  chest of all five of you."

19         The defendant's words are so telling.  They are so

20  damning.  Remember, the defendant is in the United States.  No

21  witness says he's in Pakistan on January 26th.  You've seen

22  the border crossing records, but in that call, this defendant

23  owns that ambush.  He says "we."  He doesn't say "my family

24  attacked the car."  He doesn't say "some guys attacked the

25  car."  He says we because this is the defendant's attack.

*Summation / Tucker*                                        1390

1    This is the defendant's daughter.  This is the defendant's

2    ultimatum, his promise of future violence.  The next time, we

3    will shoot all five of you in the chest.

4         You heard from Seemab and Nayab what life was like

5    after hearing those words from the defendant.  Ladies and

6    gentlemen, Asghar had his family sleeping in a shed behind

7    boxes of wheat because that was the only thing he could think

8    to do to protect them from the Choudhrys' bullets.  The police

9    weren't helping.  He and Rukhsana and their three young

10   daughters were alone in a hostile village.

11        Now, as you know, by this time, Amina was in touch

12   with federal agents here in the United States.  She had told

13   them about this January 26th ambush.  She had informed them

14   about the dangers to Shujat and his family and they began to

15   make a series of calls to the defendant, calls that the

16   defendant did not realize were being recorded.  During the

17   first phone call on February 15th, 2013 to the defendant's

18   cellular phone, the defendant tried to persuade Amina to come

19   home quietly, and then he made her a promise.

20        This is Government's Exhibit 101 at page 5.

21        "Defendant:  I am going to harass them until I find

22   you.

23        "Amina:  Why were you harassing them?

24        "Defendant:  I will harass them until I find you.

25   When you come back, I will stop doing it."

*Summation / Tucker*                                                1391

1      Just a few days later on February 20th, Amina called

2  again, and over the course of three telephone calls with the

3  defendant, with his brother Afzal, the Nazim, and other family

4  members that day, it became crystal clear that not only are

5  the defendant and his family members responsible for the

6  January 26th ambush, they're planning future violence.

7      During that first call between the defendant and

8  Amina on February 20th, the defendant tells Amina, and this is

9  Government's Exhibit 102 at pages 3 and 4:  "Until I find you,

10 nothing is going to stop.  I'm going to kill their whole

11 family.  There is only one thing, come home.  I swear to God,

12 no harm will be done to you if you come back home.  No one

13 will bother you.  Until I find you, I will go kill all their

14 members one by one."

15     The defendant continues:  "I will keep shooting at

16 them, until you come back home.  I will kill myself and I will

17 also make sure that I kill all of them."

18     Just a few minutes later, at the defendant's

19 instruction, Amina called the family's home in Brooklyn and

20 spoke with the defendant's brother Afzal, who you remember was

21 staying with the defendant at this time, and while Afzal's not

22 on trial here, his words are very important, I submit, because

23 they show you two very important things.  First, just as

24 you've heard from the witnesses, Amina was not viewed by the

25 family as only the defendant's daughter.  She is the family's

*Summation / Tucker*                                           1392

1    daughter.  She is Akmal's daughter and she is Afzal's

2    daughter, as well as being Ajmal's daughter.  The dishonor

3    that her actions have caused affects not only the defendant,

4    but the whole family, all three brothers Choudhry.

5           Second, Afzal, like the defendant, doesn't deny the

6    Choudhrys' role in this violence in Pakistan.  He takes it for

7    granted.

8           This is Government's Exhibit 103 at five.  Amina

9    says:  "First you have to stop shooting at them, then I will

10   see --"

11          And he cuts her off:  "Forget about the shooting.

12   When you do such things, God only knows what would happen

13   next."

14          His tacit admission here is powerful and telling,

15   ladies and gentlemen.

16          Then during that final call on February 20th, Afzal

17   explains to Amina why he and the defendant and the rest of the

18   Choudhry family were so dead set on murdering Shujat and his

19   relatives.

20          This is Government's Exhibit 104 at 8, and Afzal

21   talking:  "It was them who got involved.  If someone does this

22   to the parents, they do not stay alive.  Either they kill

23   themselves or kill the other party, this happens.  This is not

24   only happening to us in the world.  It's not that this is

25   happening to us for the first time, it has happened before."

*Summation / Tucker*                                    1393

1       And Afzal continues:  "Families who have been

2   dishonored, they do whatever is possible on their hands."  He

3   tells Amina:  "Ask the people you are living with or anyone

4   else, if somebody -- this is a custom of the world," he says,

5   "that if someone disgraces someone's daughter, this is a

6   matter of honor, my child.  Either they die or they are

7   ruined."

8       Now, ladies and gentlemen, Afzal's statement about

9   this happening before is important too.  As Amina told you

10  when she testified, reluctantly, this was not the first time

11  that one of the defendant's daughters had left.  It was not

12  the first time he had been embarrassed in this way.

13      One day later on February 21st, 2013, Amina called

14  her father's cellphone again, and he was in his taxicab.

15      This is Government's Exhibit 105 at page three.

16      "Defendant:  Leave them.  Why would I kill them?

17      "Amina:   Because you said this yesterday.

18      "Defendant:  Yes, only if you don't return home.

19      "Amina:  But they have nothing to do with my coming

20  over here.  I --

21      "Defendant:  Whether they have a hand in all this or

22  not, I have been humiliated in front of the entire community

23  and my siblings.  If you come back, I will have some kind of

24  an excuse for face saving.  Just come home and save me from

25  this humiliation."

*Summation / Tucker*                                   1394

1       And as you'll remember, the defendant told Amina how

2   frustrated he was that two months had passed, two months since

3   she had left, two months and he had not been able to kill

4   Shujat, he had not been able to find him yet.  And then he

5   made Amina that fateful promise.

6           This is Government's Exhibit 105 at page 6.

7           "Defendant:  Take note of one thing.

8           "Amina:  What?

9           "Defendant:  If you don't come back, I will kill

10  each and every one of them.  I will go to jail.  The entire

11  family will go to jail.  Once they will be killed then they

12  will catch.  Write it down."

13          Four days later after that call, Asghar and Madeeha

14  were dead, gunned down in the street.  You remember how that

15  day began for Rukhsana.  She awoke and she prayed and she

16  prepared her daughters for school.  And things remained tense

17  between the Asghars and the Choudhrys, so Asghar and Rukhsana

18  took precautions to try to keep their family safe.  Rukhsana

19  insisted on walking Nayab to school that day.  Asghar made

20  plans to pick up Madeeha from her work that afternoon.  On

21  that day, Javed called and told Asghar to come to Irfan

22  Uddin's house.  You will remember Irfan Uddin, he was an MPA,

23  a Member of the Provincial Assembly in Pakistan.  So Zameer

24  Abbas drove Asghar to Irfan Uddin's house on a motorcycle, and

25  as Rukhsana testified, she was very, very worried.

1      Now, Seemab had asked Rukhsana to pick her up around

2   1:30 from that van or bus stop, and as you remember, that was

3   the subject of a lot of cross-examination by the defendant's

4   lawyer.  Seemab's van was running late that day.  She and

5   Rukhsana met up a bit after 1:30, maybe 1:35, maybe a little

6   bit after that.  In any case, they were walking back toward

7   their home when they saw Zameer and Asghar and Madeeha riding

8   back toward their home on that motorcycle, and then as both

9   Seemab and Rukhsana testified, shortly thereafter they heard

10   the sound of automatic gunfire.  You remember from the stand

11   Rukhsana demonstrated that for you, ta, ta, ta, ta, ta, and

12   they ran toward it.  Now, I submit to you that's an unusual

13   idea, running toward the sound of gunfire, but for Seemab and

14   Rukhsana and the Asghar family, these were very unusual times

15   because they had been living in fear for weeks at this point,

16   fear that the Choudhrys were going to attack them again, and

17   when they saw Asghar and Madeeha and they heard those gunshots

18   shortly thereafter, they had to find out if their family

19   members were okay.  They wanted to get there and see Asghar

20   and Madeeha safe and alive and well, but you know that's not

21   what they saw.  They saw Asghar and Madeeha lying in the

22   street bleeding, shot to death, and they saw Akmal, Nisar,

23   Babar, Sain Ashfaq standing over the bodies checking them.

24   They saw Akmal poking Madeeha with the barrel of his assault

25   rifle.  They heard him say:  They talk a lot about our family

*Summation / Tucker*                              1396

1   and now I'm taking revenge.

2           Seemab, upon seeing all this, called out for her

3   father, Abu.  When that happened, Akmal and his men turned and

4   called out:  They're here.  Catch them and kill them.  So

5   Akmal and his men, still armed with those automatic rifles,

6   chased Seemab and Rukhsana, and Seemab tripped and she and her

7   mother became separated.  Seemab saw Akmal fumbling with his

8   gun as he came toward her.

9           This is from Seemab's direct testimony, transcript

10  page 163.

11          "I don't know what it was," Seemab testified.

12  "There was something in the gun.  They was pulling out that

13  part of the gun.

14          "Question:  Someone was pulling out a part of the

15  gun?

16          "Answer:  Yes.

17          "Question:  Did you see who was doing that?

18          "Answer:   All I remember, it was Akmal.

19          "Question:  I'm sorry?

20          "All I remember, it was Akmal.  That's all I

21  remember."

22          And you know, ladies and gentlemen, I submit,

23  exactly what Akmal was doing there.  He was changing out his

24  magazine, his clip, he was reloading his automatic rifle

25  because he'd already emptied it killing Asghar and Madeeha.

1   That's why there were so many of those shell casings on the

2   ground.  He was getting ready to kill Seemab because that was

3   the plan all along, because if they couldn't find Shujat, they

4   were going to get the people closest to him, they were going

5   to kill Shujat's family.

6          Now, remember what Seemab told you as she was hiding

7   after she had become separated from Rukhsana.  She told you

8   that she heard the voices of Akmal and the men who were

9   chasing her.

10          This is transcript page 164, Seemab's direct

11  testimony.

12          "Question:  What did you hear voices say?

13          "Answer:  I don't know.  One of the persons was

14  saying -- was talking on the phone.  They said that they're

15  somewhere here, it's hard to find them.  But --

16          "Question:  It -- I'm sorry, go ahead.

17          "Answer:  And people around us, it's hard for us to

18  find them.

19          "Question:  So I just want to make sure I

20  understand.  You heard someone who sounded like they were

21  talking into a phone; is that right?

22          "Answer:  Yes.

23          "Question:  And what did you hear that person say?

24          "Answer:  They are here.  People are starting

25  gathering, so it's hard to find "them".

*Summation / Tucker*                                    1398

1          "Question:  Who did you understand the "them" to be?

2          "Answer:  Obviously it was my mother and I.  We were

3     there."

4          Finally the police came, and as you heard, Seemab

5     stayed with her father's and sister's bodies as they waited

6     for Nayab to be brought to the scene from her school, and

7     Rukhsana and the police looked for Akmal and his men.  Of

8     course they didn't find them.  Akmal and his men were in

9     hiding.  They had known what was coming.  They had known that

10    after they committed these crimes, they couldn't just be

11    sitting around their homes.  They had even made arrangements

12    to take their children out of school early on that day, as

13    Nayab testified.

14          Now, as you know, the defendant was keeping careful

15    track of all of this violence in Pakistan from his house in

16    Brooklyn and from his taxicab.  He was on the phone nonstop

17    talking to the key people, and when Amina called him at 11:42

18    a.m. that morning on February 25th, the defendant made one

19    thing perfectly clear: He was not finished, this was not over,

20    because his honor had still not been satisfied.

21          This is Government's Exhibit 106 at 9.

22          "I will not leave single member of their family

23    alive.  My name is tainted everywhere in newspapers, on T.V.

24    channels, that I am a man with no honor, my daughters are

25    whores.  I have no place to show my face with dignity.  You

*Summation / Tucker*                                                1399

1    still have time.  Think about it.  In 24 hours, call me,

2    wherever you are.

3              "Amina:  What will you do after another 24 hours?

4              "Defendant:  After 24 hours, something else will

5    happen.  Another person will be gone."

6              Two people are dead in Pakistan, a father of five

7    and a 22 year old school teacher, and the defendant is still

8    plotting another murder.  He wants Shujat dead.  He won't be

9    satisfied until he gets the person he believes is responsible

10   for all of his embarrassment, all of his humiliation, all of

11   the damage to his honor.  He wants three bodies.  Like the

12   calls before, he's asking Amina, "Where is she?"  And equally

13   importantly, "Where is Shujat?  Is he coming to the funeral?"

14   Because what could be a better time to kill Shujat than at his

15   father's own funeral.  Of course Shujat didn't, he couldn't

16   attend his father and sister's funeral.  It wasn't safe.  And

17   the agents arrested the defendant at his home in Brooklyn that

18   night.

19             But how do you know that things happened this way?

20   How do you know that the defendant is guilty of conspiring,

21   planning, agreeing to murder Shujat and his family?   How do

22   you know that the Government has met its burden to prove this

23   case beyond a reasonable doubt?

24             Well, to start with, you know that the defendant was

25   a member of this conspiracy, was a leader of this conspiracy

*Summation / Tucker*                                    1400

1   from the testimony of Seemab and Rukhsana and Nayab.  They

2   gave credible eyewitness testimony about the events in

3   Pakistan, and their testimony, I submit, ladies and gentlemen,

4   is credible and consistent in every meaningful respect.

5   Seemab and Rukhsana both told you about the night that Amina

6   disappeared, and at that point, within just a few hours of

7   Amina leaving the family home in Chiryawala, the Choudhrys

8   were already accusing Asghar and his family of being involved

9   in this, Javed and Mazhar are over at Asghar's home demanding

10  that Shujat bring Amina back right away or else.

11          Rukhsana tells you about that January 26th ambush in

12  which Akmal opened fire on their Jeep and he was with Babar

13  and Nisar and Sain Ashfaq, and that account is corroborated

14  and confirmed by Seemab's testimony, including that

15  conversation when she confronted Javed about his involvement

16  in the ambush a few hours later and Javed denied knowing

17  anything about it, saying first he had been sleeping and then

18  he and Mazhar had been together the whole time.  It's also

19  established by Government's Exhibit 834, the photographs of

20  that Jeep with the bullet holes.

21          Both Seemab and Rukhsana told you about that

22  telephone call in which the defendant and Afzal both

23  threatened Shujat and the lives of Asghar's family, that call

24  where the defendant admitted his involvement in the January

25  26th ambush.

*Summation / Tucker*                                    1401

1          MR. TUCKER:  Remember his words:  That first

2   shooting was just a warning.  But if Amina is not back in two

3   hours, we will shoot you in your chest, all five of you.  And

4   of course both Seemab and Rukhsana told you about the

5   murders, about Akmal, Nisar and Babar and Sain Ashfaq and

6   others.  Armed with long guns, desecrating the bodies of

7   their loved ones, chasing them.  Nayab's testimony about

8   Zafir pulling Akmal's children out of school early, even

9   before Nayab had learned about her father's and sister's

10  deaths.

11          Ladies and gentlemen, these women came 6,000 miles

12  to testify before you, to give their account of what they saw

13  and what they heard of what had happened to them.  They

14  couldn't stay in Chiryawala.  They had to leave their home,

15  their land, everything that they had known.  And, yet, they

16  came before you and they testified.  They spoke to Asghar,

17  they spoke to Madeeha.  They told you about the fear that they

18  felt.  The devastation that they experienced at the loss of

19  their two loved ones.

20          Ladies and gentlemen, you saw their testimony.  You

21  saw them both get cross-examined in detail by the defendant's

22  lawyer.  I submit, they never wavered, not for a moment.  But

23  the proof here of the defendant's guilt goes far beyond the

24  testimony of those credible eyewitnesses.

25          Ladies and gentlemen, you have the defendant's own

*Summation / Tucker* 1402

1  words caught on tape, and I submit to you that they are

2  damaging.

3       Now, by this point in the trial you know these

4  consensual recording transcripts well. You've heard them and

5  read them several times. I submit to you, there is no

6  confusion, no ambiguity here. On the contrary, these

7  recordings are a window into the defendant's mind. They are

8  proof of the extent of his desperation, his determination to

9  employ any means, including violence and murder to get exactly

10  what he wants -- Amina back home, Shujat dead and his honor

11  restored.

12       Now, as you know, as Judge Kuntz has explained, when

13  I'm done with this summation, the defendant's lawyer gets to

14  stand up and he gets to address you. And he's going to make

15  his arguments. And I don't know what he's going to say. But

16  I suspect that he is going to try to argue, probably better

17  than I will here, that the defendant's statements were just a

18  bunch of empty threats. Maybe he'll claim that they were the

19  words of a worried father, a man prone to exaggeration,

20  emotional outbursts that don't prove anything.

21       I submit, ladies and gentlemen, you should reject

22  that argument in its entirety. Because it's simply, totally,

23  completely wrong and not supported by the evidence in any way.

24       You will remember when Agent Heck testified early in

25  this trial, we played the audio of those recorded calls

*Summation / Tucker*                                    1403

1  between the defendant and Amina, and it was probably a bit

2  tedious.  Obviously -- presumably, you don't speak Punjabi.

3  Maybe you were thinking, why are they making me listen to

4  these recordings?  Why not just focus on the English

5  transcripts?  The reason for that is that the audio here

6  allowed you to hear the defendant's tone of voice and the

7  defendant's tone of voice was very telling.

8          You remember that first call on February 15th?  The

9  defendant was obviously very, very upset.  He was crying.

10 Amina was crying.  It was an emotional heartbreaking call.

11 But there were five more consensually recorded calls after

12 that.  And ladies and gentlemen -- and you can review those

13 calls again, if you wish, during your deliberations.  But I

14 submit to you, that in those calls the defendant was not

15 emotional, he was matter of fact.  His tone was steady.  He

16 was resolved.

17         The defendant was not out of control as he said

18 those things.  He was very much in control, and that was

19 totally apparent.  It was apparent in his promises, in his

20 threats, in his words that he was going to harm Shujat unless

21 Amina returned home.  And even when he was not making explicit

22 threats, the promise, the shadow of what he was prepared to do

23 shines through in those recordings.

24         Now, I suspect that the defendant's lawyer, as he

25 did in his opening statement, is going to try to make a lot of

*Summation / Tucker*                                        1404

1  the fact that the defendant denied being involved in the

2  murders during that consensually recorded call on

3  February 25th.  And maybe he'll note that the defendant swore

4  to Amina that he had nothing to do with the murders.

5          And you will remember in Mr. Sosinsky's opening

6  statement, how he made reference to this concept of swearing

7  and oaths.  And he said that was going to be something that

8  came clear during the trial.  And it did.  Because he asked

9  Amina about it on cross-examination.  This is page 624.

10         "In at least one of the telephone calls with your

11  father on February 25, 2013, you asked him, after he said

12  certain things to you, whether he swore that what he was

13  saying to you was true, right?  Was the truth?"

14         "ANSWER:  Yes.

15         "QUESTION:  Right?

16         "ANSWER:  Yes.

17         "QUESTION:  And you can tell us when you did that,

18  that was because, as you just explained, you understand that

19  at least within your family and your culture, that if someone

20  was going to swear on the life of, for example, your mother or

21  their mother, that what they were saying had significance.

22  Right?

23         "ANSWER:  Right."

24         Take a close look at the consensual calls as a

25  whole, ladies and gentlemen.  They're all in evidence.  Don't

*Summation / Tucker* 1405

1   just look at pieces.  If you do, you might accidentally miss

2   this.  This is Government Exhibit 106 at page nine.

3           *Defendant:  I am not going to scare anyone.  I swore*

4   *on your mother but you didn't respect it.  But I swear on my*

5   *mother now and I will keep that promise.  I will not leave a*

6   *single member of their family alive.*

7           Please look at the calls as a whole.  These

8   transcripts are important.  Look at what the defendant

9   actually says.  Here's another example from that

10  February 25th call, this is Government Exhibit 106 at page

11  three.

12          ***Amina:*  *Have you done this?***

13          ***Defendant:*  *What should have been done?***

14          ***Amina:*  *I told you I will come back and I was*

15  *thinking about it, and you --*

16          ***Defendant:*  *Come back home right now.  We will be*

17  *spared.  Just come home.  It's final.*

18          ***Amina:*  *Now there's no way left.  You have already*

19  *killed them.*

20          ***Defendant:*  *Even now come back home, otherwise all*

21  *of us will be killed and so will they.*

22          ***Amina:*  *Did you kill?***

23          ***Defendant:*  *How can we kill?***

24          ***Amina:*  *Then how were they killed?***

25          ***Defendant:*  *How will I know?***

*Summation / Tucker* 1406

1          Think about the defendant's words here.  Why is the

2     defendant being so coy about his involvement in the violence

3     in Pakistan.  Why spend the first minutes of his call

4     answering Amina's questions this way?  Two reasons, I submit.

5          First, because the defendant had arranged and agreed

6     and conspired to have Asghar and Madeeha killed.

7          And second, because he wanted Amina to know that or

8     at least suspect it strongly enough that she would decide to

9     come home.

10          Now, a word about Amina, because I suspect that

11     Mr. Sosinsky is going to spend some time on her in his

12     summation, just as he did in his opening statement.  Because,

13     yes, Amina lied to the government, she lied to agents, she

14     lied to prosecutors about her relationship with Shujat.  She

15     lied about it for a long time, and she eventually admitted

16     that to the government.  She admitted it to the prosecutor,

17     she admitted it to the agents, and she admitted it to you.

18          And while no one in this courtroom will say for a

19     moment that the idea of lying to prosecutors or agents is

20     appropriate, I will say that this lie was not particularly

21     surprising, given who Amina is.  Given the family in which she

22     grew up.  With that said, both Amina and Nasreen, the

23     defendant's other daughter, whom the government called as a

24     witness, gave some pretty interesting testimony.  I'm sure it

25     was quite clear to all of you that neither Amina nor Nasreen

*Summation / Tucker*                                    1407

1   wanted to be here; notwithstanding the fact that Nasreen said

2   that she did.

3            They were in an extraordinarily tough position.  I

4   think that was obvious to everyone.  These are two young

5   people who were asked to come in here and tell the truth,

6   knowing that telling the truth would mean providing evidence

7   against the defendant, their father.  And at the risk of

8   stating the obvious, I submit that neither witness was

9   completely truthful to you.

10           As Judge Kuntz is going to instruct you, it is the

11   jury's role, your responsibility to determine whether

12   witnesses are telling the truth.  And sometimes witnesses tell

13   the truth about some things and not about other things.  And

14   it's your job to sort that out.  But as you consider Amina and

15   Nasreen's testimony, give some thought to the core points of

16   their testimony and ask yourselves whether that was true and

17   what should I disregard as false.

18           With respect to Amina.  First, Amina told you that

19   she fell in love with Shujat not long after she first saw him

20   at that wedding, and that they struck up a relationship,

21   communicating by phone and via the internet.  Is that

22   believable?  Of course it is.  I doubt even here the defense

23   lawyer will argue otherwise.

24           What's the next thing?  Amina told you that she told

25   her father, the defendant, that she wanted to marry Shujat and

*Summation / Tucker*                                        1408

1    not Babar, that she had been promised to.  She told you that

2    her father told her that she would not be allowed to marry

3    Shujat.

4            Again, I don't expect there will be any real dispute

5    here.  The defendant says as much in the consensually recorded

6    call, and this is government 105 in particular, at page nine.

7    This is the defendant speaking:

8            *I remember now.  You were telling me that you wanted*

9    *to marry Shoshi -- and of course Shoshi is Shujat, her*

10   *testimony about that.*

11           *You said you thought I'll agree.  I remember.  I*

12   *told you that I will marry whoever you want on the first day,*

13   *but not in that family because the entire family is immoral.*

14   *They are bastards.  I couldn't find another decent family at*

15   *that time.  I cannot find any other alliance.*

16           *Oh, yes.  If you had made this clear with us, we*

17   *thought that you wanted to be Shoshi.*

18           Amina told you that her father brought her to

19   Pakistan and made her stay there for three years.  Made her

20   leave her college and her life in the United States.  Well,

21   you saw the boarder crossing records, Government Exhibits 201,

22   202, 203, and 204.

23           What happened?  Amina and the defendant left the

24   United States together on November 29, 2009.  And then the

25   defendant returned on his own, on December 15, 2009, but Amina

*Summation / Tucker*                                               1409

1    wasn't with him.  The defendant left the United States again

2    in September of 2012 and returned to the United States on

3    November 27, 2012, this time with his brother Afzal.  Still no

4    Amina.  She hasn't come into the country.  She doesn't come in

5    until January 7, 2013, after she escaped with Shujat's help.

6            Amina also told you that while she was in Pakistan,

7    Akmal, her uncle, and her father threatened her life if she

8    didn't go through with the marriage to Babar.  I submit,

9    that's pretty credible, given what you know about conservative

10   Pakistani culture, how it operates, as you heard from

11   Professor Ewing.

12           Remember what the government's expert told you about

13   how violence can result when arranged marriages are disrupted.

14   This is Professor Ewing's direct testimony on page 687:

15           "QUESTION:  Professor Ewing, how does the violence

16   address the dishonor that occurs when an arranged marriage is

17   violated or disrupted?

18           "ANSWER:  Well, part of the -- I mean, the common

19   statement that people make is that my, you know, I had been

20   shamed or I have to restore my honor or the family's honor.  I

21   think part of the logic is that in terms of certain cultural

22   practices in Pakistan and certain principles, that masculinity

23   and honor are linked with being able to assert one's authority

24   and control, even when it's emotionally painful.  In other

25   words, you may, for example, love a daughter and yet feel that

Case 1:13-cr-00150-WFK   Document 104   Filed 01/12/15   Page 67 of 228 PageID #: 2226

1   you have to do this because -- to prevent or to demonstrate

2   that you're strong, that you are a strong man."

3           And the defendant admitted that he was well aware of

4   Akmal's threats, Chacha's threats of Amina's life while she

5   was in Pakistan, even if the defendant claims they were never

6   going to carry them out.  And this is Government Exhibit 105

7   at page 8.  *But you asked ChaCha to kill him,* and ChaCha of

8   course is the younger paternal uncle.

9           **Defendant**:  *I asked ChaCha?*

10          **Amina:**  *Yes.*

11          **Defendant:**  *I asked ChaCha to just to calm down the*

12   *situation.*

13          **Amina:**  *But he was about to kill me.*

14          **Defendant:**  *Oh, come on.  Nobody was going to kill*

15   *you.  We were just trying to scare and threaten you.  Giving a*

16   *threat is not killing.  No one kills their own children.  It*

17   *is just a threat to scare.  I mean, the support was asked from*

18   *you.  These were your maternal grandparents.  These were your*

19   *maternal grandparents.  I thought you will live happily.  They*

20   *will be in their home living happily.  Others are happy in*

21   *their houses.  A person living in his own home is always*

22   *satisfied.*

23          *I was looking for your happiness.  I will be*

24   *satisfied.  He is your maternal uncle's son and he is your*

25   *uncle.*

*Summation / Tucker*                                    1411

1            And then Amina went through with that arranged

2     marriage.  She told you about that.  She did it against her

3     will.  And then she ran away with Shujat because she knew that

4     she was going to have to consummate that marriage.

5            Now, to be sure, Amina's testimony was important.

6     It provided you with certain background information, a certain

7     sense of context.  But is there really anything about those

8     core parts of Amina's testimony that don't seem credible to

9     you?  I submit that it is credible.

10           Still, I expect the defendant's lawyer to talk about

11    Amina's lies, lies to the agents and the prosecutors about her

12    relationship with Shujat.  But think about this for a moment:

13    You heard and you saw Amina's testimony.  You heard her say

14    that she hopes to go home one day.  That she doesn't believe

15    that her father is guilty, should be convicted, to be

16    specific, of committing the fraudulent immigration paperwork,

17    even though she certainly never signed that paperwork, as is

18    required by law.  Having heard those things, having seen

19    Amina's testimony, do you believe Amina would be more inclined

20    to exaggerate her father's crimes or to minimize them?  She

21    told you, I was mad at him at first, but now I pray for him.

22           Ladies and gentlemen, if Amina is shading her

23    testimony, I submit, it's to the defendant's benefit.  She's

24    leaving out things that he did.

25           MR. SOSINSKY:  Objection.

*Summation / Tucker*                          1412

1          MR. TUCKER:  She's minimizing his actions because

2    that's her father.  And even after all that's happened, she

3    still loves him.

4          Nasreen was the same way.  You heard her testimony.

5    She was in a very tough spot on that witness stand.  She did

6    her very best to help her father out.

7          MR. SOSINSKY:  Objection.

8          THE COURT:  Overruled.

9          MR. TUCKER:  But think about what she lied about.

10   She testified under oath before the grand jury back in

11   November about this early morning meeting on the day of the

12   murders, February 25th, this panic family conference on the

13   third floor in which her father, the defendant, was a part.

14   But on Monday when she came into this courtroom to testify

15   before you, she told you a different story.  Suddenly she

16   believes the defendant wasn't present for this early morning

17   meeting on the third floor.

18         What accounts for this change?  Well, obviously

19   November 2013 was much closer in time to the incidents about

20   which she was testifying about the actual murders.  And maybe

21   her memory has faded.  That happens to the best of us.  That

22   happens to everybody.  But when I reminded her about her prior

23   testimony, she still denied it.  What changed?

24         Well, she told you she had spoken to the defendant

25   since she testified before the grand jury, and she had spoken

*Summation / Tucker*                              1413

1   to her family, and she decided to change her story, to try to

2   help out her father.  But you know the truth.  He was there.

3   The defendant was there.  He and Shakeel and Khalil and the

4   rest of the family, they were all there early in the morning

5   talking about the murders that had just happened in Pakistan.

6   And you know that just as surely as you know that the family's

7   reputation was hurt when Amina ran away.  Just as Nasreen

8   testified in the grand jury, just as she denied when she was

9   testifying in front of you.

10          Ladies and gentlemen, you know that the defendant is

11  guilty of conspiring to murder Shujat and his family members

12  because the evidence proves it.  The eyewitness testimony is

13  confirmed by the recordings of Amina and the defendant.  And

14  Amina and Nasreen's testimony confirms that the recordings

15  mean exactly what they seem to mean.  All of this together

16  proves that the defendant was part of an illegal agreement

17  with Akmal and Mazhar and Javed and Nisar Ahmed and Babar and

18  Sain Ashfaq and others to kill and murder Shujat and Shujat's

19  family members.

20          But even beyond this testimony, I don't understand

21  this evidence, these recordings.  You have the document, the

22  objective proof that corroborates and confirms the testimony.

23  And it shows that the defendant not only had a motive here, he

24  had opportunity.  What does that mean?

25          It means that the defendant was in touch with all

*Summation / Tucker*                                    1414

1    the people who were committing this violence in Pakistan.  He

2    was speaking with the key players in Pakistan at the critical

3    times.

4            Now, you heard about the phone evidence and the Taxi

5    and Limousine Commission or TLC evidence.  It was complicated.

6    It wasn't the most interesting testimony.  It was a little bit

7    tedious, but it was necessary.  Because the phone and TLC

8    records show and tell you a great deal about the defendant's

9    comings and goings and who he was speaking with during those

10   critical times.  What are those critical times?  Well, there's

11   the January 26th 2013 ambush and the February 25, 2013

12   murders.

13           So let's start with the January 26th ambush.  We're

14   looking at Government Exhibit 721, it's in evidence.  This is

15   the summary chart that Agent Lee testified about.  The day

16   before the ambush, January 25th, who was the defendant

17   speaking with?  He's speaking with Javed.  He's speaking with

18   Akmal.  And as you remember, Javed is the one who called

19   Asghar and his family while they were at that funeral in

20   Barnala.  And during that call, both Javed and Akmal told

21   Asghar that he would -- he should return to Chiryawala

22   immediately with Amina.  And of course Akmal, he is the

23   shooter in that January 26th ambush.  That's what Ruhksana

24   testified.

25           And on January 26th, sure enough, the defendant was

*Summation / Tucker*                                        1415

1   speaking with Akmal repeatedly throughout that day.  As I

2   said, ladies and gentlemen, the call records show opportunity.

3   They show the defendant was in contact with Akmal and others

4   who were involved in that January 26th ambush.  The call logs

5   are consistent with the government's other proof, that the

6   defendant was intimately involved in planning that ambush and

7   was seeking updates about whether it had succeeded.

8           Now, the other critical date, of course, is the

9   February 25, 2013 murders.  And that call activity is captured

10  here in Government Exhibit 722.  And what it shows is

11  striking, ladies and gentlemen.

12          As Agent Lee testified during that 24-hour period,

13  from 10 p.m., on February 24th to 10 p.m. on February 25th,

14  the defendant made 114 calls, more than twice his normal daily

15  call line.  Now, on cross-examination the defendant's lawyer

16  asked a lot of questions about those calls that lasted less

17  than a minute.

18          Word on that.  First, as you understand, not every

19  call that last less than a minute is a dropped call.  That's

20  just not true.  That's not correct.  But conceding for a

21  moment that there were a lot of short calls during this day,

22  consider the significance of that just for a moment.  Think

23  about your own lives.  When things aren't urgent and you call

24  a family member and they don't answer, maybe you leave them a

25  message, maybe you don't.  Maybe you think, I'll call them

*Summation / Tucker*                                    1416

1   back later or maybe they'll see my missed call and they'll

2   call me back.  But what about times when things are urgent?

3   What about when you need to reach a family member or a friend

4   or a co-worker.  That's when you call over and over again.

5          You don't call a far away family member and speak

6   for a few minutes and then hang up and then call them right

7   back, unless you have a reason.  Unless something's going on

8   that you're keeping close track of.  And that's exactly what

9   Government Exhibit 722 shows.

10          Now, you know the situation starting on

11  February 24th in Brooklyn.  The defendant had this

12  conversation with Amina three days earlier, on February 21st,

13  when he's pledged that he's going to lay down three bodies,

14  that he's going to kill Shujat and Shujat's family.  The

15  wheels are in motion.  The defendant is out working, as he

16  customarily did at night.  And he gets this phone call from

17  this phone number that belongs to Nisar and Babar.  Nisar, of

18  course -- Babar, of course, is Amina's husband and Nisar, of

19  course, is Babar's father.

20          The defendant gets this call and he takes a fare, a

21  taxi fare from Manhattan to Brooklyn, and that ends up being

22  his last taxi fare of the night.  He goes home.  I submit he

23  goes home to 817 Foster Avenue in Brooklyn, and he makes lots

24  and lots of calls throughout the rest of the night -- makes

25  and receives.

1           And you know this is unusual.  Government Exhibit

2    606 shows you that.  The defense lawyer's opening was right

3    about one thing.  The defendant is a hard worker.  He worked

4    long shifts.  During the preceding two months his average,

5    excluding commute time, was seven hours and 39 minutes.  His

6    average shift end time was 2:48 in the morning.  But not on

7    February 24th.  On that day he works well under three hours.

8    He's done at 10:32 p.m.  And ladies and gentlemen, that is a

9    big deviation from his normal behavior, and that is really

10   important.

11          Just one more thing on the TLC records.  On

12   cross-examination the defendant's attorney, when he was

13   cross-examining Agent Lee, tried to suggest that Sunday nights

14   were the night that the defendant always worked shorter

15   shifts.  That was the usual routine.

16          Ladies and gentlemen, take a look at the underlying

17   records.  Take a look at Government's 602.  On page 33 of

18   Government Exhibit 602, you can look at the defendant's shift

19   on that preceding Sunday, February 17th.  You'll see that on

20   that night, that Sunday night the defendant started his shift

21   at 7:41 p.m., and he worked until 4:02 a.m. Monday morning.

22   That is more -- longer than his average

23   seven-hour-and-39-minute shift.  The defendant doesn't always

24   work shorter shifts on Sunday.  That's just not supported by

25   the evidence.

*Summation / Tucker*                                    1418

1          What the evidence does show is that on the night

2    that Asghar and Madeeha were killed in Pakistan, ten hours

3    ahead, the defendant worked the shortest shift that he had

4    worked since he'd come home from Pakistan on November 27,

5    2012, by a significant margin.

6          Now, Government Exhibit 722 shows that once the

7    defendant stopped driving his cab at two -- on February 24th,

8    after that last fare that ended in Brooklyn at 10:32 p.m.,

9    Brooklyn time, he's on the phone nonstop, from 10:09 p.m. to

10   12:50 p.m. the next day.  Fourteen hours of calls.  Calls with

11   the people Seemab and Rukhsana saw holding guns and

12   desecrating the bodies of Asghar and Madeeha on that street in

13   Chiryawala.

14         The defendant speaks to Javed.  He receives a call

15   from a phone used by Nisar and Babar.  He speaks to Sain

16   Ashfaq.  Now, as you can also see, the defendant had numerous

17   conversations during this period, as he did on January 25th

18   and 26th, with the phone we called the AK phone.

19         Who is this person?  Well, we know it's a Pakistan

20   phone number, and we know it's saved in the defendant's cell

21   phone as AK.  And the defendant's cell phone and the

22   corresponding Cell Bright report are in evidence as Government

23   Exhibit 330 and 331.  And we know that it has significant

24   context with the defendant's cellular phone, both around the

25   time of the January 26th ambush and around the time of the

*Summation / Tucker*                                    1419

1   February 25th murders.

2          I submit, ladies and gentlemen, AK is another

3   conspirator, another member of this conspiracy.  Someone in

4   Pakistan working to facilitate the defendant's goal of killing

5   Shujat and Shujat's family.

6          Now, one other important thing about this phone

7   analysis.  There's this call at 11:43 a.m.  This is on page

8   four of Government Exhibit 722, and it's 14 minutes long.  And

9   it's from this number, it says 3454.

10          Well, who is that?  It's Amina, of course, calling

11  with the agents, making that final consensual recorded call on

12  February 25th; that's in evidence as Government Exhibit 106.

13          And remember what the defendant tells Amina, when

14  he's claiming that he had nothing to do with Asghar and

15  Madeeha's murder.  This is Government Exhibit 106-F4.

16          *Amina says, to Pakistan, father, you have already*

17  *killing people in Pakistan.*

18          And the defendant says, *Oh, I did not kill.  We did*

19  *not kill.  You should just come back home.*

20          ***Amina:*  *Then who killed them?***

21          ***Defendant****:  How do I know.  I was sleeping.  How do*

22  *I know?  I was sleeping.*

23          Ladies and gentlemen, look at Government Exhibit

24  722.  That is a complete lie; a complete lie.  The defendant

25  wasn't sleeping.  He's been on the phone all morning.  He's

1   been on the phone since the previous night.  He's been at

2   meetings with his family members on the third floor.  He's

3   been talking to the people in Pakistan.  Why is he lying to

4   Amina about this?  Why would an innocent man choose to lie to

5   his daughter about this fact?  Because he's not innocent,

6   ladies and gentlemen.  He's guilty.  He's guilty of conspiring

7   with others to kill Shujat and Madeeha and Asghar.  He did it

8   because he was humiliated.  He was furious at Amina.  He was

9   determined and he was lethal.

10          Now, as Judge Kuntz will instruct you, merely

11  agreeing with others to murder isn't enough to be guilty of

12  conspiring to commit murder, under this statute.  The

13  defendant must prove that the defendant committed some overt

14  act in furtherance of the conspiracy.  And here the government

15  has alleged ten overt acts.  You need only find that we've

16  proved one beyond a reasonable doubt.  And it doesn't even

17  have to be one of the acts that we've alleged.  You just have

18  to find that the defendant did something to further this

19  conspiracy.  Here are the ten overt acts that we've alleged.

20          Now I'm going to talk to you about them in

21  categories.  They are overt acts arising from the calls with

22  Javed and Nisar and Babar and Akmal and Mazhar.  And those are

23  pretty self-explanatory.  Those were calls where the means by

24  which the defendant was keeping track of and directing the

25  progress and planning the murder conspiracy that he was a part

*Summation / Tucker*                                          1421

1   of.

2           After all, as the defendant himself made clear in

3   his statements to Asghar and during his calls with Amina --

4   Amina was his daughter.  Her actions had caused him

5   embarrassment.  It was his choice, he said, during the

6   February 21st call, to carry out the violence against Shujat's

7   family.

8           The money transferred to Akmal on February 5th,

9   that's here, the fourth overt act.  That's also pretty

10  straightforward.  You remember the Western Union records,

11  which are in evidence as Government Exhibit 1000.  The

12  defendant sent Akmal $900 in Karachi on that day.  And

13  Karachi, as you can see from Government Exhibit 30-A, it's

14  quite far away from Gujrat and Chiryawala.

15          There has been plenty of testimony about how the

16  Choudhries owned land, had wealth and had property in

17  Chiryawala.  But at that time on that date for some reason

18  Akmal was far from home.  He needed money and the defendant

19  sent him money.  I submit, that that payment was the defendant

20  funding Akmal's search for Shujat.

21          Finally, ladies and gentlemen, we've charged the

22  consensually recorded calls with Amina as acts in furtherance

23  of this conspiracy.  How are they overt acts?  Because the

24  defendant had an agenda during each of those calls.  He did

25  not just want to get Amina home -- although that was certainly

1    one of his goals.  He wanted to kill Shujat.  So any chance he

2    got, the defendant tried to get some information about

3    Shujat's whereabouts, because maybe Amina and Shujat are

4    together.

5              "Where are you?"  The defendant asks on that

6    February 15th call.  "Are you staying with someone or are you

7    at an organization?  What time do you have?"  The defendant

8    asks, one time.  "Are you staying in a shelter?"

9              And on that February 25th call, the defendant is not

10   being subtle any more, he gets very direct.  "Is Shujat coming

11   today?  Is he coming today?"  He wants to know is Shujat

12   coming to the funeral.  You see, the defendant wants to know

13   where his target is, and he's milking Amina for any

14   information he can get.  And in just the same way the

15   defendant knows that the things he's saying to Amina, the

16   threats he's making during those six consensually recorded

17   calls, they are going to get back to Shujat and Shujat's

18   family.  They are going to put Asghar and Rukhsana and the

19   rest of the Asghar family in fear for their lives.  And that

20   fear will drive him to make decisions.  Decisions like

21   agreeing to drive from Barnala to meet with Javed and Akmal.

22   Decisions -- like Asghar's decision to meet at the house of

23   Irfan Uddin on the day of the murder. Irfan Uddin, Javed,

24   people that the Choudhries control.  These are decisions that

25   put Asghar and his family in locations where the Choudhries

*Summation / Tucker*                                    1423

1    would be in a position to exact their deadly revenge.

2             Ladies and gentlemen, as I said, you can find any

3    one of these overt acts proved, and that's sufficient.

4    Indeed, if you find that the defendant did anything to further

5    the conspiracy, that will satisfy this element that the

6    government proved an overt act.  I submit that the most

7    compelling element that the defendant took action in

8    furtherance of this murder conspiracy, is the one based on

9    common sense.

10            Amina is his daughter.  Her actions dishonored him.

11   It was his problem.  It was his conspiracy to direct.  You

12   should find the defendant guilty of Count 1.

13            That concludes my summary of the evidence relating

14   specifically to Count 1, and you will be relieved to know that

15   my summation with respect to the other two charges is

16   significantly shorter.

17            The next count relates to the fraud and the I-130

18   petition for alien relative.  Now, just a quick word on this.

19   The defendant, the witnesses, even the lawyers from time to

20   time during the trial have referred to visa or visa fraud.

21   And that's just verbal shorthand.

22            As you heard from the officer from USCIS,

23   Elana Morrell, the relevant document here is not a visa

24   application.  It was an I-130 petition for alien relative, and

25   it is in evidence as Government Exhibit 501.  But as you also

1    heard, the I-130 is the first step by which people can get

2    visa's and from Visas is green cards and from green cards

3    citizenship.

4           Now, the fraud here is straightforward.  Amina did

5    not sign this document.  She did not sign Government Exhibit

6    501.  It was dated December 1, 2012 and Amina was in Pakistan.

7    And she's testified, as many witnesses have testified and as

8    the boarder crossing records show.

9           Officer Morel made clear that having someone else

10   sign an I-130 isn't permissible, even if you're okay with

11   doing it.  Because the actual petitioner needs to sign this

12   document in order to confirm and attest that the information

13   it contains is accurate.

14          Now, Amina's told you she didn't sign this document.

15   I submit that you know exactly who did sign.  The signature is

16   pretty distinctive.  It's Nasreen.  You have several samples,

17   Nasreen's signature, Government Exhibit 503, her

18   naturalization document; Government Exhibit 405, that grand

19   jury subpoena, she endorsed in the corner; and Government

20   Exhibit 504, her U.S. passport application.

21          I encourage you to look at these documents and look

22   at Government Exhibit 501.  The J, I submit, is tell tell.

23   Now, of course Nasreen denied signing this document when she

24   testified before you.  She said her father told her that he

25   had signed it.  In any event, the defendant has also admitted

1   to fraudulently submitting the I-130.  He's admitted to it

2   multiple times.  He's talked about it in the consensual

3   recordings.  And even in that interview, after he was arrested

4   with Agent Maguire.  And under the law, as Judge Kuntz will

5   explain it to you, the defendant is guilty.  Whether he is the

6   person who actually puts pen and paper -- as Nasreen now

7   claims -- or whether he directed Nasreen to do it.  That's

8   aiding and abetting, as Judge Kuntz will instruct you.

9           Ladies and gentlemen, I submit there can be no

10  serious debate on this charge.  This isn't an issue of

11  marriage fraud or whether the marriages were real or anything

12  like that.  That's not what this count is about.  It's very

13  simple:  Did Amina sign Government Exhibit 501.

14          MR. SOSINSKY:  Objection.

15          THE COURT:  Overruled.  It's just argument.  And he

16  said he's going to be brief and he mentioned the word relief,

17  which we're going to have as soon as he finishes his argument.

18  We'll take a ten-minute comfort break and then we'll hear from

19  defense counsel and rebuttal and then I will give you the jury

20  charge.  I know he's going to be brief.  I just know it.

21          MR. TUCKER:  I'll move onto the last count.  The

22  last count is communicating threats and interstate commerce.

23  The government's proof that the defendant made these threats

24  is the consensual recordings that we talked about between the

25  defendant and Amina transcribed and translated as Government

*Summation / Tucker*                                   1426

1    Exhibits 101 through 106.

2           Ladies and gentlemen, these threats to murder Shujat

3    and his family are true threats.  The defendant took them

4    seriously when he made them.  Amina took them seriously too.

5    She admitted that she was afraid for Shujat after she had

6    these conversations with the defendant.  During these calls

7    with Amina, the defendant frequently mentioned times in the

8    past when he used violence to defend His Honor.  Like the time

9    the defendant referred to his prior dispute with the Uddin

10   people.  Remember, he told Amina:  I've been humiliated before

11   here and I don't want it to happen again.  The last time I had

12   a fight with the Uddin people, because they taunted me, that I

13   can't find my daughter first before I talk to them.  You know

14   about that fight with the Uddin.  Right?

15          I'm not going leave them like this.  I had fired his

16   gun at him three times, and he did not stop.  Whenever I get a

17   chance I will kill them.

18          Amina understood what the defendant meant.  And you

19   understood.  And remember, these threats all happened after

20   the January 26th ambush.  After Akmal and his men fired upon

21   Rukhsana and Asghar in their jeep.  Everybody knew and

22   understood what the defendant was capable of and that was

23   confirmed by murders on February 25th.

24          Now, the government must also prove that these

25   threats traveled in interstate commerce.  That was the reason

*Summation / Tucker*                                       1427

1   I asked Agent Heck all those questions about sector and calls

2   being patched through Orlando.  That's how you know the calls

3   crossed state lines.

4           And as Judge Kuntz will instruct you, it's not

5   necessary to -- for the government to prove that the defendant

6   intended to cross state lines or even that he knew it was

7   happening.  It's enough to prove that they did cross state

8   lines.  And here you heard, that for that call on

9   February 15th, that first call on February 25th, those calls

10  were initiated by a sector in Florida and transmitted to the

11  defendant in New York.

12          And during that February 20th call, that's when the

13  defendant told Amina.  Nothing is going to stop.  I'm going to

14  kill the whole family.  I will kill myself and also make sure

15  I will kill all of them.

16          Now, even though all the recordings contain threats

17  explicit or implicit.  Only the conversation in Government's

18  Exhibit 101 and 102 crossed state lines.  However, I submit to

19  you that those other conversations, the ones that follow 103

20  through 106, are very important for your deliberations;

21  because they provide the broader context that's necessary to

22  see the threats in Government's 101 and 102, as what they

23  really were -- true threats.

24          The final element the government must prove here, is

25  that the threats were transmitted by defendant knowingly and

1    intentionally.  Meaning, that it wasn't an accident.  Ladies

2    and gentlemen, these transcripts make clear that the

3    defendant's words were no casual slip of the tongue.  They

4    were calculated.  He knew exactly what he was doing when he

5    said it.  You should find him guilty of Count 3.

6            Now, that's my summary of the government's evidence

7    in this case.  And I submit that the evidence supports

8    verdicts of guilty on each and every one of the three counts.

9    But before I conclude, I would like to briefly address the

10   defense witnesses that you heard from yesterday.

11           Now, as Judge Kuntz explained before and I expect he

12   will explain again, the burden of proof rests solely with the

13   government.  We have to prove the case beyond a reasonable

14   doubt.  That is a burden that we embrace.  The defendant had

15   no obligation to do anything.  He had no obligation to call

16   witnesses or to present evidence.  But he did present

17   evidence.  He did call witnesses.  And since he did, you must

18   consider this evidence and these witnesses with the same

19   careful scrutiny that you've applied to the government's

20   witnesses in this case.

21           Now, the evidence, as you recall, presented by the

22   defendant was that read back, the testimony from Nazia Khanum

23   and the testimony from Nasir Ahmed and Waqas Ali, you heard

24   yesterday.  I suspect that the defendant's lawyer may argue

25   that these witnesses cast doubt that Rukhsana and Seemab and

1    Nayab were where they said they were when these horrible

2    events happened on February 25th.

3           That you should believe Nazia Khanum, that two

4    unknown men committed these murders.  And that Seemab was

5    still at school when all this happened, according to the

6    stories of Waqas Ali and Nasir Ahmed.

7           Ladies and gentlemen, I ask you to take defense

8    argument to its ultimately conclusion, which is Rukhsana and

9    Seemab and Nayab are at best, horribly confused or at worst

10   lying through their teeth entirely.

11          It would mean that when Seemab described the terror

12   that she felt as she and her mother ran away from Akmal and

13   his men, that was just a story, just a lie.  It would mean

14   that they made up the fact that Seemab stumbled as Akmal and

15   the men cased her.  It would mean that Rukhsana fabricated

16   those details about how she and Seemab became separated.  A

17   mother so terrified that she left her daughter behind to hide

18   because she couldn't think of anything else to do.  Pure

19   survival instinct.  Pure flight.  It would mean that when

20   Seemab told you about how she watched Akmal reloading his

21   automatic rifle so he could gun her down, just the way he

22   gunned down Asghar and Madeeha.  She was just making that up.

23          Ladies and gentlemen, you must ask yourselves, do

24   you really believe that?  You saw Seemab and Nayab and

25   Rukhsana.  You saw their emotion.  Do you think that was all

*Summation / Tucker*                                    1430

1   for show?  Or do you think that the defense witnesses, who I

2   submit all had serious problems with their memory and all had

3   obvious motives to lie, to Choudhry's money, their political

4   influence.  Their ability to cause violence.  Isn't that the

5   testimony that you should be disregarding?  I submit that you

6   should.  It was not credible.  It was not reliable.  It was

7   not true.  The government's evidence is credible.  You should

8   credit the government's evidence and you should base your

9   verdict of guilty on that evidence.

10          One last point about the defense case.  You heard a

11  little bit yesterday and I suspect you'll hear more about this

12  exhibit, Defense Exhibit D.

13          Now, to start with, we don't know anything about

14  Defense Exhibit D, how it -- where it came from.  There was in

15  police witness who came in and authenticated this document.

16  It wasn't Mr. Ali, as you will see, he's not the person who

17  wrote this.

18          Now, I'm not sure exactly what defense counsel is

19  going to argue about this document.  I suspect he's going say

20  that somehow it casts some doubt on where exactly Rukhsana and

21  Seemab were at the time of the murder.

22          Ladies and gentlemen, trust in what you saw.  Trust

23  in the witnesses that you heard from.  This document doesn't

24  raise doubt with respect to the government's witnesses.  Trust

25  in the testimony that you heard, the live testimony.  What

*Summation / Tucker*                           1431

1  this document does, is you'll see make clear that Seemab and

2  Rukhsana were present for these horrible events.  But it

3  doesn't tell you a lot more, I submit.  And that is the danger

4  with unauthenticated documents.

5         MR. SOSINSKY:  Objection, your Honor.

6         THE COURT:  Overruled.  It's just argument.

7         MR. TUCKER:  Ladies and gentlemen, this is just my

8  argument.  As the court's instructed you before, you got to

9  base your verdict on the evidence.  But I submit, this is not

10  evidence that can you rely upon.

11        Ladies and gentlemen, that concludes my summary of

12  the evidence in this case.  And as I'm sure you will remember,

13  when Ms. Gandy stood up before you last week.  She told you

14  that the government would prove its case beyond a reasonable

15  doubt.  That the defendant was guilty of the crimes charged.

16  And I submit, that's exactly what we've done.

17        Next, the defendants lawyer will have his chance to

18  make his arguments to you and then Ms. Hector will give the

19  government's rebuttal.  And then after Judge Kuntz instruct

20  you on the law, the case will be yours to decide.  You'll be

21  called to use your common sense to reach a just verdict.  And

22  you will remember, as you begin your deliberations, that you

23  have taken an oath to follow and uphold the law, even if it's

24  unpleasant or it's difficult.

25        From his taxicab in New York City, the defendant

1  called shots in Pakistan.  He promised violence and he

2  delivered death.  He did so because he believed that His Honor

3  was more important than the lives of Asghar and Madeeha.

4         Ladies and gentlemen, the events about which you've

5  heard testimony during the past week and a half are tragic.

6  Absolutely tragic.  Amina made a terrible miscalculation, a

7  fatal underestimation of what being with Shujat might cost

8  both her family and Shujat's family.  She felt that she was

9  entitled to choose where she would live, where she would go to

10  school, and whom she would marry.  She was, to use the

11  defendant's own words:  Too Americanized for her family.

12         But you know that Amina's actions, these boldly

13  personal decisions for herself could never, never justify what

14  the defendant did.  They could never justify, not for a

15  moment, the bloodshed, the suffering that he caused to the

16  Asghar family, to Rukhsana and Seemab and Nayab.  Three women

17  who have quite literally lost everything because of this

18  defendant.  Seemab and Nayab have lost their father, a man

19  they obviously love and respected; they've lost their sister.

20  Rukhsana has lost her husband, her daughter.

21         And now they find themselves in this strange

22  country, a place where they never wanted to live, starting

23  over from worst in square one.  It's a tragic business.  And

24  the one solace that they may find here, is unlike in Pakistan,

25  where, as the defendant himself said on those consensually

*Summation / Tucker*                                              1433

1   recorded calls, people can be bribed and judgments can be

2   brought.  This is the United States.  Here, murder is not

3   tolerated.  Here, a jury decides.  Here, there is law and

4   there is justice.

5             You should find the defendant guilty.  Thank you.

6             THE COURT:  Ladies and gentlemen, we will now take

7   our 15-minute comfort break.  Please do not talk about the

8   case.  You will then hear from defense counsel, there will be

9   rebuttal, you may get jury instructions and you will begin

10  your jury deliberations over lunch which has been ordered for

11  you and will be in the jury room for you when we give you the

12  case.  So 15 minutes we will be back after the comfort break.

13  Again, do not talk about the case.  Thank you.

14            (Jury exits courtroom at 12:53 p.m.)

15            THE COURT:  All right, the jury has left the

16  courtroom.  Do we have any procedural motions at this point?

17            MR. TUCKER:  Not from the government, your Honor.

18            MR. SOSINSKY:  No, sir.

19            THE COURT:  All right, 15-minute comfort break and

20  then we will have defense summations and prosecution rebuttal.

21            (Recess.)

22            (Continued on the next page.)

23

24

25

*Proceedings*                                                1434

1            (In open court.)

2            COURTROOM DEPUTY:  Judge Kuntz is now presiding.

3            (Defendant enters.)

4            THE COURT:  All right.  We have counsel and we have

5     the defendant present.

6            Do we have any procedural issues before we bring the

7     jury in?

8            MR. SOSINSKY:  No, sir.

9            MS. HECTOR:  No, your Honor.

10           THE COURT:  All right.  Would you bring the jury in,

11    please, Mr. Jackson.

12           (Pause. )

13           THE COURT:  Do you have everything you need up

14    there, Mr. Sosinsky, water, Elmos, uppers, whatever you need?

15           MR. SOSINSKY:  I think so.

16           (Pause.)

17           THE COURT:  I don't know whose device that was that

18    just pinged, but turn it off.

19           (Pause.)

20           (Jury enters the courtroom.)

21           THE COURT:  Thank you, ladies and gentlemen of the

22    jury.  Please be seated.  We're now going to have summation

23    from defense counsel, Mr. Sosinsky.

24           Again, this is argument.  That will be followed by a

25    brief rebuttal by the prosecution, and then you will get jury

*Summation / Sosinsky*                                    1435

1   instructions from me and then you will begin your

2   deliberations over lunch, which is being delivered even as we

3   speak.  Mr. Jackson is picking it up from downstairs.

4              Okay.  You're on, sir.

5              MR. SOSINSKY:  Thank you.

6              THE COURT:  You're welcome.

7   SUMMATION BY

8   MR. SOSINSKY:

9              MR. SOSINSKY:  Good afternoon, ladies and gentlemen.

10             About two weeks ago on the Sunday before we

11  convened, there was this World Cup soccer game going on, the

12  subject that's on a lot of people's minds lately, what with

13  the loss of the soccer team that took place while we were here

14  in court doing serious business.  But in that game, which was

15  a very exciting game, the United States led until there were

16  literally seconds left in that match.  Many of you, I'm sure,

17  either watched it live or certainly read about it.  It was an

18  incredible finish.  In fact, we learned right after that that

19  in the history of the World Cup, that was the latest goal that

20  was ever scored, it was with seconds left and it changed the

21  entire outcome of the game, and for anybody who left a viewing

22  party, a party at a friend's house, the comfort of your living

23  room, if anyone left before those last seconds of the game

24  took place, you would have missed an incredible event that

25  changed the outcome.

*Summation / Sosinsky*                                    1436

1      I was thinking before I stood up today about how to

2 impress upon you the importance of certain things that take

3 place late in the game, but that I hope, especially in light

4 of what I was trying my best to make clear to you throughout

5 the course of the trial, that you could relate to this.  So

6 let me get right to it.

7      Mr. Tucker, the prosecutor, who eloquently summed up

8 to you this morning, told you that he really didn't know what

9 I, the defense attorney in this case, was going to make of an

10 exhibit that the Court told you yesterday was in evidence,

11 it's called Defendant's Exhibit D, because according to the

12 Government, what it does is it shows, if nothing else, that

13 Rukhsana Kousar and her daughter Seemab were witnesses, saw

14 these killings that took place on February 25th, 2013.  Again,

15 although I as a lawyer may have failed to drive home certain

16 points to you, no matter how hard I tried to you during the

17 course of this trial, I know one thing, I know that you all

18 will remember that I pressed certain witnesses on times, on

19 sometimes, not on every time that was out there in the case,

20 but on times that were relevant to the question in this murder

21 or conspiracy to commit murder case.  And like any murder case

22 in the history of trials where people like you come in from

23 the community and have to decide in a murder case what to

24 believe and what not to believe, your role here is no

25 different than any jury who sat where you are in this

*Summation / Sosinsky*                                    1437

1   courthouse, across the street in state court.  You listen to

2   evidence, you pay careful attention to it, and hopefully

3   certain things are important to you in making determinations.

4           The fact that these murders, these shootings took

5   place in Pakistan, I hope, I pray, doesn't mean that you will

6   utilize a different manner of evaluating absolutely critical

7   points like time, like where witnesses claim to have been when

8   they made observations.  And I say this to you because I am

9   really, really concerned somehow, because we're talking about

10  Pakistan and not Park Slope, we're talking about a distant

11  place the prosecutor tells you 6,000 miles away, that somehow,

12  somehow when we get down to it and I show you where people

13  claim to have been in the past a year-and-a-half ago versus

14  what they swore before you here with all the sympathy and the

15  understandable emotion there, and I'm not downplaying any of

16  that - I have my own children, I have my own family - no one,

17  no one certainly not on my side, is claiming that this is not

18  heart wrenching for everybody, okay, but it doesn't change the

19  rules of engagement.  Being in Pakistan doesn't mean you

20  should be making excuses in this murder case on these issues.

21          I hope you all recall that the witnesses, in fact

22  they were asked by the prosecutors, where they were and where

23  they were coming from.  I'm talking about Rukhsana Kousar and

24  Seemab Kousar, where they were when they made these

25  observations, and it was crystal clear, putting before you

*Summation / Sosinsky*                                    1438

1    what's in evidence as 42A and B.

2              (The above-referred to exhibit was published.)

3              MR. SOSINSKY:  Crystal clear that they both

4    described having seen what they claim to have seen in the spot

5    that I asked, respectfully, of the witness to mark as

6    "standing."  "Standing," right here, right around this corner

7    that we heard much about and where we learned Government

8    Exhibit 806 was taken.  As one turns the corner, this is what

9    one sees.

10             (The above-referred to exhibit was published.)

11             MR. SOSINSKY:  And so not a lawyer's trick.  Their

12   witnesses simply asked where were you when you tell this jury

13   you made these observations?   And where it's marked

14   "standing," that is as one approaches but has not yet

15   completely turned the corner is what was identified, and the

16   testimony will support that, as where they were standing when

17   they made the observations.  And in fact, the testimony, as it

18   were, describes the witnesses being some area a little bit

19   further back here (indicating), and they were each asked to

20   describe what they saw there.

21             Now harkening to that last minute or few minutes of

22   that World Cup soccer game, I put before you Defendant's

23   Exhibit D.

24             (The above-referred to exhibit was published.)

25             MR. SOSINSKY:  Forgive me, I'm not very good at

*Summation / Sosinsky*                              1439

1    this.

2              (Pause for counsel to adjust the document.)

3              MR. SOSINSKY:  You can see, folks, that the corner

4    there's all this cluster over here (indicating), okay, but the

5    corner that you were just looking at is right here

6    (indicating).  Rather than use my finger, I'll use this pen,

7    but that's the corner that appears on the handwritten map that

8    in a year-and-a-half the Government in meeting with their

9    witnesses here in the United States came up with to sort of

10   give you a good indication of where people were.  And this

11   document, a police document, as it says in the top of it, from

12   back in February 2013, right where the letter F, as in Fred,

13   appears shows what?

14             We'll turn to the second page.  It reads:  "Spot F:

15   This is the spot from where complainant Rukhsana Kousar and

16   witness Seemab Asghar saw the incident."

17             Can you all see that?

18             So to be clear, and I beg you to take this into the

19   jury room with you, please, when you begin your deliberations

20   to try to figure out, at least in part, what was going on

21   here, this document at F, according to the legend on the same

22   document, completed it appears that day, February 25th, 2013,

23   places both of those witnesses not around the corner from

24   this, but down a straightaway street making observations

25   looking down towards the end of the block before there is any

*Summation / Sosinsky*                                              1440

1   corner.  And to give you, unfortunately, the best perspective

2   we have based on the evidence that's been introduced to you,

3   that would be being somewhere down here (indicating) on the

4   straightaway before wherever's looking at the corner, okay,

5   down here.  This is Government Exhibit 806.  Please compare

6   this and compare Defendant's Exhibit D and, most importantly,

7   Government Exhibit 42A and B and where it says now before you

8   that they're standing.  Because on the diagram that was taken

9   that day that I just showed you with the F, that day it was

10  reporting that they were down here (indicating), Seemab and

11  Rukhsana Kousar.  And I am not, I promise you, I'm not being

12  disrespectful to anyone's death.  I'm a lawyer.  I'm an

13  advocate the same way the Government attorneys are advocates.

14  They're making arguments that they hope you will adopt.  I'm

15  not telling you that there was no loss of life.  That's not

16  what I'm saying, but you are jurors who have to decide a case

17  without passion, right, without prejudice, without sympathy

18  for anyone.  No sympathy for my client, none, but no sympathy

19  for anyone.

20         And why do I say that?  Because when we get

21  involved with sympathy, when we get involved with feeling bad,

22  when we get involved with appeals to emotion and why would

23  they and how could they, as opposed to evaluating the evidence

24  that's before you, there is a real risk, a palpable risk, a

25  risk that certainly from where I'm sitting that you will feel

1   that you will start to make excuses for these significant

2   differences in where people claim to have been before we turn

3   to the issue of time, which I mentioned a few minutes ago.

4          These are no small matters when you evaluate whether

5   people were in the position to see what they claim to have

6   seen in this murder case, in this conspiracy to commit murder

7   case, because if there is a real question, and I hope as a

8   result of the information contained in that exhibit created

9   maybe that day, it looks like that, and where it says Rukhsana

10  Kousar and Seemab Asghar were and it's nowhere near where they

11  now tell you.  Although in the case of Rukhsana Kousar,

12  please, if you recall the testimony, she wasn't being too

13  friendly with me in terms of being helpful:  Where do you say

14  that you were?   She was having great difficulty on

15  cross-examination answering those questions.  But in any

16  event, they are in a completely different spot than the report

17  indicates.

18         Now, the prosecutor at the end of his summation

19  arguing, as he can and as he must, that you should give no

20  credence whatsoever to the defense witnesses, one of whom we

21  took her testimony from Pakistan, it was introduced to you

22  under a rule of criminal procedure, the judge told you, that

23  directs that you consider her testimony as you would any other

24  witness here at trial.  It's before you.  And then these two

25  other witnesses, and it obvious was a difficult moment for me

*Summation / Sosinsky*                                    1442

1   putting on this Manzoor Ahmed who is functionally illiterate

2   and has trouble spelling, but I hope maybe one of you by the

3   time you left and maybe thought about what he was asked about

4   and what he wasn't asked about and what they think they were

5   able to establish through their questioning and what they left

6   alone, I hope someone perhaps caught on to this fact, or

7   facts: the man drives a private school bus or van for a

8   living, not much of a living probably, but a living, and you

9   can be functionally illiterate and do that.  You can give out

10  your card to the parents of students and children who use that

11  van every day that has a cellphone listed so that they can

12  call you if there's any reason to be contacted.  He drives

13  that van.  He picks up children, students from young to what

14  they call college age, which here we would call high school

15  age, and he takes them from that village to a nearby village

16  and he does it six days a week.  In the morning he takes them

17  and in the afternoon he starts picking them up and bringing

18  them back to town.  He knows the students, the children who he

19  drives.  He lives in the village, and if you believe anything

20  on their side, you know everybody knows everybody's business

21  for some reason in this village, right.  You heard everything

22  about that throughout the course of this trial:  We heard this

23  and we learned from this and the people were saying this and

24  we couldn't go here.  He lives there.  He drives that van.

25  You recall that there was much ado made about this private

1    issue versus public bus, and the Government made it an issue.

2    I stood up midway through the trial and I asked one of the

3    case agents when you were getting into this question of

4    describing the bus, the van that she came on, it was described

5    to you as a private van and that the stop for that private bus

6    or van was located nearby a public bus stop.  Those were not

7    my words, those were the words that were described in the

8    past.  Why is this important?   Because all of a sudden, when

9    the trial begins and the Government well knows that the

10   defense will call the driver of that private bus or van, now

11   it was a regular old public bus with some guy collecting

12   fares, walking up and down the aisles collecting fares from

13   people, but that's not what it was at all, and the Government

14   never, ever suggested in any question or otherwise that this

15   man doesn't drive a bus, doesn't take kids to the five, six

16   schools that he told you about, and most importantly, most

17   importantly, that he was not transporting that girl back and

18   forth to school.

19           They didn't challenge him on that.  He did and he

20   told you he picked her up and it makes absolutely perfect

21   sense that the police would be involved in making sure that

22   the other children are secured.  It's funny, on one hand, the

23   Government agrees with respect to the other daughter that that

24   went on, right, that the police are going on a motorcycle to

25   her school to pick her pick up.  Why?   Why didn't they just

*Summation / Sosinsky*                                    1444

1    let her come home in the regular course, right?   No, 'cause

2    there's concern about this.   So the Government accepts that,

3    but doesn't accept the concern that the police would have been

4    concerned as well about the other daughter and had her met at

5    that bus stop by police officers.

6             And despite all of the other failings of this

7    illiterate man, and believe me, I wish he was the Pope, I wish

8    he was the greatest witness in the world, you know,

9    credentialed and otherwise, the man is a private bus driver in

10   a small village in Pakistan who flew here last week.   Yes, we

11   confess, had his ticket paid for by their family.   What other

12   way could this happen?   The Government has been paying for

13   all of these other people.   You heard about money over the

14   course of time, and I'm not being critical or castigating, but

15   this is defense.   This is a defense.   They have to be brought

16   over here to present to you, and now there are questions

17   asked.   By the way, the judge will tell you what a lawyer asks

18   a witness is not evidence, right.   It's the answer the witness

19   gives that governs.

20            So all of this insinuation that the reason everyone

21   is doing this is because the Choudhry family, the man who

22   lives in the basement of his home, sleeps there, you heard,

23   with eight other adults, kids, all of this is happening

24   because they are rich and powerful.   I'll touch on that in a

25   minute.   Doesn't explain, doesn't explain why this bus driver

*Summation / Sosinsky*                                          1445

1   says on that day, as he did other days, he picked up the girl

2   and drove her back to town.   Received a phone call from the

3   police telling him do not let anyone come to that bus.

4   They're worried.   They're worried family may be attacked.

5          I don't think there's any challenge to the fact that

6   that's the police officer who went and got the other daughter.

7   He wasn't challenged on that in the least.   They say the other

8   daughter was met by police officers at the school, right.   So

9   we bring the police officer who actually did that and now all

10  of a sudden, he can't be believed because we flew him over

11  here.   He is, what, after the trial ends there's somebody out

12  in the hallway giving him cash or something?

13         Folks, you know the other daughter was picked up at

14  school by a police officer.   He tells you that his SHO sent

15  him to meet the bus with Seemab Asghar on that bus.   Is that

16  outrageous?   Is that an outrageous suggestion?   It becomes

17  outrageous only, only because it requires you for a moment to

18  consider the possibility, the possibility before you saw

19  Defendant's Exhibit D that maybe much of what you heard, much

20  of what was presented to you during the course of the trial

21  was not truthful.

22         Is the police officer making up the fact that he

23  went out there and met that bus?   And by the way, if he's

24  making up that fact, if he's making up that testimony, if that

25  is just conjured up, right, then why, knowing that, is he also

1  testifying that some time thereafter he and his colleagues are

2  running around looking for people who Rukhsana Kousar is

3  telling the police these guys did it.  That part, oh, that's

4  true.  The Government says that's true.  You heard Mr. Tucker

5  earlier today talk a little bit about that:  They were nowhere

6  to be found, they're in hiding.  Well, this is one of the

7  police officers who participated in looking for people at that

8  point in time, looking for men.  So again they want to have it

9  both ways.  They want you to accept the fact that he was

10 there, he picked up the one daughter, he was part of a team

11 that was doing those things, but God, no, he wasn't a person

12 who met that bus driver and took the other daughter off of the

13 bus.

14         Now, timing.  If this case concerned, among other

15 things, a shooting that had taken place in Brooklyn or on

16 Hempstead Turnpike or in Suffolk County and you knew from the

17 evidence that those murders took place at 2:30 in the

18 afternoon and then witnesses who claimed to be eyewitnesses to

19 it came into court and through, I hope, polite questioning,

20 but important questioning, you were able to see that just

21 using their own numbers, their own testimony that they would

22 have to have been at a different location than they claimed to

23 have been at that moment, I know it would cause you or any

24 reasonable jury to look with skepticism upon what they're

25 saying, and this gets back to that issue that I raised earlier

1   which is the fact that events that take place in Pakistan

2   should not, I beg you, change your role, your duty to

3   carefully scrutinize, to look closely at these issues.

4            So that if you knew a shooting, a murder took place

5   here in Brooklyn and, based on the other evidence in the case,

6   the witnesses would have to have been home at that time and

7   yet they claim to have been witnesses, before you get to the

8   fact that they put themselves in two completely different

9   places according to the handwritten drawing that took place in

10  court versus Defendant's Exhibit D, it would matter.  It has

11  to matter.  It has to matter.

12           So when the witness, the first time, the first time

13  was asked not by me, but by one of the prosecutors

14  approximately how long does it take you to walk from that bus

15  back to your house and says, again not by me, it's in the

16  transcript, I believe it's page 140, it takes 20 to 25

17  minutes, and when the witness was asked:  Did you speak to

18  your mother that day about what time to meet you at the bus?

19  And the witness answers yes, again when the prosecutor's

20  asking questions before I even stand up, and the witness says

21  yes.  What did you say?   I said:  Mom, make sure you're there

22  at 1:30.  You can have it read back, it's there, it's in the

23  transcript when they're asking questions, just a few lines

24  after it takes 20, 25 minutes to get home, and then the

25  witness is asked:  And did your mom meet you at the appointed

1    hour, the appointed time?  And the witness says:  Maybe then,

2    maybe five minutes later.  This is evidence in the case.  This

3    is important evidence.  This is not evidence that's to be

4    disregarded.  And then if you do math, if you follow along

5    with their estimations of time, and I politely, but

6    importantly, my role, gave the witnesses every benefit I

7    could, I took then instead of 20 to 25 minutes, because the

8    next time the prosecutor asked about this it was so it took a

9    half-hour.  It goes from 20 to 25, the very next question

10   later 10, 15 minutes later, so it took you about a half-hour.

11   The Government understands that this is a real issue, but even

12   affording all of that, it places both witnesses home at 2:00,

13   2:05, 2:10.  And it's not like they -- it's not like either

14   one of them offered you "well, on the way, you know, we

15   stopped off and went to this guy's house or that guy's house,"

16   right, "we went off on some tangent."  It wasn't that at all.

17   It was 20 to 25 minutes and then it was a half-hour.

18        The point is, again thinking about it if we were

19   dealing with a case that took place outside here or in

20   Bushwick, if you know what time the shooting is and you know

21   what time based on their witnesses' accounts this take place,

22   the answer cannot be, where the defendant is presumed

23   innocent, "ah, that doesn't matter, it doesn't matter."  It

24   can't be.  It shouldn't be, in good conscious.  You can't just

25   cast aside stuff like that.  You can't make excuses for the

*Summation / Sosinsky*                                    1449

1    Government's evidence.  You have to consider that in

2    evaluating it, and yes, it's true, you need to consider that

3    along with all the other evidence in the case.  But again,

4    that doesn't move, there's no change in any of that stuff.

5    It's when asked:  I told her to be there, we talked about it,

6    at 1:30.  Maybe it came at 1:30, 1:35, and it takes 20, 25,

7    okay, a half-hour.  No explanation whatsoever for how we get

8    to 2:30 and no explanation whatsoever other than time is wrong

9    and no one's looking at watches and phones.  Well, that stuff

10   would matter if it was here, right?   Again, it should matter

11   over there.

12          No explanation for this is the spot where Rukhsana

13   Kousar and Seemab Asghar saw the incident, not around the

14   corner where we had testimony during the course of the trial,

15   was shown photographs and markings and all of that.

16          But, you see, it's the defense witnesses that I hope

17   in combination with that business of getting in at 1:30, it's

18   claimed, and looking at the difference between 42A and B and

19   Defendant's D, Defendant's D that shows where they were on

20   that day they claimed, the defense witnesses explain what's

21   going on.  And in a sense, I guess, if you believe much of

22   what the Government argues to you, it does make sense.

23          There's this belief, this ongoing determination that

24   these people are out to get us, right.  Nazia Khanum, she

25   testified, and it's trial evidence here for your

1    consideration, that she saw the shooting.  She's a school

2    teacher.  She comes into town.  She sees this motorbike go by

3    with the three people on it.  She then sees the shooting.  She

4    describes, and the Government had all the opportunity in the

5    world to ask her questions then as they would here in court

6    and as I did, what she saw, and it was not these people who

7    these witnesses claim they walked right up to even though

8    these people had been out for their lives, according to them,

9    for a month or two by that point in time.  Nazia Khanum tells

10   you:  That's not true.  I know who those people are.  These

11   two gunmen, these two gunmen were not those people.  She

12   describes them to you and then she tells you:  Rukhsana

13   Kousar, I know who she is.  She's not there.  She was not

14   there.  The daughter was not there.  There was barely anyone

15   on the street.  I saw the men leave.

16           And then what?  What tells you that her testimony

17   as compared with these two witnesses actually makes more

18   sense, is more believable?  What is it?  Please don't lose

19   sight of this:  Who's driving the motorbike?  The man they

20   want you to forget all about, this fellow, this relative of

21   theirs, cousin, Zameer Abbas.  According to everybody, he's

22   driving that motorbike.  He had been called or asked or

23   questioned to the family home.  There's actual blood

24   relations, cousin, the father's daughter is his mother --

25   father's niece, forgive me, is his mother.  He's called there

 1    after a shooting because he knows how to operate the motorbike

 2    and no one in that house drives it.  So he's asked to come

 3    over there.  He runs errands, goes to the grocery store for

 4    them, drives the daughter to school, back, apparently takes

 5    this man that day on the motorbike to some appointments,

 6    including this politician Irfan Uddin.  But the two witnesses,

 7    the two witnesses when they give the account of what happened

 8    when they got to the scene, it's quickly right afterwards,

 9    right.  I asked them:  You ran down, you got there quickly,

10    it's only close by.  And neither one of them sees this person

11    who they conceded later, yes, was also shot, was in the

12    hospital.  How is that possible?   If you're there and the

13    guys who just did this, all seven, eleven of them armed with

14    either, as it's referred to, machine guns or automatic rifles,

15    are standing there, how is it possible if that actually

16    happened - and it didn't - that you don't see the third

17    person, the driver of that motorcycle, your relative, leaving,

18    getting out of there?   How is that possible?   You think it

19    happened that way?   They're there like this (indicating),

20    they're there so quickly that these people are still hovering

21    over bodies, pointing guns, talking so they can hear them,

22    these two witnesses who we find out were down here and not

23    where they claimed (indicating).  How is it that they have no

24    idea what happened to Zameer Abbas, the driver of that bike,

25    the bike that went flying into this iron bed or whatever it

1    was thrown into the road?  Alone I suggest to you that that

2    tells you that this doesn't make sense.

3            That's before you turn to the part of this that even

4    the prosecutor earlier today had to acknowledge is a little

5    strange, I mean a little bit strange to suggest that hearing

6    gunshots and with that history that both of them, their first

7    inclination is to run right there, and it's worse than that

8    because when I'm asking them questions, it doesn't stop with

9    getting close enough to see.  They actually put themselves

10   this close, maybe closer, just using, Madam Juror, you, as an

11   example to where this is taking place.  All these men with

12   machine guns after your life you say you saw, no one sees

13   Zameer Abbas and they're running right up to it.

14           Nazia Khanum, on the other hand, who doesn't, we

15   learn, really know Zameer Abbas, she knows him as a relative

16   of her neighbor on the roof, you look out on the rooftop it's

17   across the street, it's Asghar's house.  She's seen him.

18   She's seen him driving the family around.  She sees, after the

19   two gunmen leave, she sees him get up at some point and she

20   describes him, was asked about his leg or legs were injured,

21   and he goes in the direction of the house at which he was

22   staying, at Rukhsana Kousar's house, and Nazia Khanum of

23   course is in some fear while watching what she did.  She

24   testified that she was actually worried that this gunfire

25   could be turned in her direction.  She backed up, she told

1   you, and then after the gunmen had moved off and after she saw

2   Zameer Abbas head back to the house, which we know was only a

3   minute or so away, she gets up and eventually leaves, but she

4   saw that.

5           And then what else did she say, which I submit to

6   you helps to explain just a little bit about what's going on

7   here?  She says after telling you that Rukhsana Kousar and

8   her daughter Seemab were not there, and you should know that

9   based on the testimony you heard yesterday between the bus

10  driver and the policeman who explained what happened that

11  afternoon and I believe for good reason, she tells you that

12  she sees when she gets to her home going up on the roof, and

13  you can see in the pictures there's a million villagers now on

14  the roof, you heard from various witnesses they had gathered

15  in the street as well, the police are arriving, and she tells

16  you that quickly she sees Rukhsana Kousar leaving her home,

17  Kousar's home.  She doesn't have her head covered at that

18  point in time.  People are reacting rather than doing what you

19  might do otherwise if you have time to think, to reflect, to

20  worry about convention, and she sees her move to the scene,

21  crying, screaming, understandable at that point in time, and

22  then the police arrive and she testifies about seeing the

23  daughters there in the company of the police.

24          The point is as compared with the accounts of

25  Rukhsana Kousar and Seemab Asghar, I submit to you Nazia

1   Khanum's account at least seems to reflect what you know had

2   to have happened.  There was a third person shot there driving

3   this who was in the hospital who's their relative.  She sees

4   that.  She sees that these two witnesses, government's

5   witnesses, are not there.  She sees Rukhsana come then from

6   her house because people are coming out of their homes,

7   they're hearing things, right, coming down to see what's what,

8   you can see evidence of that even when the police are there

9   some time later, and that's what I submit to you happened on

10  that day.

11          So what does that mean and how does that help to

12  explain perhaps, although we don't have the burden of proof,

13  how does that help to explain perhaps this business of:  What

14  time did you tell your mother to meet you?  1:30.  She got

15  there about 1:35.  It took 20, 25, maybe a half-hour to get

16  home.  It helps to explain why here before you and under oath,

17  and that matters, the witness is referring to coming around

18  the corner standing and where the bodies were, standing by the

19  way, she says, together with her mother.  Make no mistake

20  about it, we're talking about both of them.  It helps to

21  explain why here they're in a completely different spot

22  (indicating) where the letter F says they were on that date.

23  According to what they were telling the authorities this is

24  the spot where Rukhsana Kousar and Seemab Asghar saw the

25  incident.  They had their minds made up about who's

1    responsible for this, and they proceeded accordingly, and

2    that's how you get to the issues I've just been discussing

3    with you for a while.

4         The next question is what to make of it.  Does it

5    make sense that people are walking up to, that these two

6    people in particular, if the rest of the story is all true,

7    it's all accurate, it really, really happened that way in

8    Pakistan, not Patchogue, if it happened that way that they're

9    going up to seven men with machine guns who obviously at this

10   point before they can even recognize who it is that's been

11   harmed are there brazenly with villagers, people on the

12   street, right, no hired hit men.  We heard about payments of

13   $900 in Karachi.  We heard about rich and powerful people who

14   can afford to do anything.  Not with some stranger or hit man,

15   but there themselves, broad daylight, 2:30 in the afternoon in

16   front of God knows how many people.  That's the theory, but

17   that theory includes then, necessarily, that the two witnesses

18   are running up to people with submachine guns, and more

19   importantly, at that point in time, that all of the people

20   with submachine guns, not one of them, although they say

21   turned their attention to them, not one of them fired a bullet

22   in their direction, at them.  Does that make any sense

23   whatsoever given what they tell you this was all about?

24        You heard from witnesses about the rat-a-tat-tat,

25   right, of automatic gunfire.  Does it make any sense, seven,

1  eleven men with guns chasing people?

2          And by the way, further proof that there's no

3  mistake here when the witnesses were asked where they ran, and

4  you'll take a look at this, but it's all completely on the

5  other side of where that corner is where the shooting is and

6  where they previously placed themselves as down here

7  (indicating).  You'll see, this is all perfectly consistent

8  with the claim that they observed this as they turn the corner

9  and then they ran back in this direction "house where I ran"

10 and although it says "mother's house," as you hopefully

11 remember, the witness wrote that as the house where her mother

12 ran.  Again, if they're down here and they're making the

13 observation, they couldn't possibly be running back this way.

14 They have to be running right past all these gunmen right over

15 the bodies.

16         So if it is that, if it is that, then what to make

17 of the rest of what you heard here in court?  If there is a

18 serious question, and I really hope there is, folks, I hope

19 based on the things I've been talking about now for a little

20 while about whether or not the people are where they claim to

21 have been, there's documents in evidence, received in evidence

22 to show this to you, there is the questions that were asked,

23 there is the time issue, there are defense witnesses.  Well,

24 then how should you treat the testimony then of the same

25 people who brought you that when there is a terribly, terribly

*Summation / Sosinsky*                                    1457

1  sympathetic story being told really?  And the answer is I hope

2  that you treat it the same way that jurors treat accounts in

3  court all the time, and that is for you to determine what the

4  truth is, not giving the Government the benefit of any doubt.

5  There's nothing the judge will tell you about giving them or

6  their witnesses the benefit of any doubt.  The only thing

7  you'll hear about presumptions under the law is that the

8  defendant is entitled to that presumption of innocence.

9           Juries are always called upon to decide these

10 questions, and what I'm saying is where the defense has done

11 their level best to show you that the people were not where

12 they claimed they were.  In fact, one of them was on a bus

13 coming back, on a private bus, as the witness has said

14 previously, coming back to that area at the time, met by the

15 police at that bus, where another one was not on the scene

16 with that daughter, but was coming from her home, as were

17 other villagers when they heard gunshots, and then the

18 witnesses come into court and tell you things about other

19 things that went on, you treat it with skepticism.  You treat

20 it with great skepticism, and you should.

21           And so, when you hear from the same witnesses about

22 overhearing basically every telephone conversation known to

23 mankind in this trial, every single one, whether the witness

24 or one of them said was on speakerphone or not, they could

25 overhear, they could overhear, is that not an effort, is that

1   not an effort, I ask you, to embellish what someone is saying?

2   Think about it.  Think about it in your life.  Is that common?

3   You're there with your wife, your son and they're talking on

4   phone and you can hear what's going on on the other end of the

5   phone and it happens all the time?   And then I asked one of

6   the witnesses:  Are you saying that the speakerphone just

7   happened to be on by chance?  And she says no, it wasn't on by

8   chance.  She was asked that in the past by people who were

9   interested in learning more about her account.  This is Seemab

10  Asghar.  And then you learn that that's exactly how it was

11  described when that issue was pressed:  Yeah, it happened to

12  be on speakerphone just by chance at the funeral.

13          Many of these things, although they sound appealing

14  and they're part of a handsome narrative, upon closer

15  scrutiny, I hope, I hope when you use your common sense and

16  life experience you say they're trying too hard, they're

17  trying too hard.  Every conversation everyone can hear.  None

18  of this is a result of what somebody said to one another.  And

19  we get into rumors.  We heard testimony about rumors in town

20  about a girl running off.

21          This is serious stuff and deserves serious attention

22  on your part in thinking about what these things mean.  People

23  claim to be inside of interior rooms in a house running away

24  from scenes and yet being able to hear people speaking on the

25  phone, again not on speakerphone this time, but talking into a

*Summation / Sosinsky*                                    1459

1   phone when you're inside of a house trying to get away from

2   the street where people you claim are out there with machine

3   guns chasing you down but not firing a single bullet.  And you

4   heard the testimony from Rukhsana Kousar that she was in there

5   for, quote, more than an hour inside this person's house or

6   bathroom within a house, and you heard yesterday from the

7   police officer that there were gunshots heard, there was a

8   call made about 10 to 14 minutes later directing him and

9   others at that check post, the checkpoint, to go from there to

10  the village of Chiryawala, and although there was some

11  cross-examination about how this man, this police officer

12  stationed at a check post where he tells you that he and

13  others assigned to that duty are stopping trucks and vehicles

14  and inspecting them and looking in there for whatever it is

15  that they look for, somehow because he didn't go running at

16  that moment, what, the same guy who they agree was going

17  raiding houses, the same guy they agree was picking up the

18  other daughter was making up a story now because he didn't run

19  off?   And he told you:  Actually, that's where I'm assigned

20  to.  I can't just leave.  I'm waiting for a call, which came

21  just a short while later from a superior officer directing him

22  and others to go there on their motorcycles down to the scene,

23  and you can see in some of the photographs how many police

24  officers eventually showed up there, and this is one of his

25  duties.  If you think that a police officer is making up a

*Summation / Sosinsky*                                           1460

1    story about responding to a scene, and they don't say he's

2    making the whole thing up, only that part about meeting on a

3    bus.  Yeah, he went to pick up the other daughter.  Yeah, he

4    was involved with raiding homes, not very helpful, but the

5    part about meeting on the bus, he's making that up and one of

6    the ways you can tell is because when he heard gunfire, he

7    didn't immediately leave his post and run into a nearby

8    village.  In the face of his testimony, you can't do that.

9    You got to wait for instructions from a superior at that

10   moment and that's what he did and that's what he then

11   proceeded to do.  Go ahead, throw out his testimony because he

12   had to wait for a phone call from a boss to tell him that it

13   was okay to stop stopping cars at a check post and get to the

14   scene where all of these other police officers were

15   responding.

16            Or because someone doesn't bring their cellphone

17   from Pakistan to the United States where it wouldn't possibly

18   work, that he's making up a story.  Have any of you ever been

19   to Europe, South America?   Do your cellphones work when you

20   bring it there?   Or do you leave it at home when you know it

21   doesn't work unless you have a special type of phone.

22            Let's talk for a moment about this 1-130, this visa

23   that's been discussed, I would agree, as the visa application.

24   In the context of what you heard from Amina Ajmal, I submit to

25   you there's no crime that was comitted by my client or any

*Summation / Sosinsky*                                          1461

1   other family member here.  All of her testimony, all of her

2   testimony, which includes an acknowledgement that not once or

3   twice or three times, but for months on end, and I hope this

4   is important to you as well, folks, for months on end she was

5   meeting with numerous agents, with attorneys, prosecutors, and

6   lying about I guess what someone considered to be significant

7   when they're going through it because she was later called to

8   account, castigated for that, told this was not acceptable,

9   right.  So it's easy now in retrospect in front of a jury to

10  try to downplay or tell you lying to federal agents about the

11  whole story behind how and under what circumstances you came

12  to leave Pakistan is really understandable, it's no big deal.

13          Well, if it's not a big deal, then what about the

14  testimony from that same witness that she was warned

15  repeatedly at the start of each session that making false

16  statements, lying about anything, any question posed to her at

17  that meeting was criminal, was a crime for which she could be

18  arrested and prosecuted.  That stuff doesn't matter now when

19  it's their witness.  It doesn't matter anymore.  She lied from

20  just talking about when she arrived in the country from

21  January through up to and including August.  That's a long

22  time, is it not?  It's a long time on a calendar and it's a

23  long time when, as you heard, there's scores of meetings

24  taking place.  And after each meeting is taking place she's

25  picking up the phone with this fellow Shujat Abbas to compare

*Summation / Sosinsky*                    1462

1   notes.  Not to compare notes about just what they said about

2   their relationship.  That's not her testimony.  Her testimony

3   was:  We went over everything that they asked us and every

4   answer that we supplied.  That's what her testimony was.  It

5   wasn't let's just discuss, you know, how we can frame our

6   relationship in a way that will help both of us.  That's not

7   what the testimony was.  The testimony was after each meeting,

8   at which, by the way, she was asked, she told us, about

9   contacts with that person, with Shujat Abbas, after the last

10  time she had met, right, that she was in contact, either in

11  person or on the telephone, with that person, Shujat Abbas,

12  and they went over exactly what she had said and what he had

13  said when speaking with those same people.  So just to set the

14  picture, please, folks, she is specifically told:  You are not

15  supposed to be discussing your story, your account with

16  anybody, let alone this person.  She says she understands.

17  She understands that this is serious business, and then after

18  that meeting takes place, she is doing the exact opposite.

19  That is, she is going over each and every thing that has been

20  discussed at that meeting, and he's doing the same.  And then

21  they're being asked when is the last time you spoke with one

22  another, and they're accounting some of it, but not this other

23  stuff about rehearsing all of that information by going over

24  it, by comparing notes.

25            If that's a small deal for any of you, then tell me

*Summation / Sosinsky*                                    1463

1    why this is a big deal.

2              (The above-referred to exhibit was published.)

3              MR. SOSINSKY:  If leaving a meeting, right, if

4    leaving a meeting after you've gone over the fact that you

5    need to be honest, you need to be truthful, you cannot lie,

6    you can't misrepresent, and you're not allowed to have contact

7    with another person, this is a federal investigation, don't

8    speak with this person, you can't speak about this, and for

9    eight months you're violating that and you're violating it and

10   you're coming back and telling the same people:  No, I

11   understand.  Yes, yes, yes.  No, I spoke, but it was about

12   this, he told me this about his mother, why is that not

13   serious business?   Why is that not the type of thing that you

14   should be evaluating in whether or not you're getting the

15   whole story here, the true story, the whole truth and nothing

16   but the truth, as the oath requires, doesn't it?   So that's

17   not a big deal, right, lying to them for eight months at

18   least, but as she told you, and as has gone on in her family

19   and I submit to you scores of other immigrants' families where

20   one family member or another will help out another in filling

21   out a form or writing or signing in connection with

22   immigration and other type things, that no one calls a crime

23   until -- no one would ever call a crime until it comes into

24   the context of her having to come back to the United States,

25   you learned later, with Shujat Abbas here who she acknowledges

1   since 2008 she's wanted to be together with, at least, maybe

2   earlier, how is that not a very, very serious matter, but

3   someone in her family, as she says, without her objection,

4   signing this for her?

5          And think about this, as I said to you when they

6   first started, it's not a case where someone is being paid to

7   say that they're someone's husband or wife, and that goes on,

8   this type of scam goes on all the time.  People take nice

9   pictures at Rockefeller Centre at Christmastime and you give a

10  phony address and say "we're happily married" and after

11  immigration or somebody says okay, you know, you're off in

12  another direction.  In this family, as you heard, and it's

13  really not ours to judge.  I mean, it's certainly nothing that

14  I or you would ever do, but they marry for generations,

15  cousins, their relatives.  Not only them, by the way.  You

16  heard from an expert that this goes on in Pakistan and in

17  other countries, this arranged marriage, marrying family

18  members, even cousins, close cousins, been going on, and that

19  the men in those relationships will sign documents for the

20  women.

21         And now in this instance, under circumstances where

22  she tells you, her testimony is, and I realize the judge will

23  tell you what the law is and one thing he'll tell you it's not

24  what a witness says and that includes a witness from the

25  immigration authority who told you what is and isn't allowed

1    or not.  You'll listen to the judge's instructions on the law,

2    that's what counts.  But Amina Ajmal, so you would think knows

3    what went on here and the circumstances herself says this is

4    not visa fraud, and the reason she's saying that is whatever

5    else was going on, whatever competing interests, whatever,

6    they call it threats and perhaps it went on at some point, but

7    she is married, she's married, she has a ceremony, she has a

8    celebration, and we'll talk about that celebration in a

9    moment, it really happened, and in the case of the rest of her

10   family, this is Exhibit 1A, in the case of the rest of her

11   family, it results in and what's not pictured here, although I

12   asked, results in children, grandchildren, offspring.  No

13   information that anyone is not happy or that somehow the

14   children's lives who are a byproduct of this practice, either

15   in their family or any of the other millions of families who

16   engage in that type of thing are somehow worth less or they

17   can't be happy.  That's what has gone on there.

18           And so the timeline on the filing of the I-130 is

19   there is this religious ceremony, a nikah that takes place,

20   you heard, it was actually first.  I had to get this from

21   Amina, it was planned for March 2011.  She says she didn't

22   know much about that, but for some reason it didn't go through

23   then, so about a year later, March 2012 this religious

24   ceremony, nikah, take place, and you learned from witnesses

25   before her that that's a ceremony that has witnesses.

*Summation / Sosinsky*                                    1466

1    Interestingly when you consider what the truth is, please

2    remember who the witnesses were at Rukhsana Kousar's daughter

3    Abida's wedding.  The witnesses there were these Iqbals, Javed

4    Iqbal, the man who they claim is setting them up for death, is

5    participating in this murderous plot, of all the people in the

6    world, is chosen to be the witness signing off, certifying

7    their own daughters' wedding.  She's wed, Amina is, March

8    2012, and when you think through this charge on immigration

9    fraud, again facts, times, dates are important.  They should

10   not be ignored.  The wedding takes place, the marriage takes

11   place in March 2012, right.

12            If the whole purpose behind this is somehow putting

13   aside the fact that there's whole families that were

14   byproducts of this, children and grandchildren and new homes

15   in New York and school and all this stuff, but if this really

16   was about just some sort of a fraud, a scam, to get this guy

17   over to the United States, then why wouldn't they have done

18   this, why wouldn't they have done this on the heels of the

19   March 2012 wedding?  They have the document, they have the

20   actual legitimate marriage certificate, much like I guess the

21   equivalent we'd have here.  You know, at City Hall if you

22   don't have a wedding celebration, but you just want to get

23   married and have proof accepted by local government.  So if

24   the game plan, if the master plan was to get the guy here, why

25   wasn't something submitted in March of 2012 if that's really

*Summation / Sosinsky*                                    1467

1   what was going on, or the next month, or the next month.

2   Nothing like that.  We can go through here and what's required

3   is that you're actually married, and it's undisputed in her

4   case and in the case of the Kousars' daughters, it's that

5   moment when you go through this nikah ceremony that you're

6   married, you're husband and wife under the law, and I think

7   Amina Ajmal told you all that.

8           So now all these months later as we get into the

9   winter of 2012, what are they waiting til then to submit this

10  form for if this is about fraud?  Well, it's done right after,

11  what, on the heels of the actual wedding celebration.  It's

12  done after that.  It's done after her father comes back here

13  to the United States, which is days, couple of weeks right

14  afterwards.  That's when it happens.  But if the idea here was

15  to commit fraud against immigration authorities, and by the

16  way, this is interesting, did you hear anything in this trial

17  at all about -- this is Government Exhibit 501, Your Honor.

18          (The above-referred to exhibit was published.)

19          MR. SOSINSKY:  Anything at all about fraud in

20  connection with her husband's signature, submissions,

21  information?   You didn't hear anything about that, right?

22  So what is it, there's no claim that the same people putting

23  this together, somebody forged his signature or fabricated

24  that information, nor is there a claim that anything there is

25  not true, but now in the face of a witness who tells you:

1  This was not visa fraud.  We talked about this, my family and

2  I talked about this.  I didn't object to it.  I was pretending

3  to be married.  And we know that this whole thing that going

4  on with Shujat Abbas, that happens, I think she says, January

5  4th where this plan is finally put into action where she

6  leaves and he takes her to the embassy.  If that I-130 form

7  had been submitted after her father knew that she had left,

8  that would be one thing.  This was filed, as you heard

9  testimony and as you can see here, right after the wedding

10  celebration, not after she ran away, not after that.  She

11  tells you before it's put together that she has discussions

12  with her family, she says her brother, about getting a photo.

13  You need to submit passport-type photos, and I asked her about

14  this and she tells you:  Yes, on a particular date, my husband

15  and I, Babar and I went to a market and had our photographs

16  taken and they're within this file.  So there's an actual

17  discussion going on about this, she knows about it and, as she

18  says, she didn't object.  The Government says it doesn't

19  matter, it's fraud at that point.  It's fraud because they say

20  it's not her signature.

21        Okay.  That's not right.  Listen to the judge's

22  instructions on this.

23        And recall, please, when you consider the lies over

24  an extended period of time that were told, what the goal

25  ultimately here was, even according to Amina Ajmal.  She told

1    you throughout whatever she says had been going on, she was

2    still going to, she believed, be married somewhere living with

3    Shujat Abbas.  She testifies, in fact, that even when she came

4    to the United States in January 2013 she believes she would go

5    home and still be able to be with Shujat Abbas.  Does that

6    make any sense?   Does that make any sense in light of

7    everything else you heard?

8                There has to be a reason, an account that she

9    provides, and she did it here, that would create in your minds

10   the notion that she truly is being held against her will.  Not

11   talking about moral or pressure being asserted by family

12   members, her sisters, her brother, or her understanding of

13   tradition and history, but I suggest to you much of what she

14   told you about that was not true, it just was not true.  Yes,

15   she was there, but she also described throughout her testimony

16   the role of tradition and understanding and what had taken

17   place with her sisters and then coming to the United States

18   and that her husbands coming to the United States, in the case

19   of her brother, her brother's wife coming here, that that was

20   what had gone on in her family.

21               She told you she moved in with Babar following her

22   wedding.  Let me just briefly point out, because although

23   there hasn't yet been the implication, I was concerned that

24   even though the witness stated that at weddings apparently

25   you're not supposed to be looking up, even on other forms of

*Summation / Sosinsky*                      1470

1    ID that we have here, the photographs, you won't see her

2    smiling.  I mean, if the suggestion is somehow in those

3    photographs that that proves that this was forced upon her,

4    this is a learner's permit.

5            (The above-referred to exhibit was published.)

6            MR. SOSINSKY:  You heard it's in evidence, this is

7    one of the IDs that was found.  The same is true here.  I'm

8    not saying that any of us necessarily smile when we have our

9    pictures taken for a driver's license or DMV, but the point is

10   these are other examples where she's not smiling either.

11           Let me turn briefly to this notion that somehow

12   because my client's brother, Mohammad Afzal Choudhry, had for

13   some period of time been a publicly elected official that that

14   means that he and the rest of his family are, therefore,

15   running ramshod, even though no one has said much other than

16   what happened in this case, they claim about them.

17           His family, his brother, throughout the course of

18   the trial, they're being attacked and assailed.  Motives are

19   flying around right and left because one member was in the

20   past an elected official, a Nazim, which was roughly

21   translated to be a mayor, someone who has governmental

22   authority over several villages, and because he was elected to

23   that office with responsibilities, you heard something about

24   infrastructure, roads, schools, that type of thing, somehow

25   the implication in this trial, ironically, is that that's a

1    bad thing, it's bad, it says negative things about a person if

2    you achieve that position, it gives you influence, it gives

3    you power such that violence and murder is somehow more easily

4    hidden, sanctioned, pushed aside.

5              The bottom line is, and this is why I say that it's

6    ironic, in this country we cheer, we root for, we celebrate

7    when other countries, especially so-called third world

8    countries, turn to democratic electoral governments as

9    compared with where they came from, and for good reason, and

10   yet when there is such a member, someone who's elected when

11   they're evolution and change from past methods of government

12   and that person happens to be a man's brother, that provides

13   the cover, the Government claims, for them to do whatever they

14   want and get away with it.  Of course it makes absolutely no

15   sense considering, according to their evidence, within a

16   half-hour, 45 minutes of this, an entire police force who's

17   supposedly in bed with them is going around house-to-house

18   looking to raid and arrest people, right.  Think about it,

19   this rich, powerful, a cab driver working, you saw here,

20   taking two days off a month, two days off in three months, I

21   should say, rich and powerful, sending money back to his

22   family, $200 here, $800 here, rich and powerful.  Somehow in

23   this courtroom in Brooklyn, this federal courtroom, someone

24   was elected democratically there provides cover for all of

25   this.

*Summation / Sosinsky*                                    1472

1       If they had that power, if they had that ability,

2   you wouldn't have heard about all the raids.  You wouldn't

3   have heard about all of that.  It's not true.  He is who he

4   is, and their family, as you heard, they own a home, they have

5   some land, and they have a store where they sell gas

6   containers or canisters.  The impression perhaps you heard

7   from people in Pakistan is because they have relatives in the

8   United States as compared with perhaps others, that that means

9   somehow that they're rich and wealthy.  You heard about eight

10  adults and numerous children, young kids, living together in

11  that house, you saw from the outside a modest home in

12  Brooklyn.

13      I have not mentioned, before I turn briefly to the

14  audiotape recordings, I have not mentioned some things that

15  the witnesses told representatives of the American consulate

16  before they were flown over here as eyewitnesses to all of

17  this, but you heard testimony about it.  You heard testimony

18  from Seemab Asghar that she told the people at the consulate

19  that she saw Mohammad Akmal shoot her family in the head or in

20  the face.  And once I asked her and she said:  That refreshes

21  my recollection, she told them that at some point, her sister,

22  after being shot, was asking the shooters for water.  That's

23  in evidence, that's in testimony.  I just asked her the

24  question and she said:  That refreshes my memory on that.

25      The audiotape recordings include things that Amina

*Summation / Sosinsky*                                    1473

1   Ajmal is saying that she knows are not true.  Now, the

2   Government offered testimony before you that in no way, shape

3   or form did they prepare Amina, they swore, as to what to

4   discuss.  There was no script employed, that there was no sort

5   of outline of subjects to cover, and yet if you listen to the

6   tapes, or more importantly if you read the transcripts, the

7   tapes won't be much to you, but if you go through the

8   transcripts carefully, I think you'll see that there are

9   mission statements in there.  In other words, it's very, very

10  clear what the instructions were.  And I say that because if

11  you go through there you'll see that for the most part, it is

12  Amina pressing her father throughout on:  What will happen if

13  I don't come home?   But she is saying clearly things that she

14  knows are not true, and I asked her this, things like, and

15  they lard this record in there:  You will kill me if I come

16  home.  I know you will kill me.  And she testified repeatedly

17  that she knew that that was not true.  She didn't really

18  harbor, she didn't really have that fear that her father would

19  kill her or anyone in that home would harm her in any way.

20  Ironically you heard her say her father never, ever touched

21  her, laid a hand on her, disciplined her, but she keeps

22  saying:  You'll kill me.  You'll kill me.  Notice the words

23  being used:  You'll kill me if I come home.  Count the times

24  as you go through there, and every time she does he tells her:

25  That's not true.  Of course not.  But she continues to say

*Summation / Sosinsky*                                    1474

1   things that she knows is not the case.

2            On the last of these calls, there can be no question

3   because I asked her, that her father repeatedly denied that

4   he, or we, as the Government likes to cast everyone together,

5   I guess including aunts who are at that house in Brooklyn at

6   the time of the phone calls because earlier it was said that

7   the defendant and his family knew well what they had been

8   doing.  She speaks to sister, aunt on the phone.  All of these

9   people are involved, according to the Government, but that she

10  understood during that conversation when she hung up and

11  briefed the Government over the fact that her father denied

12  that he or "we" were involved in the shootings that had taken

13  place, and the call itself, the call itself, the transcript of

14  the call shows this.  He denies it, she presses.  He denies

15  it, she presses.  She lies again.  She lies again and tells

16  him:  If you swear you didn't, I'll come home.  He does that.

17  And then she presses on as if he has not just sworn to that

18  fact that he/we did not do that.  So I suggest to you that

19  there's a lot of planned cageyness that's going on on both

20  sides during these phone calls.

21           Another example of what I would call my client, Mr.

22  Choudhry, blowing hard with his daughter in these

23  conversations is when he says to her:  I'm going over there

24  myself.  Remember this?  On Monday or Tuesday, he's talking

25  to her.  I believe, on a Friday, on the 22nd of February, we

1   learned the 25th to be a Monday, the 24th we saw a bunch of

2   these TLC records.  Let me just say for a moment I never asked

3   a witness whether on every Sunday his shifts were shorter.  I

4   never did that.  I asked the witness to look at the chart and

5   to tell us whether on particular Sundays those shifts were

6   much, much shorter, and there's no question about it, and as I

7   asked him you have on this chart and in those records on

8   Sundays, unlike other days, you have some very short shifts,

9   one of them is three-and-a-half, one is just a bit over four

10  hours.  I'm not saying every Sunday, but the point is Sunday

11  comes after working Friday night and Saturday night here in

12  the city, here in Manhattan.  Those are, I hope we all know,

13  very, very busy nights for cabs to pick up people, tourists,

14  people having a good time, going out to dinner, whatever it is

15  that we do.  But they're there, they're there.  Take a look at

16  it.  And while we're on this, if the defendant is somehow

17  involved in ordering, orchestrating, conspiring, agreeing with

18  regard to the events of January 26th, take a look at that day

19  and what his hours working and why he's not racing home when

20  he knows something terrible's about to happen and for some

21  reason needs to be at his home as opposed to in his car where

22  the Government contends he's perfectly happy to talk about

23  terrible, terrible things on the phone.  What does he have to

24  be home for?   Please ask yourself that, what does that really

25  prove, that he has to be home when he knows things are

1  supposed to happen?  Didn't they tell you, look at this, he

2  just dropped somebody off and he's engaging in this guttural

3  threatening talk, they say, with his daughter while driving a

4  cab.  So all of a sudden now he needs to run home?   Take a

5  look at the TLC chart.  You'll see that although he worked

6  hard, he did, there were days when it was much, much less, and

7  there were Sundays when it was much less that approached even

8  that day.  The Government offers nothing about the reasons

9  why, for example, on a few weeks before he would work

10  three-and-a-half hours as opposed to seven-and-a-half or eight

11  hours and weeks before that why he would work four hours on a

12  Sunday and gone home.  They know nothing about that.

13          Nor do you know anything about any of the other

14  phone contacts between everyone they claim is relevant in this

15  case throughout the months or years prior to two particular

16  dates they want you to focus on, but even according to their

17  evidence, these are all relatives, right.  This is all that

18  extended family.  You heard from Amina that in her house here

19  in Brooklyn, the residents spoke on the phone, including

20  cellphones, with people back in Pakistan all the time.  It's

21  not surprising in an immigrant family where much of it is

22  overseas that that would take place.  She even told you that

23  she sends money back home.  That's not surprising either.

24  They're not the only family from Pakistan or Dominican

25  Republic or Italy or anywhere that will send money back home.

1    Are we talking about an incredible amount of money?

2           And you heard earlier today one of the overt acts,

3    one of the things that the Government points to as proof of

4    what's going on here by my client is this notion that on a

5    particular date and time, this powerful, wealthy, controlling

6    family received an 800 or $900 or $600 wire transfer to

7    Pakistan.  Can you please, when you consider things like that,

8    consider what was said just two sentences before, that these

9    rich, powerful people, now the Government says, needed money.

10   Rich and powerful don't need money, but because the Government

11   wants you to believe that all phone contacts and sending of

12   money back there when it goes on all the time was part of this

13   murderous plot for which witnesses were not present and came

14   into court and told you something different than the truth,

15   that you could rely on that date that that's what that money

16   was sent for.  Does that make any sense whatsoever?   Is there

17   any one of you that says okay, they're rich and powerful, they

18   control things, they live in a mansion you didn't see a single

19   picture of?  You saw a little videotape that looked very much

20   like the Kousar, the Abbas home, no nicer, no better, no

21   worse, no testimony that their house was any fancier or not

22   than that home.

23          You heard Asghar owned plenty of properties, plenty

24   of land.  You heard that if his family wasn't there in

25   Chiryawala anymore, that certain people like Javed Iqbal and

 1   his brother then would get his land, Asghar's land.  All this

 2   business of rich and powerful and who owns more assets, and

 3   then it's they need to send hundreds of dollars over there to

 4   make this thing work.  I hope you remember when I asked the

 5   witness, I think it was Amina, about learning from that family

 6   that if they were killed, Javed Iqbal and others would take

 7   over that land, would take over that property.

 8          And then in these phone conversations, Mr. Choudhry

 9   is talking about get police protection.  The Government mocks

10   that and says well, she already had police protection, she's

11   sitting there with federal agents.  That's not the point.  The

12   point is what he knew, what he believed, what he intended at

13   that time when he said that, and how does that shed light on

14   truly what's going on here and making a determination as to

15   whether or not these are real, true threats or his efforts, as

16   guttural as they were, to persuade his daughter to come home,

17   to come home to the house where she used to live and then they

18   would sit down and talk about it, they would talk about

19   whoever she wants to marry.

20          By the way, you heard testimony even from her that

21   he never at any point in the past was telling her that she had

22   to marry Babar.  He told her:  If there's somebody else - and

23   there's evidence of this in the phone calls - we'll talk about

24   it.  Somebody else, it can be arranged, it can be allied.  And

25   then he talks about trying to find someone else, but there was

*Summation / Sosinsky*                                    1479

1   no one else by the time she's back over there in 2009, '10,

2   '11.  Why is he telling her to go to the police, if you have

3   concerns, go to the police?  Why would he be saying that if

4   he's dead-bang guilty of orchestrating, of conspiring, of

5   planning to kill, as opposed to what words say when you know

6   on the other side of the conversation there's plenty of

7   blowing hard, exaggeration, lying as well.

8             "Go to the police, tell them what your concerns are

9   and then come home," I submit to you that that's not what you

10  would expect someone to be saying to someone if he's guilty of

11  making threats on those phone calls.  She's telling him she's

12  here, of course she's not saying where, and he's trying to

13  persuade her to come home, as are other members of the family,

14  aunts, sisters.  You hear in the phone calls:  Please speak to

15  your aunt who raised you since you were a little girl, because

16  her mother had died.  Speak to her.  She's dying.  They're

17  always using these expressions, "dying," "we are dead."  This

18  is not the English language.  This is Punjabi.  She's using

19  "kill."  He's using "we are already dead."  This is not easily

20  digested and understood.  Just like much of the culture, the

21  background, the anthropological information is not easily

22  understood, perhaps not accepted by some or all of you.  But

23  make no mistake, in these calls, it is she who is pushing and

24  pulling and saying:  If I don't come back, what will you do?

25  If I don't, what will you do?

1    As far as he knows at that time, and there's nothing

2    she says otherwise, she's not in touch with Shujat Abbas at

3    that moment, at that time when they're speaking during this

4    snippet of ten or so days in February of 2013, and what he

5    says to her during those calls, therefore, should not be

6    viewed by you as true or real, unconditional threats.  He's

7    talking with his daughter.  He wants her to come home.  There

8    are clearly, at this point in time, a number, and I suggest to

9    you a great number, of people back in Chiryawala who are not

10   happy with the way that the Asghar and the Abbas family have

11   been dealing with this.

12       Let me just talk for a moment about this, and I know

13   I've been going and I know it's getting late, and I'll wrap up

14   soon, but this is important stuff.

15       You heard testimony that at some point, there are

16   relatives of Asghar coming into that home.  You heard

17   testimony that there are numerous people coming to the home.

18   You heard testimony that there is a convening on a number of

19   occasions of this Panchayat, and the Government asked

20   questions about what the Panchayat is and there was testimony

21   from an expert witness about what the Panchayat is and the

22   expert explained what it is, it's sort of respected elders in

23   a community who people go to to discuss problems or issues,

24   but in this case, in this case, although discussed and talked

25   about as a Panchayat, for some reason it's not that at all

1    because in this case it consists only of the very people who

2    they claim are the people who have been harassing, bothering,

3    threatening, and indeed shooting.  Does that make any sense to

4    refer to it then as the Panchayat?   And yet that's how it was

5    referred to here.  But remember this, these respected members

6    of the community, the elders, at one of the meetings at their

7    house, I asked questions about whether Rukhsana Kousar at some

8    point, after learning information about that, herself

9    addressed, challenged, complained to the Panchayat about what

10   they were, I guess the deal is, mediating or advising the

11   family should be done under these circumstances.  After all,

12   that's the purpose of the Panchayat, right, according to all

13   the testimony here.

14          So I asked and you heard evidence that it's very,

15   very unusual for a woman to address and certainly to

16   challenge, to go after, to complain about recommendations,

17   decisions of this body, this informal body.

18          I asked further questions about Seemab Asghar

19   supposedly calling on the phone right after she learns that

20   Javed Iqbal has allegedly set up her family for death, this

21   January 26th thing, right.  Right after that, I asked

22   questions about a story that was given about calling up the

23   very person who is, by the way, the witness at your sister's

24   wedding, but in any event who you know has just set up your

25   family for death, calling up and challenging him about having

1   done exactly that, an elder of the community being challenged

2   over the telephone for what he had just done.  You heard a lot

3   about Pakistani culture.  Does make sense to you that that's

4   what occurred?   Does it make sense under the circumstances

5   that anything like that would have occurred?   Does it make

6   any sense that a few days later, that same Javed Iqbal is in

7   that same home, just walking in and out, the witnesses said,

8   and Seemab is sitting next to him and overhearing a telephone

9   conversation without fear that this person who she's accused

10  of trying to kill a family would recognize that that girl, the

11  woman, the young lady is right there, right there with him?

12          If these things happened, and it will be for you to

13  decide, if these things happened, if you accept based on all

14  of the believable evidence in sorting through this that that's

15  what happened, then I suggest to you it certainly creates, in

16  the context of people's understanding and views of the whole

17  drama behind this, that others were greatly antagonized and

18  upset with that family.  You heard testimony, evidence in this

19  case, about people aren't talking to us and they're hostile

20  and we used to have this, hostilities, and yes, it's true,

21  it's my client's daughter, but yes, it's also true if you take

22  on, again in Pakistan in a third world country you know very,

23  very little about, you take on the Panchayat, you take on

24  elders, you take on someone who stands to benefit from your

25  family's death in terms of acquiring your land, as she said,

*Summation / Sosinsky*                                    1483

1   that's not a good thing.  She said some family member said to

2   her afterwards that is not good what you just did, if it

3   happened.  According to her own testimony, that's not good.

4   That itself, I suggest to you, could lead to violence, could

5   lead to a desire to harm when you are defying tradition,

6   convention, even in that way.

7           Let me speak briefly about the evidence the

8   Government offered about --

9           THE COURT:  How briefly?  How much longer do you

10  have?

11          MR. SOSINSKY:  Judge, I have about ten minutes.

12          THE COURT:  Go ahead.

13          MR. SOSINSKY:  About things they say my client said

14  to them when they arrested him on February 25th, 2013.

15          He was described as cooperative and polite.  And by

16  the way, his family, when the agents went back there almost

17  three months later, two-and-a-half to three months later, was

18  described similarly, that people were cooperative.  In fact,

19  they were telling, showing the agents whose room was which,

20  who slept in which room, whose stuff was.

21          Anyway, the account is that he's taken into custody.

22  He's placed under arrest.  He's told why he's being arrested.

23  He's put in this room, they call it interview, I call it

24  interrogation, whatever.  He's put into a room.  He's

25  presented with a rights form, and the claim is that he

1    understood what was going on.  He understood what the rights

2    were, and that he decided before he would say anything further

3    that he wanted to speak with, to meet with a lawyer, an

4    attorney.

5            But with regard to whether he understood what was

6    before him, those rights, I asked the agent:  Well, what

7    happened?   And he said he read it, the agent read it, and

8    then Mr. Choudhry read it, and then he asked Mr. Choudhry to

9    explain each of the points on that form to him, and I asked

10   the agent, I said:  Can you tell us what he said?   How did he

11   explain?   And I went seriatim, I went down that list, and the

12   answer was the same:  I can't recall what it was, but whatever

13   it was showed me that he understood what it was.  But there

14   was no approximation, there was no in substance, there was

15   nothing.  There's no testimony here about how it is supposedly

16   that Mr. Choudhry was explaining what his rights were.

17           For some reason, this person who understood what's

18   going on was asked to initial each of those points for which

19   the agent could not explain, or could not recount here at

20   least, what it was that Mr. Choudhry said, and he's instructed

21   to initial next to each one, but importantly, right to the

22   left or right of it is an X where he's supposed to initial,

23   and I suggest if someone knows what's going on, if someone is

24   being asked can you initial next to each of these rights, you

25   don't need to put an X there.

*Summation / Sosinsky*                                    1485

1        The same is true below where it says name and

2    signature.  If you read you understand there's no need for

3    that, but more importantly, the claim is that after doing

4    that, they say:  If you want to talk with us, if you want to

5    speak with us, then you have to waive those rights that we

6    just went over with you, and that my client said:  I can talk

7    about the visa, but not about Pakistan.  They show him the

8    waiver form and he says:  Okay, I want an attorney.  I want a

9    lawyer.  I want to speak, I want to meet with a lawyer, after

10   being advised of those constitutional rights that, by the way,

11   are the same protections afforded to you or I, anybody.

12       So he, who understands what's going on according to

13   the agents, who speaks and understands English, makes clear to

14   the agents, the people in that room, and there were three of

15   them, that he wants a lawyer, and the claim is that after he

16   said that, and I take it it was understood, right after that I

17   ask how long, a minute or two later after saying "I want a

18   lawyer" then without a lawyer, the defendant, according to the

19   Government, just spontaneously, that means without further

20   ado, without provocation, without a single question ever being

21   put to him, just starts talking.  And I beg you to please

22   consider what it was that is claimed to have taken place at

23   that time because it sheds light on much of about what you

24   heard over the past couple of weeks, but it is, to call it

25   scatter-shod is an understatement.  I hope you recall what it

1    was.  It jumps from this topic to that topic to this topic.

2    And I asked the agent what is the next thing that was said and

3    it was a little bit later.  The record itself is clear and I

4    suggest to you that when you consider that this person had

5    just moments before, could have been a minute, maybe it was

6    two minutes, said:  No, before I speak, I want a lawyer, it

7    makes absolutely no sense that the very next thing to happen a

8    minute or so later is:  I want to speak without a lawyer.

9    Nothing happened in the interim, according to anybody, and yet

10   we have this account.

11           And significantly, for your consideration in this

12   case where you're trying to assimilate and figure out and

13   hopefully carefully scrutinize everything in doing your jobs

14   properly, you learn there's no recording at all made of any

15   interaction during any of this time when he's sitting in an

16   interview room.  No recording, there's no video, there's no

17   audio.  In that same office that earlier that same day no one

18   had any problem patching together and creating recordings

19   because it's important to memorialize for all time what's

20   being said, right, so no one can dispute it.  That same

21   office, I don't mean physical office, but that same office,

22   the same agency I should say, no recording of that, just a

23   claim he was advised of his rights.  He said he didn't want to

24   speak without a lawyer.  We got up and all of a sudden now he

25   wanted to speak without a lawyer, but we hadn't said anything

*Summation / Sosinsky*                                          1487

1   to him in the interim other than:  All right, we're going to

2   be taking you now.  Does that make any sense?  Does it make

3   any sense whether it's him or anybody?

4          There's so much more that I would like to say.  I'm

5   understandably limited in time.  I'm about to sit down.  The

6   Government, you'll hear, will have another occasion to speak

7   to you when I do.  That's how things work.

8          Let me say this.  There is tremendous, tremendous

9   tragedy in much of the work of a criminal defense lawyer and

10  prosecutors.  We're dealing with crime.  We're dealing with

11  allegations against people, very serious stuff, but it doesn't

12  change the role of a jury, and it doesn't matter what trial

13  and it doesn't matter what the allegations are.  If you're to

14  do your job fairly and faithfully, as you all took an oath, it

15  really requires that you do it without any appeal to sympathy

16  for anybody, and that's a hard thing to do.  It's a hard thing

17  to do in life.  It's a hard thing to do here.  I recognize

18  full well that these allegations include charges that people

19  died and were killed.  I don't take that lightly.  I don't

20  take my role as a lawyer in this case lightly to you at all.

21  But whatever it is, whatever it is you can't ignore, you

22  cannot ignore what you wouldn't ignore if evidence in this

23  murder case, conspiracy to commit murder case was a scene, a

24  crime scene in Brooklyn or in Hempstead or Franklin Square or

25  anywhere within the Eastern District of New York.  That

1  doesn't change the equation.  You still must evaluate things.

2  You still have to, in trying to figure out things, ask

3  yourself what is clear, what's not clear.  And don't make

4  excuses for anybody, please.  Not for me, but not for the

5  Government either.  Please evaluate the evidence carefully.

6          Please, I ask you finally, to afford my client the

7  same legal presumption that any of you or your family would be

8  entitled to if, God forbid, you were accused of a crime, that

9  presumption of innocence.  Require the Government to prove

10  each and every allegation and to do so to the highest standard

11  under the law, the judge will explain to you, beyond a

12  reasonable doubt, and if you do, I hope and I believe that you

13  will come back in here with a verdict of "not guilty" on all

14  these charges, for good reason.

15          And I will say this, it's very easy for people to

16  wonder about the work of a jury unless they've sat in a

17  courtroom, unless they've heard all the evidence, seen the

18  witnesses, listened carefully, looked at exhibits.  Only a

19  jury who has paid as close attention as I know you have and

20  will consider things as carefully as you will is charged with

21  the responsibility of ultimately determining what really

22  happened and your decision cannot be, and should never be,

23  second-guessed by anyone.  You will, I'm sure, do what the

24  evidence as you determine it to be and the law, as the judge

25  tells you it is, requires you to do and that's all that I

*Summation / Sosinsky*                                    1489

1   could ever ask of you or any jury.

2            And if there's anything that I did that upset any of

3   you during the course of the trial, I apologize.  I hope I

4   didn't.  I have my particular role here and I try to do it to

5   the best of my ability.

6            Thank you, very much.

7            THE COURT:  Ms. Hector, would you like to proceed

8   now, or would you like a ten minute break?

9            MS. HECTOR:  It could be less than ten minutes, but

10  a restroom break would be appreciated.

11           THE COURT:  A restroom break it will be.  It will be

12  a 7.5 minute restroom break, ladies and gentlemen of the jury.

13  Then we will proceed with the rebuttal and then go on to the

14  jury charge.

15           Thank you.

16           (Jury exits the courtroom.)

17           THE COURT:  The jury has left the courtroom.  Do we

18  have any procedural issues to address in their absence?

19           MS. GANDY:  Not from the Government.

20           THE COURT:  Anything, Mr. Sosinsky?

21           MR. SOSINSKY:  No, sir.

22           THE COURT:  Thank you.  All right.  7.0 minutes now.

23           (Recess taken.)

24           (Continued on following page.)

25

1490

1           (In open court; defendant present.)

2           (Jury not present.)

3           THE CLERK:  All rise.

4           THE COURT:  All right, defendant and counsel are

5    present.  Do we have any procedural issues before we bring the

6    jury out?

7           MR. TUCKER:  Your Honor, just a query.  I have not

8    tried a case before your Honor --

9           THE COURT:  The answer to the question is:  Jurors

10   have to ask for exhibits before they're sent in.

11          MR. TUCKER:  Your premonitions are impressive, your

12   Honor, thank you.

13          THE COURT:  It helps in this courthouse.

14          Anything else?

15          MR. TUCKER:  That's all for the government.

16          THE COURT:  Okay.  Let's get the jury, please.

17          And that is because there are reported decisions

18   where district court judges are reversed for sending

19   particular pieces of evidence in to jurors, although there are

20   some people who do it despite the fact.

21          (Jury enters the courtroom at 3:19 p.m.)

22          THE COURT:  Thank you.  Please be seated.  Ladies

23   and gentlemen of the jury, we're going to hear from

24   Ms. Hector, a brief rebuttal submission and then I will give

25   you the jury charge and then you will begin your

1  deliberations.

2  REBUTTAL SUMMATION

3  BY MS. HECTOR

4      MS. HECTOR:  Good afternoon, ladies and gentlemen.

5  For the next few moments I'm going to address the arguments

6  that defense counsel raised in his closing arguments.  And in

7  doing so, I'm going to refer to the evidence in this case,

8  because that is what's in the record and it's the evidence in

9  this case on which you will judge the facts.

10      Arguments by lawyers are not evidence.  The evidence

11  comes from the witness stand and it comes from the documentary

12  evidence that was entered.

13      First, I'm going to submit to you that you heard

14  very little from defense counsel about some of the most

15  damning evidence in this case; and that is the consensual

16  recordings, the TLC records, and the phone records.  You heard

17  very little about it, I submit, because there's very little

18  that can be said about it.  The one thing that the defense

19  counsel focused on, with respect to the consensual recordings,

20  is his argument that somehow the threats that the defendant

21  delivered methodically and in an calculated cold tone on those

22  recordings were not true threats.  Let me first start by

23  addressing that.

24      Defense counsel spent a lot of time talking about

25  the fact that Amina testified that she believed she did not

*Rebuttal / Hector*                                    1492

1   believe that if she came home the defendant would kill her.

2   So that means, according to defense counsel, that the threats

3   were not real.

4          First off, we submit that Amina's testimony that she

5   did not think that she would not be killed if she came home,

6   is questionable at best.  I think it was clear and we submit

7   it was clear to the jury that Amina, although called by the

8   government as a witness in this case, was not a government

9   witness per se.  I think it's apparent to all --

10          MR. FERRARI:  Objection.

11          THE COURT:  Overruled.

12          MS. HECTOR:  In this courtroom that Amina tried to

13   shade her testimony where possible, to help her father, not to

14   hurt her -- hurt him.  And that's understandable.  She

15   explained why.  You know why.  She still loves her father and

16   she feels very conflicted about testifying here today.

17          Her actions speak louder than her words.  Amina did

18   not go home.  And she explained to you that while she was

19   conceding that she did not think that the -- that she would be

20   killed if she went home in Brooklyn, that was because she was

21   now in the United States.  But it doesn't matter if Amina

22   thought that the threats against her -- sorry.  It doesn't

23   matter if Amina thought that she would be killed if she went

24   home.

25          Let's make this clear.  The defendant is not charged

*Rebuttal / Hector*                                    1493

1    with threatening to kill Amina.  That is not the threat

2    charged.  The threat charged in this case is the defendant's

3    threats against Shujat and Shujat's family.  So regardless of

4    whether you believe that Amina did or did not think that she

5    would be killed, that isn't the issue.  The issue is whether

6    the threats against Shujat and his family were real, and you

7    know they were real for several important reasons.

8           You know they were real because you listened to the

9    consensual recordings themselves.  The defendant said it over

10   and over and over again.  It wasn't an exaggeration.  He went

11   flying off the handle.  His words were cold and they were

12   calculated and he was calm.  He was so calm, in fact, that he

13   didn't even miss a beat when stopping to tell a passenger in

14   his cab to have a nice day.  Without missing a beat, he

15   returned to his call to Amina and told her how he intended to

16   kill Shujat and his family members.

17          You also know that they were real because the

18   defendant stated, again and again in those consensual

19   recordings, that he would go to jail.  He said, I will go to

20   jail.  My whole family would go to jail -- will go to jail.

21          Why does the defendant think he will go to jail,

22   ladies and gentlemen?  He thinks he will go to jail because

23   the threats are real.  He intends to follow through with them.

24   He intended to deliver to Amina what she thinks are true

25   threats with Shujat.

*Rebuttal / Hector*                                          1494

1      You also know they were real because he makes

2  specific references to prior events, to an event where he had

3  three firings done on people in Media, which Amina testified

4  was another location in Pakistan.  And he tells her, Don't *you*

5  *remember that story?  I had three firings done on them and I*

6  *won't stop until I kill them.*

7      Ask yourself why is he telling Amina this?  He's

8  telling Amina this.  We submit, so that she knows this is no

9  joke.  He intends to follow through on his actions.

10      And ladies and gentlemen, the final reason why you

11  know that these threats were real, is because two people are

12  dead.  Madeeha Asghar and Mohammed Asghar are dead because the

13  defendant intended his threats and he wanted Amina to know

14  that his threats were real.

15      The other -- the next thing I want to address is the

16  defendant's argument or defense counsel's argument that there

17  was a recent game changer in this case.  He referenced the

18  soccer game.  That sometimes things happen at the last minute

19  that change everything.  And what did he show you?  He showed

20  you this, Defendant's Exhibit D.  Now, let's talk a little bit

21  about this document.

22      Ladies and gentlemen, the only evidence in the

23  record regarding this document is that it exists.  We can see

24  that it's dated February 25th as the date of the event, but

25  there's no evidence in the record about when this document was

*Rebuttal / Hector*                                           1495

1    created.

2            It purports to be from a Kukatpally police station.

3    And there's a name at the bottom, Mustak Ahmed, subinspector,

4    Police Station Kukatpally.   But there's no evidence in the

5    record about how he obtained any of the information therein.

6    Who is the person who told him that, if anyone, that this is

7    the spot where  --

8            THE COURT:  Is it on, madam reporter?

9            You may continue.

10           MS. HECTOR:  Thank you, your Honor.

11           Ladies and gentlemen, looking at Defense Exhibit D.

12   As I was saying, there is no evidence in the record about

13   where this document came from, about who drafted the document,

14   about who provided the information that is associated with

15   spot F.  About whether, if anyone, provided that information,

16   it was verified in any way.

17           There is nothing about this document that should

18   cause you to question the clear and unambiguous testimony of

19   Rukhsana Kousar and Seemab Asghar.  And there are a couple of

20   other reasons that I want to point out to you, that you know

21   that.

22           I'm showing you -- I'm putting up

23   Government Exhibit 42AB.  You heard the testimony of Seemab

24   Asghar.  She described that she drew this map.  And she put on

25   this map several indications of where important events took

1   place.  If we line it up to the map in the police report,

2   you'll notice several things.  Seemab puts the bodies here and

3   she puts herself standing with her mother here.  And that was

4   based on her clear testimony.  She told you when she looked at

5   Government Exhibit 833, that this was the house of Iqbal

6   Patwari.  She described it as having a curved front.  That's

7   right here.  She also described where the bodies were,

8   Government Exhibit 806.  And she described that the red door

9   was right about here, next to the bodies.

10          What you should notice about this map, ladies and

11   gentlemen, is that Seemab Asghar also indicated where the

12   house is that their her mother ran and where the house is

13   where she ran.  If Seemab Asghar and Ruckhsana Asghar were

14   over here in position F, does it make any sense that they

15   would have run through the shooters towards the people that

16   were pulling their guns facing them to get to the places where

17   they hid?  We submit that that makes no sense.

18          There's another thing about this exhibit that the

19   defense counsel mentioned.  He wants to believe that this

20   exhibit establishes that Seemab and Ruckhsana Asghar were

21   standing at point F.  But at the same time, based on his own

22   defense witness  Waqas Ali, he would have you believe that

23   Seemab was on a bus at the same time that this exhibit says

24   she would have witnessed the murders.  Ask yourself whether

25   that makes any sense.  The defense counsel cannot have it both

*Rebuttal / Hector*                                    1497

1  ways, ladies and gentlemen.

2          The second issue I want to address is the defense

3  witnesses.  Let's talk about each of the defense witness and

4  what they said and why we submit their testimony was

5  absolutely not credible.

6          Now, first of all, let's discuss the point of the

7  testimony of Nazia Khanum, Manzoor Ahmed, and Waqas Ali.

8          The point these witnesses attempted to make, what

9  they wanted you to believe was that Seemab and Ruckhsana were

10  not at the scene of the murder and therefore did not see Akmal

11  and Nisar and Babar and Sain Ashfaq and others, the

12  defendant's family and associates at the scene.

13          This is what the witnesses were trying to establish.

14  But we submit that their testimony is not credible and you

15  should not believe it for the following reasons:

16          First of all, think of the testimony of Seemab and

17  Ruckhsana.  Those witnesses got up on the stand and they told

18  you details.  Seemab Ashfaq told you that she saw her sister's

19  leg shivering.  She said that she screamed out and said,

20  father, and that was the point that the assailants turned

21  around and saw her and started taking flight.

22          Ruckhsana told you about the moment that she and her

23  daughter started running and they lost contact with each

24  other.  Do you think for one moment that those witnesses got

25  on that witness stand and lied about that?  Or are those the

*Rebuttal / Hector*                                          1498

1    kind of details that cause you to realize and believe, as we

2    submit you should believe, that these witnesses were

3    absolutely telling you the truth.

4           We submit, that if Seemab and Ruckhsana Ashfaq were

5    trying to lie, their story would have been much better than

6    the story that they testified to.  They would have said that

7    they saw Akmal shoot.  That they saw the assailants actually

8    shoot their loved ones.  But did they say that?  No.

9           Let's get back to the defense witnesses in this

10   case.

11          First of all, we submit that anyone who takes an

12   oath and swears to tell the truth and then testifies that he

13   or she has lived in Chiryawala Village their whole life and

14   has never heard of an issue between the defendant's family and

15   Shujat's family, and that Amina and Shujat had -- that they

16   never heard that Amina and Shujat had a relationship, should

17   be discounted immediately.  It's such a blatant lie.

18          If a witness cannot get on the stand and testify

19   truthfully about that fact, you should discredit their

20   testimony entirely.  That was the testimony of Mazhar Ahmed,

21   the bus driver and Nazia Khanum, who claims to be an

22   eyewitness to the murder.

23          But there are additional reasons why you should not

24   credit their testimony.  Let's start with the testimony of

25   Nazia Khanum.

*Rebuttal / Hector*                                          1499

1        We submit that Nazia Khanum's testimony was offered

2   for two purposes:  First, to say that the two unknown -- to

3   say that two unknown assailants killed Madeeha and Asghar, not

4   the defendant's family and associates.

5        And two, to attempt to establish that Ruckhsana and

6   Seemab are lying and could not have been there to witness the

7   assailants.  We submit that Nazia Khanum's testimony

8   established neither of these two things.

9        First of all, her testimony about seeing the two

10  shooters is difficult to believe.

11       Your Honor, I'm sorry, but I'm having a little bit

12  of an issue that requires a bathroom break for two minutes.

13       THE COURT:  No, I'm 64 years of age and I feel your

14  pain.  So we're going to have that break for five minutes and

15  I'm with you.  Okay?  Five minutes, restroom break, forgive

16  me.  It happens to all of us.

17       MS. HECTOR:  Thank you.

18       THE COURT:  Okay.  Thank you.

19       (Jury exits courtroom at 3:37 p.m.)

20       THE COURT:  Okay.  We can -- I'm comfortable if

21  everyone is comfortable with the defendant remaining for this

22  two-minute bathroom break.

23       (Brief recess.)

24       THE COURT:  All right.  Are we ready to bring the

25  jury back in?

*Rebuttal / Hector*                                    1500

1           MS. HECTOR:  Yes, your Honor.  Thank you.

2           THE COURT:  Before we do, I want to read you a

3      quote, *History and Culture, the Torch of Freedom.*

4           *The second day of July 1776, will be the most*

5      *memorable Epocha in the history of America.*

6           *I am apt to believe that it will be celebrated by*

7      *succeeding generations as the great anniversary festival.  It*

8      *ought to be commemorated as the day of deliverance by solemn*

9      *acts of devotion to God Almight.  It ought to be solemnized*

10     *with Pomp and Parade, with Shews, games, sports, guns, bells,*

11     *bonfires, and illuminations from one end of this continent to*

12     *the other from this time forward forever more.*

13          *You will think me transported with enthusiasm, but I*

14     *am not.  I am well aware of the toil and blood and treasure*

15     *that it will cost us to maintain this declaration and support*

16     *and defend these states.  Yet, through all the gloom I can see*

17     *the rays of ravishing light and glory.  I can see that the end*

18     *is more than worth all the means and that prosperity will*

19     *triumph in that day's transaction, even although we should rue*

20     *it, which I trust in God we shall not.*

21          *John Adams, writer to his wife, Abigail Adams, about*

22     *the significance of July the second, the day in which the*

23     *American patriots agreed to the declaration.*

24          He had it wrong by two days because we celebrate it

25     on the fourth.

*Rebuttal / Hector*                                    1501

1       Okay, now we will bring in the jury.

2       THE CLERK:  All rise.

3       (Jury enters courtroom at 3:46 p.m.)

4       THE COURT:  Thank you for accommodating my comfort

5   means, ladies and gentlemen of the jury.  Please be seated and

6   we will continue with rebuttal summation.

7       MS. HECTOR:  Thank you, ladies and gentlemen.  I

8   want to start where we left off.

9       Defense counsel spent a lot of time in his summation

10  talking about the defense witnesses.  And that makes sense.

11  There was a reason why those defense witnesses came in and

12  testified as they did.  We submit, that the purpose of their

13  testimony was trying to establish two things:

14      First, they were trying to establish that there was

15  no way that Seemab and Ruckhsana could have been there to see

16  what they saw and what they testified about.  And you know why

17  that's important.  Because if Seemab and Ruckhsana saw Akmal,

18  Nisar, Babar, Sain Ashfaq, and Mazhar standing over the loved

19  ones of their -- the bodies of their loved ones, with guns

20  pointed, prodding those bodies, that is devastating evidence

21  to the defendant.  And it's devastating evidence to the

22  defendant, because those are his family members and

23  associates, and those are the people that he was in contact

24  with in the hours leading up to the murders.  So that's one

25  thing that the defense witnesses tried to establish.  And I'm

*Rebuttal / Hector*                                    1502

1   going to explain to you why they were not credible on that

2   point.

3          The other thing the defense witnesses tried to

4   establish, was that it was two -- and this is Nazia Khanum --

5   was that it was two unknown assailants, not the defendant's

6   family members and associates who committed the crime that

7   day.  And I'm also going to take you through and show you why

8   she was not credible on that point as well.

9          Now, first of all, I want you to consider this:

10  Nazia Khanum and Manzoor Ahmed, got up on that witness stand.

11  And when they were asked whether they had ever heard of any

12  sort of issue between Amina's family and the Asghar family,

13  Shujat's family.  They said no.

14         When they were asked the question of, did you ever

15  hear that Amina had a relationship with Shujat outside of her

16  marriage?  They answered no.  And you know that that testimony

17  was not credible for the following reasons:  Nazia Khanum made

18  it absolutely clear, she said multiple times, gossip spread

19  quickly in the village.  She said by the next morning everyone

20  knows what happened the night before.

21         So for Manzoor Ahmed and for Nazia Khanum to get up

22  on that witness stand and lie about that essential point,

23  about that point that is so connected with the testimony they

24  were about to give, about the defendant and the defendant's

25  family members, then they are not credible on any of those

*Rebuttal / Hector*                                      1503

1    issues.

2           If a person can take that witness stand and give

3    such a blatant lie to this court, they are not to be credited.

4    But there are other reasons they are not to be credited as

5    well and I'm going to go through them.  Let's start with Nazia

6    Khanum.

7           Again, her testimony was offered for two purposes.

8    One:  To say that it was two unknown assailants who attacked

9    Madeeha and Ashfaq.

10          And two, to say that Seemab and Ruckhsana could not

11   be at the scene, we submit that her testimony established

12   neither of these things.

13          First of all, her testimony about the shooters.  We

14   submit that their testimony about the shooters is difficult to

15   believe.  She said that she saw the shooters from a distance

16   of 30-meters.  Ladies and gentlemen, 30-meters is 98 feet.

17   Think about how far 98 feet is.  That was her testimony.  That

18   was the distance she was from the shooters when she claimed to

19   be able to see their faces and claimed to be able to say that

20   they were not people from her village.  Is that credible from

21   100 feet?

22          And you could tell because when asked to describe

23   the assailants, her testimony vague.  They were 30 to 35 years

24   old.  They didn't have facial hair.  They just looked like

25   Pakistani men, that's all she could tell you.  That testimony

*Rebuttal / Hector*                                          1504

1   is not credible.

2          She also told you, that when she saw the shooters

3   firing, Ruckhsana and Seemab were not there.  But of course

4   they weren't there.  You heard the testimony of Ruckhsana and

5   Seemab.  They will told you.  They weren't at the scene to see

6   the actual firing on their family members.  They arrived just

7   thereafter.  So that testimony from Nazia, it does nothing.

8          The second thing Nazia Khanum tried to establish, is

9   that Ruckhsana didn't arrive at the scene until long after the

10  murders.  And she did this by attempting to establish the

11  following:  Remember what she said.  She said that when she

12  saw the shooters, she huddled against a wall, put her head to

13  the wall because she was so afraid, and waited it out.  Then

14  when the shooting stopped, she walked back, away from the

15  scene of the murders, until she finally sat down in a doorway

16  to compose herself.

17         She said that it wasn't until she composed herself

18  and people came out of the building and started talking in

19  milling about, it's at that point is when she finally decided

20  to walk back towards the scene of the crime until she

21  approached where the shooting happened.  And then she told you

22  what she did next.  She said she went up to her rooftop and

23  watched the rest of the scene from her rooftop, where she saw

24  police officers come out.

25         And what did she say?  She said at that point she

1   saw Rukhsana and Rukhsana had no scarf or on her head.

2   Remember that testimony.  That testimony is key for the

3   following reasons:  The reason we submit that not -- that

4   Nazia Khanum told you that Ruckhsana had no scarf on her head,

5   is because she wanted you to draw the conclusion that that

6   must mean that Ruckhsana was at home when the shooting took

7   place.  And she ran out of her home to come to the scene of

8   the shooting so quickly, that she didn't have time to put the

9   dupatta on her head.

10          And Nazia Khanum told you, that's unusual.  Women in

11   the village wear that dupatta when they come out of the house

12   and that's consistent with what other witnesses told you.  And

13   so by stating that, Nazia was trying to make the point that

14   Ruckhsana could not have been at the scene because she had no

15   scarf on her head.

16          But ladies and gentlemen, you know why Ruckhsana had

17   no scarf on her head.  She had no scarf on her head not

18   because she ran out of the house so quickly that she didn't

19   have time to put a scarf on.  She had no scarf on her head

20   because she testified that when she came out of hiding, after

21   the murders had happened, after she'd been hiding in someone's

22   house for some period of time until she heard the police came,

23   someone took the scarf off of her head and put it over Ashfaq

24   face.  Her husband's face.  And it's not surprising that

25   someone did that, because Ruckhsana told you her husband was

1    missing half his face.

2            This is in evidence as Government Exhibit 806, and

3    it's a little less than clear on that screen, but if you look

4    on your screens, you'll see the scarf that Ashfaq had over his

5    head.  Take a look at that scarf.  Take a look at the pattern

6    on that scarf and I'm going to show you something else.

7            This is Government Exhibit 811.  Rukhsana testified

8    that this picture was taken at the funeral of her daughter and

9    her husband the day after the murders.  Take a look at the

10   pattern on her dress.  Ladies and gentlemen, that's the same

11   pattern that's on this picture from the day of the murder,

12   806, over Ashfaq's head.  That's what happened to Ruckhsana's

13   scarf.  So when Nazia Khanum tried to make that leap for you,

14   that's what she was doing.  It's not credible.  And Nazia

15   Khanum was not credible for a couple of other reasons.  Think

16   about how she answered the questions that she was asked, and

17   the transcript will be in evidence.  If you want to look back

18   at it, you can do so.

19           But I submit to you, that if you look even at her

20   testimony about that scarf and about seeing Rukhsana, you'll

21   see that Nazia Khanum, we submit, is more than willing to draw

22   conclusions and testify about them without actually having

23   seen it.  At the beginning of her testimony when she was being

24   asked questions by the defense counsel, she was asked about

25   seeing Rukhsana come out of the house without a scarf on her

1   head and she said I saw a lady hand her a scarf.  She actually

2   used the words, I, when asked, I saw that all.  And then later

3   on cross-examination she suddenly changed her testimony and

4   she said that she didn't see a woman hand Rukhsana a scarf,

5   she only said that when we asked her, Well, who did you see

6   her hand her her scarf.  Nazia Khanum said, I didn't actually

7   see someone hand her her scarf.  And she said the following:

8   It's obvious that that's what happened.

9           Ladies and gentlemen, that is very meaningful.  That

10  is evidence that Nazia Khanum is willing to draw conclusions

11  and to say things that she did not actually see under sworn

12  testimony.  And we submit that that's what you should think

13  about when she was asked all those questions about police

14  bringing Seemab and bringing Nayab to the scene of the crime.

15          When she was asked those questions, she made clear

16  the police must have brought them.  You should question

17  whether she actually saw a police officer bring Seemab to the

18  scene, because that is not credible and it is not consistent

19  with the testimony of Seemab and Rukhsana or with Nayab, who

20  told you that when she came to the scene of the crime, what

21  did she see?  She said she saw her sister sitting between the

22  two cots with the dead bodies of her mother -- of her father

23  and her sister.  And again, isn't that consistent with

24  Government Exhibit 821?  That's the picture that Nayab saw.

25  It happens to have been caught on a photograph when Nayab

*Rebuttal / Hector*                                    1508

1    arrived after having been brought by a police officer to the

2    scene of the crime where her sister and her mother had just

3    witnessed the end of the incident.

4           Now let's talk about Manzoor Ahmed, the bus driver.

5    Again, like Nazia Khanum, Manzoor Ahmed's testimony was

6    offered to you for one specific purpose.  His testimony was

7    offered, we submit, to establish that Seemab Ashfaq could not

8    have been at the scene of the crime because she was on a

9    school bus at the time.

10          Ladies and gentlemen, that testimony from Manzoor

11   Ahmed was not credible, and let me take you through the

12   reasons why you know it wasn't credible.

13          Remember what Seemab told you about that van that

14   took her to school.  Now, defense counsel made a big deal

15   about public versus private.  Ladies and gentlemen, that's a

16   red herring.  Seemab didn't say that it was a public bus that

17   she took to school.  She explained to you that it's public in

18   the way that anyone can get on the bus, not just school

19   children.  Anyone can get on the bus who's traveling anywhere

20   from Gujrat to Bhimber.  It's a regular bus that makes the

21   stops and you just have to let the bus driver know when you

22   want to get off.

23          Seemab also explained to you that it's a privately

24   owned van; that individuals who own vans can get permission to

25   drive along that route and pick up passengers and pick up

1   fares and operate as though it's a public bus.  But Seemab

2   didn't say it was a public bus.  It's a private van.  That's

3   not an inconsistency.  And what else did Seemab tell you about

4   the van she took to school?  She said anyone in the community

5   can get on.  She said she didn't take the same van every day.

6   She said she just stood in line and took the next van that

7   happened to come when she was ready to either go to school or

8   come home from school.

9          Seemab explained to you that 20 people fit on the

10  van.  But she said, you know, in Pakistan a lot of people

11  squish on, so sometimes there would be more than 20.  But she

12  described, I think, as four rows of seats.  She described to

13  you that there was -- there's another person who stands on the

14  van and collects the fares, in addition to the person who is

15  driving the van.  She explained to you that she doesn't know

16  any of the van drivers by name.  And when asked that question,

17  we submit that her demeanor was absolutely credible.  Her

18  demeanor was like, I don't know the van drivers.  It was like

19  asking someone if a bus driver on a Manhattan bus is going to

20  know who you are.

21         She explained it's people from different villages

22  that drive those buses, the vans.  The people don't know me.

23  And she also testified that none of them know her by name.

24  And that when she gets off the bus every day after school, her

25  mother picks her up.

1        Seemab also explained to you that she doesn't have a

2   regular schedule at school.  She goes in in the morning around

3   the same time every day, but she leaves anywhere between 1:30

4   and 3:30 p.m., depending on her schedule.  And that's makes

5   sense.  She's in college.  She explained that to you.  And

6   that testimony was absolutely credibility.  There is no reason

7   why Seemab Ashfaq would get on that stand and tell you a whole

8   host of lies about the van that she takes to school every day.

9        But what Seemab Ashfaq told you about that van that

10  she took to school, was diametrically opposed to what Manzoor

11  Ahmed describes about the school bus that he drove.

12        And ladies and gentlemen, Manzoor Ahmed took the

13  stand.  You saw his demeanor.  He's a school bus driver.  He

14  drives school kids to school every day.  He doesn't drive a

15  bus that anyone in the public can get on and off and take to

16  various stops along Gujrat to Bhimber.  He said he collects

17  all the children in Chiryawala, all the kids on the bus, 50

18  kids, 50, not 20, get on his bus.  And he drives them all to

19  Bhimber, without stopping anywhere on the way.  And then he

20  drops the kids off at six or so different schools, once he

21  gets to Bhimber.

22        He explained to you it's the same children each day.

23  Everyone gets picked up at the same time, 7 a.m.  I gather all

24  the kids in Bhimber around two, before heading back to

25  Chiryawala.  I get to Chiryawala around 3:15.  That's not the

*Rebuttal / Hector*                                                    1511

1    bus that Seemab was describing.  It's nothing like the bus

2    that Seemab was describing.

3         Manzoor Ahmed also told you none of the kid's

4    parents meet them to walk home.  And then Manzoor Ahmed told

5    you something that I submit is very, very telling, and is one

6    fact that even standing alone tells you, that Seemab did not

7    ride that bus that Manzoor Ahmed is describing as his bus.

8         What did he tell you about what Seemab Ashfaq wears

9    to school?  I asked the question and he was very explicit

10   about it.  He said, she wears a uniform.  The uniform of the

11   college that she goes to.  And when he was asked what that

12   uniform was, what did he say?  He said it was white.  She

13   wears a white uniform.

14        Ladies and gentlemen, the documentary proof, the

15   photographs that are in evidence of that day of that murder

16   prove to you conclusively that Manzoor Ahmed did not drive

17   Seemab on that day.

18        This is Government Exhibit 821.  Seemab told you

19   that's her, sitting between the bodies of her father and her

20   sister.  Is she wearing white?  She's not even wearing

21   anything that could be mistaken for white.  She's wearing

22   black.  That's how you know that Manzoor Ahmed was not telling

23   the truth when he told you that Seemab Ashfaq was on his bus

24   that day.

25        Now, we submit that there's a number of reasons why

*Rebuttal / Hector*                                        1512

1   Manzoor Ahmed might have come here, flown all the way from

2   Pakistan and lied on the witness stand.  You heard him

3   testify, he's illiterate.  He's a laborer.  He drives a school

4   bus.  I think it's pretty obvious that he's a man of simple

5   means.  And in Chiryawala the Choudhries are very powerful.

6   Think about that.  Think about also what Manzoor Ahmed told

7   you he knows about the defendant's family and about Amina.

8   Because that also was very telling.

9          When I asked him about Amina and Shujat, first he

10  denied knowing anything about a relationship between them.

11  Well, you know that wasn't true.  Because two seconds later he

12  said of Shujat, he did the wrong thing.  She was a married

13  woman and he should not have taken her away like that.  That's

14  what he said.  He, Shujat, did the wrong thing.  She, Amina,

15  was a married woman and he should not have taken her away like

16  that.

17         Ladies and gentlemen, that shows you that's a motive

18  to lie.  Manzoor Ahmed thinks that Shujat did wrong.  He did

19  wrong to a very powerful family in Chiryawala.

20         Another interesting thing that I just want to note

21  that Nazia Khanum and Manzoor Ahmed told you, they both told

22  you that since the day of the shooting they have not seen

23  Akmal, they have not seen Nisar, Amina's husband -- Amina's

24  husband's father, or Babar, Amina's husband's brother.  Isn't

25  that consistent with the testimony of Waqas Ali, even of

*Rebuttal / Hector*                                             1513

1   Rukhsana going to the houses after the murder of her husband

2   and her daughter?  We submit that they're not to be found

3   because they're in hiding.  And hiding, ladies and gentlemen,

4   is conscious of guilt.

5          Finally, I want to talk a little bit about Waqas

6   Ali, the police officer.  Now, Waqas Ali may have been the

7   person that picked Nayab up from school.  But Waqas also

8   testified about something else.  He testified the same issue,

9   the same issue that I submit Nazia and Manzoor Ahmed testified

10  not credibly about.  Waqas Ali added to the mix.  He said,

11  after -- after picking Nayab up, after picking Nayab up and

12  bringing her to the scene, I then went and picked up Seemab

13  from a bus.

14         Presumably what he would have us believe is that

15  that bus was the bus that Manzoor Ahmed was driving.  Now, we

16  submit that that's not credible, not only for the same reasons

17  that I just discussed with respect to Manzoor Ahmed, but for

18  an additional reason as well.

19         First of all, to believe Waqas Ali on this point,

20  you have to also believe Manzoor Ahmed.  We submit that it is

21  very clear for a number of reasons, most notably the color of

22  Seemab's clothing that Manzoor Ahmed is lying on on that

23  point.  So if you believe Manzoor Ahmed is lying on that

24  point, then it means Waqas Ali is also lying.

25         But remember another thing that Waqas Ali told you.

*Rebuttal / Hector*                                    1514

1    He told you very specifically that between the murder scene

2    and the bus stop where he went to pick up Seemab Ashfaq, it

3    took him four minutes to walk.  Four minutes.

4          Ladies and gentlemen, that is consistent --

5    completely inconsistent with Seemab Ashfaq.  Seemab Ashfaq

6    told you very clearly, as did Rukhsana, that it takes about a

7    half an hour, a half an hour, not four minutes, to walk from

8    the bus stop to their house.  And you know that not only

9    because Seemab told you but because she showed you on the maps

10   why that was the case.

11         Ladies and gentlemen, this is exhibit -- Government

12   Exhibit 34.  And you could see this.  You could look at

13   Seemab's testimony in the record, if you wish.  But I submit

14   to you, and you can check this, that Seemab Ashfaq explained

15   that there are two areas of Chiryawala.  One on the left, one

16   on the right that has buildings and such.  And Seemab Ashfaq

17   explained to you that the buses go along this yellow road, and

18   that's where her bus dropped her off.  And she testified that

19   her house is in this area.

20         And then if you look at Government Exhibit 40, which

21   is a blowup of -- and you can tell by looking at this little

22   red house right here, red house, or red square, she testified

23   that this is her house.  I'm circling it right here.  And

24   she -- she identified it by the oval roof that her house has.

25         Ladies and gentlemen, looking back at Government

*Rebuttal / Hector*                                    1515

1   Exhibit 34, that's over here.  So Seemab Ashfaq was explaining

2   that it takes a half an hour to walk from here all the way

3   over to here.  Waqas Ali's testimony that he walked four

4   minutes to pick up Seemab is simply not credible.  And not

5   only -- think about what you would have to believe that Waqas

6   Ali is telling you the truth about that.  You'd have to

7   believe that Waqas Ali is telling you the truth and Seemab,

8   Rukhsana, and Nayab are all lying about the events of that

9   day.

10          You'd have to believe that Seemab didn't see what

11  she told you she saw when she saw Akmal and Nisar and Sain

12  Asghar and Babar standing over the bodies of her loved ones

13  with guns.  You'd have to believe that Rukhsana was making it

14  up when she said that she and her daughter approached the

15  scene and came upon that grizzly murder.

16          And you'd have to believe that Nayab came in, and

17  when she told you about the story, about hearing at her school

18  from her friend that her father was killed and a police

19  officer came and took her to the scene and described seeing

20  this, that she was lying.  Because according to Waqas Ali, he

21  picked Nayab up and brought her to the scene before he picked

22  Seemab up.

23          Ladies and gentlemen, we submit that the testimony

24  of those three witnesses, all of whom were geared towards

25  establishing that particular point, is not credible.

*Rebuttal / Hector*                                              1516

1          Defense counsel also made the point that maybe

2    someone else killed Ashfaq and Madeeha.  Maybe it was a member

3    of the Panchayat.  Because maybe a member of the Panchayat was

4    angry that Rukhsana had talked to that person out of turn.

5    That a woman had dared to confront a member of the Panchayat

6    and maybe that's the person that killed Ashfaq and Madeeha.

7          Ladies and gentlemen, that argument makes no sense

8    and I want to take you through the reasons why you know that

9    that argument makes no sense.

10          And it -- that argument comes in a couple of

11   different forms.  It's not only the argument that maybe a

12   member of the Panchayat did it, but also this argument that

13   Nazia's testimony should be credited, that maybe two unknown

14   assailants came into the village and committed this.  And it

15   makes sense that the defense would argue this.  Right?

16   Because in many ways, he has to argue this.  Because that's

17   the defense that the defendant even came up with himself on

18   the day of the murders, when he said in that recorded call to

19   Ahmed, maybe someone else did this and made us a part of it

20   and the blame is being thrown on us.

21          Ladies and gentlemen, you know that's not true, and

22   you know it's not true for the following reasons that I'm

23   going to go through right now:

24          First off, just think about what that would mean.

25   The defendant would literally have to be the unluckiest man in

*Rebuttal / Hector* 1517

1  the world.  He's have to be a man who had an ongoing dispute

2  with the Ashfaq family.  Had been making threats against them

3  for years.  But more importantly, over the two-month period

4  between when Amina left home, in February 25th, when the

5  threats were getting worst and worst and worst and more

6  serious.  He would have to be the guy that was doing that and

7  then lo and behold, someone else swoops in and coincidentally

8  takes care of the problem for him; and not only kills Ashfaq,

9  but kills Ashfaq's daughter too, which is consistent with the

10  defendant's repeated threats to kill all the members of the

11  Ashfaq family.

12         Do you really think that it is possible that someone

13  could be that unlucky?  That they're the one making the

14  threats.  That they're the one delivering ultimatum to Amina

15  on the phone, four days before the murder, an ultimatum:  Come

16  home or else.  Think over it with a clear mind, write this

17  down.  Call me back and let me know.  That happened on

18  February 21st, four days before the murders.

19         Do you really think that that was the ultimatum that

20  the defendant delivered and lo and behold someone else swooped

21  in and killed them four days later?  And not only did four --

22  four people -- did people swoop in and kill them four days

23  later, you know that's not true, because it was the

24  defendant's associates and family members that were at the

25  scene.  But even taking a side that, there are other reasons

*Rebuttal / Hector*                                         1518

1    why you know that that argument makes absolutely no sense.

2           One of the most damning reasons why we submit you

3    know it was the defendant and the defendant's family and

4    associates who committed this crime and no one else, is

5    because the crime happened at precisely the moment when the

6    threats and the issue was reaching a crescendo.  It happened

7    at precisely the moment when the defendant's threats got worst

8    and worst, until he finally delivered the final ultimatum.

9    That's precisely the moment that this event, this murder, this

10   vicious murder occurred.  And you know that not only from the

11   consensual recording, but from the phone records.  Let's look

12   at the phone records.

13          This is Government Exhibit 722.  Well, before we do

14   this, let me just go back to some of the consensual recordings

15   for one second and show you something.  I want to make this

16   explicit.

17          This is the defendant's call with his daughter on

18   February 21, 2013, four days before the murders.  The

19   defendant says the following thing to his daughter Amina.

20          ***Defendant:  Watch then, your --***

21          This is when she says she's not coming home.

22          *Watch then.  Your father will go to jail.*

23          ***Amina:*** *Why would you go to jail?*

24          ***Defendant***: *Your father will go to jail.*

25          Ladies and gentlemen, we submit that he is saying I

*Rebuttal / Hector*                                    1519

1  will go to jail because he knows this is the final straw.  He

2  knows that if Ahmed does not come back this time, that's it.

3  This is the threats culminating.

4       ***Defendant:***  *I will end up in jail because it's*

5  *written in my fate.  If it's in your father's fate, neither*

6  *you nor anyone else can stop it from happening.*

7            ***Amina:***  *Why?  What will you do?*

8            ***Defendant:***  *I will kill each and every one of them.*

9            ***Amina:***  *But the why?  I have told you that they have*

10  *nothing to do with this.  I came here on my own.*

11       ***Defendant:***  *Oh, yeah.  That's when he talks to that*

12  *unsuspecting passenger.  Thank you.  Have a nice night.  And*

13  *coldly turns back to his daughter.*

14            *Okay.  Now let me make it clear to you.*

15       ***Amina:***  *Yes.*

16       *Defendant:  Take note of one thing.*

17       ***Amina:***  *What?*

18       ***Defendant:***  *If you don't come back, I will kill each*

19  *and every one of them.  I will go to jail.  The entire family*

20  *will go to jail.  Once they will be killed, then they will*

21  *catch, write it down.*

22            Ladies and gentlemen, this is four days before the

23  murders.  The threats are getting -- reaching a crescendo.

24  And one thing I want to point out here that I think is

25  important.  Notice what the defendant says:  *I will go to*

*Rebuttal / Hector*                               1520

1  *jail.  The entire family will go to jail.*

2          Ask yourself what that means.  We submit that it is

3  proof of the conspiracy.  He puts himself in it.  *I will go to*

4  *jail.  The whole family will go to jail.*

5          And I connects himself to his other family members

6  who he's directing in this plot to kill Shujat's family

7  members.

8          Now let's look at the phone records, because you

9  know what happens.  Ahmed testified she didn't -- she didn't

10  come back home, she didn't call her father back.  That was the

11  last words that her father spoke to her.  He gave her an

12  ultimatum and she did not go through with it.  And so this is

13  what happened.

14          And remember, this is February 24th, in New York,

15  which is early in the morning February 25th in Pakistan, on

16  the day of the murders.  The defendant is in his taxicab.

17  He's at the beginning of his shift, his normal overnight

18  shift.  In fact, he's two hours and something into it.

19  Hardly -- hardly into his shift.  And he gets a call from

20  Nisar or Babar at 10:09 p.m.

21          And just so you know, just so it's clear, the reason

22  that is noted as Nisar or Babar, is for this reason:  It's in

23  Government Exhibit 720.  In the defendant's phone contacts,

24  this number is noted as Nazia.  But it is also the phone

25  number listed for Babar, son of Nisar Ahmed on that I-130

*Rebuttal / Hector*                                            1521

1  petition.  So we submit to you that this is the phone that is

2  used by either Nisar or Babar, or both.  It doesn't matter

3  because they're both at the scene of the murder, they're both

4  involved in this.  It's Amina's husband and Amina's husband's

5  father.

6           So what happens? The defendant gets this phone call

7  at 10:09 p.m., it's a nine-minute phone call.  And we submit

8  to you, that's the phone call that put the plan into action.

9  That's when the defendant and Nisar/Babar decided, now is the

10 time.  Now is the day.  We're going to do this.

11          And so what does the defendant do?  He's on the

12 phone when he picks up his final taxi fare that night, because

13 that call lasts until 10:18.  And then he makes a couple of

14 quick calls and quick succession and drops off that fare at

15 10:32.  And then what does he do? We submit he goes home.  He

16 doesn't take another fare that night.  And think about what

17 Nasreen told you, his daughter.  Remember her words?

18          She said that her father usually works the overnight

19 shift, unless he has something he has to do.

20          Ladies and gentlemen, the defendant did have

21 something he had to do that night.  And the thing that he had

22 to do was orchestrate the murder of Madeeha and Ashfaq.  And

23 so the plan started.  And look, my colleague, Mr. Tucker

24 commented on this in his closing.

25          Look at the defendant's phone activity.  The

1   defendant is now on the phone constantly.  And

2   these-less-than-a-minute calls, does that really matter?

3   Think about what that means.  Right?  Think about in your own

4   life.  Think about when you have something huge going on, when

5   something's really important.  What do you do?  You keep

6   dialing the phone.  Right?  You're not leaving messages.

7   You're not leaving messages.  You just keep calling and

8   calling and calling until people pick up.  This phone activity

9   is indicative of that sort of level of involvement and

10  intensity.

11          And you'll notice during the next several hours the

12  defendant's phone activity does not stop.  Look at the times:

13  10:19, 10:23 :24, :25, :41, :42.  I don't need to name them

14  all for you.  Through the 11s.  Then we get to 1 a.m.  It

15  keeps going.  Again, through the ones, the twos, the threes,

16  and then somewhere in here, ladies and gentlemen, is when the

17  murder happens.  Somewhere around two -- between two and

18  2:30 p.m. somewhere in there.

19          The defendant is on the phone all night until that

20  happens.  He makes -- you can count them, something like 40

21  calls.  A number of those calls are with Pakistan.  And most

22  importantly, a number of those calls are with people that are

23  at the very scene of the murder, that are standing with the

24  dead bodies of Madeeha and Ashfaq.

25          People like, Nisar and Babar.  People like, Mazhar,

*Rebuttal / Hector*                                    1523

1   who Rukhsana told you were at the scene.  Nisar, Babar again.

2   And this AK number, who we submit, is another coconspirator.

3   And you know that, because it's the same AK number that

4   appears on the phone calls leading up to the

5   January 26th ambush.  This is what the defendant is doing

6   minute-by-minute, in the hours leading up to the murder.

7           And then it doesn't stop.  He doesn't go to sleep.

8   He stays on the phone.  Again -- and you know, you know he's

9   up because you know he's up when Nazia tells you reluctantly

10  that her father was a part of that meeting that happened at

11  6:30 or 7:30 in her house the next morning, when everyone was

12  discussing the murder of Madeeha and Ashfaq.

13          He's talking to Mazhar.  He's talking to Javed.

14  He's talking to Nisar, Babar.  He's talking to Abid Molbi.

15  Amina testified that Abid Rezar, the important politician, is

16  also known as -- she said, Abid Molvi, M-o-l-v-i.  We submit

17  that's the same thing.  Molbi, Molvi, same person.  He's also

18  talking to Mahmu Fihad.  Amina told you who that is.  That's

19  Nisar's father.

20          And the calls do not stop until 12:50, when the

21  defendant presumably goes to bed.

22          What do you think the defendant was saying in those

23  calls?  We submit that you know exactly what the defendant was

24  saying in those calls because he had been saying it for days

25  and days preceding this on those calls with Amina.  They need

*Rebuttal / Hector*                                    1524

1   to be killed.  I need to protect my honor.  I will not rest

2   until they're all dead.  But before going to sleep, he gets

3   that call from Amina at 11:32 a.m.  I'm sorry, 11:43 a.m.  And

4   the content of that call is another reason why you know the

5   defendant was involved.  Not only involved but orchestrated

6   the murder of Madeeha and Ashfaq.  Let's talk about his words

7   during that call.

8          And it's in Government Exhibit 106.  The first thing

9   he says when Ahmed asked, what have you done?

10         *What?*

11         *There?*

12         *What we had done?*

13         **Amina:**  *Do you know what you have done with them?*

14         **Defendant:**  *What should have been done?*

15         **Amina:**  *Have you done this?*

16         **Defendant**:  *What should have been done?*

17         And what's interesting about that is, you know the

18  defendant already knows what's been done.  Because Nasreen

19  told you, hours before this call at 6:30 or 7:30 there was a

20  family meeting, when the defendant was talking about what had

21  happened.  So he knew they were murdered.

22         So ask yourself why he's acting dumb about it to

23  Amina.  And then Amina says, *I told you, I will come back and*

24  *was thinking about it, and you --*

25         And the defendant said, *Come back home right now.*

*Rebuttal / Hector*                                            1525

1   *We will be spared.  Just come.  It's final.*

2          Those are the defendant's words.  *It's final.*

3   *What's final?*  He knows exactly what's final.

4          Then he claims to be sleeping.  *Oh, I did not kill.*

5   *We did to the kill.  You should have just come home.*

6              *Then who killed them?*

7              *How do I see I know?  I was sleeping.*

8          You now that's a lie.  You know that from the phone

9   calls.  The defendant has been up since he got that phone call

10  at 10:09 the previous night from Nisar and Babar.  And then

11  the defendant says, *I did not kill them.  Why do you keep*

12  *repeating the same thing, that I killed him.  Even if I did*

13  *kill him, isn't a person supposed to kill that being, when he*

14  *finds out that his daughter ran away because of him?*

15         We submit that that statement is very telling.  Even

16  in the mist of his false denials, he can't help himself.  Even

17  in the mist of those denials, the truth comes out.  *Even if I*

18  *did, isn't a person whose daughter runs away supposed to?*

19  That's a very telling comment.  And then he says something

20  else that's even more telling.

21         He says, *Think about it.  In the next 24 hours call*

22  *me, wherever you are.  If you are close by, I will pick you*

23  *up.  If you are far away, I will send you airfare.  Come back.*

24             ***Amina:***  *What will you do after another 24 hours?*

25             ***Defendant:***  *After 24 hours, something else will*

*Rebuttal / Hector*　　　　　　　　1526

1   *happen.  Another person will be gone.  Is he coming today?*

2   　　　　*Amina:  How do you know that he came?*

3   　　　　*Defendant:  Because he has to attend his father's*

4   *funeral in the morning.  He will not return home after the*

5   *funeral.  Okay?*

6   　　　　*Amina:  You killed his father because you knew he*

7   *would come to his father's funeral and then you can kill him.*

8   　　　　Ladies and gentlemen, ask yourselves, does that

9   sound like an innocent person?  Does an innocent person take

10  that very opportunity to say to his daughter, another person

11  will be killed?

12  　　　　Ladies and gentlemen, we submit that you know that

13  the world just doesn't happen in the way that the defense

14  counsel is suggesting it does.  The world just doesn't happen

15  where the person who's threatening these people, the person

16  who's delivering these ultimatums, the person who is on the

17  phone all night with the very people that are at the scene of

18  the murder, standing over the dead bodies of Madeeha and

19  Ashfaq, it's not a coincidence.  He planned it, he

20  orchestrated it, and the evidence proves it.

21  　　　　There are a couple of other reasons that I just want

22  to add and talk to you about, that establish that the

23  defendant was directly involved in this.  The defendant was

24  planning it and he was the impetus behind it.  Again it's his

25  own words.  It's words like, I will go to jail.  It's words

*Rebuttal / Hector*                                     1527

1    like, I have been searching for Shujat for two months and I

2    have not been able to find him.  It's words like, I will go to

3    Pakistan to do this myself.

4             (Continued on the next page.)

*Rebuttal - Hector*                                                    1528

1    REBUTTAL SUMMATION (continued)

2    BY MS. HECTOR:

3              MS. HECTOR:  I want to talk a little bit about some

4    of the other arguments that defense counsel raised, especially

5    with respect to some of the witnesses.  He said that, he made

6    the argument that it's awfully convenient that Rukhsana and

7    Seemab just happened to overhear the conversations that they

8    overheard.  Think back to their testimony, think back to what

9    they told you.  Did they appear to be exaggerating and making

10   things seem worse than they actually were, or did they appear

11   to be telling you their honest recollections of what happened?

12   Think about what Seemab told you about the conversations she

13   overheard.

14             Think about when Javed came to the house the day

15   after the shooting in Barnala, the shooting on the vehicle,

16   and he came in and he was on the phone with Afzal and Afzal

17   talked and then Ajmal got on the phone.  Think about what

18   Seemab said when we asked:  How did you know that Ajmal got on

19   the phone, what did she say?  She said:  My father said is

20   this Ajmal?  And we asked:  Did he respond?  And she said:

21   No, but he just kept talking.  What is that indicative of?

22   Did she say oh, he did, he said oh, yes, this is Ajmal, or did

23   she accurately say well, no, he didn't respond, but he didn't

24   deny it either?  That's emblematic of someone who's telling

25   the truth, not someone who's trying to make things seem worse

*Rebuttal - Hector*                          1529

1  than they are.

2         I'd like to spend a minute and talk about the I-130

3  petition.

4         THE COURT:  How much longer do you have?

5         MS. HECTOR:  About 15 minutes, your Honor.

6         THE COURT:  All right.  At the end of this, I'm

7  going to send the jury home for the day and we can have the

8  jury charge tomorrow.  I had hoped to do it today, but given

9  the lateness of the hour, it's not fair to the jury to

10 continue beyond that.  So I just want the jury to continue to

11 hang in there.  I appreciate your time an attention and I'm

12 going to give the prosecutor the additional 15 minutes and

13 with we're going to wrap you up at five o'clock, that's when

14 you're going to be done.

15        MS. HECTOR:  Certainly, Your Honor.

16        THE COURT:  Then we will have the charge tomorrow.

17 Given the fact it's the eve of the holiday, I'd like to start

18 tomorrow at 9:00 a.m., if that's acceptable to you, members of

19 the jury, and I would appreciate it we'll start promptly at

20 9:00 a.m.  We'll start with the jury charge and then you'll go

21 right into your deliberations.

22        Go on.

23        MS. HECTOR:  The defense also made an argument about

24 the I-130, and we submit that this argument should be

25 dismissed by you outright.  Think about what he said.  He

1   said:  The defendant's not guilty of making a false statement

2   on the I-130 either because, one, he mentioned that Amina

3   admitted lying to federal agents about her relationship with

4   Shujat and the fact that she was communicating with Shujat

5   during their interviews, and ask yourself what does that mean?

6   Because Amina lied in one case, which she admitted to you, and

7   makes sense we submit, the defendant should get a pass for a

8   lie on an I-130 form?    That makes no sense.

9          He also made the argument that it's just not a big

10  deal.  Ladies and gentlemen, that argument is offensive.  We

11  submit it is a big deal to lie on an I-130 petition.  Officer

12  Morrell came and testified, she told you why it's important

13  that people put accurate information on I-130s, and that

14  should be obvious why.  It's important to the U.S. government

15  to know information about the person that's petitioning for

16  someone to come to the United States and information about the

17  person who wants to come to the United States pursuant to such

18  petition.  It's important that the government know that so

19  that they can perform their jobs, and the information that's

20  put in that I-130 petition is material to that determination.

21  It matters to them if someone lies.  It matters if someone

22  lies about where they've been living for the last five years.

23  It matters to them, most importantly, if the person who

24  purports to sign that document is not the person who is

25  purporting to submit that petition.  Miss Morrell explained to

1   you the reason that it's important to us that the person who

2   submits that petition is the person that actually signs is

3   because that person is attesting to the accuracy of the

4   information contained on that I-130 petition.  That's why it's

5   a big deal, because it matters to the government who comes

6   here and that they can adequately check those documents before

7   someone's permitted to come here.

8              No one is above the law.  The defendant is not above

9   the law.  No one's arguing that this is a marriage fraud or --

10  the issue is did the defendant falsely submit an I-130

11  petition.  He admitted it during his post-arrest statements.

12  He said:  I filed that petition.  His daughter Nasreen,

13  whether she signed it, which we submit she's the actual

14  signatory, it was at her father's direction.  We submit that

15  that's clear.  That makes him guilty of the crime.  When you

16  go back to the jury box, look at the instructions of what

17  makes you guilty of that crime.  The defendant is guilty of

18  that crime, and you should find him guilty of that crime.

19             A few other quick points.

20             Defendant said that it was strange that Rukhsana and

21  Seemab moved towards the shots when they heard them.  It

22  wasn't strange.  Think about what you would do.  As jurors,

23  you bring your common sense and your experience to your role

24  as jurors.  If you knew that your family members were the

25  targets of threats and violence, something that the defendant

1  even admitted to in one of the taped recordings, he said to

2  Amina when she confronted him about that January 26th

3  shooting:  I will continue to shoot at them.  If you knew

4  that, if you knew that your family members were the subject of

5  threats and you saw them pass and then you heard gunfire,

6  wouldn't you run towards it?  Wouldn't you want to see if

7  they were okay?

8          Ladies and gentlemen, in the end, what this case

9  comes down to is the tapes and the testimony of the witnesses.

10 Listen to those consensual recordings.  Those recordings

11 reveal what is often the hardest thing to prove in a murder

12 conspiracy case and that is the defendant's intent.  Here the

13 defendant's intent is unmistakable:  Until I find you, I won't

14 stop.  Until I find you, nothing is going to stop.  I'm going

15 to kill their entire family.  And you know he was serious.

16 You know these were not idle threats.  He was so serious that

17 he wanted Amina to know it.  That's why he said when she

18 confronted him about the first shooting:  I will continue to

19 shoot.  He wanted her to know "I've done it and I will keep

20 doing it."  And he did continue to shoot.  He continued to

21 shoot until Madeeha and Asghar lay dying.  He and his family

22 members did that.  He directed it and it happened.  He made a

23 promise to his daughter and he kept it, and because of that

24 promise, that promise to protect his honor at all costs, two

25 people are dead.  His honor was more important than their

*Rebuttal - Hector*                                    1533

1   lives.

2            Asghar will never see his daughters marry.  He won't

3   get to grow old with his wife Rukhsana.  Madeeha, just in her

4   20s, will never have the life that she was intended to.  He

5   took away everything she was and everything she would be.

6   He's guilty.  Convict him of these crimes.

7            Thank you.

8            THE COURT:  Members of the jury, you will recall my

9   preliminary instructions to you when you were first selected

10  and sworn in as jurors.  I stated that once all the witnesses

11  have testified and everything that must be admitted into

12  evidence is admitted, each side will present a closing

13  argument.  You've just heard those closing arguments.  I will

14  then as a court give you detailed instructions on the law as

15  you are to apply it in this case.  You will then retire to the

16  jury room, which as you know is conveniently located right

17  behind this courtroom.  So tomorrow when you come in at 9:00

18  a.m., I will go right to the jury charge.  There will be no

19  more argument from counsel.  You will get the charge that I

20  present to you, and then you will begin your deliberations

21  right after that at 9:00 a.m. tomorrow.

22           I again urge you, I know it's late, I know it's

23  tempting, do not talk with each other about the case.  Do not

24  read anything about the case.  I'm going to give you your

25  charge tomorrow and then you are the real jury.  As I told you

*Rebuttal - Hector*                          1534

1    in the beginning, you are the ones who will make the very real

2    decision.

3              Have a good, sound, restful evening.  I will see you

4    here tomorrow at 9:00 a.m. sharp.  We will go right to jury

5    charge.

6              (Jury exits the courtroom.)

7              THE COURT:  All right.  Ladies and gentlemen, the

8    jury has left the courtroom.

9              Do we have any procedural issues to address?

10             MR. TUCKER:  Not from the Government, your Honor.

11             MR. SOSINSKY:  No, sir.

12             THE COURT:  Have a good evening.  We'll see you

13   here.  We'll start promptly at 9:00 a.m.

14             (Time noted:  4:47 p.m.)

15

16             (Whereupon, the proceedings were adjourned to

17    July 3, 2014, at 9:00 a.m.)

18

19

20

21

22

23

24

25

1535

<u>I N D E X</u>

**<u>PAGE</u>**

SUMMATION BY

MR. TUCKER                                    1377


SUMMATION BY

MR. SOSINSKY                                  1435


REBUTTAL SUMMATION

BY MS. HECTOR                                 1491

1536

# E X H I B I T S

Court's Exhibits 5A and 6A                    1346

Defendant's Exhibit D                         1376

## $

**$200** [1] - 1471:22
**$600** [1] - 1477:6
**$800** [1] - 1471:22
**$900** [3] - 1421:12, 1455:13, 1477:6

## '

**'10** [1] - 1479:1
**'11** [1] - 1479:2

## 1

**1** [4] - 1423:12, 1423:14, 1424:6, 1522:14
**1-130** [1] - 1460:22
**10** [4] - 1415:13, 1448:10, 1459:8
**100** [1] - 1503:21
**1000** [1] - 1421:11
**10006** [1] - 1344:20
**101** [4] - 1390:20, 1426:1, 1427:18, 1427:22
**102** [3] - 1391:9, 1427:18, 1427:22
**103** [2] - 1392:8, 1427:19
**104** [1] - 1392:20
**105** [5] - 1378:12, 1393:15, 1394:6, 1408:6, 1410:6
**106** [7] - 1398:21, 1405:2, 1405:10, 1419:12, 1426:1, 1427:20, 1524:8
**106-F4** [1] - 1419:15
**10:09** [4] - 1418:9, 1520:20, 1521:7, 1525:10
**10:18** [1] - 1521:13
**10:19** [1] - 1522:13
**10:23** [1] - 1522:13
**10:32** [3] - 1417:8, 1418:8, 1521:15
**11201** [1] - 1344:16
**114** [1] - 1415:14
**11:32** [1] - 1524:3
**11:42** [1] - 1398:17
**11:43** [2] - 1419:7, 1524:3
**11s** [1] - 1522:14
**129** [1] - 1389:5
**12:50** [2] - 1418:10, 1523:20
**12:53** [1] - 1433:14
**13-CR-150** [2] - 1344:3, 1345:3
**1346** [1] - 1536:4
**1376** [1] - 1536:6
**1377** [1] - 1535:5
**14** [2] - 1419:8, 1459:8
**140** [1] - 1447:16
**1435** [1] - 1535:8
**1491** [1] - 1535:11
**15** [5] - 1408:25, 1433:12, 1448:10, 1529:5, 1529:12
**15-minute** [2] - 1433:7, 1433:19
**15th** [4] - 1390:17, 1403:8, 1422:6, 1427:9

## 2

**2** [1] - 1344:7
**20** [10] - 1447:16, 1447:24, 1448:7, 1448:9, 1448:17, 1449:6, 1454:15, 1509:9, 1509:11, 1510:18
**2008** [1] - 1464:1
**2009** [3] - 1408:24, 1408:25, 1479:1
**201** [1] - 1408:21
**2011** [1] - 1465:21
**2012** [10] - 1409:2, 1409:3, 1418:5, 1424:6, 1465:23, 1466:8, 1466:11, 1466:19, 1466:25, 1467:9
**2013** [18] - 1378:11, 1384:18, 1386:17, 1390:17, 1393:13, 1404:11, 1409:5, 1412:19, 1414:11, 1415:9, 1436:14, 1439:12, 1439:22, 1469:4, 1480:4, 1483:14, 1518:18
**2014** [2] - 1344:7, 1534:17
**202** [1] - 1408:22
**203** [1] - 1408:22
**204** [1] - 1408:22
**20s** [1] - 1503:4
**20th** [4] - 1391:1, 1391:8, 1392:16, 1427:12
**21** [2] - 1377:24, 1518:18
**21st** [5] - 1378:10, 1393:13, 1416:12, 1421:6, 1517:18
**22** [2] - 1377:23, 1399:7
**22nd** [1] - 1474:25
**24** [9] - 1351:15, 1399:1, 1399:3, 1399:4, 1522:13, 1525:21, 1525:24, 1525:25
**24-hour** [1] - 1415:12
**24th** [6] - 1415:13, 1416:11, 1417:7, 1418:7, 1475:1, 1520:14
**25** [11] - 1404:11, 1414:11, 1415:9, 1447:16, 1447:24, 1448:7, 1448:9, 1448:17, 1449:6, 1454:15, 1522:13
**25th** [21] - 1386:16, 1398:18, 1404:3, 1405:10, 1412:12, 1414:16, 1415:13, 1418:17, 1419:1, 1419:12, 1422:9, 1426:23, 1427:9, 1429:2, 1436:14, 1439:22, 1475:1, 1483:14, 1494:24, 1517:4, 1520:15
**26th** [19] - 1386:24, 1387:20, 1389:21, 1390:13, 1391:6, 1400:11, 1400:25,

1414:11, 1414:13, 1414:23, 1414:25, 1415:4, 1418:18, 1418:25, 1426:20, 1475:18, 1481:21, 1523:5, 1532:2
**27** [2] - 1409:3, 1418:4
**271** [1] - 1344:15
**29** [1] - 1408:24
**2:00** [1] - 1448:12
**2:05** [1] - 1448:13
**2:10** [1] - 1448:13
**2:30** [4] - 1446:17, 1449:8, 1455:15, 1522:18
**2:48** [1] - 1417:6

## 3

**3** [3] - 1391:9, 1428:5, 1534:17
**30** [1] - 1503:23
**30-A** [1] - 1413:17
**30-meters** [2] - 1503:16
**30th** [1] - 1344:19
**33** [1] - 1417:17
**330** [1] - 1418:23
**331** [1] - 1418:23
**34** [2] - 1514:12, 1515:1
**3454** [1] - 1419:9
**35** [1] - 1503:23
**39** [1] - 1417:5
**3:15** [1] - 1510:25
**3:19** [1] - 1490:21
**3:30** [1] - 1510:4
**3:37** [1] - 1499:19
**3:46** [1] - 1501:3

## 4

**4** [1] - 1391:9
**40** [2] - 1514:20, 1522:20
**405** [1] - 1424:18
**41** [1] - 1522:13
**42** [1] - 1522:13
**42A** [3] - 1438:1, 1440:7, 1449:18
**42AB** [1] - 1495:23
**45** [2] - 1344:19, 1471:16
**4:02** [1] - 1417:21
**4:47** [1] - 1534:14
**4th** [1] - 1468:5

## 5

**5** [1] - 1390:20
**50** [2] - 1510:17, 1510:18
**501** [5] - 1423:25, 1424:6, 1424:22, 1425:13, 1467:17
**502** [1] - 1382:24
**503** [2] - 1382:25, 1424:17
**504** [1] - 1424:20
**516** [1] - 1383:19
**5A** [4] - 1345:22, 1346:2, 1346:3, 1536:4
**5th** [1] - 1421:8

## 6

**6** [1] - 1394:6
**6,000** [2] - 1401:11, 1437:11
**602** [2] - 1417:17, 1417:18
**606** [1] - 1417:2
**613-2596** [1] - 1344:23
**613-2648** [1] - 1344:23
**624** [1] - 1404:9
**64** [1] - 1499:13
**687** [1] - 1409:14
**6:30** [2] - 1523:11, 1524:19
**6A** [4] - 1345:22, 1346:2, 1346:3, 1536:4

## 7

**7** [2] - 1409:5, 1510:23
**7.0** [1] - 1489:22
**7.5** [1] - 1489:12
**718** [2] - 1344:23, 1344:23
**720** [1] - 1520:23
**721** [1] - 1414:14
**722** [6] - 1415:10, 1416:9, 1418:6, 1419:8, 1419:24, 1518:13
**77** [1] - 1385:23
**78** [1] - 1385:24
**7:30** [2] - 1523:11, 1524:19
**7:41** [1] - 1417:21

## 8

**8** [2] - 1392:20, 1410:7
**800** [1] - 1477:6
**806** [5] - 1438:8, 1440:5, 1496:8, 1506:2, 1506:12
**811** [1] - 1506:7
**817** [1] - 1416:23
**821** [2] - 1507:24, 1511:18
**833** [1] - 1496:5
**834** [2] - 1387:19, 1400:19
**841** [1] - 1384:9

## 9

**9** [1] - 1398:21
**98** [2] - 1503:16, 1503:17
**9:00** [7] - 1529:18, 1529:20, 1533:17, 1533:21, 1534:4, 1534:13, 1534:17
**9:30** [2] - 1344:8, 1376:6

## A

**a.m** [15] - 1344:8, 1398:18, 1417:21, 1419:7, 1510:23, 1522:14, 1524:3, 1529:18, 1529:20, 1533:18, 1533:21, 1534:4, 1534:13, 1534:17
**Abbas** [18] - 1377:15, 1377:20, 1394:24, 1450:21, 1451:24, 1452:13, 1452:15, 1453:2, 1461:25, 1462:9, 1462:11, 1463:25, 1468:4, 1469:3, 1469:5,

1477:20, 1480:2, 1480:10
**abetting** [1] - 1425:8
**Abid** [3] - 1523:14, 1523:15, 1523:16
**Abida's** [1] - 1466:3
**Abigail** [1] - 1500:21
**ability** [4] - 1354:13, 1430:4, 1472:1, 1489:5
**able** [11] - 1351:24, 1394:3, 1394:4, 1409:23, 1442:5, 1446:20, 1458:24, 1469:5, 1503:19, 1527:2
**above-referred** [7] - 1384:10, 1438:2, 1438:10, 1438:24, 1463:2, 1467:18, 1470:5
**absence** [1] - 1489:18
**absolutely** [14] - 1346:20, 1361:23, 1362:16, 1373:5, 1437:6, 1443:20, 1471:14, 1486:7, 1497:5, 1498:3, 1502:18, 1509:17, 1510:6, 1518:1
**Absolutely** [1] - 1432:6
**Abu** [1] - 1396:3
**accept** [4] - 1361:9, 1444:3, 1446:9, 1482:13
**acceptable** [3] - 1363:24, 1461:8, 1529:18
**accepted** [2] - 1466:23, 1479:22
**accepts** [1] - 1444:2
**accident** [1] - 1428:1
**accidentally** [1] - 1405:1
**accommodating** [1] - 1501:4
**accompanying** [2] - 1353:12, 1353:21
**accomplish** [2] - 1367:11, 1380:6
**accomplished** [1] - 1380:21
**according** [11] - 1349:1, 1429:5, 1436:11, 1439:21, 1447:9, 1450:8, 1450:21, 1454:23, 1468:25, 1471:15, 1474:9, 1476:16, 1481:12, 1483:3, 1485:12, 1485:18, 1486:9, 1492:2, 1515:20
**accordingly** [1] - 1455:1
**account** [10] - 1400:13, 1401:12, 1451:7, 1454:1, 1458:9, 1461:8, 1462:15, 1469:8, 1483:21, 1486:10
**accounting** [1] - 1462:22
**accounts** [4] - 1412:18, 1448:21, 1453:24, 1457:2
**accuracy** [1] - 1531:3
**accurate** [3] - 1424:13, 1455:7, 1530:13
**accurately** [1] - 1528:23
**accused** [2] - 1482:9, 1488:8
**accusing** [1] - 1400:8
**accustomed** [1] - 1381:22
**achieve** [1] - 1471:2
**acknowledge** [1] - 1452:4
**acknowledgement** [1] - 1461:2
**acknowledges** [1] - 1463:25
**acquiring** [1] - 1482:25
**act** [3] - 1420:14, 1421:9, 1423:6
**acting** [1] - 1524:22
**action** [4] - 1388:19, 1423:7, 1468:5, 1521:8

**actions** [7] - 1392:3, 1412:1, 1421:4, 1423:10, 1432:12, 1492:17, 1494:9
**activities** [1] - 1380:10
**activity** [4] - 1415:9, 1521:25, 1522:8, 1522:12
**acts** [9] - 1420:15, 1420:17, 1420:19, 1420:21, 1421:22, 1421:23, 1423:3, 1477:2, 1500:9
**actual** [7] - 1349:22, 1357:10, 1412:20, 1424:11, 1450:23, 1466:20, 1467:11, 1468:16, 1504:4, 1531:13
**Adams** [1] - 1500:21
**add** [1] - 1526:22
**added** [1] - 1513:10
**addition** [2] - 1347:19, 1509:14
**additional** [9] - 1350:1, 1368:15, 1368:20, 1368:25, 1369:1, 1369:4, 1498:23, 1513:18, 1529:12
**additions** [1] - 1357:22
**address** [17] - 1347:10, 1348:8, 1349:24, 1351:8, 1360:4, 1360:7, 1369:20, 1402:14, 1409:16, 1428:9, 1464:10, 1481:15, 1489:18, 1491:5, 1494:15, 1497:2, 1534:9
**addressed** [2] - 1353:1, 1481:9
**addressing** [1] - 1491:23
**adequately** [1] - 1531:6
**adjourned** [1] - 1534:16
**adjust** [1] - 1439:2
**admissible** [1] - 1352:21
**admission** [1] - 1392:14
**admit** [3] - 1349:17, 1352:19, 1359:7
**admitted** [14] - 1376:9, 1400:24, 1406:15, 1406:16, 1406:17, 1410:3, 1424:25, 1425:1, 1426:5, 1530:3, 1530:6, 1531:11, 1532:1, 1533:11, 1533:12
**admitting** [1] - 1349:5
**ado** [2] - 1442:25, 1485:20
**adopt** [1] - 1440:14
**adults** [2] - 1444:23, 1472:10
**advance** [3] - 1354:6, 1369:13, 1383:14
**advised** [3] - 1367:20, 1485:10, 1486:23
**advising** [1] - 1481:10
**advocate** [1] - 1440:13
**advocates** [1] - 1440:13
**affects** [1] - 1392:3
**afford** [2] - 1455:14, 1488:6
**afforded** [1] - 1485:11
**affording** [1] - 1448:12
**afraid** [5] - 1388:15, 1388:17, 1388:19, 1388:20, 1426:5, 1504:13
**afternoon** [8] - 1372:16, 1394:20, 1435:9, 1442:17, 1446:18, 1453:11, 1455:15, 1491:4
**afterwards** [3] - 1451:8, 1467:14, 1483:2
**Afzal** [13] - 1388:24, 1388:25, 1391:3, 1391:20, 1392:5, 1392:16, 1392:20, 1393:1, 1400:22, 1409:3, 1470:12,

1528:16
**Afzal's** [5] - 1387:22, 1389:1, 1391:21, 1392:1, 1393:8
**age** [3] - 1442:14, 1442:15, 1499:13
**agency** [1] - 1486:22
**agenda** [1] - 1421:24
**Agent** [7] - 1345:7, 1402:24, 1414:15, 1415:12, 1417:13, 1425:4, 1427:1
**agent** [5] - 1484:6, 1484:7, 1484:10, 1484:19, 1486:2
**agents** [17] - 1378:22, 1390:12, 1399:17, 1406:13, 1406:17, 1406:19, 1411:11, 1419:11, 1443:3, 1461:5, 1461:10, 1478:11, 1483:16, 1483:19, 1485:13, 1485:14, 1530:3
**ago** [5] - 1347:20, 1381:8, 1435:10, 1437:13, 1441:3
**agree** [5] - 1359:18, 1408:11, 1459:16, 1459:17, 1460:23
**agreed** [9] - 1345:24, 1350:19, 1363:17, 1365:21, 1365:22, 1366:18, 1367:5, 1406:5, 1500:23
**agreed-upon** [1] - 1350:19
**agreeing** [4] - 1399:21, 1420:11, 1422:21, 1475:17
**agreement** [2] - 1380:5, 1413:16
**agrees** [2] - 1356:8, 1443:23
**ahead** [5] - 1354:24, 1370:16, 1371:10, 1397:16, 1418:3, 1460:11, 1483:12
**Ahmed** [35] - 1381:18, 1387:21, 1413:17, 1428:23, 1429:6, 1442:1, 1495:3, 1497:7, 1498:20, 1502:10, 1502:21, 1508:4, 1508:11, 1510:11, 1510:12, 1511:3, 1511:4, 1511:7, 1511:16, 1511:22, 1512:1, 1512:6, 1512:18, 1512:21, 1513:9, 1513:15, 1513:17, 1513:20, 1513:22, 1513:23, 1516:19, 1519:2, 1520:9, 1520:25, 1524:9
**Ahmed's** [1] - 1508:5
**aided** [1] - 1344:25
**aiding** [1] - 1425:8
**airfare** [1] - 1525:23
**aisles** [1] - 1443:12
**AJMAL** [1] - 1344:7
**Ajmal** [10] - 1378:6, 1460:24, 1465:2, 1467:7, 1468:25, 1473:1, 1528:17, 1528:18, 1528:20, 1528:22
**Ajmal's** [2] - 1386:4, 1392:2
**AK** [5] - 1418:18, 1418:21, 1419:2, 1523:2, 1523:3
**Akmal** [48] - 1382:16, 1383:16, 1383:17, 1383:21, 1384:3, 1385:10, 1385:11, 1385:12, 1387:2, 1387:3, 1387:17, 1387:20, 1388:5, 1395:22, 1395:24, 1396:3, 1396:5, 1396:7, 1396:18, 1396:20, 1396:23, 1397:8, 1398:7, 1398:8, 1400:12, 1401:5, 1409:7, 1413:17, 1414:18, 1414:20, 1414:22, 1415:1, 1415:3, 1420:22, 1421:8,

1421:12, 1421:18, 1422:21, 1426:20, 1429:12, 1429:14, 1429:20, 1472:19, 1497:10, 1498:7, 1501:17, 1512:23, 1515:11
**Akmal's** [5] - 1386:8, 1392:1, 1401:8, 1410:4, 1421:20
**Ali** [15] - 1428:23, 1429:6, 1430:16, 1496:22, 1497:7, 1512:25, 1513:6, 1513:10, 1513:19, 1513:24, 1513:25, 1515:6, 1515:7, 1515:20
**Ali's** [1] - 1515:3
**alien** [2] - 1423:18, 1423:24
**alive** [4] - 1392:22, 1395:20, 1398:23, 1405:6
**allegation** [1] - 1488:10
**allegations** [3] - 1487:11, 1487:13, 1487:18
**alleged** [6] - 1347:22, 1355:13, 1359:8, 1420:15, 1420:17, 1420:19
**allegedly** [1] - 1481:20
**alliance** [1] - 1408:15
**allied** [1] - 1478:24
**allow** [1] - 1360:25
**allowed** [5] - 1374:15, 1403:6, 1408:2, 1463:6, 1464:25
**Almight** [1] - 1500:9
**almost** [1] - 1483:16
**alone** [5] - 1390:10, 1442:6, 1452:1, 1462:16, 1511:6
**AMANDA** [1] - 1344:16
**Amanda** [1] - 1345:6
**ambiguity** [1] - 1402:6
**ambush** [18] - 1388:4, 1388:8, 1388:12, 1389:23, 1390:13, 1391:6, 1400:11, 1400:16, 1400:25, 1414:11, 1414:13, 1414:16, 1414:23, 1415:4, 1415:6, 1418:25, 1426:20, 1523:5
**America** [2] - 1460:19, 1500:5
**AMERICA** [1] - 1344:3
**American** [4] - 1380:15, 1382:6, 1472:15, 1500:23
**Americanized** [2] - 1382:3, 1432:11
**amid** [1] - 1384:19
**amina** [4] - 1392:8, 1393:17, 1394:8, 1399:3
**Amina** [170] - 1377:15, 1378:20, 1381:8, 1381:12, 1381:17, 1381:18, 1381:20, 1382:1, 1382:2, 1382:7, 1382:9, 1382:17, 1382:18, 1382:20, 1382:23, 1383:12, 1383:15, 1383:16, 1383:17, 1384:5, 1384:7, 1384:13, 1384:15, 1384:20, 1384:22, 1385:9, 1385:11, 1385:16, 1385:19, 1386:1, 1386:4, 1386:15, 1387:3, 1387:12, 1389:1, 1390:11, 1390:18, 1390:23, 1391:1, 1391:8, 1391:19, 1391:24, 1392:17, 1393:3, 1393:9, 1393:13, 1393:19, 1394:1, 1394:5, 1398:17, 1399:12, 1400:5, 1400:7, 1400:10, 1401:2, 1402:10, 1403:1, 1403:10, 1403:21,

1404:4, 1404:9, 1405:12, 1405:14, 1405:18, 1405:22, 1405:24, 1406:7, 1406:10, 1406:13, 1406:21, 1406:22, 1406:25, 1407:14, 1407:18, 1407:24, 1408:18, 1408:23, 1408:25, 1409:4, 1409:6, 1410:10, 1410:13, 1411:1, 1411:19, 1411:22, 1413:7, 1413:13, 1413:14, 1414:22, 1416:12, 1419:10, 1419:13, 1419:16, 1419:20, 1420:4, 1420:8, 1421:3, 1421:4, 1421:22, 1421:25, 1422:3, 1422:13, 1422:15, 1423:10, 1424:4, 1424:6, 1425:13, 1425:25, 1426:4, 1426:7, 1426:10, 1426:18, 1427:13, 1432:6, 1460:24, 1465:2, 1465:21, 1466:7, 1467:7, 1468:25, 1472:25, 1473:3, 1473:12, 1476:18, 1478:5, 1491:25, 1492:7, 1492:12, 1492:17, 1492:21, 1492:23, 1493:1, 1493:4, 1493:15, 1493:24, 1494:3, 1494:7, 1494:8, 1494:13, 1498:15, 1498:16, 1502:15, 1512:7, 1512:9, 1512:14, 1517:4, 1517:14, 1518:19, 1518:23, 1519:7, 1519:9, 1519:15, 1519:17, 1523:15, 1523:18, 1523:25, 1524:3, 1524:13, 1524:15, 1524:23, 1525:24, 1526:2, 1526:6, 1530:2, 1530:6, 1532:2, 1532:17
**Amina's** [24] - 1382:14, 1382:24, 1383:19, 1385:3, 1385:6, 1387:13, 1387:21, 1406:4, 1410:4, 1411:5, 1411:8, 1411:11, 1411:13, 1411:19, 1416:18, 1424:14, 1432:12, 1492:4, 1502:12, 1512:23, 1512:24, 1521:4
**amount** [1] - 1477:1
**amplified** [1] - 1388:21
**analysis** [2] - 1380:1, 1419:7
**angry** [3] - 1385:22, 1387:3, 1516:4
**anniversary** [1] - 1500:7
**announce** [1] - 1373:21
**answer** [23] - 1383:2, 1383:9, 1383:11, 1383:23, 1384:1, 1386:2, 1386:4, 1389:7, 1389:16, 1396:16, 1396:18, 1397:13, 1397:17, 1397:22, 1397:24, 1398:2, 1415:24, 1444:18, 1448:22, 1457:1, 1462:4, 1484:12, 1490:9
**ANSWER** [4] - 1404:14, 1404:16, 1404:23, 1409:18
**answered** [2] - 1502:16, 1506:16
**answering** [2] - 1406:4, 1441:15
**answers** [1] - 1447:19
**antagonized** [1] - 1482:17
**anthropological** [1] - 1479:21
**anticipate** [1] - 1369:10
**anyway** [1] - 1483:21
**apologize** [1] - 1489:3
**apparent** [3] - 1403:19, 1492:9
**appeal** [1] - 1487:15
**appealing** [1] - 1458:13
**appeals** [1] - 1440:22
**appear** [2] - 1528:9, 1528:10

**appearances** [1] - 1345:4
**application** [3] - 1423:24, 1424:20, 1460:23
**applied** [1] - 1428:19
**apply** [1] - 1533:15
**appointed** [2] - 1447:25, 1448:1
**appointments** [1] - 1451:5
**appreciate** [4] - 1351:13, 1369:24, 1529:11, 1529:19
**appreciated** [1] - 1489:10
**approached** [3] - 1476:7, 1504:21, 1515:14
**approaches** [1] - 1438:14
**appropriate** [4] - 1352:19, 1362:8, 1367:22, 1406:20
**approximation** [1] - 1484:14
**apt** [1] - 1500:6
**area** [5] - 1352:8, 1352:24, 1438:18, 1457:14, 1514:19
**areas** [1] - 1514:15
**argue** [7] - 1349:7, 1402:16, 1407:23, 1428:24, 1430:19, 1516:15, 1516:16
**argues** [1] - 1449:22
**arguing** [3] - 1350:11, 1441:19, 1531:9
**argument** [27] - 1350:16, 1351:10, 1358:20, 1372:20, 1402:22, 1425:15, 1425:17, 1429:8, 1431:6, 1431:8, 1434:24, 1491:20, 1494:16, 1516:7, 1516:9, 1516:10, 1516:11, 1516:12, 1518:1, 1528:6, 1529:23, 1529:24, 1530:9, 1530:10, 1533:13, 1533:19
**Arguments** [1] - 1491:10
**arguments** [10] - 1376:16, 1378:25, 1381:2, 1402:15, 1431:18, 1440:14, 1491:5, 1491:6, 1528:4, 1533:13
**arising** [1] - 1420:21
**Armed** [1] - 1401:6
**armed** [2] - 1396:5, 1451:13
**arranged** [7] - 1377:16, 1406:5, 1409:13, 1409:16, 1411:1, 1464:17, 1478:24
**arrangements** [1] - 1398:11
**arrest** [3] - 1471:18, 1483:22, 1531:11
**arrested** [5] - 1399:17, 1425:3, 1461:18, 1483:14, 1483:22
**arrive** [2] - 1453:22, 1504:9
**arrived** [3] - 1461:20, 1504:6, 1508:1
**arriving** [1] - 1453:15
**Asghar** [76] - 1353:10, 1377:21, 1377:25, 1378:8, 1378:19, 1385:8, 1385:10, 1385:11, 1385:15, 1385:17, 1385:21, 1385:23, 1386:9, 1386:17, 1386:20, 1386:25, 1387:8, 1387:9, 1387:15, 1387:24, 1388:23, 1388:25, 1390:6, 1394:13, 1394:17, 1394:19, 1394:21, 1394:24, 1395:7, 1395:14, 1395:17, 1395:19, 1395:21, 1396:25, 1400:8, 1401:16, 1406:6, 1414:19, 1414:21, 1418:2, 1418:12, 1419:14, 1420:7, 1421:3, 1422:18, 1422:19,

1422:25, 1426:21, 1429:22, 1432:3, 1432:16, 1439:16, 1441:10, 1445:15, 1449:13, 1453:25, 1454:24, 1458:10, 1472:18, 1477:23, 1480:10, 1480:16, 1481:18, 1494:12, 1495:19, 1495:24, 1496:11, 1496:13, 1496:20, 1499:3, 1502:12, 1515:12, 1532:21, 1533:2
**Asghar's** [6] - 1385:13, 1400:9, 1400:23, 1422:22, 1452:17, 1478:1
**Asghars** [2] - 1388:16, 1394:17
**Ashfaq** [34] - 1387:22, 1395:23, 1400:13, 1401:5, 1413:18, 1418:16, 1497:11, 1497:18, 1498:4, 1501:18, 1503:9, 1505:23, 1506:4, 1508:7, 1510:7, 1510:9, 1511:8, 1511:23, 1514:2, 1514:5, 1514:14, 1514:16, 1515:1, 1516:2, 1516:6, 1517:2, 1517:8, 1517:11, 1521:22, 1522:24, 1523:12, 1524:6, 1526:19
**Ashfaq's** [2] - 1506:12, 1517:9
**Ashutosh** [1] - 1344:21
**aside** [3] - 1448:25, 1466:13, 1471:4
**assailants** [8] - 1497:20, 1498:7, 1499:3, 1499:7, 1502:5, 1503:8, 1503:23, 1516:14
**assailed** [1] - 1470:18
**assault** [1] - 1395:24
**Assembly** [1] - 1394:23
**assert** [1] - 1409:23
**asserted** [1] - 1469:11
**assets** [1] - 1478:2
**assigned** [2] - 1459:13, 1459:19
**assimilate** [1] - 1486:12
**Assistant** [1] - 1344:18
**associated** [1] - 1495:14
**associates** [6] - 1497:12, 1499:4, 1501:23, 1502:6, 1517:24, 1518:4
**attach** [1] - 1359:16
**attack** [3] - 1389:11, 1389:25, 1395:16
**attacked** [6] - 1388:6, 1389:24, 1445:4, 1470:18, 1503:8
**attempt** [1] - 1499:5
**attempted** [1] - 1497:8
**attempting** [2] - 1368:3, 1504:10
**attend** [2] - 1399:16, 1526:3
**attention** [6] - 1379:7, 1437:2, 1455:21, 1458:21, 1488:19, 1529:11
**attest** [1] - 1424:12
**attesting** [1] - 1531:3
**Attorney** [1] - 1344:14
**attorney** [4] - 1417:12, 1436:9, 1484:4, 1485:8
**attorneys** [2] - 1440:13, 1461:5
**Attorneys** [1] - 1344:18
**audio** [3] - 1402:25, 1403:5, 1486:17
**audiotape** [2] - 1472:14, 1472:25
**August** [1] - 1461:21
**aunt** [3] - 1384:2, 1474:8, 1479:15
**aunts** [2] - 1474:5, 1479:14
**authenticated** [1] - 1430:15

**authorities** [2] - 1454:23, 1467:15
**authority** [3] - 1409:23, 1464:25, 1470:22
**automatic** [6] - 1395:10, 1396:5, 1396:24, 1429:21, 1451:14, 1455:25
**available** [1] - 1354:3
**Avenue** [1] - 1416:23
**aver** [1] - 1373:2
**average** [3] - 1417:4, 1417:6, 1417:22
**avoid** [1] - 1363:9
**aware** [2] - 1410:3, 1500:14
**awfully** [1] - 1528:6
**awoke** [1] - 1394:15

# B

**Babar** [34] - 1381:19, 1382:19, 1383:15, 1383:17, 1383:24, 1384:3, 1384:14, 1387:21, 1395:23, 1400:12, 1401:5, 1408:1, 1409:8, 1413:17, 1416:17, 1416:18, 1418:15, 1420:22, 1468:15, 1469:21, 1478:22, 1497:11, 1501:18, 1512:24, 1515:12, 1520:20, 1520:22, 1520:25, 1521:2, 1522:25, 1523:1, 1523:14, 1525:10
**Babar's** [2] - 1387:21, 1416:19
**baby** [1] - 1381:21
**backed** [1] - 1452:25
**background** [2] - 1411:6, 1479:21
**backwards** [1] - 1346:20
**bad** [4] - 1371:8, 1440:21, 1471:1
**bang** [1] - 1479:4
**barely** [3] - 1382:8, 1387:24, 1450:14
**Barnala** [5] - 1386:17, 1387:16, 1414:20, 1422:21, 1528:15
**barrel** [1] - 1395:24
**barrels** [1] - 1378:1
**base** [2] - 1430:8, 1431:9
**based** [9] - 1351:11, 1381:4, 1423:8, 1440:2, 1447:5, 1448:21, 1453:9, 1456:19, 1482:13, 1496:4, 1496:21
**basement** [1] - 1444:22
**basic** [1] - 1380:5
**bastards** [1] - 1408:14
**bathroom** [3] - 1459:6, 1499:12, 1499:22
**beat** [2] - 1493:13, 1493:14
**became** [3] - 1391:4, 1396:7, 1429:16
**become** [1] - 1397:7
**becomes** [2] - 1354:7, 1445:16
**bed** [4] - 1360:2, 1451:25, 1471:17, 1523:21
**BEFORE** [1] - 1344:11
**beg** [3] - 1439:18, 1447:2, 1485:21
**began** [4] - 1347:19, 1348:15, 1390:14, 1394:15
**begged** [1] - 1387:8
**begin** [10] - 1349:25, 1351:9, 1373:18, 1376:23, 1431:22, 1433:9, 1435:1, 1439:19, 1490:25, 1533:20

**beginning** [4] - 1376:15, 1506:23, 1520:17, 1534:1
**begins** [1] - 1443:9
**behavior** [1] - 1417:9
**behind** [9] - 1380:14, 1381:7, 1390:6, 1429:17, 1461:11, 1466:12, 1482:17, 1526:24, 1533:17
**behold** [2] - 1517:7, 1517:20
**belabor** [1] - 1352:16
**belief** [1] - 1449:23
**believable** [3] - 1407:22, 1450:18, 1482:14
**believes** [3] - 1399:9, 1412:16, 1469:4
**bells** [1] - 1500:10
**belongs** [1] - 1416:17
**below** [1] - 1485:1
**bench** [1] - 1369:18
**benefit** [5] - 1411:23, 1448:6, 1457:4, 1457:6, 1482:24
**best** [10] - 1348:20, 1351:16, 1412:6, 1412:21, 1429:9, 1436:4, 1440:1, 1457:11, 1489:5, 1492:6
**better** [5] - 1356:7, 1399:14, 1402:16, 1477:20, 1498:5
**between** [21] - 1355:5, 1355:8, 1368:22, 1381:12, 1387:11, 1391:7, 1394:17, 1403:1, 1425:24, 1449:18, 1453:9, 1476:14, 1498:14, 1502:12, 1507:21, 1510:3, 1511:19, 1512:10, 1514:1, 1517:4, 1522:17
**beyond** [13] - 1352:24, 1352:25, 1368:8, 1374:11, 1379:3, 1399:23, 1401:23, 1413:20, 1420:16, 1428:13, 1431:14, 1488:11, 1529:10
**Bhimber** [5] - 1508:20, 1510:16, 1510:19, 1510:21, 1510:24
**big** [10] - 1387:13, 1417:9, 1461:12, 1461:13, 1463:1, 1463:17, 1508:14, 1530:9, 1530:11, 1531:5
**bike** [2] - 1451:24, 1451:25
**bit** [17] - 1349:23, 1376:6, 1395:5, 1395:6, 1403:1, 1414:6, 1430:11, 1438:18, 1446:5, 1452:5, 1463:6, 1475:9, 1486:3, 1494:20, 1499:11, 1513:5, 1528:3
**black** [4] - 1356:4, 1357:24, 1358:22, 1511:22
**black-line** [2] - 1357:24, 1358:22
**BlackBerry** [1] - 1362:21
**blame** [1] - 1516:20
**blatant** [2] - 1498:17, 1503:3
**bleeding** [1] - 1395:22
**blind** [1] - 1381:16
**block** [1] - 1439:25
**blood** [2] - 1450:23, 1500:14
**bloodshed** [3] - 1377:11, 1380:12, 1432:15
**blowing** [2] - 1474:22, 1479:7
**blowup** [1] - 1514:21
**boarder** [2] - 1408:21, 1424:8

**bodies** [21] - 1378:2, 1378:13, 1395:23, 1398:5, 1399:11, 1401:6, 1416:13, 1418:12, 1451:21, 1454:18, 1456:15, 1496:2, 1496:7, 1496:9, 1501:19, 1501:20, 1507:22, 1511:19, 1515:12, 1522:24, 1526:18
**body** [4] - 1355:15, 1355:16, 1481:17
**boldly** [1] - 1432:12
**bonfires** [1] - 1500:11
**border** [1] - 1389:22
**boss** [1] - 1460:12
**bother** [1] - 1391:13
**bothering** [1] - 1481:2
**bottom** [2] - 1471:5, 1495:3
**box** [2] - 1380:24, 1531:16
**boxes** [1] - 1390:7
**boy** [3] - 1377:15, 1377:17, 1381:17
**brazenly** [1] - 1455:11
**break** [12] - 1425:18, 1433:7, 1433:12, 1433:19, 1489:8, 1489:10, 1489:11, 1489:12, 1499:12, 1499:14, 1499:15, 1499:22
**bribed** [1] - 1433:1
**Brief** [1] - 1499:23
**brief** [5] - 1382:22, 1425:16, 1425:20, 1434:25, 1490:24
**briefed** [1] - 1474:11
**briefly** [8] - 1376:20, 1379:23, 1428:9, 1469:22, 1470:11, 1472:13, 1483:7, 1483:9
**Bright** [1] - 1418:22
**bring** [20] - 1347:11, 1350:25, 1351:4, 1357:9, 1369:7, 1370:4, 1373:13, 1385:9, 1387:3, 1400:10, 1434:6, 1434:10, 1445:9, 1460:16, 1460:20, 1490:5, 1499:24, 1501:1, 1507:17, 1531:23
**bringing** [5] - 1351:3, 1442:17, 1507:14, 1513:12
**broad** [1] - 1455:15
**broader** [1] - 1427:21
**Broadway** [1] - 1344:19
**broke** [3] - 1350:22, 1370:18, 1370:23
**Brooklyn** [20] - 1344:6, 1344:16, 1377:8, 1380:9, 1391:19, 1398:16, 1399:17, 1416:11, 1416:21, 1416:23, 1418:8, 1418:9, 1446:15, 1447:5, 1471:23, 1472:12, 1474:5, 1476:19, 1487:24, 1492:20
**brother** [14] - 1382:16, 1383:18, 1388:24, 1391:3, 1391:20, 1409:3, 1468:12, 1469:12, 1469:19, 1470:12, 1470:17, 1471:12, 1478:1, 1512:24
**brother's** [1] - 1469:19
**brothers** [1] - 1392:4
**brought** [12] - 1369:21, 1373:10, 1382:2, 1385:10, 1398:6, 1408:18, 1433:2, 1444:15, 1456:25, 1507:16, 1508:1, 1515:21
**building** [1] - 1504:18

**buildings** [1] - 1514:16
**bullet** [4] - 1387:18, 1400:20, 1455:21, 1459:3
**bullets** [2] - 1387:25, 1390:8
**bunch** [2] - 1402:18, 1475:1
**burden** [5] - 1374:10, 1399:22, 1428:12, 1428:14, 1454:12
**bus** [57] - 1395:2, 1442:7, 1443:1, 1443:4, 1443:5, 1443:6, 1443:10, 1443:11, 1443:15, 1444:5, 1444:9, 1444:25, 1445:3, 1445:15, 1445:23, 1446:12, 1446:13, 1447:14, 1447:18, 1453:9, 1457:12, 1457:13, 1457:15, 1460:3, 1460:5, 1496:23, 1498:21, 1508:4, 1508:9, 1508:16, 1508:18, 1508:19, 1508:20, 1508:21, 1509:1, 1509:2, 1509:19, 1509:24, 1510:11, 1510:13, 1510:15, 1510:17, 1510:18, 1511:1, 1511:7, 1511:23, 1512:4, 1513:13, 1513:15, 1514:2, 1514:8, 1514:18
**buses** [2] - 1509:22, 1514:17
**Bushwick** [1] - 1448:20
**business** [8] - 1432:23, 1435:14, 1442:20, 1449:17, 1454:13, 1462:17, 1463:13, 1478:2
**busy** [1] - 1475:13
**BY** [8] - 1344:16, 1377:2, 1435:7, 1491:3, 1528:2, 1535:4, 1535:7, 1535:11
**byproduct** [1] - 1465:14
**byproducts** [1] - 1466:14

## C

**cab** [4] - 1418:7, 1471:19, 1476:4, 1493:14
**cabs** [1] - 1475:13
**Cadman** [1] - 1344:15
**cageyness** [1] - 1474:19
**calculated** [3] - 1428:4, 1491:21, 1493:12
**calendar** [1] - 1461:22
**California** [1] - 1380:18
**calm** [3] - 1410:11, 1493:12
**candles** [1] - 1370:2
**canisters** [1] - 1472:6
**cannot** [8] - 1360:14, 1408:15, 1448:22, 1463:5, 1487:22, 1488:22, 1496:25, 1498:18
**capable** [1] - 1426:22
**caption** [1] - 1353:6
**captured** [1] - 1415:9
**car** [7] - 1384:18, 1387:18, 1389:11, 1389:17, 1389:24, 1389:25, 1475:21
**card** [1] - 1442:10
**cards** [2] - 1424:2
**care** [1] - 1517:8
**careful** [4] - 1379:7, 1398:14, 1428:19, 1437:2

**carefully** [6] - 1447:3, 1473:8, 1486:13, 1488:5, 1488:18, 1488:20
**carry** [3] - 1388:19, 1410:6, 1421:6
**cars** [1] - 1460:13
**Case** [1] - 1345:3
**case** [73] - 1347:22, 1358:23, 1365:22, 1367:17, 1368:8, 1369:23, 1370:2, 1371:8, 1371:20, 1379:1, 1379:15, 1380:8, 1386:5, 1395:6, 1399:23, 1428:7, 1428:13, 1428:20, 1430:10, 1431:12, 1431:14, 1431:20, 1433:8, 1433:12, 1433:13, 1436:9, 1436:19, 1436:21, 1436:23, 1437:20, 1440:16, 1441:6, 1441:7, 1441:11, 1443:3, 1446:14, 1447:5, 1448:2, 1448:19, 1449:3, 1464:6, 1465:9, 1465:10, 1467:4, 1469:18, 1470:16, 1474:1, 1476:15, 1480:24, 1481:1, 1482:19, 1486:12, 1487:20, 1487:23, 1490:8, 1491:7, 1491:9, 1491:15, 1492:8, 1493:2, 1494:17, 1498:10, 1514:10, 1530:6, 1532:8, 1532:12, 1533:15, 1533:23, 1533:24
**cased** [1] - 1429:15
**cash** [1] - 1445:12
**casings** [1] - 1397:1
**cast** [3] - 1428:25, 1448:25, 1474:4
**castigated** [1] - 1461:8
**castigating** [1] - 1444:14
**casts** [1] - 1430:20
**casual** [1] - 1428:3
**catch** [3] - 1394:12, 1396:4, 1519:21
**categories** [1] - 1420:21
**caught** [3] - 1402:1, 1442:6, 1507:25
**CAUSE** [1] - 1344:11
**caused** [4] - 1378:21, 1392:3, 1421:4, 1432:15
**causing** [1] - 1386:6
**celebrate** [2] - 1471:6, 1500:24
**celebrated** [1] - 1500:6
**celebration** [7] - 1384:9, 1384:12, 1465:8, 1466:22, 1467:11, 1468:10
**cell** [2] - 1418:20, 1418:21
**Cell** [1] - 1418:22
**cellphone** [6] - 1382:12, 1382:15, 1388:24, 1393:14, 1442:11, 1460:16
**cellphones** [2] - 1460:19, 1476:20
**cellular** [2] - 1390:18, 1418:24
**Centre** [1] - 1464:9
**ceremony** [6] - 1383:13, 1465:7, 1465:19, 1465:24, 1465:25, 1467:5
**certain** [15] - 1354:18, 1355:9, 1379:25, 1384:13, 1404:12, 1409:21, 1409:22, 1411:6, 1436:2, 1436:15, 1436:18, 1437:3, 1477:25
**certainly** [17] - 1349:15, 1349:25, 1354:5, 1355:17, 1359:4, 1361:2, 1370:21, 1371:7, 1411:17, 1421:25, 1435:17, 1437:17, 1440:25, 1464:13, 1481:15, 1482:15, 1529:15

**certificate** [1] - 1466:20
**certifying** [1] - 1466:6
**ChaCha** [4] - 1410:7, 1410:9, 1410:11
**Chacha's** [1] - 1410:4
**challenge** [3] - 1443:19, 1445:5, 1481:16
**challenged** [3] - 1445:7, 1481:9, 1482:1
**challenging** [1] - 1481:25
**chance** [8] - 1358:2, 1378:25, 1422:1, 1426:17, 1431:17, 1458:7, 1458:8, 1458:12
**change** [9] - 1412:18, 1413:1, 1437:18, 1447:2, 1449:4, 1471:11, 1487:12, 1488:1, 1494:19
**changed** [4] - 1412:23, 1435:20, 1435:25, 1507:3
**changer** [1] - 1494:17
**changes** [2] - 1345:24, 1350:1
**changing** [1] - 1396:23
**channels** [1] - 1398:24
**charge** [16] - 1345:23, 1351:5, 1379:20, 1380:6, 1425:10, 1425:20, 1466:8, 1489:14, 1490:25, 1529:8, 1529:16, 1529:20, 1533:18, 1533:19, 1533:25, 1534:5
**charged** [10] - 1379:4, 1379:16, 1380:8, 1382:16, 1421:21, 1431:15, 1488:20, 1492:25, 1493:2
**charges** [4] - 1379:2, 1423:15, 1487:16, 1488:14
**chart** [4] - 1414:15, 1475:4, 1475:7, 1476:5
**chased** [1] - 1396:6
**chasing** [4] - 1397:9, 1401:7, 1456:1, 1459:3
**check** [5] - 1459:9, 1459:12, 1460:13, 1514:14, 1531:6
**checking** [1] - 1395:23
**checkpoint** [1] - 1459:9
**cheer** [1] - 1471:6
**chest** [4] - 1389:13, 1389:18, 1390:3, 1401:3
**child** [1] - 1393:6
**children** [14] - 1398:12, 1401:8, 1410:16, 1437:16, 1442:10, 1442:13, 1442:18, 1443:22, 1465:12, 1466:14, 1472:10, 1508:19, 1510:17, 1510:22
**children's** [1] - 1465:14
**Chiryawala** [23] - 1378:3, 1384:24, 1386:12, 1387:1, 1387:16, 1389:10, 1400:7, 1401:14, 1414:21, 1418:13, 1421:14, 1421:17, 1459:10, 1477:25, 1480:9, 1498:13, 1510:17, 1510:25, 1512:5, 1512:19, 1514:15
**choice** [1] - 1421:5
**choose** [3] - 1382:21, 1420:4, 1432:9
**choosing** [1] - 1354:1
**chose** [1] - 1377:20
**chosen** [2] - 1367:14, 1466:6
**Choudhries** [4] - 1421:16, 1422:24,

1422:25, 1512:5
**CHOUDHRY** [1] - 1344:7
**Choudhry** [16] - 1345:3, 1345:11, 1345:12, 1345:14, 1367:23, 1378:6, 1392:4, 1392:18, 1444:21, 1470:12, 1474:22, 1478:8, 1484:8, 1484:16, 1484:20
**Choudhry's** [2] - 1386:6, 1430:3
**Choudhrys** [9] - 1385:21, 1386:21, 1386:22, 1387:10, 1387:23, 1388:18, 1394:17, 1395:16, 1400:7
**Choudhrys'** [3] - 1387:23, 1390:8, 1392:6
**Christmastime** [1] - 1464:9
**circling** [1] - 1514:23
**circumstances** [5] - 1461:11, 1464:21, 1465:3, 1481:11, 1482:4
**citizen** [1] - 1382:7
**citizenship** [1] - 1424:3
**City** [2] - 1431:25, 1466:21
**city** [1] - 1475:12
**claim** [24] - 1360:16, 1385:6, 1402:18, 1437:7, 1437:13, 1438:4, 1441:2, 1441:5, 1447:7, 1450:7, 1456:8, 1456:20, 1458:23, 1459:2, 1466:4, 1467:22, 1467:24, 1470:16, 1476:14, 1481:2, 1483:25, 1485:3, 1485:15, 1486:23
**claimed** [9] - 1446:18, 1446:22, 1449:18, 1449:20, 1451:23, 1457:12, 1485:22, 1503:18, 1503:19
**claiming** [2] - 1419:14, 1437:17
**claims** [5] - 1410:5, 1425:7, 1471:13, 1498:21, 1525:4
**clarity's** [1] - 1364:3
**clean** [2] - 1358:21, 1359:15
**clear** [41] - 1348:7, 1348:13, 1353:12, 1358:4, 1363:4, 1363:14, 1365:19, 1365:20, 1374:19, 1387:3, 1391:4, 1398:19, 1404:8, 1406:25, 1408:16, 1421:2, 1424:9, 1428:2, 1431:1, 1436:4, 1437:25, 1438:3, 1439:18, 1473:10, 1485:13, 1486:3, 1488:3, 1492:6, 1492:7, 1492:25, 1495:18, 1496:4, 1502:18, 1506:3, 1507:15, 1513:21, 1517:16, 1519:14, 1520:21, 1531:15
**clearer** [1] - 1366:8
**clearly** [6] - 1348:24, 1361:4, 1376:24, 1473:13, 1480:8, 1514:6
**clerk** [1] - 1363:2
**CLERK** [3] - 1346:9, 1490:3, 1501:2
**clerks** [1] - 1362:14
**client** [7] - 1440:18, 1460:25, 1474:21, 1477:4, 1483:13, 1485:6, 1488:6
**client's** [2] - 1470:12, 1482:21
**clip** [1] - 1396:24
**close** [9] - 1371:15, 1404:24, 1416:8, 1451:10, 1452:9, 1452:10, 1464:18, 1488:19, 1525:22

**closely** [1] - 1447:3
**closer** [4] - 1379:11, 1412:19, 1452:10, 1458:14
**closest** [2] - 1377:20, 1397:4
**closing** [5] - 1378:24, 1491:6, 1521:24, 1533:12, 1533:13
**clothing** [1] - 1513:22
**cluster** [1] - 1439:4
**co** [1] - 1416:4
**co-worker** [1] - 1416:4
**coconspirator** [1] - 1523:2
**coincidence** [1] - 1526:19
**coincidentally** [1] - 1517:7
**cold** [2] - 1491:21, 1493:11
**coldly** [1] - 1519:13
**colleague** [2] - 1370:10, 1521:23
**colleagues** [2] - 1346:1, 1446:1
**collecting** [2] - 1443:11, 1443:12
**collects** [2] - 1509:14, 1510:16
**college** [5] - 1382:6, 1408:20, 1442:14, 1510:5, 1511:11
**color** [1] - 1513:21
**combination** [1] - 1449:17
**comfort** [6] - 1425:18, 1433:7, 1433:12, 1433:19, 1435:22, 1501:4
**comfortable** [3] - 1349:17, 1499:20, 1499:21
**coming** [25] - 1349:15, 1351:7, 1352:16, 1357:5, 1393:19, 1398:9, 1399:13, 1422:10, 1422:11, 1422:12, 1437:23, 1454:6, 1454:7, 1454:17, 1457:13, 1457:14, 1457:16, 1463:10, 1469:17, 1469:18, 1469:19, 1480:16, 1480:17, 1518:21, 1526:1
**comings** [1] - 1414:9
**comitted** [1] - 1460:25
**commemorated** [1] - 1500:8
**comment** [3] - 1371:14, 1371:16, 1525:19
**commented** [1] - 1521:24
**commerce** [3] - 1379:19, 1425:22, 1426:25
**Commission** [1] - 1414:5
**commit** [9] - 1379:21, 1380:5, 1380:7, 1380:18, 1420:12, 1436:21, 1441:6, 1467:15, 1487:23
**committed** [6] - 1398:10, 1420:13, 1429:4, 1502:6, 1516:14, 1518:4
**committing** [3] - 1379:18, 1411:16, 1414:1
**common** [7] - 1379:14, 1409:18, 1423:9, 1431:21, 1458:2, 1458:15, 1531:23
**communicated** [1] - 1346:16
**communicating** [4] - 1385:20, 1407:21, 1425:22, 1530:4
**community** [5] - 1393:22, 1436:23, 1480:23, 1481:6, 1482:1, 1509:4
**commute** [1] - 1417:5
**company** [1] - 1453:23

**compare** [4] - 1440:5, 1440:6, 1461:25, 1462:1
**compared** [2] - 1450:17, 1453:24, 1471:9, 1472:8
**comparing** [1] - 1462:24
**compel** [1] - 1368:3
**compelled** [2] - 1368:2, 1370:22
**compelling** [1] - 1423:7
**competing** [1] - 1465:5
**complain** [1] - 1481:16
**complainant** [2] - 1353:9, 1439:15
**complained** [1] - 1481:9
**complaints** [1] - 1383:4
**complete** [3] - 1350:23, 1419:24
**completed** [1] - 1439:22
**completely** [5] - 1350:10, 1360:23, 1402:23, 1407:9, 1438:15, 1441:16, 1447:8, 1454:21, 1456:4, 1514:5
**complicated** [1] - 1414:5
**compose** [1] - 1504:16
**composed** [1] - 1504:17
**Computer** [1] - 1344:25
**Computer-aided** [1] - 1344:25
**computerized** [1] - 1344:25
**conceded** [1] - 1451:11
**conceding** [2] - 1415:20, 1492:19
**concept** [2] - 1379:24, 1404:6
**concern** [3] - 1354:17, 1444:2, 1444:3
**concerned** [4] - 1437:9, 1444:4, 1446:14, 1469:23
**concerns** [2] - 1479:3, 1479:8
**conclude** [1] - 1428:9
**concludes** [2] - 1423:13, 1431:11
**conclusion** [2] - 1429:8, 1505:5
**conclusions** [2] - 1506:22, 1507:10
**conclusively** [1] - 1511:16
**confer** [1] - 1351:17
**conference** [1] - 1412:12
**conferred** [1] - 1369:12
**confess** [1] - 1444:11
**confirm** [1] - 1424:12
**confirmed** [3] - 1400:14, 1413:13, 1426:23
**confirms** [2] - 1413:14, 1413:22
**conflicted** [1] - 1492:16
**confront** [1] - 1516:5
**confronted** [5] - 1383:16, 1388:7, 1400:15, 1532:2, 1532:18
**confronts** [1] - 1388:14
**confused** [3] - 1384:19, 1385:15, 1429:9
**confusion** [2] - 1363:10, 1402:6
**conjured** [1] - 1445:25
**connected** [1] - 1502:23
**connection** [3] - 1371:19, 1463:21, 1467:20
**connects** [1] - 1520:5
**conscious** [2] - 1448:24, 1513:4
**consensual** [12] - 1402:4, 1404:24,

1419:11, 1425:2, 1425:24, 1491:15, 1491:19, 1493:9, 1493:18, 1518:11, 1518:14, 1532:10
**consensually** [6] - 1403:11, 1404:2, 1408:5, 1421:22, 1422:16, 1432:25
**conservative** [1] - 1409:9
**consider** [16] - 1379:14, 1407:14, 1415:22, 1428:18, 1441:23, 1445:18, 1449:1, 1449:2, 1466:1, 1468:23, 1477:7, 1477:8, 1485:22, 1486:4, 1488:20, 1502:9
**consideration** [3] - 1352:25, 1450:1, 1486:11
**considered** [1] - 1461:6
**considering** [1] - 1471:15
**consistent** [13] - 1347:24, 1353:19, 1354:2, 1355:12, 1400:4, 1415:5, 1456:7, 1505:12, 1507:18, 1507:23, 1512:25, 1514:4, 1517:9
**consists** [1] - 1481:1
**conspiracy** [20] - 1379:17, 1379:20, 1380:5, 1381:5, 1381:7, 1399:25, 1419:3, 1420:14, 1420:19, 1420:25, 1421:23, 1423:5, 1423:8, 1423:11, 1436:21, 1441:6, 1487:23, 1520:3, 1532:12
**conspirator** [1] - 1419:3
**conspire** [1] - 1380:17
**conspired** [1] - 1406:6
**conspiring** [7] - 1380:7, 1399:20, 1413:11, 1420:6, 1420:12, 1475:17, 1479:4
**constantly** [1] - 1522:1
**constitutional** [1] - 1485:10
**consulate** [3] - 1385:1, 1472:15, 1472:18
**consummate** [2] - 1384:15, 1411:4
**contact** [6] - 1382:11, 1415:3, 1462:10, 1463:6, 1497:23, 1501:23
**contacted** [1] - 1442:12
**contacts** [4] - 1462:9, 1476:14, 1477:11, 1520:23
**contain** [1] - 1427:16
**contained** [3] - 1352:9, 1441:8, 1531:4
**containers** [1] - 1472:6
**contains** [4] - 1347:24, 1352:20, 1355:19, 1424:13
**contends** [1] - 1475:22
**content** [1] - 1524:4
**context** [8] - 1353:7, 1355:17, 1411:7, 1418:24, 1427:21, 1460:24, 1463:24, 1482:16
**continent** [1] - 1500:11
**continuation** [2] - 1350:21, 1373:10
**continue** [8] - 1353:7, 1495:9, 1501:6, 1529:10, 1532:3, 1532:18, 1532:20
**continued** [1] - 1528:1, 1532:20
**Continued** [3] - 1433:22, 1489:24, 1527:4
**continues** [4] - 1381:20, 1391:15,

1393:1, 1473:25
**contradiction** [1] - 1388:15
**contrary** [1] - 1402:6
**control** [5] - 1403:17, 1403:18, 1409:24, 1422:24, 1477:18
**controlling** [1] - 1477:5
**controls** [1] - 1380:1
**convened** [1] - 1435:11
**convenience** [2] - 1351:23, 1352:1
**convenient** [1] - 1528:6
**conveniently** [1] - 1533:16
**convening** [1] - 1480:18
**convention** [2] - 1453:20, 1483:6
**conversation** [12] - 1352:6, 1382:25, 1383:1, 1383:17, 1400:15, 1416:12, 1427:17, 1457:22, 1458:17, 1474:10, 1479:6, 1482:9
**conversations** [7] - 1418:17, 1426:6, 1427:19, 1474:23, 1478:8, 1528:7, 1528:12
**convict** [1] - 1533:6
**convicted** [1] - 1411:15
**cooperative** [3] - 1483:15, 1483:18
**copies** [3] - 1365:11, 1369:21, 1370:10
**copy** [4] - 1346:13, 1358:21, 1362:15, 1369:13
**core** [2] - 1407:15, 1411:8
**corner** [14] - 1424:19, 1438:6, 1438:8, 1438:15, 1439:3, 1439:5, 1439:7, 1439:23, 1440:1, 1440:4, 1449:14, 1454:18, 1456:5, 1456:8
**correct** [9] - 1346:8, 1346:11, 1361:7, 1362:18, 1367:6, 1368:18, 1369:5, 1371:5, 1415:20
**corrected** [1] - 1351:25
**corresponding** [1] - 1418:22
**corresponds** [1] - 1363:20
**corroborated** [1] - 1400:13
**corroborates** [1] - 1413:22
**cost** [2] - 1432:7, 1500:15
**costs** [1] - 1532:24
**cots** [1] - 1507:22
**counsel** [48] - 1345:4, 1345:21, 1346:11, 1346:14, 1350:11, 1350:18, 1351:22, 1352:7, 1353:24, 1354:15, 1357:13, 1357:20, 1358:23, 1360:5, 1361:3, 1361:19, 1362:12, 1365:11, 1367:5, 1368:13, 1368:17, 1368:21, 1368:23, 1369:1, 1369:12, 1376:16, 1376:18, 1425:19, 1430:18, 1433:8, 1434:4, 1434:23, 1439:2, 1490:4, 1491:6, 1491:14, 1491:19, 1491:24, 1492:2, 1496:19, 1496:25, 1501:9, 1506:24, 1508:14, 1516:1, 1526:14, 1528:4, 1533:19
**counsel's** [4] - 1352:4, 1353:23, 1367:14, 1494:16
**Count** [3] - 1423:12, 1423:14, 1428:5
**count** [6] - 1423:17, 1425:12, 1425:21, 1425:22, 1473:23, 1522:20

**countries** [4] - 1381:12, 1464:17, 1471:7, 1471:8
**country** [12] - 1379:17, 1379:21, 1380:7, 1380:16, 1380:21, 1381:11, 1382:5, 1409:4, 1432:22, 1461:20, 1471:6, 1482:22
**counts** [2] - 1428:8, 1465:2
**County** [1] - 1446:16
**couple** [7] - 1467:13, 1485:24, 1495:19, 1506:15, 1516:10, 1521:13, 1526:21
**course** [36] - 1351:20, 1354:22, 1361:2, 1370:7, 1381:20, 1384:5, 1386:10, 1386:19, 1391:2, 1398:8, 1399:15, 1401:4, 1407:22, 1408:9, 1410:8, 1414:22, 1415:8, 1416:18, 1416:19, 1419:10, 1424:23, 1436:5, 1436:17, 1442:22, 1444:1, 1444:14, 1445:20, 1449:14, 1452:23, 1470:17, 1471:14, 1473:25, 1479:12, 1489:3, 1504:3
**Court** [30] - 1344:22, 1344:22, 1354:20, 1355:23, 1356:1, 1356:13, 1358:21, 1359:6, 1359:12, 1359:15, 1360:10, 1360:11, 1361:17, 1361:21, 1362:17, 1365:7, 1365:25, 1366:7, 1367:5, 1367:20, 1370:18, 1372:15, 1372:18, 1373:21, 1374:1, 1374:3, 1374:6, 1374:7, 1380:4, 1436:10
**COURT** [158] - 1344:1, 1345:10, 1345:14, 1345:17, 1345:19, 1346:5, 1346:10, 1346:19, 1347:1, 1347:6, 1347:14, 1347:16, 1348:1, 1348:7, 1348:19, 1349:3, 1349:5, 1350:3, 1350:6, 1350:20, 1351:3, 1351:14, 1351:20, 1352:1, 1354:15, 1354:23, 1355:2, 1355:21, 1355:25, 1356:5, 1356:9, 1356:12, 1356:15, 1356:17, 1356:20, 1356:24, 1357:1, 1357:8, 1357:12, 1357:15, 1357:25, 1358:8, 1358:24, 1359:2, 1359:6, 1359:22, 1359:24, 1360:9, 1360:19, 1361:6, 1361:9, 1361:15, 1361:23, 1361:25, 1362:4, 1362:6, 1362:16, 1362:22, 1362:25, 1363:3, 1363:7, 1363:16, 1363:19, 1363:23, 1364:14, 1364:17, 1364:24, 1365:2, 1365:5, 1365:8, 1365:19, 1365:24, 1366:10, 1366:16, 1366:20, 1366:22, 1367:4, 1367:9, 1367:12, 1367:18, 1367:23, 1368:2, 1368:7, 1368:11, 1368:15, 1368:20, 1368:24, 1369:4, 1369:7, 1369:17, 1369:24, 1370:7, 1370:9, 1370:12, 1370:16, 1370:20, 1371:2, 1371:7, 1371:10, 1371:12, 1371:16, 1371:25, 1372:6, 1372:9, 1372:14, 1372:24, 1373:6, 1373:9, 1373:13, 1373:20, 1374:1, 1374:5, 1374:18, 1374:24, 1375:2, 1376:2, 1376:9, 1376:13, 1376:23, 1377:1, 1412:8, 1425:15, 1431:6, 1433:6, 1433:15, 1433:19, 1434:4, 1434:10, 1434:13, 1434:17,

1434:21, 1435:6, 1483:9, 1483:12, 1489:7, 1489:11, 1489:17, 1489:20, 1489:22, 1490:4, 1490:9, 1490:13, 1490:16, 1490:22, 1492:11, 1495:8, 1499:13, 1499:18, 1499:20, 1499:24, 1500:2, 1501:4, 1529:4, 1529:6, 1529:16, 1533:8, 1534:7, 1534:12
**court** [19] - 1345:1, 1351:14, 1371:22, 1380:9, 1380:25, 1434:1, 1435:14, 1437:1, 1446:19, 1447:10, 1450:5, 1456:17, 1457:3, 1457:18, 1477:14, 1490:1, 1490:18, 1503:3, 1533:14
**court's** [2] - 1369:10, 1431:8
**Court's** [11] - 1345:22, 1346:2, 1346:3, 1346:13, 1350:8, 1366:2, 1369:11, 1373:18, 1381:2, 1536:4
**Courthouse** [1] - 1344:5
**courthouse** [2] - 1437:1, 1490:13
**COURTROOM** [5] - 1345:2, 1359:4, 1373:15, 1375:4, 1434:2
**courtroom** [20] - 1369:11, 1376:1, 1381:10, 1406:18, 1412:14, 1433:14, 1433:16, 1434:20, 1471:23, 1488:17, 1489:16, 1489:17, 1490:21, 1492:12, 1499:19, 1501:3, 1533:17, 1534:6, 1534:8
**cousin** [4] - 1387:22, 1388:11, 1450:21, 1450:24
**cousins** [3] - 1464:15, 1464:18
**cover** [3] - 1471:13, 1471:24, 1473:5
**covered** [2] - 1369:23, 1453:17
**coy** [1] - 1406:2
**Crayola** [1] - 1361:16
**create** [1] - 1469:9
**created** [2] - 1441:8, 1495:1
**creates** [1] - 1482:15
**creating** [1] - 1486:18
**credence** [1] - 1441:20
**credentialed** [1] - 1444:9
**credibility** [1] - 1510:6
**credible** [25] - 1400:2, 1400:4, 1401:24, 1409:9, 1411:8, 1411:9, 1430:6, 1430:7, 1497:5, 1497:14, 1502:1, 1502:8, 1502:17, 1502:25, 1503:20, 1504:1, 1506:14, 1506:15, 1507:18, 1508:11, 1508:12, 1509:17, 1513:16, 1515:4, 1515:25
**credibly** [1] - 1513:10
**credit** [2] - 1430:8, 1498:24
**credited** [3] - 1503:3, 1503:4, 1516:13
**crescendo** [2] - 1518:6, 1519:23
**crime** [21] - 1355:13, 1380:15, 1460:25, 1461:17, 1463:22, 1463:23, 1487:10, 1487:24, 1488:8, 1502:6, 1504:20, 1507:14, 1507:20, 1508:2, 1508:8, 1518:4, 1518:5, 1531:15, 1531:17, 1531:18
**crimes** [6] - 1379:4, 1379:17, 1398:10, 1411:20, 1431:15, 1533:6
**criminal** [4] - 1380:10, 1441:22,

1461:17, 1487:9
**CRIMINAL** [1] - 1344:11
**critical** [6] - 1414:2, 1414:10, 1415:8, 1437:6, 1444:14
**cross** [12] - 1353:23, 1395:3, 1401:21, 1404:9, 1415:15, 1417:12, 1417:13, 1427:6, 1427:7, 1441:15, 1459:11, 1507:3
**cross-examination** [7] - 1395:3, 1404:9, 1415:15, 1417:12, 1441:15, 1459:11, 1507:3
**cross-examined** [1] - 1401:21
**cross-examining** [1] - 1417:13
**crossed** [2] - 1427:3, 1427:18
**crosses** [1] - 1378:6
**crossing** [3] - 1389:22, 1408:21, 1424:8
**CRR** [1] - 1344:22
**crush** [2] - 1381:13, 1381:15
**crying** [3] - 1403:9, 1403:10, 1453:21
**crystal** [3] - 1391:4, 1437:25, 1438:3
**culminating** [1] - 1519:3
**cultural** [1] - 1409:21
**Culture** [1] - 1500:3
**culture** [8] - 1380:20, 1382:4, 1382:18, 1404:19, 1409:10, 1479:20, 1482:3
**Cup** [3] - 1435:11, 1435:19, 1438:22
**curved** [1] - 1496:6
**custody** [1] - 1483:21
**custom** [1] - 1393:4
**customarily** [1] - 1416:16
**cut** [1] - 1359:10
**cut-down** [1] - 1359:10
**cuts** [1] - 1392:11
**cutting** [1] - 1354:8

# D

**D-1** [4] - 1364:2, 1365:12, 1366:21
**D-2** [8] - 1363:7, 1364:3, 1365:12, 1366:19, 1366:20, 1366:24, 1366:25
**D-3** [3] - 1363:6, 1364:3, 1365:12
**dad** [1] - 1383:3
**daily** [1] - 1415:14
**damage** [1] - 1399:11
**damaging** [1] - 1402:2
**damning** [3] - 1389:20, 1491:15, 1518:2
**danger** [2] - 1386:13, 1431:3
**dangers** [1] - 1390:14
**dared** [1] - 1516:5
**darkness** [1] - 1384:19
**dashboard** [1] - 1388:2
**date** [7] - 1415:8, 1421:17, 1454:22, 1468:14, 1477:5, 1477:15, 1494:24
**dated** [2] - 1424:6, 1494:24
**dates** [2] - 1466:9, 1476:16
**daughter** [54] - 1348:10, 1352:11, 1377:15, 1389:7, 1390:1, 1391:25, 1392:1, 1392:2, 1393:5, 1406:23, 1409:25, 1420:5, 1421:4, 1423:10, 1426:13, 1429:17, 1432:20, 1436:13,

1443:23, 1444:4, 1445:6, 1445:8, 1445:13, 1446:10, 1446:12, 1450:14, 1450:24, 1451:4, 1453:8, 1457:16, 1459:18, 1460:3, 1466:2, 1474:22, 1476:3, 1478:16, 1480:7, 1482:21, 1497:23, 1506:8, 1513:2, 1515:14, 1517:9, 1518:17, 1518:19, 1519:13, 1521:17, 1525:14, 1525:18, 1526:10, 1531:12, 1532:23
**daughters** [12] - 1385:13, 1385:17, 1386:10, 1387:15, 1388:20, 1390:10, 1393:11, 1394:16, 1398:24, 1453:23, 1467:4, 1533:2
**daughters'** [1] - 1466:7
**David** [1] - 1346:10
**day's** [1] - 1500:19
**daylight** [1] - 1455:15
**days** [29] - 1347:20, 1378:11, 1383:14, 1386:12, 1386:19, 1386:23, 1388:16, 1388:22, 1391:1, 1394:13, 1416:12, 1442:16, 1445:1, 1467:13, 1471:20, 1475:8, 1476:6, 1480:4, 1482:6, 1500:24, 1517:15, 1517:18, 1517:21, 1517:22, 1518:18, 1519:22, 1523:24, 1523:25
**dead** [16] - 1378:2, 1392:18, 1394:14, 1399:6, 1399:8, 1402:10, 1479:4, 1479:17, 1479:19, 1494:12, 1507:22, 1522:24, 1524:2, 1526:18, 1532:25
**dead-bang** [1] - 1479:4
**deadlines** [1] - 1377:10
**deadly** [2] - 1388:18, 1423:1
**deal** [13] - 1350:23, 1350:24, 1414:8, 1461:12, 1461:13, 1462:25, 1463:1, 1463:17, 1481:10, 1508:14, 1530:10, 1530:11, 1531:5
**dealing** [5] - 1351:1, 1448:19, 1480:11, 1487:10
**death** [1] - 1377:12, 1395:22, 1432:2, 1440:12, 1466:4, 1481:20, 1481:25, 1482:25
**deaths** [1] - 1401:10
**debate** [1] - 1408:14
**December** [2] - 1408:25, 1424:6
**decent** [1] - 1408:14
**decide** [6] - 1406:8, 1431:20, 1436:23, 1440:16, 1457:9, 1482:13
**decided** [6] - 1367:16, 1372:5, 1413:1, 1484:2, 1504:19, 1521:9
**decides** [1] - 1433:3
**decision** [6] - 1368:12, 1368:16, 1385:4, 1422:22, 1488:22, 1534:2
**decisions** [5] - 1422:20, 1422:24, 1432:13, 1481:17, 1490:17
**Decisions** [2] - 1422:20, 1422:22
**declaration** [2] - 1500:15, 1500:23
**defeat** [1] - 1356:6
**defend** [2] - 1426:8, 1500:16
**DEFENDANT** [9] - 1345:16, 1345:18, 1367:25, 1368:6, 1368:10, 1368:14,

1368:18, 1369:3, 1369:6
**defendant** [201] - 1344:8, 1345:13, 1353:1, 1367:14, 1368:23, 1374:10, 1377:6, 1377:13, 1377:16, 1377:17, 1377:18, 1378:4, 1378:12, 1378:18, 1379:4, 1379:16, 1381:5, 1381:16, 1382:1, 1382:4, 1382:9, 1382:17, 1382:21, 1383:18, 1384:6, 1384:11, 1385:5, 1385:7, 1389:3, 1389:6, 1389:20, 1389:22, 1390:5, 1390:15, 1390:16, 1390:18, 1390:21, 1390:24, 1391:3, 1391:5, 1391:7, 1391:8, 1391:15, 1391:21, 1392:3, 1392:5, 1392:17, 1393:16, 1393:18, 1393:21, 1394:1, 1394:7, 1394:9, 1398:14, 1398:18, 1399:4, 1399:7, 1399:17, 1399:20, 1399:24, 1400:22, 1400:24, 1403:1, 1403:9, 1403:14, 1403:17, 1404:1, 1404:3, 1405:8, 1406:2, 1406:5, 1407:7, 1407:25, 1408:5, 1408:7, 1408:23, 1408:25, 1409:1, 1410:3, 1410:5, 1412:13, 1412:16, 1412:24, 1413:3, 1413:10, 1413:13, 1413:16, 1413:23, 1413:25, 1414:16, 1414:25, 1415:3, 1415:6, 1415:14, 1416:11, 1416:15, 1416:20, 1417:3, 1417:14, 1417:20, 1417:23, 1418:3, 1418:7, 1418:14, 1418:16, 1419:13, 1419:18, 1419:24, 1420:13, 1420:18, 1420:24, 1421:2, 1421:12, 1421:18, 1421:19, 1421:24, 1422:2, 1422:5, 1422:7, 1422:9, 1422:12, 1422:15, 1423:4, 1423:7, 1423:12, 1423:19, 1424:25, 1425:5, 1425:23, 1425:25, 1426:3, 1426:6, 1426:7, 1426:9, 1426:18, 1426:22, 1427:5, 1427:11, 1427:13, 1427:25, 1428:14, 1428:22, 1431:15, 1431:25, 1432:14, 1432:18, 1432:25, 1433:5, 1434:3, 1434:5, 1448:22, 1457:8, 1474:7, 1475:16, 1485:18, 1490:1, 1490:4, 1491:20, 1492:1, 1492:25, 1493:9, 1493:18, 1493:21, 1494:13, 1499:21, 1501:21, 1501:22, 1502:24, 1516:17, 1516:25, 1517:20, 1518:3, 1518:19, 1519:25, 1520:16, 1521:6, 1521:9, 1521:11, 1521:20, 1522:1, 1522:19, 1523:5, 1523:21, 1523:22, 1523:23, 1524:5, 1524:18, 1524:20, 1524:25, 1525:9, 1525:11, 1526:23, 1530:7, 1531:8, 1531:10, 1531:17, 1531:20, 1531:25
**Defendant** [22] - 1344:19, 1405:3, 1405:13, 1405:16, 1405:20, 1405:23, 1405:25, 1410:9, 1410:11, 1410:14, 1419:21, 1518:20, 1518:24, 1519:4, 1519:8, 1519:11, 1519:16, 1519:18, 1524:14, 1524:16, 1525:25, 1526:3
**Defendant's** [17] - 1346:7, 1346:10, 1347:13, 1363:5, 1363:14, 1367:6, 1376:8, 1376:10, 1436:11, 1438:22, 1440:6, 1445:19, 1447:10, 1449:19,

1494:20, 1536:6
**defendant's** [60] - 1361:22, 1377:25, 1378:10, 1378:21, 1382:16, 1388:24, 1389:19, 1389:25, 1390:1, 1390:17, 1391:18, 1391:20, 1391:25, 1393:11, 1395:3, 1401:21, 1401:23, 1401:25, 1402:7, 1402:13, 1402:17, 1403:6, 1403:7, 1403:24, 1406:1, 1406:23, 1411:10, 1411:23, 1414:8, 1415:15, 1417:12, 1417:18, 1418:20, 1418:21, 1418:24, 1419:4, 1428:3, 1428:24, 1432:11, 1493:2, 1494:16, 1497:12, 1498:14, 1499:4, 1502:5, 1502:24, 1512:7, 1517:10, 1517:24, 1518:3, 1518:7, 1518:17, 1520:23, 1521:25, 1522:12, 1525:2, 1530:1, 1532:12, 1532:13
**defendants** [2] - 1374:12, 1431:17
**Defense** [6] - 1430:12, 1430:14, 1491:24, 1495:11, 1501:9, 1516:1
**defense** [66] - 1346:14, 1350:10, 1350:18, 1351:2, 1353:24, 1354:15, 1357:16, 1357:24, 1359:9, 1367:13, 1367:21, 1368:22, 1369:12, 1370:24, 1371:20, 1371:24, 1373:18, 1373:20, 1374:20, 1376:7, 1376:11, 1376:18, 1407:22, 1417:2, 1425:19, 1428:10, 1429:7, 1430:1, 1430:10, 1430:18, 1433:8, 1433:20, 1434:23, 1436:9, 1441:20, 1443:10, 1444:15, 1449:16, 1449:20, 1456:23, 1457:10, 1487:9, 1491:6, 1491:14, 1491:18, 1492:2, 1494:16, 1496:19, 1496:22, 1496:25, 1497:2, 1497:3, 1498:9, 1501:10, 1501:11, 1501:25, 1502:3, 1506:24, 1508:14, 1516:15, 1516:17, 1526:13, 1528:4, 1529:23
**defying** [1] - 1483:5
**delay** [1] - 1351:3
**deliberate** [1] - 1381:3
**deliberations** [9] - 1403:13, 1427:20, 1431:22, 1433:10, 1435:2, 1439:19, 1491:1, 1529:21, 1533:20
**deliver** [1] - 1493:24
**deliverance** [1] - 1500:8
**delivered** [6] - 1377:11, 1432:2, 1435:2, 1491:21, 1517:20, 1518:8
**delivering** [2] - 1517:14, 1526:16
**demanded** [1] - 1388:25
**demanding** [1] - 1400:9
**demeanor** [3] - 1509:17, 1509:18, 1510:13
**democratic** [1] - 1471:8
**democratically** [1] - 1471:24
**demonstrate** [2] - 1379:3, 1410:1
**demonstrated** [1] - 1395:11
**denials** [2] - 1525:16, 1525:17
**denied** [8] - 1400:16, 1404:1, 1412:23, 1413:8, 1424:23, 1474:3, 1474:11, 1512:10

**denies** [3] - 1388:7, 1474:14
**deny** [2] - 1392:5, 1528:24
**Department** [1] - 1345:8
**DEPUTY** [5] - 1345:2, 1359:4, 1373:15, 1375:4, 1434:2
**describe** [2] - 1438:20, 1503:22
**described** [15] - 1429:11, 1438:4, 1443:4, 1443:7, 1458:11, 1469:15, 1483:15, 1483:18, 1495:24, 1496:6, 1496:7, 1496:8, 1509:12, 1515:19
**describes** [4] - 1438:18, 1450:4, 1450:12, 1452:20, 1510:11
**describing** [4] - 1443:4, 1511:1, 1511:2, 1511:7
**desecrating** [2] - 1401:6, 1418:12
**deserves** [1] - 1458:21
**desire** [1] - 1483:5
**desperation** [1] - 1402:8
**despite** [2] - 1444:6, 1490:20
**destinations** [1] - 1377:7
**detail** [1] - 1401:21
**detailed** [1] - 1533:14
**details** [4] - 1385:19, 1429:16, 1497:18, 1498:1
**determination** [4] - 1402:8, 1449:23, 1478:14, 1530:20
**determinations** [1] - 1437:3
**determine** [3] - 1407:11, 1457:3, 1488:24
**determined** [1] - 1420:9
**determining** [1] - 1488:21
**devastating** [2] - 1501:20, 1501:21
**devastation** [1] - 1401:18
**developed** [1] - 1381:13
**develops** [1] - 1364:18
**deviation** [1] - 1417:9
**device** [1] - 1434:17
**devotion** [1] - 1500:9
**diagram** [6] - 1347:19, 1348:9, 1348:23, 1355:6, 1355:18, 1440:8
**dialing** [1] - 1522:6
**diametrically** [1] - 1510:10
**die** [1] - 1393:6
**died** [3] - 1378:21, 1479:16, 1487:19
**difference** [2] - 1357:3, 1449:18
**differences** [1] - 1441:2
**different** [18] - 1349:2, 1352:12, 1353:16, 1355:19, 1380:2, 1380:20, 1381:17, 1412:15, 1436:25, 1437:6, 1441:16, 1446:22, 1447:8, 1454:21, 1477:14, 1509:21, 1510:20, 1516:11
**difficult** [4] - 1431:24, 1441:25, 1499:10, 1503:14
**difficulty** [1] - 1441:14
**digested** [1] - 1479:20
**dignity** [1] - 1398:25
**diligently** [1] - 1346:13
**dinner** [1] - 1475:14
**direct** [8] - 1382:24, 1383:20, 1389:5,

1396:9, 1397:10, 1409:14, 1422:10, 1423:11
**directed** [3] - 1377:6, 1425:7, 1532:22
**directing** [4] - 1420:24, 1459:8, 1459:21, 1520:6
**direction** [7] - 1377:19, 1452:21, 1452:25, 1455:22, 1456:9, 1464:12, 1531:14
**directly** [2] - 1388:25, 1526:23
**directs** [1] - 1441:23
**disagreed** [3] - 1365:25, 1366:1, 1366:3
**disagreement** [2] - 1360:13, 1366:6
**disappearance** [1] - 1387:13
**disappeared** [1] - 1400:6
**disciplined** [1] - 1473:21
**discounted** [1] - 1498:17
**discovered** [3] - 1382:1, 1382:14, 1382:15
**discredit** [1] - 1498:19
**discuss** [10] - 1368:12, 1368:15, 1368:25, 1369:2, 1387:2, 1387:7, 1462:5, 1473:4, 1480:23, 1497:6
**discussed** [5] - 1354:16, 1460:23, 1462:20, 1480:24, 1513:17
**discussing** [4] - 1386:25, 1455:2, 1462:15, 1523:12
**discussion** [8] - 1347:20, 1350:21, 1351:21, 1357:19, 1361:18, 1362:11, 1368:22, 1468:17
**discussions** [1] - 1468:11
**disgraces** [1] - 1393:5
**dishonor** [2] - 1392:2, 1409:16
**dishonored** [2] - 1393:2, 1423:10
**dismissed** [1] - 1529:25
**disobeying** [1] - 1382:10
**disposal** [1] - 1352:2
**dispute** [5] - 1354:6, 1408:4, 1426:9, 1486:20, 1517:1
**disregard** [1] - 1407:17
**disregarded** [1] - 1448:4
**disregarding** [1] - 1430:5
**disrespectful** [1] - 1440:12
**disrupted** [2] - 1409:13, 1409:17
**distance** [3] - 1355:8, 1503:15, 1503:16
**distant** [1] - 1437:10
**distinctive** [1] - 1424:16
**DISTRICT** [3] - 1344:1, 1344:1, 1344:12
**district** [1] - 1490:18
**District** [3] - 1344:15, 1380:11, 1487:25
**DMV** [1] - 1470:9
**document** [70] - 1347:15, 1347:18, 1347:23, 1347:24, 1348:2, 1348:4, 1348:13, 1348:14, 1348:21, 1348:23, 1349:6, 1349:10, 1349:14, 1349:15, 1349:16, 1352:5, 1352:16, 1352:22, 1353:2, 1353:6, 1353:11, 1354:5, 1354:21, 1355:22, 1355:25, 1356:24, 1357:5, 1357:14, 1357:15, 1357:16, 1358:17, 1359:11, 1359:16, 1359:20, 1359:25, 1360:15, 1360:22, 1360:24,

1361:11, 1364:1, 1365:1, 1366:1, 1366:13, 1413:21, 1423:23, 1424:5, 1424:12, 1424:14, 1424:18, 1424:23, 1430:15, 1430:19, 1430:23, 1431:1, 1439:2, 1439:11, 1439:21, 1439:22, 1466:19, 1494:21, 1494:23, 1494:25, 1495:13, 1495:17, 1530:24
**documentary** [2] - 1491:11, 1511:14
**documents** [7] - 1355:3, 1381:1, 1424:21, 1431:4, 1456:21, 1464:19, 1531:6
**dollars** [1] - 1478:3
**Dominican** [1] - 1476:24
**done** [35] - 1349:24, 1351:14, 1351:15, 1358:14, 1360:5, 1361:4, 1365:25, 1366:7, 1372:14, 1391:12, 1402:13, 1405:12, 1405:13, 1417:8, 1431:16, 1457:10, 1466:17, 1466:18, 1467:10, 1467:12, 1481:11, 1482:1, 1482:2, 1494:3, 1494:5, 1524:9, 1524:12, 1524:13, 1524:14, 1524:15, 1524:16, 1524:18, 1529:14, 1532:19
**door** [1] - 1496:8
**doorway** [1] - 1504:15
**doubt** [14] - 1368:8, 1374:11, 1379:3, 1399:23, 1407:22, 1420:16, 1428:14, 1428:25, 1430:20, 1430:24, 1431:15, 1457:4, 1457:6, 1488:12
**down** [33] - 1349:19, 1350:22, 1359:10, 1377:25, 1378:12, 1383:17, 1394:12, 1394:14, 1410:11, 1416:13, 1429:21, 1429:22, 1437:12, 1439:24, 1439:25, 1440:3, 1440:5, 1440:10, 1443:12, 1451:9, 1451:22, 1454:7, 1456:6, 1456:12, 1459:3, 1459:22, 1478:18, 1484:11, 1487:5, 1504:15, 1517:17, 1519:21, 1532:9
**downplay** [1] - 1461:10
**downplaying** [1] - 1437:15
**downstairs** [1] - 1435:3
**drafted** [1] - 1495:13
**drama** [1] - 1482:17
**draw** [4] - 1358:10, 1505:5, 1506:21, 1507:10
**drawing** [1] - 1447:9
**dress** [1] - 1506:10
**drew** [1] - 1495:24
**drive** [8] - 1422:20, 1422:21, 1436:15, 1443:15, 1508:25, 1509:22, 1510:14, 1511:16
**driver** [13] - 1443:10, 1444:9, 1444:25, 1446:12, 1451:17, 1451:24, 1453:10, 1471:19, 1498:21, 1508:4, 1508:21, 1509:19, 1510:13
**driver's** [1] - 1470:9
**drivers** [2] - 1509:16, 1509:18
**drives** [9] - 1442:7, 1442:12, 1442:19, 1442:24, 1451:2, 1451:4, 1510:14, 1510:18, 1512:3
**driving** [9] - 1347:6, 1418:7, 1450:19,

1450:22, 1452:18, 1454:2, 1476:3, 1509:15, 1513:15
**dropped** [3] - 1415:19, 1476:2, 1514:18
**drops** [2] - 1510:20, 1521:14
**drove** [5] - 1377:7, 1387:16, 1394:24, 1445:2, 1510:11
**dumb** [1] - 1524:22
**dupatta** [2] - 1505:9, 1505:11
**duplications** [1] - 1353:15
**duplicative** [2] - 1360:23, 1361:7
**During** [2] - 1417:4, 1426:6
**during** [34] - 1359:23, 1379:5, 1386:23, 1390:16, 1391:7, 1392:16, 1403:13, 1404:2, 1404:8, 1414:9, 1414:20, 1415:12, 1415:21, 1418:17, 1421:3, 1421:5, 1421:24, 1422:16, 1423:20, 1427:12, 1432:5, 1436:16, 1445:20, 1449:14, 1474:10, 1474:20, 1480:3, 1480:5, 1486:15, 1489:3, 1522:11, 1524:7, 1530:5, 1531:11
**duties** [1] - 1459:25
**duty** [2] - 1447:2, 1459:13
**dying** [3] - 1479:16, 1479:17, 1532:21

## E

**e-mail** [1] - 1381:14
**E-mail** [1] - 1344:24
**early** [9] - 1384:17, 1388:9, 1398:12, 1401:8, 1402:24, 1412:11, 1412:16, 1413:4, 1520:15
**ears** [1] - 1386:9
**easily** [3] - 1471:3, 1479:19, 1479:21
**East** [1] - 1344:15
**EASTERN** [1] - 1344:1
**Eastern** [3] - 1344:15, 1380:11, 1487:25
**easy** [2] - 1461:9, 1488:15
**edits** [4] - 1357:23, 1357:24, 1358:22
**effort** [2] - 1457:25, 1458:1
**efforts** [1] - 1478:15
**eight** [6] - 1345:2, 1444:23, 1463:9, 1463:17, 1472:9, 1476:10
**either** [15] - 1374:24, 1392:22, 1393:6, 1435:17, 1448:13, 1451:14, 1462:10, 1465:14, 1470:10, 1476:23, 1488:5, 1509:7, 1521:2, 1528:24, 1530:2
**Elana** [1] - 1423:23
**elder** [1] - 1482:1
**elders** [3] - 1480:22, 1481:6, 1482:24
**elected** [5] - 1470:13, 1470:20, 1470:22, 1471:10, 1471:24
**electoral** [1] - 1471:8
**electricity** [1] - 1370:1
**element** [3] - 1423:5, 1423:7, 1427:24
**eleven** [2] - 1451:13, 1456:1
**Elmo** [2] - 1364:12, 1369:25
**Elmos** [1] - 1434:14
**eloquently** [1] - 1436:7
**embarrassed** [1] - 1393:12
**embarrassment** [2] - 1399:10, 1421:5

**embassy** [1] - 1468:6
**embellish** [1] - 1458:1
**emblematic** [1] - 1528:24
**embrace** [1] - 1428:14
**emotion** [3] - 1429:25, 1437:15, 1440:22
**emotional** [3] - 1402:20, 1403:10, 1403:15
**emotionally** [1] - 1409:24
**employ** [1] - 1402:9
**employed** [1] - 1473:4
**emptied** [1] - 1396:25
**empty** [1] - 1402:18
**encourage** [2] - 1379:12, 1424:21
**end** [14] - 1353:10, 1370:20, 1417:6, 1439:25, 1441:18, 1458:4, 1461:3, 1461:4, 1500:11, 1500:17, 1508:3, 1519:4, 1529:6, 1532:8
**ended** [1] - 1418:8
**endorsed** [1] - 1424:19
**ends** [2] - 1416:21, 1445:11
**engage** [1] - 1465:16
**engagement** [1] - 1437:19
**engaging** [1] - 1476:2
**English** [14] - 1359:8, 1363:11, 1363:20, 1364:5, 1364:12, 1364:21, 1365:9, 1365:14, 1366:4, 1367:2, 1370:10, 1403:4, 1479:18, 1485:13
**entered** [2] - 1345:25, 1491:12
**entering** [1] - 1353:20
**enters** [6] - 1345:13, 1376:1, 1434:3, 1434:20, 1490:21, 1501:3
**enthusiasm** [1] - 1500:13
**entire** [9] - 1362:2, 1393:22, 1394:10, 1408:13, 1435:21, 1471:16, 1519:19, 1520:1, 1532:15
**entirely** [1] - 1429:10, 1498:20
**entirety** [1] - 1402:22
**entitled** [3] - 1432:9, 1457:8, 1488:8
**entry** [3] - 1352:19, 1353:23, 1354:11
**Epocha** [1] - 1500:5
**equally** [1] - 1399:12
**equation** [1] - 1488:1
**equivalent** [1] - 1466:21
**errands** [1] - 1451:3
**escape** [1] - 1385:7
**escaped** [2] - 1387:24, 1409:5
**especially** [5] - 1354:25, 1355:2, 1436:3, 1471:7, 1528:4
**ESQ** [4] - 1344:16, 1344:17, 1344:17, 1344:19
**essential** [1] - 1502:22
**establish** [11] - 1442:5, 1497:13, 1499:5, 1501:13, 1501:14, 1501:25, 1502:4, 1504:8, 1504:10, 1508:7, 1526:22
**established** [3] - 1400:19, 1499:8, 1503:11
**establishes** [1] - 1496:20

**establishing** [1] - 1515:25
**estimations** [1] - 1448:5
**ether** [1] - 1357:9
**Europe** [1] - 1460:19
**evaluate** [3] - 1441:4, 1488:1, 1488:5
**evaluating** [4] - 1437:6, 1440:23, 1449:2, 1463:14
**eve** [1] - 1529:17
**evening** [4] - 1373:2, 1388:10, 1534:3, 1534:12
**event** [9] - 1364:17, 1369:19, 1424:25, 1435:24, 1441:16, 1481:24, 1494:2, 1494:24, 1518:9
**events** [11] - 1381:7, 1385:15, 1400:2, 1429:2, 1431:2, 1432:4, 1447:1, 1475:18, 1494:2, 1495:25, 1515:8
**eventually** [4] - 1381:23, 1406:15, 1453:3, 1459:24
**everywhere** [2] - 1386:13, 1398:23
**evidence** [103] - 1346:4, 1348:13, 1349:8, 1349:18, 1354:21, 1359:7, 1364:11, 1369:14, 1371:15, 1372:21, 1372:23, 1372:25, 1376:8, 1376:10, 1376:16, 1379:1, 1379:6, 1379:8, 1379:14, 1379:25, 1380:10, 1380:12, 1380:19, 1380:24, 1381:1, 1381:4, 1402:23, 1404:25, 1407:6, 1413:12, 1413:21, 1414:4, 1414:5, 1414:14, 1417:25, 1418:1, 1418:22, 1419:12, 1421:11, 1423:13, 1423:25, 1428:6, 1428:7, 1428:16, 1428:17, 1428:18, 1428:21, 1430:7, 1430:8, 1430:9, 1431:9, 1431:10, 1431:12, 1436:10, 1437:2, 1438:1, 1440:2, 1440:23, 1444:18, 1446:17, 1447:5, 1448:2, 1448:3, 1449:1, 1449:3, 1449:25, 1454:8, 1456:21, 1470:6, 1471:15, 1472:23, 1476:17, 1478:23, 1481:14, 1482:14, 1482:18, 1483:7, 1487:22, 1488:5, 1488:17, 1488:24, 1490:19, 1491:7, 1491:8, 1491:10, 1491:12, 1491:15, 1494:22, 1494:25, 1495:4, 1495:12, 1501:20, 1501:21, 1506:2, 1506:17, 1507:10, 1511:15, 1526:20, 1533:12
**evolution** [1] - 1471:11
**Ewing** [2] - 1409:11, 1409:15
**Ewing's** [1] - 1409:14
**exact** [2] - 1423:1, 1462:18
**exactly** [18] - 1349:24, 1378:5, 1385:18, 1396:23, 1402:9, 1413:15, 1416:8, 1424:15, 1428:4, 1430:18, 1430:20, 1431:16, 1458:10, 1462:12, 1482:1, 1523:23, 1525:3
**exaggerate** [1] - 1411:20
**exaggerating** [1] - 1528:9
**exaggeration** [3] - 1402:19, 1479:7, 1493:10
**examination** [10] - 1382:24, 1383:20, 1389:5, 1395:3, 1404:9, 1415:15,

1417:12, 1441:15, 1459:11, 1507:3
**examined** [1] - 1401:21
**examining** [1] - 1417:13
**example** [7] - 1355:7, 1404:20, 1405:9, 1409:25, 1452:11, 1474:21, 1476:9
**examples** [1] - 1470:10
**except** [1] - 1350:10
**excerpts** [1] - 1369:15
**excised** [1] - 1356:21
**excitement** [1] - 1384:21
**exciting** [1] - 1435:15
**excluding** [1] - 1417:5
**excuse** [1] - 1393:24
**excuses** [4] - 1437:20, 1441:1, 1448:25, 1488:4
**executed** [1] - 1377:6
**exercise** [1] - 1359:19
**exhibit** [16] - 1363:12, 1364:16, 1384:10, 1430:12, 1436:10, 1438:2, 1438:10, 1438:24, 1441:8, 1463:2, 1467:18, 1470:5, 1496:18, 1496:20, 1496:23, 1514:11
**Exhibit** [74] - 1346:8, 1346:10, 1363:5, 1363:14, 1364:4, 1364:5, 1367:2, 1367:6, 1370:10, 1376:10, 1377:22, 1378:12, 1384:9, 1387:19, 1390:20, 1391:9, 1392:8, 1392:20, 1393:15, 1394:6, 1398:21, 1400:19, 1405:2, 1405:10, 1410:6, 1414:14, 1415:10, 1416:9, 1417:1, 1417:18, 1418:6, 1418:23, 1419:8, 1419:12, 1419:15, 1419:23, 1421:11, 1421:13, 1423:25, 1424:5, 1424:17, 1424:18, 1424:20, 1424:22, 1425:13, 1427:18, 1430:12, 1430:14, 1436:11, 1438:8, 1438:23, 1440:5, 1440:6, 1440:7, 1445:19, 1447:10, 1465:10, 1467:17, 1494:20, 1495:11, 1495:23, 1496:5, 1496:8, 1506:2, 1506:7, 1507:24, 1511:18, 1514:12, 1514:20, 1515:1, 1518:13, 1520:23, 1524:8, 1536:6
**exhibits** [3] - 1379:2, 1488:18, 1490:10
**Exhibits** [4] - 1346:3, 1408:21, 1426:1, 1536:4
**exists** [1] - 1494:23
**exits** [4] - 1433:14, 1489:16, 1499:19, 1534:6
**expect** [5] - 1380:4, 1408:4, 1411:10, 1428:11, 1479:10
**expected** [3] - 1384:13, 1384:14
**experience** [3] - 1371:8, 1458:16, 1531:23
**experienced** [1] - 1401:18
**experiencing** [1] - 1384:20
**expert** [4] - 1409:12, 1464:16, 1480:21, 1480:22
**explain** [18] - 1379:24, 1380:4, 1385:3, 1425:5, 1428:12, 1444:25, 1449:20, 1453:6, 1454:12, 1454:13, 1454:16, 1454:21, 1484:9, 1484:11, 1484:19,

1488:11, 1502:1
**explained** [21] - 1378:24, 1379:13, 1385:2, 1402:12, 1404:18, 1428:11, 1453:10, 1480:22, 1492:15, 1492:18, 1508:17, 1508:23, 1509:9, 1509:15, 1509:21, 1510:1, 1510:5, 1510:22, 1514:14, 1514:17, 1530:25
**explaining** [2] - 1484:16, 1515:1
**explains** [1] - 1392:17
**explanation** [3] - 1449:7, 1449:8, 1449:12
**explanatory** [1] - 1420:23
**explicit** [4] - 1403:21, 1427:17, 1511:9, 1518:16
**expression** [1] - 1355:17
**expressions** [1] - 1479:17
**extended** [2] - 1468:24, 1476:18
**extent** [4] - 1347:22, 1349:17, 1387:11, 1402:8
**extraordinarily** [1] - 1407:3
**eyewitness** [3] - 1400:2, 1413:12, 1498:22
**eyewitnesses** [3] - 1401:24, 1446:18, 1472:16

# F

**fabricated** [2] - 1429:15, 1467:23
**face** [11] - 1385:3, 1385:10, 1393:24, 1398:25, 1460:8, 1467:25, 1472:20, 1505:24, 1506:1
**face-to-face** [1] - 1385:10
**Facebook** [1] - 1381:15
**faces** [1] - 1503:19
**facial** [1] - 1503:24
**facilitate** [1] - 1419:4
**facility** [1] - 1364:18
**facing** [1] - 1496:16
**Facsimile** [1] - 1344:23
**fact** [39] - 1353:18, 1354:20, 1355:4, 1362:1, 1371:20, 1373:2, 1381:24, 1385:20, 1403:15, 1404:1, 1407:1, 1420:5, 1429:14, 1435:18, 1437:4, 1437:21, 1438:17, 1442:6, 1445:5, 1445:22, 1445:24, 1446:9, 1447:1, 1447:8, 1457:12, 1463:4, 1466:13, 1469:3, 1474:11, 1474:18, 1483:18, 1490:20, 1491:25, 1493:12, 1498:19, 1511:6, 1520:18, 1529:17, 1530:4
**facts** [4] - 1379:13, 1442:7, 1466:9, 1491:9
**faded** [1] - 1412:21
**failed** [1] - 1436:15
**failings** [1] - 1444:6
**Fair** [1] - 1346:19
**fair** [3] - 1363:12, 1365:16, 1529:9
**fairly** [2] - 1351:10, 1487:14
**fairness** [1] - 1349:21
**faithfully** [1] - 1487:14
**false** [4] - 1407:17, 1461:15, 1525:16,

1530:1
**falsely** [1] - 1531:10
**families** [4] - 1393:1, 1463:19, 1465:15, 1466:13
**family** [141] - 1377:17, 1377:21, 1378:6, 1378:9, 1381:6, 1381:21, 1382:14, 1385:2, 1385:5, 1385:7, 1385:12, 1385:15, 1385:18, 1385:21, 1386:5, 1386:6, 1386:14, 1386:17, 1386:20, 1386:21, 1386:24, 1389:23, 1390:6, 1390:14, 1391:3, 1391:5, 1391:11, 1391:25, 1392:4, 1392:18, 1394:11, 1394:18, 1395:14, 1395:18, 1395:25, 1397:5, 1398:22, 1399:21, 1400:7, 1400:8, 1400:23, 1404:19, 1405:6, 1406:21, 1408:13, 1408:14, 1412:12, 1413:1, 1413:4, 1413:11, 1413:19, 1414:19, 1415:24, 1416:3, 1416:5, 1416:14, 1419:5, 1420:2, 1421:7, 1422:18, 1422:19, 1422:25, 1426:3, 1427:14, 1432:8, 1432:11, 1432:16, 1437:16, 1444:11, 1444:21, 1445:4, 1450:23, 1452:18, 1461:1, 1463:18, 1463:20, 1464:3, 1464:12, 1464:17, 1465:10, 1465:11, 1465:15, 1468:1, 1468:12, 1469:11, 1469:20, 1470:14, 1470:17, 1471:22, 1472:4, 1472:19, 1474:7, 1476:18, 1476:21, 1476:24, 1477:6, 1477:24, 1478:5, 1479:13, 1480:10, 1481:11, 1481:20, 1481:25, 1482:10, 1482:18, 1483:1, 1483:16, 1488:7, 1493:3, 1493:6, 1493:16, 1493:20, 1497:12, 1498:14, 1498:15, 1499:4, 1501:22, 1502:6, 1502:12, 1502:13, 1502:25, 1504:6, 1512:7, 1512:19, 1517:2, 1517:11, 1517:24, 1518:3, 1519:19, 1520:1, 1520:4, 1520:5, 1520:6, 1524:20, 1531:24, 1532:4, 1532:15, 1532:21
**family's** [7] - 1384:23, 1386:11, 1391:19, 1391:25, 1409:20, 1413:6, 1482:25
**fancier** [1] - 1477:21
**far** [8] - 1380:20, 1401:23, 1416:5, 1421:14, 1421:18, 1480:1, 1503:17, 1525:23
**fare** [7] - 1416:20, 1416:21, 1416:22, 1418:8, 1521:12, 1521:14, 1521:16
**fares** [4] - 1443:12, 1509:1, 1509:14
**fashion** [2] - 1349:12, 1360:17
**fatal** [1] - 1432:7
**fate** [2] - 1519:5
**fateful** [1] - 1394:5
**father** [53] - 1377:21, 1377:22, 1381:21, 1382:8, 1382:11, 1382:20, 1383:7, 1383:23, 1387:21, 1388:4, 1396:3, 1399:6, 1399:16, 1402:19, 1404:11, 1407:7, 1407:25, 1408:2, 1408:18, 1409:7, 1411:15, 1412:2, 1412:6, 1412:13, 1413:2, 1416:19, 1419:16,

1424:24, 1432:18, 1467:12, 1468:7, 1473:12, 1473:18, 1473:20, 1474:3, 1474:11, 1492:13, 1492:15, 1497:20, 1507:22, 1511:19, 1512:24, 1515:18, 1518:22, 1518:24, 1520:10, 1520:11, 1521:5, 1521:18, 1523:10, 1523:19, 1526:6, 1528:19
**father's** [11] - 1393:14, 1398:5, 1399:15, 1401:9, 1411:20, 1450:24, 1450:25, 1519:5, 1526:3, 1526:7, 1531:14
**favorable** [1] - 1354:8
**fear** [9] - 1388:21, 1395:15, 1395:16, 1401:17, 1422:19, 1422:20, 1452:23, 1473:18, 1482:9
**February** [44] - 1378:10, 1390:17, 1391:1, 1391:8, 1392:16, 1393:13, 1398:18, 1403:8, 1404:3, 1404:11, 1405:10, 1412:12, 1414:11, 1415:9, 1415:13, 1416:11, 1416:12, 1417:7, 1417:19, 1418:7, 1419:1, 1419:12, 1421:6, 1421:8, 1422:6, 1422:9, 1426:23, 1427:9, 1427:12, 1429:2, 1436:14, 1439:12, 1439:22, 1474:25, 1480:4, 1483:14, 1494:24, 1517:4, 1517:18, 1518:18, 1520:14, 1520:15
**federal** [7] - 1380:9, 1390:12, 1461:10, 1463:7, 1471:23, 1478:11, 1530:3
**feelings** [1] - 1384:20
**feet** [3] - 1503:16, 1503:17, 1503:21
**fell** [1] - 1407:19
**fellow** [2] - 1450:20, 1461:25
**felt** [3] - 1401:18, 1429:12, 1432:8
**FERRARI** [1] - 1492:10
**festival** [1] - 1500:7
**feud** [1] - 1386:25
**few** [17] - 1347:20, 1382:13, 1386:12, 1386:16, 1388:22, 1391:1, 1391:18, 1400:6, 1400:16, 1416:6, 1438:21, 1441:3, 1447:23, 1476:9, 1482:6, 1491:5, 1531:19
**fight** [2] - 1426:12, 1426:14
**figure** [3] - 1439:20, 1486:12, 1488:2
**Fihad** [1] - 1523:18
**file** [1] - 1468:16
**filed** [2] - 1468:8, 1531:12
**filing** [1] - 1465:18
**filled** [1] - 1377:9
**filling** [1] - 1463:20
**final** [15] - 1349:23, 1351:25, 1379:22, 1392:16, 1405:17, 1419:11, 1427:24, 1494:10, 1518:8, 1519:1, 1521:12, 1525:1, 1525:2, 1525:3
**Finally** [2] - 1421:21, 1513:5
**finally** [6] - 1398:4, 1468:5, 1488:6, 1504:15, 1504:19, 1518:8
**fine** [5] - 1362:7, 1363:13, 1365:5, 1367:9, 1378:15
**finger** [1] - 1439:6
**finish** [1] - 1435:18
**finished** [1] - 1398:19

**finishes** [1] - 1425:17
**fire** [2] - 1387:18, 1400:12
**fired** [3] - 1426:15, 1426:20, 1455:21
**firing** [3] - 1459:3, 1504:3, 1504:6
**firings** [2] - 1494:3, 1494:5
**First** [13] - 1406:5, 1407:18, 1415:18, 1491:13, 1492:4, 1497:16, 1498:11, 1499:2, 1499:9, 1501:14, 1503:13, 1513:19, 1516:24
**first** [50] - 1346:5, 1349:22, 1352:7, 1353:20, 1355:4, 1358:24, 1359:24, 1360:24, 1361:6, 1363:18, 1363:21, 1370:19, 1373:21, 1374:9, 1374:10, 1374:12, 1374:14, 1374:19, 1376:17, 1379:20, 1390:17, 1391:7, 1391:23, 1392:9, 1392:25, 1393:10, 1393:12, 1400:17, 1401:1, 1403:8, 1406:3, 1407:19, 1408:12, 1411:21, 1424:1, 1426:13, 1427:9, 1447:12, 1452:6, 1464:6, 1465:20, 1491:22, 1497:6, 1502:9, 1512:9, 1524:8, 1532:18, 1533:9
**fit** [1] - 1509:9
**five** [14] - 1377:22, 1389:8, 1389:13, 1389:18, 1390:3, 1392:8, 1399:6, 1401:3, 1403:11, 1443:15, 1448:2, 1499:14, 1529:13, 1530:22
**Five** [1] - 1499:15
**fixes** [1] - 1362:19
**fleeting** [1] - 1382:13
**flew** [2] - 1444:10, 1445:10
**flight** [2] - 1429:19, 1497:21
**Floor** [1] - 1344:19
**floor** [3] - 1412:13, 1412:17, 1420:2
**Florida** [1] - 1427:10
**flown** [2] - 1472:16, 1512:1
**flying** [3] - 1451:25, 1470:19, 1493:11
**focus** [2] - 1403:4, 1476:16
**focused** [1] - 1491:19
**Foley** [1] - 1344:22
**folks** [5] - 1439:3, 1445:13, 1456:18, 1461:4, 1462:14
**follow** [9] - 1365:6, 1380:3, 1380:22, 1388:16, 1427:19, 1431:23, 1448:4, 1493:23, 1494:9
**followed** [1] - 1434:24
**following** [10] - 1386:24, 1469:21, 1489:24, 1497:15, 1502:17, 1504:11, 1505:3, 1507:7, 1516:22, 1518:19
**foolish** [1] - 1381:16
**FOR** [1] - 1344:11
**forbid** [1] - 1488:8
**force** [1] - 1471:16
**forced** [1] - 1470:3
**foreign** [3] - 1379:17, 1379:21, 1380:7
**forever** [1] - 1500:12
**forged** [1] - 1467:23
**forget** [3] - 1384:7, 1392:11, 1450:20
**forgive** [3] - 1438:25, 1450:25, 1499:15
**form** [10] - 1351:11, 1354:21, 1463:21,

1467:10, 1468:6, 1473:3, 1483:25, 1484:9, 1485:8, 1530:8
**formalized** [1] - 1383:14
**format** [1] - 1350:15
**forms** [2] - 1469:25, 1516:11
**forth** [3] - 1364:2, 1366:14, 1443:18
**forward** [4] - 1351:5, 1384:6, 1500:12
**Foster** [1] - 1416:23
**four** [21] - 1363:15, 1364:20, 1365:10, 1366:3, 1378:11, 1394:13, 1419:8, 1475:9, 1476:11, 1509:12, 1514:3, 1514:7, 1515:3, 1517:15, 1517:18, 1517:21, 1517:22, 1518:18, 1519:22
**Four** [1] - 1514:3
**four-page** [2] - 1364:20, 1366:3
**Fourteen** [1] - 1418:10
**fourth** [2] - 1421:9, 1500:25
**frame** [1] - 1462:5
**Franklin** [1] - 1487:24
**fraud** [14] - 1423:17, 1423:20, 1424:4, 1425:11, 1465:4, 1466:9, 1466:16, 1467:10, 1467:15, 1467:19, 1468:1, 1468:19, 1513:9
**fraudulent** [1] - 1379:18, 1411:16
**fraudulently** [1] - 1425:1
**Fred** [2] - 1345:11, 1439:12
**FREDERICK** [1] - 1344:19
**Freedom** [1] - 1500:3
**frequently** [1] - 1426:7
**Friday** [2] - 1474:25, 1475:11
**friend** [2] - 1416:3, 1515:18
**friend's** [1] - 1435:22
**friendly** [1] - 1441:13
**friends** [1] - 1382:6
**frightening** [1] - 1346:21
**front** [8] - 1372:11, 1377:5, 1377:17, 1393:22, 1413:9, 1455:16, 1461:9, 1496:6
**frustrated** [1] - 1394:2
**full** [3] - 1354:13, 1385:19, 1487:18
**fulsome** [1] - 1348:4
**fumbling** [1] - 1396:7
**functionally** [2] - 1442:1, 1442:9
**funding** [1] - 1421:20
**funeral** [11] - 1386:17, 1399:13, 1399:15, 1399:16, 1414:19, 1422:12, 1458:12, 1506:8, 1526:4, 1526:5, 1526:7
**funerals** [1] - 1386:18
**funny** [1] - 1443:22
**furious** [1] - 1420:8
**furtherance** [3] - 1420:14, 1421:22, 1423:8
**future** [3] - 1386:7, 1390:2, 1391:6

## G

**game** [10] - 1435:11, 1435:14, 1435:15, 1435:21, 1435:23, 1436:3, 1438:22, 1466:24, 1494:17, 1494:18

**games** [1] - 1500:10
**Gandy** [3] - 1345:6, 1365:21, 1431:13
**GANDY** [20] - 1344:17, 1351:23, 1352:3, 1357:7, 1357:21, 1358:4, 1358:14, 1358:25, 1360:21, 1361:8, 1363:1, 1363:13, 1363:17, 1363:20, 1365:18, 1366:9, 1366:11, 1367:8, 1369:21, 1489:19
**gas** [1] - 1472:5
**gather** [3] - 1346:23, 1351:13, 1510:23
**gathered** [1] - 1453:14
**gathering** [1] - 1397:25
**geared** [1] - 1515:24
**general** [2] - 1350:15, 1357:4
**generations** [2] - 1464:14, 1500:7
**gentlemen** [74] - 1376:2, 1376:14, 1377:4, 1379:12, 1390:6, 1392:15, 1393:8, 1396:22, 1400:3, 1401:11, 1401:20, 1401:25, 1402:21, 1403:12, 1404:25, 1411:22, 1413:10, 1415:2, 1415:11, 1417:8, 1417:16, 1419:2, 1419:23, 1420:6, 1421:21, 1423:2, 1425:9, 1426:2, 1428:2, 1429:7, 1429:23, 1430:22, 1431:7, 1431:11, 1432:4, 1433:6, 1434:21, 1435:9, 1489:12, 1490:23, 1491:4, 1493:22, 1494:10, 1494:22, 1495:11, 1496:11, 1497:1, 1501:5, 1501:7, 1503:16, 1505:16, 1506:10, 1507:9, 1508:10, 1508:15, 1510:12, 1511:14, 1512:17, 1513:3, 1514:4, 1514:11, 1514:25, 1515:23, 1516:7, 1516:21, 1518:25, 1519:22, 1521:20, 1522:16, 1526:8, 1526:12, 1530:10, 1532:8, 1534:7
**girl** [6] - 1386:4, 1443:17, 1445:1, 1452:20, 1479:15, 1482:10
**girls'** [1] - 1386:11
**given** [7] - 1381:17, 1406:21, 1409:9, 1455:23, 1481:22, 1529:8, 1529:17
**Given** [1] - 1406:21
**gloom** [1] - 1500:16
**glory** [1] - 1500:17
**goal** [4] - 1380:6, 1419:4, 1435:19, 1468:24
**goals** [1] - 1422:1
**God** [8] - 1382:3, 1391:11, 1392:12, 1446:11, 1455:16, 1488:8, 1500:9, 1500:20
**goings** [1] - 1414:9
**gossip** [1] - 1502:18
**government** [20] - 1406:13, 1406:16, 1406:23, 1408:6, 1420:14, 1423:6, 1426:24, 1427:5, 1427:24, 1428:13, 1431:14, 1433:17, 1466:23, 1471:11, 1490:15, 1492:8, 1530:14, 1530:18, 1531:5
**Government** [93] - 1344:14, 1345:7, 1349:1, 1350:15, 1351:8, 1352:15, 1353:4, 1355:14, 1359:10, 1360:19, 1368:7, 1370:5, 1370:17, 1374:12,

1374:19, 1376:20, 1399:22, 1405:2, 1405:10, 1408:21, 1410:6, 1414:14, 1415:10, 1416:9, 1417:1, 1417:18, 1418:6, 1418:22, 1419:8, 1419:12, 1419:15, 1419:23, 1421:11, 1421:13, 1423:25, 1424:5, 1424:17, 1424:18, 1424:19, 1424:22, 1425:13, 1425:25, 1436:12, 1438:7, 1439:8, 1440:5, 1440:7, 1440:13, 1443:1, 1443:9, 1443:13, 1443:23, 1444:2, 1444:12, 1446:4, 1448:11, 1449:22, 1450:4, 1457:4, 1467:17, 1468:18, 1471:13, 1473:2, 1474:4, 1474:9, 1474:11, 1475:22, 1476:8, 1477:3, 1477:9, 1477:10, 1478:9, 1480:19, 1483:8, 1485:19, 1487:6, 1488:5, 1489:8, 1489:19, 1495:23, 1496:5, 1496:8, 1506:2, 1506:7, 1507:24, 1511:18, 1514:11, 1514:20, 1514:25, 1518:13, 1520:23, 1524:8, 1534:10
**government's** [10] - 1409:12, 1415:5, 1425:23, 1428:6, 1428:19, 1430:7, 1430:8, 1430:24, 1431:19, 1454:4
**Government's** [23] - 1349:14, 1357:23, 1358:5, 1361:9, 1373:24, 1377:21, 1377:23, 1378:11, 1384:9, 1387:19, 1390:20, 1391:9, 1392:8, 1392:20, 1393:15, 1394:6, 1398:21, 1400:19, 1417:17, 1427:17, 1427:22, 1449:1
**governmental** [1] - 1470:21
**governments** [1] - 1471:8
**governs** [1] - 1444:19
**grand** [4] - 1412:10, 1412:25, 1413:8, 1424:18
**grandchildren** [2] - 1465:12, 1466:14
**grandparents** [2] - 1410:18, 1410:19
**granted** [2] - 1374:3, 1392:7
**great** [7] - 1386:7, 1414:8, 1441:14, 1457:20, 1480:9, 1500:7
**greatest** [1] - 1444:8
**greatly** [1] - 1482:17
**green** [2] - 1424:2
**grew** [1] - 1406:22
**grieve** [1] - 1386:19
**grizzly** [1] - 1515:15
**grocery** [1] - 1451:3
**ground** [1] - 1397:2
**group** [1] - 1388:6
**grow** [1] - 1533:3
**growing** [1] - 1386:25
**guess** [5] - 1449:21, 1461:6, 1466:20, 1474:5, 1481:10
**guessed** [1] - 1488:23
**guide** [3] - 1359:23, 1361:11, 1361:13
**guilt** [2] - 1401:23, 1513:4
**guilty** [23] - 1379:4, 1399:20, 1411:15, 1413:11, 1420:6, 1420:11, 1423:12, 1425:5, 1428:5, 1428:8, 1430:9, 1431:15, 1433:5, 1479:4, 1479:10, 1488:13, 1530:1, 1531:15, 1531:17,

1531:18, 1533:6
**Gujrat** [3] - 1421:14, 1508:20, 1510:16
**gun** [6] - 1396:8, 1396:12, 1396:13, 1396:15, 1426:16, 1429:21
**gunfire** [6] - 1395:10, 1395:13, 1452:24, 1455:25, 1460:6, 1532:5
**gunmen** [5] - 1450:11, 1452:19, 1453:1, 1456:14
**gunned** [3] - 1377:25, 1394:14, 1429:22
**guns** [15] - 1378:2, 1401:6, 1418:11, 1451:14, 1451:21, 1452:12, 1455:9, 1455:18, 1455:20, 1456:1, 1459:3, 1496:16, 1500:10, 1501:19, 1515:13
**gunshots** [4] - 1395:17, 1452:6, 1457:17, 1459:7
**gutter** [1] - 1378:3
**guttural** [2] - 1476:2, 1478:16
**guy** [6] - 1443:11, 1459:16, 1459:17, 1466:16, 1466:24, 1517:6
**guys** [4] - 1365:24, 1389:24, 1446:3, 1451:13

## H

**hair** [1] - 1503:24
**half** [17] - 1432:5, 1437:13, 1439:8, 1448:9, 1448:10, 1448:17, 1449:7, 1454:15, 1471:16, 1475:9, 1476:10, 1483:17, 1506:1, 1514:7, 1515:2
**half-hour** [6] - 1448:9, 1448:10, 1448:17, 1449:7, 1454:15, 1471:16
**Hall** [1] - 1466:21
**hallway** [1] - 1445:12
**hammers** [1] - 1389:3
**hand** [17] - 1356:2, 1357:11, 1357:12, 1357:21, 1357:25, 1358:1, 1359:2, 1359:17, 1361:16, 1393:21, 1443:22, 1452:14, 1473:21, 1507:1, 1507:4, 1507:6, 1507:7
**handcuffs** [1] - 1378:23
**handed** [2] - 1361:21, 1366:12
**handful** [1] - 1382:22
**handing** [2] - 1346:2, 1359:4
**handle** [2] - 1385:5, 1493:11
**hands** [1] - 1393:2
**handsome** [1] - 1458:14
**handwritten** [2] - 1439:7, 1447:9
**hang** [3] - 1366:22, 1416:6, 1529:11
**happily** [3] - 1410:19, 1410:20, 1464:10
**happiness** [1] - 1410:23
**happy** [6] - 1360:4, 1410:20, 1465:13, 1465:17, 1475:22, 1480:10
**harass** [2] - 1390:21, 1390:24
**harassing** [2] - 1390:23, 1481:2
**harbor** [1] - 1473:18
**hard** [16] - 1362:20, 1369:21, 1386:22, 1397:15, 1397:17, 1397:25, 1417:3, 1436:16, 1458:16, 1458:17, 1474:22, 1476:6, 1479:7, 1487:16, 1487:17
**hardest** [1] - 1532:11

**Hardly** [1] - 1520:19
**hardly** [1] - 1520:19
**harkening** [1] - 1438:21
**harm** [4] - 1391:12, 1403:20, 1473:19, 1483:5
**harmed** [1] - 1455:11
**hashmark** [1] - 1358:14
**he/we** [1] - 1474:18
**head** [15] - 1453:2, 1453:17, 1472:19, 1504:12, 1505:1, 1505:4, 1505:9, 1505:15, 1505:17, 1505:19, 1505:23, 1506:5, 1506:12, 1507:1
**heading** [1] - 1510:24
**heads** [1] - 1384:24
**heads-up** [1] - 1384:24
**hear** [23] - 1350:6, 1354:15, 1376:17, 1383:4, 1397:12, 1397:23, 1403:6, 1425:18, 1430:11, 1433:8, 1451:21, 1457:7, 1457:21, 1458:4, 1458:17, 1458:24, 1467:16, 1467:21, 1479:14, 1487:6, 1490:23, 1502:15
**heard** [94] - 1352:4, 1380:19, 1381:2, 1383:12, 1384:12, 1385:14, 1386:18, 1388:22, 1390:4, 1391:24, 1395:9, 1395:17, 1395:25, 1397:8, 1397:20, 1398:4, 1401:13, 1402:4, 1409:10, 1411:13, 1411:18, 1412:4, 1414:4, 1423:22, 1424:1, 1427:8, 1428:10, 1428:23, 1430:10, 1430:23, 1430:25, 1432:5, 1438:7, 1442:21, 1442:22, 1444:13, 1444:22, 1445:19, 1446:4, 1453:9, 1453:14, 1455:12, 1455:13, 1455:24, 1456:17, 1457:17, 1458:19, 1459:4, 1459:6, 1459:7, 1460:6, 1460:24, 1461:23, 1464:12, 1464:16, 1465:20, 1468:8, 1469:7, 1470:6, 1470:23, 1472:2, 1472:3, 1472:4, 1472:6, 1472:9, 1472:17, 1473:20, 1476:18, 1477:2, 1477:23, 1477:24, 1478:20, 1480:15, 1480:16, 1480:18, 1481:14, 1482:2, 1482:18, 1485:24, 1488:17, 1491:13, 1491:16, 1495:23, 1498:14, 1498:16, 1502:11, 1504:4, 1505:22, 1512:2, 1531:21, 1532:5, 1533:13
**hearing** [4] - 1390:5, 1452:5, 1454:7, 1515:17
**hearsay** [1] - 1352:21
**heart** [1] - 1437:18
**heartbreaking** [1] - 1403:10
**Hebrews** [1] - 1346:20
**Heck** [2] - 1402:24, 1427:1
**Hector** [5] - 1345:6, 1373:24, 1431:18, 1489:7, 1490:24
**HECTOR** [26] - 1344:16, 1345:6, 1346:12, 1346:24, 1347:4, 1350:8, 1362:13, 1362:19, 1362:23, 1367:10, 1367:13, 1434:9, 1489:9, 1491:3, 1491:4, 1492:12, 1495:10, 1499:17, 1500:1, 1501:7, 1528:2, 1528:3,

1529:5, 1529:15, 1529:23, 1535:11
**heels** [2] - 1466:18, 1467:11
**held** [6] - 1351:21, 1357:19, 1361:18, 1362:11, 1368:22, 1469:10
**help** [11] - 1385:1, 1387:10, 1409:5, 1412:6, 1413:2, 1454:11, 1454:13, 1462:6, 1463:20, 1492:13, 1525:16
**helped** [1] - 1377:15
**helpful** [2] - 1441:13, 1460:4
**helping** [1] - 1390:9
**helps** [4] - 1453:6, 1454:16, 1454:20, 1490:13
**Hempstead** [2] - 1446:16, 1487:24
**Henry** [1] - 1346:19
**herring** [1] - 1508:16
**herself** [7] - 1388:7, 1432:13, 1465:3, 1481:8, 1496:3, 1504:16, 1504:17
**hid** [1] - 1496:17
**hidden** [1] - 1471:4
**hide** [1] - 1429:17
**hiding** [7] - 1397:6, 1398:9, 1446:6, 1505:20, 1505:21, 1513:3
**Higgins** [1] - 1346:19
**high** [1] - 1442:14
**highest** [1] - 1488:10
**himself** [7] - 1378:20, 1421:2, 1432:25, 1516:17, 1520:3, 1520:5, 1525:16
**hired** [1] - 1455:12
**history** [5] - 1435:19, 1436:22, 1452:6, 1469:13, 1500:5
**History** [1] - 1500:3
**hit** [2] - 1455:12, 1455:14
**holding** [1] - 1418:11
**holes** [2] - 1387:19, 1400:20
**holiday** [1] - 1529:17
**home** [97] - 1371:21, 1372:5, 1378:14, 1384:21, 1384:23, 1386:11, 1386:13, 1387:23, 1388:20, 1389:2, 1389:4, 1389:8, 1390:19, 1391:11, 1391:12, 1391:16, 1391:19, 1393:18, 1393:24, 1395:7, 1395:8, 1399:17, 1400:7, 1400:9, 1401:14, 1402:10, 1403:21, 1405:16, 1405:17, 1405:20, 1406:9, 1410:20, 1410:21, 1411:14, 1416:22, 1416:23, 1418:4, 1419:19, 1421:18, 1421:25, 1436:15, 1444:1, 1444:22, 1447:6, 1447:24, 1448:12, 1450:23, 1453:12, 1453:16, 1453:17, 1454:16, 1457:16, 1460:20, 1469:5, 1472:4, 1472:11, 1473:13, 1473:16, 1473:19, 1473:23, 1474:16, 1475:19, 1475:21, 1475:24, 1475:25, 1476:4, 1476:12, 1476:23, 1476:25, 1477:20, 1477:22, 1478:16, 1478:17, 1479:9, 1479:13, 1480:7, 1480:16, 1480:17, 1482:7, 1492:1, 1492:5, 1492:18, 1492:20, 1492:24, 1505:6, 1505:7, 1509:8, 1511:4, 1517:4, 1517:16, 1518:21, 1520:10, 1521:15, 1524:25, 1525:5, 1526:4, 1529:7

homes [4] - 1398:11, 1454:6, 1460:4, 1466:14
honest [2] - 1463:5, 1528:11
Honor [68] - 1345:9, 1346:12, 1348:17, 1350:4, 1350:8, 1350:14, 1351:2, 1351:23, 1352:3, 1352:15, 1353:14, 1354:16, 1356:8, 1357:7, 1357:21, 1358:4, 1358:7, 1358:14, 1358:16, 1359:4, 1360:13, 1360:15, 1360:21, 1360:25, 1362:13, 1363:1, 1363:13, 1365:22, 1366:9, 1366:11, 1366:13, 1367:8, 1367:10, 1367:21, 1369:3, 1369:8, 1369:9, 1369:15, 1369:16, 1369:21, 1370:11, 1373:5, 1373:8, 1373:15, 1373:17, 1373:23, 1374:4, 1374:17, 1374:23, 1375:1, 1376:7, 1376:22, 1376:25, 1426:8, 1431:5, 1432:2, 1433:17, 1434:9, 1467:17, 1490:7, 1490:8, 1490:12, 1495:10, 1499:11, 1500:1, 1529:5, 1529:15, 1534:10
honor [15] - 1377:10, 1378:7, 1378:14, 1384:23, 1393:6, 1398:20, 1398:24, 1399:11, 1402:10, 1409:20, 1409:23, 1524:1, 1532:24, 1532:25
Honor's [4] - 1360:18, 1369:22, 1370:19, 1373:25
HONORABLE [1] - 1344:11
hope [21] - 1382:20, 1436:3, 1437:5, 1437:21, 1440:14, 1441:7, 1442:2, 1442:6, 1446:19, 1449:16, 1456:18, 1457:1, 1458:15, 1461:3, 1475:12, 1478:4, 1485:25, 1488:12, 1489:3
hoped [1] - 1529:8
hopefully [6] - 1351:7, 1355:11, 1362:20, 1437:2, 1456:10, 1486:13
hopes [1] - 1411:14
hoping [1] - 1353:25
horrible [2] - 1429:1, 1431:2
horribly [1] - 1429:9
hospital [2] - 1451:12, 1454:3
host [1] - 1510:8
hostile [2] - 1390:10, 1482:19
hostilities [1] - 1482:20
hour [12] - 1448:1, 1448:9, 1448:10, 1448:17, 1449:7, 1454:15, 1459:5, 1471:16, 1514:7, 1515:2, 1529:9
hours [29] - 1351:12, 1351:15, 1388:9, 1388:14, 1399:1, 1399:3, 1399:4, 1400:6, 1400:16, 1401:3, 1417:5, 1417:7, 1418:2, 1418:10, 1475:10, 1475:19, 1476:10, 1476:11, 1501:24, 1520:18, 1522:11, 1523:6, 1524:19, 1525:21, 1525:24, 1525:25
house [48] - 1380:18, 1385:8, 1388:22, 1388:23, 1394:22, 1394:24, 1398:15, 1422:22, 1435:22, 1447:15, 1448:15, 1451:2, 1452:17, 1452:21, 1452:22, 1453:2, 1454:6, 1456:9, 1456:10, 1456:11, 1458:23, 1459:1, 1459:5,

1459:6, 1471:17, 1472:11, 1474:5, 1476:18, 1477:21, 1478:17, 1481:7, 1496:5, 1496:12, 1505:11, 1505:18, 1505:22, 1506:25, 1514:8, 1514:19, 1514:22, 1514:23, 1514:24, 1523:11, 1528:14
house-to-house [1] - 1471:17
houses [3] - 1410:21, 1459:17, 1513:1
hovering [1] - 1451:20
huddled [1] - 1504:12
huge [1] - 1522:4
humiliate [1] - 1385:12
humiliated [5] - 1377:17, 1378:16, 1393:22, 1420:8, 1426:10
humiliation [3] - 1378:21, 1393:25, 1399:10
hundreds [2] - 1380:22, 1478:3
hung [2] - 1383:11, 1474:10
hurt [3] - 1413:7, 1492:14
husband [13] - 1382:21, 1384:14, 1387:21, 1416:18, 1432:20, 1464:7, 1467:6, 1468:14, 1505:25, 1506:9, 1512:23, 1513:1, 1521:4
husband's [5] - 1467:20, 1505:24, 1512:24, 1521:4
husbands [1] - 1469:18

## I

I-130 [17] - 1379:18, 1423:17, 1423:24, 1424:1, 1424:10, 1425:1, 1465:18, 1468:6, 1520:25, 1529:2, 1529:24, 1530:2, 1530:8, 1530:11, 1530:20, 1531:4, 1531:10
I-130s [1] - 1530:13
ID [1] - 1470:1
idea [5] - 1347:4, 1395:13, 1406:19, 1451:24, 1467:14
identified [2] - 1438:15, 1514:24
identifying [2] - 1347:21, 1354:18
idle [1] - 1532:16
IDs [1] - 1470:7
ignore [3] - 1487:21, 1487:22
ignored [1] - 1466:10
II [1] - 1344:11
illegal [3] - 1380:6, 1380:17, 1413:16
illiterate [4] - 1442:1, 1442:9, 1444:7, 1512:3
illuminations [1] - 1500:11
images [1] - 1369:13
imagine [1] - 1386:22
immediately [4] - 1385:12, 1414:22, 1460:7, 1498:17
immigrant [1] - 1476:21
immigrants' [1] - 1463:19
immigration [6] - 1411:16, 1463:22, 1464:11, 1464:25, 1466:8, 1467:15
immoral [1] - 1408:13
impeach [1] - 1361:4
impeaches [1] - 1350:11

impeaching [1] - 1354:9
impeachment [9] - 1350:13, 1352:8, 1352:20, 1352:25, 1353:18, 1354:3, 1354:13, 1358:19
impetus [1] - 1526:24
implication [2] - 1469:23, 1470:25
implicit [1] - 1427:17
importance [1] - 1436:2
important [31] - 1355:10, 1379:9, 1380:8, 1391:22, 1391:23, 1393:9, 1405:8, 1411:5, 1417:10, 1419:6, 1427:20, 1432:3, 1437:3, 1443:8, 1446:20, 1448:3, 1461:4, 1466:9, 1480:14, 1486:19, 1493:7, 1495:25, 1501:17, 1519:25, 1522:5, 1523:15, 1530:12, 1530:14, 1530:18, 1531:1, 1532:25
importantly [2] - 1399:13, 1440:6, 1443:16, 1443:17, 1448:6, 1455:19, 1473:6, 1484:21, 1485:3, 1517:3, 1522:22, 1530:23
impress [1] - 1436:2
impression [1] - 1472:6
impressive [1] - 1490:11
inability [2] - 1353:2, 1353:23
inappropriate [2] - 1354:19, 1361:2
inches [1] - 1387:25
incident [5] - 1353:10, 1439:16, 1449:13, 1454:25, 1508:3
incidents [1] - 1412:19
inclination [1] - 1452:7
inclined [2] - 1358:16, 1411:19
include [4] - 1353:8, 1353:25, 1472:25, 1487:18
includes [3] - 1455:17, 1461:2, 1464:24
including [6] - 1372:22, 1400:14, 1402:9, 1451:6, 1461:21, 1474:5, 1476:19
inclusion [1] - 1361:2
inconsistency [1] - 1509:3
inconsistent [1] - 1514:5
incorporate [1] - 1345:23
incorporates [1] - 1355:6
incredible [3] - 1435:18, 1435:24, 1477:1
indeed [1] - 1481:3
Indeed [1] - 1423:4
indicate [1] - 1374:8
indicated [2] - 1369:18, 1496:11
indicates [1] - 1441:17
indicating [6] - 1438:19, 1439:4, 1440:3, 1440:10, 1451:19, 1454:22
indicating) [3] - 1439:6, 1451:23, 1456:7
indication [4] - 1348:8, 1350:16, 1357:22, 1439:10
indications [1] - 1495:25
indicative [2] - 1522:9, 1528:21
indictment [1] - 1379:2
individuals [2] - 1354:19, 1508:24

**influence** [2] - 1430:4, 1471:2
**influential** [1] - 1385:22
**informal** [1] - 1481:17
**information** [27] - 1352:9, 1353:16, 1355:7, 1355:10, 1358:17, 1360:14, 1360:16, 1373:25, 1411:6, 1422:2, 1422:14, 1424:12, 1441:8, 1462:23, 1465:13, 1467:21, 1467:24, 1479:21, 1481:8, 1495:5, 1495:14, 1495:15, 1530:13, 1530:15, 1530:16, 1530:19, 1531:4
**informed** [2] - 1360:10, 1390:13
**infrastructure** [1] - 1470:24
**initial** [4] - 1484:18, 1484:21, 1484:22, 1484:24
**initiated** [1] - 1427:10
**injured** [1] - 1452:20
**innocence** [2] - 1457:8, 1488:9
**innocent** [6] - 1387:7, 1420:4, 1420:5, 1448:23, 1526:9
**inquiry** [1] - 1367:22
**inside** [4] - 1388:23, 1458:23, 1459:1, 1459:5
**insinuation** [1] - 1444:20
**insisted** [1] - 1394:19
**inspecting** [1] - 1459:14
**instance** [2] - 1345:25, 1464:21
**instead** [1] - 1448:7
**instinct** [1] - 1429:19
**instruct** [6] - 1379:22, 1407:10, 1420:10, 1425:8, 1427:4, 1431:19
**instructed** [3] - 1358:23, 1431:8, 1484:20
**instruction** [2] - 1381:3, 1391:19
**instructions** [10] - 1380:3, 1433:9, 1435:1, 1460:9, 1465:1, 1468:22, 1473:10, 1531:16, 1533:9, 1533:14
**instructs** [1] - 1530:2
**insure** [1] - 1353:1
**intend** [1] - 1373:2
**intended** [6] - 1427:6, 1478:12, 1493:15, 1493:24, 1494:13, 1533:4
**intends** [2] - 1493:23, 1494:9
**intensity** [1] - 1522:10
**intent** [2] - 1532:12, 1532:13
**intention** [1] - 1370:19
**intentionally** [1] - 1428:1
**interaction** [1] - 1486:15
**interested** [1] - 1458:9
**interesting** [5] - 1406:24, 1414:6, 1467:16, 1512:20, 1524:17
**interestingly** [1] - 1466:1
**interests** [1] - 1465:5
**interim** [2] - 1486:9, 1487:1
**interior** [1] - 1458:23
**Internet** [1] - 1381:14
**internet** [1] - 1407:21
**Interpreters** [1] - 1344:21
**interrogation** [1] - 1483:24

**interstate** [3] - 1379:19, 1425:22, 1426:25
**interstitial** [1] - 1365:11
**interview** [3] - 1425:3, 1483:23, 1486:16
**interviews** [1] - 1530:5
**intimately** [1] - 1415:6
**introduced** [2] - 1440:2, 1441:21
**inversion** [1] - 1346:15
**inverted** [2] - 1347:5
**investigation** [1] - 1463:7
**involve** [1] - 1387:9
**involved** [19] - 1385:6, 1387:12, 1392:21, 1400:8, 1404:1, 1415:4, 1415:6, 1440:21, 1440:22, 1443:21, 1460:4, 1474:9, 1474:12, 1475:17, 1521:4, 1524:5, 1526:23
**involvement** [4] - 1400:15, 1400:24, 1406:2, 1522:9
**Iqbal** [10] - 1385:8, 1386:25, 1387:22, 1388:11, 1466:4, 1477:25, 1478:6, 1481:20, 1482:6, 1496:5
**Iqbals** [1] - 1466:3
**Irfan** [6] - 1394:21, 1394:22, 1394:24, 1422:23, 1451:6
**iron** [1] - 1451:25
**ironic** [1] - 1471:6
**ironically** [2] - 1470:25, 1473:20
**issue** [32] - 1346:18, 1346:23, 1346:24, 1346:25, 1347:1, 1351:2, 1351:24, 1352:17, 1353:22, 1354:12, 1358:19, 1360:23, 1367:10, 1369:8, 1425:10, 1441:3, 1443:1, 1446:25, 1448:11, 1456:23, 1458:11, 1493:5, 1497:2, 1498:14, 1499:12, 1502:12, 1513:8, 1513:9, 1518:6, 1531:10
**issued** [1] - 1369:18
**issues** [9] - 1434:6, 1437:20, 1447:3, 1455:2, 1480:23, 1489:18, 1490:5, 1503:1, 1534:9
**Italy** [1] - 1476:25
**item** [4] - 1352:19, 1353:8, 1353:12, 1353:23
**items** [1] - 1354:11
**iteration** [1] - 1347:7, 1355:22, 1355:25, 1365:9, 1365:15, 1367:2
**iterations** [2] - 1364:1, 1364:7
**itself** [10] - 1347:18, 1348:9, 1348:24, 1360:15, 1360:17, 1371:20, 1474:13, 1483:4, 1486:3

# J

**Jackson** [9] - 1358:2, 1359:2, 1359:17, 1364:11, 1366:12, 1366:24, 1373:13, 1434:11, 1435:3
**jail** [20] - 1394:10, 1394:11, 1493:19, 1493:20, 1493:21, 1493:22, 1518:22, 1518:23, 1518:24, 1519:1, 1519:4, 1519:19, 1519:20, 1520:1, 1520:4, 1526:25

**January** [26] - 1384:18, 1386:16, 1386:24, 1387:20, 1389:21, 1390:13, 1391:6, 1400:11, 1400:24, 1409:5, 1414:11, 1414:13, 1414:16, 1414:23, 1414:25, 1415:4, 1418:17, 1418:25, 1426:20, 1461:21, 1468:4, 1469:4, 1475:18, 1481:21, 1523:5, 1532:2
**Javed** [33] - 1385:7, 1385:8, 1385:10, 1386:25, 1388:7, 1388:8, 1388:10, 1388:12, 1388:14, 1388:15, 1388:21, 1388:23, 1388:25, 1394:21, 1400:9, 1400:15, 1400:16, 1413:17, 1414:17, 1414:18, 1414:20, 1418:14, 1420:22, 1422:21, 1422:23, 1466:3, 1477:25, 1478:6, 1481:20, 1482:6, 1523:13, 1528:14
**Javed's** [4] - 1387:6, 1387:10, 1387:22, 1388:11
**Jeep** [4] - 1387:16, 1387:18, 1400:12, 1400:20
**jeep** [1] - 1426:21
**job** [4] - 1356:8, 1379:13, 1407:14, 1487:14
**jobs** [2] - 1486:13, 1530:19
**John** [1] - 1500:21
**joke** [1] - 1494:9
**journey** [1] - 1347:20
**JUDGE** [1] - 1344:12
**judge** [15] - 1347:12, 1348:15, 1359:21, 1360:8, 1361:20, 1370:15, 1441:22, 1444:17, 1457:5, 1464:13, 1464:22, 1483:11, 1488:11, 1488:24, 1491:9
**Judge** [14] - 1378:24, 1379:12, 1379:21, 1380:1, 1380:3, 1402:12, 1407:10, 1420:10, 1425:4, 1425:8, 1427:4, 1428:11, 1431:19, 1434:2
**judge's** [2] - 1465:1, 1468:21
**judges** [2] - 1374:12, 1379:13, 1490:18
**judgments** [1] - 1433:1
**July** [4] - 1344:7, 1500:4, 1500:22, 1534:17
**jumped** [1] - 1384:18
**jumps** [1] - 1486:1
**juncture** [1] - 1351:1
**juries** [3] - 1380:21, 1380:23, 1457:9
**Juror** [1] - 1452:10
**Jurors** [1] - 1490:9
**jurors** [7] - 1372:21, 1440:16, 1457:2, 1490:19, 1531:22, 1531:24, 1533:10
**jury** [102] - 1345:1, 1345:3, 1345:23, 1347:11, 1348:14, 1349:7, 1349:18, 1350:25, 1351:4, 1351:5, 1352:19, 1353:6, 1354:14, 1354:22, 1355:10, 1355:17, 1356:7, 1356:10, 1356:18, 1358:18, 1359:8, 1359:11, 1359:17, 1362:18, 1363:9, 1363:10, 1363:11, 1363:22, 1364:4, 1364:11, 1364:13, 1364:18, 1364:22, 1365:1, 1365:2, 1365:9, 1365:14, 1367:1, 1367:11, 1369:7, 1369:14, 1370:4, 1371:14,

1371:21, 1372:1, 1372:5, 1372:11, 1373:10, 1373:14, 1374:25, 1376:3, 1376:14, 1380:9, 1380:24, 1412:10, 1412:25, 1413:8, 1424:19, 1425:19, 1433:3, 1433:9, 1433:10, 1433:11, 1433:15, 1434:7, 1434:10, 1434:22, 1434:25, 1436:25, 1438:12, 1439:19, 1446:24, 1461:9, 1487:12, 1488:16, 1488:19, 1489:1, 1489:12, 1489:14, 1489:17, 1490:6, 1490:16, 1490:23, 1490:25, 1492:7, 1499:25, 1501:1, 1501:5, 1529:7, 1529:8, 1529:9, 1529:10, 1529:19, 1529:20, 1531:16, 1533:8, 1533:16, 1533:18, 1533:25, 1534:4, 1534:8

**Jury** [9] - 1376:1, 1433:14, 1434:20, 1489:16, 1490:2, 1490:21, 1499:19, 1501:3, 1534:6

**JURY** [1] - 1344:11

**jury's** [1] - 1407:11

**justice** [1] - 1433:4

**justify** [2] - 1432:13, 1432:14

## K

**Karachi** [3] - 1421:12, 1421:13, 1455:13

**keep** [9] - 1350:14, 1366:22, 1391:15, 1394:18, 1405:5, 1522:5, 1522:7, 1525:11, 1532:19

**keeping** [3] - 1398:14, 1416:8, 1420:24

**keeps** [2] - 1473:21, 1522:15

**kept** [3] - 1384:2, 1528:21, 1532:23

**Kerry** [1] - 1350:22

**key** [3] - 1398:17, 1414:2, 1505:2

**Khalil** [1] - 1413:3

**Khanum** [24] - 1428:22, 1429:3, 1449:24, 1450:9, 1452:14, 1452:22, 1497:7, 1498:21, 1498:25, 1502:4, 1502:10, 1502:17, 1502:21, 1503:6, 1504:8, 1505:4, 1505:10, 1506:13, 1506:15, 1506:21, 1507:6, 1507:10, 1508:5, 1512:21

**Khanum's** [3] - 1454:1, 1499:1, 1499:7

**kid's** [1] - 1511:3

**kids** [8] - 1443:15, 1444:23, 1472:10, 1510:14, 1510:17, 1510:18, 1510:20, 1510:24

**kill** [61] - 1377:14, 1383:5, 1383:24, 1384:4, 1387:4, 1389:8, 1389:9, 1391:10, 1391:13, 1391:16, 1391:17, 1392:22, 1392:23, 1393:16, 1394:3, 1394:9, 1396:4, 1397:2, 1397:5, 1399:14, 1405:22, 1405:23, 1410:7, 1410:13, 1410:14, 1413:18, 1416:14, 1419:18, 1419:19, 1420:7, 1422:1, 1426:17, 1427:14, 1427:15, 1473:15, 1473:16, 1473:19, 1473:22, 1473:23, 1479:5, 1479:19, 1482:10, 1492:1, 1493:1, 1493:16, 1494:6, 1517:10, 1517:22, 1519:8, 1519:18, 1520:6,

1525:4, 1525:5, 1525:11, 1525:13, 1526:7, 1532:15

**killed** [24] - 1394:11, 1405:19, 1405:21, 1405:24, 1406:6, 1418:2, 1419:20, 1478:6, 1487:19, 1492:5, 1492:20, 1492:23, 1493:5, 1499:3, 1515:18, 1516:2, 1516:6, 1517:21, 1519:20, 1524:1, 1525:6, 1525:12, 1526:6, 1526:11

**killing** [5] - 1388:1, 1396:25, 1410:16, 1419:4, 1419:17

**killings** [1] - 1436:14

**kills** [3] - 1410:16, 1517:8, 1517:9

**kind** [2] - 1393:23, 1498:1

**knowing** [6] - 1382:10, 1388:7, 1400:16, 1407:6, 1445:25, 1512:10

**knowingly** [1] - 1427:25

**known** [5] - 1398:9, 1401:15, 1457:22, 1523:16

**knows** [27] - 1352:15, 1358:9, 1358:11, 1392:12, 1422:15, 1442:18, 1442:20, 1443:9, 1451:1, 1452:15, 1455:16, 1465:2, 1468:17, 1473:1, 1473:14, 1474:1, 1475:20, 1475:25, 1480:1, 1484:23, 1494:8, 1502:20, 1512:7, 1519:1, 1519:2, 1524:18, 1525:3

**Kotla** [1] - 1386:10

**Kotru** [1] - 1344:21

**Kousar** [2] - 1347:25, 1348:10, 1350:17, 1352:9, 1353:9, 1436:13, 1437:23, 1437:24, 1439:15, 1440:11, 1441:10, 1441:11, 1446:2, 1449:13, 1450:13, 1453:7, 1453:16, 1453:25, 1454:24, 1459:4, 1477:20, 1481:7, 1495:19

**Kousar's** [3] - 1452:22, 1453:17, 1466:2

**Kousars'** [1] - 1467:4

**Kukatpally** [2] - 1495:2, 1495:4

**Kuntz** [12] - 1378:24, 1379:12, 1379:21, 1402:12, 1407:10, 1420:10, 1425:4, 1425:8, 1427:4, 1428:11, 1431:19, 1434:2

**KUNTZ** [1] - 1344:11

**Kuntz's** [2] - 1380:1, 1380:3

## L

**laborer** [1] - 1512:3

**Ladies** [39] - 1401:11, 1401:20, 1401:25, 1411:22, 1413:10, 1417:16, 1419:23, 1423:2, 1425:9, 1426:2, 1428:1, 1429:7, 1429:23, 1430:22, 1431:7, 1431:11, 1432:4, 1433:6, 1490:22, 1494:22, 1495:11, 1503:16, 1506:10, 1507:9, 1508:10, 1508:15, 1511:14, 1512:17, 1514:4, 1514:11, 1514:25, 1515:23, 1516:7, 1516:21, 1518:25, 1519:22, 1521:20, 1526:8, 1526:12

**ladies** [35] - 1376:2, 1376:14, 1377:4,

1379:11, 1390:5, 1392:15, 1393:8, 1396:22, 1400:3, 1402:21, 1403:12, 1404:25, 1415:2, 1415:11, 1417:8, 1419:2, 1420:6, 1421:21, 1434:21, 1435:9, 1489:12, 1491:4, 1493:22, 1494:10, 1496:10, 1497:1, 1501:5, 1501:7, 1505:16, 1510:12, 1513:3, 1522:16, 1530:10, 1532:8, 1534:7

**Lady** [1] - 1346:19

**lady** [2] - 1482:11, 1507:1

**laid** [1] - 1473:21

**land** [8] - 1401:15, 1421:16, 1472:5, 1477:24, 1478:1, 1478:7, 1482:25

**language** [4] - 1347:1, 1347:8, 1363:8, 1479:18

**lard** [1] - 1473:15

**last** [21] - 1369:8, 1370:25, 1374:10, 1389:15, 1415:19, 1416:22, 1418:8, 1425:21, 1425:22, 1426:11, 1430:10, 1431:13, 1435:23, 1438:21, 1444:10, 1462:9, 1462:21, 1474:2, 1494:18, 1520:11, 1530:22

**lasted** [1] - 1415:16

**lasts** [1] - 1521:13

**late** [4] - 1395:4, 1436:3, 1480:13, 1533:22

**lately** [1] - 1435:12

**lateness** [1] - 1529:9

**latest** [1] - 1435:19

**law** [22] - 1363:2, 1379:22, 1380:1, 1380:14, 1381:3, 1387:22, 1411:18, 1425:4, 1431:20, 1431:23, 1433:3, 1457:7, 1464:23, 1465:1, 1467:6, 1488:11, 1488:24, 1531:8, 1531:9, 1533:14

**lawyer** [24] - 1395:4, 1401:22, 1402:13, 1403:24, 1407:23, 1411:10, 1415:15, 1428:24, 1431:17, 1436:15, 1440:12, 1444:17, 1484:3, 1485:9, 1485:15, 1485:18, 1486:6, 1486:8, 1486:24, 1486:25, 1487:9, 1487:20

**lawyer's** [2] - 1417:2, 1438:11

**lawyers** [6] - 1372:22, 1372:24, 1374:5, 1376:5, 1423:19, 1491:10

**lawyers'** [1] - 1381:2

**lay** [3] - 1378:12, 1416:13, 1532:21

**lead** [2] - 1483:4, 1483:5

**leader** [1] - 1399:25

**leading** [3] - 1501:24, 1523:4, 1523:6

**leap** [1] - 1506:13

**learn** [4] - 1382:4, 1452:15, 1458:10, 1486:14

**learned** [10] - 1382:17, 1383:12, 1388:4, 1401:9, 1435:18, 1438:7, 1442:23, 1463:25, 1465:24, 1475:1

**learner's** [1] - 1470:4

**learning** [3] - 1458:9, 1478:5, 1481:8

**learns** [1] - 1481:19

**least** [16] - 1347:25, 1351:24, 1355:14, 1355:20, 1358:9, 1372:4, 1387:8,

1404:10, 1404:19, 1406:8, 1439:20, 1445:7, 1454:1, 1463:18, 1464:1, 1484:20

**leave** [17] - 1382:10, 1388:19, 1389:10, 1393:16, 1398:22, 1401:14, 1405:5, 1408:20, 1415:24, 1426:15, 1450:15, 1452:19, 1459:20, 1460:7, 1460:20, 1461:12

**leaves** [3] - 1453:3, 1468:6, 1510:3

**leaving** [12] - 1354:9, 1354:10, 1384:21, 1387:18, 1400:7, 1411:24, 1451:17, 1453:16, 1463:3, 1463:4, 1522:6, 1522:7

**lectured** [1] - 1377:10

**led** [1] - 1435:15

**Lee** [3] - 1414:15, 1415:12, 1417:13

**left** [31] - 1346:22, 1347:2, 1347:7, 1355:1, 1378:2, 1382:5, 1382:6, 1385:15, 1386:1, 1387:15, 1393:11, 1394:3, 1405:18, 1408:23, 1409:1, 1429:17, 1433:15, 1435:16, 1435:20, 1435:21, 1435:23, 1442:3, 1442:5, 1468:7, 1470:19, 1484:22, 1489:17, 1501:8, 1514:15, 1517:4, 1534:8

**leg** [2] - 1452:20, 1497:19

**legal** [3] - 1379:23, 1380:22, 1488:7

**legally** [1] - 1383:14

**legend** [1] - 1439:21

**legitimate** [1] - 1466:20

**legs** [1] - 1452:20

**less** [8] - 1415:16, 1415:19, 1465:16, 1476:6, 1476:7, 1489:9, 1506:3, 1522:2

**lesson** [1] - 1378:7

**lethal** [1] - 1420:9

**letter** [5] - 1352:10, 1353:13, 1362:8, 1439:12, 1454:22

**lettering** [1] - 1353:16

**letters** [1] - 1355:19

**level** [3] - 1380:5, 1457:11, 1522:9

**license** [1] - 1470:9

**lie** [15] - 1406:20, 1419:24, 1420:4, 1429:13, 1430:3, 1463:5, 1498:5, 1498:17, 1502:22, 1503:3, 1512:18, 1525:8, 1530:8, 1530:11

**lied** [9] - 1406:13, 1406:14, 1406:15, 1412:9, 1461:19, 1497:25, 1512:2, 1530:6

**lies** [9] - 1357:3, 1411:11, 1468:23, 1474:15, 1510:8, 1530:21, 1530:22

**life** [14] - 1378:17, 1390:4, 1404:20, 1408:20, 1409:7, 1410:4, 1440:15, 1452:12, 1458:2, 1458:16, 1487:17, 1498:13, 1522:4, 1533:4

**light** [5] - 1436:3, 1469:6, 1478:13, 1485:23, 1500:17

**lightly** [3] - 1358:8, 1487:19, 1487:20

**limited** [5] - 1352:20, 1354:14, 1358:17, 1360:23, 1487:5

**Limousine** [1] - 1414:5

**line** [16] - 1352:19, 1353:8, 1353:10, 1353:12, 1353:23, 1354:11, 1357:23, 1357:24, 1358:11, 1358:14, 1358:22, 1389:3, 1415:15, 1471:5, 1496:1, 1509:6

**lines** [5] - 1427:3, 1427:6, 1427:8, 1427:18, 1447:23

**linked** [1] - 1409:23

**list** [1] - 1484:11

**listed** [2] - 1442:11, 1520:25

**listen** [6] - 1403:3, 1437:1, 1465:1, 1468:21, 1473:5, 1532:10

**listened** [3] - 1369:22, 1488:18, 1493:8

**literally** [3] - 1432:17, 1435:16, 1516:25

**live** [9] - 1378:16, 1384:14, 1410:19, 1430:25, 1432:9, 1432:22, 1435:17, 1477:18, 1478:17

**lived** [2] - 1387:23, 1498:13

**livelihood** [1] - 1386:12

**lives** [11] - 1387:25, 1400:23, 1415:23, 1422:19, 1432:3, 1442:19, 1442:24, 1444:22, 1450:8, 1465:14, 1533:1

**living** [12] - 1378:16, 1393:3, 1395:15, 1410:20, 1410:21, 1435:22, 1442:8, 1469:2, 1472:10, 1530:22

**lo** [2] - 1517:7, 1517:20

**local** [1] - 1466:23

**located** [4] - 1355:15, 1355:16, 1443:6, 1533:16

**location** [3] - 1352:12, 1446:22, 1494:4

**locations** [3] - 1355:5, 1355:9, 1422:25

**logic** [1] - 1409:21

**logs** [1] - 1415:4

**look** [36] - 1357:15, 1358:12, 1361:12, 1370:25, 1379:11, 1404:24, 1405:1, 1405:7, 1417:16, 1417:17, 1417:18, 1419:23, 1424:21, 1446:24, 1447:3, 1452:16, 1456:4, 1459:15, 1475:4, 1475:15, 1475:18, 1476:1, 1476:5, 1506:3, 1506:5, 1506:9, 1506:17, 1506:19, 1514:12, 1514:20, 1518:11, 1520:8, 1521:23, 1531:16

**Look** [3] - 1405:8, 1521:25, 1522:12

**looked** [5] - 1398:7, 1477:19, 1488:18, 1496:4, 1503:24

**looking** [20] - 1351:11, 1353:7, 1355:18, 1360:3, 1410:23, 1414:14, 1439:5, 1439:25, 1440:4, 1446:2, 1446:7, 1446:8, 1449:9, 1449:18, 1459:14, 1469:25, 1471:18, 1495:11, 1514:21, 1514:25

**looks** [3] - 1347:5, 1360:1, 1441:9

**LORETTA** [1] - 1344:14

**lose** [1] - 1450:18

**loss** [4] - 1386:20, 1401:18, 1435:13, 1440:15

**lost** [5] - 1432:17, 1432:18, 1432:19, 1432:20, 1497:23

**louder** [1] - 1492:17

**love** [6] - 1381:16, 1381:20, 1407:19,

1409:25, 1432:19

**loved** [8] - 1381:20, 1384:22, 1401:7, 1401:19, 1498:8, 1501:18, 1501:19, 1515:12

**loves** [2] - 1412:3, 1492:15

**lunch** [2] - 1433:10, 1435:2

**lying** [16] - 1395:21, 1406:19, 1420:3, 1429:10, 1461:6, 1461:10, 1461:16, 1463:17, 1479:7, 1499:6, 1513:22, 1513:23, 1513:24, 1515:8, 1515:20, 1530:3

**LYNCH** [1] - 1344:14

## M

**M-o-l-v-i** [1] - 1523:16

**ma'am** [1] - 1367:12

**machine** [4] - 1451:14, 1452:12, 1455:9, 1459:2

**mad** [1] - 1411:21

**madam** [1] - 1495:8

**Madam** [2] - 1356:20, 1452:10

**Madeeha** [31] - 1377:23, 1378:1, 1378:19, 1394:13, 1394:20, 1395:7, 1395:17, 1395:20, 1395:21, 1395:24, 1396:25, 1401:17, 1406:6, 1418:2, 1418:12, 1420:7, 1429:22, 1432:3, 1494:12, 1499:3, 1503:9, 1516:2, 1516:6, 1521:22, 1522:24, 1523:12, 1524:6, 1526:18, 1532:21, 1533:3

**Madeeha's** [1] - 1419:15

**magazine** [1] - 1396:24

**Maguire** [2] - 1345:8, 1425:4

**Mahmu** [1] - 1523:18

**mail** [2] - 1344:24, 1381:14

**maintain** [1] - 1500:15

**man** [21] - 1377:18, 1381:25, 1382:16, 1398:24, 1402:19, 1410:2, 1420:4, 1432:18, 1442:7, 1443:15, 1444:7, 1444:9, 1444:21, 1450:19, 1451:5, 1455:14, 1459:11, 1466:4, 1512:4, 1516:25, 1517:1

**man's** [1] - 1471:12

**Manhattan** [5] - 1377:8, 1380:18, 1416:21, 1475:12, 1509:19

**mankind** [1] - 1457:23

**manner** [1] - 1437:6

**mansion** [1] - 1477:18

**Manzoor** [24] - 1442:1, 1497:7, 1502:10, 1502:21, 1508:4, 1508:5, 1508:10, 1510:10, 1510:12, 1511:3, 1511:4, 1511:7, 1511:16, 1511:22, 1512:1, 1512:6, 1512:18, 1512:21, 1513:9, 1513:15, 1513:17, 1513:20, 1513:22, 1513:23

**map** [9] - 1346:15, 1347:2, 1348:24, 1362:20, 1439:7, 1495:24, 1495:25, 1496:1, 1496:10

**maps** [1] - 1514:9

**March** [6] - 1465:21, 1465:23, 1466:7,

1466:11, 1466:19, 1466:25
**MARGARET** [1] - 1344:17
**Margaret** [1] - 1345:6
**margin** [1] - 1418:5
**Marie** [1] - 1344:22
**Marie_Foley@nyed.uscourts.gov** [1] - 1344:24
**mark** [8] - 1357:13, 1361:16, 1361:20, 1365:12, 1365:13, 1366:16, 1366:24, 1438:5
**marked** [9] - 1355:5, 1356:3, 1363:4, 1363:12, 1363:14, 1364:2, 1366:17, 1367:2, 1438:13
**market** [1] - 1468:15
**marking** [1] - 1367:6
**markings** [1] - 1449:15
**marriage** [13] - 1377:16, 1383:13, 1384:15, 1409:8, 1409:16, 1411:2, 1411:4, 1425:11, 1464:17, 1466:10, 1466:20, 1502:16, 1531:9
**marriages** [2] - 1409:13, 1425:11
**married** [10] - 1464:10, 1465:7, 1466:23, 1467:3, 1467:6, 1468:3, 1469:2, 1512:12, 1512:15
**marry** [16] - 1381:17, 1381:19, 1381:23, 1382:19, 1383:16, 1383:24, 1384:3, 1407:25, 1408:2, 1408:9, 1408:12, 1432:10, 1464:14, 1478:19, 1478:22, 1533:2
**marrying** [2] - 1382:18, 1464:17
**marshals** [1] - 1345:12
**masculinity** [1] - 1409:22
**master** [1] - 1466:24
**match** [2] - 1379:1, 1435:16
**material** [4] - 1352:20, 1353:18, 1530:20
**materials** [1] - 1359:19
**maternal** [3] - 1410:18, 1410:19, 1410:24
**math** [1] - 1448:4
**matter** [22] - 1349:23, 1387:2, 1393:6, 1403:15, 1436:16, 1447:10, 1447:11, 1448:23, 1449:10, 1461:18, 1461:19, 1464:2, 1468:19, 1487:12, 1487:13, 1492:21, 1492:23, 1521:2, 1522:2
**matters** [6] - 1441:4, 1454:17, 1530:21, 1530:23, 1531:5
**Matthew** [1] - 1345:8
**mayor** [1] - 1470:21
**Mayor** [1] - 1388:25
**Mazhar** [11] - 1387:21, 1388:11, 1388:13, 1400:9, 1400:18, 1413:17, 1420:22, 1498:20, 1501:18, 1522:25, 1523:13
**mean** [22] - 1371:17, 1407:6, 1409:18, 1410:17, 1413:15, 1413:24, 1429:11, 1429:13, 1429:15, 1429:19, 1437:5, 1437:19, 1452:5, 1454:11, 1458:22, 1464:13, 1470:2, 1486:21, 1505:6, 1516:24, 1530:5
**Meaning** [1] - 1428:1

**meaningful** [2] - 1400:4, 1507:9
**means** [15] - 1378:5, 1386:6, 1402:9, 1413:25, 1420:23, 1470:14, 1472:8, 1485:19, 1492:2, 1500:18, 1501:5, 1512:5, 1513:24, 1520:2, 1522:3
**meant** [1] - 1426:18
**meantime** [1] - 1349:25
**measurements** [4] - 1355:5, 1360:12, 1361:1, 1361:4
**Media** [1] - 1494:3
**mediating** [1] - 1481:10
**meet** [9] - 1422:21, 1422:22, 1445:15, 1447:18, 1447:25, 1454:14, 1484:3, 1485:9, 1511:4
**meeting** [18] - 1376:5, 1385:10, 1385:11, 1412:11, 1412:17, 1439:8, 1460:2, 1460:5, 1461:5, 1461:17, 1461:24, 1462:7, 1462:18, 1462:20, 1463:3, 1463:4, 1523:10, 1524:20
**meetings** [3] - 1420:2, 1461:23, 1481:6
**Member** [1] - 1394:23
**member** [17] - 1386:20, 1398:22, 1399:25, 1405:6, 1415:24, 1416:3, 1416:5, 1419:3, 1461:1, 1463:20, 1470:19, 1471:10, 1483:1, 1516:2, 1516:3, 1516:5, 1516:12
**members** [26] - 1381:6, 1391:4, 1391:5, 1391:14, 1395:19, 1413:11, 1413:19, 1420:2, 1464:18, 1469:12, 1479:13, 1481:5, 1493:16, 1501:22, 1502:6, 1502:25, 1504:6, 1517:10, 1517:24, 1520:5, 1520:7, 1529:18, 1531:24, 1532:4, 1532:22, 1533:8
**memorable** [1] - 1500:5
**memorialize** [1] - 1486:19
**memory** [3] - 1412:21, 1430:2, 1472:24
**men** [17] - 1396:3, 1396:5, 1397:8, 1398:7, 1398:8, 1426:20, 1429:4, 1429:13, 1429:15, 1446:8, 1450:15, 1452:11, 1455:9, 1455:12, 1456:1, 1464:19, 1503:25
**mental** [1] - 1380:23
**mention** [2] - 1379:10, 1379:23
**mentioned** [9] - 1371:14, 1373:3, 1425:16, 1426:7, 1441:3, 1472:13, 1472:14, 1496:19, 1530:2
**merely** [1] - 1420:10
**message** [2] - 1378:7, 1415:25
**messages** [2] - 1522:6, 1522:7
**met** [8] - 1395:5, 1399:22, 1444:4, 1445:8, 1445:23, 1446:12, 1457:14, 1462:10
**methodically** [1] - 1491:21
**methods** [1] - 1471:11
**microphone** [1] - 1376:24
**middle** [1] - 1386:8
**midway** [1] - 1443:2
**might** [4] - 1405:1, 1432:7, 1453:19, 1512:1
**miles** [4] - 1377:11, 1380:13, 1401:11,

1437:11
**milking** [1] - 1422:13
**milling** [1] - 1504:19
**million** [1] - 1453:13
**millions** [1] - 1465:15
**mind** [2] - 1402:7, 1517:16
**mindful** [1] - 1354:20
**minds** [3] - 1435:12, 1454:25, 1469:9
**minimize** [1] - 1411:20
**minimizing** [1] - 1412:1
**minute** [20] - 1372:4, 1372:9, 1415:17, 1415:19, 1425:18, 1438:21, 1444:25, 1453:3, 1485:17, 1486:5, 1486:8, 1489:8, 1489:12, 1494:18, 1499:22, 1521:7, 1522:2, 1523:6, 1529:2
**minute-by-minute** [1] - 1523:6
**minutes** [30] - 1382:13, 1391:18, 1406:3, 1416:6, 1417:5, 1419:8, 1433:12, 1438:21, 1441:3, 1447:17, 1447:24, 1448:2, 1448:7, 1448:10, 1448:17, 1459:8, 1471:16, 1483:11, 1486:6, 1489:9, 1489:22, 1499:12, 1499:14, 1499:15, 1514:3, 1514:7, 1515:4, 1529:5, 1529:12
**miscalculation** [2] - 1381:25, 1432:6
**Mishra** [1] - 1344:21
**misrepresent** [1] - 1463:6
**miss** [3] - 1405:1, 1493:13, 1530:25
**missed** [1] - 1352:7, 1416:1, 1435:24
**missing** [3] - 1386:15, 1493:14, 1506:1
**mission** [1] - 1473:9
**mist** [2] - 1525:16, 1525:17
**mistake** [3] - 1454:19, 1456:3, 1479:23
**mistaken** [1] - 1511:21
**misunderstanding** [1] - 1387:14
**mix** [1] - 1513:10
**mocks** [1] - 1478:9
**modest** [1] - 1472:11
**Mohammad** [4] - 1377:21, 1378:6, 1470:12, 1472:19
**Mohammed** [1] - 1344:7
**Mohammed** [1] - 1494:12
**Molbi** [2] - 1523:14, 1523:17
**molest** [1] - 1385:13
**Molvi** [2] - 1523:16, 1523:17
**mom** [3] - 1384:2, 1447:21, 1447:25
**moment** [26] - 1370:6, 1371:21, 1372:12, 1384:21, 1401:22, 1406:19, 1411:12, 1415:21, 1415:22, 1432:15, 1441:25, 1445:17, 1446:23, 1459:16, 1460:10, 1460:22, 1465:9, 1467:5, 1475:2, 1480:3, 1480:12, 1497:22, 1497:24, 1518:5, 1518:7, 1518:9
**moments** [3] - 1352:13, 1486:5, 1491:5
**Monday** [4] - 1412:14, 1417:21, 1474:24, 1475:1
**money** [13] - 1421:8, 1421:18, 1421:19, 1430:3, 1444:13, 1471:21, 1476:23, 1476:25, 1477:1, 1477:9, 1477:10, 1477:12, 1477:15

**month** [5] - 1450:9, 1467:1, 1471:20, 1517:3
**months** [14] - 1394:2, 1394:3, 1417:4, 1461:3, 1461:4, 1463:9, 1463:17, 1467:8, 1471:20, 1476:15, 1483:17, 1527:1
**moral** [1] - 1469:11
**Morel** [1] - 1424:9
**morning** [25] - 1345:9, 1345:10, 1345:15, 1346:14, 1347:10, 1376:2, 1376:6, 1377:4, 1378:25, 1379:8, 1398:18, 1412:11, 1412:16, 1413:4, 1417:6, 1417:21, 1419:25, 1436:8, 1442:16, 1502:19, 1510:2, 1520:15, 1523:11, 1526:4
**Morrell** [3] - 1423:23, 1530:12, 1530:25
**most** [13] - 1380:5, 1414:6, 1423:6, 1440:6, 1443:16, 1473:11, 1491:14, 1500:4, 1513:21, 1518:2, 1522:21, 1530:23
**mother** [22] - 1346:7, 1396:7, 1398:2, 1404:20, 1404:21, 1405:4, 1405:5, 1429:12, 1429:17, 1447:18, 1450:24, 1450:25, 1454:14, 1454:19, 1456:11, 1463:12, 1479:16, 1496:3, 1496:12, 1507:22, 1508:2, 1509:25
**mother's** [1] - 1456:10
**motion** [2] - 1381:8, 1416:15
**motions** [1] - 1433:16
**motive** [2] - 1413:23, 1512:17
**motives** [3] - 1381:7, 1430:3, 1470:18
**motorbike** [5] - 1450:2, 1450:19, 1450:22, 1451:1, 1451:5
**motorcycle** [4] - 1394:24, 1395:8, 1443:24, 1451:17
**motorcycles** [1] - 1459:22
**move** [3] - 1425:21, 1449:4, 1453:20
**moved** [4] - 1352:17, 1453:1, 1469:21, 1531:21
**MPA** [1] - 1394:22
**MR** [120] - 1345:9, 1345:11, 1347:3, 1347:12, 1347:15, 1347:17, 1348:7, 1348:15, 1348:23, 1349:4, 1349:21, 1350:4, 1351:1, 1351:6, 1351:19, 1354:16, 1354:25, 1355:3, 1355:24, 1356:2, 1356:6, 1356:11, 1356:14, 1356:16, 1356:19, 1356:23, 1356:25, 1357:11, 1357:14, 1359:21, 1359:23, 1360:7, 1360:10, 1361:14, 1361:20, 1361:24, 1362:3, 1362:5, 1362:10, 1363:6, 1364:9, 1364:15, 1364:23, 1364:25, 1365:4, 1365:6, 1365:17, 1365:20, 1366:13, 1366:18, 1366:21, 1367:7, 1367:20, 1369:8, 1370:5, 1370:6, 1370:11, 1370:13, 1370:15, 1370:17, 1370:23, 1371:4, 1371:9, 1371:11, 1371:13, 1371:19, 1372:3, 1372:8, 1372:12, 1372:19, 1373:5, 1373:8, 1373:12, 1373:17, 1373:23, 1374:4, 1374:17, 1374:23, 1375:1,

1376:7, 1376:11, 1376:22, 1376:25, 1377:3, 1377:4, 1384:11, 1401:1, 1411:25, 1412:1, 1412:7, 1412:9, 1425:14, 1425:21, 1431:5, 1431:7, 1433:17, 1433:18, 1434:8, 1434:15, 1435:5, 1435:8, 1435:9, 1438:3, 1438:11, 1438:25, 1439:3, 1463:3, 1467:19, 1470:6, 1483:11, 1483:13, 1489:21, 1490:7, 1490:11, 1490:15, 1492:10, 1534:10, 1534:11, 1535:5, 1535:8
**MS** [44] - 1345:6, 1346:12, 1346:24, 1347:4, 1350:8, 1351:23, 1352:3, 1357:7, 1357:21, 1358:4, 1358:14, 1358:25, 1360:21, 1361:8, 1362:13, 1362:19, 1362:23, 1363:1, 1363:13, 1363:17, 1363:20, 1365:18, 1366:9, 1366:11, 1367:8, 1367:10, 1367:13, 1369:21, 1434:9, 1489:9, 1489:19, 1491:3, 1491:4, 1492:12, 1495:10, 1499:17, 1500:1, 1501:7, 1528:2, 1528:3, 1529:5, 1529:15, 1529:23, 1535:11
**multiple** [2] - 1425:2, 1502:18
**murder** [53] - 1377:6, 1378:11, 1378:22, 1379:17, 1379:21, 1380:7, 1380:16, 1380:18, 1381:6, 1399:8, 1399:21, 1402:9, 1413:11, 1413:18, 1419:15, 1420:11, 1420:12, 1420:25, 1422:23, 1423:8, 1426:2, 1430:21, 1433:2, 1436:20, 1436:21, 1436:23, 1437:20, 1441:6, 1447:4, 1471:3, 1487:23, 1497:10, 1498:22, 1506:11, 1511:15, 1513:1, 1514:1, 1515:15, 1517:15, 1518:9, 1518:10, 1521:3, 1521:22, 1522:17, 1522:23, 1523:6, 1523:12, 1524:6, 1526:18, 1532:11
**murdered** [1] - 1524:21
**murdering** [1] - 1392:18
**murderous** [2] - 1466:5, 1477:13
**murders** [25] - 1378:19, 1401:5, 1404:2, 1404:4, 1412:12, 1412:20, 1413:5, 1414:12, 1415:9, 1419:1, 1426:23, 1429:4, 1437:4, 1446:17, 1496:24, 1501:24, 1504:10, 1504:15, 1505:21, 1506:9, 1516:18, 1517:18, 1518:18, 1519:23, 1520:16
**must** [12] - 1361:14, 1384:20, 1420:13, 1426:24, 1427:24, 1428:17, 1429:23, 1441:19, 1488:1, 1505:6, 1507:16, 1533:11
**Mustak** [1] - 1495:3

# N

**naively** [1] - 1381:23
**name** [16] - 1370:25, 1371:14, 1371:17, 1371:18, 1371:19, 1371:22, 1371:23, 1372:7, 1372:10, 1373:2, 1398:23, 1485:1, 1495:3, 1509:16, 1509:23,

1522:13
**named** [2] - 1348:9, 1354:19
**names** [1] - 1347:22
**narrative** [1] - 1458:14
**Nasir** [2] - 1428:23, 1429:6
**Nasreen** [12] - 1406:22, 1406:25, 1407:1, 1412:4, 1413:7, 1424:16, 1424:23, 1425:6, 1425:7, 1521:17, 1524:18, 1531:12
**Nasreen's** [3] - 1407:15, 1413:14, 1424:17
**naturalization** [1] - 1424:18
**Nayab** [22] - 1378:8, 1390:4, 1394:19, 1398:6, 1398:13, 1400:1, 1401:9, 1429:1, 1429:9, 1429:24, 1432:16, 1432:18, 1507:14, 1507:19, 1507:24, 1507:25, 1513:7, 1513:11, 1515:8, 1515:16, 1515:21
**Nayab's** [1] - 1401:7
**Nazia** [32] - 1428:22, 1429:3, 1449:24, 1450:9, 1452:14, 1452:22, 1453:25, 1497:7, 1498:21, 1498:25, 1499:1, 1499:7, 1502:4, 1502:10, 1502:17, 1502:21, 1503:5, 1504:7, 1504:8, 1505:4, 1505:10, 1505:13, 1506:13, 1506:14, 1506:21, 1507:6, 1507:10, 1508:5, 1512:21, 1513:9, 1520:24, 1523:9
**Nazia's** [1] - 1516:13
**Nazim** [3] - 1388:24, 1391:3, 1470:20
**near** [1] - 1441:10
**nearby** [3] - 1442:15, 1443:6, 1460:7
**necessarily** [2] - 1455:17, 1470:8
**necessary** [3] - 1414:7, 1427:5, 1427:21
**need** [23] - 1350:14, 1359:14, 1363:2, 1368:15, 1368:20, 1368:24, 1369:1, 1369:4, 1416:3, 1420:15, 1434:13, 1434:14, 1449:2, 1463:5, 1468:13, 1477:10, 1478:3, 1484:25, 1485:2, 1522:13, 1523:25, 1524:1
**needed** [2] - 1353:22, 1382:3, 1421:18, 1477:9
**needs** [4] - 1353:1, 1424:11, 1475:21, 1476:4
**negative** [1] - 1471:1
**neglect** [1] - 1374:5
**neighbor** [1] - 1452:16
**never** [21] - 1354:23, 1374:13, 1374:14, 1374:15, 1401:22, 1410:5, 1411:17, 1432:13, 1432:14, 1432:22, 1443:14, 1473:20, 1475:2, 1475:4, 1478:21, 1488:22, 1498:14, 1498:16, 1533:2, 1533:4
**nevermind** [1] - 1388:9
**new** [1] - 1466:14
**NEW** [1] - 1344:1
**New** [12] - 1344:6, 1344:15, 1344:16, 1344:20, 1377:7, 1380:11, 1427:11, 1431:25, 1466:15, 1487:25, 1520:14
**newspapers** [1] - 1398:23

**next** [32] - 1348:20, 1372:17, 1373:3, 1383:25, 1389:12, 1389:17, 1390:2, 1392:13, 1407:24, 1418:10, 1423:17, 1433:22, 1448:8, 1448:9, 1455:4, 1467:1, 1482:8, 1484:21, 1484:24, 1486:2, 1486:7, 1491:5, 1494:15, 1496:9, 1502:19, 1504:22, 1509:6, 1522:11, 1523:11, 1525:21, 1527:4
**Next** [1] - 1431:17
**nice** [6] - 1345:19, 1360:9, 1374:1, 1464:8, 1493:14, 1519:12
**nicer** [1] - 1477:20
**niece** [1] - 1450:25
**night** [22] - 1384:17, 1386:8, 1399:18, 1400:5, 1416:16, 1416:22, 1416:24, 1417:14, 1417:20, 1418:1, 1420:1, 1475:11, 1502:20, 1519:12, 1521:12, 1521:16, 1521:21, 1522:19, 1525:10, 1526:17
**night's** [1] - 1370:25
**nights** [2] - 1417:13, 1475:13
**nikah** [5] - 1383:13, 1384:5, 1465:19, 1465:24, 1467:5
**nine** [3] - 1405:2, 1408:6, 1521:7
**nine-minute** [1] - 1521:7
**Nisar** [23] - 1381:18, 1387:21, 1395:22, 1400:13, 1401:5, 1413:17, 1416:17, 1416:18, 1418:15, 1420:22, 1497:11, 1501:18, 1512:23, 1515:11, 1520:20, 1520:22, 1520:25, 1521:2, 1522:25, 1523:1, 1523:14, 1525:10
**Nisar's** [2] - 1381:19, 1523:19
**Nisar/Babar** [1] - 1521:9
**Nobody** [1] - 1410:14
**none** [4] - 1440:18, 1458:17, 1509:23, 1511:3
**nonstop** [2] - 1398:16, 1418:9
**normal** [3] - 1415:14, 1417:9, 1520:17
**notably** [1] - 1513:21
**note** [6] - 1353:14, 1357:22, 1394:7, 1404:3, 1512:20, 1519:16
**noted** [5] - 1346:19, 1366:5, 1520:22, 1520:24, 1534:14
**notes** [3] - 1462:1, 1462:24
**Nothing** [1] - 1427:13
**nothing** [21] - 1350:5, 1371:15, 1391:10, 1393:19, 1404:4, 1419:14, 1436:12, 1457:5, 1463:15, 1464:13, 1467:2, 1476:8, 1476:12, 1480:1, 1484:15, 1486:9, 1495:17, 1504:7, 1511:1, 1519:10, 1532:14
**Notice** [1] - 1519:25
**notice** [5] - 1384:6, 1473:22, 1496:2, 1496:10, 1522:11
**noticed** [2] - 1346:15, 1360:11
**notion** [3] - 1469:10, 1470:11, 1477:4
**notwithstanding** [2] - 1381:24, 1407:1
**November** [6] - 1384:8, 1408:24, 1409:3, 1412:11, 1412:19, 1418:4
**nowhere** [2] - 1441:10, 1446:5

**number** [18] - 1355:19, 1362:8, 1362:9, 1363:12, 1416:17, 1418:20, 1419:9, 1480:8, 1480:9, 1480:18, 1511:25, 1513:21, 1520:24, 1520:25, 1522:21, 1522:22, 1523:2, 1523:3
**numbering** [1] - 1353:17
**numbers** [3] - 1355:19, 1364:2, 1446:21
**numerous** [4] - 1418:16, 1461:5, 1472:10, 1480:17

**O**

**o'clock** [1] - 1529:13
**oath** [6] - 1412:10, 1431:23, 1454:16, 1463:16, 1487:14, 1498:12
**oaths** [1] - 1404:7
**object** [7] - 1347:23, 1352:16, 1356:15, 1365:5, 1365:25, 1468:2, 1468:18
**objected** [1] - 1349:14
**objecting** [1] - 1357:17
**Objection** [5] - 1411:25, 1412:7, 1425:14, 1431:5, 1492:10
**objection** [4] - 1345:25, 1349:14, 1349:15, 1464:3
**objections** [3] - 1359:12, 1359:20, 1366:5
**objective** [1] - 1413:22
**obligation** [1] - 1428:15
**observation** [1] - 1456:13
**observations** [6] - 1349:2, 1437:8, 1437:25, 1438:13, 1438:17, 1439:24
**observed** [2] - 1352:12, 1456:8
**observing** [1] - 1348:11
**obtained** [1] - 1495:5
**obvious** [9] - 1379:7, 1388:14, 1407:4, 1407:8, 1430:3, 1441:25, 1507:8, 1512:4, 1530:14
**Obviously** [1] - 1403:2
**obviously** [11] - 1356:7, 1371:23, 1376:18, 1380:3, 1381:23, 1388:16, 1398:2, 1403:9, 1412:18, 1432:19, 1455:9
**occasion** [1] - 1487:6
**occasions** [1] - 1480:19
**occurred** [4] - 1380:12, 1482:4, 1482:5, 1518:10
**occurs** [1] - 1409:16
**OF** [3] - 1344:1, 1344:3, 1344:11
**offensive** [1] - 1530:10
**offer** [6] - 1355:23, 1356:1, 1376:7, 1387:7, 1389:1, 1389:4
**offered** [7] - 1448:14, 1473:2, 1483:8, 1499:1, 1503:7, 1508:6, 1508:7
**offers** [1] - 1476:8
**office** [5] - 1470:23, 1486:17, 1486:21
**officer** [14] - 1423:22, 1445:6, 1445:9, 1445:14, 1445:22, 1459:7, 1459:11, 1459:21, 1459:25, 1507:17, 1508:1, 1513:6, 1515:19, 1530:11
**Officer** [1] - 1424:9

**officers** [6] - 1444:5, 1445:8, 1446:7, 1459:24, 1460:14, 1504:24
**official** [2] - 1470:13, 1470:20
**Official** [1] - 1344:22
**offspring** [1] - 1465:12
**often** [1] - 1532:11
**old** [9] - 1369:24, 1377:23, 1381:13, 1382:6, 1388:6, 1399:7, 1443:11, 1503:24, 1533:3
**Once** [1] - 1519:20
**once** [10] - 1349:10, 1355:11, 1358:2, 1381:2, 1394:11, 1418:6, 1461:2, 1472:20, 1510:20, 1533:10
**one** [118] - 1345:25, 1352:24, 1353:16, 1353:17, 1353:23, 1354:3, 1355:19, 1357:14, 1357:15, 1357:16, 1358:19, 1359:21, 1360:7, 1360:11, 1360:12, 1360:21, 1362:14, 1363:8, 1364:6, 1365:13, 1366:23, 1367:10, 1368:3, 1370:6, 1382:22, 1384:17, 1391:11, 1391:12, 1391:14, 1393:11, 1393:13, 1394:7, 1394:10, 1397:13, 1398:18, 1404:10, 1406:18, 1410:16, 1411:14, 1414:18, 1417:3, 1417:11, 1419:6, 1420:16, 1420:17, 1422:1, 1422:8, 1423:3, 1423:8, 1428:8, 1432:23, 1432:24, 1436:17, 1437:16, 1437:17, 1438:8, 1438:9, 1438:14, 1441:20, 1442:2, 1443:2, 1443:22, 1446:6, 1446:10, 1447:13, 1448:14, 1451:2, 1451:10, 1452:12, 1455:20, 1455:21, 1457:12, 1457:15, 1457:23, 1457:24, 1458:5, 1458:18, 1459:24, 1460:5, 1462:21, 1463:20, 1463:22, 1463:23, 1464:23, 1468:8, 1470:7, 1470:15, 1470:19, 1475:9, 1477:2, 1477:3, 1477:17, 1479:1, 1481:6, 1484:21, 1486:17, 1486:20, 1491:18, 1497:24, 1500:11, 1501:24, 1508:6, 1511:5, 1514:15, 1517:13, 1517:14, 1518:4, 1518:15, 1519:8, 1519:16, 1519:19, 1519:24, 1530:2, 1530:6, 1531:8, 1532:1
**One** [4] - 1430:10, 1503:8, 1514:15, 1518:2
**one's** [3] - 1409:23, 1449:9, 1531:9
**ones** [9] - 1401:7, 1401:19, 1427:19, 1498:8, 1501:19, 1515:12, 1522:15, 1534:1
**ongoing** [2] - 1449:23, 1517:1
**open** [3] - 1345:1, 1434:1, 1490:1
**opened** [2] - 1387:18, 1400:12
**opening** [4] - 1403:25, 1404:5, 1406:12, 1417:2
**operate** [2] - 1451:1, 1509:1
**operates** [1] - 1409:10
**opportunity** [6] - 1352:8, 1368:11, 1413:24, 1415:2, 1450:4, 1526:10
**opposed** [4] - 1364:20, 1440:23, 1475:21, 1476:10, 1479:5, 1510:10

**opposing** [1] - 1357:12
**opposite** [1] - 1462:18
**opposition** [2] - 1357:4
**option** [1] - 1389:10
**orchestrate** [1] - 1521:22
**orchestrated** [2] - 1524:5, 1526:20
**orchestrating** [2] - 1475:17, 1479:4
**order** [4] - 1346:13, 1353:1, 1374:22, 1424:12
**ordered** [2] - 1351:14, 1433:10
**ordering** [1] - 1475:17
**orders** [1] - 1377:25
**organization** [1] - 1422:7
**original** [2] - 1363:8, 1365:10
**originally** [1] - 1363:14
**Orlando** [1] - 1427:2
**otherwise** [8] - 1355:18, 1389:8, 1405:20, 1407:23, 1443:14, 1444:9, 1453:19, 1480:2
**ought** [2] - 1500:8, 1500:9
**outbursts** [1] - 1402:20
**outcome** [2] - 1435:21, 1435:25
**outline** [1] - 1473:5
**outlined** [1] - 1353:21
**outrageous** [3] - 1445:16, 1445:17
**outright** [1] - 1529:25
**outside** [7] - 1345:1, 1367:11, 1378:14, 1387:17, 1448:19, 1472:11, 1502:15
**outstanding** [1] - 1351:24
**oval** [1] - 1514:24
**overhear** [3] - 1457:25, 1528:7
**overheard** [2] - 1528:8, 1528:13
**overhearing** [1] - 1457:22, 1482:8
**overlap** [1] - 1359:19
**overnight** [2] - 1520:17, 1521:18
**Overruled** [4] - 1412:8, 1425:15, 1431:6, 1492:11
**overseas** [1] - 1476:22
**overt** [9] - 1420:13, 1420:15, 1420:19, 1420:21, 1421:9, 1421:23, 1423:3, 1423:6, 1477:2
**own** [20] - 1382:21, 1399:15, 1401:25, 1408:25, 1410:16, 1410:21, 1415:23, 1432:11, 1437:16, 1446:21, 1466:7, 1472:4, 1483:3, 1496:21, 1508:24, 1519:10, 1522:3, 1526:25
**owned** [3] - 1421:16, 1477:23, 1508:24
**owns** [2] - 1389:23, 1478:2

## P

**p.m** [16] - 1415:13, 1417:8, 1417:21, 1418:8, 1418:9, 1418:10, 1433:14, 1490:21, 1499:19, 1501:3, 1510:4, 1520:20, 1521:7, 1522:18, 1534:14
**PAGE** [1] - 1535:2
**page** [25] - 1364:20, 1365:15, 1366:3, 1367:2, 1379:6, 1383:19, 1389:5, 1390:20, 1393:15, 1394:6, 1396:10, 1397:10, 1404:9, 1405:2, 1405:10, 1408:6, 1409:14, 1410:7, 1417:17, 1419:7, 1433:22, 1439:14, 1447:16, 1489:24, 1527:4
**pages** [9] - 1353:15, 1358:15, 1363:15, 1363:18, 1363:21, 1365:10, 1382:24, 1385:23, 1391:9
**paid** [3] - 1444:11, 1464:6, 1488:19
**pain** [1] - 1499:14
**painful** [1] - 1409:24
**Pakistan** [56] - 1377:8, 1377:19, 1380:13, 1381:6, 1381:8, 1381:12, 1382:2, 1382:7, 1382:9, 1386:18, 1389:21, 1392:6, 1394:23, 1398:15, 1399:6, 1400:3, 1406:3, 1408:19, 1409:6, 1409:22, 1410:5, 1413:5, 1414:1, 1414:2, 1418:2, 1418:4, 1418:19, 1419:4, 1419:16, 1419:17, 1420:3, 1424:6, 1432:1, 1432:24, 1437:5, 1437:10, 1437:19, 1441:21, 1444:10, 1447:1, 1455:8, 1460:17, 1461:12, 1464:16, 1472:7, 1476:20, 1476:24, 1477:7, 1482:22, 1485:7, 1494:4, 1509:10, 1512:2, 1520:15, 1522:21, 1527:3
**Pakistani** [5] - 1382:4, 1382:18, 1409:10, 1482:3, 1503:25
**palpable** [1] - 1440:24
**Panchayat** [12] - 1480:19, 1480:20, 1480:21, 1480:25, 1481:4, 1481:9, 1481:12, 1482:23, 1516:3, 1516:5, 1516:12
**panic** [1] - 1412:12
**paper** [5] - 1353:4, 1357:8, 1359:15, 1360:2, 1425:6
**paperwork** [2] - 1411:16, 1411:17
**Parade** [1] - 1500:10
**pardon** [1] - 1355:16
**parents** [3] - 1392:22, 1442:10, 1511:4
**Park** [1] - 1437:10
**part** [25] - 1351:24, 1364:15, 1365:10, 1366:25, 1381:5, 1389:15, 1396:13, 1396:14, 1409:18, 1409:21, 1412:13, 1413:16, 1420:25, 1439:20, 1446:3, 1446:10, 1452:3, 1458:14, 1458:22, 1460:2, 1460:5, 1473:11, 1477:12, 1516:19, 1523:10
**participated** [1] - 1446:7
**participating** [1] - 1466:5
**particular** [11] - 1350:17, 1355:5, 1408:6, 1456:6, 1468:14, 1475:5, 1476:15, 1477:5, 1489:4, 1490:19, 1515:25
**particularly** [1] - 1406:20
**parties'** [1] - 1366:14
**parts** [1] - 1411:8
**party** [3] - 1392:23, 1435:22
**pass** [2] - 1530:7, 1532:5
**passed** [2] - 1387:17, 1394:2
**passenger** [2] - 1493:13, 1519:12
**passengers** [1] - 1508:25

**passing** [1] - 1379:23
**passion** [1] - 1440:17
**passport** [2] - 1424:20, 1468:13
**passport-type** [1] - 1468:13
**past** [13] - 1369:23, 1388:9, 1388:13, 1426:8, 1432:5, 1437:13, 1443:8, 1456:14, 1458:8, 1470:20, 1471:11, 1478:21, 1485:24
**paste** [3] - 1359:15, 1359:19, 1361:16
**patched** [1] - 1427:2
**patching** [1] - 1486:18
**Patchogue** [1] - 1455:8
**paternal** [1] - 1410:8
**patience** [1] - 1376:3
**patriots** [1] - 1500:23
**pattern** [3] - 1506:5, 1506:10, 1506:11
**Patwari** [1] - 1496:6
**pause** [18] - 1351:21, 1357:19, 1358:3, 1359:1, 1359:5, 1360:6, 1361:18, 1362:11, 1362:24, 1367:3, 1370:8, 1370:14, 1373:16, 1375:3, 1434:12, 1434:16, 1434:19, 1439:2
**pausing** [1] - 1383:2
**pay** [1] - 1437:2
**paying** [2] - 1379:7, 1444:12
**payment** [1] - 1421:19
**payments** [1] - 1455:12
**peaceful** [1] - 1389:2
**pen** [4] - 1356:4, 1359:15, 1425:6, 1439:6
**People** [2] - 1522:25
**people** [98] - 1377:20, 1380:16, 1386:14, 1393:3, 1397:4, 1397:17, 1397:24, 1398:17, 1399:6, 1407:5, 1409:19, 1414:1, 1418:11, 1419:17, 1420:3, 1422:24, 1424:1, 1426:10, 1426:12, 1433:1, 1436:22, 1437:12, 1439:10, 1441:2, 1441:5, 1442:23, 1443:13, 1444:13, 1446:2, 1446:7, 1449:24, 1450:3, 1450:6, 1450:8, 1450:10, 1450:11, 1451:20, 1453:18, 1454:6, 1455:5, 1455:6, 1455:11, 1455:13, 1455:16, 1455:18, 1455:19, 1456:1, 1456:20, 1456:25, 1457:11, 1458:8, 1458:22, 1458:24, 1459:2, 1462:13, 1463:10, 1464:8, 1466:5, 1467:22, 1471:18, 1472:7, 1472:18, 1474:9, 1475:13, 1475:14, 1476:20, 1477:9, 1477:25, 1480:9, 1480:17, 1480:23, 1481:1, 1481:2, 1482:19, 1483:18, 1485:14, 1487:11, 1487:18, 1488:15, 1490:20, 1494:3, 1494:11, 1496:15, 1501:23, 1503:20, 1504:18, 1509:9, 1509:10, 1509:21, 1509:22, 1517:22, 1522:8, 1522:22, 1526:15, 1526:17, 1530:13, 1532:25
**people's** [2] - 1435:12, 1482:16
**per** [2] - 1347:21, 1492:9
**perfect** [1] - 1443:20
**perfectly** [3] - 1398:19, 1456:7, 1475:22

perform [1] - 1530:19
perhaps [10] - 1347:4, 1350:18, 1362:8, 1442:6, 1454:12, 1454:13, 1465:6, 1472:6, 1472:8, 1479:22
period [7] - 1382:23, 1415:12, 1418:17, 1468:24, 1470:13, 1505:22, 1517:3
periodically [1] - 1379:23
permissible [1] - 1424:10
permission [3] - 1369:11, 1383:24, 1508:24
permit [1] - 1470:4
permitted [1] - 1531:7
perpetrators [2] - 1347:22, 1355:13
person [50] - 1364:19, 1371:18, 1384:22, 1397:23, 1399:5, 1399:9, 1410:21, 1418:19, 1425:6, 1430:16, 1446:11, 1451:10, 1451:17, 1454:2, 1462:9, 1462:11, 1462:16, 1463:7, 1463:8, 1471:1, 1471:12, 1481:23, 1482:9, 1484:17, 1486:4, 1495:6, 1503:2, 1509:13, 1509:14, 1513:7, 1516:4, 1516:6, 1523:17, 1525:13, 1525:18, 1526:1, 1526:9, 1526:10, 1526:15, 1526:16, 1530:15, 1530:17, 1530:23, 1530:24, 1531:1, 1531:2, 1531:3
person's [1] - 1459:5
personal [1] - 1432:13
personally [1] - 1385:25
persons [1] - 1397:13
perspective [2] - 1355:7, 1440:1
persuade [3] - 1390:18, 1478:16, 1479:13
persuaded [1] - 1382:20
petition [13] - 1379:18, 1423:18, 1423:24, 1521:1, 1529:3, 1530:11, 1530:18, 1530:20, 1530:25, 1531:2, 1531:4, 1531:11, 1531:12
petitioner [1] - 1424:11
petitioning [1] - 1530:15
phone [75] - 1382:2, 1382:9, 1383:2, 1383:4, 1383:22, 1385:9, 1387:2, 1388:15, 1390:17, 1390:18, 1397:14, 1397:21, 1398:16, 1407:21, 1414:4, 1414:7, 1416:16, 1416:17, 1418:9, 1418:15, 1418:18, 1418:20, 1418:21, 1418:24, 1419:6, 1419:25, 1420:1, 1445:2, 1458:4, 1458:5, 1458:25, 1459:1, 1460:12, 1460:21, 1461:25, 1474:6, 1474:8, 1474:20, 1475:23, 1476:14, 1476:19, 1477:11, 1478:8, 1478:23, 1479:11, 1479:14, 1481:19, 1491:16, 1517:15, 1518:11, 1518:12, 1520:8, 1520:23, 1520:24, 1521:1, 1521:6, 1521:7, 1521:8, 1521:12, 1521:25, 1522:1, 1522:6, 1522:8, 1522:12, 1522:19, 1523:4, 1523:8, 1525:8, 1525:9, 1526:17, 1528:16, 1528:17, 1528:19
phones [1] - 1449:9

phony [1] - 1464:10
photo [1] - 1468:12
photocopy [1] - 1363:2
photograph [1] - 1507:25
photographs [8] - 1381:1, 1400:19, 1449:15, 1459:23, 1468:15, 1470:1, 1470:3, 1511:15
photos [1] - 1468:13
physical [2] - 1381:1, 1486:21
pick [13] - 1378:13, 1394:20, 1395:1, 1443:25, 1460:3, 1475:13, 1508:25, 1514:2, 1515:4, 1522:8, 1525:22
picked [10] - 1383:3, 1443:20, 1445:1, 1445:13, 1446:10, 1510:23, 1513:7, 1513:12, 1515:21
picking [7] - 1354:1, 1435:3, 1442:17, 1459:17, 1461:25, 1513:11
picks [3] - 1442:13, 1509:25, 1521:12
picture [5] - 1462:14, 1477:19, 1506:8, 1506:11, 1507:24
pictured [1] - 1465:11
pictures [3] - 1453:13, 1464:9, 1470:9
piece [4] - 1352:20, 1357:8, 1360:2, 1379:6
pieces [2] - 1405:1, 1490:19
pinged [1] - 1434:18
place [33] - 1349:2, 1352:7, 1380:20, 1386:18, 1398:25, 1432:22, 1435:13, 1435:24, 1436:3, 1436:14, 1437:5, 1437:11, 1446:15, 1446:17, 1447:1, 1447:4, 1447:9, 1448:19, 1448:21, 1452:11, 1461:24, 1462:18, 1465:19, 1465:24, 1466:10, 1466:11, 1469:17, 1474:13, 1476:22, 1485:22, 1496:1, 1505:7
placed [3] - 1352:11, 1456:6, 1483:22
places [4] - 1439:23, 1447:9, 1448:12, 1496:16
plan [7] - 1350:19, 1397:3, 1466:24, 1468:5, 1521:8, 1521:23
planned [5] - 1365:7, 1377:6, 1465:21, 1474:19, 1526:19
planning [6] - 1391:6, 1399:21, 1415:6, 1420:25, 1479:5, 1526:24
plans [1] - 1394:20
played [1] - 1402:25
players [1] - 1414:2
Plaza [1] - 1344:15
pledged [1] - 1416:13
plenty [4] - 1421:15, 1477:23, 1479:6
plot [5] - 1378:22, 1380:16, 1466:5, 1477:13, 1520:6
plotted [1] - 1377:9
plotting [1] - 1399:8
point [55] - 1346:5, 1352:15, 1354:1, 1354:7, 1361:6, 1370:23, 1371:1, 1383:7, 1387:5, 1388:10, 1389:4, 1395:15, 1400:6, 1402:3, 1430:10, 1433:16, 1446:8, 1448:18, 1450:9, 1452:19, 1453:18, 1453:21, 1453:24,

1455:10, 1455:19, 1465:6, 1468:19, 1469:22, 1470:9, 1472:21, 1475:10, 1478:11, 1478:12, 1478:21, 1480:8, 1480:15, 1481:8, 1495:20, 1496:21, 1497:6, 1497:8, 1497:20, 1502:2, 1502:8, 1502:22, 1502:23, 1504:19, 1504:25, 1505:13, 1513:19, 1513:23, 1513:24, 1515:25, 1516:1, 1519:24
pointed [2] - 1388:11, 1501:20
pointing [1] - 1451:21
points [7] - 1407:15, 1436:16, 1437:7, 1477:3, 1484:9, 1484:18, 1531:19
Points [1] - 1370:1
poked [1] - 1378:1
poking [1] - 1395:24
Police [1] - 1495:4
police [48] - 1352:22, 1359:8, 1360:11, 1361:5, 1387:9, 1390:8, 1398:4, 1398:7, 1430:15, 1439:11, 1443:21, 1443:24, 1444:3, 1444:5, 1445:3, 1445:6, 1445:8, 1445:9, 1445:14, 1445:22, 1446:3, 1446:7, 1453:15, 1453:22, 1453:23, 1454:8, 1457:15, 1459:7, 1459:11, 1459:23, 1459:25, 1460:14, 1471:16, 1478:9, 1478:10, 1479:2, 1479:3, 1479:8, 1495:2, 1496:1, 1504:24, 1505:22, 1507:13, 1507:16, 1507:17, 1508:1, 1513:6, 1515:18
policeman [1] - 1453:10
polite [2] - 1446:19, 1483:15
politely [1] - 1448:5
political [1] - 1430:3
politician [3] - 1389:1, 1451:6, 1523:15
Pomp [1] - 1500:10
Pope [1] - 1444:7
portion [4] - 1347:23, 1349:6, 1349:10, 1350:9, 1350:10
portions [2] - 1347:5, 1352:4
posed [1] - 1461:16
position [14] - 1348:21, 1348:22, 1348:24, 1350:12, 1352:6, 1352:18, 1361:1, 1361:10, 1362:1, 1407:3, 1423:1, 1441:5, 1471:2, 1496:14
positions [1] - 1366:14
possibility [3] - 1352:7, 1445:18
possible [7] - 1352:24, 1393:2, 1451:12, 1451:15, 1451:18, 1492:13, 1517:12
possibly [3] - 1354:22, 1456:13, 1460:17
post [5] - 1459:9, 1459:12, 1460:7, 1460:13, 1531:11
post-arrest [1] - 1531:11
posterity [1] - 1361:21
posture [2] - 1352:17, 1354:2
potentially [1] - 1362:13
power [2] - 1471:3, 1472:1
Power [1] - 1369:25
powerful [15] - 1385:22, 1386:5, 1392:14, 1444:24, 1455:13, 1471:19,

1471:21, 1471:22, 1477:5, 1477:9, 1477:10, 1477:17, 1478:2, 1512:5, 1512:19
**practice** [1] - 1465:14
**practices** [1] - 1409:22
**pray** [2] - 1411:21, 1437:5
**prayed** [1] - 1394:15
**precautions** [1] - 1394:18
**preceding** [3] - 1417:4, 1417:19, 1523:25
**precisely** [3] - 1518:5, 1518:7, 1518:9
**preclude** [1] - 1372:20
**prejudice** [2] - 1355:13, 1440:17
**prejudiced** [2] - 1350:15, 1353:2
**preliminaries** [1] - 1350:25
**preliminary** [1] - 1533:9
**premonitions** [1] - 1490:11
**prepare** [1] - 1473:3
**prepared** [8] - 1349:11, 1351:2, 1353:11, 1355:22, 1356:1, 1357:21, 1394:16, 1403:22
**presence** [3] - 1345:1, 1367:11, 1372:1
**present** [16] - 1356:3, 1359:7, 1362:18, 1388:12, 1412:16, 1428:16, 1431:2, 1434:5, 1444:16, 1477:13, 1490:1, 1490:2, 1490:5, 1533:12, 1533:20
**presentation** [1] - 1369:11
**presented** [7] - 1358:18, 1369:13, 1380:10, 1380:24, 1428:21, 1445:20, 1483:25
**preserve** [1] - 1359:20
**preserved** [3] - 1359:12, 1366:6, 1366:10
**presiding** [1] - 1434:2
**pressed** [2] - 1436:18, 1458:11
**presses** [3] - 1474:14, 1474:15, 1474:17
**pressing** [1] - 1473:12
**pressure** [1] - 1469:11
**presumably** [2] - 1403:2, 1523:21
**Presumably** [1] - 1513:14
**presume** [3] - 1360:14, 1374:14
**presumed** [1] - 1448:22
**presumption** [3] - 1457:8, 1488:7, 1488:9
**presumptions** [1] - 1457:7
**pretending** [1] - 1468:2
**pretty** [6] - 1406:24, 1409:9, 1420:23, 1421:9, 1424:16, 1512:4
**prevent** [1] - 1410:1
**previous** [2] - 1420:1, 1525:10
**previously** [5] - 1348:25, 1365:21, 1369:18, 1456:6, 1457:14
**principles** [1] - 1409:22
**print** [1] - 1362:14
**private** [9] - 1442:7, 1442:25, 1443:5, 1443:10, 1444:9, 1457:13, 1508:15, 1509:2
**privately** [1] - 1508:23
**problem** [6] - 1363:3, 1369:19, 1373:6,

1423:11, 1486:18, 1517:8
**problems** [2] - 1430:2, 1480:23
**procedural** [5] - 1433:16, 1434:6, 1489:18, 1490:5, 1534:9
**procedure** [1] - 1441:22
**proceed** [8] - 1350:5, 1351:18, 1373:10, 1376:6, 1376:15, 1376:21, 1489:7, 1489:13
**proceeded** [2] - 1455:1, 1460:11
**proceeding** [1] - 1368:16
**Proceedings** [1] - 1344:25
**proceedings** [13] - 1351:21, 1357:19, 1358:3, 1359:1, 1359:5, 1360:6, 1361:18, 1362:11, 1362:24, 1370:8, 1373:16, 1375:3, 1534:16
**prodding** [1] - 1501:20
**produce** [1] - 1353:5
**produced** [1] - 1344:25
**Professor** [3] - 1409:11, 1409:14, 1409:15
**progress** [1] - 1420:25
**promise** [9] - 1390:2, 1390:19, 1394:5, 1403:22, 1405:5, 1440:11, 1532:23, 1532:24
**promised** [8] - 1364:4, 1377:10, 1378:20, 1381:17, 1381:24, 1382:19, 1408:1, 1432:1
**promises** [1] - 1403:19
**promptly** [2] - 1529:19, 1534:13
**promptness** [1] - 1376:3
**prone** [1] - 1402:19
**proof** [13] - 1374:11, 1401:23, 1402:8, 1413:22, 1415:5, 1425:23, 1428:12, 1454:12, 1456:2, 1466:23, 1477:3, 1511:14, 1520:3
**properly** [1] - 1486:14
**properties** [1] - 1477:23
**property** [2] - 1421:16, 1478:7
**proposal** [1] - 1352:4, 1358:5
**propose** [3] - 1358:15, 1358:18, 1364:25
**proposed** [8] - 1345:22, 1353:5, 1356:21, 1357:23, 1357:24, 1361:22, 1362:2, 1366:15
**proposing** [4] - 1357:2, 1357:3, 1357:16, 1358:10
**prosecuted** [1] - 1461:18
**prosecution** [5] - 1357:17, 1374:8, 1374:9, 1433:20, 1434:25
**prosecutor** [8] - 1372:4, 1406:16, 1436:7, 1437:11, 1441:18, 1448:8, 1452:4, 1529:12
**Prosecutor** [1] - 1356:20
**prosecutor's** [1] - 1447:19
**prosecutors** [11] - 1350:7, 1356:13, 1373:1, 1376:17, 1406:14, 1406:19, 1411:11, 1437:22, 1447:13, 1461:5, 1487:10
**prosperity** [1] - 1500:18
**protect** [3] - 1390:8, 1524:1, 1532:24

**protection** [2] - 1478:9, 1478:10
**protections** [1] - 1485:11
**prove** [15] - 1368:8, 1378:7, 1399:22, 1402:20, 1420:13, 1426:24, 1427:5, 1427:7, 1427:24, 1428:13, 1431:14, 1475:25, 1488:9, 1511:16, 1532:11
**proved** [4] - 1379:3, 1420:16, 1423:3, 1423:6
**proven** [1] - 1388:18
**proves** [4] - 1413:12, 1413:16, 1470:3, 1526:20
**provide** [1] - 1427:21
**provided** [8] - 1346:14, 1347:18, 1360:14, 1370:25, 1371:21, 1411:6, 1495:14, 1495:15
**provides** [3] - 1469:9, 1471:12, 1471:24
**providing** [2] - 1358:21, 1407:6
**Provincial** [1] - 1394:23
**proviso** [1] - 1356:3
**provocation** [1] - 1485:20
**prudent** [1] - 1367:15
**public** [10] - 1384:8, 1443:1, 1443:6, 1443:11, 1508:15, 1508:16, 1508:17, 1509:1, 1509:2, 1510:15
**publicly** [1] - 1470:13
**published** [9] - 1365:1, 1365:2, 1384:10, 1438:2, 1438:10, 1438:24, 1463:2, 1467:18, 1470:5
**pulling** [5] - 1396:12, 1396:14, 1401:8, 1479:24, 1496:16
**Punjab** [1] - 1366:4
**Punjabi** [3] - 1347:8, 1403:2, 1479:18
**Pure** [2] - 1429:18, 1429:19
**purport** [1] - 1355:4
**purporting** [1] - 1530:25
**purports** [4] - 1353:11, 1362:21, 1495:2, 1530:24
**purpose** [7] - 1349:6, 1366:5, 1366:5, 1466:12, 1481:12, 1501:12, 1508:6
**purposes** [4] - 1354:11, 1356:3, 1499:2, 1503:7
**pursuant** [2] - 1360:18, 1530:17
**pushed** [1] - 1471:4
**pushing** [1] - 1479:23
**put** [36] - 1348:5, 1348:12, 1348:13, 1349:1, 1349:11, 1351:11, 1353:4, 1354:21, 1355:17, 1358:19, 1359:14, 1360:2, 1364:11, 1367:15, 1378:22, 1382:21, 1384:24, 1422:18, 1422:25, 1438:22, 1447:8, 1452:9, 1468:5, 1468:11, 1483:23, 1483:24, 1484:25, 1485:21, 1495:24, 1504:12, 1505:8, 1505:19, 1505:23, 1521:8, 1530:13, 1530:20
**puts** [5] - 1355:7, 1425:6, 1496:2, 1496:3, 1520:3
**putting** [6] - 1347:23, 1437:25, 1442:1, 1466:12, 1467:22, 1495:22

# Q

**Queens** [1] - 1380:19
**query** [1] - 1490:7
**QUESTION** [3] - 1404:15, 1404:17, 1409:15
**questionable** [1] - 1492:6
**questioned** [1] - 1450:23
**questioning** [3] - 1442:5, 1446:19, 1446:20
**questions** [22] - 1348:17, 1360:1, 1360:4, 1406:4, 1415:16, 1427:1, 1441:15, 1444:16, 1447:20, 1447:23, 1450:5, 1452:8, 1456:22, 1457:10, 1480:20, 1481:7, 1481:18, 1481:22, 1506:16, 1506:24, 1507:13, 1507:15
**quick** [4] - 1423:18, 1521:14, 1531:19
**quickly** [6] - 1385:6, 1451:8, 1451:9, 1451:20, 1453:16, 1502:19, 1505:8, 1505:18
**quietly** [1] - 1390:19
**quite** [4] - 1349:1, 1406:25, 1421:14, 1432:17
**quote** [2] - 1459:5, 1500:3

# R

**racing** [1] - 1475:19
**rage** [1] - 1377:9
**raid** [1] - 1471:18
**raiding** [2] - 1459:17, 1460:4
**raids** [1] - 1472:2
**raise** [2] - 1352:8, 1430:24
**raised** [5] - 1360:23, 1446:25, 1479:15, 1491:6, 1528:4
**raising** [3] - 1370:18, 1371:22, 1372:13
**ramshod** [1] - 1470:15
**ran** [16] - 1384:17, 1395:12, 1411:3, 1413:7, 1429:12, 1451:9, 1456:3, 1456:9, 1456:12, 1468:10, 1496:12, 1496:13, 1505:7, 1505:18, 1525:14
**random** [1] - 1354:11
**rat** [1] - 1455:24
**rat-a-tat-tat** [1] - 1455:24
**rather** [2] - 1439:6, 1453:18
**Ravi** [1] - 1344:21
**ravishing** [1] - 1500:17
**rays** [1] - 1500:17
**re** [1] - 1349:6
**re-readmitting** [1] - 1349:6
**reach** [3] - 1379:14, 1416:3, 1431:21
**reaching** [2] - 1518:6, 1519:23
**reacting** [1] - 1453:18
**read** [16] - 1346:21, 1353:2, 1355:1, 1358:22, 1362:20, 1402:5, 1428:22, 1435:17, 1447:22, 1473:6, 1484:7, 1484:8, 1485:2, 1500:2, 1533:24
**readmitting** [2] - 1349:5, 1349:6
**reads** [1] - 1439:14
**ready** [6] - 1350:4, 1373:9, 1376:6,

1397:2, 1499:24, 1509:7
**real** [18] - 1408:4, 1425:11, 1440:24, 1441:7, 1448:11, 1478:15, 1480:6, 1492:3, 1493:6, 1493:7, 1493:8, 1493:17, 1493:23, 1494:1, 1494:11, 1494:14, 1533:25, 1534:1
**realize** [4] - 1387:11, 1390:16, 1464:22, 1498:1
**really** [30] - 1358:18, 1371:7, 1384:22, 1386:5, 1411:7, 1417:9, 1427:23, 1429:24, 1436:8, 1437:9, 1452:15, 1455:7, 1456:18, 1457:1, 1461:12, 1464:13, 1465:9, 1466:15, 1466:25, 1473:17, 1473:18, 1475:24, 1487:15, 1488:21, 1517:12, 1517:19, 1522:2, 1522:5
**realm** [1] - 1357:9
**reason** [29] - 1352:6, 1373:3, 1380:8, 1387:10, 1403:5, 1416:7, 1421:17, 1426:25, 1442:12, 1442:21, 1444:20, 1453:11, 1465:4, 1465:22, 1469:8, 1471:9, 1475:21, 1480:25, 1484:17, 1488:14, 1494:10, 1501:11, 1505:3, 1510:6, 1513:18, 1520:21, 1520:22, 1524:4, 1531:1
**reasonable** [9] - 1368:8, 1374:11, 1379:3, 1399:23, 1420:16, 1428:13, 1431:14, 1446:24, 1488:12
**reasoning** [1] - 1380:14
**reasons** [20] - 1381:7, 1406:4, 1476:8, 1493:7, 1495:20, 1497:15, 1498:23, 1502:17, 1503:4, 1505:3, 1506:15, 1508:12, 1511:25, 1513:16, 1513:21, 1516:8, 1516:22, 1517:25, 1518:2, 1526:21
**rebellion** [1] - 1385:4
**rebuttal** [15] - 1373:25, 1374:2, 1374:5, 1374:7, 1374:15, 1374:21, 1376:20, 1425:19, 1431:19, 1433:9, 1433:20, 1434:25, 1489:13, 1490:24, 1501:6
**REBUTTAL** [3] - 1491:2, 1528:1, 1535:10
**received** [7] - 1346:3, 1346:13, 1354:5, 1376:10, 1445:2, 1456:21, 1477:6
**receives** [2] - 1416:25, 1418:14
**recent** [1] - 1494:17
**recess** [3] - 1372:5, 1489:23, 1499:23
**Recess** [1] - 1433:21
**recognize** [3] - 1455:10, 1482:10, 1487:17
**recollection** [1] - 1472:21
**recollections** [1] - 1528:11
**recommendations** [1] - 1481:16
**record** [25] - 1345:5, 1348:7, 1348:16, 1351:22, 1357:20, 1358:20, 1361:19, 1361:21, 1362:12, 1363:25, 1364:7, 1365:10, 1365:13, 1365:22, 1366:25, 1367:15, 1368:22, 1473:15, 1486:3, 1491:8, 1494:23, 1494:25, 1495:5, 1495:12, 1514:13

**recorded** [11] - 1344:25, 1390:16, 1402:25, 1403:11, 1404:2, 1408:5, 1419:11, 1421:22, 1422:16, 1433:1, 1516:18
**recording** [5] - 1402:4, 1486:14, 1486:16, 1486:22, 1518:11
**recordings** [21] - 1402:7, 1403:4, 1403:23, 1413:13, 1413:14, 1413:21, 1425:3, 1425:24, 1427:16, 1472:14, 1472:25, 1486:18, 1491:16, 1491:19, 1491:22, 1493:9, 1493:19, 1518:14, 1532:1, 1532:10
**records** [15] - 1389:22, 1408:21, 1414:8, 1415:2, 1417:11, 1417:17, 1421:10, 1424:8, 1475:2, 1475:7, 1491:16, 1518:11, 1518:12, 1518:13, 1520:8
**recount** [1] - 1484:19
**rectifying** [1] - 1484:7
**red** [6] - 1357:23, 1496:8, 1508:16, 1514:22
**red-line** [1] - 1357:23
**redact** [5] - 1349:16, 1352:4, 1355:11, 1358:10, 1362:19
**redacted** [6] - 1348:5, 1349:11, 1349:17, 1350:10, 1358:6, 1360:17
**redaction** [2] - 1350:19, 1356:8
**redactions** [3] - 1353:5, 1359:9, 1366:15
**reducing** [1] - 1363:17
**refer** [3] - 1481:4, 1491:7
**reference** [1] - 1404:6
**referenced** [1] - 1494:17
**references** [1] - 1494:2
**referred** [11] - 1384:10, 1423:20, 1426:9, 1438:2, 1438:10, 1438:24, 1451:14, 1463:2, 1467:18, 1470:5, 1481:5
**referring** [2] - 1346:21, 1454:17
**reflect** [3] - 1348:16, 1453:19, 1454:1
**reflects** [1] - 1359:9
**refreshes** [2] - 1472:20, 1472:24
**regard** [6] - 1347:12, 1355:12, 1360:13, 1366:15, 1475:18, 1484:5
**regarding** [3] - 1352:9, 1360:16, 1494:23
**regardless** [1] - 1493:3
**regular** [4] - 1443:11, 1444:1, 1508:20, 1510:2
**rehearsing** [1] - 1462:23
**reject** [1] - 1402:21
**relate** [3] - 1381:10, 1436:5
**relates** [1] - 1423:17
**relating** [1] - 1423:13
**relations** [1] - 1450:24
**relationship** [11] - 1385:19, 1387:11, 1406:14, 1407:20, 1411:12, 1462:2, 1462:6, 1498:16, 1502:15, 1512:10, 1530:3
**relationships** [1] - 1464:19
**relative** [6] - 1423:18, 1423:24, 1450:20,

1451:17, 1452:15, 1454:3
**relatives** [5] - 1392:19, 1464:15, 1472:7, 1476:17, 1480:16
**relevant** [6] - 1353:17, 1379:9, 1379:25, 1423:23, 1436:20, 1476:14
**reliable** [1] - 1430:6
**relied** [1] - 1347:8
**relief** [1] - 1425:16
**relieved** [1] - 1423:14
**religious** [2] - 1465:19, 1465:23
**reloading** [2] - 1396:24, 1429:20
**reluctantly** [2] - 1393:10, 1523:9
**rely** [2] - 1431:10, 1477:15
**remained** [1] - 1394:16
**remaining** [1] - 1499:21
**remedied** [1] - 1353:22
**Remember** [7] - 1401:1, 1409:12, 1426:10, 1504:11, 1505:2, 1508:13, 1521:17
**remember** [34] - 1371:11, 1385:16, 1386:16, 1389:20, 1391:20, 1394:1, 1394:14, 1394:22, 1395:2, 1395:10, 1396:18, 1396:20, 1396:21, 1397:6, 1402:24, 1403:8, 1404:5, 1408:8, 1408:11, 1414:18, 1419:13, 1421:10, 1426:19, 1431:12, 1431:22, 1436:18, 1456:11, 1466:2, 1474:24, 1478:4, 1481:5, 1494:5, 1513:25, 1520:14
**reminded** [1] - 1412:22
**render** [1] - 1381:3
**repeat** [1] - 1389:14
**repeated** [1] - 1517:10
**repeatedly** [4] - 1415:1, 1461:15, 1473:16, 1474:3
**repeating** [1] - 1525:12
**report** [11] - 1349:1, 1354:17, 1355:4, 1355:6, 1355:12, 1359:8, 1360:17, 1362:2, 1418:22, 1441:16, 1496:1
**reported** [1] - 1490:17
**Reporter** [2] - 1344:22, 1344:22
**reporter** [2] - 1371:22, 1495:8
**reporting** [1] - 1440:10
**reports** [1] - 1360:11
**representatives** [1] - 1472:15
**represented** [1] - 1353:13
**Republic** [1] - 1476:25
**reputation** [2] - 1384:23, 1413:7
**request** [4] - 1374:2, 1374:3, 1374:5, 1374:7
**requested** [2] - 1345:24, 1366:14
**require** [1] - 1488:9
**required** [4] - 1368:8, 1376:18, 1411:18, 1467:2
**requires** [5] - 1445:17, 1463:16, 1487:15, 1488:25, 1499:12
**reserve** [1] - 1374:2
**reserved** [1] - 1374:21
**residents** [1] - 1476:19
**resolve** [1] - 1351:24

**resolved** [1] - 1403:16
**respect** [20] - 1346:7, 1349:13, 1349:20, 1360:20, 1361:10, 1364:6, 1366:1, 1366:2, 1366:3, 1370:3, 1372:16, 1400:4, 1405:4, 1407:18, 1423:15, 1430:24, 1443:23, 1491:19, 1513:17, 1528:5
**respected** [3] - 1432:19, 1480:22, 1481:5
**respectfully** [1] - 1438:5
**respond** [3] - 1383:10, 1528:20, 1528:23
**responding** [2] - 1460:1, 1460:15
**response** [2] - 1367:19, 1388:12
**responsibilities** [1] - 1470:23
**responsibility** [2] - 1407:11, 1488:21
**responsible** [3] - 1391:5, 1399:9, 1455:1
**rest** [19] - 1351:2, 1373:18, 1373:21, 1377:18, 1378:6, 1378:8, 1382:22, 1386:20, 1392:17, 1413:4, 1416:24, 1422:19, 1455:6, 1456:17, 1465:9, 1465:10, 1470:14, 1504:23, 1524:1
**restful** [1] - 1534:3
**restore** [1] - 1409:20
**restored** [1] - 1402:11
**restroom** [4] - 1489:10, 1489:11, 1489:12, 1499:15
**rests** [5] - 1367:21, 1373:20, 1374:11, 1376:11, 1428:12
**result** [4] - 1359:18, 1409:13, 1441:8, 1458:18
**results** [2] - 1465:11, 1465:12
**retire** [1] - 1533:15
**retrospect** [1] - 1461:9
**return** [5] - 1385:3, 1386:13, 1393:18, 1414:21, 1526:4
**returned** [5] - 1385:12, 1403:21, 1408:25, 1409:2, 1493:15
**returning** [1] - 1384:25
**reveal** [1] - 1532:11
**revenge** [2] - 1396:1, 1423:1
**reversed** [1] - 1490:18
**review** [2] - 1358:2, 1403:12
**reviewed** [1] - 1352:5
**revised** [1] - 1362:14
**Rezar** [1] - 1523:15
**rich** [10] - 1444:24, 1455:13, 1471:19, 1471:21, 1471:22, 1472:9, 1477:9, 1477:10, 1477:17, 1478:2
**RICHARD** [1] - 1344:17
**Richard** [1] - 1345:7
**riddled** [1] - 1387:18
**ride** [1] - 1511:7
**riding** [1] - 1395:7
**rifle** [3] - 1395:25, 1396:24, 1429:21
**rifles** [2] - 1396:5, 1451:14
**right-to-left** [1] - 1347:7
**rights** [8] - 1483:25, 1484:1, 1484:6, 1484:16, 1484:24, 1485:5, 1485:10,

1486:23
**ringing** [1] - 1386:9
**rise** [3] - 1375:4, 1490:3, 1501:2
**risk** [4] - 1407:7, 1440:24, 1440:25
**road** [2] - 1452:1, 1514:17
**roads** [1] - 1470:24
**Rockefeller** [1] - 1464:9
**role** [10] - 1392:6, 1407:11, 1436:24, 1447:2, 1448:6, 1469:16, 1487:12, 1487:20, 1489:4, 1531:23
**roof** [4] - 1452:16, 1453:12, 1453:14, 1514:24
**rooftop** [3] - 1452:16, 1504:22, 1504:23
**room** [10] - 1433:11, 1435:23, 1439:19, 1483:19, 1483:20, 1483:23, 1483:24, 1485:14, 1486:16, 1533:16
**rooms** [1] - 1458:23
**root** [1] - 1471:6
**roughly** [1] - 1470:20
**route** [1] - 1508:25
**routine** [1] - 1417:15
**rows** [1] - 1509:12
**RPR** [1] - 1344:22
**Ruckhsana** [18] - 1496:13, 1496:20, 1497:9, 1497:17, 1497:22, 1498:4, 1499:5, 1501:15, 1501:17, 1503:10, 1504:3, 1504:4, 1504:9, 1505:4, 1505:6, 1505:14, 1505:16, 1505:25
**Ruckhsana's** [1] - 1506:12
**rue** [1] - 1500:19
**Ruhksana** [1] - 1414:23
**ruined** [1] - 1393:7
**Rukhsana** [75] - 1347:25, 1348:9, 1350:17, 1352:8, 1353:9, 1378:8, 1385:14, 1385:17, 1387:5, 1387:15, 1387:24, 1390:9, 1394:15, 1394:17, 1394:18, 1394:25, 1395:1, 1395:5, 1395:9, 1395:11, 1395:14, 1396:6, 1397:7, 1398:7, 1400:1, 1400:5, 1400:11, 1400:21, 1401:4, 1418:11, 1422:18, 1426:21, 1428:25, 1429:8, 1429:15, 1429:25, 1430:20, 1431:2, 1432:16, 1432:20, 1436:13, 1437:23, 1439:15, 1440:11, 1441:9, 1441:11, 1446:2, 1449:12, 1450:12, 1452:22, 1453:7, 1453:16, 1453:25, 1454:5, 1454:24, 1459:4, 1466:2, 1481:7, 1495:19, 1505:1, 1506:7, 1506:20, 1506:25, 1507:4, 1507:19, 1513:1, 1514:6, 1515:8, 1515:13, 1516:4, 1523:1, 1528:6, 1531:20, 1533:3
**rule** [2] - 1358:13, 1441:22
**ruled** [4] - 1348:19, 1350:14, 1360:13, 1365:23
**rules** [2] - 1380:22, 1437:19
**ruling** [4] - 1350:9, 1356:8, 1360:18, 1366:2
**rumors** [1] - 1458:19
**run** [7] - 1377:15, 1452:7, 1459:18, 1460:7, 1476:4, 1496:15, 1532:6

**running** [12] - 1395:4, 1395:13, 1446:2, 1452:13, 1455:18, 1456:13, 1456:14, 1458:20, 1458:23, 1459:15, 1470:15, 1497:23
**runs** [2] - 1451:3, 1525:18

# S

**sadness** [1] - 1384:21
**safe** [3] - 1394:18, 1395:20, 1399:16
**Sain** [9] - 1387:22, 1395:23, 1400:13, 1401:5, 1413:18, 1418:15, 1497:11, 1501:18, 1515:11
**sake** [1] - 1364:3
**samples** [1] - 1424:16
**sanctioned** [1] - 1471:4
**sat** [4] - 1386:24, 1436:25, 1488:16, 1504:15
**satisfied** [5] - 1378:19, 1398:20, 1399:9, 1410:22, 1410:24
**satisfy** [2] - 1346:13, 1423:5
**satisfying** [1] - 1353:22
**Saturday** [1] - 1475:11
**save** [2] - 1385:3, 1393:24
**saved** [2] - 1388:2, 1418:20
**saving** [1] - 1393:24
**saw** [56] - 1381:9, 1385:6, 1395:7, 1395:17, 1395:21, 1395:22, 1395:24, 1396:7, 1401:12, 1401:20, 1401:21, 1407:19, 1408:21, 1411:13, 1418:11, 1429:24, 1429:25, 1430:22, 1436:13, 1438:20, 1439:16, 1445:18, 1449:13, 1450:1, 1450:6, 1450:15, 1452:12, 1453:1, 1453:4, 1454:24, 1471:19, 1472:11, 1472:19, 1475:1, 1477:19, 1497:18, 1497:21, 1498:7, 1501:16, 1501:17, 1503:15, 1504:2, 1504:12, 1504:23, 1505:1, 1507:1, 1507:2, 1507:17, 1507:21, 1507:24, 1510:13, 1515:11, 1532:5
**scam** [2] - 1464:8, 1466:16
**scare** [3] - 1405:3, 1410:15, 1410:17
**scared** [2] - 1386:2, 1386:3
**scarf** [18] - 1505:1, 1505:4, 1505:15, 1505:17, 1505:19, 1505:23, 1506:4, 1506:5, 1506:6, 1506:13, 1506:20, 1506:25, 1507:1, 1507:4, 1507:6, 1507:7
**scatter** [1] - 1485:25
**scatter-shod** [1] - 1485:25
**scene** [34] - 1398:6, 1451:8, 1453:20, 1457:15, 1459:22, 1460:1, 1460:14, 1487:23, 1487:24, 1497:10, 1497:12, 1503:11, 1504:5, 1504:9, 1504:15, 1504:20, 1504:23, 1505:7, 1505:14, 1507:14, 1507:18, 1507:20, 1508:2, 1508:8, 1513:12, 1514:1, 1515:15, 1515:19, 1515:21, 1517:25, 1521:3, 1522:23, 1523:1, 1526:17
**scenes** [1] - 1458:24

**schedule** [2] - 1510:2, 1510:4
**scheduled** [2] - 1383:13, 1383:14
**schemed** [1] - 1377:9
**school** [40] - 1369:24, 1377:23, 1386:11, 1388:21, 1394:16, 1394:19, 1398:6, 1398:12, 1399:7, 1401:8, 1429:5, 1432:10, 1442:7, 1442:14, 1443:18, 1443:25, 1445:8, 1445:14, 1450:1, 1451:4, 1466:15, 1508:9, 1508:14, 1508:17, 1508:18, 1509:4, 1509:7, 1509:8, 1509:24, 1510:2, 1510:8, 1510:10, 1510:11, 1510:13, 1510:14, 1511:9, 1512:3, 1513:7, 1515:17
**schools** [3] - 1443:16, 1470:24, 1510:20
**scissors** [3] - 1359:15, 1359:19, 1361:16
**scope** [1] - 1352:25
**scored** [1] - 1435:20
**scores** [2] - 1461:23, 1463:19
**screamed** [1] - 1497:19
**screaming** [1] - 1453:21
**screen** [1] - 1506:3
**screens** [1] - 1506:4
**script** [1] - 1473:4
**scrutinize** [2] - 1447:3, 1486:13
**scrutiny** [2] - 1428:19, 1458:15
**se** [1] - 1492:9
**search** [1] - 1421:20
**searching** [1] - 1527:1
**seat** [1] - 1377:5
**seated** [6] - 1345:20, 1367:18, 1376:4, 1434:22, 1490:22, 1501:5
**seats** [1] - 1509:12
**second** [14] - 1355:6, 1358:5, 1360:22, 1360:25, 1366:23, 1392:5, 1406:7, 1439:14, 1488:23, 1497:2, 1500:4, 1500:22, 1504:8, 1518:15
**second-guessed** [1] - 1488:23
**secondly** [1] - 1346:6
**seconds** [4] - 1435:16, 1435:20, 1435:23, 1512:11
**secret** [2] - 1377:13, 1382:15
**Secretary** [1] - 1350:22
**secretly** [1] - 1385:20
**sector** [2] - 1427:1, 1427:10
**secured** [1] - 1443:22
**see** [70] - 1348:14, 1349:10, 1350:18, 1353:11, 1356:7, 1356:9, 1356:15, 1357:3, 1357:8, 1357:16, 1358:7, 1358:17, 1359:25, 1360:3, 1363:22, 1365:9, 1378:20, 1382:8, 1382:12, 1392:10, 1395:19, 1396:17, 1416:1, 1417:19, 1418:16, 1421:13, 1422:12, 1427:22, 1430:16, 1431:1, 1439:3, 1439:17, 1441:5, 1446:20, 1449:16, 1451:16, 1452:9, 1453:13, 1454:7, 1454:8, 1456:7, 1459:23, 1468:9, 1470:1, 1473:8, 1473:11, 1476:5, 1477:18, 1494:23, 1497:10, 1500:16,

1500:17, 1501:15, 1503:19, 1504:5, 1506:4, 1506:21, 1507:4, 1507:5, 1507:7, 1507:11, 1507:21, 1514:12, 1515:10, 1525:7, 1532:6, 1533:2, 1534:3, 1534:12
**seeing** [6] - 1396:2, 1453:22, 1499:9, 1506:20, 1506:25, 1515:19
**seeking** [2] - 1361:3, 1415:7
**seem** [4] - 1411:8, 1413:15, 1528:10, 1528:25
**Seemab** [110] - 1347:25, 1348:10, 1353:9, 1378:8, 1385:14, 1385:23, 1386:13, 1387:6, 1388:4, 1388:6, 1388:8, 1388:11, 1388:13, 1388:14, 1390:4, 1395:1, 1395:9, 1395:13, 1396:2, 1396:6, 1396:7, 1396:11, 1397:2, 1397:6, 1398:4, 1400:1, 1400:5, 1400:21, 1401:4, 1418:11, 1428:25, 1429:4, 1429:9, 1429:11, 1429:14, 1429:16, 1429:20, 1429:24, 1430:21, 1431:1, 1432:16, 1432:18, 1436:13, 1437:24, 1439:16, 1440:10, 1441:10, 1445:15, 1449:13, 1453:8, 1453:25, 1454:24, 1458:9, 1472:18, 1481:18, 1482:8, 1495:19, 1495:23, 1496:2, 1496:11, 1496:13, 1496:20, 1496:23, 1497:9, 1497:16, 1497:18, 1498:4, 1499:6, 1501:15, 1501:17, 1503:10, 1504:3, 1504:5, 1507:14, 1507:17, 1507:19, 1508:7, 1508:13, 1508:16, 1508:23, 1509:1, 1509:3, 1509:9, 1510:1, 1510:7, 1510:9, 1511:1, 1511:2, 1511:6, 1511:8, 1511:17, 1511:18, 1511:23, 1513:12, 1514:2, 1514:5, 1514:9, 1514:14, 1514:16, 1515:1, 1515:4, 1515:7, 1515:10, 1515:22, 1528:7, 1528:12, 1528:18, 1531:21
**Seemab's** [7] - 1389:5, 1395:4, 1396:9, 1397:10, 1400:14, 1513:22, 1514:13
**seemingly** [1] - 1387:6
**sees** [13] - 1438:9, 1450:2, 1450:3, 1451:10, 1452:12, 1452:18, 1452:19, 1453:12, 1453:16, 1453:20, 1454:3, 1454:4, 1454:5
**selected** [1] - 1533:9
**self** [1] - 1420:23
**self-explanatory** [1] - 1420:23
**sell** [1] - 1472:5
**send** [7] - 1362:13, 1372:5, 1378:7, 1388:20, 1476:25, 1478:3, 1525:23, 1529:7
**sending** [4] - 1362:17, 1471:21, 1477:11, 1490:18
**sends** [1] - 1476:23
**sense** [41] - 1351:16, 1357:6, 1364:3, 1364:8, 1364:9, 1379:14, 1411:7, 1423:9, 1431:21, 1443:21, 1449:21, 1449:22, 1450:18, 1452:2, 1455:5, 1455:22, 1455:25, 1458:15, 1469:6,

1471:15, 1477:16, 1481:3, 1482:3, 1482:4, 1482:6, 1486:7, 1487:2, 1487:3, 1496:14, 1496:17, 1496:25, 1501:10, 1510:5, 1516:7, 1516:9, 1516:15, 1518:1, 1530:7, 1530:8, 1531:23

**sensing** [1] - 1387:6

**sent** [7] - 1371:21, 1385:7, 1421:12, 1421:19, 1445:14, 1477:16, 1490:10

**sentences** [1] - 1477:8

**separate** [1] - 1367:21

**separated** [3] - 1396:7, 1397:7, 1429:16

**September** [1] - 1409:2

**sequential** [1] - 1362:8

**seriatim** [1] - 1484:11

**series** [1] - 1390:15

**serious** [13] - 1425:10, 1430:2, 1435:14, 1456:18, 1458:21, 1462:17, 1463:13, 1464:2, 1487:11, 1517:6, 1532:15, 1532:16

**seriously** [2] - 1426:4

**servant** [1] - 1387:23

**service** [1] - 1346:16

**session** [1] - 1461:15

**set** [7] - 1366:14, 1377:10, 1381:8, 1392:18, 1462:13, 1481:20, 1481:24

**setting** [1] - 1466:4

**seven** [6] - 1381:8, 1417:5, 1451:13, 1455:9, 1455:25, 1476:10

**seven-and-a-half** [1] - 1476:10

**seven-hour-and-39-minute** [1] - 1417:23

**several** [8] - 1386:19, 1402:5, 1424:16, 1470:22, 1493:7, 1495:25, 1496:2, 1522:11

**shade** [1] - 1492:13

**shading** [1] - 1411:22

**shadow** [1] - 1403:22

**Shakeel** [1] - 1413:3

**shall** [1] - 1500:20

**shamed** [1] - 1409:20

**shape** [1] - 1473:2

**sharp** [1] - 1534:4

**shed** [2] - 1390:6, 1478:13

**sheds** [1] - 1485:23

**sheets** [1] - 1345:23

**shell** [1] - 1397:1

**shelter** [1] - 1422:8

**Shews** [1] - 1500:10

**shift** [9] - 1417:6, 1417:18, 1417:20, 1417:23, 1418:3, 1520:17, 1520:18, 1520:19, 1521:19

**shifts** [6] - 1417:4, 1417:15, 1417:24, 1475:3, 1475:5, 1475:8

**shines** [1] - 1403:23

**shivering** [1] - 1497:19

**SHO** [1] - 1445:14

**shod** [1] - 1485:25

**shoot** [12] - 1389:12, 1389:16, 1389:17,

1390:3, 1401:3, 1472:19, 1498:7, 1498:8, 1532:3, 1532:19, 1532:20, 1532:21

**shooter** [1] - 1414:23

**shooters** [9] - 1472:22, 1496:15, 1499:10, 1503:13, 1503:14, 1503:15, 1503:18, 1504:2, 1504:12

**shooting** [24] - 1348:11, 1352:13, 1391:15, 1392:9, 1392:11, 1401:2, 1446:15, 1447:4, 1448:20, 1450:1, 1450:3, 1451:1, 1456:5, 1481:3, 1504:14, 1504:21, 1505:6, 1505:8, 1512:22, 1528:15, 1532:3, 1532:18

**shootings** [2] - 1437:4, 1474:12

**short** [4] - 1384:6, 1415:21, 1459:21, 1475:8

**shorter** [5] - 1417:14, 1417:24, 1423:16, 1475:3, 1475:6

**shortest** [1] - 1418:3

**shorthand** [1] - 1423:21

**shortly** [2] - 1351:8, 1395:9, 1395:18

**Shoshi** [3] - 1408:9, 1408:17

**shot** [4] - 1395:22, 1451:11, 1454:2, 1472:22

**shots** [3] - 1377:8, 1432:1, 1531:21

**show** [20] - 1356:13, 1356:21, 1358:24, 1378:5, 1391:23, 1398:25, 1414:8, 1415:2, 1415:3, 1418:1, 1424:8, 1430:1, 1437:12, 1456:22, 1457:11, 1485:7, 1494:19, 1502:7, 1506:6, 1518:15

**showed** [6] - 1364:11, 1440:9, 1459:24, 1484:13, 1494:19, 1514:9

**showing** [3] - 1369:14, 1483:19, 1495:22

**shown** [1] - 1449:15

**shows** [11] - 1365:22, 1413:23, 1415:10, 1416:9, 1417:2, 1418:6, 1436:12, 1439:13, 1449:19, 1474:14, 1512:17

**Shujat** [74] - 1377:15, 1377:19, 1378:20, 1381:6, 1381:9, 1381:13, 1381:24, 1382:1, 1382:11, 1382:14, 1382:19, 1384:8, 1384:17, 1385:6, 1385:8, 1385:16, 1387:4, 1387:11, 1390:14, 1392:18, 1394:4, 1397:3, 1399:8, 1399:13, 1399:14, 1399:15, 1399:21, 1400:10, 1400:23, 1402:10, 1403:20, 1406:14, 1407:19, 1407:25, 1408:3, 1408:9, 1411:3, 1411:12, 1413:11, 1413:18, 1416:14, 1419:5, 1420:7, 1421:20, 1422:1, 1422:3, 1422:10, 1422:11, 1422:17, 1426:2, 1426:5, 1432:7, 1461:25, 1462:9, 1462:11, 1463:25, 1468:4, 1469:3, 1469:5, 1480:2, 1493:3, 1493:6, 1493:16, 1493:25, 1498:15, 1498:16, 1502:15, 1512:9, 1512:12, 1512:14, 1512:18, 1527:1, 1530:4

**Shujat's** [18] - 1377:20, 1377:22, 1384:18, 1385:19, 1387:12, 1397:5,

1409:5, 1413:18, 1416:14, 1419:5, 1421:6, 1422:3, 1422:17, 1432:8, 1493:3, 1498:15, 1502:13, 1520:6

**siblings** [2] - 1381:18, 1393:23

**side** [7] - 1374:24, 1437:17, 1442:20, 1456:5, 1479:6, 1517:25, 1533:12

**sides** [7] - 1359:12, 1359:18, 1359:20, 1360:3, 1361:12, 1366:5, 1474:20

**sight** [1] - 1450:19

**sign** [9] - 1424:5, 1424:10, 1424:11, 1424:14, 1424:15, 1425:13, 1464:19, 1530:24

**signatory** [2] - 1353:10, 1531:14

**signature** [6] - 1424:15, 1424:17, 1467:20, 1467:23, 1468:20, 1485:2

**signed** [3] - 1411:17, 1424:25, 1531:13

**significance** [3] - 1404:21, 1415:22, 1500:22

**significant** [4] - 1418:5, 1418:23, 1441:1, 1461:6

**significantly** [2] - 1423:16, 1486:11

**signing** [4] - 1424:23, 1463:21, 1464:4, 1466:6

**signs** [1] - 1531:2

**similarly** [1] - 1483:18

**simple** [2] - 1425:13, 1512:4

**simply** [5] - 1402:22, 1438:12, 1515:4

**single** [6] - 1398:22, 1405:6, 1457:23, 1459:3, 1477:18, 1485:20

**sister** [11] - 1377:22, 1383:2, 1384:1, 1384:2, 1432:19, 1472:21, 1474:8, 1507:21, 1507:23, 1508:2, 1511:20

**sister's** [5] - 1390:5, 1399:16, 1401:9, 1481:23, 1497:18

**sisters** [3] - 1469:12, 1469:17, 1479:14

**sit** [3] - 1360:5, 1478:18, 1487:5

**sitting** [5] - 1380:9, 1398:11, 1440:25, 1478:11, 1482:8, 1486:15, 1507:21, 1511:19

**situation** [2] - 1410:12, 1416:10

**six** [6] - 1377:11, 1385:20, 1422:16, 1442:16, 1443:15, 1510:20

**skepticism** [3] - 1446:24, 1457:19, 1457:20

**sketch** [6] - 1352:9, 1352:10, 1352:11, 1353:12, 1353:13, 1358:6

**sketches** [3] - 1351:25, 1353:16, 1353:20

**sleep** [2] - 1523:7, 1524:2

**sleeping** [9] - 1388:9, 1388:10, 1390:6, 1400:17, 1419:21, 1419:22, 1419:25, 1525:4, 1525:7

**sleeps** [1] - 1444:22

**slept** [1] - 1483:20

**slip** [1] - 1428:3

**Slope** [1] - 1437:10

**small** [3] - 1441:4, 1444:10, 1462:25

**smelled** [1] - 1387:8

**smile** [1] - 1470:8

**smiling** [2] - 1470:2, 1470:10

snippet [1] - 1480:4
snuck [1] - 1382:12
so-called [1] - 1471:7
soccer [4] - 1435:11, 1435:13, 1438:22, 1494:18
soil [1] - 1380:16
solace [1] - 1432:24
solely [2] - 1379:24, 1428:12
solemn [1] - 1500:8
solemnized [1] - 1500:9
solution [1] - 1386:11
Someone [1] - 1419:3
someone [39] - 1364:18, 1369:20, 1380:17, 1392:21, 1393:5, 1396:14, 1397:20, 1404:19, 1422:6, 1424:9, 1442:6, 1458:1, 1460:16, 1461:6, 1464:3, 1464:6, 1470:21, 1471:10, 1471:23, 1478:25, 1479:10, 1482:24, 1484:23, 1505:23, 1505:25, 1507:7, 1509:19, 1516:2, 1516:19, 1517:7, 1517:12, 1517:20, 1528:24, 1528:25, 1530:16, 1530:21
something's [2] - 1416:7, 1522:5
sometimes [7] - 1374:6, 1374:9, 1382:12, 1407:12, 1436:19, 1494:18, 1509:11
Somewhere [1] - 1522:17
somewhere [5] - 1397:15, 1440:3, 1469:2, 1522:16, 1522:18
son [7] - 1365:12, 1381:19, 1387:22, 1389:9, 1410:24, 1458:3, 1520:25
son-in-law [1] - 1387:22
soon [2] - 1425:17, 1480:14
sorry [7] - 1348:1, 1389:14, 1396:19, 1397:16, 1492:22, 1499:11, 1524:3
sort [9] - 1346:15, 1354:1, 1407:14, 1439:9, 1466:16, 1473:4, 1480:22, 1502:12, 1522:9
sorting [1] - 1482:14
Sosinsky [12] - 1345:11, 1355:21, 1357:2, 1358:1, 1358:9, 1358:24, 1367:19, 1406:11, 1434:14, 1434:23, 1489:20
SOSINSKY [90] - 1344:19, 1345:11, 1347:3, 1347:12, 1347:15, 1347:17, 1348:7, 1348:15, 1348:23, 1349:4, 1349:21, 1350:4, 1351:1, 1351:6, 1351:19, 1354:16, 1354:25, 1355:3, 1355:24, 1356:2, 1356:6, 1356:11, 1356:14, 1356:16, 1356:19, 1356:23, 1356:25, 1357:11, 1359:21, 1359:23, 1360:7, 1360:10, 1361:14, 1361:20, 1361:24, 1362:3, 1362:5, 1362:10, 1363:6, 1364:9, 1364:15, 1364:23, 1364:25, 1365:4, 1365:6, 1365:17, 1365:20, 1366:13, 1366:18, 1366:21, 1367:7, 1367:20, 1370:6, 1370:13, 1370:15, 1370:17, 1370:23, 1371:4, 1371:9, 1371:11, 1371:13, 1371:19, 1372:3, 1372:8, 1372:12, 1372:19,

1376:7, 1376:11, 1411:25, 1412:7, 1425:14, 1431:5, 1433:18, 1434:8, 1434:15, 1435:5, 1435:8, 1435:9, 1438:3, 1438:11, 1438:25, 1439:3, 1463:3, 1467:19, 1470:6, 1483:11, 1483:13, 1489:21, 1534:11, 1535:8
Sosinsky's [1] - 1404:5
sound [5] - 1395:10, 1395:13, 1458:13, 1526:9, 1534:3
sounded [1] - 1397:20
source [1] - 1352:21
South [1] - 1460:19
spared [2] - 1405:17, 1525:1
speakerphone [4] - 1457:24, 1458:6, 1458:12, 1458:25
speaking [10] - 1408:7, 1414:2, 1414:9, 1414:17, 1415:1, 1458:24, 1462:13, 1480:3
speaks [5] - 1364:22, 1418:14, 1418:15, 1474:8, 1485:13
Special [1] - 1345:7
special [1] - 1460:21
specific [3] - 1411:16, 1494:2, 1508:6
specifically [4] - 1352:10, 1423:14, 1462:14, 1514:1
sped [1] - 1384:18
spelling [1] - 1442:2
spend [3] - 1406:3, 1406:11, 1529:2
spent [2] - 1491:24, 1501:9
spoken [2] - 1412:24, 1412:25
spontaneously [1] - 1485:19
sports [1] - 1500:10
spot [13] - 1353:9, 1355:15, 1412:5, 1438:4, 1439:14, 1439:15, 1441:16, 1449:12, 1454:21, 1454:24, 1495:7, 1495:15
spread [1] - 1502:18
square [2] - 1432:23, 1514:22
Square [1] - 1487:24
squared [1] - 1359:25
squish [1] - 1509:11
stake [1] - 1378:15
stand [16] - 1353:3, 1380:15, 1395:10, 1402:14, 1412:5, 1447:20, 1491:11, 1497:17, 1497:25, 1498:18, 1502:10, 1502:22, 1503:2, 1510:7, 1510:13, 1512:2
standard [1] - 1488:10
standing [20] - 1348:10, 1352:12, 1355:8, 1360:17, 1395:23, 1438:6, 1438:14, 1438:16, 1440:8, 1451:15, 1454:18, 1496:3, 1496:21, 1501:18, 1511:6, 1515:12, 1522:23, 1526:18
stands [2] - 1482:24, 1509:13
staple [1] - 1364:10
start [13] - 1399:24, 1414:13, 1430:13, 1441:1, 1461:15, 1491:22, 1498:24, 1501:8, 1503:5, 1529:17, 1529:19, 1529:20, 1534:13
started [10] - 1345:21, 1350:21,

1381:13, 1381:14, 1417:20, 1464:6, 1497:21, 1497:23, 1504:18, 1521:23
starting [3] - 1397:24, 1416:10, 1432:22
starts [2] - 1442:17, 1485:21
state [8] - 1345:4, 1372:7, 1372:10, 1427:3, 1427:6, 1427:7, 1427:18, 1437:1
State [2] - 1345:8, 1350:22
statement [15] - 1347:24, 1348:14, 1350:13, 1350:17, 1371:25, 1372:20, 1374:20, 1376:19, 1393:8, 1403:25, 1404:6, 1406:12, 1409:19, 1525:15, 1530:1
statements [8] - 1347:21, 1354:18, 1367:14, 1402:17, 1421:3, 1461:16, 1473:9, 1531:11
STATES [3] - 1344:1, 1344:3, 1344:12
states [2] - 1353:8, 1500:16
States [25] - 1344:5, 1344:14, 1344:18, 1385:1, 1385:3, 1389:20, 1390:12, 1408:20, 1408:24, 1409:1, 1409:2, 1433:2, 1435:15, 1439:9, 1460:17, 1463:24, 1466:17, 1467:13, 1469:4, 1469:17, 1469:18, 1472:8, 1492:21, 1530:16, 1530:17
stating [2] - 1407:8, 1505:13
station [1] - 1495:2
Station [1] - 1495:4
stationed [1] - 1459:12
statute [1] - 1420:12
stay [3] - 1382:11, 1386:10, 1392:22, 1401:14, 1408:19
stayed [1] - 1391:21, 1422:6, 1422:8, 1452:22
staying [4] - 1391:21, 1422:6, 1422:8, 1452:22
stays [1] - 1523:8
steady [1] - 1403:15
stenography [1] - 1344:25
step [1] - 1424:1
Still [2] - 1409:3, 1411:10
still [22] - 1346:6, 1353:3, 1365:9, 1382:11, 1382:14, 1386:15, 1387:9, 1387:10, 1387:13, 1396:5, 1398:20, 1399:1, 1399:7, 1412:3, 1412:23, 1429:5, 1451:20, 1469:2, 1469:5, 1488:1, 1488:2, 1492:15
stipulation [1] - 1350:21
stood [5] - 1372:4, 1431:13, 1436:1, 1443:2, 1509:6
stop [21] - 1349:3, 1390:25, 1391:10, 1392:9, 1395:2, 1426:16, 1427:13, 1443:5, 1443:6, 1444:5, 1452:8, 1460:13, 1494:6, 1514:2, 1514:8, 1519:6, 1522:12, 1523:7, 1523:20, 1532:14
stopped [4] - 1378:22, 1418:7, 1448:15, 1504:14
stopping [2] - 1459:13, 1460:13, 1493:13, 1510:19
stops [2] - 1508:21, 1510:16

**store** [2] - 1451:3, 1472:5
**stories** [1] - 1429:6
**story** [19] - 1381:9, 1381:10, 1412:15, 1413:1, 1429:13, 1455:6, 1457:1, 1459:18, 1460:1, 1460:18, 1461:11, 1462:15, 1463:15, 1481:22, 1494:5, 1498:5, 1498:6, 1515:17
**straight** [1] - 1366:23
**straightaway** [2] - 1439:24, 1440:4
**straightforward** [2] - 1421:10, 1424:4
**strange** [5] - 1432:21, 1452:5, 1531:20, 1531:22
**stranger** [1] - 1455:14
**straw** [1] - 1519:1
**street** [11] - 1378:3, 1394:14, 1395:22, 1418:12, 1437:1, 1439:24, 1450:15, 1452:17, 1453:15, 1455:12, 1459:2
**streets** [1] - 1382:13
**striking** [1] - 1415:11
**strong** [2] - 1410:2
**strongly** [1] - 1406:8
**struck** [1] - 1407:20
**students** [3] - 1442:10, 1442:13, 1442:18
**stuff** [11] - 1355:11, 1448:25, 1449:4, 1449:9, 1458:21, 1461:18, 1462:23, 1466:15, 1480:14, 1483:20, 1487:11
**stumbled** [1] - 1429:14
**stupid** [1] - 1381:16
**subinspector** [1] - 1495:3
**subject** [4] - 1357:4, 1395:3, 1435:12, 1532:4
**subjects** [1] - 1473:5
**submachine** [2] - 1455:18, 1455:20
**submission** [1] - 1490:24
**submissions** [1] - 1467:20
**submit** [85] - 1386:22, 1391:22, 1395:12, 1396:22, 1400:3, 1401:22, 1402:1, 1402:5, 1402:21, 1403:14, 1406:4, 1407:8, 1409:8, 1411:9, 1411:23, 1416:22, 1419:2, 1421:19, 1423:6, 1424:15, 1424:22, 1425:9, 1427:18, 1428:7, 1430:2, 1430:5, 1431:3, 1431:9, 1431:16, 1453:5, 1453:25, 1454:9, 1460:24, 1463:19, 1467:9, 1468:13, 1479:9, 1491:13, 1491:17, 1492:4, 1492:6, 1494:8, 1496:17, 1497:4, 1497:14, 1498:2, 1498:4, 1498:11, 1499:1, 1499:7, 1501:12, 1503:11, 1503:14, 1505:3, 1506:19, 1506:21, 1507:12, 1508:7, 1509:17, 1511:5, 1511:25, 1513:2, 1513:9, 1513:16, 1513:20, 1514:13, 1515:23, 1518:2, 1518:25, 1520:2, 1521:1, 1521:7, 1521:15, 1523:2, 1523:16, 1523:23, 1525:15, 1526:12, 1529:24, 1530:7, 1530:11, 1530:25, 1531:10, 1531:13, 1531:14
**submits** [1] - 1531:2
**submitted** [2] - 1466:25, 1468:7

**submitting** [2] - 1379:18, 1425:1
**subpoena** [1] - 1424:19
**subsequent** [1] - 1364:2
**substance** [1] - 1448:14
**substantive** [1] - 1353:15
**substantively** [1] - 1360:22
**substituted** [1] - 1365:3
**subtle** [2] - 1389:4, 1422:10
**succeeded** [1] - 1415:7
**succeeding** [1] - 1500:7
**succession** [1] - 1521:14
**sudden** [4] - 1443:8, 1445:10, 1476:4, 1486:24
**suddenly** [2] - 1364:18, 1507:3
**Suddenly** [1] - 1412:15
**suffering** [1] - 1432:15
**suffice** [1] - 1353:21
**suffices** [1] - 1360:24
**sufficient** [1] - 1423:3
**Suffolk** [1] - 1446:16
**suggest** [14] - 1353:19, 1358:11, 1358:12, 1364:10, 1417:13, 1452:1, 1452:5, 1469:13, 1474:18, 1480:8, 1482:15, 1483:4, 1484:23, 1486:4
**suggested** [1] - 1443:14
**suggesting** [2] - 1352:11, 1526:14
**suggestion** [2] - 1445:16, 1470:2
**suggests** [1] - 1358:19
**summary** [4] - 1414:15, 1423:13, 1428:6, 1431:11
**SUMMATION** [7] - 1377:2, 1435:7, 1491:2, 1528:1, 1535:4, 1535:7, 1535:10
**summation** [19] - 1351:9, 1359:23, 1360:2, 1360:4, 1369:12, 1371:24, 1373:24, 1374:13, 1374:21, 1376:19, 1378:25, 1379:5, 1402:13, 1406:12, 1423:15, 1434:22, 1441:18, 1501:6, 1501:9
**summations** [7] - 1349:7, 1351:5, 1373:22, 1374:22, 1376:15, 1376:16, 1433:20
**summed** [1] - 1436:7
**Sunday** [9] - 1417:13, 1417:19, 1417:20, 1417:24, 1435:10, 1475:3, 1475:10, 1476:12
**Sundays** [3] - 1475:5, 1475:8, 1476:7
**superior** [2] - 1459:21, 1460:9
**supplied** [1] - 1462:4
**support** [4] - 1348:22, 1410:17, 1438:16, 1500:15
**supported** [1] - 1402:23, 1417:24
**supports** [3] - 1348:21, 1348:24, 1428:7
**suppose** [1] - 1358:20
**supposed** [6] - 1462:15, 1469:25, 1476:1, 1484:22, 1525:13, 1525:18
**supposedly** [3] - 1471:17, 1481:19, 1484:15
**surely** [1] - 1413:6

**surprise** [1] - 1369:17
**surprised** [1] - 1369:16
**surprising** [5] - 1380:15, 1406:21, 1476:21, 1476:23, 1505:24
**survival** [1] - 1429:19
**survive** [1] - 1378:16
**suspect** [7] - 1402:16, 1403:24, 1406:8, 1406:10, 1428:24, 1430:11, 1430:19
**sustainable** [1] - 1386:11
**swear** [4] - 1391:11, 1404:20, 1405:4, 1474:16
**swearing** [1] - 1404:6
**swears** [1] - 1498:12
**swoop** [1] - 1517:22
**swooped** [1] - 1517:20
**swoops** [1] - 1517:7
**swore** [5] - 1404:3, 1404:12, 1405:3, 1437:14, 1473:3
**sworn** [2] - 1474:17, 1507:11, 1533:10
**sympathetic** [1] - 1457:1
**sympathy** [6] - 1437:14, 1440:17, 1440:18, 1440:21, 1487:15
**system** [3] - 1353:17, 1369:11

---

**T**

**T.V** [1] - 1398:23
**table** [2] - 1354:12, 1360:5
**tacit** [1] - 1392:14
**tainted** [1] - 1398:23
**talks** [2] - 1478:25, 1519:11
**tangent** [1] - 1448:16
**tape** [1] - 1402:1
**taped** [1] - 1532:1
**tapes** [3] - 1473:6, 1473:7, 1532:9
**target** [1] - 1422:13
**targets** [1] - 1531:25
**task** [1] - 1380:20
**tat** [2] - 1455:24
**taunted** [1] - 1426:12
**Taxi** [1] - 1414:4
**taxi** [3] - 1416:21, 1416:22, 1521:12
**taxicab** [5] - 1377:5, 1393:14, 1398:16, 1431:25, 1520:16
**teach** [1] - 1378:7
**teacher** [3] - 1377:23, 1399:7, 1450:2
**team** [2] - 1435:13, 1446:10
**techie** [1] - 1369:19
**technical** [1] - 1357:18
**technology** [2] - 1369:20, 1370:3
**tedious** [2] - 1403:2, 1414:7
**teeth** [1] - 1429:10
**Telephone** [1] - 1344:23
**telephone** [8] - 1382:22, 1391:2, 1400:22, 1404:10, 1457:22, 1462:11, 1482:2, 1482:8
**tempting** [1] - 1533:23
**ten** [9] - 1372:4, 1418:2, 1420:15, 1420:19, 1425:18, 1480:4, 1483:11,

1489:8, 1489:9
**ten-minute** [1] - 1425:18
**tense** [1] - 1394:16
**term** [1] - 1357:18
**terms** [4] - 1361:11, 1409:21, 1441:13, 1482:25
**terrible** [4] - 1381:25, 1432:6, 1475:23
**terrible's** [1] - 1475:20
**terribly** [2] - 1456:25
**terrified** [2] - 1385:15, 1429:17
**terror** [1] - 1429:11
**testified** [40] - 1352:13, 1380:25, 1387:5, 1387:24, 1393:10, 1394:25, 1395:9, 1396:11, 1398:13, 1401:16, 1402:24, 1412:10, 1412:25, 1413:8, 1414:15, 1414:24, 1415:12, 1424:7, 1424:24, 1449:25, 1452:24, 1473:16, 1491:25, 1494:3, 1498:6, 1501:12, 1501:16, 1505:20, 1506:7, 1509:23, 1513:8, 1513:9, 1514:18, 1514:22, 1520:9, 1523:15, 1530:12, 1533:11
**testifies** [3] - 1453:22, 1469:3, 1498:12
**testify** [17] - 1367:14, 1367:16, 1367:24, 1368:1, 1368:3, 1368:4, 1368:12, 1368:16, 1368:19, 1368:25, 1369:1, 1401:12, 1412:14, 1498:18, 1506:22, 1512:3
**testifying** [6] - 1382:25, 1389:6, 1412:20, 1413:9, 1446:1, 1492:16
**testimony** [128] - 1354:9, 1354:10, 1361:3, 1379:2, 1379:6, 1379:9, 1379:25, 1380:24, 1385:23, 1396:9, 1397:11, 1400:1, 1400:2, 1400:3, 1400:14, 1401:7, 1401:20, 1401:24, 1406:24, 1407:15, 1407:16, 1408:10, 1409:14, 1411:5, 1411:8, 1411:13, 1411:19, 1411:23, 1412:4, 1412:23, 1413:12, 1413:14, 1413:20, 1413:22, 1414:6, 1421:15, 1428:22, 1428:23, 1430:5, 1430:25, 1432:5, 1438:16, 1438:17, 1441:12, 1441:21, 1441:23, 1445:24, 1446:21, 1449:14, 1450:16, 1453:9, 1456:24, 1458:19, 1459:4, 1460:8, 1460:11, 1461:1, 1461:2, 1461:14, 1462:2, 1462:4, 1462:7, 1464:22, 1468:9, 1469:15, 1472:17, 1472:23, 1473:2, 1477:21, 1478:20, 1480:15, 1480:17, 1480:18, 1480:20, 1481:13, 1482:18, 1483:3, 1484:15, 1492:4, 1492:13, 1495:18, 1495:23, 1496:4, 1497:4, 1497:7, 1497:14, 1497:16, 1498:20, 1498:24, 1499:1, 1499:7, 1499:9, 1501:13, 1502:16, 1502:23, 1503:7, 1503:11, 1503:13, 1503:14, 1503:17, 1503:23, 1503:25, 1504:4, 1504:7, 1505:2, 1506:20, 1506:23, 1507:3, 1507:12, 1507:19, 1508:5, 1508:6, 1508:10, 1510:6, 1512:25, 1514:13, 1515:3, 1515:23, 1516:13, 1528:8, 1532:9

**THE** [170] - 1344:11, 1345:10, 1345:14, 1345:16, 1345:17, 1345:18, 1345:19, 1346:5, 1346:9, 1346:10, 1346:19, 1347:1, 1347:6, 1347:14, 1347:16, 1348:1, 1348:12, 1348:19, 1349:3, 1349:5, 1350:3, 1350:6, 1350:20, 1351:3, 1351:14, 1351:20, 1352:1, 1354:15, 1354:23, 1355:2, 1355:21, 1355:25, 1356:5, 1356:9, 1356:12, 1356:15, 1356:17, 1356:20, 1356:24, 1357:1, 1357:8, 1357:12, 1357:15, 1357:25, 1358:8, 1358:24, 1359:2, 1359:6, 1359:22, 1359:24, 1360:9, 1360:19, 1361:6, 1361:9, 1361:15, 1361:23, 1361:25, 1362:4, 1362:6, 1362:16, 1362:22, 1362:25, 1363:3, 1363:7, 1363:16, 1363:19, 1363:23, 1364:14, 1364:17, 1364:24, 1365:2, 1365:5, 1365:8, 1365:19, 1365:24, 1366:10, 1366:16, 1366:20, 1366:22, 1367:4, 1367:9, 1367:12, 1367:18, 1367:23, 1367:25, 1368:2, 1368:6, 1368:7, 1368:10, 1368:11, 1368:14, 1368:15, 1368:18, 1368:20, 1368:24, 1369:3, 1369:4, 1369:6, 1369:7, 1369:17, 1369:24, 1370:7, 1370:9, 1370:12, 1370:16, 1370:21, 1371:2, 1371:6, 1371:10, 1371:12, 1371:16, 1371:25, 1372:6, 1372:9, 1372:14, 1372:24, 1373:6, 1373:9, 1373:13, 1373:20, 1374:1, 1374:5, 1374:18, 1374:24, 1375:2, 1376:2, 1376:9, 1376:13, 1376:23, 1377:1, 1412:8, 1425:15, 1431:6, 1433:6, 1433:15, 1433:19, 1434:4, 1434:10, 1434:13, 1434:17, 1434:21, 1435:6, 1483:9, 1483:12, 1489:7, 1489:11, 1489:17, 1489:20, 1489:22, 1490:3, 1490:4, 1490:9, 1490:13, 1490:16, 1490:22, 1492:11, 1495:8, 1499:13, 1499:18, 1499:20, 1499:24, 1500:2, 1501:2, 1501:4, 1529:4, 1529:6, 1529:16, 1533:8, 1534:7, 1534:12
**theirs** [1] - 1450:21
**them"** [1] - 1397:25
**themselves** [9] - 1349:1, 1355:3, 1392:23, 1432:21, 1447:8, 1452:9, 1455:15, 1456:6, 1493:9
**theory** [2] - 1455:16, 1455:17
**thereafter** [4] - 1395:9, 1395:18, 1446:1, 1504:7
**therefore** [10] - 1347:2, 1352:24, 1353:19, 1354:7, 1354:13, 1360:24, 1361:8, 1470:14, 1480:5, 1497:10
**therein** [1] - 1495:5
**these-less-than-a-minute** [1] - 1522:2
**they've** [4] - 1432:19, 1488:16, 1488:17, 1530:22
**thinking** [8] - 1386:21, 1386:23, 1403:3, 1405:15, 1436:1, 1448:18, 1458:22,

1524:24
**thinks** [4] - 1387:13, 1493:22, 1493:24, 1512:18
**third** [7] - 1412:13, 1412:17, 1420:2, 1451:16, 1454:2, 1471:7, 1482:22
**thoughts** [1] - 1351:13
**thousand** [1] - 1377:11
**thousands** [2] - 1380:13, 1381:11
**threat** [6] - 1378:18, 1386:8, 1410:16, 1410:17, 1493:1, 1493:2
**threaten** [2] - 1389:17, 1410:15
**threatened** [2] - 1400:23, 1409:7
**threatening** [5] - 1389:12, 1476:3, 1481:3, 1493:1, 1526:15
**threats** [46] - 1377:9, 1379:19, 1388:17, 1388:19, 1402:18, 1403:20, 1403:22, 1410:4, 1422:16, 1425:22, 1425:23, 1426:2, 1426:3, 1426:19, 1426:25, 1427:16, 1427:22, 1427:23, 1427:25, 1465:6, 1478:15, 1479:11, 1480:6, 1491:20, 1491:22, 1492:22, 1493:3, 1493:6, 1493:23, 1493:25, 1494:11, 1494:13, 1494:14, 1517:2, 1517:5, 1517:10, 1517:14, 1518:6, 1518:7, 1519:3, 1519:23, 1531:25, 1532:5, 1532:16
**Three** [1] - 1432:16
**three** [30] - 1378:12, 1378:13, 1379:17, 1382:7, 1382:23, 1385:17, 1386:9, 1390:9, 1391:2, 1392:4, 1393:15, 1399:11, 1405:11, 1408:19, 1416:12, 1416:13, 1417:7, 1426:16, 1428:8, 1450:3, 1461:3, 1471:20, 1475:9, 1476:10, 1483:17, 1485:14, 1494:3, 1494:5, 1515:24
**three-and-a-half** [2] - 1475:9, 1476:10
**three-year** [1] - 1382:23
**threes** [1] - 1522:15
**throughout** [9] - 1415:1, 1416:24, 1436:4, 1442:22, 1469:1, 1469:15, 1470:17, 1473:12, 1476:15
**throw** [1] - 1460:11
**thrown** [2] - 1452:1, 1516:20
**ticket** [1] - 1444:11
**tied** [1] - 1381:7
**til** [1] - 1467:9
**timeline** [2] - 1349:20, 1465:18
**timing** [2] - 1349:19, 1446:14
**TLC** [6] - 1414:5, 1414:7, 1417:11, 1475:2, 1476:5, 1491:16
**today** [12] - 1354:17, 1364:2, 1372:22, 1422:11, 1436:1, 1446:5, 1452:4, 1477:2, 1492:16, 1526:1, 1529:8
**together** [17] - 1358:16, 1360:5, 1364:10, 1384:19, 1386:24, 1387:7, 1400:18, 1408:24, 1413:15, 1422:4, 1454:19, 1464:1, 1467:23, 1468:11, 1472:10, 1474:4, 1486:18
**toil** [1] - 1500:14
**tolerated** [1] - 1433:3

**tomorrow** [7] - 1529:8, 1529:16, 1529:18, 1533:17, 1533:21, 1533:25, 1534:4
**tone** [4] - 1403:6, 1403:7, 1403:15, 1491:21
**tongue** [1] - 1428:3
**took** [32] - 1382:5, 1394:18, 1423:7, 1426:3, 1426:4, 1435:13, 1435:24, 1436:14, 1437:4, 1441:21, 1446:12, 1446:17, 1447:4, 1447:9, 1448:7, 1448:8, 1448:10, 1448:19, 1454:15, 1487:14, 1495:25, 1505:6, 1505:23, 1508:14, 1508:17, 1509:4, 1509:6, 1510:10, 1510:12, 1514:3, 1515:19, 1533:5
**tools** [1] - 1380:23
**top** [1] - 1439:11
**topic** [3] - 1486:1
**Torch** [1] - 1500:3
**total** [1] - 1366:6
**totally** [2] - 1402:22, 1403:19
**touch** [4] - 1390:11, 1413:25, 1444:24, 1480:2
**touched** [1] - 1473:20
**tough** [2] - 1407:3, 1412:5
**tourists** [1] - 1475:13
**toward** [5] - 1395:6, 1395:8, 1395:12, 1395:13, 1396:8
**towards** [6] - 1439:25, 1496:15, 1504:20, 1515:24, 1531:21, 1532:6
**town** [5] - 1386:14, 1442:18, 1445:2, 1450:2, 1458:19
**track** [3] - 1398:15, 1416:8, 1420:24
**tradition** [3] - 1469:13, 1469:16, 1483:5
**tragedy** [1] - 1487:9
**tragic** [3] - 1432:5, 1432:6, 1432:23
**transaction** [1] - 1500:19
**transcribed** [1] - 1425:25
**TRANSCRIPT** [1] - 1344:11
**transcript** [10] - 1369:15, 1370:25, 1383:19, 1385:24, 1396:9, 1397:10, 1447:16, 1447:23, 1474:13, 1506:17
**Transcript** [1] - 1344:25
**Transcription** [1] - 1344:25
**transcripts** [6] - 1402:4, 1403:5, 1405:8, 1428:2, 1473:6, 1473:8
**transfer** [1] - 1477:6
**transferred** [1] - 1421:8
**translated** [3] - 1354:4, 1425:25, 1470:21
**translation** [11] - 1346:14, 1346:16, 1347:18, 1348:5, 1349:10, 1349:24, 1353:21, 1358:6, 1363:20, 1364:12, 1365:14
**translations** [2] - 1346:7, 1346:21
**transmitted** [2] - 1427:10, 1427:25
**transported** [1] - 1500:13
**transporting** [1] - 1443:17
**trap** [1] - 1387:8
**trash** [1] - 1378:3

**traveled** [2] - 1386:17, 1426:25
**traveling** [1] - 1508:19
**treasure** [1] - 1500:14
**treat** [5] - 1456:24, 1457:2, 1457:19
**tremendous** [2] - 1487:8
**TRIAL** [1] - 1344:11
**trial** [26] - 1345:3, 1354:6, 1357:10, 1369:15, 1373:11, 1391:22, 1402:3, 1402:25, 1404:8, 1423:20, 1436:5, 1436:17, 1441:24, 1442:22, 1443:2, 1443:9, 1445:11, 1445:20, 1449:14, 1449:25, 1457:23, 1467:16, 1470:18, 1470:25, 1487:12, 1489:3
**trials** [1] - 1436:22
**trick** [1] - 1438:11
**tried** [7] - 1384:7, 1390:18, 1417:13, 1422:2, 1436:16, 1490:8, 1492:12, 1501:25, 1502:3, 1504:8, 1506:13
**tripped** [1] - 1396:6
**triumph** [1] - 1500:19
**trouble** [4] - 1386:6, 1386:7, 1387:6, 1442:2
**trucks** [1] - 1459:13
**true** [34] - 1371:9, 1378:18, 1404:13, 1407:16, 1415:20, 1426:3, 1427:23, 1430:7, 1446:4, 1449:2, 1450:10, 1455:6, 1463:15, 1467:25, 1469:14, 1470:7, 1472:3, 1473:1, 1473:14, 1473:17, 1473:25, 1478:15, 1480:6, 1482:20, 1482:21, 1485:1, 1491:22, 1493:24, 1512:11, 1516:21, 1516:22, 1517:23
**truly** [2] - 1469:10, 1478:14
**Trust** [2] - 1430:22, 1430:24
**trust** [3] - 1348:16, 1430:22, 1500:20
**truth** [18] - 1404:13, 1407:5, 1407:6, 1407:12, 1407:13, 1413:2, 1457:4, 1463:15, 1463:16, 1466:1, 1477:14, 1498:3, 1498:12, 1511:23, 1515:6, 1515:7, 1525:17, 1528:25
**truthful** [3] - 1407:9, 1445:21, 1463:5
**truthfully** [1] - 1498:19
**try** [9] - 1351:6, 1366:22, 1394:18, 1402:16, 1403:25, 1413:1, 1439:20, 1461:10, 1489:4
**trying** [19] - 1346:12, 1365:6, 1386:19, 1410:15, 1436:4, 1458:16, 1458:17, 1459:1, 1478:25, 1479:12, 1482:10, 1486:12, 1488:2, 1497:13, 1498:5, 1501:13, 1501:14, 1505:13, 1528:25
**TUCKER** [31] - 1344:17, 1345:9, 1357:14, 1369:8, 1370:5, 1370:11, 1373:5, 1373:8, 1373:12, 1373:17, 1373:23, 1374:4, 1374:17, 1374:23, 1375:1, 1376:22, 1376:25, 1377:3, 1377:4, 1384:11, 1401:1, 1412:1, 1412:9, 1425:21, 1431:7, 1433:17, 1490:7, 1490:11, 1490:15, 1534:10, 1535:5
**Tucker** [4] - 1345:7, 1436:7, 1446:4,

1521:23
**Tuesday** [1] - 1474:24
**turn** [10] - 1373:1, 1434:18, 1439:14, 1441:2, 1452:3, 1456:8, 1470:11, 1471:8, 1472:13, 1516:4
**turned** [7] - 1381:15, 1396:3, 1438:15, 1452:25, 1455:21, 1497:20
**Turnpike** [1] - 1446:16
**turns** [2] - 1438:8, 1519:13
**twice** [2] - 1415:14, 1461:3
**Two** [1] - 1406:4
**two** [73] - 1348:25, 1353:16, 1353:19, 1353:20, 1355:3, 1360:11, 1363:18, 1363:21, 1365:15, 1367:2, 1383:14, 1388:9, 1388:13, 1391:23, 1394:2, 1394:3, 1399:6, 1401:2, 1401:19, 1407:4, 1417:4, 1418:7, 1423:15, 1429:3, 1435:10, 1441:24, 1447:8, 1450:9, 1450:11, 1450:17, 1451:6, 1451:7, 1451:22, 1452:19, 1454:4, 1455:5, 1455:17, 1471:20, 1476:15, 1477:8, 1483:17, 1485:17, 1486:6, 1494:11, 1499:2, 1499:3, 1499:5, 1499:8, 1499:9, 1499:12, 1499:22, 1500:24, 1501:13, 1502:4, 1502:5, 1503:7, 1503:8, 1503:10, 1507:22, 1510:24, 1512:11, 1514:15, 1516:13, 1517:3, 1520:18, 1522:17, 1527:1, 1532:24
**two-and-a-half** [1] - 1483:17
**two-minute** [1] - 1499:22
**two-month** [1] - 1517:3
**two-page** [2] - 1365:15, 1367:2
**twofold** [2] - 1358:20, 1360:21
**twos** [1] - 1522:15
**type** [7] - 1460:21, 1463:13, 1463:22, 1464:8, 1465:16, 1468:13, 1470:24

## U

**U.S** [3] - 1385:1, 1424:20, 1530:14
**Uddin** [7] - 1394:22, 1422:23, 1426:9, 1426:12, 1426:14, 1451:6
**Uddin's** [2] - 1394:22, 1394:24
**ultimate** [2] - 1359:10, 1370:3
**ultimately** [4] - 1380:19, 1429:8, 1468:25, 1488:21
**ultimatum** [6] - 1390:2, 1517:14, 1517:15, 1517:19, 1518:8, 1520:12
**ultimatums** [1] - 1526:16
**unambiguous** [1] - 1495:18
**unauthenticated** [3] - 1352:22, 1352:23, 1431:4
**uncle** [4] - 1384:3, 1409:7, 1410:8, 1410:25
**uncle's** [1] - 1410:24
**unclear** [2] - 1350:12, 1352:22
**unconditional** [1] - 1480:6
**under** [16] - 1377:19, 1412:10, 1417:7, 1420:12, 1425:4, 1441:22, 1454:16,

1457:7, 1461:11, 1464:21, 1467:6, 1481:11, 1482:4, 1483:22, 1488:11, 1507:11

**underestimation** [1] - 1432:7
**underlying** [1] - 1417:16
**underneath** [2] - 1358:16, 1358:22
**understandable** [4] - 1437:15, 1453:21, 1461:12, 1492:14
**understandably** [1] - 1487:5
**understatement** [1] - 1485:25
**understood** [15] - 1362:1, 1371:6, 1374:23, 1426:18, 1426:19, 1426:22, 1474:10, 1479:20, 1479:22, 1484:1, 1484:5, 1484:13, 1484:17, 1485:16
**undisputed** [1] - 1467:3
**unfair** [1] - 1354:7
**unfortunately** [1] - 1440:1
**uniform** [4] - 1511:10, 1511:12, 1511:13
**Union** [1] - 1421:10
**UNITED** [3] - 1344:1, 1344:3, 1344:12
**United** [25] - 1344:5, 1344:14, 1344:18, 1385:1, 1385:3, 1389:20, 1390:12, 1408:20, 1408:24, 1409:1, 1409:2, 1433:2, 1435:15, 1439:9, 1460:17, 1463:24, 1466:17, 1467:13, 1469:4, 1469:17, 1469:18, 1472:8, 1492:21, 1530:16, 1530:17
**unknown** [6] - 1429:4, 1499:2, 1499:3, 1502:5, 1503:8, 1516:13
**Unless** [1] - 1416:7
**unless** [7] - 1371:7, 1403:20, 1416:7, 1460:21, 1488:16, 1488:17, 1521:19
**unlike** [2] - 1432:24, 1475:8
**unluckiest** [1] - 1516:25
**unlucky** [1] - 1517:13
**unmistakable** [1] - 1532:13
**unnecessary** [2] - 1360:22, 1361:8
**unpleasant** [1] - 1431:24
**unsuspecting** [2] - 1377:7, 1519:12
**unusual** [6] - 1380:15, 1395:12, 1395:14, 1417:1, 1481:15, 1505:10
**up** [104] - 1356:2, 1357:11, 1357:13, 1357:21, 1359:2, 1361:16, 1361:17, 1361:21, 1364:11, 1372:4, 1379:1, 1383:11, 1384:24, 1394:20, 1395:1, 1395:5, 1402:14, 1406:22, 1407:20, 1416:6, 1416:21, 1429:14, 1429:22, 1431:13, 1434:13, 1435:3, 1436:1, 1436:7, 1439:9, 1442:13, 1442:17, 1443:2, 1443:12, 1443:20, 1443:25, 1445:1, 1445:13, 1445:22, 1445:24, 1445:25, 1446:10, 1447:20, 1450:7, 1452:13, 1452:19, 1452:25, 1453:3, 1453:12, 1454:25, 1455:5, 1455:9, 1455:18, 1459:17, 1459:18, 1459:24, 1459:25, 1460:2, 1460:5, 1460:18, 1461:21, 1461:25, 1466:4, 1469:25, 1474:10, 1475:13, 1480:13, 1481:20, 1481:22, 1481:24, 1481:25, 1486:24, 1495:22, 1496:1, 1497:17,

1501:24, 1502:10, 1502:21, 1504:22, 1508:25, 1509:25, 1510:23, 1513:7, 1513:11, 1513:12, 1514:2, 1515:4, 1515:14, 1515:21, 1515:22, 1516:17, 1519:4, 1521:12, 1522:8, 1523:4, 1523:6, 1523:9, 1525:9, 1525:23, 1529:13
**updated** [1] - 1351:7
**updates** [1] - 1415:7
**uphold** [1] - 1431:23
**uppers** [1] - 1434:14
**upset** [3] - 1403:9, 1482:18, 1489:2
**Urdu** [9] - 1347:8, 1354:21, 1364:10, 1364:19, 1364:22, 1365:1, 1365:2, 1365:11, 1366:4
**urge** [1] - 1533:22
**urgency** [1] - 1346:17
**urgent** [2] - 1415:23, 1416:2
**USA** [1] - 1345:3
**USCIS** [1] - 1423:22
**usual** [1] - 1417:15
**utilize** [2] - 1371:23, 1437:6

# V

**vague** [1] - 1503:23
**van** [23] - 1395:2, 1395:4, 1442:7, 1442:11, 1442:13, 1442:24, 1443:4, 1443:5, 1443:6, 1443:10, 1508:13, 1508:24, 1509:2, 1509:4, 1509:5, 1509:6, 1509:10, 1509:14, 1509:15, 1509:16, 1509:18, 1510:8, 1510:9
**vans** [2] - 1508:24, 1509:22
**various** [4] - 1354:11, 1365:11, 1453:14, 1510:16
**vehicle** [1] - 1528:15
**vehicles** [1] - 1459:13
**verbal** [1] - 1423:21
**verdict** [7] - 1345:23, 1379:15, 1381:4, 1430:9, 1431:9, 1431:21, 1488:13
**verdicts** [1] - 1428:8
**verified** [1] - 1495:16
**version** [19] - 1348:5, 1349:18, 1351:7, 1356:17, 1356:22, 1359:8, 1359:10, 1360:25, 1362:17, 1363:8, 1363:11, 1364:10, 1364:20, 1364:21, 1366:3, 1366:4
**versus** [5] - 1345:3, 1437:13, 1443:1, 1447:10, 1508:15
**via** [1] - 1407:21
**vicious** [1] - 1518:10
**video** [1] - 1486:16
**videotape** [1] - 1477:19
**view** [1] - 1360:19
**viewed** [2] - 1391:24, 1480:6
**viewing** [1] - 1435:21
**views** [1] - 1482:16
**village** [16] - 1377:18, 1378:9, 1382:13, 1387:17, 1390:10, 1442:15, 1442:19, 1442:21, 1444:10, 1459:10, 1460:8,

1502:19, 1503:20, 1505:11, 1516:14
**Village** [1] - 1498:13
**villagers** [3] - 1453:13, 1455:11, 1457:17
**villages** [2] - 1470:22, 1509:21
**violated** [1] - 1409:17
**violating** [1] - 1463:9
**violence** [17] - 1380:12, 1390:2, 1391:6, 1392:6, 1398:15, 1402:9, 1406:2, 1409:13, 1409:15, 1414:1, 1421:6, 1426:8, 1430:4, 1432:1, 1471:3, 1483:4, 1531:25
**visa** [8] - 1423:20, 1423:23, 1460:22, 1460:23, 1465:4, 1468:1, 1485:7
**visa's** [1] - 1424:2
**Visas** [1] - 1424:2
**visiting** [1] - 1381:8
**vividly** [1] - 1371:11
**voice** [2] - 1403:6, 1403:7
**voices** [2] - 1397:8, 1397:12

# W

**wait** [6] - 1349:22, 1351:25, 1372:9, 1378:4, 1460:9, 1460:12
**waited** [2] - 1398:5, 1504:13
**waiting** [2] - 1459:20, 1467:9
**waive** [1] - 1485:5
**waived** [1] - 1349:16
**waiver** [1] - 1485:8
**walk** [6] - 1447:14, 1504:20, 1511:4, 1514:3, 1514:7, 1515:2
**walked** [3] - 1450:7, 1504:14, 1515:3
**walking** [5] - 1394:19, 1395:6, 1443:12, 1455:5, 1482:7
**wall** [2] - 1504:12, 1504:13
**wants** [12] - 1383:3, 1399:8, 1399:11, 1402:10, 1422:11, 1422:12, 1477:11, 1478:19, 1480:7, 1485:15, 1496:19, 1530:17
**Waqas** [16] - 1428:23, 1429:6, 1496:22, 1497:7, 1512:25, 1513:5, 1513:6, 1513:7, 1513:10, 1513:19, 1513:24, 1513:25, 1515:3, 1515:5, 1515:7, 1515:20
**warned** [1] - 1461:14
**warning** [2] - 1369:22, 1401:2
**warrant** [1] - 1369:18
**Watch** [2] - 1518:20, 1518:22
**watched** [3] - 1429:20, 1435:17, 1504:23
**watches** [1] - 1449:9
**watching** [1] - 1452:23
**water** [2] - 1434:14, 1472:22
**wavered** [1] - 1401:22
**ways** [5] - 1382:11, 1446:9, 1460:6, 1497:1, 1516:16
**wealth** [1] - 1421:16
**wealthy** [2] - 1472:9, 1477:5
**wear** [1] - 1505:11

**wearing** [3] - 1511:20, 1511:21
**wears** [3] - 1511:8, 1511:10, 1511:13
**wed** [1] - 1466:7
**wedding** [13] - 1381:9, 1384:9, 1384:12, 1407:20, 1466:3, 1466:7, 1466:10, 1466:19, 1466:22, 1467:11, 1468:9, 1469:22, 1481:24
**weddings** [1] - 1469:24
**week** [4] - 1431:13, 1432:5, 1442:16, 1444:10
**weeks** [7] - 1386:16, 1395:15, 1435:10, 1467:13, 1476:9, 1476:11, 1485:24
**welcome** [3] - 1361:25, 1374:18, 1435:6
**well-noted** [1] - 1366:5
**Western** [1] - 1421:10
**WFK** [1] - 1344:3
**whatsoever** [5] - 1441:20, 1449:7, 1449:8, 1455:23, 1477:16
**wheat** [1] - 1390:7
**wheels** [1] - 1416:15
**whereabouts** [1] - 1422:3
**wherever's** [1] - 1440:4
**white** [4] - 1511:12, 1511:13, 1511:20, 1511:21
**whole** [20] - 1358:5, 1378:9, 1391:10, 1392:4, 1400:18, 1404:25, 1405:7, 1427:14, 1460:2, 1461:11, 1463:15, 1466:12, 1466:13, 1468:3, 1482:16, 1493:20, 1498:13, 1510:7, 1520:4
**whores** [1] - 1398:25
**wife** [8] - 1384:14, 1386:9, 1458:3, 1464:7, 1467:6, 1469:19, 1500:21, 1533:3
**WILLIAM** [1] - 1344:11
**willing** [3] - 1388:18, 1506:21, 1507:10
**window** [1] - 1402:7
**winter** [1] - 1467:9
**wire** [1] - 1477:6
**wish** [7] - 1373:19, 1374:2, 1374:13, 1403:13, 1444:7, 1514:13
**wished** [2] - 1348:8, 1370:21
**wishes** [5] - 1351:8, 1367:21, 1374:9, 1374:20
**witness** [60] - 1348:17, 1350:11, 1350:13, 1353:9, 1354:13, 1355:12, 1361:3, 1366:2, 1370:20, 1371:2, 1372:2, 1372:7, 1372:10, 1372:17, 1373:3, 1389:21, 1406:24, 1407:8, 1412:5, 1430:15, 1438:5, 1439:16, 1441:24, 1444:8, 1444:18, 1447:12, 1447:17, 1447:19, 1447:20, 1447:25, 1448:1, 1454:17, 1456:11, 1457:13, 1457:23, 1461:14, 1461:19, 1464:24, 1466:6, 1467:25, 1469:24, 1475:3, 1475:4, 1478:5, 1480:21, 1481:23, 1491:11, 1492:8, 1492:9, 1496:22, 1497:3, 1497:25, 1498:18, 1499:6, 1502:10, 1502:22, 1503:2, 1512:2
**witness's** [2] - 1354:9, 1354:10
**witnessed** [3] - 1353:10, 1496:24,

1508:3
**witnesses** [84] - 1347:21, 1348:9, 1348:25, 1355:8, 1355:12, 1360:16, 1370:22, 1370:24, 1371:1, 1371:3, 1371:7, 1371:8, 1380:25, 1391:24, 1407:12, 1423:19, 1424:7, 1428:10, 1428:16, 1428:17, 1428:18, 1428:20, 1428:25, 1430:1, 1430:23, 1430:24, 1436:13, 1436:18, 1437:7, 1437:21, 1438:12, 1438:18, 1439:9, 1439:23, 1441:20, 1441:25, 1446:18, 1447:6, 1447:7, 1448:6, 1448:12, 1449:16, 1449:20, 1450:7, 1450:17, 1451:6, 1451:7, 1451:22, 1453:14, 1454:4, 1454:5, 1455:17, 1455:24, 1456:3, 1456:23, 1457:6, 1457:18, 1457:21, 1458:6, 1465:24, 1465:25, 1466:2, 1466:3, 1472:15, 1477:13, 1482:7, 1488:18, 1497:3, 1497:8, 1497:13, 1497:17, 1497:24, 1498:2, 1498:9, 1501:10, 1501:11, 1501:25, 1502:3, 1505:12, 1515:24, 1528:5, 1532:9, 1533:10
**witnesses'** [1] - 1448:21
**woman** [6] - 1481:15, 1482:11, 1507:4, 1512:13, 1512:15, 1516:5
**women** [3] - 1401:11, 1432:16, 1464:20
**Women** [1] - 1505:10
**wonder** [1] - 1488:16
**Word** [1] - 1415:18
**word** [7] - 1352:23, 1379:22, 1380:1, 1381:18, 1406:10, 1423:18, 1425:16
**words** [30] - 1357:1, 1365:8, 1378:10, 1389:19, 1390:5, 1391:22, 1401:1, 1402:1, 1402:19, 1403:20, 1406:1, 1409:25, 1428:3, 1432:11, 1443:7, 1473:9, 1473:22, 1479:5, 1492:17, 1493:11, 1507:2, 1520:11, 1521:17, 1524:6, 1525:2, 1526:25, 1527:2
**worker** [2] - 1416:4, 1417:3
**works** [2] - 1417:7, 1521:18
**World** [3] - 1435:11, 1435:19, 1438:22
**world** [10] - 1392:24, 1393:4, 1444:8, 1450:5, 1466:6, 1471:7, 1482:22, 1517:1, 1526:13, 1526:14
**worried** [6] - 1384:1, 1394:25, 1402:19, 1445:4, 1452:24
**worry** [1] - 1453:20
**worse** [4] - 1452:7, 1477:21, 1528:10, 1528:25
**worst** [7] - 1429:9, 1432:23, 1517:5, 1518:7, 1518:8
**worth** [2] - 1465:16, 1500:18
**wrap** [2] - 1480:13, 1529:13
**wrenching** [1] - 1437:18
**write** [3] - 1394:12, 1517:16, 1519:21
**writer** [1] - 1500:21
**writing** [1] - 1463:21
**written** [1] - 1519:5
**wrote** [2] - 1430:17, 1456:11

## Y

**year** [7] - 1377:23, 1382:6, 1382:23, 1399:7, 1437:13, 1439:8, 1465:23
**year-and-a-half** [2] - 1437:13, 1439:8
**years** [12] - 1380:22, 1381:8, 1381:13, 1382:7, 1385:20, 1388:6, 1408:19, 1476:15, 1499:13, 1503:23, 1517:3, 1530:22
**yellow** [2] - 1377:5, 1514:17
**yesterday** [14] - 1346:1, 1364:12, 1365:1, 1370:19, 1372:16, 1372:21, 1373:2, 1393:17, 1428:10, 1428:24, 1430:11, 1436:10, 1453:9, 1459:6
**YORK** [1] - 1344:1
**York** [11] - 1344:6, 1344:15, 1344:16, 1344:20, 1380:11, 1427:11, 1431:25, 1466:15, 1487:25, 1520:14
**Yorkers** [1] - 1377:7
**young** [8] - 1385:13, 1385:17, 1386:9, 1390:9, 1407:4, 1442:13, 1472:10, 1482:11
**younger** [1] - 1410:8
**yourself** [7] - 1475:24, 1488:3, 1494:7, 1496:24, 1520:2, 1524:22, 1530:5
**yourselves** [4] - 1379:11, 1407:16, 1429:23, 1526:8

## Z

**Zafir** [1] - 1401:8
**Zameer** [7] - 1394:23, 1395:7, 1450:21, 1451:24, 1452:13, 1452:15, 1453:2

## Ü

**über** [1] - 1357:17