LAW OFFICES OF
# FREDERICK L. SOSINSKY
15 MAIDEN LANE, SUITE 1500
NEW YORK, NEW YORK 10038

TELEPHONE (212) 285-2270
TELECOPIER (646) 490-9705
EMAIL: FredS@newyork-criminaldefense.com

April 7, 2015

VIA ECF
Hon. William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Mohammad Ajmal Choudhry
       Docket No. 13 Cr. 0150 (WFK)

Dear Judge Kuntz:

  As the Court is aware, on October 10, 2014, Ying Stafford, Esq. entered her appearance on behalf of Mr. Choudhry. I have conferred with Ms. Stafford who informs me that she has been retained for all purposes. I therefore respectfully request that the Court issue an order formally relieving me as counsel in this matter.

  Thank you for your consideration.

              Respectfully submitted,

              Frederick L. Sosinsky

FLS:bms

cc: All counsel (by ECF)