# YING STAFFORD

Attorney at Law
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone: (212) 689-3858
Facsimile: (212) 689-0669

April 20, 2015

**BY ECF & EMAIL**

The Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

       Re: <u>United States v. Mohammad Ajmal Choudhry</u>
          Case No. 13 Cr. 150 (WFK)

Dear Judge Kuntz:

  This is letter is most respectfully submitted to request a brief adjournment of the Court's sentencing date for Mr. Choudhry on April 23, 2015. The scheduling order was issued while I was on vacation with little or no access to my computer.

  I was initially retained by Mr. Choudhry for purposes of his appeal and any potential post-trial motions. Very recently, I have started addressing Mr. Choudhry's sentencing issues. Since, Mr. Sosinsky has withdrawn from the case, I will also assume representation of Mr. Choudhry at his sentencing before Your Honor.

  I would request an additional two weeks to adequately prepare a sentencing memorandum for Mr. Choudhry and be prepared to represent him at his sentencing. I apologize to the Court for the delay in this request any inconvenience to the Court.

  I have conferred with counsel for the government and they consent to the request.

  I thank Your Honor for your courtesy and consideration.

            Respectfully submitted,

            /s/Ying Stafford_____
            Ying Stafford, Esq.
            *Attorney for Mohammad Ajmal Choudhry*