UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,            :

                                           :         **ORDER**
                                           :         13-cr-0150 (WFK) (JMA)

          -against-                  :

MOHAMMAD AJMAL CHOUDHRY,      :

          Defendant.            :

                                           :
------------------------------------------------------------------X

**WILLIAM F. KUNTZ II, United States District Judge**

On April 20, 2015, Defense Counsel for Defendant, Mohammad Ajmal Choudhry, submitted a letter requesting a two week adjournment of the sentencing date for Defendant from April 23, 2015 to May 7, 2015. Dkt. 107. Defense Counsel requested an adjournment to prepare adequately for the sentencing. *Id.* The Government has consented to the request to adjourn the sentencing to May 7, 2015. *Id.* Accordingly, it is hereby ordered that the sentencing is adjourned to May 7, 2015 at 12:00 Noon.

**SO ORDERED**

Dated: Brooklyn, New York
        April 20, 2015

                                                 /s/ WFK

                                                 HON. WILLIAM F. KUNTZ, II
                                                 United States District Judge