
**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 25 2015 ★
BROOKLYN OFFICE

&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653089816
Cashier ID: taronji
Transaction Date: 06/25/2015
Payer Name: Ying L Stafford
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Mohammad Ajmal Choudhry
 Case/Party: D-NYE-1-13-CR-000150-001
 Amount:     $505.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $505.00
--------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00